## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
## CASE NO. 0:24-cv-61886

XYZ CORPORATION,

Plaintiff,                                                    **FILED UNDER SEAL**

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants,

_____/

## NOTICE OF FILING UNDER SEAL DECLARATION OF MICHAEL FELDENKRAIS

Plaintiff, by and through undersigned counsel, hereby notices his filing under seal, pursuant to Court Order (ECF No. 10), of Declaration of Michael Feldenkrais in Support of Plaintiff's *Ex Parte* Motion for Entry of Temporary Restraining Order, Preliminary Injunction and Order Restraining Transfer of Assets.

Respectfully Submitted this 13th day of November, 2024:

**FELDENKRAIS LAW, P.A.**
Attorneys for Plaintiffs
20533 Biscayne Blvd. Suite 469
Aventura, FL 33180
Telephone: (305) 528-9614
Email: mfeldenkrais@gmail.com
By: /s/ Michael Feldenkrais, Esq.
Florida Bar No. 991708

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 0:24-cv-61886

XYZ CORPORATION,

Plaintiff,                                                     **FILED UNDER SEAL**

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants,

_____/


## SEALED DECLARATION OF MICHAEL FELDENKRAIS IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND ORDER RESTRAINING TRANSFER OF ASSETS

I, Michael Feldenkrais, declare and state as follows:

1.      I am over 18 years of age and I have personal knowledge of the facts set forth herein.

2.      I am counsel of record for Plaintiff, Guangzhou tinpod Electronic Technology Co., Ltd. ("Plaintiff") and I make this declaration in support of Plaintiff's *Ex Parte* Motion for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets ("Motion for TRO").  If called upon to do so, I could and would competently testify to the following facts set forth below.

3.      The individuals, partnerships, and unincorporated associations ("Defendants") identified on Schedule "A" of the Amended Complaint conduct their e-commerce business through

2

Amazon, Ebay, Walmart among other e-commerce platforms.

4.      Based upon the data and information collected and provided in connection with this action, Defendants' Internet based e-commerce stores currently ship infringing goods using unauthorized copies into the United States, including the Southern District of Florida.

5.      Defendants are promoting, advertising, distributing, selling and/or offering for sale, through Seller IDs provided by the e-commerce stores, goods using counterfeit and infringing Plaintiff's Copyright for 2-dimensional artwork and unauthorized reproductions without authorization. Attached hereto as Schedule "B"[1] are representative web page captures and order samples from Defendants' Internet based e- commerce stores operating under the Seller IDs.

6.      Defendants have structured their e-commerce store businesses so that the means for customers to purchase Defendants' infringing goods, at issue, is by placing an order electronically. Defendants receive and confirm orders online and rely on electronic means to receive payment.

7.      Defendants obtain their sales proceeds, from the e-commerce platforms, by using money transfer, and/or retention processing services with PayPal, Inc., and/or having their sales processed using an aggregate escrow account in order to receive monies from the sale of infringing goods.

8.      The escrow accounts on these e-commerce platforms are held in various financial institutions, including Amazon, Amazon Pay, Ebay, Paypal, Walmart, among others.

9.      Most of the time, Defendants must provide an email address and physical address to the third-party platforms through which Defendants operate (such as Ebay, Amazon, and Walmart), however, few Defendants purport to provide any type of a physical address to these

---

[1] Schedule B consists of web captures and samples of each of the Defendant's Copyright for 2-dimensional artwork infringement.  This Schedule B has been organized per Defendant for convenience and presentation purposes. Schedule B also contains a side by side between Plaintiff's Copyright for 2-dimensional artwork as appearing in retail and the infringing/counterfeit product.

3

third-party platforms much less a valid, accurate, and verifiable physical address. Also, many of the Defendants appear to reside in China, neighboring states (and other foreign jurisdictions) and some use Chinese characters for their names and addresses.  Store operator can input any physical address so that it is not verifiable and typically false and or inaccurate. Even where a physical address is known, it is not a reliable way to locate and or identifying Defendants.

10.     There are reports that confirm the unreliability of and uncertainty of physical addresses. A January 2020 publication on counterfeiting by the Department of Homeland Security cites a "lack of relevant policies and procedures to verify sellers' true names and addresses" by third party platforms, which "contributes to a range of impediments to effective enforcement."

11.     Based upon the data and information collected and provided in connection with Defendants' Internet based e- commerce stores, including the shipping information and payment data provided in connection with Defendants' Seller IDs, Plaintiff has good cause to suspect Defendants are all residing and/or operating outside of the United States and/or redistribute products from sources outside of the Unites States.

12.     Defendants have complete control of their e-commerce stores, at issue.  If notice of this action and or this proceeding, Defendants can modify the ownership of the e-commerce store, data, content, payment accounts, redirect consumers to other seller identification names, and transfer assets to other seller identification numbers.

13.     Absent the granting of Plaintiff's Motion for TRO, without notice, Defendants can and will likely alter the status quo before the Court can determine the parties' respective rights. Particularly because Defendants can transfer, conceal and dissipate assets or modify e-commerce data within minutes after obtaining notice of this action. Such result would also frustrate the Court's ability to grant meaningful relief.

14.     Undersigned counsel has not yet provided notice of the present action to Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of November, 2024

**FELDENKRAIS LAW, P.A.**
Attorneys for Plaintiffs
20533 Biscayne Blvd. Suite 469
Aventura, FL 33180
Telephone: (305) 528-9614
Email: mfeldenkrais@gmail.com
By: /s/ Michael Feldenkrais, Esq.
Florida Bar No. 991708

Defendant no. :          1

Defendant Name :       SHANWU

Platform:                Amazon

| Plaintiff VAu 1-517-249 Copyright | SHANWU Infringing Product |
|---|---|
|  | |

# SHANWU

Visit the SHANWU storefront

**96% positive** in the last 12 months (425 ratings)



**NIFEISHI 100% Pure Natural Cold...**

$9⁹⁹  ($ 4.95 / Fl Oz)

Add to Cart

## About Seller

SHANWU is committed to providing each customer with the highest standard of customer service.

**Have a question for SHANWU?**

Ask a question

## Reviews

4.8 out of  5

425 ratings

12 months



5 star  ████████ 86%
4 star  █ 10%
3 star  1%
2 star  1%
1 star  2%

▾ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

425 total ratings, 420 with feedback for 12 months

"~~Not only did I receive a damaged item, but it was the incorrect size. I ordered an 8 oz and received the 4 oz, even though it arrived damaged and spilled in the...~~"
Read more

By Kindle Customer on September 18, 2024.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"💛💛" 

By Erin Byrd on September 18, 2024.

"Good price!"

By Ivy Frank on September 18, 2024.

"Looks exactly like the photo and the fabric is soft and comfortable! Perfect fit!"

By Amazon Customer on September 17, 2024.

"I wish the packaging was not so messy. Would you consider a jar or some thing where you don't have to stick your hand in and get all slimy."

By Happy Chronister on September 17, 2024.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** SHENZHENSHI SHANWU S&T CO.,LTD
**Business Address:**
　大浪街道水围社区
　大浪南路435号宝龙工业区B1栋3层
　深圳市
　龙华区

广东省
518109
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |

Deliver to
Miami 33101

Beauty & Personal Care ▾    Black Castor Oil

EN ▾        Hello, amla
Account & Lists ▾

Returns
& Orders        0

All    Rufus    Same-Day Delivery    Medical Care ▾    Amazon Basics    Whole Foods    Shop By Interest    Amazon Home    Household, Health & Baby Care

All Beauty    Premium Beauty ▾    Makeup ▾    Skin Care ▾    Hair Care ▾    Fragrance ▾    Tools & Accessories ▾    Personal Care ▾    Oral Care ▾    Men's Grooming ▾

Beauty & Personal Care › Hair Care › Hair Treatment Oils



Roll over image to zoom in

0% Pure
l Pressed
ack
.02 Fl
ttle) for
, Body
rizing Oil

89 ratings

200+ bought in past month

$9.99 ($4.95 / Fl Oz)

FREE Returns

s item at $8.99
pply 10% coupon
ns

**Coupon:** ☐
Shop items

Get $50 off instantly: Pay $0.00
upon approval for Amazon Visa.

**Number of Items**    1

**Unit Count**    2.02 Fl Oz

## About this item

- 【Multi-Purpose 100% Pure & Natural Castor Oil】 Our castor oil serves multiple functions, making it a versatile addition to your beauty and wellness routine. It can be used for essential oil mixing, hair care, skin care, body massage, and more. Experience the endless possibilities of this pure and natural oil.

- 【Stimulate Hair Growth】 Achieve longer and thicker hair naturally with our castor oil. It promotes hair growth while also reducing hair loss. Say goodbye to dry, brittle, dry scalps, and dandruff with this natural hair treatment.

- 【Cold Pressed Black Castor Oil】 Our Jamaican Black Castor Oil is rich in vitamin E, minerals, proteins, and omega-6 fatty acids, making it a natural hair care oil. It effectively cleanses the skin, removing impurities from the pores. When used on the skin, it moisturizes and helps retain moisture, providing nourishment with its vitamins and fatty acids.

- 【Stimulate Eyelashes & Eyebrows Growth】 Enhance the

prime

**Prime Exclusive Deal**

☐ Add your free 30-day trial of Prime to buy this item for only **$8.99** plus free expedited delivery.

**Delivery**      **Pickup**

**One-time purchase:**

$9.99 ($4.95 / Fl Oz)

FREE Returns

FREE delivery **Tuesday, September 24** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Saturday, September 21**. Order within **7 hrs 32 mins**. Join Prime

Deliver to Miami 33101

**In Stock**

Quantity: 1

**Add to Cart**

**Buy Now**

Ships from    Amazon
Sold by      SHANWU
Returns      30-day refund/replacement
Payment     Secure transaction
∨ See more

☐ Add a gift receipt for easy returns

**Subscribe & Save:**
10%    15%
$8.99 ($4.45 / Fl Oz)

FREE delivery **Tuesday, September 24** on orders shipped by Amazon over $35
Ships from: Amazon
Sold by: SHANWU

**Add to List**

## Checkout (1 item)



---

**1  Shipping address**

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105

**Change**

Add delivery instructions

🅐 **Or pick up near this address** - See nearby pickup locations

---

**2  Choose a payment method**

Learn more   amla, **your cost could be $0.00** instead of $17.68! Get a **$50 Amazon Gift Card instantly** upon approval for Amazon Visa.

**Your credit and debit cards**

➕  💳  Add a credit or debit card ›  Amazon accepts all major credit cards.

**Payment plans**

◯  🅐  Pay over time with Affirm

Ineligible for this order, cart total is less than $50. Learn more

**Your available balance**

**Enter a gift card, voucher or promotional code**

➕  | Enter Code |   Apply

**Other payment methods**

➕  💳  Learn more about Amazon Store Card ›  Access to exclusive financing offers. No annual fee. Zero fraud liability.

➕  📄  Add a personal checking account
Use your US based personal checking account.
Learn more

Use this payment method

---

**3  Offers**

---

**4  Items and shipping**

---

| Use this payment method |
| :---: |

Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final.

### Order Summary

| | |
| :--- | ---: |
| Items: | $9.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$17.68** |

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant no. :          2

Defendant Name :     ChrizBStore LLC

Platform:                  Amazon

| Plaintiff VAu 1-517-249 Copyright | ChrizBStore LLC's Infringing Product |
|---|---|
|  | |

# ChrizBStore LLC

Visit the ChrizBStore LLC storefront

**67% positive** lifetime (3 total ratings)



**ZHISHUDL Jamaican Black Castor...**
$7⁶⁵ ($ 216.71 / Ounce)

Add to Cart

## About Seller

ChrizBStore LLC is committed to providing each customer with the highest standard of customer service.

### Have a question for ChrizBStore LLC?

Ask a question

## Reviews



3.3 out of 5
3 ratings

| | | |
|---|---|---|
| 5 star | | 33% |
| 4 star | | 33% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 33% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

3 total ratings, 3 with feedback for Lifetime

"bonus was that they are big size boxes 60% more"

By Ken C on July 14, 2024.

"Item packaging was not complete. Half of the tic tac boxes were previously opened. Loose candy in bag. Items are not fit for consumption."

By Cathy J on July 10, 2024.

"Very nice"

By John b. on June 23, 2024.

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Christopher Babila
**Business Address:**
411 STONEGATE DR 411
COLUMBUS
IN
47201-6663
US

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.



Deliver to
Miami 33101

All ▾   Search Amazon

EN ▾   Hello, amla
Account & Lists ▾   Returns
& Orders   0

All   Rufus   Same-Day Delivery   Medical Care ▾   Amazon Basics   Whole Foods   Shop By Interest   Amazon Home   Household, Health & Baby Care

Beauty & Personal Care › Hair Care › Hair Treatment Oils











Roll over image to zoom in

...ack
...rganic
...lass
...o Pure
...d Organic
...or Hair
...rebrows
...L)

...tore

50 ratings

...0+ bought in past month

$7.65 ($216.71 / Ounce)

FREE Returns

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa.

...lor: ...PCS

| Hair Type | All |
| Scent | Unscented |
| Liquid Volume | 1 Fluid Ounces |
| Item Form | Cream |

## About this item

- 【Jamaican Black Castor Oil Promotes Hair Growth】Natural Jamaican Black Castor Oil is a natural plant essential oil based on castor oil, which helps stimulate blood circulation in the scalp, thereby promoting hair growth and improving hair health. It can deeply moisturize and strengthen hair follicles, help lock in moisture, and solve the problems of frizzy hair, split ends and breakage.

- 【Widely Used】Castor oil organic cold pressed unrefined is not only great for hair, but also deeply moisturizing for your skin, a few drops of the essential oil can be mixed with your daily face cream or body lotion for skin hydration and repair. It may also nourish eyelashes and eyebrows, making them more naturally full.

- 【How to Use】Castor oil is great for massage and can be used on any part of the body. Apply an appropriate amount of nourishing castor oil to your scalp, hair, body, beard, eyebrows or eyelashes and

Add your free 30-day trial of Prime and get **fast, free delivery**

prime

$7.65 ($216.71 / Ounce)

FREE Returns

FREE delivery **Thursday, September 26** on orders shipped by Amazon over $35

Deliver to Miami 33101

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from   Amazon
Sold by   ChrizBStore LLC
Returns   30-day refund/replacement
Payment   Secure transaction
˅ See more

Add a gift receipt for easy returns

Add to List

## Other sellers on Amazon

New (3) from $7.64   & **FREE Shipping** on orders over $35.00 shipped by Amazon.

# Checkout (1 item)



---

**1  Shipping address**

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105

**Change**

Add delivery instructions

🅰 **Or pick up near this address** - See nearby pickup locations

---

**2  Choose a payment method**

Learn more

amla, **your cost could be $0.00** instead of $8.19! Get a **$50 Amazon Gift Card instantly** upon approval for Amazon Visa.

**Your credit and debit cards**

➕ 🔷 Add a credit or debit card › Amazon accepts all major credit cards.

**Payment plans**

○  Pay over time with Affirm

Ineligible for this order, cart total is less than $50. Learn more

**Your available balance**

Enter a gift card, voucher or promotional code

➕ | Enter Code | Apply

**Other payment methods**

➕ 🗄 Learn more about Amazon Store Card › Access to exclusive financing offers. No annual fee. Zero fraud liability.

➕ 🗄 Add a personal checking account
Use your US based personal checking account.
Learn more

Use this payment method

---

**3  Offers**

---

**4  Items and shipping**

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

**Use this payment method**

Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final.

## Order Summary

| | |
|---|---|
| Items: | $7.65 |
| Shipping & handling: | $0.00 |
| Total before tax: | $7.65 |
| Estimated tax to be collected: | $0.54 |

**Order total:** **$8.19**

How are shipping costs calculated?

Defendant no. :          3

Defendant Name :     Fun Share Official

Platform:                  Amazon

| Plaintiff VAu 1-517-249 Copyright | Fun Share Official's Infringing Product |
|---|---|
|  | |

# Fun Share Official

Visit the Fun Share Official storefront

**100% positive** in the last 12 months (74 ratings)



**XINGXYUEL Jamaican Black Cast...**
$7⁵⁸  ($ 7.58 / Fl Oz)

[ Add to Cart ]

## About Seller

Fun Share Official is committed to providing each customer with the highest standard of customer service.

**Have a question for Fun Share Official?**

[ Ask a question ]

## Reviews



4.9 out of  5

74 ratings

| | | |
|---|---|---|
| 5 star | | 88% |
| 4 star | | 12% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

∨ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ]

74 total ratings, 73 with feedback for 12 months

"~~Si miran bien la foto que le mandó el repartidor se darán cuenta que está vacío y abierto~~ "

By Cecilia on September 19, 2024.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Being older I have tried many types of foundations in every price range that did not give the natural looking coverage that this one does. This foundation is li... "

Read more

By Barbara on September 18, 2024.

"~~Nunca resivi el paquete~~ "

By Vilemma aleman on September 17, 2024.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Muy buen producto, se cumplieron mis expectativas "

By Violeta Margarita Rodríguez on September 15, 2024.

"Sets perfectly and I love the glimmer! "

By Raquel on September 13, 2024.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** dongguanfenrundianzishangwuyouxiangongsi
**Business Address:**
  银主路

19号286室
东莞市
南城街道
广东省
523000
CN

**Shipping Policies**                                                                    ⌄

**Other Policies**                                                                       ⌄

**Help**                                                                                 ⌄

**Products**

See all products currently offered by the seller.

Leave seller feedback

**Customers who viewed items in your browsing history also viewed**          Page 1 of 8



FunFamz The Original
Spider Prank Box- Funny
Wooden Box Toy Spider
Prank, Hilarious...

8,612

-28%  $17.99
List: $24.99

Get it as soon as **Tuesday, Sep
24**

FREE Shipping on orders over
$35 shipped by Amazon



Rubber Spider Trick Box,
Handmade Wooden Trick
Surprise Box Spider
Hidden in One Box Tric...

84

$7.98

Get it as soon as **Wednesday,
Sep 25**

FREE Shipping on orders over
$35 shipped by Amazon



Jamaican Black Castor Oil
- 100% Pure and Organic,
Cold Pressed in Glass
Bottles for Hair Growth...

687

$9.99 ($4.95/Fl Oz)

Get it as soon as **Tuesday, Sep
24**

FREE Shipping on orders over
$35 shipped by Amazon



Tiuedu Organic Black
Castor Oil, 2PCS 4.04 Fl
Oz 100% Pure Cold
Pressed for Hair Growth
and Nourishing, Thicker...

73

$15.99 ($3.96/Fl Oz)

Get it as soon as **Tuesday, Sep
24**

FREE Shipping on orders over
$35 shipped by Amazon



**Top picks for you**                                                        Page 1 of 6

Deliver to
Miami 33101

Beauty & Personal Care ⌄   Black Castor Oil

EN ⌄   Hello, amla
Account & Lists ⌄   Returns
& Orders   🛒 0

All   Rufus   Same-Day Delivery   Medical Care ⌄   Amazon Basics   Whole Foods   Shop By Interest   Amazon Home   Household, Health & Baby Care

All Beauty   Premium Beauty ⌄   Makeup ⌄   Skin Care ⌄   Hair Care ⌄   Fragrance ⌄   Tools & Accessories ⌄   Personal Care ⌄   Oral Care ⌄   Men's Grooming ⌄

Beauty & Personal Care › Hair Care › Hair Treatment Oils












Roll over image to zoom in

...ack
...rganic
...d
...lass
...al Pure
...k Castor
...Eyelashes
...in Care

Store
10 ratings

...00+ bought in past month

$7.58 ($7.58 / Fl Oz)

...E Returns

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa.

Material   Fragrance Free
Type
Free

Scent   Unscented

Liquid   2.02 Fluid Ounces
Volume

### About this item

- 【Jamaican Black Castor Oil Organic Cold Pressed】 Black castor oil organic cold pressed unrefined moisturizes the scalp, helps promote hair growth, prevents hair dryness, reduces breakage and split ends, improves hair health, and makes hair silky smooth and naturally shiny.

- 【Multi-Purpose】 Cold pressed organic castor oil is widely used and can be used for facial care, body massage, hair care, eyelash and eyebrow care, etc. Enjoy the comfortable experience brought by organic pure castor oil.

- 【Natural Jamaican Black Castor Oil】 Black castor oil is not only suitable for hair, eyelashes, and eyebrows, but can also deeply moisturize your skin. Massage for about ten minutes to make your skin healthy and smooth. Can also be used to nourish eyelashes and brows for fuller, thicker, longer lashes.

- 【Natural Ingredients】 Black castor oil is made from pure natural extracts, 100% pure cold-

☐ Add your free 30-day trial of Prime and get fast, free delivery

prime

Delivery | Faster Pickup

One-time purchase:
$7.58 ($7.58 / Fl Oz)

FREE Returns

FREE delivery **Thursday, September 26** on orders shipped by Amazon over $35

Deliver to Miami 33101

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from   Amazon
Sold by   Fun Share Official
Returns   30-day refund/replacement
Payment   Secure transaction
⌄ See more

☐ Add a gift receipt for easy returns

Subscribe & Save:
$7.58 ($7.58 / Fl Oz)

FREE delivery **Thursday, September 26** on orders shipped by Amazon over $35
Ships from: Amazon
Sold by: Fun Share Official

Add to List

# Checkout (1 item)



---

**1**  **Shipping address**

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105

Add delivery instructions

**Change**

🅰 **Or pick up near this address** - See nearby pickup locations

---

**2**  **Choose a payment method**

| Learn more | amla, **your cost could be $0.00** instead of $15.10! Get a **$50 Amazon Gift Card instantly** upon approval for Amazon Visa. |

---

**Your credit and debit cards**

➕ 💳  **Add a credit or debit card** ›  Amazon accepts all major credit cards.

**Payment plans**

◯ 🅰 Pay over time with Affirm

Ineligible for this order, cart total is less than $50. Learn more

**Your available balance**

Enter a gift card, voucher or promotional code

➕ [ Enter Code ]  [ Apply ]

**Other payment methods**

➕ 💳  **Learn more about Amazon Store Card** ›  Access to exclusive financing offers. No annual fee. Zero fraud liability.

➕ 💳  **Add a personal checking account**
Use your US based personal checking account.
Learn more

---

[ Use this payment method ]

---

**3**  **Offers**

---

**4**  **Items and shipping**

---

\*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

[ Use this payment method ]

Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final.

## Order Summary

| | |
|---|---|
| Items: | $7.58 |
| Shipping & handling: | $6.99 |
| Total before tax: | $14.57 |
| Estimated tax to be collected: | $0.53 |
| **Order total:** | **$15.10** |

How are shipping costs calculated?

Defendant no. :          4

Defendant Name :     Fashion T Office

Platform:                   Amazon

| Plaintiff VAu 1-517-249 Copyright | Fashion T Office's Infringing Product |
|---|---|
|  |  |

## Fashion T Office

Visit the Fashion T Office storefront

**81% positive** in the last 12 months (59 ratings)



**ZHISHUDL 2PCS Jamaican Black …**
$12⁹⁹  ($ 367.99 / Ounce)

Add to Cart

## About Seller

Fashion T Office is committed to providing each customer with the highest standard of customer service.

**Have a question for Fashion T Office?**

Ask a question

## Reviews



4.2 out of  5

59 ratings                                     12 months

5 star ██████ 69%
4 star █ 12%
3 star 3%
2 star 0%
1 star █ 15%

⌄ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

59 total ratings, 59 with feedback for 12 months

"Disappointed when I got this! I have used this sunscreen before and LOVED it. The consistency is thin and lotion-like, not drying; makeup lays great over it, bu…"
Read more

By Chelsea Williams on September 9, 2024.

"~~My product wasn't sealed. Also it didn't have plastic on top of the makeup!~~"

By Laura on August 29, 2024.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Me encanta como queda la piel"

By brenda a. on August 15, 2024.

"~~It's a fake product.~~"

By Karine on July 25, 2024.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Received the product in a very timely manner well package good product. I love it."

By Deanna McCutcheon on July 17, 2024.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** maonanquzuixinghehuazhuangpinjingyingbu
**Business Address:**
  茂南区
  官渡五路1号大院16号3202房
  茂名市

广东省
525000
CN

**Shipping Policies**  ⌄

**Other Policies**  ⌄

**Help**  ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

## Customers who viewed items in your browsing history also viewed

    

FunFamz The Original Spider Prank Box- Funny Wooden Box Toy Spider Prank, Hilarious…
8,612
8K+ viewed in past month
-28% $17⁹⁹
List: $24.99
Get it as soon as **Tuesday, Sep 24**
FREE Shipping on orders over $35 shipped by Amazon

Rubber Spider Trick Box, Handmade Wooden Trick Surprise Box Spider Hidden in One Box Tric…
84
3K+ viewed in past month
$7⁹⁸
Get it as soon as **Wednesday, Sep 25**
FREE Shipping on orders over $35 shipped by Amazon

Jamaican Black Castor Oil - 100% Pure and Organic, Cold Pressed in Glass Bottles for Hair Growth…
687
8K+ viewed in past month
$9⁹⁹ ($4.95/Fl Oz)
Get it as soon as **Tuesday, Sep 24**
FREE Shipping on orders over $35 shipped by Amazon

Tiuedu Organic Black Castor Oil, 2PCS 4.04 Fl Oz 100% Pure Cold Pressed for Hair Growth and Nourishing, Thicker…
73
$15⁹⁹ ($3.96/Fl Oz)
Get it as soon as **Tuesday, Sep 24**
FREE Shipping on orders over $35 shipped by Amazon

Gooswexmzl Prank Box, P Rubber Spid Wooden Sca Surprise Jok…
1K+ viewed in
$8⁹⁹

## Top picks for you

    

Carvenchi Natural Hair Growth Oil, Organic Rosemary Veganic Hair Oil for Thin, Dry &…
50
300+ viewed in past month
-20% $7⁹⁹ ($7.99/Fl Oz)
Typical: $9.99
Get it as soon as **Tuesday, Sep 24**
FREE Shipping on orders over $35 shipped by Amazon

Grandma Flo's Naturals Pure Organic Castor Oil Roll On Moisturizer, 10 milliliters (Pack of 1) |…
45
2K+ viewed in past month
$11⁹⁹ ($36.33/Fl Oz)
Get it as soon as **Tuesday, Sep 24**
FREE Shipping on orders over $35 shipped by Amazon
🌿 Climate Pledge Friendly

Castor Oil Roller Glass Bottle for Eyebrow, Eyelashes, Skin, Lips - Certified Organic 100%…
193
4K+ viewed in past month
$9⁹⁹ ($5.00/Fl Oz)
Get it as soon as **Tuesday, Sep 24**
FREE Shipping on orders over $35 shipped by Amazon
🌿 Climate Pledge Friendly

QUEEN OF THE THRONES Organic Golden Castor Oil - 500mL (16.9oz) | 100% Pure & Expeller-…
11,517
50K+ viewed in past month
$35⁴⁷ ($2.10/Fl Oz)
Get it as soon as **Tuesday, Oct 1**
FREE Shipping by Amazon
🌿 Climate Pledge Friendly

ZHISHUDL Ja Black Castor Cold Pressec
300+ viewed in
Amazon's Ch
Treatment Oils
$7⁶⁴ ($216.43
Get it as soon a 24
FREE Shipping $35 shipped b



Beauty & Personal Care › Hair Care › Hair Treatment Oils

...can Black
...rganic
...
...lass
...o Pure
...d Organic
...r Hair
...ebrows

...tore
50 ratings

12.99 ($367.99 / Ounce)

...REE Returns

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa.

...or 2PCS

| $12.99 ($367.99 / Ounce) | $7.64 ($216.43 / Ounce) |
| $8.99 ($254.67 / Ounce) | $12.99 ($367.99 / Ounce) |

| Product Benefits | High Gloss |
| Hair Type | All |
| Scent | 2PCS |
| Liquid Volume | 1 Fluid Ounces |
| Item Form | Cream |

**About this item**

- 【Jamaican Black Castor Oil Promotes Hair Growth】 Natural Jamaican Black Castor Oil is a natural plant essential oil based on castor oil, which helps stimulate blood circulation in the scalp, thereby promoting hair growth and improving hair health. It can deeply moisturize and strengthen hair follicles, help lock in moisture, and solve the problems of frizzy hair, split ends and breakage.

- 【Widely Used】 Castor oil organic cold pressed unrefined is not only

**Deliver to Miami 33101**

Beauty & Personal Care    Black Castor Oil

EN    Hello, amla
Account & Lists    Returns & Orders    0

All    Rufus    Same-Day Delivery    Medical Care    Amazon Basics    Whole Foods    Shop By Interest    Amazon Home    Household, Health & Baby Care

All Beauty    Premium Beauty    Makeup    Skin Care    Hair Care    Fragrance    Tools & Accessories    Personal Care    Oral Care    Men's Grooming

Add your free 30-day trial of Prime and get **fast, free delivery**    prime

Delivery    Faster Pickup

One-time purchase:
$12.99 ($367.99 / Ounce)

FREE Returns

**FREE delivery Wednesday, September 25** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Saturday, September 21**. Order within 4 hrs 30 mins.

Join Prime

Deliver to Miami 33101

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from    Amazon
Sold by    Fashion T Office
Returns    30-day refund/replacement
Payment    Secure transaction
See more

Add a gift receipt for easy returns

Subscribe & Save:
$12.99 ($367.99 / Ounce)

FREE delivery **Wednesday, September 25** on orders shipped by Amazon over $35
Ships from: Amazon
Sold by: Fashion T Office

Add to List

Roll over image to zoom in

## Checkout (1 item)



---

**1  Shipping address**

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105
Add delivery instructions

**Change**

🅰 **Or pick up near this address** - See nearby pickup locations

---

**2  Choose a payment method**

Learn more

amla, **your cost could be $0.00** instead of $20.89! Get a **$50 Amazon Gift Card instantly** upon approval for Amazon Visa.

**Your credit and debit cards**

➕ 🔷 Add a credit or debit card › Amazon accepts all major credit cards.

**Payment plans**

◯ 🅰 Pay over time with Affirm

Ineligible for this order, cart total is less than $50. Learn more

**Your available balance**



Enter a gift card, voucher or promotional code

| Enter Code | Apply |

**Other payment methods**

➕ 🖼 Learn more about Amazon Store Card › Access to exclusive financing offers. No annual fee. Zero fraud liability.

➕ 🖼 Add a personal checking account
Use your US based personal checking account.
Learn more

Use this payment method

---

**3  Offers**

---

**4  Items and shipping**

---

**Use this payment method**

Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final.

### Order Summary

| | |
|---|---|
| Items: | $12.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $19.98 |
| Estimated tax to be collected: | $0.91 |

**Order total:** **$20.89**

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant no. :        5

Defendant Name :       Chiu Shop

Platform:              Amazon

| Plaintiff VAu 1-517-249 Copyright | Chiu Shop's Infringing Product |
|---|---|
|  | |



## Chiu Shop

Visit the Chiu Shop storefront

**95% positive** in the last 12 months (74 ratings)



**CAHIUYOA Jamaican Black Casto...**
$6⁵⁸  ($ 186.40 / Ounce)

Add to Cart

## About Seller

Chiu Shop is committed to providing each customer with the highest standard of customer service.

**Have a question for Chiu Shop?**

Ask a question

## Reviews



4.7 out of 5

74 ratings

12 months

| | |
|---|---|
| 5 star | 82% |
| 4 star | 12% |
| 3 star | 3% |
| 2 star | 0% |
| 1 star | 3% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

74 total ratings, 74 with feedback for 12 months

" It looked better on Amazon. On the picture "
By Claudette Sylvain on September 18, 2024.

" It's everything it said it does very happy with my purchase "
By Denise Garcia on September 17, 2024.

" The cc cream and spunge was excellent "
By TERRI THORNBURG on September 16, 2024.

" Awesome "
By Amazon Customer on September 15, 2024.

" Very dry on my skin like chalk wrong color "
By Robbie on September 15, 2024.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** maomingshijinhuanzhishangmaoyiyouxiangongsi
**Business Address:**
口岸南街31号大院1号
601房
茂名市
茂南区
广东省
525000
CN

## Shipping Policies

## Other Policies

Deliver to
Miami 33101

Beauty & Personal Care ▾   Black Castor Oil

EN ▾   Hello, amla
Account & Lists ▾

Returns
& Orders   0

All   Rufus   Same-Day Delivery   Medical Care ▾   Amazon Basics   Whole Foods   Shop By Interest   Amazon Home   Household, Health & Baby Care

All Beauty   Premium Beauty ▾   Makeup ▾   Skin Care ▾   Hair Care ▾   Fragrance ▾   Tools & Accessories ▾   Personal Care ▾   Oral Care ▾   Men's Grooming ▾

Beauty & Personal Care › Hair Care › Hair Treatment Oils









Roll over image to zoom in

...OA Jamaican Black Castor
...d Pressed, Unrefined, 100%
...tural in Glass Bottle (2.02 Fl
...Hair Growth and Body Care

UYOA Store

3 ratings  |  Search this page

12% $6.58 ($186.40 / Ounce)

List price: $7.58 ⓘ

FREE Returns

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa.

| | |
|---|---|
| | High Gloss |
| | All |
| Scent | Unscented |
| Liquid Volume | 1 Fluid Ounces |
| Item Form | Cream |

## About this item

- 【Jamaican Black Castor Oil】Pure natural black jamaican castor oil cold pressed unrefined glass bottle is a plant essential oil based on castor oil, which can effectively promote hair growth, reduce dryness, frizz and split ends, and improve hair growth and health. It also soothes the skin and reduces muscle fatigue and tension.

- 【Lightweight and Non-greasy】The texture of black jamaican castor oil is refreshing, light and non-greasy, and is easily absorbed by the skin without leaving a greasy feeling, leaving the skin feeling fresh and comfortable. It can soothe the scalp, reduce dandruff problems, and keep the scalp clean and healthy.

- 【Moisturizing Essential Oil】Black castor oil can be used as a massage product for your daily skin care,it can provide long-term nourishment and moisturizing for your skin, repair dry and rough skin, and make it soft and smooth.

- 【Multi-Functional Use】jamaican black castor oil organic has a wide range of uses, not only as a hair treatment, it can also deeply moisturize your skin and provide sufficient hydration to the skin. It also nourishes eyelashes and eyebrows, making them more naturally full.

- 【Perfect Gift】Exquisite and compact, easy to carry,Perfect gift for personal use or for your friend, mother, girlfriend.

Report an issue with this product or seller

Add your free 30-day trial of Prime and get fast, free delivery

prime

One-time purchase:
$6.58 ($186.40 / Ounce)

FREE Returns

FREE delivery **Thursday, September 26** on orders shipped by Amazon over $35

Or **Prime members** get FREE delivery **Saturday, September 21**. Order within **4 hrs 8 mins**.
Join Prime

Deliver to Miami 33101

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from   Amazon
Sold by   Chiu Shop
Returns   30-day refund/replacement
Payment   Secure transaction
⌄ See more

☐ Add a gift receipt for easy returns

**Subscribe & Save:**
$6.58 ($186.40 / Ounce)

FREE delivery **Thursday, September 26** on orders shipped by Amazon over $35
Ships from: Amazon
Sold by: Chiu Shop

Add to List

## Buy it with

  +  

**This item:** CAHIUYOA Jamaican Black Castor Oil - Cold Pressed, Unrefined, 100% Pure Natural i...

$6.58 ($186.40/Ounce)

Mielle Organics Rosemary Mint Scalp & Hair Strengthening Oil for All Hair Types, 2 Ounce

$9.33 ($4.67/Fl Oz)

Total price: $15.91

Add both to Cart

These items are shipped from and sold by different sellers.
Show details

# Checkout (1 item)



---

**1** **Shipping address**

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105
Add delivery instructions

Change

🅰 **Or pick up near this address** - See nearby pickup locations

---

**2** **Choose a payment method**

Learn more | amla, **your cost could be $0.00** instead of $14.03! Get a **$50 Amazon Gift Card instantly** upon approval for Amazon Visa.

### Your credit and debit cards

➕ 💳 Add a credit or debit card › Amazon accepts all major credit cards.

### Payment plans

◯ 🅰 Pay over time with Affirm

Ineligible for this order, cart total is less than $50. Learn more

### Your available balance

**Enter a gift card, voucher or promotional code**
➕ [ Enter Code ] [ Apply ]

### Other payment methods

➕ 💳 Learn more about Amazon Store Card › Access to exclusive financing offers. No annual fee. Zero fraud liability.

➕ 💳 Add a personal checking account
Use your US based personal checking account.
Learn more

[ Use this payment method ]

---

**3** **Offers**

---

**4** **Items and shipping**

---

[ Use this payment method ]

Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final.

## Order Summary

| | |
|---|---|
| Items: | $6.58 |
| Shipping & handling: | $6.99 |
| Total before tax: | $13.57 |
| Estimated tax to be collected: | $0.46 |
| **Order total:** | **$14.03** |

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant no. :          6

Defendant Name :      JunKuJK

Platform:                  Amazon

| Plaintiff VAu 1-517-249 Copyright | JunKuJK's Infringing Product |
|---|---|
|  | |

# JunKuJK

Visit the JunKuJK storefront

**80% positive** in the last 12 months (15 ratings)



**JunKuJK Black Castor Oil,Premiu...**
$6⁹⁸ ($ 197.73 / Ounce)

Add to Cart

## About Seller

JunKuJK is committed to providing each customer with the highest standard of customer service.

**Have a question for JunKuJK?**

Ask a question

## Reviews



4.1 out of 5

15 ratings

| | | |
|---|---|---|
| 5 star | | 73% |
| 4 star | | 7% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 20% |

⌄ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

15 total ratings, 15 with feedback for 12 months

"fake product"

By JoNelle Strohbeen on September 18, 2024.

"One of the best products"

By Trino on September 16, 2024.

"~~Pen was completely dry, very unhappy with this. It was a present I purchased for my husband and it is past the return date.~~"

By Cheryl H. on August 21, 2024.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"~~This sunscreen leaves a white cast, not very happy with the outcome.~~"

By Cindy on August 20, 2024.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"It's great! I love it! Will keep buying!"

By Kathy on August 19, 2024.

Previous **Next**

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** guangzhoushijunkumaoyiyouxiangongsi
**Business Address:**
  X1301-F015567
  南沙区丰泽东路106号（自编1号楼）
  广州市
  广东省
  511455
  CN



All | Rufus | Same-Day Delivery | Medical Care | Amazon Basics | Whole Foods | Shop By Interest | Amazon Home | Household, Health & Baby Care

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming

Beauty & Personal Care › Hair Care › Hair Treatment Oils



Roll over image to zoom in

...stor Oil,Premium Organic
...essed Castor Oil for
...es & Eyebrows Hair Growth
...60ML

...JK

1 rating | Search this page

$6.98 ($197.73 / Ounce)

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa.

| | |
|---|---|
| | JunKuJK |
| | colourless |
| | Cream |
| | Adult |

**Hair Type**    All

### About this item

- 😊【Moisturising】Regular use of this black castor oil will moisturise your hair and make your hair look more natural, voluminous.
- 😊【Easy to Use】Apply an appropriate amount of castor oil to your hair, massage it into your hair with your fingers for a few minutes, and you will get natural looking hair, suitable for all types of hair.
- 😊【Wide Range of Uses】This black castor oil can be applied not only to your hair, but also to your eyelashes and eyebrows, making it the perfect choice for your daily care.
- 😊【Perfect Gift】Organic black castor oil is beautifully packaged, perfect for Christmas, Halloween and Mother's Day as a gift for your mother, sisters and friends.
- 😊【Excellent Service】We have excellent after-sales service, if you have any dissatisfaction with the product, you can tell us, we are happy to serve you.

Report an issue with this product or seller

Add your $1.99 one-week trial of Prime and get fast, free delivery

prime

**Delivery** | Pickup

**One-time purchase:**
$6.98 ($197.73 / Ounce)

FREE delivery **Tuesday, September 24** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Saturday, September 21**. Order within **4 hrs 18 mins**. Join Prime

Deliver to Miami 33101

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from    Amazon
Sold by        JunKuJK
Returns       30-day refund/replacement
Payment      Secure transaction
See more

Add a gift receipt for easy returns

**Subscribe & Save:**
$6.98 ($197.73 / Ounce)

FREE delivery **Tuesday, September 24** on orders shipped by Amazon over $35
Ships from: Amazon
Sold by: JunKuJK

Add to List

## Buy it with

 + [cotton flannel image]

Total price: $14.97

Add both to Cart

These items are shipped from and sold by different sellers.
Show details

**This item:** JunKuJK Black Castor Oil,Premium Organic Cold Pressed Castor Oil for Eyelashe...
$6.98 ($197.73/Ounce)

2 Pcs Organic Cotton Flannel for Castor Oil Pack Wrap, Reusable Castor Oil Compress for Liver...
$7.99 ($4.00/Count)

## Products related to this item
Sponsored ⓘ

Page 1 of 58

## Checkout (1 item)



---

**1**  **Shipping address**

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105
Add delivery instructions

**Change**

🅰 **Or pick up near this address** - See nearby pickup locations

---

**2**  **Choose a payment method**

Learn more

amla, **your cost could be $0.00** instead of $14.46! Get a **$50 Amazon Gift Card instantly** upon approval for Amazon Visa.

**Your credit and debit cards**

➕ 💳  **Add a credit or debit card** ›  Amazon accepts all major credit cards.

**Payment plans**

○ ⓐ  Pay over time with Affirm

Ineligible for this order, cart total is less than $50. Learn more

**Your available balance**

Enter a gift card, voucher or promotional code

➕ | Enter Code | Apply |

**Other payment methods**

➕ 💳  **Learn more about Amazon Store Card** ›  Access to exclusive financing offers. No annual fee. Zero fraud liability.

➕ 📝  **Add a personal checking account**
Use your US based personal checking account.
Learn more

Use this payment method

---

**3**  **Offers**

---

**4**  **Items and shipping**

---

Use this payment method

Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final.

### Order Summary

| | |
|---|---|
| Items: | $6.98 |
| Shipping & handling: | $6.99 |
| Total before tax: | $13.97 |
| Estimated tax to be collected: | $0.49 |
| **Order total:** | **$14.46** |

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant no. :           7

Defendant Name :      ONE ONE Shop

Platform:                   Amazon

| Plaintiff VAu 1-517-249 Copyright | ONE ONE Shop's Infringing Product |
|---|---|
|  | |



### ONE ONE Shop

Visit the ONE ONE Shop storefront

**60% positive** in the last 12 months (93 ratings)

NVLEPTAP Jamaican Black Castor...

$6⁹⁹  ($ 198.02 / Ounce)

Add to Cart

Subtotal
**$6.98**



## About Seller

ONE ONE Shop is committed to providing each customer with the highest standard of customer service.

**Have a question for ONE ONE Shop?**

Ask a question

## Reviews

3.4 out of 5        12 months

93 ratings

| | | |
|---|---|---|
| 5 star | | 51% |
| 4 star | | 10% |
| 3 star | | 3% |
| 2 star | | 0% |
| 1 star | | 37% |

⌄ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

93 total ratings, 93 with feedback for 12 months

"Love these lip balms that turns Colors when u put this on "

By Kitty on September 15, 2024.

"Looks wonderful.. colors r just as described.. can't wait to use them .. these r my new fall color collection.. received on time and as described "

By ljrrdh on September 10, 2024.

"Good makeup "

By Jan Ipock on September 8, 2024.

"~~Very disappointed the colors didn't match the picture. Very dark shades!~~ "

By tacchini on September 5, 2024.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Stayed on all day in the Arizona heat with sweat! And water games! Awesome price and awesome product "

By Jonathan on August 28, 2024.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** maomingshimaonanquhuihaoxiaochidian
**Business Address:**
　朝阳向阳街48号第一间
　茂名市
　茂南区
　广东省
　525000
　CN

## Shipping Policies ⌄

Deliver to
Miami 33101

Beauty & Personal Care ▾    Black Castor Oil

EN ▾    Hello, amla
Account & Lists ▾    Returns
& Orders    1

Subtotal
$6.98

All    Rufus    Same-Day Delivery    Medical Care ▾    Amazon Basics    Whole Foods    Shop By Interest    Amazon Home

All Beauty    Premium Beauty ▾    Makeup ▾    Skin Care ▾    Hair Care ▾    Fragrance ▾    Tools & Accessories ▾    Personal Care ▾    Oral Care ▾    Men's Grooming ▾

Beauty & Personal Care › Hair Care › Hair Loss Products › Hair Regrowth Treatments





Roll over image to zoom in

...TAP Jamaican Black
...Oil Organic Cold Pressed
...ned Glass Bottle Black
... Oil for Body
...rizing Massage Oil Hair
...h Eyebrow Care Natural
...ic Castor Oil (2.02 Fl Oz)

.../LEPTAP Store
... page

$6.99 ($198.02 / Ounce)

Get $50 off instantly: Pay $0.00 upon approval for
Amazon Visa.

| Product Benefits | 舒缓的 |
| --- | --- |
| Hair Type | 所有 |
| Item Form | Cream |
| Brand | NVLEPTAP |
| Number of Items | 1 |

## About this item

- 【Natural Organic Castor Oil】Jamaican black castor oil is 100% pure cold-pressed, unrefined, natural, which helps promote hair growth, nourish hair, increase hair elasticity and shine, reduce dryness, frizz and split ends, and improve Hair texture.

- 【Widely Used】The texture is light and easily absorbed by the skin without leaving a greasy feeling, making the massage process more comfortable and pleasurable. Not only can it be used as a hair treatment, but it can also be used to massage any area of the body, or to nourish eyelashes and eyebrows to make them fuller.

- 【Beautiful Skin】Black jamaican castor oil is rich in essential oil blends, which can be massaged into dry areas of skin and hair to deeply nourish and protect the skin, making the skin healthier and smoother, while also enjoying the pleasure of relaxing the body.

- 【How to Use】Apply an appropriate amount of castor oil to your scalp, hair, body, beard, eyebrows or eyelashes, and massage with your fingers for 2-3 minutes until absorbed. Massage regularly and the effect will be better.

- 【Perfect Gift】Jamaican black castor oil organic is great for massage and suitable for everyone to achieve a comfortable massage experience at home. It is the most heartwarming massage product for your lover, friends and wife.

Report an issue with this product or seller

Add your $1.99 one-
week trial of Prime and
get fast, free delivery    prime

Delivery    Faster Pickup

One-time purchase:
$6.99 ($198.02 / Ounce)

FREE delivery Wednesday,
September 25 on orders
shipped by Amazon over $35

Or Prime members get FREE
delivery Saturday, September
21. Order within 11 hrs 43 mins.
Join Prime

Deliver to Miami 33101

In Stock

Quantity: 1

Add to Cart

Buy Now

| Ships from | Amazon |
| --- | --- |
| Sold by | ONE ONE Shop |
| Returns | 30-day refund/replacement |
| Customer service | Amazon |

˅ See more

☐ Add a gift receipt for easy
returns

Subscribe & Save:
$6.99 ($198.02 / Ounce)

FREE delivery Wednesday,
September 25 on orders
shipped by Amazon over $35
Ships from: Amazon
Sold by: ONE ONE Shop

Add to List

## Buy it with

# Checkout (1 item)

## 1  Shipping address

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105

**Change**

**Add delivery instructions**

🅐 **Or pick up near this address** - See nearby pickup locations

## 2  Choose a payment method

Learn more

amla, **your cost could be $0.00** instead of $14.47! Get a **$50 Amazon Gift Card instantly** upon approval for Amazon Visa.

### Your credit and debit cards

＋  ▪️  **Add a credit or debit card** ›  Amazon accepts all major credit cards.

### Payment plans

○  🅐  Pay over time with Affirm

Ineligible for this order, cart total is less than $50. Learn more

### Your available balance

**Enter a gift card, voucher or promotional code**

＋  | Enter Code |  Apply

### Other payment methods

＋  ▭  **Learn more about Amazon Store Card** ›  Access to exclusive financing offers. No annual fee. Zero fraud liability.

＋  ▭  **Add a personal checking account**
Use your US based personal checking account.
**Learn more**

Use this payment method

## 3  Offers

## 4  Items and shipping

---

**Use this payment method**

Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final.

## Order Summary

| | |
|---|---|
| Items: | $6.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $13.98 |
| Estimated tax to be collected: | $0.49 |

**Order total:** **$14.47**

**How are shipping costs calculated?**

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant no. :          8

Defendant Name :     KuiyaShangmao

Platform:                   Amazon

| Plaintiff VAu 1-517-249 Copyright | KuiyaShangmao's Infringing Product |
|---|---|
|  | |

# KuiyaShangmao

Visit the KuiyaShangmao storefront

**84% positive** in the last 12 months (45 ratings)



**worafy Jamaican Black Castor Oil...**
$ $7^{99}$  ($ 4.00 / Fl Oz)

Add to Cart

## About Seller

KuiyaShangmao is committed to providing each customer with the highest standard of customer service.

**Have a question for KuiyaShangmao?**

Ask a question

## Reviews



4.4 out of  5

45 ratings

| | |
|---|---|
| 5 star | 73% |
| 4 star | 11% |
| 3 star | 4% |
| 2 star | 0% |
| 1 star | 11% |

˅ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

45 total ratings, 44 with feedback for 12 months

"Quick delivery..packaged very well..great product "

By Amazon Customer on September 15, 2024.

"Nice "

By Ker on September 15, 2024.

"~~Terrible, this was just sunscreen~~ "

By Katelynn Mayers on September 12, 2024.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Service was great!! Shipped fast with no waiting, got it about 4 days after I ordered it. Thanks! "

By Melissa Petty on September 9, 2024.

"Everything is perfect "

By Joan on September 9, 2024.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** zhengzhoukuiyashangmaoyouxiangongsi
**Business Address:**
欧亚半岛6号楼1单元1704
菏泽市
定陶区
山东省
274000
CN

**Shipping Policies**



Deliver to
Miami 33101

Beauty & Personal Care ▾    Black Castor Oil

EN ▾    Hello, amla
Account & Lists ▾    Returns
& Orders    0

All    Rufus    Same-Day Delivery    Medical Care ▾    Amazon Basics    Whole Foods    Shop By Interest    Amazon Home    Household, Health & Baby Care

All Beauty    Premium Beauty ▾    Makeup ▾    Skin Care ▾    Hair Care ▾    Fragrance ▾    Tools & Accessories ▾    Personal Care ▾    Oral Care ▾    Men's Grooming ▾

Beauty & Personal Care › Hair Care › Hair Loss Products › Hair Regrowth Treatments



Roll over image to zoom in

...maican Black
...with Scalp
...Organic Cold
...stor Oil for Hair
...y Damaged
...Massage Oil
...therapy

17 ratings

-11% ▾    ...99 ($4.00 / Fl Oz)
Typical price $...99

FREE Returns

**Coupon:** ☒ Apply 10% coupon
...hop item ...erms

Get $50 off instantly: Pay $0.00 upon
approval for Amazon Visa.

...y
...Castor Oil

**Item Form** Oil
**Material** Organic
**Feature**
**Number of** 1
**Items**

## About this item

- 【Jamaican Black Castor Oil】 Jamaican Black Castor Oil for hair growth helps to hydrate & soften hair, give deep nourishment, while also reducing hair damage.
- 【Hair Scalp Massager Brush 】 Our Jamaican Black Castor oil set include a Scalp Massager. It is great for all hair types to stimulate collagen production, remove dead skin, ensuring optimal nutrient absorption for maximum hair growth potential.
- 【Promotes Hair Growth】 Organic black castor oil for hair growth for deep nourishment. Purify the scalp, Stimulates hair growth. Black castor essential oil is nature's hair tonic because it helps promote hair growth and fuller hair.
- 【Prevent and Reduce Hair Loss】 Black castor hair oil is very gentle and overachiever and works for every hair type, hair thickening products for women hair regrowth treatments and delivers visible results to promote stronger hair.
- 【Suitable For all Hair Types】 With Perfect and Healthy black castor oil can be used by both Men and women and is suitable for all Hair types, Normal, Oily, Dry, Damaged.

Report an issue with this product or seller

☐ Add your free 30-day
trial of Prime and get
fast, free delivery    prime

Delivery    Faster Pickup

One-time purchase:
$7⁹⁹ ($4.00 / Fl Oz)

FREE Returns

**FREE delivery** Wednesday,
September 25 on orders
shipped by Amazon over $35

Or **Prime members** get FREE
delivery **Saturday, September
21**. Order within **7 hrs 21 mins**.
Join Prime

Deliver to Miami 33101

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from    Amazon
Sold by    KuiyaShangmao
Returns    30-day
refund/replacement
Payment    Secure transaction
▾ See more

☐ Add a gift receipt for easy
returns

**Subscribe & Save:**
5%    10%
$7⁵⁹ ($3.80 / Fl Oz)

FREE delivery **Wednesday,
September 25** on orders
shipped by Amazon over $35
Ships from: Amazon
Sold by: KuiyaShangmao

Add to List

## Checkout (1 item)



---

**1  Shipping address**

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105

**Change**

Add delivery instructions

🅰 **Or pick up near this address** - See nearby pickup locations

---

**2  Choose a payment method**

Learn more    amla, **your cost could be $0.00** instead of $15.54! Get a **$50 Amazon Gift Card instantly** upon approval for Amazon Visa.

**Your credit and debit cards**

➕  🟦  **Add a credit or debit card** ›  Amazon accepts all major credit cards.

**Payment plans**

◯  🅰  Pay over time with Affirm

Ineligible for this order, cart total is less than $50. Learn more

**Your available balance**

**Enter a gift card, voucher or promotional code**

➕  [ Enter Code ]  ( Apply )

**Other payment methods**

➕  🖳  **Learn more about Amazon Store Card** ›  Access to exclusive financing offers. No annual fee. Zero fraud liability.

➕  🖳  **Add a personal checking account**
Use your US based personal checking account.
Learn more

[ Use this payment method ]

---

**3  Offers**

---

**4  Items and shipping**

---

### Use this payment method

Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final.

### Order Summary

| | |
|---|---|
| Items: | $7.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $14.98 |
| Estimated tax to be collected: | $0.56 |
| **Order total:** | **$15.54** |

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant no. :          9

Defendant Name :      libanshangmao

Platform:                  Amazon

| Plaintiff VAu 1-517-249 Copyright | libanshangmao's Infringing Product |
|---|---|
|  | |

# libanshangmao

Visit the libanshangmao storefront

**96% positive** in the last 12 months (45 ratings)



**Jamaican Black Castor Oil,Body ...**
$6⁹⁹ ($ 3.50 / Fl Oz)

Add to Cart

## About Seller

libanshangmao is committed to providing each customer with the highest standard of customer service.

**Have a question for libanshangmao?**

Ask a question

## Reviews



4.8 out of 5 | 12 months

45 ratings

5 star — 91%
4 star — 4%
3 star — 2%
2 star — 0%
1 star — 2%

⌄ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

45 total ratings, 45 with feedback for 12 months

" received as described. "

By Larry Dever on September 15, 2024.

" Product arrived on time "

By Tootie1980 on August 31, 2024.

" Great! "

By Amazon Customer on August 5, 2024.

" It's not real "

By Kindle Customer on August 2, 2024.

" LOVE how this product made my eyes look!!! "

By Ruth on July 17, 2024.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** zhengzhoulibanshangmaoyouxiangongsi
**Business Address:**
  齐家佐乡
  史家佐村5区31号
  保定市
  唐县
  河北省
  072357
  CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

Deliver to
Miami 33101

Beauty & Personal Care ▾    Black Castor Oil

EN ▾    Hello, amla
Account & Lists ▾    Returns
& Orders    0

All    Rufus    Same-Day Delivery    Medical Care ▾    Amazon Basics    Whole Foods    Shop By Interest    Amazon Home    Household, Health & Baby Care

All Beauty    Premium Beauty ▾    Makeup ▾    Skin Care ▾    Hair Care ▾    Fragrance ▾    Tools & Accessories ▾    Personal Care ▾    Oral Care ▾    Men's Grooming ▾

Beauty & Personal Care › Skin Care › Body › Moisturizers › Oils



Roll over image to zoom in

Black Castor
Massage Castor
Relaxation,Cold-
Castor Oil to
Fuller-Looking,
Organic Castor
ge Roller Ball

$6⁹⁹ ($3.50 / Fl Oz)

Get $50 off instantly: Pay $0.00 upon
approval for Amazon Visa.

HHO

anic

**Number of** 1
**Items**

---

**About this item**

- 【Castor Oil Are 100% Pure & Natural】
  Our Castor Oil is 100% pure cold pressed
  and all natural .It can relieve and soothe
  muscle and joint pains, deeply hydrates
  and nourishes skin. Finally promotes
  relaxation and reducing tension in the
  body.

- 【Quality Massage Ball】 The massage
  roller ball can rotate 360 degrees, you can
  easily massage any place you want..
  Simply add a few drops of our massage oil
  for an enhanced experience eliminating
  muscle soreness without putting pressure
  or strain on your fingers.

- 【Easy To Use】No harsh smell, take a
  small amount of castor nourishment oil to
  the scalp,  hair, body, beard,  eyebrows or
  eyelashes,  massage with fingers for 2-3
  minutes until absorbed. You will feel it
  can nourish and repair damaged hair and
  remove excess oil. Also easy to add with
  other hair growth creams and oils.

- 【Multipurpose Oil】 - Castor oil has long
  been used as a remedy for hair loss and
  thinning hair. It has many other uses as
  well, including moisturizing dry hair, can
  be used on hair, eyelashes and eyebrows
  to promote hair growth, can also be used
  for skin care, with moisturizing and anti-
  aging effects.Organic black castor oil can
  be used for various purposes, including
  hair care, scalp treatment, skin hydration,
  and nourishment.

- 【Durable And Anti -Allergening 】 The
  roller balls are made of high quality
  materials and are not prone to cracking or

☐ Add Prime to get **Fast,
FREE delivery**    prime

| Delivery | Pickup |

**One-time purchase:**
$6⁹⁹ ($3.50 / Fl Oz)

FREE Returns

**FREE delivery Tuesday,
September 24** on orders
shipped by Amazon over $35

Or Prime members get FREE
delivery **Saturday, September
21**. Order within 9 hrs 31 mins.
Join Prime

Deliver to Miami 33101

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from    Amazon
Sold by    libanshangmao
Returns    30-day
refund/replacement
Payment    Secure transaction
∨ See more

☐ Add a gift receipt for easy
returns

**Subscribe & Save:**
$6⁹⁹ ($3.50 / Fl Oz)

**FREE delivery Tuesday,
September 24** on orders
shipped by Amazon over $35
Ships from: Amazon
Sold by: libanshangmao

Add to List

## Checkout (1 item)



---

**1** **Shipping address**

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105

**Change**

Add delivery instructions

Or pick up near this address - See nearby pickup locations

---

**2** **Choose a payment method**

amla, **your cost could be $0.00** instead of $14.47! Get a **$50 Amazon Gift Card instantly** upon approval for Amazon Visa.

Learn more

---

**Your credit and debit cards**

+ | **Add a credit or debit card ›** Amazon accepts all major credit cards.

**Payment plans**

○  Pay over time with Affirm

Ineligible for this order, cart total is less than $50. Learn more

**Your available balance**

Enter a gift card, voucher or promotional code

| Enter Code | Apply |

**Other payment methods**

+ | **Learn more about Amazon Store Card ›** Access to exclusive financing offers. No annual fee. Zero fraud liability.

+ | **Add a personal checking account** Use your US based personal checking account. Learn more

Use this payment method

---

**3** **Offers**

---

**4** **Items and shipping**

---

### Order Summary

Use this payment method

Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final.

| | |
|---|---|
| Items: | $6.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $13.98 |
| Estimated tax to be collected: | $0.49 |
| **Order total:** | **$14.47** |

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant no. :        10

Defendant Name :     WallArt-US

Platform:               Amazon

| Plaintiff VAu 1-517-249 Copyright | WallArt-US's Infringing Product |
|---|---|
|  | |

# WallArt-US

Visit the WallArt-US storefront

**92% positive** lifetime (205 total ratings)



**N.B.Y. 60ML Jamaican Black Cast...**
$9⁹⁹ ($ 4.95 / Fl Oz)

Add to Cart

## About Seller

WallArt-US is committed to providing each customer with the highest standard of customer service.

**Have a question for WallArt-US?**

Ask a question

## Reviews



4.7 out of 5

205 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 85% |
| 4 star | | 6% |
| 3 star | | 2% |
| 2 star | | 2% |
| 1 star | | 3% |

˅ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

205 total ratings, 205 with feedback for Lifetime

"Fast shipping"

By Thomas Gorman on July 21, 2024.

"Purchased "MANY" of these…. They work like the original!!"

By Jeff on July 19, 2024.

"Item as described & fast shipping. Exactly as expected"

By Lynn on July 11, 2024.

"Quick shipping and item exactly as described"

By Tara on June 5, 2024.

"Very cute I am pleased 😊"

By Catherine Harris on August 22, 2023.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** GuangZhouLiHuaWangLuoKeJiYouXianGongSi
**Business Address:**
福城街道龙在天工业园A2栋88号
深圳
龙华
广东
518100
CN

## Shipping Policies                                                    ˅

## Other Policies                                                       ˅







Deliver to
Miami 33101

Beauty & Personal Care ▾   Search Amazon

EN ▾   Hello, amla
Account & Lists ▾   Returns
& Orders   0

All   Rufus   Same-Day Delivery   Medical Care ▾   Amazon Basics   Whole Foods   Shop By Interest   Amazon Home   Household, Health & Baby Care

All Beauty   Premium Beauty ▾   Makeup ▾   Skin Care ▾   Hair Care ▾   Fragrance ▾   Tools & Accessories ▾   Personal Care ▾   Oral Care ▾   Men's Grooming ▾

Beauty & Personal Care › Hair Care › Hair Treatment Oils



Roll over image to zoom in

...can Black
...rganic
...or Hair
...d Press
...hicker
...d
...lassage
...atherapy

27 ratings

$9.99 ($4.95 / Fl Oz)

REE Returns

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa.

Color: **Brown**




$9.99
($4.95 / Fl Oz)

$9.99
($2.47 / Fl Oz)

| Brand | N.B.Y. |
|---|---|
| Scent | Coconut |
| Item Form | Oil |
| Number of Items | 1 |
| Unit Count | 2.02 Fl Oz |

## About this item

- 【100% PURE & NATURAL CASTOR】 Our castor carrier oil is used for essential oils mixing, hair care skin care, aromatherapy oil, Chakra Oil, Anti-Aging Oil, body massage oil, Therapeutic Oil, Hair Nourishing Oil, Carrier Oil and has endless uses.

- 【SOOTHING MASSAGE OIL】 Jamaican black castor oil is an excellent massage oil for body, When castor oil is absorbed through massage the skin it speeds up the removal of harmful substance. You can use Castor oil anywhere on the body but particularly on the most important organs such as Liver, Kidneys, Ovaries and Thyroid.

- 【NOURISHES SKIN 】 Jamaican black castor oil is versatile rosemary oil for hair growth skin and nails, carrier oil, body massage oil. Great for making DIY skin and hair care recipes at

Add your free 30-day trial of Prime and get **fast, free delivery**

prime

Delivery | Pickup

One-time purchase:

$9.99 ($4.95 / Fl Oz)

FREE Returns

**FREE delivery Tuesday, September 24** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Saturday, September 21**. Order within 5 hrs 26 mins.
Join Prime

Deliver to Miami 33101

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| Ships from | Amazon |
|---|---|
| Sold by | WallArt-US |
| Returns | 30-day refund/replacement |
| Customer service | Amazon |

˅ See more

Add a gift receipt for easy returns

Subscribe & Save:

$9.99 ($4.95 / Fl Oz)

**FREE delivery Tuesday, September 24** on orders shipped by Amazon over $35
Ships from: Amazon
Sold by: WallArt-US

Add to List

# Checkout (1 item)

| | | |
|---|---|---|

**1  Shipping address**

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105

**Change**

**Add delivery instructions**

🅰 **Or pick up near this address** - See nearby pickup locations

**2  Choose a payment method**

Learn more    amla, **your cost could be $0.00** instead of $17.68! Get a **$50 Amazon Gift Card instantly** upon approval for Amazon Visa.

### Your credit and debit cards

+ 🔲  **Add a credit or debit card ›**  Amazon accepts all major credit cards.

### Payment plans

○ 🅰  Pay over time with Affirm

Ineligible for this order, cart total is less than $50. Learn more

### Your available balance

**Enter a gift card, voucher or promotional code**

+  [ Enter Code ]  [ Apply ]

### Other payment methods

+ 🔲  **Learn more about Amazon Store Card ›**  Access to exclusive financing offers. No annual fee. Zero fraud liability.

+ 🔲  **Add a personal checking account**
Use your US based personal checking account.
**Learn more**

[ Use this payment method ]

**3  Offers**

**4  Items and shipping**

---

### Sidebar

[ Use this payment method ]

Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final.

## Order Summary

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $0.70 |

**Order total:**  **$17.68**

**How are shipping costs calculated?**

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant no. :              11

Defendant Name :       Mianyangchuangshiyou

Platform:                    Amazon

| Plaintiff VAu 1-517-249 Copyright | Mianyangchuangshiyou's Infringing Product |
|---|---|
|  | |

# Mianyangchuangshiyou

Visit the Mianyangchuangshiyou storefront

**98% positive** in the last 12 months (181 ratings)



**YEUGSCKA Jamaican Black Casto...**

$**13**⁹⁹  ($ 3.46 / Fl Oz)

Add to Cart

## About Seller

Mianyangchuangshiyou is committed to providing each customer with the highest standard of customer service.

**Have a question for Mianyangchuangshiyou?**

Ask a question

## Reviews



4.8 out of  5

181 ratings

| | | |
|---|---|---|
| 5 star | | 87% |
| 4 star | | 12% |
| 3 star | | 1% |
| 2 star | | 0% |
| 1 star | | 1% |

˅ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

181 total ratings, 180 with feedback for 12 months

"My wife loves it. Thank you to the seller."

By Patrick A Kemble on September 18, 2024.

"I received the item w/no delay or problem. I am happy w/the product."

By Tammy R. O'Dell on September 13, 2024.

"~~Didn't match my skin tone at all~~"

By Ashley on September 13, 2024.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Absolutely love this item!"

By Tracy on September 12, 2024.

"Love the foundation. My face is nice and smooth . My neck cooling tie was a gift and the person loved it"

By Stephanie Weaver on September 12, 2024.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** FoshanCityChanchengWeiXianZhuoTradingCo., LTD
**Business Address:**
　道口铺街道顾庄村8号
　聊城市
　东昌府区
　山东省
　252000
　CN

Deliver to
Miami 33101

Beauty & Personal Care ▾    Black Castor Oil

EN ▾    Hello, amla
Account & Lists ▾    Returns
& Orders    🛒 0

All    Rufus    Same-Day Delivery    Medical Care ▾    Amazon Basics    Whole Foods    Shop By Interest    Amazon Home    Household, Health & Baby Care

All Beauty    Premium Beauty ▾    Makeup ▾    Skin Care ▾    Hair Care ▾    Fragrance ▾    Tools & Accessories ▾    Personal Care ▾    Oral Care ▾    Men's Grooming ▾

Beauty & Personal Care › Hair Care › Hair Treatment Oils










Roll over image to zoom in

Black Castor Oil 100%
d Pressed For Hair Growth,
s and Eyebrows and Body
nic Moisturizing Massage
l

A

1 rating   |   Search this page

~~13%~~ $13⁹⁹ ($3.46 / Fl Oz)

List Price: ~~$15.99~~

FREE Returns

Get $50 off instantly: Pay $0.00 upon approval for
Amazon Visa.

| | |
|---|---|
| | Oil Control |
| | fine, All |
| Material Type | 不含酒精 Free |
| Scent | natural |
| Liquid Volume | 120 Milliliters |

## About this item

- 100% Pure & Natural Black Castor Oil: Our Jamaican Black Castor Oil is made from 100% pure organic extra virgin cold pressed castor oil, castor oil organic is used for essential oils, hair care skin care, body massage oil, Hair Nourishing Oil and has endless uses.
- Stimulate Hair Growth: Our organic castor oil nourishes and replenishes the scalp's natural oils, strengthening hair follicles and promoting stronger, thicker, and healthier hair. It repairs damaged strands, strengthens roots, and helps prevent hair loss. Achieve stronger and more vibrant locks.
- Eyelashes & Eyebrows Growth: Castor oil is full of nutrients that promote natural lash growth and hair growth.Strengthen and nourish to achieve naturally fuller lashes and a more defined brow line. Say goodbye to thin and sparse lashes, and hello to fuller, thicker, and healthier-looking lashes and perfectly defined eyebrows.lashes and perfectly defined eyebrows.
- Deep Massage & Moisturizing: Jamaican black castor oil is an excellent massage oil for body helps relieve muscle pain and inflammation, making it perfect for massages and calming tense muscles. Through massage, our castor oil can deeply penetrate the skin and aid in the removal of harmful substances.
- Easy To Use: Take a small amount of castor nourishment oil to the scalp, hair, body, beard, eyebrows or eyelashes, massage with fingers for 2-3 minutes until absorbed. This Jamaican Black Castor Oil is the perfect gift for a friend, girlfriend, wife, mom, grandma, because it is natural eyelash serum eyebrow serum, skin moisturizer and hair growth oil.

Report an issue with this product or seller

## Consider a similar item

Amazon's Choice ▌



Brooklyn Botany Jamaican Black Castor Oil in
Plastic Bottle for Hair Growth, Eyelashes &
Eyebrows - 100% Pure and Natural Carrier Oil,



☐ Add your free 30-day
trial of Prime and get
fast, free delivery

√prime

**Delivery**    Faster Pickup

$13⁹⁹ ($3.46 / Fl Oz)

FREE Returns

FREE delivery **Thursday,
September 26** on orders
shipped by Amazon over $35

Deliver to Miami 33101

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Mianyangchuangshiyou |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

˅ See more

☐ Add a gift receipt for easy
returns

Add to List

# Checkout (1 item)

**1   Shipping address**

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105

**Change**

Add delivery instructions

🟠 **Or pick up near this address** - See nearby pickup locations

**2   Choose a payment method**

Learn more

amla, **your cost could be $0.00** instead of $21.96! Get a **$50 Amazon Gift Card instantly** upon approval of Amazon Visa.

### Your credit and debit cards

➕ 🟦   **Add a credit or debit card** › Amazon accepts all major credit cards.

### Payment plans

◯ ⓐ   Pay over time with Affirm

Ineligible for this order, cart total is less than $50. Learn more

### Your available balance

**Enter a gift card, voucher or promotional code**

➕ | Enter Code | | Apply |

### Other payment methods

➕ 🔲   **Learn more about Amazon Store Card** › Access to exclusive financing offers. No annual fee. Zero fraud liability.

➕ 🔲   **Add a personal checking account**
Use your US based personal checking account.
Learn more

Use this payment method

**3   Offers**

**4   Items and shipping**

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

Use this payment method

Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final.

## Order Summary

| | |
|---|---|
| Items: | $13.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $20.98 |
| Estimated tax to be collected: | $0.98 |

**Order total:** **$21.96**

How are shipping costs calculated?

Defendant no. :        12

Defendant Name :       yongxudedian

Platform:              Amazon

| Plaintiff VAu 1-517-249 Copyright | yongxudedian's Infringing Product |
|---|---|
|  | |

# yongxudedian

Visit the yongxudedian storefront

**99% positive** in the last 12 months (117 ratings)



**Jamaican Black Castor Oil with H...**
$9⁹⁹  ($ 9.99 / Fl Oz)

Add to Cart

## About Seller

yongxudedian is committed to providing each customer with the highest standard of customer service.

Have a question for yongxudedian?

Ask a question

## Reviews



4.8 out of  5

117 ratings

| | |
|---|---|
| 5 star | 85% |
| 4 star | 14% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 1% |

**FILTER BY**

All stars

117 total ratings, 115 with feedback for 12 months

"Highly recommend helps tremendously!"

By Tammi Fox on September 19, 2024.

"Love it"

By Amazon Customer on September 14, 2024.

"Beautiful curtains for the price. Described perfectly. Shipped timely. Only vendor so far, who's color description of "white" was accurate. Not off-white, ecru..."

Read more

By michelle delaney on September 14, 2024.

"Easy to use and cleans her teeth."

By Janice schenck on September 13, 2024.

"Good"

By Rose Kiss on September 9, 2024.

Previous Next

⌄ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** jiaozuoshiyongxushangmaoyouxiangongsi
**Business Address:**
  新城街道
  解放东路鑫和小区207号
  焦作市
  山阳区
  河南省
  454000
  CN

## Shipping Policies                                                        ⌄

Deliver to
Miami 33101

Beauty & Personal Care ▾    Black Castor Oil

EN ▾    Hello, amla
Account & Lists ▾    Returns
& Orders    0

All    Rufus    Same-Day Delivery    Medical Care ▾    Amazon Basics    Whole Foods    Shop By Interest    Amazon Home    Household, Health & Baby Care

All Beauty    Premium Beauty ▾    Makeup ▾    Skin Care ▾    Hair Care ▾    Fragrance ▾    Tools & Accessories ▾    Personal Care ▾    Oral Care ▾    Men's Grooming ▾

Snacks for every lunchbox    Shop Fresh ›

Beauty & Personal Care › Hair Care › Hair Treatment Oils



Roll over image to zoom in

# Jamaican Black Castor Oil with Hair Scalp Massager, Shampoo Brush with Soft Silicone Bristles for Scalp Care and Hair Growth, Regrowth Loss Treatment, Essential Oil + Scalp Massager Brush Set

Brand: RTBYUE
5.0    1 rating
| Search this page

$9⁹⁹ ($9.99 / Fl Oz)

FREE Returns

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa.

| Brand | RTBYUE |
| --- | --- |
| Scent | Unscented |
| Item Form | Oil |
| Material Feature | Organic |
| Number of Items | 1 |

## About this item

- 【100% Pure Cold Pressed Castor Oil】： Only 1 ingredient included: Pure Castor Oil. No GMOs, No added ingredients, no Hexane, just natural goodness.
- 【High - Quality Castor Oil Cold Pressed】 This castor oil is 100% pure, organic, and cold-pressed without the use of hexane. It's the perfect gift for a friend, girlfriend, wife, mom, grandma, brother, husband, or anyone who wants to look their best naturally!
- 【Premiun Oil for Skin】： Castor oil is all natural and gentle enough to be used by all skin types. It won't irritate sensitive skin or cause breakouts in skin since it doesn't clog pores.
- 【Eyelash, Brow & Beard Care】： Weekly apply oil to lashes and brows to boost healthy growth and appearance. Massage a capful of into beard daily to promote growth.
- 【Multi - Purpose Organic Castor Oil】 The pure castor oil has many other uses as well, including moisturizing dry hair. It can be used on hair, eyelashes, and eyebrows to promote hair growth. It can also be used for skin care with moisturizing and anti-aging effects. The Castor Oil is good for the liver, kidneys, ovaries, and thyroid. And the Castor Oil can be used with a castor oil pack or directly on the skin and hair.



Add Prime to get **Fast, FREE delivery**    prime

**Delivery**    Faster Pickup

One-time purchase:
$9⁹⁹ ($9.99 / Fl Oz)

FREE Returns

FREE delivery **Wednesday, September 25** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Saturday, September 21**. Order within **8 hrs 36 mins**. Join Prime

Deliver to Miami 33101

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from    Amazon
Sold by    yongxudedian
Returns    30-day refund/replacement
Payment    Secure transaction
⌄ See more

Add a gift receipt for easy returns

Subscribe & Save:
$9⁹⁹ ($9.99 / Fl Oz)

FREE delivery **Wednesday, September 25** on orders shipped by Amazon over $35

Ships from: Amazon
Sold by: yongxudedian

Add to List

## Checkout (1 item)



---

**1   Shipping address**

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105
Add delivery instructions

**Change**

🅰 **Or pick up near this address** - See nearby pickup locations

---

**2   Choose a payment method**

| Learn more | amla, **your cost could be $0.00** instead of $17.68! Get a **$50 Amazon Gift Card instantly** upon approval for Amazon Visa. |

---

**Your credit and debit cards**

➕ 💳  **Add a credit or debit card** ›  Amazon accepts all major credit cards.

**Payment plans**

○ 🅰  Pay over time with Affirm

Ineligible for this order, cart total is less than $50. Learn more

**Your available balance**

Enter a gift card, voucher or promotional code

| Enter Code | **Apply** |

**Other payment methods**

➕ 💳  **Learn more about Amazon Store Card** ›  Access to exclusive financing offers. No annual fee. Zero fraud liability.

➕ 💳  **Add a personal checking account**
Use your US based personal checking account.
**Learn more**

Use this payment method

---

**3   Offers**

---

**4   Items and shipping**

---



Use this payment method

Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final.

### Order Summary

| Items: | $9.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $0.70 |

**Order total:**   **$17.68**

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant no. :          13

Defendant Name :     Biewals Store

Platform:                   Amazon

| Plaintiff VAu 1-517-249 Copyright | Biewals Store's Infringing Product |
|---|---|
|  | |

## Biewals Store

Visit the Biewals Store storefront

**100% positive** lifetime (6 total ratings)



**Jamaican Black Castor Oil in Glas...**
$7⁸⁶  ($ 3.93 / Fl Oz)

Add to Cart

---

## About Seller

Biewals Store is committed to providing each customer with the highest standard of customer service.

Have a question for Biewals Store?

Ask a question

## Reviews



4.8 out of  5

6 ratings

Lifetime

| | | |
|---|---|---|
| 5 star | | 83% |
| 4 star | | 17% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

6 total ratings, 6 with feedback for Lifetime

"Not overly sticky, has the perfect amount of color for summer! "

By Nicole Drinning on June 30, 2024.

"I ordered this originally a month ago but it didn't come even though it was supposed to be at my house by May 12th. I issued a refund and it said the refund was... "

Read more

By Katie on June 10, 2024.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"El producto llego en perfecto estado, tiempo de entrega rápido, todo muy bien "

By Daniela. on May 8, 2024.

"I like the balm "

By Shauna M. Glass on April 23, 2024.

"Great quality and price ! "

By H.N. on March 24, 2024.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Shenzhen Maikaichen Technology Co., Ltd.
**Business Address:**
龙华区大浪街道大浪社区
玉壶新村十区9号501
深圳市
广东
518000
CN

Deliver to
Miami 33101

Beauty & Personal Care ▾    Black Castor Oil

EN ▾    Hello, amla
Account & Lists ▾    Returns
& Orders    0

All    Rufus    Same-Day Delivery    Medical Care ▾    Amazon Basics    Whole Foods    Shop By Interest    Amazon Home    Household, Health & Baby Care

All Beauty    Premium Beauty ▾    Makeup ▾    Skin Care ▾    Hair Care ▾    Fragrance ▾    Tools & Accessories ▾    Personal Care ▾    Oral Care ▾    Men's Grooming ▾



Beauty & Personal Care › Hair Care › Hair Treatment Oils

...aican Black Castor Oil
...ass Bottles, Body
...age Oil, Hair Growth,
...ow Care, Skin Care,
...shes and Hydrates
...2 oz)

...iewals

6 ratings

...n this page

$7⁸⁶ ($3.93 / Fl Oz)

FREE Returns

Get $50 off instantly: Pay $0.00 upon
approval for Amazon Visa.

Biewals
Tea Tree
...m    Oil
Natural

...of  1

Click image to open expanded view

☐ Add your free 30-day
trial of Prime and get
fast, free delivery

prime

Delivery | Pickup

One-time purchase:
$7⁸⁶ ($3.93 / Fl Oz)

FREE Returns

FREE delivery **Tuesday,
September 24** on orders
shipped by Amazon over $35

Or Prime members get FREE
delivery **Saturday, September
21.** Order within 5 hrs 45 mins.
Join Prime

Deliver to Miami 33101

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Biewals Store |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

˅ See more

☐ Add a gift receipt for easy
returns

Subscribe & Save:
$7⁸⁶ ($3.93 / Fl Oz)

FREE delivery **Tuesday,
September 24** on orders
shipped by Amazon over $35

Ships from: Amazon
Sold by: Biewals Store

Add to List

### About this item

- 【Multi-Purpose 100% Pure & Natural Castor Oil】 Our castor oil serves multiple functions, making it a versatile addition to your beauty and wellness routine. It can be used for essential oil mixing, hair care, skin care, body massage, and more. Experience the endless possibilities of this pure and natural oil.

- 【Stimulate Hair Growth】 Achieve longer and thicker hair naturally with our castor oil. It promotes hair growth while also reducing hair loss. Say goodbye to dry, brittle hair, dry scalps, and dandruff with this natural hair treatment.

- 【Cold Pressed Black Castor Oil】 Our Jamaican Black Castor Oil is rich in vitamin E, minerals, proteins, and omega-6 fatty acids, making it a natural hair care oil. It effectively cleanses the skin, removing impurities from the pores. When used on the skin, it moisturizes and helps retain moisture, providing nourishment with its vitamins and fatty acids.

- 【Stimulate Eyelashes & Eyebrows Growth】 Enhance the growth of your eyelashes and eyebrows with the nutrient-rich castor oil. Strengthen and nourish to achieve naturally fuller lashes and a more defined brow line.

- 【Confident Purchase】 We are dedicated to providing our customers with premium castor oil products and exceptional service. If you are not completely satisfied with your purchase, Your satisfaction is our top priority.

## Checkout (1 item)



---

**1**   **Shipping address**

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105

**Change**

Add delivery instructions

🅰 **Or pick up near this address** - See nearby pickup locations

---

**2**   **Choose a payment method**

| Learn more |  amla, **your cost could be $0.00** instead of $15.40! Get a **$50 Amazon Gift Card instantly** upon approval for Amazon Visa. |

**Your credit and debit cards**

➕ 💳 **Add a credit or debit card** ›  Amazon accepts all major credit cards.

**Payment plans**

○ 🅰 Pay over time with Affirm

Ineligible for this order, cart total is less than $50. Learn more

**Your available balance**

Enter a gift card, voucher or promotional code

[ Enter Code ]  [ Apply ]

**Other payment methods**

➕ 💳 **Learn more about Amazon Store Card** ›  Access to exclusive financing offers. No annual fee. Zero fraud liability.

➕ 💳 **Add a personal checking account**
Use your US based personal checking account.
Learn more

[ Use this payment method ]

---

**3**   **Offers**

---

**4**   **Items and shipping**

---

**Use this payment method**

Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final.

### Order Summary

| | |
|---|---|
| Items: | $7.86 |
| Shipping & handling: | $6.99 |
| Total before tax: | $14.85 |
| Estimated tax to be collected: | $0.55 |
| **Order total:** | **$15.40** |

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant no. :          14

Defendant Name :     MAEUS

Platform:                 Amazon

| Plaintiff VAu 1-517-249 Copyright | MAEUS's Infringing Product |
|---|---|
|  | |



# MAEUS

Visit the MAEUS storefront

**84% positive** in the last 12 months (19 ratings)

**FAIRYTALESPACE Black Castor Oi...**
$13⁹⁹ ($ 6.93 / Fl Oz)

Add to Cart

## About Seller

MAEUS is committed to providing each customer with the highest standard of customer service.

Have a question for MAEUS?

Ask a question

## Reviews



4.3 out of 5

19 ratings

| | | |
|---|---|---|
| 5 star | | 74% |
| 4 star | | 11% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 16% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

12 months

**FILTER BY**

All stars

19 total ratings, 18 with feedback for 12 months

" None "

By It was great 👍 on September 13, 2024.

" I ordered just one time , why they still sent me items again on August, often happens again. It's not right "

By Ma oo on August 16, 2024.

" Pues llego muy bien el producto pero no fue lo k yo esperaba ni lo que promocionaba el producto que hacía 👎 "

By Selene O. on August 14, 2024.

" Hair dye shampoo black color but when i used my hair become brown. "

By Millicent on August 12, 2024.

" Cannot rate yet as just used one time. "

By gilberto b. on July 29, 2024.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** GUANG ZHOU DOU NIU XIN XIN KE JI YOU XIAN GONG SI
**Business Address:**
大石街富丽家园穗中路72号
广州市
番禺区
广东
511408
CN

## Shipping Policies

Deliver to
Miami 33101

Beauty & Personal Care ▾    Black Castor Oil

EN ▾    Hello, amla
Account & Lists ▾    Returns
& Orders    🛒 0

All    Rufus    Same-Day Delivery    Medical Care ▾    Amazon Basics    Whole Foods    Shop By Interest    Amazon Home    Household, Health & Baby Care

All Beauty    Premium Beauty ▾    Makeup ▾    Skin Care ▾    Hair Care ▾    Fragrance ▾    Tools & Accessories ▾    Personal Care ▾    Oral Care ▾    Men's Grooming ▾

Beauty & Personal Care › Hair Care › Hair Treatment Oils



Roll over image to zoom in

...tor Oil, Organic Castor Oil,
...old Pressed Black Castor
...air Growth, Eyelashes &
..., Body Massage (120 ml)

...ESPACE

2 ratings  |  Search this page

$13⁹⁹  ($6.93 / Fl Oz)

Coupon:  Apply 15% coupon   Shop items ›   Terms

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa.

Frizz Control

All

Alcohol Free

Free

| Scent | No |
| --- | --- |
| Liquid Volume | 100 Cubic Feet |

## About this item

- Gentle Ingredients: Castor oil is made from a variety of plant ingredients, which helps reduce dandruff and nourish the scalp
- Hair Growth: Helps moisturize and strengthen hair follicles, promote the growth of hair, eyelashes and eyebrows, allowing you to easily have thick hair and eyelashes
- Nourish Hair: Black castor oil can repair dry, damaged, color-treated hair, reduce yellowing and split ends, and make hair smooth and shiny
- Premium Massage Oil: Perfect for body massage. It has a non-greasy, non-sticky texture and is comfortable to use. Dry skin can be nourished and moisturized through massage
- Moisturize Skin: Our castor oil also reduces skin blemishes, breakouts, pimples and fine lines. Cleans pores of all dirt and impurities, moisturizes skin and keeps it hydrated

Report an issue with this product or seller

☐ Add your $1.99 one-week trial of Prime and get fast, free delivery    prime

Delivery    Pickup

**One-time purchase:**
$13⁹⁹ ($6.93 / Fl Oz)

FREE delivery **Tuesday, September 24** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Saturday, September 21**. Order within **8 hrs 56 mins**.
Join Prime

Deliver to Miami 33101

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from   Amazon
Sold by      MAEUS
Returns      30-day refund/replacement
Payment      Secure transaction
⌄ See more

☐ Add a gift receipt for easy returns

**Subscribe & Save:**
$13⁹⁹ ($6.93 / Fl Oz)

FREE delivery **Tuesday, September 24** on orders shipped by Amazon over $35
Ships from: Amazon
Sold by: MAEUS

Add to List

## Buy it with

  +  

Total price: $21.98

Add both to Cart

These items are shipped from and sold by different sellers.
Show details

**This item:** FAIRYTALESPACE Black Castor Oil, Organic Castor Oil, 120 ml Cold Pressed Black Cast...
$13⁹⁹ ($6.93/Fl Oz)

2 Pcs Organic Cotton Flannel for Castor Oil Pack Wrap, Reusable Castor Oil Compress for Liver...
$7⁹⁹ ($4.00/Count)

## Products related to this item

Page 1 of 58

Sponsored ⓘ

## Checkout (1 item)



---

**1   Shipping address**

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105

**Change**

Add delivery instructions

🅰 **Or pick up near this address** - See nearby pickup locations

---

**2   Choose a payment method**

[ Learn more ]   amla, **your cost could be $0.00** instead of $21.96! Get a **$50 Amazon Gift Card instantly** upon approval for Amazon Visa.

**Your credit and debit cards**

➕ 💳  **Add a credit or debit card** ›  Amazon accepts all major credit cards.

**Payment plans**

◯ ⓐ  Pay over time with Affirm

Ineligible for this order, cart total is less than $50. Learn more

**Your available balance**

**Enter a gift card, voucher or promotional code**

➕ [ Enter Code ]  [ Apply ]

**Other payment methods**

➕ 💳  **Learn more about Amazon Store Card** ›  Access to exclusive financing offers. No annual fee. Zero fraud liability.

➕ 💳  **Add a personal checking account**
Use your US based personal checking account.
Learn more

[ Use this payment method ]

---

**3   Offers**

---

**4   Items and shipping**

---

[ Use this payment method ]

Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final.

### Order Summary

| | |
|---|---|
| Items: | $13.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $20.98 |
| Estimated tax to be collected: | $0.98 |
| **Order total:** | **$21.96** |

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant no. :          15

Defendant Name :    yawei11

Platform:                   Amazon

| Plaintiff VAu 1-517-249 Copyright | yawei11's Infringing Product |
|---|---|
|  | |

# yawei11

Visit the yawei11 storefront

**75% positive** lifetime (4 total ratings)



**BLuvos Jamaican Black Castor Oil...**
$12⁹⁹ ($6.50 / Fl Oz)

Add to Cart

Subtotal
**$13.99**



## About Seller

yawei11 is committed to providing each customer with the highest standard of customer service.

### Have a question for yawei11?

Ask a question

## Reviews

3.8 out of 5

4 ratings

Lifetime



| | |
|---|---|
| 5 star | 50% |
| 4 star | 25% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 25% |

Learn more about how seller reviews work on Amazon

### Share your thoughts with other customers

Leave seller feedback

**FILTER BY**

All stars

4 total ratings, 4 with feedback for Lifetime

"Item was never received, till this day 3/1/2024, I am still waiting for it. I need my money back please."

By Maria on March 1, 2024.

"No me dejó las pestaña como indicaba ."

By Yalitza Graterol on January 26, 2024.

"Excelente"

By Janet on October 27, 2023.

"Very good"

By Roberto on October 25, 2023.

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** xinxiangshihongqiqushenghongriyongbaihuodian
**Business Address:**
红旗区洪门镇
新二街和荣校路交叉口伟业中央公园125号商铺
新乡市
河南省
453000
CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback



Beauty & Personal Care › Hair Care › Hair Treatment Oils

**n Black Castor Oil, Oil Organic 100% Pure essed**

($6.50 / Fl Oz)

**FREE Returns**

*Thank you for being an Amazon customer. Get a $50 Amazon Gift Card upon approval for Amazon Visa.*

BLuvos
200 Milliliters
1

**Scent** Unscented
**Item Form** Oil

Report an issue with this product or seller

Add your free 30-day trial of Prime and get fast, free delivery

**Delivery** | Faster Pickup

$ 12.99 ($6.50 / Fl Oz)

**FREE Returns**

**FREE delivery Friday, September 27** on orders shipped by Amazon over $35

Deliver to Miami 33101

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from Amazon
Sold by yawei11
Returns 30-day refund/replacement
Payment Secure transaction
⌄ See more

☐ Add a gift receipt for easy returns

Add to List

## Buy it with

 + 

Total price: $27.98

Add both to Cart

These items are shipped from and sold by different sellers.
Show details

**This item:** BLuvos Jamaican Black Castor Oil, Castor Oil Organic 100% Pure Cold...

$12.99 ($6.50/Fl Oz)

MAJESTIC PURE Jamaican Black Castor Oil | 100% Pure & Natural Therapeutic Grade C...

$14.99 ($0.94/Fl Oz)

## Products related to this item

Page 1 of 67

Sponsored ⓘ

  

Botanic Hearth Jamaican Black Castor Oil for Hair Growth & Natural Skin Care - Roas...

$16.99 ($1.06/Fl Oz)

Jamaican Black Castor Oil Organic Cold Pressed Unrefined Glass Bottle Natural Pure ...
10

$7.58 ($7.58/Fl Oz)

Uocasi 2Pack Jamaican Black Castor Oil, 100% Pure Organic Cold Pressed Glass Bottle...
20

$15.99 ($3.96/Fl Oz)

Jamaican Black Castor Oil, 100% Pure and Natural, 16.9OZ(500ml), Castor Oil Organic...
31

$29.99 ($1.77/Fl Oz)

Jamaican Blac Oil For Hair Gr (450 mL) Orga Pressed, Unref
1

$44.88 ($2.66

🍃 Climate Pledc

## Product Description

1

## Product details

## Checkout (1 item)



---

**1**   **Shipping address**

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105
Add delivery instructions

Change

🅰 **Or pick up near this address** - See nearby pickup locations

---

**2**   **Choose a payment method**

Learn more

amla, **your cost could be $0.00** instead of $20.89! Get a **$50 Amazon Gift Card instantly** upon approval for Amazon Visa.

**Your credit and debit cards**

➕ 🔵 Add a credit or debit card ›  Amazon accepts all major credit cards.

**Payment plans**

⚪ 🅰 Pay over time with Affirm

Ineligible for this order, cart total is less than $50. Learn more

**Your available balance**

Enter a gift card, voucher or promotional code

| Enter Code | Apply |

**Other payment methods**

➕ 🗂 Learn more about Amazon Store Card ›  Access to exclusive financing offers. No annual fee. Zero fraud liability.

➕ 🗂 Add a personal checking account
Use your US based personal checking account.
Learn more

Use this payment method

---

**3**   **Offers**

---

**4**   **Items and shipping**

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

**Use this payment method**

Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final.

### Order Summary

| | |
|---|---|
| Items: | $12.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $19.98 |
| Estimated tax to be collected: | $0.91 |

**Order total:**   **$20.89**

How are shipping costs calculated?

Defendant no. :          16

Defendant Name :      YunNanXunAnShangMaoYouXianGongSi

Platform:                  Amazon

| Plaintiff VAu 1-517-249 Copyright | YunNanXunAnShangMaoYouXianGongSi's Infringing Product |
|---|---|
|  | |

# YunNanXunAnShangMaoYouXianGongSi

Visit the YunNanXunAnShangMaoYouXianGongSi storefront

**73% positive** in the last 12 months (55 ratings)



**Maruomiki Jamaica Black Castor ...**
$12⁹⁹  ($ 6.43 / Fl Oz)

[ Add to Cart ]

🛡 **Protected by A-to-z Guarantee**  The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller.
Read more

## About Seller

YunNanXunAnShangMaoYouXianGongSi is committed to providing each customer with the highest standard of customer service.

Have a question for
**YunNanXunAnShangMaoYouXianGongSi?**

[ Ask a question ]

## Reviews



3.9 out of  5

55 ratings

[ 12 months ]

5 star    64%
4 star    9%
3 star    4%
2 star    4%
1 star    20%

⌄ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ]

55 total ratings, 55 with feedback for 12 months

"Adorable soaps."
By Steven D. Reese on September 16, 2024.

"I got what I ordered. Package arrived in good condition and in a timely manner."
By crystal deist on September 16, 2024.

"Muy buenos los jabones"
By maria g. on September 11, 2024.

"Exelente"
By Yane s. on September 11, 2024.

"Quality is fair"
By bonnie on September 10, 2024.

Previous Next

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** YunNanXunAnShangMaoYouXianGongSi
**Business Address:**

怡滨路

平和花园T2幢601室

昆明市

滇池度假区

云南省

650103

CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English   United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data



Deliver to Miami 33101 | Beauty & Personal Care ▾ | Black Castor Oil

Hello, amla
Account & Lists ▾ | Returns & Orders | 🛒 0

All | Rufus | Same-Day Delivery | Medical Care ▾ | Amazon Basics | Whole Foods | Shop By Interest | Amazon Home | Household, Health & Baby Care

All Beauty | Premium Beauty ▾ | Makeup ▾ | Skin Care ▾ | Hair Care ▾ | Fragrance ▾ | Tools & Accessories ▾ | Personal Care ▾ | Oral Care ▾ | Men's Grooming ▾

amazon fresh    Spend $25, save $5 on lunchbox essentials    Terms apply ›

Beauty & Personal Care › Hair Care › Hair Treatment Oils





Roll over image to zoom in

...lack Castor Oil Hair Care
...Oil Improves Hair Gloss,
...es Delicate & Protects Skin

...i

...99 ($6.43 / Fl Oz)

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

防毛躁

粗糙

不含大豆成分

castor

**Liquid Volume** 60 Milliliters

**About this item**

- Superior Hair Care - Essential Oil Singles' Jamaican black castor oil deeply nourishes and restores hair, leaving it shiny, smooth, and healthy-looking.
- Revitalize Hair Shine - The potent formula of this hair oil makes dull, lifeless hair look radiant, while reducing frizz and flyaways.
- Intensive Moisturizing - This hair oil provides intense hydration to hair and scalp, preventing dryness and flakiness.
- Soothe Scalp Irritation - The natural emollients in black castor oil help soothe and repair irritated scalp, promoting hair growth.
- Versatile and Safe - This hair oil is suitable for all hair types and doesn't contain harsh chemicals, making it safe for daily use.

Report an issue with this product or seller

$12.99 ($6.43 / Fl Oz)

FREE delivery October 1 - 10. Details

Deliver to Miami 33101

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from: YunNanXunAnShangMaoY
Sold by: YunNanXunAnShangMaoY
Returns: 30-day refund/replacement
Payment: Secure transaction
˅ See more

Add to List

**Buy it with**

 + 

Total price: $20.39

Add both to Cart

These items are shipped from and sold by different sellers.
Show details

**This item:** Maruomiki Jamaica Black Castor Oil Hair Care Essential Oil Improves Hair Glos...

$12.99 ($6.43/Fl Oz)

Elizavecca CER-100 Collagen Coating Hair Protein Treatment 100ml - Hair Pack, Hair Mask

$7.40 ($2.19/Fl Oz)

## Frequently purchased items with fast delivery

Page 1 of 12

## Checkout (1 item)



---

**1**  **Shipping address**

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105
Add delivery instructions

**Change**

---

**2**  **Choose a payment method**

| Learn more | amla, **your cost could be $0.00** instead of $13.90! Get a **$50 Amazon Gift Card instantly** upon approval for Amazon Visa. |

**Your credit and debit cards**

+ **Add a credit or debit card** › Amazon accepts all major credit cards.

**Payment plans**

○ (a)  Pay over time with Affirm

Ineligible for this order, cart total is less than $50. Learn more

**Your available balance**


Enter a gift card, voucher or promotional code

+ [ Enter Code ]  [ Apply ]

**Other payment methods**

+  **Learn more about Amazon Store Card** › Access to exclusive financing offers. No annual fee. Zero fraud liability.

+  **Add a personal checking account**
Use your US based personal checking account.
Learn more

Use this payment method

---

**3**  **Offers**

---

**4**  **Items and shipping**

---

### Order Summary (sidebar)

Use this payment method

Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final.

**Order Summary**

| | |
|---|---|
| Items: | $12.99 |
| Shipping & handling: | $0.00 |
| Total before tax: | $12.99 |
| Estimated tax to be collected:* | $0.91 |
| **Order total:** | **$13.90** |

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant no. :          17

Defendant Name :      Sytani

Platform:               Amazon

| Plaintiff VAu 1-517-249 Copyright | Sytani's Infringing Product |
|---|---|
|  | |

# Sytani

Visit the Sytani storefront

**14% positive** lifetime (7 total ratings)



**Jamaican Organic Black Castor O...**
$ $10^{88}$  ($ 10.88 / Fl Oz)

Add to Cart

## About Seller

Sytani is committed to providing each customer with the highest standard of customer service.

Have a question for Sytani?

Ask a question

## Reviews

1.6 out of  5

Lifetime

7 ratings

| | | |
|---|---|---|
| 5 star | | 14% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 86% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

7 total ratings, 7 with feedback for Lifetime

"~~late package~~ "

By Lindsay on September 14, 2024.

**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

"~~Did not receive the product. Seller did not respond~~ "

By Dr. John G. Ware on September 14, 2024.

**Message from Amazon:** The fulfillment issues associated with this order were not due to the seller

"Good "

By Carolyn o. on September 3, 2024.

"It was a rip off they put a drop of lotion in the bottom of the pump bottle to scam people . Now you can't find them on here "

By Amazon Customer on August 30, 2024.

"Total SCAM cheap Chinese lights not solar Very low quality Problems to return it Still trying to return it cant believe this is sold in Amazon "

By John doe on May 31, 2024.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Nanyang Licao Trading Co., Ltd.
**Business Address:**
  卧龙区七一街道七一路139号
  创业大街C座506号
  南阳市

河南
473000
CN

**Shipping Policies** ⌄

**Other Policies** ⌄

**Help** ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

### Customers who viewed items in your browsing history also viewed

    

Rubber Spider Trick Box, Handmade Wooden Trick Surprise Box Spider Hidden in One Box Tric...
84
$7.98
Get it as soon as **Wednesday, Sep 25**
FREE Shipping on orders over $35 shipped by Amazon

Jamaican Black Castor Oil - 100% Pure and Organic, Cold Pressed in Glass Bottles for Hair Growth...
688
$9.99 ($4.95/Fl Oz)
Get it as soon as **Wednesday, Sep 25**
FREE Shipping on orders over $35 shipped by Amazon

Tiuedu Organic Black Castor Oil, 2PCS 4.04 Fl Oz 100% Pure Cold Pressed for Hair Growth and Nourishing, Thicker...
73
$15.99 ($3.96/Fl Oz)
Get it as soon as **Wednesday, Sep 25**
FREE Shipping on orders over $35 shipped by Amazon

GIIOASA Spider Prank Big Box, Wooden Surprise Box, Spider Money Surprise in a...
334
$12.99
Get it as soon as **Wednesday, Sep 25**
FREE Shipping on orders over $35 shipped by Amazon

Gooswexmzl Prank Box, P Rubber Spid Wooden Sca Surprise Joke...
$8.99
FREE Shipping $35 shipped b

### Top picks for you

    

Castor Oil Pack Wrap,Organic Cotton Packs Kit for Waist & Liver & Stomach & Lungs & Breast and Thyroid...
28
$11.99 ($5.94/Fl Oz)
Get it as soon as **Wednesday, Sep 25**
FREE Shipping on orders over $35 shipped by Amazon

CCMIOCO Fun Happy Joke Boxes Rubber Spider Prank Happy Box, Handcrafted Wooden Spider Box,Spider Mon...
856
$7.99
Get it as soon as **Thursday, Sep 26**
FREE Shipping on orders over $35 shipped by Amazon

ZHISHUDL Jamaican Black Castor Oil Organic Cold Pressed Unrefined Glass Bottle 100% Pure...
51
$7.64 ($216.43/Ounce)
Get it as soon as **Wednesday, Sep 25**
FREE Shipping on orders over $35 shipped by Amazon

FunFamz The Original Realistic Rubber Snake Toy- Large Black Fake Snake Prank and Rubbe...
1,146
Click for details
Get it as soon as **Wednesday, Sep 25**
FREE Shipping on orders over $35 shipped by Amazon

KPNEMA Jar Castor Oil fo Growth, Mul Cold Presse...
Amazon's Ch
Treatment Oils
$9.99 ($4.95/F
Get it as soon Sep 25
FREE Shipping $35 shipped b



Deliver to
Miami 33101

Beauty & Personal Care   Black Castor Oil

Hello, amla
Account & Lists

Returns
& Orders   0

EN

All   Rufus   Same-Day Delivery   Medical Care   Amazon Basics   Whole Foods   Shop By Interest   Amazon Home   Household, Health & Baby Care

All Beauty   Premium Beauty   Makeup   Skin Care   Hair Care   Fragrance   Tools & Accessories   Personal Care   Oral Care   Men's Grooming

Beauty & Personal Care › Hair Care › Hair Loss Products › Hair Regrowth Treatments

...anic
...il for
...Body
...ashes &
...nl

6% $10⁸⁸ ($10.88 / Fl Oz)
~~$12.88~~

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

Color: **2pcs**

| | |
|---|---|
| $10.88 ($10.88 / Fl Oz) ~~$12.88~~ | $10.88 ($10.88 / Fl Oz) |

Roll over image to zoom in

**Benefits**

| | |
|---|---|
| Hair Type | All |
| Material Type Free | Formaldehyde Free |
| Scent | colorless |
| Liquid Volume | 60 Milliliters |

**About this item**

- 💧【Pure & Natural Black Castor Oil】Our jamaican black castor oil is made from 100% pure organic extra virgin cold pressed castor oil, unrefined and all natural with no additives. It is rich in high vitamin E, minerals, proteins,omega-6 fatty acids.

- 💧【Strengthening of Hair】Essential oils are applied to the hair or scalp and then gently massaged, the hair will become naturally smooth and shine with long-term use. It can also effectively help us to enhancing hair quality, making hair more dense, preventing gray hair and shedding, strengthen the strength of hair roots

- 💧【Skin Care】The jamaican black castor oil oil removes all impurities from the pores, moisturizes the skin and retains moisture, provides the skin with

Add your free 30-day trial of Prime and get **fast, free delivery**

prime

**Delivery**   Pickup

One-time purchase:
$10⁸⁸ ($10.88 / Fl Oz)

**FREE Returns**

**FREE delivery Wednesday, September 25** on orders shipped by Amazon over $35

Or fastest delivery **Monday, September 23**. Order within 4 hrs 19 mins

Deliver to Miami 33101

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from   Amazon
Sold by   Sytani
Returns   30-day refund/replacement
Customer service   Amazon
˅ See more

Add a gift receipt for easy returns

Subscribe & Save:
$10⁸⁸ ($10.88 / Fl Oz)

**FREE delivery Wednesday, September 25** on orders shipped by Amazon over $35
Ships from: Amazon
Sold by: Sytani

Add to List

## Checkout (1 item)



---

**1   Shipping address**

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105

**Change**

Add delivery instructions

🅰 **Or pick up near this address** - See nearby pickup locations

---

**2   Choose a payment method**

Learn more    amla, **your cost could be $0.00** instead of $18.63! get a **$50 Amazon Gift Card** instantly upon approval for **Amazon Visa**

**Your credit and debit cards**

➕  🔵  **Add a credit or debit card** ›  Amazon accepts all major credit cards.

**Payment plans**

⚪  🅰  Pay over time with Affirm

Ineligible for this order, cart total is less than $50. Learn more

**Your available balance**

**Enter a gift card, voucher or promotional code**

➕  [ Enter Code ]    Apply

**Other payment methods**

➕  ▭  **Learn more about Amazon Store Card** ›  Access to exclusive financing offers. No annual fee. Zero fraud liability.

➕  ▭  **Add a personal checking account**
Use your US based personal checking account.
Learn more

Use this payment method

---

**3   Offers**

---

**4   Items and shipping**

---

Use this payment method

Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final.

### Order Summary

| | |
|---|---|
| Items: | $10.88 |
| Shipping & handling: | $6.99 |
| Total before tax: | $17.87 |
| Estimated tax to be collected: | $0.76 |
| **Order total:** | **$18.63** |

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant no. :          18

Defendant Name :     MINRONHOME

Platform:                Amazon

| Plaintiff VAu 1-517-249 Copyright | MINRONHOME's Infringing Product |
|---|---|
|  | |

## MINRONHOME

Visit the MINRONHOME storefront

**100% positive** lifetime (4 total ratings)



**SSCDFDC 2Pack Castor Oil for Ha...**
$9⁸⁸  ($ 4.89 / Fl Oz)

Add to Cart

### About Seller

MINRONHOME is committed to providing each customer with the highest standard of customer service.

Have a question for MINRONHOME?

Ask a question

### Reviews

5 out of 5

Lifetime

4 ratings

5 star ▭ 100%
4 star ▭ 0%
3 star ▭ 0%
2 star ▭ 0%
1 star ▭ 0%

⌄ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

4 total ratings, 4 with feedback for Lifetime

"I LOVE these lights and will be buying more. They're beautiful ! "

By Berdo on September 4, 2024.

"This is the second time I bought your product. They got better both in quality and price. Great! "

By RH77 on August 23, 2024.

"Bright light and works great in my pond. "

By Roger W on August 9, 2024.

"~~This Rosemary Oil CANT EVEN WASH IT OUT OF MY HAIR. OTHERS I HAVE BOUGHT IN THE PAST, SPRAY OR A THIN OIL YOU RUB IN & YOU DONT LOOK LIKE YOUR HAIR IS FULL OF O...~~ "

Read more

By Amazon Customer on July 23, 2024.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Man are these bright! So much so I'm going to re-situate them so they don't blind someone looking out of the windows. Really worth the cost and I'm very happy w... "

Read more

By Elaine F. on May 21, 2024.

### Return & Refund Policies

Please refer to the Amazon.com Return Policy .

### Detailed Seller Information

**Business Name:** Huizhou Mingrong Home Furnishing Co., Ltd.
**Business Address:**
花边岭开发区兴盛路

6号3楼
惠州市
广东
516200
CN

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

---

### Customers who viewed items in your browsing history also viewed



Rubber Spider Trick Box, Handmade Wooden Trick Surprise Box Spider Hidden in One Box Tric...
84
$7⁹⁸
2K+ viewed in past month
Get it as soon as **Wednesday, Sep 25**
FREE Shipping on orders over $35 shipped by Amazon



Jamaican Black Castor Oil - 100% Pure and Organic, Cold Pressed in Glass Bottles for Hair Growth...
688
$9⁹⁹ ($4.95/Fl Oz)
8K+ viewed in past month
Get it as soon as **Wednesday, Sep 25**
FREE Shipping on orders over $35 shipped by Amazon



Tiuedu Organic Black Castor Oil, 2PCS 4.04 Fl Oz 100% Pure Cold Pressed for Hair Growth and Nourishing, Thicker...
73
$15⁹⁹ ($3.96/Fl Oz)
Get it as soon as **Wednesday, Sep 25**
FREE Shipping on orders over $35 shipped by Amazon



GIIOASA Spider Prank Big Box, Wooden Surprise Box, Spider Money Surprise in a...
334
$12⁹⁹
400+ viewed in past month
Get it as soon as **Wednesday, Sep 25**
FREE Shipping on orders over $35 shipped by Amazon



Gooswexmzl Prank Box, P Rubber Spid Wooden Sca Surprise Jok
900+ viewed i
$8⁹⁹
FREE Shipping $35 shipped b

---

### Top picks for you



Castor Oil Pack Wrap,Organic Cotton Packs Kit for Waist & Liver & Stomach & Lungs & Breast and Thyroid...
28
$11⁹⁹ ($5.94/Fl Oz)
Get it as soon as **Wednesday, Sep 25**
FREE Shipping on orders over $35 shipped by Amazon



CCMIOCO Fun Happy Joke Boxes Rubber Spider Prank Happy Box, Handcrafted Wooden...
856
$7⁹⁹
200+ viewed in past month
Get it as soon as **Thursday, Sep 26**
FREE Shipping on orders over $35 shipped by Amazon



ZHISHUDL Jamaican Black Castor Oil Organic Cold Pressed Unrefined Glass Bottle 100% Pure...
51
$7⁶⁴ ($216.43/Ounce)
200+ viewed in past month
Get it as soon as **Wednesday, Sep 25**
FREE Shipping on orders over $35 shipped by Amazon



FunFamz The Original Realistic Rubber Snake Toy- Large Black Fake Snake Prank and Rubbe...
1,146
Click for details
1K+ viewed in past month
Get it as soon as **Wednesday, Sep 25**
FREE Shipping on orders over $35 shipped by Amazon



KPNEMA Jan Castor Oil fo Growth, Mul
1K+ viewed in
Amazon's Ch
Treatment Oils
$9⁹⁹ ($4.95/F
Get it as soon a
Sep 25
FREE Shipping $35 shipped b



Deliver to
Miami 33101

Beauty & Personal Care

Black Castor Oil

EN

Hello, amla
Account & Lists

Returns
& Orders

0

All    Rufus    Same-Day Delivery    Medical Care    Amazon Basics    Whole Foods    Shop By Interest    Amazon Home    Household, Health & Baby Care

All Beauty    Premium Beauty    Makeup    Skin Care    Hair Care    Fragrance    Tools & Accessories    Personal Care    Oral Care    Men's Grooming

Beauty & Personal Care › Hair Care › Hair Loss Products › Hair Regrowth Treatments

2Pack Castor Oil for Hair with Scalp Massager, 100% Nature Cold Pressed Black Oil for Hair, Eyelashes, Skin Care, Massage Oil, rishing Oil

10 ratings | Search this page

-43% $9.88 ($4.89 / Fl Oz)

List price: $17.88

FREE Returns

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

Roll over image to zoom in

| | |
|---|---|
| Benefits | Hair Growth |
| Hair Type | Dry |
| Material Type Free | Free of petrochemicals |
| Scent | No |
| Liquid Volume | 4.04 Fluid Ounces |

## About this item

- PURE NATURAL CASTOR OIL: Cold pressed jamaica black castor oil is a natural hair care oil rich in vitamin E, minerals, protein, and Omega-6 fatty acids. Organic castor oil is 100% natural and does not contain any chemicals or harmful substances. It is suitable for sensitive skin and can be used with confidence.
- SKIN MASSAGER: 2-in-1 detachable massager, perfect for your palm. When washing hair, it is convenient to massage the scalp or open it to massage the body skin. Suitable softness, when used in conjunction with castor oil, can alleviate fatigue, promote blood circulation, and reduce fine lines on the skin.
- FOR HAIR: Castor oil is rich in organic components, which can activate and strengthen hair follicles, promote blood circulation, nourish the scalp, reduce hair loss, effectively promote hair growth, repair dry hair, and treat split hair.
- HOW TO USE: Organic castor oil has no fixed usage method. As a hair care oil, some people like to mix it with shampoo and conditioner, while others like to apply it to their hair after washing. He is also a great massage oil that you can use anywhere you need.
- MULTIFUNCTIONAL: As long as you need it, it can be used as a hair care oil to promote hair growth, strengthen hair roots, and reduce hair loss. It can be used as a body oil, paired with the skin massager included in the set, to massage the scalp or skin. The carefully selected castor oil set is designed to help you achieve a healthier and more beautiful appearance.

Report an issue with this product or seller

Add your $1.99 one-week trial of Prime and get fast, free delivery

prime

Delivery    Pickup

One-time purchase:
$9.88 ($4.89 / Fl Oz)

FREE Returns

FREE delivery **Wednesday, September 25** on orders shipped by Amazon over $35

Or fastest delivery **Monday, September 23.** Order within **22 hrs 29 mins**

Deliver to Miami 33101

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | MINRONHOME |
| Returns | 30-day refund/replacement |
| Customer service | Amazon |

See more

Add a gift receipt for easy returns

**Subscribe & Save:**
$9.88 ($4.89 / Fl Oz)

FREE delivery **Wednesday, September 25** on orders shipped by Amazon over $35
Ships from: Amazon
Sold by: MINRONHOME

Add to List

## Buy it with

# Checkout (1 item)



---

**1**  **Shipping address**

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105
Add delivery instructions

**Change**

🅰 **Or pick up near this address** - See nearby pickup locations

---

**2**  **Choose a payment method**

| Learn more | amla, **your cost could be $0.00** instead of $17.56! Get a **$50 Amazon Gift Card instantly** upon approval for Amazon Visa. |

---

**Your credit and debit cards**

＋ 💳  Add a credit or debit card › Amazon accepts all major credit cards.

**Payment plans**

○ ⓐ Pay over time with Affirm

Ineligible for this order, cart total is less than $50. Learn more

**Your available balance**

Enter a gift card, voucher or promotional code

| Enter Code | Apply |

**Other payment methods**

＋ 💳 Learn more about Amazon Store Card › Access to exclusive financing offers. No annual fee. Zero fraud liability.

＋ 🧾 Add a personal checking account
Use your US based personal checking account.
Learn more

Use this payment method

---

**3**  **Offers**

---

**4**  **Items and shipping**

---

| | | **Use this payment method** |
| | Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final. | |

### Order Summary

| Items: | $9.88 |
| Shipping & handling: | $6.99 |
| Total before tax: | $16.87 |
| Estimated tax to be collected: | $0.69 |
| **Order total:** | **$17.56** |

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant no. :         19

Defendant Name :        lihaitengshisanzhan

Platform:               Amazon

| Plaintiff VAu 1-517-249 Copyright | lihaitengshisanzhan's Infringing Product |
|---|---|
|  | |

# lihaitengshisanzhan

Visit the lihaitengshisanzhan storefront

**93% positive** in the last 12 months (169 ratings)



RSGRT Jamaican Black Castor Oil...
$26⁹⁹ ($ 6.68 / Fl Oz)

Add to Cart

## About Seller

lihaitengshisanzhan is committed to providing each customer with the highest standard of customer service.

**Have a question for lihaitengshisanzhan?**

Ask a question

## Reviews



4.6 out of 5

12 months

169 ratings

| | | |
|---|---|---|
| 5 star | | 85% |
| 4 star | | 8% |
| 3 star | | 1% |
| 2 star | | 0% |
| 1 star | | 7% |

⌄ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

169 total ratings, 169 with feedback for 12 months

"These definitely do not work the same as NicoDerm. If you're serious, get the real thing."

By Tim on September 15, 2024.

"Great service"

By Amanda meyer on September 14, 2024.

"Quick shipping, good price. Thanks"

By George Thompson on September 13, 2024.

"~~I didn't receive my package it was supposed to be left in mailbox 5 the door numbers don't resemble with the mailboxes there are 2 doors that have a 16 on them...~~"

Read more

By Shaniqua Jones on September 12, 2024.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Love this for my dogs! Helps with separation anxiety and the puppy zoomies!!"

By Elaine on September 9, 2024.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** wuhantengyuexinlidianzishangwuyouxiangongsi
**Business Address:**
  王庄村227
  阳谷县
  安乐镇
  山东省
  252300

CN

## Shipping Policies

## Other Policies

## Help

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

### Get to Know Us

Careers

Amazon Newsletter

About Amazon

Accessibility

Sustainability

Press Center

Investor Relations

Amazon Devices

Amazon Science

### Make Money with Us

Sell on Amazon

Sell apps on Amazon

Supply to Amazon

Protect & Build Your Brand

Become an Affiliate

Become a Delivery Driver

Start a Package Delivery Business

Advertise Your Products

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

### Amazon Payment Products

Amazon Visa

Amazon Store Card

Amazon Secured Card

Amazon Business Card

Shop with Points

Credit Card Marketplace

Reload Your Balance

Gift Cards

Amazon Currency Converter

### Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Recalls and Product Safety Alerts

Registry & Gift List

Help

English     United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions of songs | Amazon Ads<br>Reach customers wherever they spend their time | 6pm<br>Score deals on fashion brands | AbeBooks<br>Books, art & collectibles | ACX<br>Audiobook Publishing Made Easy | Sell on Amazon<br>Start a Selling Account | Veeqo<br>Shipping Software Inventory Management |
| Amazon Business<br>Everything For Your Business | Amazon Fresh<br>Groceries & More Right To Your Door | AmazonGlobal<br>Ship Orders Internationally | Home Services<br>Experienced Pros Happiness Guarantee | Amazon Web Services<br>Scalable Cloud Computing Services | Audible<br>Listen to Books & Original Audio Performances | Box Office Mojo<br>Find Movie Box Office Data |
| Goodreads<br>Book reviews & recommendations | IMDb<br>Movies, TV & Celebrities | IMDbPro<br>Get Info Entertainment Professionals Need | Kindle Direct Publishing<br>Indie Digital & Print Publishing Made Easy | Amazon Photos<br>Unlimited Photo Storage Free With Prime | Prime Video Direct<br>Video Distribution Made Easy | Shopbop<br>Designer Fashion Brands |
| Amazon Resale<br>Great Deals on Quality Used Products | Whole Foods Market<br>America's Healthiest Grocery Store | Woot!<br>Deals and Shenanigans | Zappos<br>Shoes & Clothing | Ring<br>Smart Home Security Systems | eero WiFi<br>Stream 4K Video in Every Room | Blink<br>Smart Security for Every Home |



| Deliver to Miami 33101 | All ▾ | Castor Oil | | EN ▾ | Hello, amla Account & Lists ▾ | Returns & Orders | 🛒 0 |

All  Rufus  Same-Day Delivery  Medical Care ▾  Amazon Basics  Whole Foods  Shop By Interest  Amazon Home  Household, Health & Baby Care

Health & Personal Care  Household Supplies  Vitamins & Diet Supplements  Baby & Child Care  Health Care  Sports Nutrition  Sexual Wellness  Health & Wellness

Health & Household › Wellness & Relaxation › Massage Tools & Equipment › Massage Oils



Roll over image to zoom in

...lack ...20ml, ...stor Oil ...d ...n Glass ...k Castor ...stor Oil ...otton ...th for ...s Release

121 ratings

$26⁹⁹ ($6.68 / Fl Oz)

FREE Returns

Coupon: ☑ ...pply 10% coupon
Shop items › ...rms

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

**Color: Khaiki Pack With Castor Oil 120ml**


$26.99 ($6.68 / Fl Oz)


$36.99 ($18.31 / Fl Oz)


$19.99 ($9.90 / Fl Oz)


$19.99 ($9.90 / Fl Oz)

| Brand | RSGRT |
| Scent | castror oil |
| Item Form | Oil |
| Material Feature | Organic |
| Unit Count | 4.04 Fl Oz |

**About this item**

- Castor Oil Pack Kit - The Castor Oil Pack increase circulation, improves the lymphatic system, calm IBS and other digestive issues, reduce swelling and inflammation, shrinks cysts, growths, and warts. It is highly recommended to choose organic

☐ Add your free 30-day trial of Prime and get **fast, free delivery**  *prime*

Delivery | Pickup

$26⁹⁹ ($6.68 / Fl Oz)

FREE Returns

FREE delivery **Wednesday, September 25** on orders shipped by Amazon over $35. Order within **22 hrs 25 mins**

Deliver to Miami 33101

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| Ships from | Amazon |
| Sold by | lihaitengshisanzhan |
| Returns | 30-day refund/replacement |
| Customer service | Amazon |

See more

☐ Add a gift receipt for easy returns

Add to List

## Checkout (1 item)



---

**1  Shipping address**

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105

Add delivery instructions

Change

🔶 **Or pick up near this address** - See nearby pickup locations

---

**2  Choose a payment method**

Learn more | amla, **your cost could be $0.00** instead of $35.87! get a **$50 Amazon Gift Card** instantly upon approval for **Amazon Visa**

### Your credit and debit cards

+ 💳 Add a credit or debit card › Amazon accepts all major credit cards.

### Payment plans

○ ⓐ Pay over time with Affirm

Ineligible for this order, cart total is less than $50. Learn more

### Your available balance

**Enter a gift card, voucher or promotional code**

+ | Enter Code | Apply

### Other payment methods

+ 💳 Learn more about Amazon Store Card › Access to exclusive financing offers. No annual fee. Zero fraud liability.

+ 💳 Add a personal checking account
Use your US based personal checking account.
Learn more

Use this payment method

---

**3  Offers**

---

**4  Items and shipping**

---

### Use this payment method

Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final.

### Order Summary

| | |
|---|---|
| Items: | $26.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $33.98 |
| Estimated tax to be collected: | $1.89 |
| **Order total:** | **$35.87** |

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant no. :        20

Defendant Name :       Beauty Nature

Platform:              Amazon

| Plaintiff VAu 1-517-249 Copyright | Beauty Nature's Infringing Product |
|---|---|
|  | |

# Beauty Nature

Visit the Beauty Nature storefront

**96% positive** in the last 12 months (27 ratings)



Castor Oil Pack, Reusable Castor ...
$19⁹⁹  ($ 9.90 / Fl Oz)

Add to Cart

## About Seller

Beauty Nature is committed to providing each customer with the highest standard of customer service.

**Have a question for Beauty Nature?**

Ask a question

## Reviews



4.8 out of  5

27 ratings

| | |
| --- | --- |
| 5 star | 85% |
| 4 star | 11% |
| 3 star | 4% |
| 2 star | 0% |
| 1 star | 0% |

12 months

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

27 total ratings, 26 with feedback for 12 months

"I never received this - I don't know if it was delivered to the wrong address but I never got this - and when I try to do a "return" there's no option to messag..."
Read more

By Larissa on August 6, 2024.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Muy buen producto, excelente."

By Belkis M. on July 23, 2024.

"G"

By Raul m. on May 7, 2024.

"It works!!"

By Jacqueline Stewart on March 30, 2024.

"Great deal."

By Grams on March 9, 2024.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** PuTianLiChengYuQiYuanMaoYiYouXianGongSi

**Business Address:**
荔城区镇海街道荔园东路1688号正荣财富中心
A区3号楼710室
莆田市
福建省
351100
CN



Roll over image to zoom in

Pack, Reusable
Packs Kit with
Elastic Strap,
tton Flannel
es Comfort
Massage Castor
rap Set with
r Oil- Pink

6 ratings

-13% $19⁹⁹ ($9.90 / Fl Oz)

Typical price: $22.99

FREE Returns

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

**Material** Organic
**Feature**

**Number of** 1
**Items**

## About this item

- 【Comfortable and Skin friendly Material】 The castor oil pack compression kit is made of fine fleece, which is soft and hypoallergenic. Castor oil pack suitable for sensitive skin types wrap the body which helps you feel comfortable and the castor oil absorb into your skin.

- 【Castor Oil Pack with Adjustable Design】 This castor oil wrap comes with adjustable elastic straps that you can freely adjust the belt according to your waistline. You can wear this castor oil pack compress while working, sleeping, or during yoga time.

- 【Non Oil Leak and Mess Free Castor Oil Pack Wrap Kit】 Waterproof PUL material design of the castor oil pack wrap prevents leaks. This castor oil pack neck wrap can be reused and safely machine washed.

- 【Castor Oil Pack with Multiple Benefits】 Castor oil pack can regulate physical functions and achieve good health. Castor oil promotes digestion and absorption in the body, relaxes sore neck muscles, and reduces inflammation to improve quality of life.

- 【Castor Oil Pack Keep Body Health】 Castor oil bag helps you get a good sleep, zipper opening for storing hot pads or ice packs to speeds up the absorption of the black castor oil. Keep using castor oil

### Delivery / Pickup

**One-time purchase:**
$19⁹⁹ ($9.90 / Fl Oz)

FREE Returns

FREE delivery **Wednesday, September 25** on orders shipped by Amazon over $35

Or fastest delivery **Tuesday, September 24.** Order within **22 hrs 20 mins**

Deliver to Miami 33101

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from Amazon
Sold by Beauty Nature
Returns 30-day refund/replacement
Packaging Ships in product packaging

See more

Add a gift receipt for easy returns

**Subscribe & Save:**
$19⁹⁹ ($9.90 / Fl Oz)

FREE delivery **Wednesday, September 25** on orders shipped by Amazon over $35
Ships from: Amazon
Sold by: Beauty Nature

Add to List

Deliver to Miami 33101    All    black castor oil    EN    Hello, amla Account & Lists    Returns & Orders    0

All    Rufus    Same-Day Delivery    Medical Care    Amazon Basics    Whole Foods    Shop By Interest    Amazon Home    Household, Health & Baby Care

Health & Personal Care    Household Supplies    Vitamins & Diet Supplements    Baby & Child Care    Health Care    Sports Nutrition    Sexual Wellness    Health & Wellness

Health & Household › Wellness & Relaxation › Massage Tools & Equipment › Massage Oils

Add Prime to get Fast, FREE delivery

## Checkout (1 item)



---

**1**  **Shipping address**

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105

**Change**

Add delivery instructions

🟠 **Or pick up near this address** - See nearby pickup locations

---

**2**  **Choose a payment method**

Learn more   amla, **your cost could be $0.00** instead of $28.38! get a **$50 Amazon Gift Card** instantly upon approval for **Amazon Visa**

### Your credit and debit cards

➕  🟦  **Add a credit or debit card** ›  Amazon accepts all major credit cards.

### Payment plans

⊙  ⓐ  Pay over time with Affirm

Ineligible for this order, cart total is less than $50. Learn more

### Your available balance

Enter a gift card, voucher or promotional code

➕  | Enter Code |   Apply

### Other payment methods

➕  ▭  **Learn more about Amazon Store Card** ›  Access to exclusive financing offers. No annual fee. Zero fraud liability.

➕  ▭  **Add a personal checking account**
Use your US based personal checking account.
Learn more

Use this payment method

---

**3**  **Offers**

---

**4**  **Items and shipping**

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

**Use this payment method**

Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final.

### Order Summary

| | |
|---|---|
| Items: | $19.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $26.98 |
| Estimated tax to be collected: | $1.40 |
| **Order total:** | **$28.38** |

How are shipping costs calculated?

Defendant no. :          21

Defendant Name :      tangxiashangmao

Platform:                Amazon

| Plaintiff VAu 1-517-249 Copyright | tangxiashangmao's Infringing Product |
|---|---|
|  | |

# tangxiashangmao

Visit the tangxiashangmao storefront

**98% positive** in the last 12 months (538 ratings)



Jamaican Black Castor Oil, Organ...
$9⁹⁹ ($ 5.00 / Fl Oz)

Add to Cart

## About Seller

tangxiashangmao is committed to providing each customer with the highest standard of customer service.

**Have a question for tangxiashangmao?**

Ask a question

## Reviews

4.8 out of 5        | 12 months |

538 ratings



5 star — 87%
4 star — 11%
3 star — 0%
2 star — 0%
1 star — 2%

**Learn more about how seller reviews work on Amazon**

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

| All stars |

538 total ratings, 535 with feedback for 12 months

"This stuff doesn't work! I tried 6 coats over a gel manicure and still didn't see green the gel enough to remove it. The tools are handy though"

By Kathleen Ryan on September 20, 2024.

"I love the warm glow in the room now with this shade/ flows nicely when the wind blows"

By Diane on September 19, 2024.

"Fantastic, feels like high quality hotel sheets. Even my pup slept well on them lol"

By Blondsungoddessh on September 19, 2024.

"Not sure if it is working, but it does turn black after wearing for the night."

By Dar on September 19, 2024.

"Great experience"

By Anthony r. on September 19, 2024.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** jiaozuoshishanyangqutangxiashangmaojingyingbu
**Business Address:**
中星街道庙河小区附加楼3号
焦作市
山阳区
河南省
454150
CN

## Shipping Policies

Deliver to
Miami 33101

Beauty & Personal Care ▾    Castor Oil Packs

EN ▾    Hello, amla
Account & Lists ▾    Returns
& Orders    🛒 0

All    Rufus    Same-Day Delivery    Medical Care ▾    Amazon Basics    Whole Foods    Shop By Interest    Amazon Home    Household, Health & Baby Care

All Beauty    Premium Beauty ▾    Makeup ▾    Skin Care ▾    Hair Care ▾    Fragrance ▾    Tools & Accessories ▾    Personal Care ▾    Oral Care ▾    Men's Grooming ▾

Beauty & Personal Care › Hair Care › Hair Treatment Oils

VIDEO

Roll over image to zoom in

k
ganic
uded,
k Kit,
k Wrap
ess
, Fit -
n
: Ties-

6 ratings

$9⁹⁹ ($5.00 / Fl Oz)

FREE Returns

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

Color: **Khaki**


$9.99
($5.00 / Fl Oz)


$9.99
($9.99 / Count)


$9.99
($9.99 / Count)

| | |
|---|---|
| Brand | Tudiqe |
| Scent | Unscented |
| Product Benefits | Relaxation, Stress Relief, Pain Relief |
| Item Volume | 2 Fluid Ounces |
| Unit Count | 2.00 Fl Oz |

## About this item

- 【Waist and Neck Set】: Castor Oil Pack Kit includes one Castor Oil Pack Wrap for the neck, one for the waist and one organic castor Oil. Includes 2× adjustable elastic straps to ensure the perfect fit and comfort for everybody.
- 【High Quality Materials】: The Castor Oil Pack Kit is made of



☐ Add Prime to get Fast, FREE delivery    prime ✓

Delivery | Pickup

One-time purchase:
$9⁹⁹ ($5.00 / Fl Oz)

FREE Returns

FREE delivery **Wednesday, September 25** on orders shipped by Amazon over $35

Or fastest delivery **Tuesday, September 24**. Order within 22 hrs 17 mins

Deliver to Miami 33101

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from    Amazon
Sold by    tangxiashangmao
Returns    30-day refund/replacement
Customer service    Amazon
˅ See more

☐ Add a gift receipt for easy returns

**Subscribe & Save:**
$9⁹⁹ ($5.00 / Fl Oz)

FREE delivery **Wednesday, September 25** on orders shipped by Amazon over $35
Ships from: Amazon
Sold by: tangxiashangmao

Add to List

## Checkout (1 item)



---

**1  Shipping address**

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105

Change

Add delivery instructions

Or pick up near this address - See nearby pickup locations

---

**2  Choose a payment method**

amla, **your cost could be $0.00** instead of $17.68! get a **$50 Amazon Gift Card** instantly upon approval for **Amazon Visa**

Learn more

### Your credit and debit cards

+  Add a credit or debit card › Amazon accepts all major credit cards.

### Payment plans

○  Pay over time with Affirm

Ineligible for this order, cart total is less than $50. Learn more

### Your available balance

**Enter a gift card, voucher or promotional code**

+  | Enter Code | Apply

### Other payment methods

+  Learn more about Amazon Store Card › Access to exclusive financing offers. No annual fee. Zero fraud liability.

+  Add a personal checking account
Use your US based personal checking account.
Learn more

Use this payment method

---

**3  Offers**

---

**4  Items and shipping**

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

Use this payment method

Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final.

### Order Summary

| | |
|---|---|
| Items: | $9.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $16.98 |
| Estimated tax to be collected: | $0.70 |
| **Order total:** | **$17.68** |

How are shipping costs calculated?

Defendant no. :        22

Defendant Name :       FCZJYUS

Platform:              Amazon

| Plaintiff VAu 1-517-249 Copyright | FCZJYUS's Infringing Product |
|---|---|
|  | |

# FCZJYUS

Visit the FCZJYUS storefront

**89% positive** in the last 12 months (81 ratings)



**Castor Oil Pack Wrap Reusable fo...**
$19⁹⁹ ($ 9.90 / Fl Oz)

Add to Cart

## About Seller

FCZJYUS is committed to providing each customer with the highest standard of customer service.

Have a question for FCZJYUS?

Ask a question

## Reviews



4.4 out of 5

81 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 72% |
| 4 star | | 17% |
| 3 star | | 1% |
| 2 star | | 4% |
| 1 star | | 6% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

81 total ratings, 81 with feedback for 12 months

"Love them "

By Crystal Z. on September 17, 2024.

"Was very happy with these shoes. Size was correct. Color was as stated. Comfortable. Could be worn for dress or casual. "

By TL on September 16, 2024.

"Fast delivery "

By Linda Agalsoff on September 14, 2024.

"Never received 😊 "

By Stacey Leigh on September 10, 2024.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

"Good "

By Jorge cortes on September 7, 2024.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** mianyangfeichizhongjiaoyukejiyouxiangongsi
**Business Address:**
凯越路1号
绵阳市
游仙经济开发区
四川省
621000
CN

## Shipping Policies



Roll over image to zoom in

Castor Oil Pack Kit

All | Rufus | Same-Day Delivery | Medical Care ▾ | Amazon Basics | Whole Foods | Shop By Interest | Amazon Home | Household, Health & Baby Care

Health & Personal Care | Household Supplies | Vitamins & Diet Supplements | Baby & Child Care | Health Care | Sports Nutrition | Sexual Wellness | Health & Wellness

Health & Household › Wellness & Relaxation › Massage Tools & Equipment › Massage Oils

k Wrap
Waist
tor Oil

& Less
Strap
on Anti
ki)

9 ratings

$19⁹⁹ ($9.90 / Fl Oz)

FREE Returns

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

Color: **Khaki-castor Oil Pack-1pcs Castor Oil**

| | |
|---|---|
| $19.99 ($9.90 / Fl Oz) | $21.99 ($10.89 / Fl Oz) |
| $19.99 ($9.90 / Fl Oz) | $21.99 ($10.89 / Fl Oz) |
| $19.99 ($9.90 / Fl Oz) | |

| | |
|---|---|
| Brand | sefudun |
| Scent | Castor |
| Item Form | Pack |
| Material Feature | Natural |
| Number of Items | 1 |

**About this item**

- 【Premium Material & No Oil Leak】The outer fabric of our castor oil pack is waterproof, can avoids leakage and keeps you away from oil stains. The inner layer is made of pure cotton

☐ Add your $1.99 one-week trial of Prime and get fast, free delivery   prime

**One-time purchase:**

$19⁹⁹ ($9.90 / Fl Oz)

FREE Returns

FREE delivery **Wednesday, September 25** on orders shipped by Amazon over $35

Or fastest delivery **Tuesday, September 24**. Order within **22 hrs 13 mins**

Deliver to Miami 33101

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | FCZJYUS |
| Returns | 30-day refund/replacement |
| Packaging | Ships in product packaging |

☑ See more

☐ Add a gift receipt for easy returns

**Subscribe & Save:**

$19⁹⁹ ($9.90 / Fl Oz)

FREE delivery **Wednesday, September 25** on orders shipped by Amazon over $35

Ships from: Amazon
Sold by: FCZJYUS

Add to List

Deliver to Miami 33101   All ▾   Castor Oil Pack Kit

EN ▾   Hello, amla Account & Lists ▾   Returns & Orders   0



## Checkout (1 item)

---

**1   Shipping address**

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105

**Change**

Add delivery instructions

🔶 **Or pick up near this address** - See nearby pickup locations

---

**2   Choose a payment method**

Learn more   amla, **your cost could be $0.00** instead of $28.38! get a **$50 Amazon Gift Card** instantly upon approval for **Amazon Visa**

### Your credit and debit cards

+ 💳 **Add a credit or debit card** ›  Amazon accepts all major credit cards.

### Payment plans

○ ⓐ Pay over time with Affirm

Ineligible for this order, cart total is less than $50. Learn more

### Your available balance

**Enter a gift card, voucher or promotional code**

+ | Enter Code | | Apply |

### Other payment methods

+ 💳 **Learn more about Amazon Store Card** ›  Access to exclusive financing offers. No annual fee. Zero fraud liability.

+ 💳 **Add a personal checking account**
Use your US based personal checking account.
Learn more

Use this payment method

---

**3   Offers**

---

**4   Items and shipping**

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

### Sidebar

Use this payment method

Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final.

### Order Summary

| | |
|---|---|
| Items: | $19.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $26.98 |
| Estimated tax to be collected: | $1.40 |
| **Order total:** | **$28.38** |

How are shipping costs calculated?

Defendant no. :          23

Defendant Name :      Mcukv Beauty

Platform:                   Amazon

| Plaintiff VAu 1-517-249 Copyright | Mcukv Beauty's Infringing Product |
|---|---|
|  | |

# Mcukv Beauty

Visit the Mcukv Beauty storefront

**97% positive** in the last 12 months (96 ratings)



**Mcukv Castor Oil Pack Wrap, Reu...**
$12⁹⁹

Add to Cart

## About Seller

Mcukv Beauty is committed to providing each customer with the highest standard of customer service.

Have a question for Mcukv Beauty?

Ask a question

## Reviews

4.8 out of 5

12 months

96 ratings

| | | |
|---|---|---|
| 5 star | | 90% |
| 4 star | | 7% |
| 3 star | | 1% |
| 2 star | | 0% |
| 1 star | | 2% |

ˇ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

96 total ratings, 95 with feedback for 12 months

"On time, And as ordered."

By Ray on September 20, 2024.

"This product works well for me. I use bandaids with it to keep the patch on. I don't blame the product for having to do that. It just makes sure they stay on."

By ChaosHour on September 10, 2024.

"Very pleased"

By Mike Smith on September 8, 2024.

"Exactly what I wanted!"

By Becky on September 8, 2024.

"I just received the spray. It sprays on nicely and gives your legs a safe supple look. I can't comment on its medicinal properties as yet. It was just received."

By D. Falco on September 6, 2024.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** zhengzhoudouchoushangmaoyouxiangongsi
**Business Address:**
郑密路99号亚星盛世悦都二号楼一单元2006号
郑州市
二七区
河南省
528222
CN

## Shipping Policies  ⌄



Deliver to Miami 33101 | All | Castor Oil Pack Kit | EN | Hello, amla Account & Lists | Returns & Orders | 0

All | Rufus | Same-Day Delivery | Medical Care | Amazon Basics | Whole Foods | Shop By Interest | Amazon Home | Household, Health & Baby Care

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming

amazon fresh Spend $25, save $5 on lunchbox essentials Terms apply ›

Beauty & Personal Care › Hair Care › Hair Treatment Oils

Roll over image to zoom in

ıstor Oil Pack Wrap, Castor Oil Pack Kit for k and Waist, Adjustable mfort Sleep Fit, Organic annel & Soft Ties Anti Oil tor Oil Included)

36 ratings | Search this page

$12^99

FREE Returns

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

| | |
|---|---|
| | SNANA |
| dimensions L x W x H | 8.66 x 6.69 x 2.24 inches |
| Age Range (Description) | Adult |
| Active Ingredients | castor oil |
| Skin Type | All |

Report an issue with this product or seller

Add your $1.99 one-week trial of Prime and get **fast, free delivery**

Delivery | Pickup

**One-time purchase:**

$12^99

FREE Returns

FREE delivery **Wednesday, September 25** on orders shipped by Amazon over $35

Or fastest delivery **Tuesday, September 24**. Order within 22 hrs 10 mins

Deliver to Miami 33101

In Stock

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Mcukv Beauty |
| Returns | 30-day refund/replacement |
| Customer service | Amazon |

See more

Add a gift receipt for easy returns

**Subscribe & Save:**

10% 15%

$11^69

FREE delivery **Wednesday, September 25** on orders shipped by Amazon over $35

Ships from: Amazon

Sold by: Mcukv Beauty

Add to List

## Frequently bought together

+

**This item:** Mcukv Castor Oil Pack Wrap, Reusable Castor Oil Pack Kit for Liver Neck and Waist,…

$12^99

Handcraft Blends Organic Castor Oil - 16 Fl Oz - 100% Pure and Natural - Premium Grade Oil fo…

$9^98 ($0.62/Fl Oz)

Total price: $22.97

Add both to Cart

These items are shipped from and sold by different sellers.

Show details

## Products related to this item

Sponsored

Page 1 of 60

# Checkout (**2 items**)



---

**1 Shipping address**

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105

Change

Add delivery instructions

🔴 **Or pick up near this address** - See nearby pickup locations

---

**2 Choose a payment method**

Learn more    amla, **your cost could be $0.00** instead of $34.79! Get a **$50 Amazon Gift Card** instantly upon approval for **Amazon Visa**

### Your credit and debit cards

+  📘  **Add a credit or debit card** ›  Amazon accepts all major credit cards.

### Payment plans

○  ⓐ   Pay over time with Affirm

Ineligible for this order, cart total is less than $50. Learn more

### Your available balance

**Enter a gift card, voucher or promotional code**

+  | Enter Code |  Apply

### Other payment methods

+  ▭  **Learn more about Amazon Store Card** ›  Access to exclusive financing offers. No annual fee. Zero fraud liability.

+  ▭  **Add a personal checking account**
Use your US based personal checking account.
Learn more

Use this payment method

---

**3 Offers**

---

**4 Items and shipping**

---

Use this payment method

Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final.

## Order Summary

| | |
|---|---|
| Items (2): | $25.98 |
| Shipping & handling: | $6.99 |
| Total before tax: | $32.97 |
| Estimated tax to be collected: | $1.82 |
| **Order total:** | **$34.79** |

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant no. :          24

Defendant Name :     HENCUK

Platform:                    Amazon

| Plaintiff VAu 1-517-249 Copyright | HENCUK's Infringing Product |
|---|---|
|  | |

# HENCUK

Visit the HENCUK storefront

**80% positive** in the last 12 months (10 ratings)



**HENCUK Jamaican Black Castor ...**

$5⁹⁹  ($ 2.97 / Fl Oz)

Add to Cart

## About Seller

HENCUK is committed to providing each customer with the highest standard of customer service.

**Have a question for HENCUK?**

Ask a question

## Reviews



4.3 out of 5

10 ratings

12 months

| | |
|---|---|
| 5 star | 80% |
| 4 star | 0% |
| 3 star | 0% |
| 2 star | 10% |
| 1 star | 10% |

**Learn more about how seller reviews work on Amazon**

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

10 total ratings, 10 with feedback for 12 months

" No fire comes out I don't know if I have to add lighter fluid but it didn't say that "

By Cecily M. on August 6, 2024.

" Excelente "

By Stephanie C. on August 2, 2024.

" Thank you. "

By Abdessamad Darouiche on July 26, 2024.

" on time "

By Hugh B. Gale on July 25, 2024.

" I am very impressed, the first time I used it I could tell it was real. I didn't wheeze at all. I use as directed and notice a big difference. The coughing has... "
Read more

By Erin Gregoire on July 17, 2024.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** guangzhoudongjushangmaoyouxiangongsi
**Business Address:**
鼓楼区
丰财小区16号楼5单元201室
徐州市
江苏省
221005
CN

## Shipping Policies



Deliver to
Miami 33101
All ▾   with 60ML Oil

EN ▾   Hello, amla
Account & Lists ▾   Returns & Orders   0

All   Rufus   Same-Day Delivery   Medical Care ▾   Amazon Basics   Whole Foods   Shop By Interest   Amazon Home   Household, Health & Baby Care

All Beauty   Premium Beauty ▾   Makeup ▾   Skin Care ▾   Hair Care ▾   Fragrance ▾   Tools & Accessories ▾   Personal Care ▾   Oral Care ▾   Men's Grooming ▾

Beauty & Personal Care › Skin Care › Body › Moisturizers › Oils



Roll over image to zoom in

Black Castor Oil, 100% ...ural Castor Oil Organic ...sed Unrefined Body Oil, ...wth, Skin Care, Nourishes ...ates Hair, Moisturizing ... Oil 60ml (2PCS)

...e

...3%   $5.99 ($2.97 / Fl Oz)
List price: $6.99 ⓘ

... Returns

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

|   |   |
|---|---|
| | HENCUK |
| Item Form | Oil |
| Active Ingredients | Vitamin E |
| Age Range (Description) | Adult |
| Number of Items | 2 |

## About this item

- 【Organic Castor Oil】Our Organic Cold Pressed Castor Oil Made Of Pure, Natural, and Organic Ingredients, riches in omegas and fatty acids that condition roots and nourish hair follicles for healthier, stronger and fuller looking hair, lashes and brows, it's the key vitamins and nutrients for hair growth.
- 【Stimulate Hair Growth】Our jamaican black castor oil hydrating for hair & skin. It's an all-natural way to thicken & strengthen hair to reduce hair loss & hair growth, Organic castor oil is a natural essential oil for dry brittle hair, dry scalps, and dandruff.
- 【Hydrate & Soothe Dry Scalp】Our Organic castor oil rich blend of over multiple essential oils, Massage Organic Castor Oil onto dry areas of the skin and scalp to restore moisture and softness, combat dandruff while working to strengthen, lengthen, nourish, and protect hair.
- 【For Best Results】Warm a quarter sized amount of our Organic Castor Oil into the palms of your hands and spread evenly all over scalp. Comb through from roots to ends. Leave in overnight or at least 1 hour, then wash out with shampoo to reveal deeply-hydrated, luscious-looking hair.
- 【Widely Application】This all natural formula jamaican black castor oil is good for eyebrow, nails, hair, skin and massage, hydrates more than just your hair and scalp, Also for skin makes a nourishing, skin-softening moisturizer for face and body, suitable for all skin type, perfect for massage therapy as well as.

Report an issue with this product or seller

☐ Add your free 30-day trial of Prime and get fast, free delivery   ✓prime

**One-time purchase:**
$5.99 ($2.97 / Fl Oz)

FREE Returns

FREE delivery **Wednesday, September 25** on orders shipped by Amazon over $35

Or fastest delivery **Monday, September 23**. Order within 3 hrs 50 mins

Deliver to Miami 33101

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | HENCUK |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

✓ See more

☐ Add a gift receipt for easy returns

**Subscribe & Save:**
$5.99 ($2.97 / Fl Oz)

FREE delivery **Wednesday, September 25** on orders shipped by Amazon over $35

Ships from: Amazon
Sold by: HENCUK

Add to List

## Buy it with

## Checkout (1 item)



---

**1**   **Shipping address**

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105

**Change**

Add delivery instructions

🅰 **Or pick up near this address** - See nearby pickup locations

---

**2**   **Choose a payment method**

Learn more · amla, **your cost could be $0.00** instead of $13.40! Get a **$50 Amazon Gift Card instantly** upon approval for Amazon Visa.

### Your credit and debit cards

➕ 🔷 **Add a credit or debit card** › Amazon accepts all major credit cards.

### Payment plans

◯ 🅰 Pay over time with Affirm

Ineligible for this order, cart total is less than $50. Learn more

### Your available balance

**Enter a gift card, voucher or promotional code**

➕ | Enter Code | | Apply

### Other payment methods

➕ 🪪 **Learn more about Amazon Store Card** › Access to exclusive financing offers. No annual fee. Zero fraud liability.

➕ 🪪 **Add a personal checking account**
Use your US based personal checking account.
Learn more

Use this payment method

---

**3**   **Offers**

---

**4**   **Items and shipping**

---

### Use this payment method

Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final.

### Order Summary

| | |
|---|---|
| Items: | $5.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $12.98 |
| Estimated tax to be collected: | $0.42 |
| **Order total:** | **$13.40** |

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant no. :          25

Defendant Name :       Stellar Express

Platform:                 Amazon

| Plaintiff VAu 1-517-249 Copyright | Stellar Express's Infringing Product |
|---|---|
|  | |

# Stellar Express

Visit the Stellar Express storefront

**76% positive** in the last 12 months (21 ratings)



**Castor Oil Pack Wrap for Liver, W...**
$23⁹⁹  ($ 11.88 / Fl Oz)

Add to Cart

## About Seller

Have a question for Stellar Express?

Ask a question

## Reviews



4.1 out of 5

21 ratings

12 months

| | | |
|---|---|---|
| 5 star | | 67% |
| 4 star | | 10% |
| 3 star | | 5% |
| 2 star | | 5% |
| 1 star | | 14% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

21 total ratings, 21 with feedback for 12 months

"Best conditioner I've every used. I'm a hairdesigner. "

By Ar on September 11, 2024.

"I Love This hip oil Smell good "

By Amanda Wright on August 24, 2024.

"I don't think it works! Smells bad! Been using the Bee Venom cream! No real results in a week! "

By Denise Worthey on August 19, 2024.

"Seems great? "

By Margaret Palbicke on July 21, 2024.

"Trying it out. Dinky "

By cliffie on July 16, 2024.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** FoshanChanchengDistrictLingYinHongTradingCo., LTD
**Business Address:**
　禅城区张槎街道塑沙路75号309房
　佛山市
　广东省
　528000
　CN

## Shipping Policies

## Other Policies

Deliver to
Miami 33101

All ▾   Massage Castor Oil Pack Wrap Set with 60ml Castor Oil

EN ▾   Hello, amla
Account & Lists ▾

Returns
& Orders

0

All    Rufus    Same-Day Delivery    Medical Care ▾    Amazon Basics    Whole Foods    Shop By Interest    Amazon Home    Household, Health & Baby Care

Health & Personal Care    Household Supplies    Vitamins & Diet Supplements    Baby & Child Care    Health Care    Sports Nutrition    Sexual Wellness    Health & Wellness

Health & Household › Wellness & Relaxation › Massage Tools & Equipment › Massage Oils

Roll over image to zoom in

...ck Wrap
...st, and
...Organic
...:-
...ajustable,
...Machine
...pper
...ot/Cold
...astor
...)

1 rating

$23.99 ($11.88 / Fl Oz)

FREE Returns

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

Color: Pink(castor Oil Included)


$23.99 ($11.88 / Fl Oz)

$23.99 ($11.88 / Fl Oz)


$23.99 ($11.88 / Fl Oz)

| | |
|---|---|
| Brand | cgify |
| Scent | Unscented |
| Item Form | Oil Pack |
| Material Feature | Organic |
| Number of Items | 1 |

### About this item

- Complete Set:Our organic castor oil pack set includes wraps for your waist and neck, and an amber glass bottle of 60ml castor oil,allowing you to complete relax and keep fit at home. Just incorporate these wraps into your wellness routine to experience the countless benefits of castor oil.

- No Mess, No Fuss: Made with eco-friendly, organic materials,our double-layer design castor oil packs ensure no leakage, with a soft flannel cotton inner layer

☐ Add your free 30-day trial of Prime and get fast, free delivery

prime

**Delivery**    Pickup

One-time purchase:
$23.99 ($11.88 / Fl Oz)

FREE Returns

FREE delivery **Wednesday, September 25** on orders shipped by Amazon over $35. Order within **22 hrs 2 mins**

Deliver to Miami 33101

**Only 12 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Ships from    Amazon
Sold by    Stellar Express
Returns    30-day refund/replacement
Customer service    Amazon

﹀ See more

☐ Add a gift receipt for easy returns

**Subscribe & Save:**
$23.99 ($11.88 / Fl Oz)

FREE delivery **Wednesday, September 25** on orders shipped by Amazon over $35
Ships from: Amazon
Sold by: Stellar Express

Add to List

# Checkout (**1 item**)



---

**1**   **Shipping address**

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105

**Change**

Add delivery instructions

🅰 **Or pick up near this address** - See nearby pickup locations

---

**2**   **Choose a payment method**

Learn more   amla, **your cost could be $0.00** instead of $32.66! get a **$50 Amazon Gift Card** instantly upon approval for **Amazon Visa**

### Your credit and debit cards

➕ 💳   **Add a credit or debit card ›**  Amazon accepts all major credit cards.

### Payment plans

◯ ⓐ   **Pay over time with Affirm**

Ineligible for this order, cart total is less than $50. Learn more

### Your available balance

**Enter a gift card, voucher or promotional code**

➕   Enter Code   Apply

### Other payment methods

➕ 💳   **Learn more about Amazon Store Card ›**  Access to exclusive financing offers. No annual fee. Zero fraud liability.

➕ 💳   **Add a personal checking account**
Use your US based personal checking account.
Learn more

Use this payment method

---

**3**   **Offers**

---

**4**   **Items and shipping**

---

**Use this payment method**

Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final.

## Order Summary

| | |
|---|---|
| Items: | $23.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $30.98 |
| Estimated tax to be collected: | $1.68 |
| **Order total:** | **$32.66** |

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant no. :         26

Defendant Name :        Yep US

Platform:               Amazon

| Plaintiff VAu 1-517-249 Copyright | Yep US's Infringing Product |
|---|---|
|  |  |

# Yep US

Visit the Yep US storefront

**96% positive** in the last 12 months (134 ratings)



**KPNEMA Jamaican Black Castor ...**
$**15**$^{99}  ($ 3.96 / Fl Oz)

Add to Cart

## About Seller

Yep US is committed to providing each customer with the highest standard of customer service.

Have a question for Yep US?

Ask a question

## Reviews



4.8 out of  5

134 ratings

| | |
|---|---|
| 5 star | 90% |
| 4 star | 7% |
| 3 star | 1% |
| 2 star | 0% |
| 1 star | 2% |

Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

134 total ratings, 133 with feedback for 12 months

" Satisfied "

By RAYMOND on September 18, 2024.

" Cute dress and love the material 😍 "

By Jennifer Handy on September 13, 2024.

" Good "

By Carlisle m. on September 13, 2024.

" Excellent product for hair loss. I've been using it for a month and already seen results. Thanks "

By Franklin on September 12, 2024.

" Good castor oil! "

By Vivienne SS on September 12, 2024.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** zhengzhouyepingshangmaoyouxiangongsi
**Business Address:**
南湖路25号1栋2单元202室
南昌市
东湖区
江西省
330006
CN

## Shipping Policies

## Other Policies



Beauty & Personal Care › Hair Care › Hair Treatment Oils

**k**
**Hair**
**ks**
**Cold**

**Oil**
**hair and**

71 ratings

$ 15.

FREE Returns

Coupon: ☐ 10% coupon
Shop items

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

Size: 2.02 Fl Oz (Pack of 2)

| 2.02 Fl Oz (Pack of 2) |
| --- |
| $15.99 |
| ($3.96 / Fl Oz) |

| 2 Fl Oz (Pack of 1) |
| --- |
| $12.99 |
| ($6.50 / Fl Oz) |

| 2.01 Fl Oz (Pack of 1) |
| --- |
| $14.99 |
| ($7.46 / Fl Oz) |

| 2.02 Fl Oz (Pack of 1) |
| --- |
| $9.99 |
| ($4.95 / Fl Oz) |

Scent: **Castor**

| Brand | KPNEMA |
| --- | --- |
| Scent | Castor |
| Item Form | Oil |
| Material Type Free | Hexane Free |
| Recommended Uses For Product | Hair Hydration, Hair Fall Control, Hair Growth, Hair Nourishing, Hair Strengthening |

**About this item**

- 【Hair Care】The Hair Growth Black Castor Oil is enriched with Omega-6 Fatty Acids that fortify proteins to help improve hair texture and prevent split ends, it also helps to hydrate and soften hair, provide deep nourishment

Add your free 30-day trial of Prime and get fast, free delivery

Delivery | Pickup

One-time purchase:
$ 15.99 ($3.96 / Fl Oz)

FREE Returns

FREE delivery **Wednesday, September 25** on orders shipped by Amazon over $35

Or fastest delivery **Tuesday, September 24**. Order within 21 hrs 59 mins

Deliver to Miami 33101

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| Ships from | Amazon |
| --- | --- |
| Sold by | Yep US |
| Returns | 30-day refund/replacement |
| Customer service | Amazon |

See more

☐ Add a gift receipt for easy returns

**Subscribe & Save:**
$ 15.99 ($3.96 / Fl Oz)

FREE delivery **Wednesday, September 25** on orders shipped by Amazon over $35

Ships from: Amazon
Sold by: Yep US

Add to List

## Checkout (1 item)



---

**1  Shipping address**

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105

Change

Add delivery instructions

🔶 **Or pick up near this address** - See nearby pickup locations

---

**2  Choose a payment method**

Learn more | amla, **your cost could be $0.00** instead of $24.10! get a **$50 Amazon Gift Card** instantly upon approval for **Amazon Visa**

**Your credit and debit cards**

\+ 🔹  Add a credit or debit card  ›  Amazon accepts all major credit cards.

**Payment plans**

○ ⓐ  Pay over time with Affirm

Ineligible for this order, cart total is less than $50. Learn more

**Your available balance**

Enter a gift card, voucher or promotional code

\+ | Enter Code | Apply

**Other payment methods**

\+ 🔲  Learn more about Amazon Store Card  ›  Access to exclusive financing offers. No annual fee. Zero fraud liability.

\+ 🔲  Add a personal checking account
Use your US based personal checking account.
Learn more

Use this payment method

---

**3  Offers**

---

**4  Items and shipping**

---

| Use this payment method |
| :---: |

Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final.

### Order Summary

Items: | $15.99
Shipping & handling: | $6.99

Total before tax: | $22.98
Estimated tax to be collected: | $1.12

**Order total:** | **$24.10**

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant no. :          27

Defendant Name :         shenzhenshifeikoushengwukejiyouxiangongsi

Platform:                Amazon

| Plaintiff VAu 1-517-249 Copyright | shenzhenshifeikoushengwukejiyouxiangongsi's Infringing Product |
|---|---|
|  | |

# shenzhenshifeikoushengwukejiyouxiangongs

Visit the shenzhenshifeikoushengwukejiyouxiangongsi storefront

**97% positive** in the last 12 months (72 ratings)



**VOGSIG Castor Oil Pack for Liver ...**
$19⁹⁹  ($ 19.99 / Count)

[ Add to Cart ]

## About Seller

shenzhenshifeikoushengwukejiyouxiangongsi is committed to providing each customer with the highest standard of customer service.

**Have a question for shenzhenshifeikoushengwukejiyouxiangongsi?**

[ Ask a question ]

## Reviews

4.7 out of  5          [ 12 months ]

72 ratings

| | | |
|---|---|---|
| 5 star | | 72% |
| 4 star | | 25% |
| 3 star | | 1% |
| 2 star | | 0% |
| 1 star | | 1% |

⌄ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ]

72 total ratings, 72 with feedback for 12 months

"Muy buen artículo,"
By Lisbeth on September 17, 2024.

"Works great, but price too high for seniors on fixed income."
By Kent McCombs on September 14, 2024.

"Item as described by the seller!"
By Jesus on September 13, 2024.

"Received empty envelope no product included"
By Mary on September 7, 2024.

"Normally"
By Olena K. on September 2, 2024.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** shenzhenshifeikoushengwukejiyouxiangongsi
**Business Address:**
黄草湖村四组84号
团风镇
团风县
湖北省
438899
CN

## Shipping Policies                                                ⌄

## Other Policies                                                   ⌄

## Help                                                             ⌄



Roll over image to zoom in

**About this item**

- 【High Quality】 - Our castor oil pack is extra soft on the skin and hypoallergenic for the most sensitive skin types. The castor oil pack must be tightly woven to ensure the castor oil absorbs into your skin, not only the castor oil pack. This material is tightly weaved so you can see the greatest results from your castor oil pack.

- 【Adjustable Design】 - Castor oil pack comes with an adjustable strap, you can freely adjust the belt according to your waistline, easy to operate, especially friendly to customers with waist inflammation. Safe and easy to wear.

- 【Multiple Effects】 - Castor Oil Pack Wrap for Liver can enhance the body's natural colon cleansing function, effectively improving insomnia, digestion and absorption and other physical problems. Castor Oil Pack Wrap Compress is effective for constipation, muscle and joint pain and other problems.

- 【Premium Material】 - This castor oil pack compress is a double-layer design, the inner layer is made of cotton flannel,

## Checkout (1 item)



---

**1   Shipping address**

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105

Change

Add delivery instructions

Or pick up near this address - See nearby pickup locations

---

**2   Choose a payment method**

Learn more

amla, **your cost could be $0.00** instead of $28.38! get a **$50 Amazon Gift Card** instantly upon approval for **Amazon Visa**

### Your credit and debit cards

+  Add a credit or debit card ›  Amazon accepts all major credit cards.

### Payment plans

○  Pay over time with Affirm

Ineligible for this order, cart total is less than $50. Learn more

### Your available balance

**Enter a gift card, voucher or promotional code**

+  [ Enter Code ]  Apply

### Other payment methods

+  Learn more about Amazon Store Card ›  Access to exclusive financing offers. No annual fee. Zero fraud liability.

+  Add a personal checking account
Use your US based personal checking account.
Learn more

Use this payment method

---

**3   Offers**

---

**4   Items and shipping**

---

### Order Summary

Use this payment method

Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final.

### Order Summary

| | |
|---|---|
| Items: | $19.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $26.98 |
| Estimated tax to be collected: | $1.40 |
| **Order total:** | **$28.38** |

How are shipping costs calculated?

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant no. :          28

Defendant Name :     Artzira

Platform:                   Amazon

| Plaintiff VAu 1-517-249 Copyright | Artzira's Infringing Product |
|---|---|
|  | |

# Artzira

Visit the Artzira storefront

**50% positive** lifetime (2 total ratings)

**ORGANIC CASTOR OIL PURE COL...**
$**30**00  ($ 14.85 / Fl Oz)

Add to Cart

🛡 **Protected by A-to-z Guarantee**  The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller.
Read more

## About Seller

Artzira is committed to providing each customer with the highest standard of customer service.

Have a question for Artzira?

Ask a question

## Reviews

3 out of  5          Lifetime

2 ratings

FILTER BY

All stars

2 total ratings, 2 with feedback for Lifetime

| | | |
|---|---|---|
| 5 star | | 50% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 50% |

⌄ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

"No puedo evaluar al vendedor porque hace casi un mes que mi producto no llega y en el rastreó supuestamente llegaba antes de las 8:00 de la noche y a las 9:00 m... "
Read more
By Yanet on December 21, 2023.

"Exactly as advertised. "
By Thomas Baribeau on September 14, 2023.

## Return & Refund Policies

To get information about the Return and Refund policies that may apply, please refer to Amazon's Return and Refund policy.

To initiate a return, visit Amazon's Online Return Center to request a return authorization from the seller.

For any issues with your return, if the product was shipped by the seller, you can get help here.

## Amazon's A-to-z Guarantee

The Amazon A-to-z Guarantee protects you when you purchase items sold and fulfilled by a third party seller. Our guarantee covers both the timely delivery and the condition of your items. If either are unsatisfactory, you can report the problem to us and our team will determine if you are eligible for a refund.

See full details

## Detailed Seller Information

**Business Name:** Nasim Asif Khan
**Business Address:**
33
Pamela Lane
Cambridge
Ontario
N1R 8P7

CA

## Shipping Policies ⌄

## Other Policies ⌄

## Help ⌄

## Products

See all products currently offered by the seller.

Leave seller feedback

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

English     United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |



All | Rufus

Same-Day Delivery | Medical Care | Amazon Basics | Whole Foods | Shop By Interest | Amazon Home | Household, Health & Baby Care

All Beauty | Premium Beauty | Makeup | Skin Care | Hair Care | Fragrance | Tools & Accessories | Personal Care | Oral Care | Men's Grooming

Beauty & Personal Care › Skin Care › Body › Moisturizers › Oils





Roll over image to zoom in

...TOR
...
...Oil For
...ye
...w

...Hair
...age-
...- Eye
...k

$30.00 ($14.85 / Fl Oz)

Get $50 off instantly: Pay $0.00 upon approval for Amazon Visa. No annual fee.

**Style: 2 pack =120 ml**



$30.00 ($14.85 / Fl Oz)

$15.99 ($7.92 / Fl Oz)

| Product Benefits | Hair Strengthening, hair growth, nail strengthening, fine lines fading, body soothing, moisturizing |
|---|---|
| Hair Type | All |
| Material Type Free | Silicone Free, Ammonia Free, Sulfate Free, Paraben Free |
| Scent | Unscented |
| Liquid Volume | 60 Milliliters |

**About this item**

- Organic and Cold-Pressed: Our castor oil is sourced from organic castor beans and cold-pressed to preserve its natural integrity, ensuring you receive the purest and most potent form of this beneficial oil.
- Jamaican Black Castor Oil Enriched: Infused with the nourishing properties of Jamaican Black Castor Oil, known for its reputed benefits in promoting hair growth, this formulation provides an extra boost for your hair, eyelashes, and eyebrows.

$30.00 ($14.85 / Fl Oz)

$10 delivery October 2 - 15. Details

Deliver to Miami 33101

**In stock**
Usually ships within 2 to 3 days.

Quantity: 1

Add to Cart

Buy Now

| Ships from | Artzira |
|---|---|
| Sold by | Artzira |
| Returns | 30-day refund/replacement |
| Payment | Secure transaction |

See more

Add to List

# Checkout (1 item)



---

**1** **Shipping address**

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105

Add delivery instructions

Change

---

**2** **Choose a payment method**

<span>Learn more</span>  amla, **your cost could be $0.00** instead of $42.10! get a **$50 Amazon Gift Card** instantly upon approval for **Amazon Visa**

### Your credit and debit cards

+ Add a credit or debit card › Amazon accepts all major credit cards.

### Payment plans

○ (a) Pay over time with Affirm

Ineligible for this order, cart total is less than $50. Learn more

### Your available balance

**Enter a gift card, voucher or promotional code**

 [ Enter Code ] [ Apply ]

### Other payment methods

+ Learn more about Amazon Store Card › Access to exclusive financing offers. No annual fee. Zero fraud liability.

+ Add a personal checking account
Use your US based personal checking account.
Learn more

Use this payment method

---

**3** **Offers**

---

**4** **Items and shipping**

---

### Order Summary

| | |
|---|---|
| Items: | $30.00 |
| Shipping & handling: | $10.00 |
| Total before tax: | $40.00 |
| Estimated tax to be collected:* | $2.10 |
| **Order total:** | **$42.10** |

How are shipping costs calculated?

Use this payment method

Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final.

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

Defendant no. :          29

Defendant Name :      li521322101

Platform:                  Amazon

| Plaintiff VAu 1-517-249 Copyright | li521322101's Infringing Product |
|---|---|
|  | |

# li521322101

Visit the li521322101 storefront

**94% positive** in the last 12 months (252 ratings)



**Uocasi Jamaican Black Castor Oil …**
$4⁹⁹ ($ 2.47 / Fl Oz)

Add to Cart

## About Seller

li521322101 is committed to providing each customer with the highest standard of customer service.

**Have a question for li521322101?**

Ask a question

## Reviews



4.7 out of 5

12 months

252 ratings

5 star ▢ 84%
4 star ▢ 10%
3 star ▢ 2%
2 star ▢ 0%
1 star ▢ 4%

˅ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

Leave seller feedback

**FILTER BY**

All stars

252 total ratings, 249 with feedback for 12 months

"This is my second order of the product. Works good and the tongue scraper is the best."

By Amazon Customer on September 19, 2024.

"The item was just as I expected."

By Tammy T Butler on September 18, 2024.

"This stuff is amazing and has many uses."

By mbgah on September 17, 2024.

"It's being used. No comment at this moment"

By Clover Robinson on September 17, 2024.

"Needs more frequencies"

By Juan Carlos B. on September 17, 2024.

Previous Next

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** anqingdiancoushangmaoyouxiangongsi
**Business Address:**
经济技术开发区
老峰镇辉煌新村2号楼604室
安庆市
安徽省
246000
CN

## Shipping Policies   ˅

## Other Policies   ˅

## Help   ˅

Deliver to
Miami 33101

Beauty & Personal Care ▾    Search Amazon

EN ▾   Hello, amla
Account & Lists ▾

Returns
& Orders    0

All    **Rufus**    Same-Day Delivery    Medical Care ▾    Amazon Basics    Whole Foods    Shop By Interest    Amazon Home    Household, Health & Baby Care

All Beauty    Premium Beauty ▾    Makeup ▾    Skin Care ▾    Hair Care ▾    Fragrance ▾    Tools & Accessories ▾    Personal Care ▾    Oral Care ▾    Men's Grooming ▾



Roll over image to zoom in

maican Black Castor Oil in
tle,Body Massage Oil
um Reusable Organic
l Packs Wrap for Liver
broids,Constipation and
tion,Less Mess Anti Oil

17 ratings | Search this page

Limited time deal
**-50%** **$4.99** ($2.47 / Fl Oz)
Typical price: $9.99 ⓘ

**FREE Returns**

| | |
|---|---|
| | Uocasi |
| **Material** | Organic |
| **Feature** | |
| **Unit Count** | 2.02 Fl Oz |
| **Manufacturer** | Uocasi |

Report an issue with this product or seller

☐ Add your free 30-day
trial of Prime and get
fast, free delivery

prime

**Delivery** | Pickup

**$4.99** ($2.47 / Fl Oz)

**FREE Returns**

FREE delivery **Wednesday,
September 25** on orders
shipped by Amazon over $35

Or fastest delivery **Tuesday,
September 24**. Order within **21
hrs 33 mins**

Deliver to Miami 33101

**In Stock**

Quantity: 1

**Add to Cart**

**Buy Now**

Ships from   Amazon
Sold by   li521322101
Returns   30-day
refund/replacement
Payment   Secure transaction
➤ See more

☐ Add a gift receipt for easy
returns

**Add to List**

## Frequently bought together

 +  + 

Total price: **$27.98**

**Add all 3 to Cart**

These items are shipped from and sold by
different sellers.
Show details

**This item:** Uocasi
Jamaican Black Castor
Oil in Glass...
$4.99 ($2.47/Fl Oz)

GuruNanda Coconut
Oil Pulling, Fresh
Breath & Whitening...
$14.99 ($1.87/Fl Oz)

Jamaican Black Castor
Oil,100% Natural
Premium Organic C...
$8.00 ($8.00/Fl Oz)

## Customers who bought this also listened to these Amazon Music podcasts

☐

        

☐

Audio Porn Podcast    audio free porn    Sexy Chill Bedroom    adult audio new    Sexy Stories with    Wil
Chantelle Otten    Sto
Sexologist

## Product Description

## Checkout (1 item) 

---

**1  Shipping address**

amla
500 NW 2ND AVE
PO BOX 10001
MIAMI, FL 33101-0105

**Change**

Add delivery instructions

🅰 **Or pick up near this address** - See nearby pickup locations

---

**2  Choose a payment method**

Learn more | amla, **your cost could be $0.00** instead of $12.33! Get a **$50 Amazon Gift Card instantly** upon approval for Amazon Visa.

**Your credit and debit cards**

+ 💳 **Add a credit or debit card** › Amazon accepts all major credit cards.

**Payment plans**

○ 🅰 Pay over time with Affirm

Ineligible for this order, cart total is less than $50. Learn more

**Your available balance** 

**Enter a gift card, voucher or promotional code**

+ | Enter Code | Apply |

**Other payment methods**

+ 💳 **Learn more about Amazon Store Card** › Access to exclusive financing offers. No annual fee. Zero fraud liability.

+ 💳 **Add a personal checking account**
Use your US based personal checking account.
Learn more

Use this payment method

---

**3  Offers**

---

**4  Items and shipping**

---

*Why has sales tax been applied? See tax and seller information.

Need help? Check our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Important information about sales tax you may owe in your state

You may return new, unopened merchandise in original condition within 30 days of delivery. Exceptions and restrictions apply. See Amazon.com's Returns Policy.

Need to add more items to your order? Continue shopping on the Amazon.com homepage.

---

Use this payment method

Choose a payment method to continue checking out. You'll still have a chance to review and edit your order before it's final.

**Order Summary**

| | |
|---|---|
| Items: | $4.99 |
| Shipping & handling: | $6.99 |
| Total before tax: | $11.98 |
| Estimated tax to be collected: | $0.35 |

**Order total:** **$12.33**

How are shipping costs calculated?

Defendant no. :      30

Defendant Name :     Spectree

Platform:            Amazon

| Plaintiff VAu 1-517-249 Copyright | Spectree's Infringing Product |
|---|---|
|   |  |

# Spectree

Visit the Spectree storefront

★★★★★   **100% positive** lifetime (1 total ratings)

## About Seller

Spectree is committed to providing each customer with the highest standard of customer service.

**Have a question for Spectree?**

[ Ask a question ]

## Reviews

★★★★★   5 out of 5

1 ratings    [ Lifetime ⌄ ]

| | | |
|---|---|---|
| 5 star | ████████████ | 100% |
| 4 star | | 0% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

⌄ Learn more about how seller reviews work on Amazon

**Share your thoughts with other customers**

[ Leave seller feedback ]

**FILTER BY**

[ All stars ⌄ ]

1 total ratings, 1 with feedback for Lifetime ⓘ

★☆☆☆☆   "~~Only received one box of ten. It was supposed to be 2.~~"

By Jeneve on August 12, 2024.

**Message from Amazon:** This item was fulfilled by Amazon, and we take responsibility for this fulfillment experience.

★★★★★   "It's recommended for active people in to sports or juz sweaty and needs to have dry pits."

By AILEEN R. on July 15, 2024.

## Return & Refund Policies

Please refer to the Amazon.com Return Policy .

## Detailed Seller Information

**Business Name:** Gizem Gecdogan
**Business Address:**
     Ataturk Mah.Guven Sk. No:8 D:1
     Istanbul
     34500
     TR

## Shipping Policies        ⌄

## Other Policies        ⌄

## Help        ⌄

▣ Feedback Survey

## Products

See all products currently offered by the seller.

Leave seller feedback

Deliver to amla
Miami 33101
Beauty & Personal Care
Search Amazon
EN
Hello, amla
Account & Lists
Returns
& Orders
0
All
Rufus
Holiday Deals
Same-Day Delivery
Medical Care
Shop By Interest
Lists
Amazon Basics
Buy Again
Pharmacy
Livestreams
All Beauty
Premium Beauty
Makeup
Skin Care
Hair Care
Fragrance
Tools & Accessories
Personal Care
Oral Care
Men's Grooming

Sponsored

## Consider these available items

Jamaican Black Castor Oil,100% Natural Premium Organic Cold Pressed
4.5 183
$7.95 ($7.95/Fl Oz)

NIFEISHI Jamaican Black Castor Oil Organic Cold Pressed Glass Bottle, 4.04 fl
4.6 258
$9.99 ($2.47/Fl Oz)

ZHISHUDL Jamaican Black Castor Oil Organic Cold Pressed Unrefined Glass
4.7 58
$7.64 ($7.64/Fl Oz)

Roll over image to zoom in

aican
or Oil in
e,Body
il
n
rganic
Packs
ver
roids,Const
d
on,Less
Oil Leak

18 ratings

ailable.
en or if this item
k.

asi
anic

**Currently unavailable.**
We don't know when or if this item will be back in stock.
Deliver to amla - Miami 33101

Add to List

Sponsored

**Unit Count** 2.02 Fl Oz
**Manufacturer** Uocasi

Report an issue with this product or seller

## Products related to this item

Page 1 of 28

Sponsored



Defendant no. :        31

Defendant Name :     Aliver Official

Platform:              Walmart

| Plaintiff VAu 1-517-249 Copyright | Aliver Official's Infringing Product |
|---|---|
|  |  |

‹ Back to item



**Aliver Official** ☑ Pro Seller

★★★★☆  See all 345 reviews
4 stars out of 5

**73%**  Overall Positive Rating

Shop all seller items

**What makes a Pro seller**

Pro Sellers are top-performers with a proven track record of creating great shopping experiences for customers.

🏠 Business Name:
shenzhenmunisidianziyouxiangongsi

✉ Contact seller

📞 (+86) 17727496440

📍 601, property building, 44 District, Anli e community, Xin\\'an street, Bao\\'an District, Shenzhen
Shenzhen, GD 518000, CN

About Seller

Tax policy

### More items from this seller



+ Add

$7.99
ALIVER Gel Polish Burst Magic Remover Off Nail Gel Nail Degreaser Cleaner Base 15 ML
★★★☆☆ 50



+ Add

$12.99
ALIVER Lavender Foot Peel Mask Baby Foot Exfoliant Feet Peel Mask, 5 Pcs
★★★★☆ 78



+ Add

$9.99
Valleylux Mouth Tape 60PCS Snore Strips 100mm Large Size Snore Stopper Sleep Strips Better Nose Breathing Relieve Mouth Dryness
★★★☆☆ 29

### Seller reviews

# 4 out of 5

★★★★☆ (345 reviews)

| | |
|---|---|
| 5 stars | 218 |
| 4 stars | 35 |
| 3 stars | 20 |
| 2 stars | 11 |
| 1 star | 61 |

**Most helpful positive review**        VS        **Most helpful negative review**

★★★★★
I need a barrel if I tried to work on all the places wrinkled. Does improve fine wrinkles. I used it twice a day.
Customer87654321

★☆☆☆☆
I returned the items they only gave me a $15.31 credit when I paid $76.58 for everything I am still waiting on my $67.00 to be returned to me I have all of my receipts.
MsG

**345 reviews**        Sort by | Most Relevant ▾

★★★★★                                07/10/2024
I need a barrel if I tried to work on all the places wrinkled. Does improve fine wrinkles. I used it twice a day.
Customer87654321

★★★★★                                07/25/2024
I returned the items they only gave me a $15.31 credit when I paid $76.58 for everything I am still waiting on my $67.00 to be returned to me I have all of my receipts
MsG

★☆☆☆☆                                02/08/2024
I do like the product for the color change. It did as intended. What I do not like about the product with me at least is it flaked. I do hydrate my face nightly and in the morning but the product clumped up and I was able to flick it off. I personally have stopped using the product. I am not telling you not to use it but for my skin complex I do not recommend.
Stacey

★★★☆☆                                08/08/2024
Shipping was fast but the product was not at all as described.
Lindi

★★★★★                                08/07/2024
Quick delivery, it is as advertised size-wise, just not an effective product.
Toni

★☆☆☆☆                                07/29/2024
Seller sent a fake item. It is not the brand I ordered. It is a chinese brand.
Tomred911

★★★★☆                                03/17/2024
Don't buy. Instead purchase medical grade tape at least that stays in place. The Valleylux isn't worth 2 cents.
DAWN

★☆☆☆☆                                02/13/2024
DONT ORDER FROM THIS SELLER. They just send you whatever product they want. You won't get what you ordered.
Laura

★★★☆☆                                01/07/2024
It did not come with the toothbrush like it said it was going to. If the toothpaste is designed to go with the toothbrush, why wouldn't it come with a brush?
Amanda

★☆☆☆☆                                10/20/2023
Shoppers should know Walmart shipping doesn't always deliver to the address you give them.said they give me a refund instead...didn't get that either.
Cindy

Best seller

ALIVER

2 Pack Aliver Jamaican Black Castor Oil for Hair and Skin Care, Pure Cold Pressed, Repair and Nourish,Natural Hair & Body Oil

★★★★★ (4.4) | 389 ratings

Free 90-day returns

**Now $11.99** $28.99 ⓘ

You save $17.00

Price when purchased online ⓘ

| Buy now |
| Add to cart |

Count Per Pack: 2



| 1 | 2 | 3 |
| Now $7.99 | Now $11.99 | Now $14.99 |
| $3.96/fl oz | | |

**How do you want your item?**

☐ I want shipping & delivery savings with Walmart+

You get 30 days free! Choose a plan at checkout.

 Shipping
Arrives tomorrow
Order within 8 hr 33 min

 Pickup
Not available

Delivery
Not available

Delivery to 500 NW 2nd Ave

Sold by Aliver Official | ✓ Pro Seller
Fulfilled by Walmart
★★★★ 345 seller reviews
View seller information

Free 90-day returns Details

Add to list                          Add to registry









**About this item**

Product details

Jamaican black Castor Oil is 100% pure & natural, cold pressed and unrefined. Naturally rich with vitamins and fatty acids, castor oil can help enhance the appearance of your hair, eyebrows and eyelashes. Known for its ability to help strengthen and repair dry or damaged hair, castor oil can help hydrate your skin, hair, and scalp.

Feature:
- Multiple Uses For Hair, Eyelashes, Eyebrows gro wth, Skin Care And Nail Care.
- Enriched with vitamin E, a powerful natural antioxidant, perfect for dry, damaged and overworked hair.
- Effect on the skin to resist aging and wrinkle, help to nourish and condition the skin for a smooth, healthy appearance.
- Replenish hair root nutrition, balance scalp oil, improve blood circulation, help hair grow th.
- Nourish and hydrate, combat signs of aging skin.

How to use:
- The oil can be directly applied to the hair and skin/body or can be diluted into any cream, shampoo or conditioner, just add 2-3 drops for every 100ml.
- We'd recommend one to two times a week for at least three months to see the effect.
- Apply to the scalp, hair, body,  beard,  eyebrows or eyelashes,   massage with fingers for 2-3 minutes until absorbed.

Tips:
- For external use only.
- Keep away from flames and high heat.

Cart (1 item)

🛒 Pickup and delivery options ⌄

 **Shipping** arrives by **Mon, Sep 23**
Order within **8 hr 27 min**
500 NW 2nd Ave, Unit 10001

Fulfilled by Walmart
Free shipping on orders over $35

Best seller

 2 Pack Aliver Jamaican Black Castor Oil for Hair and Skin Care, Pure Cold Pressed, Repair and Nourish,Natural Hair & Body Oil
Count Per Pack: 2
🔵 Free 90-day returns

$11.99
$28.99
You save $17.00

Remove   Save for later          − 1 +

**Continue to checkout**

Items in your cart have reduced prices.
Check out now for extra savings!   ✕

| | |
|---|---|
| Subtotal (1 item) | $28.99 |
| Savings | -$17.00 |
| | $11.99 |
| Below order minimum (less than $35) | $6.99 |
| Taxes | Calculated at checkout |
| Estimated total | $18.98 |

Walmart+ **Get free shipping & skip the $6.99 shipping fee—even on small orders!**
☐ Try Walmart+ free for 30 days

## Recommended with your order



Best seller

+ Add

$9.98 $49.90/fl oz
Maybelline Lash Sensational Sky High Waterproof Mascara, Very Black
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**



Rollback

+ Add

Now $4.98 $6.12 $4.98/oz
Maybelline Great Lash Waterproof Mascara, Very Black
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**



+ Add

$9.97 $31.03/oz
Mielle Organics Strengthen Moisturize Nourish Hair Mask 12 oz, Moisturizing, All Hair Types
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

## Popular items in your area

Best seller

+ Add

Now $6.96 $13.92
Better Homes & Gardens Cotton Palm Beach Towel 38" X 72"
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

Best seller

+ Add

$5.48
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

+ Add

$9.97
GREAT VALUE TOILET PLUNGER BRUSH
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **3+ days**

## New Fall Rollbacks



Rollback

+ Add

Now $120.00 $157.44
Steve Silver Troy Sofa Table
★★★★☆ 8
Save with W+
Shipping, arrives in **3+ days**

Rollback

+ Add

Now $154.00 $186.31
Noble House Pfister Glam Wood and Wicker Console Table, Walnut, Natural, and Antique Gold
Save with W+
Shipping, arrives in **3+ days**

Rollback

+ Add

Now $108.00 $134.01
Techni Mobili Medium Back Executive Chair with Flip-up Arms, Black RTA-4902-BK
★★★★☆ 6
Save with W+
Shipping, arrives in **3+ days**



**1. Shipping, arrives by Mon, Sep 23**
Order within **8 hr 25 min** ✓

Amla Amla                                                                    Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                                          Edit

House

You're saving **$17.00** today!

| | |
|---|---|
| Subtotal (1 item) | ~~$28.99~~ |
| Savings | **-$17.00** |
| | $11.99 |
| Below order minimum (less than $35) | $6.99 |
| **Estimated taxes** | $1.33 |
| **Estimated total** | **$20.31** |

Have a promo code?  ⌄

**Items details**                                                     View details

1 item



## 2. Payment method  ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**Pay by bank**  ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**  ⌃

Pay with PayPal                     Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**    Items in your cart are not eligible for Affirm.

PayPal                              affirm

Walmart+  Free 30-day trial

Defendant no. :      32

Defendant Name :    Elaimei

Platform:           Walmart

| Plaintiff VAu 1-517-249 Copyright | Elaimei's Infringing Product |
|---|---|
|  | |

‹ Back to item



**Elaimei**

★★★★☆
4 stars out of 5   See all 197 reviews

**74%**   Overall Positive Rating

Shop all seller items

⌂ Business Name:
Shenzhenailiweihuazhuangpinyouxiangongsi

✉ Contact seller

☎ (+86) 13543283208

📍 Room 404, Property Building, District
44, Anle Community, Xin'an Street, Ba
o'an District, Shenzhen
Shenzhen, GD 518000, CN

About Seller

Tax policy

## More items from this seller



+ Add

**$15.99** ~~$42.99~~
Aliver Gel Nail Polish Remover Professional
Gel Polish Remover 1.5 oz
★★★★☆ 63



+ Add

**$8.83**
TLM Color Changing Liquid Foundation, Warm
Skin Primer Nude Makeup (1 Pcs)
★★★☆☆ 49



+ Add

**$7.99** ~~$18.99~~
Aliver Jamaican Black Castor Oil,Natural
Massage Oil for Hair, Skin,Nail, Eyebrows and
Eyelashes,2.02 oz
★★★★☆ 13

## Seller reviews

# 4 out of 5

★★★★☆ (197 reviews)

| | |
|---|---|
| 5 stars | 130 |
| 4 stars | 15 |
| 3 stars | 13 |
| 2 stars | 5 |
| 1 star | 34 |

| Most helpful positive review | | Most helpful negative review |
|---|---|---|
| ★★★★★<br>This is SO AMAZING! Even with my dark tan it still adjusted to my skin color. I'm 46 and love products that help with the signs of aging. I'll continue to purchase this item.<br>Littlewoman | VS | ★☆☆☆☆<br>Tried communicating but nothing from the seller. very disappointed because, i was looking forward to using this product and probably working something out with him.<br>Miriam |

**197 reviews**   Sort by   Most Relevant ▾

★★★★★                                    08/30/2024
This is SO AMAZING! Even with my dark tan it still adjusted to my
skin color. I'm 46 and love products that help with the signs of
aging. I'll continue to purchase this item.
Littlewoman

★☆☆☆☆                                    08/07/2024
Tried communicating but nothing from the seller. very disappointed
because, i was looking forward to using this product and probably
working something out with him.
Miriam

★★★★★                                    09/04/2024
What i liked most is they kept in contact during the process, and it
didn't take over a month to receive it.
Joy

★★★★★                                    08/12/2023
I like that the product came in very nice packaging with clear
instructions, and it showed up much faster than i expected.
Kimberly

★★☆☆☆                                    08/17/2024
Very inaccurate and I wonder if they ever actually used this
product. Had they, they would likely not be selling it.
Becca

★★★★★                                    09/16/2024
It was very pleasant and she understood what I needed
Tina

★★★★★                                    08/05/2024
Notifications were sent when items were mailed and it's arrival
Madge

★★★★★                                    07/29/2024
My order arrived right on scheduled time and was nicely packaged.
Michele

★★★★★                                    01/21/2024
Just be careful on your shipping if it says it's supposed to be here
on a certain day it may take an extra day or two so don't totally rely
on the shipping and then again it may get there in my case it didn't
until 2 Days later
bonnie

★★★☆☆                                    01/05/2024
Didnt like much about this product bcuz I dont think it's real
jamaican blk castor oil. Too runny, not dark enough and certainly
has no real oily thinkness. I did like that it was inexpenxive %26
arrived in a somewhat timely fashion
Steph

ALIVER

Aliver Jamaican Black Castor Oil, for Body Massage Castor Oil, 100% Pure & Natural Anti-Aging Essential Oil 3 Pack

★★★★★ (40) | 229 ratings

◎ Free 90-day returns

**$14.99**

Price when purchased online ⓘ

| Buy now |
| --- |

| Add to cart |
| --- |

Count Per Pack: 3

○ $7.99        ○ $11.99        ○ $14.99

○ Subscribe
$14.99

**Your usuals, on your schedule**
Save time and stay stocked!
How it works

● One-time purchase                                                    $14.99

**How do you want your item?**

☐ I want shipping & delivery savings with Walmart+
You get 30 days free! Choose a plan at checkout.

| 🚚 Shipping<br>Arrives Sep 23<br>Order within 8 hr 35 min | 🚗 Pickup<br>Not available | 🏪 Delivery<br>Not available |
| --- | --- | --- |

Delivery to  500 NW 2nd Ave

Sold by  **Elaimei**
Fulfilled by Walmart
★★★★☆ 197 seller reviews
View seller information

◎ Free 90-day returns  Details

♡ Add to list                                                    ⊞ Add to registry



**About this item**

Product details                                                                    ⌃

Aliver castor oil serves multiple functions. It can be used for essential oil mixing,hair care,skin care, body massage, and more. Experience the endless possibilities of this pure and natural oil.

ABOUT BLACK CASTOR OIL :

-Common Name: Black Castor Oil (60ml)

-Ingredients: Castor Oil

**Cart** (1 item)

🛒 Pickup and delivery options ⌄



Shipping arrives by Mon, Sep 23
500 NW 2nd Ave, Unit 10001

Fulfilled by Walmart
Free shipping on orders over $35

Aliver Jamaican Black Castor Oil, for Body Massage Castor Oil, 100% Pure & Natural Anti-Aging Essential Oil 3 Pack
Count Per Pack: 3                                                    $14.99

 Subscribe

🔵 Free 90-day returns          Remove    Save for later    − 1 +

Continue to checkout

Subtotal (1 item)                                    $14.99
Below order minimum (less than $35)                  $6.99

Taxes                                        Calculated at checkout

Estimated total                                      $21.98

Walmart+  Get free shipping & skip the $6.99 shipping fee—even on small orders!
☐ Try Walmart+ free for 30 days

**Recommended with your order**



Best seller

Now $11.99 $28.99
2 Pack Aliver Jamaican Black Castor Oil for Hair and Skin Care, Pure Cold Pressed, Repair and Nourish, Natural...
Save with W+
Shipping, arrives in 2 days

Best seller

$3.98 $8.29/100 ct
Equate Maxi Pads, Super (48 Count)
Save with W+
Pickup tomorrow
Delivery tomorrow
Shipping, arrives tomorrow

Best seller

$3.96 2.6 ¢/ea
Plackers Twinline Cool Mint Dental Floss Picks - 150 Count
Save with W+
Shipping, arrives tomorrow

**Popular items in your area**

Best seller

Now $6.96 $13.92
Better Homes & Gardens Cotton Palm Beach Towel 38" X 72"
Save with W+
Pickup tomorrow
Delivery tomorrow
Shipping, arrives tomorrow

Best seller

$4.97
Evolve Satin Wide-Edge Bonnet, Black, 1 Count
Save with W+
Pickup tomorrow
Delivery tomorrow
Shipping, arrives tomorrow

Best seller

$5.96
Colgate 360 Vibrate Charcoal Battery Operated Toothbrush, 1 AAA Battery Included

☐ Get $2.00 Walmart Cash
Manufacturer offer
Save with W+
Pickup tomorrow
Delivery tomorrow
Shipping, arrives tomorrow

**New Fall Rollbacks**

Rollback

Now $195.00 $253.85
Steve Silver Gabby Transitional 48" Rectangle Console Table with Shelf and Drawer, Washed Oak
Save with W+
Shipping, arrives in 3+ days

Rollback

Now $120.00 $157.44
Steve Silver Troy Sofa Table
★★★★★ 8
Save with W+
Shipping, arrives in 3+ days

Rollback

Now $154.00 $186.31
Noble House Pilster Glam Wood and Wicker Console Table, Walnut, Natural, and Antique Gold
Save with W+
Shipping, arrives in 3+ days



**1. Shipping, arrives by Mon, Sep 23** ✓

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101                    Edit

**Delivery instructions (optional)**                              Edit

House

| | |
|---|---|
| **Subtotal** (1 item) | $14.99 |
| Below order minimum (less than $35) | $6.99 |
| **Estimated taxes** | $1.54 |
| **Estimated total** | **$23.52** |

Have a promo code?                                               ⌄

**Items details**                                          View details

1 item



**2. Payment method**                                          ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

[                                                              ]

Continue

**Pay by bank**                                                ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

[ Connect your bank ]

**Other ways to pay**                                          ⌃

Pay with PayPal                      Pay in monthly installments with Affirm

☐ Remember my PayPal account details    Items in your cart are not eligible for Affirm.

*PayPal*                             [ affirm ]

Walmart+  Free 30-day trial

Defendant no. :          33

Defendant Name :      SEFUDUN

Platform:                   Walmart

| Plaintiff VAu 1-517-249 Copyright | SEFUDUN's Infringing Product |
|---|---|
|  | |

‹ Back to item

## SEFUDUN



43 stars out of 5    See all 136 reviews

**74%**   Overall Positive Rating

Shop all seller items

🏠 Business Name:
chengdujinzhucengkejiyouxiangongsi

✉ Contact seller

📞 (+86) 18124623738

📍 jinniuquwejianiansanlu267haofu1-06hao
chengdu, SC 610000, CN

About Seller

Tax policy

### More items from this seller



+ Add



+ Add



+ Add

**$14.99**
Rosemary Essential Oil - 100% Pure & Natural, Therapeutic Grade Rosemary Oil for Hair Health, Scalp
★★★★☆ 90

**$9.79**
240-Pcs-Mouth-Tape-SEFUDUN-Advanced-Anti-Snoring-Devices-Gentle-Sleep-Strips-Nose-Breathing-Nighttime-Sleeping-...
★★★★☆ 32

**$12.99**
Aliver Turmeric Kojic Acid Pads for Face - All Skin Types, 80 Pads
★★★☆☆ 6

### Seller reviews

# 4.1 out of 5

★★★★☆ (136 reviews)

| | |
|---|---|
| 5 stars | 89 |
| 4 stars | 12 |
| 3 stars | 15 |
| 2 stars | 2 |
| 1 star | 18 |

**Most helpful positive review**

★★★★★
Only have used it for a short time Seems to be improving my skin. I'd say give it a try.
Customer87654321

VS

**Most helpful negative review**

★☆☆☆☆
Their ad stated next day delivery. it took one week to receive my order. it was needed the next day, not one week later.
cheryl

---

**136 reviews**    Sort by | Most Relevant ▾

★★★★★                                02/03/2024
Only have used it for a short time Seems to be improving my skin. I'd say give it a try.
Customer87654321

★☆☆☆☆                                08/30/2024
Their ad stated next day delivery. it took one week to receive my order. it was needed the next day, not one week later.
cheryl

★☆☆☆☆                                05/04/2024
I was shorted on the product and sent previous emails with no response. they advertised one bottle with pump attachments at 14.88 I belive or a double pack of products for 20.88. Which I purchased. They inly sent me one complete product.
Danny

★☆☆☆☆                                09/06/2024
I emailed them a long time ago, still have not heard from them and am still waiting on my refund
Justwe

★☆☆☆☆                                06/29/2024
Know what you are looking for in advance! Ask for directions to find things in a timely manner! Know what you want and make a list!
Jennifer

★★☆☆☆                                06/26/2024
So for no effects is seen on my stretchmarks and scars after a weeks use. Will edit this review if anything good ( or bad) happens
Edith

★★★★☆                                03/05/2024
I haven't had the chance to use this product, but I was happy with the product.
Hilda

★★★★☆                                02/01/2024
the only bad thing is that if I rub my head, the powder gets in my fingers
JC

★★★☆☆                                01/18/2024
Know it is oily, and needs time to soak in, so I wrap a bandana scarf around head and sleep on the treatment overnight.
GEMZ

★★★★★                                12/05/2023
It's much cheaper here than at other retail stores.
Tootsie



ALIVER

Jamaican Black Castor Oil Massage Oil Jamaican Black Castor Oil Hair Care Essential Oil

★★★★☆ (41) ∨ | 94 ratings

Free 90-day returns

**$7.99**

Price when purchased online ⓘ

[ Buy now ]

[ Add to cart ]

Multipack Quantity: 1

| 1<br>$7.99 | 3<br>Now $18.98 | 4<br>$26.97 |
| 5<br>Now $35.04 | | |

○ Subscribe
$7.99

Your usuals, on your schedule
Save time and stay stocked!
How it works

● One-time purchase                                     $7.99

**How do you want your item?**

☐ I want shipping & delivery savings with Walmart+
You get 30 days free! Choose a plan at checkout.

| Shipping<br>Arrives Sep 23<br>Order within 3 hr 29 min | Pickup<br>Not available | Delivery<br>Not available |

Delivery to **500 NW 2nd Ave**

Sold by **SEFUDUN**
Fulfilled by Walmart
★★★★☆ 136 seller reviews
View seller information

Free 90-day returns  Details

♡ Add to list                              🎁 Add to registry

**About this item**

Product details                                                    ∧

Please kindly noted that this item is sold by Juluwind from Joybuy marketplace.

- Rejuvenate your hair, skin and feetwith this wide growth oil.
- Jamaican healing oil as its called is a raw castor oil that is not refined.
- Natural black castor oil is 100% effective.
- Hair growth + skin conditioning: Hair care for damaged hair begins with black castor oil. Our oil is filled with 100% natural nutrients. When applied to the scalp, hair, beard, or skin, its conditioning effects are felt immediately

**Cart** (1 item)



🏷️ Pickup and delivery options ⌄

Shipping arrives by **Mon, Sep 23**
500 NW 2nd Ave, Unit 10001

**Fulfilled by Walmart**
Free shipping on orders over $35

Jamaican Black Castor Oil Massage Oil Jamaican Black Castor Oil Hair Care Essential Oil
Multipack Quantity: 1

$7.99

🔄 Subscribe

✕ Free 90-day returns          Remove      Save for later      − 1 +



Continue to checkout

**Subtotal** (1 item)                          $7.99
Below order minimum (less than $35)          $6.99

**Taxes**                          Calculated at checkout

**Estimated total**                          $14.98

Walmart+  Get free shipping & skip the $6.99 shipping fee—even on small orders!

☐ Try Walmart+ free for 30 days

**Recommended with your order**



Best seller            Best seller            Best seller

+ Add              + Add              + Add

$11.98 $5.99/fl oz      $7.98 99.8 ¢/fl oz      $5.94 $5.94/ea

GuruNanda Cold Pressed Black Seed Oil with Vitamin D3, E & K2 - for Skin, Bone & Immune Health - 2 fl oz

Spring Valley Cold-Pressed Castor Oil - Unrefined & Hexane-Free, Organic for Hair & Skin - 8 fl oz

Spring Valley Extra Strength Vitamin B12 Metabolism Support Dietary Supplement Fast Dissolve Tablets,...

Save with W+        Save with W+        Save with W+
Pickup **tomorrow**    Pickup **tomorrow**    Pickup **tomorrow**
Delivery **tomorrow**  Delivery **tomorrow**  Delivery **tomorrow**
Shipping, arrives **tomorrow**  Shipping, arrives **tomorrow**  Shipping, arrives **tomorrow**

**Popular items in your area**



Best seller            Best seller

+ Add              + Add              + Add

Now **$6.96** $13.92      $5.48            $9.97

Better Homes & Gardens Cotton Palm Beach Towel 38" X 72"

Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear

GREAT VALUE TOILET PLUNGER BRUSH

Save with W+        Save with W+        Save with W+
Pickup **tomorrow**    Pickup **tomorrow**    Pickup **tomorrow**
Delivery **tomorrow**  Delivery **tomorrow**  Delivery **tomorrow**
Shipping, arrives **tomorrow**  Shipping, arrives **tomorrow**  Shipping, arrives **in 3+ days**

**New Fall Rollbacks**



Rollback            Rollback            Rollback

+ Add              + Add              + Add

Now **$120.00** $157.44    Now **$154.00** $186.31    Now **$136.00** $161.17

Steve Silver Troy Sofa Table

Noble House Pilster Glam Wood and Wicker Console Table, Walnut, Natural, and Antique Gold

Steve Silver Daxton Black Faux Marble Sofa Table

★★★★☆ 8
Save with W+        Save with W+        Save with W+
Shipping, arrives **in 3+ days**  Shipping, arrives **in 3+ days**  Shipping, arrives **in 3+ days**



**1. Shipping, arrives by Mon, Sep 23** ✓

Amla Amla                                                          Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                               Edit

House

**Items details**                                          View details

1 item

| | | |
|---|---|---|
| Subtotal (1 item) | | $7.99 |
| Below order minimum (less than $35) | | $6.99 |
| **Estimated taxes** | | $1.05 |
| **Estimated total** | | **$16.03** |

Have a promo code?                                                 ⌄



**2. Payment method**                                              ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**Pay by bank**                                                    ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**                                              ⌃

Pay with PayPal                          Pay in monthly installments with Affirm

☐ Remember my PayPal account details    Items in your cart are not eligible for Affirm.

PayPal                                   affirm

Walmart+  Free 30-day trial

Defendant no. :          34

Defendant Name :     UU Co.ltd

Platform:                   Walmart

| Plaintiff VAu 1-517-249 Copyright | UU Co.ltd's Infringing Product |
|---|---|
|  | |

‹ Back to item

## Tamber LLC

★★☆☆☆
2.6 stars out of 5                    See all 28 reviews

**36%**  Overall Positive Rating

Shop all seller items

🏠 Business Name:
jinanjiachengkejixinxiyouxiangongsi

✉ Contact seller

📞 (+86) 13723460775

📍 tiaoqiaoquwuyingshanjiedaohuangtunxi
aoqulqul0haolou0danyuan102
jinanshi, SD 250000, CN

About Seller

---

**More items from this seller**







$8.94
Perbella CC Cream Self Adjusting for Mature Skin, CC Cream, Skin Tone Adjusting CC Cream SPF 50, Skin Tone Adjusting CC Crea...
★★☆☆☆ 2

$9.11
Fyeme Baby Keepsake Hand & Foot Casting Kit DIY Plaster Statue Molding Kit 3D Hand Print Mold Powder Casting Kit Hand Holding...
★★☆☆☆ 4

$12.87
Perbella CC Cream Self Adjusting for Mature Skin, CC Cream, Skin Tone Adjusting CC Cream SPF 50, Skin Tone Adjusting CC Crea...
★★☆☆☆ 8

---

## Seller reviews

# 2.6 out of 5
★★☆☆☆ (28 reviews)

| | |
|---|---|
| 5 stars | 10 |
| 4 stars | |
| 3 stars | 2 |
| 2 stars | |
| 1 star | 16 |

**28 reviews**   Sort by | Most Relevant ▾

★☆☆☆☆                           08/31/2024
I don't like the design of how the device feeds the birds.The birds don't seem to like it either. I was getting plenty of birds with my previous feeder until the bees came. This feeder attracts neither.
mary

★☆☆☆☆                           09/04/2024
No communication what so ever no updates on delivery and arrived late also item doesn't work not worth the money I paid
Brandon

★☆☆☆☆                           09/18/2024
Jose

★★★★★                           09/18/2024
Jane

★☆☆☆☆                           09/16/2024
Jewel

★★★☆☆                           09/13/2024
Shirley

★☆☆☆☆                           09/11/2024
Kathryn

★☆☆☆☆                           09/10/2024
Susan

★★★★★                           09/10/2024
Retha

★☆☆☆☆                           09/07/2024
Cyril

①  2  3  ›

---

## About Seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

We are committed to providing each customer with the highest standard of customer service. Any problem you can contact us,we can give you a best result.

CKK

Jamaican Black Castor Oil, Organic Body Message Oil, 100% Pure & Natural Cold Pressed Anti-Aging Essential Oil, Hair Nourishing Oil for Eyelashes, Dry Skin Moisturizer 1 PCS

★★★★★ (4.5) 2 ratings

🚚 Free shipping   ⊙ Free 30-day returns

**$8.89**

Price when purchased online ⓘ

| Buy now |
|---|
| Add to cart |

Count: 1

| 1 $8.89 | 2 $11.02 | 3 $15.38 |
|---|---|---|

**How do you want your item?**

| Shipping Arrives Oct 2 Free | Pickup Not available | Delivery Not available |
|---|---|---|

Delivery to  500 NW 2nd Ave

Sold and shipped by  Tamber LLC

★★★☆☆  28 seller reviews
View seller information

⊙ Free 30-day returns  Details

♡ Add to list          🎁 Add to registry

**More seller options (2)**
Starting from $9.96  Compare all sellers









**About this item**

**Product details** ⌃

Jamaican black Castor Oil is 100% pure & natural, cold pressed and unrefined. Naturally rich in vitamins and fatty acids, castor oil can help enhance the appearance of your hair, eyebrows and eyelashes. Known for its ability to help strengthen and repair dry or damaged hair, castor oil can help hydrate your skin, hair, and scalp.

Feature:
- Multiple Uses For Hair, Eyelashes, Eyebrows Growth, Skin Care And Nail Care.
- Enriched with vitamin E, a powerful natural antioxidant, perfect for dry, damaged and overworked hair.
- Effect on the skin to resist aging and wrinkle, help to nourish and condition the skin for a smooth, healthy appearance.
- Replenish hair root nutrition, balance scalp oil, improve blood circulation, help hair growth.
Nourish and hydrate, combat signs of aging skin.

How to use:
- The oil can be directly applied to the hair and skin/body or can be diluted into any cream, shampoo or conditioner, just add 2-3 drops for every 100ml.
- We'd recommend one to two times a week for at least three months to see the effect.
- Apply to the scalp, hair, body,  beard,  eyebrows or eyelashes,  massage with fingers for 2-3 minutes until absorbed.

Tips:
- For external use only.
- Keep away from flames and high heat.
- Keep out of reach of children and pets.

**Cart** (1 item)



🏷️ **Pickup and delivery options** ⌄

🚚 **Free shipping** arrives by **Tue, Oct 1**
500 NW 2nd Ave, Unit 10001

Sold and shipped by  **Tamber LLC**
Free shipping

Jamaican Black Castor Oil, Organic Body Message Oil, 100% Pure & Natural
Cold Pressed Anti-Aging Essential Oil, Hair Nourishing Oil for Eyelashes, Dry...
Count: 1
⟳ Free 30-day returns                                              **$8.89**

Remove    Save for later        −    1    +

**Continue to checkout**

**Subtotal** (1 item)              $8.89
Shipping                          Free
**Taxes**              Calculated at checkout

**Estimated total**                $8.89

Walmart+  **Become a member to get free same-day
delivery, gas discounts & more!**        ✕
☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller                  Best seller

+ Add                        + Add                        + Add

Now **$6.96** $13.92         **$5.48**                    **$9.97**

Better Homes & Gardens Cotton   Mainstays Medium Weight PEVA   GREAT VALUE TOILET PLUNGER
Palm Beach Towel 38" X 72"      Shower Liner, 70" x 71" - Clear   BRUSH

Save with W+                 Save with W+                 Save with W+

Pickup **tomorrow**          Pickup **tomorrow**          Pickup **tomorrow**
Delivery **tomorrow**        Delivery **tomorrow**        Delivery **tomorrow**
Shipping, arrives **tomorrow**   Shipping, arrives **tomorrow**   Shipping, arrives **in 3+ days**

**New Fall Rollbacks**



Rollback                     Rollback                     Rollback

+ Add                        + Add                        + Add

Now **$154.00** $186.31      Now **$120.00** $157.44      Now **$96.00** $112.60

Noble House Pilster Glam Wood and   Steve Silver Troy Sofa Table   Multi-Mile Trail Guide HLT All Season
Wicker Console Table, Walnut,                                   255/55R18 109V XL Light Truck Tire
Natural, and Antique Gold       ★★★★☆ 8

Save with W+                 Save with W+                 Save with W+

Shipping, arrives **in 3+ days**   Shipping, arrives **in 3+ days**   Shipping, arrives **in 3+ days**



**1. Free shipping, arrives by Tue, Oct 1** ✓

Amla Amla                                                    Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                         Edit

House

| Subtotal (1 item) | $8.89 |
| Shipping | Free |
| **Estimated taxes** | $0.62 |
| **Estimated total** | **$9.51** |

Have a promo code?  ⌄

**Items details**                                            View details

1 item



**2. Payment method**  ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**Pay by bank**  ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**  ⌃

Pay with PayPal                          Pay in monthly installments with Affirm

☐ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

*PayPal*                                  affirm

Walmart+  Free 30-day trial

Defendant no. :          35

Defendant Name :      Oimmal

Platform:                   Walmart

| Plaintiff VAu 1-517-249 Copyright | Oimmal's Infringing Product |
|---|---|
|  | |

‹ Back to item

## Oimmal

★★★★½   See all 115 reviews
4.5 stars out of 5

**88%**   Overall Positive Rating

Shop all seller items

🏠 Business Name:
shizhenshifeikoushengwukejiyouxiangongsi

✉ Contact seller

📞 (+86) 15613583959

📍 Baoan District, Shenzhen City
Room 804,805, Property Building, Are
a 44, Anle Community, Xin`an Street
Shenzhen, GD 5l8000, CN

About Seller

Tax policy

### More items from this seller



$12.99 ~~$18.99~~
DIY Lash Extension Kit 280pcs Individual
Lashes Cluster Eyelash Extension Kit 30D 40D
9-16mm Mix Lash Clusters with Lash Bond an...
★★★★☆ 120



$12.99 ~~$19.98~~
Oimmal Natural Antibiotic Drops for Dogs,
Anti Inflammatory | Bacterial | Viral | Fungal,
Supports Dog Allergy Relief for All Breeds a...
★★★★½ 63



$18.99 ~~$19.98~~
15-in-1 Dog Multivitamin Chews with
Glucosamine & Probiotics,Daily Dog Health
and Wellness Support, for Skin-Immunity-Go...
★★★★½ 45

### Seller reviews

## 4.5 out of 5
★★★★½ (115 reviews)

| | |
|---|---|
| 5 stars | 88 |
| 4 stars | 13 |
| 3 stars | 6 |
| 2 stars | 2 |
| 1 star | 6 |

**Most helpful positive review**                    VS                    **Most helpful negative review**

★★★★★

I love this product have used it for years...but i was
very disappointed when i went to administer the drops
to my dog i realized that this ijust opened bottle was
missing its cap and unfortunately spilled nearly the
whole bottle out onto my dog and the flloor!!! Could i
possibly get a replacement bottle! Ive already bought
3 bottles this month! Id appreciate anything you can
do. Thank you.

Lyn

★☆☆☆☆

Problems with seller whose address seems to be China
but seller replied he was said located in Florida when I
contacted. Problems with this purchase saying USPS
returned to sender on the day it was supposed to be
delivered. Had to phone customer service at Walmart.
When I tried to contact seller again after receiving
returned to sender alert from USPS for insufficient
address, they were listed as company in China on
Walmart site suddenly and when I tried to contact
them again, it would not go through. Really bizarre
dealing.

HGDG

---

**115 reviews**    Sort by | Most Relevant ▾

★★★★★                                    09/18/2024

I love this product have used it for years...but i was very
disappointed when i went to administer the drops to my dog i
realized that this ijust opened bottle was missing its cap and
unfortunately spilled nearly the whole bottle out onto my dog and
the flloor!!! Could i possibly get a replacement bottle! Ive already
bought 3 bottles this month! Id appreciate anything you can do.
Thank you.

Lyn

★★★★★                                    09/06/2024

Tonight i wrote a lengthy review of the Oimmal products %26
packaging. Impressive company!!!! Great products %26 great
packaging. I've needed to order a lot for my dogs health needs.
Better than going to a veterinarian for every little issue. Much
cheaper %26 safer. For no drug products.!!!!

Chris

★☆☆☆☆                                    08/22/2024

Problems with seller whose address seems to be China but seller
replied he was said located in Florida when I contacted. Problems
with this purchase saying USPS returned to sender on the day it
was supposed to be delivered. Had to phone customer service at
Walmart. When I tried to contact seller again after receiving
returned to sender alert from USPS for insufficient address, they
were listed as company in China on Walmart site suddenly and
when I tried to contact them again, it would not go through. Really
bizarre dealing.

HGDG

★☆☆☆☆                                    07/24/2024

I communicated with the seller more than once, the item NEVER
made it to MY mailbox though the Post Office reported delivered. I
live in an apartment complex. The seller treated me like a thief!! I
had reordered my package but after the nasty behavior of the
seller I NO longer trust their products for my two cats!! I am
canceling my replacement order. Never trust someone who treats
you with so much disrespect! Our pets and us deserve better! All I
asked her was to confirm my address and apartment number!
Instead of that she treated me like a thief. STAY AWAY FROM THIS
COMPANY!!!!

Audrey





ALIVER

**Aliver Jamaican Black Castor Oil for Hair Health 60ml(2.02 fl.oz) Natural Moisturizer for Face, Body & Nails, Carrier Oil for Essential Oils and DIY Beauty - 2pack**

(4.3) | 10 ratings

Free 90-day returns

## $12.99

Price when purchased online

Buy now

Add to cart

Count Per Pack: 2

Now $7.99 | $12.99 | $15.99

Subscribe
$12.99

**Your usuals, on your schedule**
Save time and stay stocked!
How it works

**One-time purchase** $12.99

### How do you want your item?

I want shipping & delivery savings with Walmart+
You get 30 days free! Choose a plan at checkout.

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives tomorrow<br>Order within 5 hr 2 min | Not available | Not available |

Delivery to 500 NW 2nd Ave

Sold by **Oimmal**
Fulfilled by Walmart
115 seller reviews
View seller information

**Free 90-day returns** Details

Add to list | Add to registry

### About this item

Product details

Jamaican Black Castor Oil has been used for centuries to treat many ailments. Contains vitamin E and omega-6 fatty acids, its antibacterial and antifungal properties help reduce dandruff and moisturize dry, irritated scalp. Research shows that applying castor oil just once a month helps stimulate hair gro wth up to three times the usual rate. It also promotes hair gro wth in other parts of the body, like the eyebrows and eyelashes.

Jamaican black castor oil has many uses. It is a natural hair care oil rich in omega-6 fatty acids, which can moisturize the scalp, prevent hair dryness, promote hair follicle gro wth, and prevent hair loss. At the same time, it is a good conditioner. Hair toner, can repair damaged hair, reduce dark yellow hair split ends. The fatty acids contained in the oil are essential to the healthy functioning of the skin. These keep the skin hydrated, regulate its natural oil production, help to keep problems such as spots at bay and helps combat signs of ageing.

**Cart** (1 item)

| Pickup and delivery options ⌄ |

Continue to checkout

**Shipping** arrives by **Mon, Sep 23**
Order within **4 hr 58 min**
500 NW 2nd Ave, Unit 10001

Subtotal (1 item)    $12.99
Below order minimum (less than $35)    $6.99
Taxes    Calculated at checkout

Estimated total    $19.98

Fulfilled by Walmart
Free shipping on orders over $35

Aliver Jamaican Black Castor Oil for Hair Health 60ml(2.02 fl.oz) Natural Moisturizer for Face, Body & Nails, Carrier Oil for Essential Oils and DIY...
Count Per Pack: 2    $12.99

Subscribe

**Walmart+** Get free shipping & skip the $6.99 shipping fee—even on small orders!
☐ Try Walmart+ free for 30 days

Free 90-day returns    Remove    Save for later    − 1 +

**Recommended with your order**



Best seller

$6.48 $12.71/fl oz
GuruNanda 100% Pure & Natural Frankincense Essential Oil for Aromatherapy & Diffuser -15ml
Save with W+
Pickup tomorrow
Delivery tomorrow
Shipping, arrives tomorrow

$10.97 $4.4 cf/fl oz
SheaMoisture Strengthen and Restore Daily Clarifying Shampoo, Jamaican Black Castor Oil, 13 fl oz
Save with W+
Pickup tomorrow
Delivery tomorrow
Shipping, arrives tomorrow

Best seller

$3.97
Revlon ColorSilk Beautiful Color Long Lasting Permanent Hair Color, Black, 1 Pack
Get $1.00 Walmart Cash
Manufacturer offer | buy 2
Save with W+
Pickup tomorrow
Delivery tomorrow
Shipping, arrives tomorrow

**Popular items in your area**



Best seller

Now $6.96 $13.92
Better Homes & Gardens Cotton Palm Beach Towel 38" X 72"
Save with W+
Pickup tomorrow
Delivery tomorrow
Shipping, arrives tomorrow

Best seller

$5.48
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear
Save with W+
Pickup tomorrow
Delivery tomorrow
Shipping, arrives tomorrow

$9.97
GREAT VALUE TOILET PLUNGER BRUSH
Save with W+
Pickup tomorrow
Delivery tomorrow
Shipping, arrives in 3+ days

**New Fall Rollbacks**



Rollback

Now $154.00 $186.31
Noble House Pilster Glam Wood and Wicker Console Table, Walnut, Natural, and Antique Gold
Save with W+
Shipping, arrives in 3+ days

Rollback

Now $195.00 $253.85
Steve Silver Gabby Transitional 48" Rectangle Console Table with Shelf and Drawer, Washed Oak
Save with W+
Shipping, arrives in 3+ days

Rollback

Now $120.00 $157.44
Steve Silver Troy Sofa Table
★★★★☆ 8
Save with W+
Shipping, arrives in 3+ days



**1. Shipping, arrives by Mon, Sep 23**
Order within **4 hr 57 min** ✓

Amla Amla                                                                Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                                     Edit

House

| Subtotal (1 item) | $12.99 |
|---|---|
| Below order minimum (less than $35) | $6.99 |
| **Estimated taxes** | $1.40 |

| **Estimated total** | **$21.38** |
|---|---|

Have a promo code?                                                       ⌄

**Items details**                                                 View details

1 item



**2. Payment method**                                                    ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

[ 🔲                                                                    ]

                                                                   Continue

**Pay by bank**                                                          ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

[ **Connect your bank** ]

**Other ways to pay**                                                    ⌃

Pay with PayPal                          Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**   Items in your cart are not eligible for Affirm.

[ *PayPal* ]                             [ affirm ]

Walmart+  Free 30-day trial

Defendant no. :          36

Defendant Name :      TaiYuanShiBianQuanShangMao

Platform:                 Walmart

| Plaintiff VAu 1-517-249 Copyright | TaiYuanShiBianQuanShangMao's Infringing Product |
|---|---|
|  | |

‹ Back to item

## TaiYuanShiBianQuanShangMao

★☆☆☆☆
1 stars out of 5

See all 1 review

**0%**   Overall Positive Rating

Shop all seller items

🏠 Business Name:
TaiYuanShiBianQuanShangMaoYouXianGongSi

✉ Contact seller

📞 (+86) 13097076034

📍 YingZeQuWenMiao JieDaoYingZeDaJie
27HaoSZhuang1001HaoShangPuICeng
02Hao
TaiYuanShi, SX 030000, CN



**More items from this seller**

$28.99
Wireless Controller for PS4 Compatible with
Playstation 4 /Slim/Pro/PC, Red
★★★☆☆ 66

$35.65
Handheld Game Console X7 Built in 1000
Games, 4.1 inch Video Game Players Double
Rocker 8GB Memory Support TV Output
★★★☆☆ 2

$9.99
Letter Alphabet Lore Plush Toy, 7.9 inch
Alphabet Lore Plushies Stuffed Peluches Doll
Toy, Children's Birthday Party Gift, A

### Seller reviews

# 1 out of 5

★☆☆☆☆ (1 review)

| | |
|---|---|
| 5 stars | |
| 4 stars | |
| 3 stars | |
| 2 stars | |
| 1 star | 1 |

1 review    Sort by | Most Relevant ▾

★☆☆☆☆                                    08/15/2024

Sherrie

TXX

Jamaican Black Castor Oil for Hair Growth & Skin Conditioning - Nourishes and Hydrates Hair, Skin & Nails - 60ml

☆ (No ratings yet)

🖵 Free shipping   ⟲ Free 30-day returns

**$8.39**
Price when purchased online ⓘ

| Buy now |
| Add to cart |

**How do you want your item?**

| 🚚 Shipping<br>Arrives Oct 11<br>Free | 🚗 Pickup<br>Not available | 🛍 Delivery<br>Not available |

Delivery to **500 NW 2nd Ave**

Sold and shipped by **TaiYuanShiBianQuanShangMao**

★☆☆☆☆ 1 seller review
View seller information

⟲ Free 30-day returns   Details

♡ Add to list                                    Add to registry ▸





**About this item**

**Product details** ⌃

Jamaican Black Castor Oil is renowned for its unique formula, rich in vitamin E, proteins, and fatty acids. It is widely believed to promote hair growth, improve hair texture, strengthen hair roots, and enhance scalp health. Whether you're looking to increase hair thickness, reduce breakage, or improve scalp condition, Black Castor Hair Growth Oil is your ideal choice.

In addition to hair care, this essential oil can also be used for skin care. It has moisturizing and nourishing properties, helping to reduce skin dryness and discomfort.

Whether you want healthy and beautiful hair or are looking for a moisturizing and nourishing product for your skin, the Black Castor Oil meets your needs. Try it and feel the power of nature, rejuvenating your beauty!

- 【Hair Care】 Revitalize your hair with our Hair Growth Black Castor Oil, a potent blend enriched with Omega-6 Fatty Acids. Fortify proteins to enhance texture, prevent split ends, and control sebum. Hydrate, soften, and nourish deeply for a healthy scalp, while reducing frizz, hair loss, and breakage. Enjoy added shine and relief from itching and dandruff.
- 【Body Moisturizer】 Indulge your skin with our Jamaican Castor Oil. Ideal for full-body hydration, leaving skin smooth and supple. Combat breakouts, pimples, and acne while reducing facial oil. Suitable for both men and women, it promotes hydration, elasticity, and soothes dry skin. Make it your daily skincare massage essential.
- 【Method of Use】 Transform your beauty routine by applying a suitable amount to scalp, hair, body, beard, eyebrows, or eyelashes. Massage for 2-3 minutes until absorbed.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

**Specifications** ⌃

**Assembled Product Weight**
4.66 oz

**Brand**
TXX

**Hair Product Form**
Oils

**Hair Type**
All Hair Types

**Directions** ⌃

**Instructions**

**Cart** (1 item)

🛒 Pickup and delivery options ⌄

Continue to checkout

🚚 **Free shipping** arrives by **Thu, Oct 10**
500 NW 2nd Ave, Unit 10001

| | |
|---|---|
| **Subtotal** (1 item) | $8.39 |
| Shipping | Free |
| **Taxes** | Calculated at checkout |

Sold and shipped by TaiYuanShiBianQuanShangMao
Free shipping



Jamaican Black Castor Oil for Hair Growth & Skin Conditioning - Nourishes and Hydrates Hair, Skin & Nails - 60ml

ⓘ Free 30-day returns

$8.39

Remove    Save for later    − 1 +

**Estimated total**    $8.39

Walmart+ **Become a member to get free same-day delivery, gas discounts & more!** ✕

☐ Try Walmart+ free for 30 days!

**Popular items in your area**



| Best seller | Best seller | |
|---|---|---|
| + Add | + Add | + Add |

**Now $6.96** ~~$13.92~~
Better Homes & Gardens Cotton Palm Beach Towel 38" X 72"
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

$5.48
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

$9.97
GREAT VALUE TOILET PLUNGER BRUSH
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

**New Fall Rollbacks**

| Rollback | Rollback | Rollback |
|---|---|---|
| + Add | + Add | + Add |

**Now $136.00** ~~$161~~
Steve Silver Daxton Black Faux Marble Sofa Table
Save with W+
Shipping, arrives **in 3+ days**

**Now $108.62** ~~$144.83~~
Agility Auto Parts 8013057 Radiator for Chevrolet, Saturn Specific Models Fits select: 2012-2015 CHEVROLET...
Save with W+
Shipping, arrives **in 3+ days**

**Now $74.20** ~~$121.68~~
Linon Brook 30" Wood Bar Stool Black Faux Leather Nailhead Trim in Cherry Stain
★★★★☆ 13
Save with W+
Shipping, arrives **in 3+ days**



**1. Free shipping, arrives by Thu, Oct 10** ✓

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101          Edit

**Delivery instructions (optional)**                    Edit

House

| | |
|---|---|
| Subtotal (1 item) | $8.39 |
| Shipping | Free |
| **Estimated taxes** | $0.59 |
| **Estimated total** | **$8.98** |

Have a promo code? ⌄

**Items details**                                   View details

1 item



**2. Payment method** ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Pay by bank** ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay** ⌃

Pay with PayPal

☐ Remember my PayPal account details

*PayPal*

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

*affirm*

Walmart  Free 30-day trial

Defendant no. :          37

Defendant Name :     Xuerui E-commerce Co., Ltd

Platform:                   Walmart

| Plaintiff VAu 1-517-249 Copyright | Xuerui E-commerce Co., Ltd's Infringing Product |
|---|---|
|  | |

‹ Back to item

**Xuerui E-commerce Co., Ltd**

☆☆☆☆☆

No reviews yet

Shop all seller items

⌂ Business Name:
  shenzhenshixueruidianzishangwuyouxiangongsi

✉ Contact seller

📞 (+86) 18566268368

📍 baoanquxiangjiedaoyuyeshequhaichengxincunerqu27haoyiloujiacengl02 shenzhenshi, GD 518102, CN

About Seller

**More items from this seller**







**$16.99**

Tib 10ml Man Body Enhance Growth Essential Oil Liquid Enlargement Massage Promote Blood Circulation Thicken Strong Xxl Size...

★★☆☆☆ 6

**$24.99**

Spf30 Facial Body Sunscreen Whitening Bb Cream Milk Uv Sunblock Skin Protective Cream Anti-aging Oil-control Moisturizing...

**$25.99**

B-glossy Smoothing Anti Aging Brightening Body Serum Body Care Shiny Shimmer Body Oil

**Seller reviews**

This seller doesn't have any reviews yet.

**About Seller**

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

Xuerui E-commerce Co., Ltd



Jxlgv

**Jamaican Black Castor Oil, Castor Oil Organic 100% Pure Cold Pressed, Organic Castor Oil For Hair Growth, Body Massage Oil - Jxlgv**

☆ (No ratings yet)

🚚 Free shipping    🔄 Free 30-day returns

**$21.99**

Price when purchased online ⓘ

Buy now

Add to cart

**How do you want your item?**

| 🚚 Shipping Arrives Sep 28 Free | 🚗 Pickup Not available | 🏪 Delivery Not available |

Delivery to **500 NW 2nd Ave**

🏢 Sold and shipped by **Xuerui E-commerce Co., Ltd**
View seller information

🔄 Free 30-day returns  Details

Add to list                    Add to registry

**About this item**

**Product details** ⌃

Features

1. Jamaican Black Castor Oil: This organic castor oil is made from Jamaican castor oil. It helps improve digestion, increase relaxation, reduce inflammation, and enhance immunity.
2. Excellent Formula: Our Jamaican black castor oil is 100% pure cold pressed, unrefined, and fully organic, making it the ultimate treatment for dry skin and hair. It can mimic skin sebum, and vitamin E supplementation can help reduce dandruff, moisturize dryness, and stimulate the scalp.
3. Multifunctional Application Of Organic Castor Oil: You can use castor oil anywhere in the body, which is particularly beneficial for the liver, kidneys, ovaries, and thyroid gland. It has many other uses, including moisturizing dry hair, promoting hair growth in hair, eyelashes, and eyebrows, and can also be used with castor oil or directly on the skin, with moisturizing and anti-aging effects.
4. Moisturizing And Stabilizing The Skin: Castor oil is the ideal choice for massage oil formulas. It does not make the skin feel greasy and sticky, does not cause sensitization, and does not stain the fabric. It can keep your face moist, reduce blemishes, acne, scars, and fine lines, which can stabilize the skin and make it smoother.
5. Perfect Gift: Organic castor oil can be used as eyelash essence, eyebrow essence, skin moisturizing cream and hair growth oil. Pure castor oil is a great organic hair oil that can be used as an oil-free moisturizer to repair hair. It is an ideal gift for family, friends, and loved ones!

Specification
Material: Castor-oil
Color: Black
Size: 1 x 4 x 4 cm
Weight: 130 g

Package Include:
1x Jamaican Black Castor Oil

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

**Specifications** ⌃

**Assembled Product Weight**
4.41 oz

**Brand**
Jxlgv

**Hair Product Form**
Oils

**Cart** (1 item)

🛒 Pickup and delivery options  ⌄

🚚 **Free shipping** arrives by Fri, Sep 27
500 NW 2nd Ave, Unit 10001

Sold and shipped by Xuerui E-commerce Co., Ltd
Free shipping



Jamaican Black Castor Oil, Castor Oil Organic 100% Pure Cold Pressed,
Organic Castor Oil For Hair Growth, Body Massage Oil - Jxlgv

ⓘ Free 30-day returns

$21.99

Remove      Save for later      ⊖  1  ⊕

Continue to checkout

| | |
|---|---|
| Subtotal (1 item) | $21.99 |
| Shipping | Free |
| **Taxes** | Calculated at checkout |
| Estimated total | $21.99 |



Walmart+  **Become a member to get free same-day delivery, gas discounts & more!**  ✕

☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller

**Now $6.96** $13.92
Better Homes & Gardens Cotton
Palm Beach Towel 38" X 72"

Save with W+

Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

Best seller

$5.48
Mainstays Medium Weight PEVA
Shower Liner, 70" x 71" - Clear

Save with W+

Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

$9.97
GREAT VALUE TOILET PLUNGER
BRUSH

Save with W+

Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

**New Fall Rollbacks**



Rollback

**Now $136.00** $166.17
Steve Silver Daxton Black Faux
Marble Sofa Table

Save with W+

Shipping, arrives **in 3+ days**

Rollback

**Now $108.00** $134.01
Techni Mobili Medium Back Executive
Chair with Flip-up Arms, Black RTA-
4902-BK

★★★★★ 6

Save with W+

Shipping, arrives **in 3+ days**

Rollback

**Now $74.20** $121.18
Linon Brook 30" Wood Bar Stool
Black Faux Leather Nailhead Trim in
Cherry Stain

★★★★½ 13

Save with W+

Shipping, arrives **in 3+ days**



**1. Free shipping, arrives by Fri, Sep 27** ✅

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101          Edit

**Delivery instructions (optional)**          Edit

House

| | |
|---|---|
| Subtotal (1 item) | $21.99 |
| Shipping | Free |
| **Estimated taxes** | $1.54 |
| **Estimated total** | **$23.53** |

Have a promo code?          ⌄

**Items details**          View details

1 item



**2. Payment method** ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**Pay by bank** ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay** ⌃

Pay with PayPal          Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**          Items in your cart are not eligible for Affirm.

_PayPal_          affirm

Walmart+  Free 30-day trial

Defendant no. :          38

Defendant Name :        SanYu Technology Co./Sigerio

Platform:                Walmart

| Plaintiff VAu 1-517-249 Copyright | SanYu Technology Co./Sigerio's Infringing Product |
|---|---|
|  | |

 Back to item

## Sigerio

★★⯪☆☆   See all 3 reviews
2.3 stars out of 5

**33%**   Overall Positive Rating

Shop all seller items

🏠 Business Name:
shenzhenshisibidadianzishangwuyouxiangongsi

✉ Contact seller

☎ (+86) 19926400468

📍 519, Huafeng Yu'an Business Building, 1
07 National Road, Area 45, Haifu Com
munity
Xin'an Street, Bao'an District
Shenzhen, GD 518000, CN

About Seller

## More items from this seller



+ Add



+ Add



+ Add

| $15.99 | $11.99 | $14.99 |
|---|---|---|
| Estrogen Cream, Natural Estrogen Cream for Women, Women's Health Support, for Healthy Estrogen Metabolism, Helps Relieve... | Toothache Relieving Spray, Instant Teeth Treatment Relief Toothache Sprays, Freshen Breath and Improve Oral Health, Relief... | Glass Glue, 32g Glass to Glass Glue Clear, Super Instant Glue, Glue for Glass Repair, Acrylic Glue for Glass, Ceramics, Pottery,... |
| ★★★☆☆ 2 | | |

## Seller reviews

# 2.3 out of 5

★★⯪☆☆ (3 reviews)

| | |
|---|---|
| 5 stars | |
| 4 stars | 1 |
| 3 stars | |
| 2 stars | 1 |
| 1 star | 1 |

**3 reviews**   Sort by   Most Relevant ▾

★★★★☆                                08/28/2024

why do you sell an item guarantees to grow your breast when my
daughter try 14 tubes and he says it didn't work not even growing
an inch he says tell them their product is a scam just like all the
others now I have to get implants.

PAUL

★☆☆☆☆                                07/20/2024

Lisa

★★☆☆☆                                09/13/2024

debra

## About Seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

Sigerio is committed to providing each customer with the best possible customer service. Who are we? We are a couple of friends with a shared passion for performance. We're in love with technology, jokers, cat owners, and most of all obsessed with a mission. We start small, but we want to go high. we want everyone to have a comfortable digital life, with no boundaries between the goals you pursue and the tools you use. Warranty conditions 30 day money back guarantee no matter what the reason If you return your undamaged product within 30 days of the date of purchase, no matter why, you will receive a full refund. Conditional lifetime guarantee for quality related problems. We believe in the quality of our products, but we value the experience that our customers have. If one of the products you have purchased from us does not work as promised, please send us an email directly via [ sibida0116@163.com]. We take care of all quality-related questions with a REPLACEMENT OR FULL REFUND. Free customer support If you are not sure how to use your product correctly? Contact our friendly customer service team for good support. Warranty exclusions and restrictions Although we value customer satisfaction, the following cases are not covered by our warranty: 1. Products purchased from unauthorized resellers 2. Purchases without a valid proof of purchase 3. Defects or damage caused by improper use, abuse, excessive heat, liquids or other external influences 4. Lost or stolen products 5. Products that have been refunded For some order: If you can't check the logistics information or the logistics information is updated slowly, you can try to check in this website: https://www.17track.net/zh-cn If there is still no logistics information, please contact our store directly, we will help you deal with the problem at the first time. Finally, thank you to each customer has been the support of our store. All The Best.



Beauare

Black Castor Oil 60 ml, Jamaican Organic Castor Body Massage Oil, Castor Oil Essential Oil for Hair Eyebrow, Eyelashes Regrowth & Conditioning (3 pcs)

(No ratings yet)

Free shipping Free 30-day returns

$19.99

Price when purchased online

Buy now

Add to cart

Count Per Pack: 3

$9.99 $14.39 **$19.99**

How do you want your item?

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Oct 8 | Not available | Not available |
| Free | | |

Delivery to 500 NW 2nd Ave

Sold and shipped by **Sigerio**

3 seller reviews

View seller information

**Free 30-day returns** Details

Add to list Add to registry

## About this item

Product details

**Promotes Hair Growth: This castor oil is rich in ricinoleic acid, linoleic acid, vitamin E, protein, and other nutrients that promote hair growth. The vitamin E in black castor oil is a potent antioxidant that stimulates blood circulation in the scalp, nourishing the hair follicles and promoting healthy hair growth.**

**Anti-Hair Loss: The organic components in castor oil, such as ricinoleic acid and erucic acid, have anti-inflammatory and antioxidant effects. These properties help reduce scalp inflammation and protect against free radical damage, thereby minimizing hair loss.**

**Nourishes Hair: Castor oil for hair growth contains multiple nutrients that nourish and strengthen the hair. It enhances hair elasticity, adds shine, soothes itchy scalp, and provides overall nourishment and protection, resulting in healthier-looking hair.**

**Natural and Non-Irritating: This organic cold-pressed, unrefined castor oil is a natural plant oil that doesn't contain any chemical ingredients. It is gentle on the scalp, hair, and skin, making it safe to use without causing irritation or adverse effects.**

**Multiple Uses: This organic golden castor oil offers various applications. It can be used for cooking, as a salad seasoning, or as a massage essential oil. Additionally, it can be applied directly to the scalp and hair, added to shampoo, conditioner, and other hair care products, making it a convenient and practical choice for both hair and skin care.**

- Product Name: Black Castor Hair Oil, Organic Cold Pressed Unrefined Castor Oil
- Place of Origin: China
- Castor Oil Ingredients: ricinic acid, erucic acid, linoleic acid, vitamin E, black castor oil also contains other fatty acids, proteins, minerals and other nutrients, making it a nutrient-rich vegetable oil.
- Package Size:12.1cm/4.76in

**Package list:**

1/2/3* Castor Oil

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications

**Brand**

**Cart** (1 item)

🏷️ **Pickup and delivery options** ⌄



Continue to checkout

🚚 **Free shipping** arrives by **Mon, Oct 7**
500 NW 2nd Ave, Unit 10001

| | |
|---|---|
| **Subtotal** (1 item) | $19.99 |
| Shipping | Free |
| **Taxes** | Calculated at checkout |
| | |
| **Estimated total** | $19.99 |

Sold and shipped by _Sigerio_

Free shipping



Black Castor Oil 60 ml, Jamaican Organic Castor Body Massage Oil, Castor Oil Essential Oil for Hair Eyebrow, Eyelashes Regrowth & Conditioning (3 pcs)
Count Per Pack: 3
🔄 Free 30-day returns

$19.99

Remove   Save for later      −   1   +

Walmart+ **Become a member to get free same-day delivery, gas discounts & more!** ✕
☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller

Best seller

Now **$6.96** ~~$13.92~~
Better Homes & Gardens Cotton Palm Beach Towel 38" X 72"

Save with **W+**

Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

$5.48
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear

Save with **W+**

Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

$9.97
GREAT VALUE TOILET PLUNGER BRUSH

Save with **W+**

Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

**New Fall Rollbacks**



Rollback

Rollback

Rollback

Now **$136.00** ~~$168.57~~
Steve Silver Daxton Black Faux Marble Sofa Table

Save with **W+**

Shipping, arrives **in 3+ days**

Now **$67.57** ~~$85.00~~
Ledkingdomus All Weather TPE Front And Rear 3-piece for 2019-2020 Hyundai Santa Fe 5 Passenger...
★★★★★ 1

Save with **W+**

Shipping, arrives **in 3+ days**

Now **$108.00** ~~$134.01~~
Techni Mobili Medium Back Executive Chair with Flip-up Arms, Black RTA-4902-BK
★★★★☆ 6

Save with **W+**

Shipping, arrives **in 3+ days**



**1. Free shipping, arrives by Mon, Oct 7**

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

Edit

**Delivery instructions (optional)**                    Edit

House

| Subtotal (1 item) | $19.99 |
|---|---|
| Shipping | Free |
| **Estimated taxes** | $1.40 |
| **Estimated total** | **$21.39** |

Have a promo code?                    ⌄

**Items details**                              View details

1 item



**2. Payment method**                          ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Pay by bank**                                ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**                          ⌃

Pay with PayPal                    Pay in monthly installments with Affirm

☐ Remember my PayPal account details    Items in your cart are not eligible for Affirm.

*PayPal*                              affirm

Walmart+  Free 30-day trial

Defendant no. :          39

Defendant Name :     MZBoutiques

Platform:                    Walmart

| Plaintiff VAu 1-517-249 Copyright | MZBoutiques's Infringing Product |
|---|---|
|  | |

‹ Back to item

# MZBoutiques

☆☆☆☆☆

No reviews yet

Shop all seller items

---

🏠  Business Name:
     shenzhenshimingzuankejiyouxiangongsi

✉  Contact seller

📞  (+86) 13925291559

📍  1006, Block B, Block 3, Lanjiangshan Ph
     ase I, No.7, Liantangwei 2nd Road, Meiji
     ng Community, Meilin Street, Futian Di
     strict, Shenzhen, China
     shenzhen, GD 518000, CN

---

**Seller reviews**

This seller doesn't have any reviews yet.

MZKJ.Com

MZKJ.Com 100% pure organic Jamaican black castor oil Hair oil, does not contain Hexane, suitable for curly Hair, Straight Hair and other types of Hairstyles, can make into the Hair, Beard, Eyelashes,

☆ (No ratings yet)

🚚 Free shipping   🔄 Free 30-day returns

**$12.99**

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

**Size:** 60ml(2.0Ioz)

| 60ml(2.0Ioz) $12.99 | 120ml(4.04oz) $15.99 |
|---|---|

### How do you want your item?

|  Shipping Arrives Oct 12 Free |  Pickup Not available |  Delivery Not available |
|---|---|---|

Delivery to  **500 NW 2nd Ave**

Sold and shipped by  **MZBoutiques**
View seller information

🔄 Free 30-day returns  Details

☆ Add to list                                    🎁 Add to registry






View all



♡
🔍

### About this item

**Product details**                                                                                          ⌄

Jamaican Black Castor Oil contains vitamin E and omega-6 fatty acids, and its antibacterial and antifungal properties help reduce dandruff and moisturize dry, irritated scalps. Studies have shown that applying castor oil just once a month helps stimulate hair growth at three times the usual rate. It also promotes hair growth on other parts of the body, such as eyebrows and eyelashes. Jamaican black castor oil has many uses. It is a natural hair oil rich in omega-6 fatty acids that moisturizes the scalp, prevents dryness of the hair, promotes hair follicle growth, and prevents hair loss. At the same time, it is a great conditioner. A toner that repairs damaged hair and reduces dark yellow hair split ends. The fatty acids contained in the oil are essential for the healthy functioning of the skin. These keep the skin hydrated, regulate its natural oil production, help prevent problems such as blemishes, and help fight the signs of aging. Ingredients: Black castor oil. Benefits: Promotes hair growth Strengthens hair roots Prevents hair breakage Prevents split ends Tames flyaways. Condition the cuticle Nourishes and hydrates Powerful anti-bacterial and anti-fungal Usage: There is no right or wrong way to apply castor oil to your hair, some people prefer to leave it on overnight while others prefer to massage it into their scalp. The method that works best for you depends entirely on your hair type and concerns. The oil can be applied directly to the hair and skin/body or diluted into any cream, shampoo or conditioner by adding just 3-100 drops per 2 ml. Place a few drops of Jamaican Black Castor Oil in the palm of your hand and gently massage the product into your scalp or skin. It may take some time to cover each hair section, but the moisturizing effect is worth it. When you're done, leave it in your hair until your next wash day. It's important to remember that hair growth doesn't happen overnight, no matter what products you use.

HAIR CARES: Jamaican Black Castor Oil is a natural hair care oil rich in Vitamin E, minerals, proteins and omega-6 fatty acids that moisturizes the scalp, prevents dryness of the hair, controls sebum, maintains a healthy scalp, and prevents dryness of the hair and beard.
STIMULATES HAIR GROWTH: Castor oil helps to grow hair in people with thinning hair. It promotes the growth rate of hair, eyelashes and eyebrows and prevents hair loss.
SKIN NUTRITION: Jamaican black castor oil keeps the face moisturized and the fatty acids contained in the oil are beneficial for hair, beard nourishment while promoting thicker eyelashes and eyebrows.
BODY MOISTURIZER: Black castor oil can also be used as a full-body moisturizer that helps keep skin smooth, nourished and soft.
EASY TO USE: Apply a small amount of Nourishing Oil to scalp, hair, body, beard, eyebrows or eyelashes and massage with fingers for 2-3 minutes until absorbed. You will feel it nourish and repair your hair and remove excess oil.
Cold Pressed Castor Oil
Hexane Free

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

**Specifications**                                                                                          ⌄

**Features**
Promotes hair, eyebrow and eyelash growth

**Brand**
MZKJ.Com

**Hair Product Form**

**Cart** (1 item)

🖊️ **Pickup and delivery options** ⌄



🚚 **Free shipping** arrives by **Fri, Oct 11**
500 NW 2nd Ave, Unit 10001

| | |
|---|---|
| **Subtotal** (1 item) | $12.99 |
| Shipping | Free |
| **Taxes** | Calculated at checkout |
| **Estimated total** | $12.99 |

Continue to checkout

Sold and shipped by **MZBoutiques**

Free shipping

MZKJ.Com 100% pure organic Jamaican black castor oil Hair oil, does not contain Hexane, suitable for curly Hair, Straight Hair and other types of...
Size: 60ml(2.0loz)

ⓘ Free 30-day returns

$12.99

Remove    Save for later    [ − 1 + ]

**Popular items in your area**



| Best seller | Best seller | |
|---|---|---|
| + Add | + Add | + Add |

**Now $6.96** ~~$13.92~~
Better Homes & Gardens Cotton Palm Beach Towel 38" X 72"

Save with W+

Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

$5.48
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear

Save with W+

Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

$9.97
GREAT VALUE TOILET PLUNGER BRUSH

Save with W+

Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

**New Fall Rollbacks**



| Rollback | Rollback | Rollback |
|---|---|---|
| + Add | + Add | + Add |

**Now $136.00** ~~$166.17~~
Steve Silver Daxton Black Faux Marble Sofa Table

Save with W+

Shipping, arrives **in 3+ days**

**Now $67.57** ~~$86.00~~
Ledkingdomus All Weather TPE Front And Rear 3-piece for 2019-2020 Hyundai Santa Fe 5 Passenger...
★★★★★ 1

Save with W+

Shipping, arrives **in 3+ days**

**Now $108.00** ~~$134.07~~
Techni Mobili Medium Back Executive Chair with Flip-up Arms, Black RTA-4902-BK
★★★★☆ 6

Save with W+

Shipping, arrives **in 3+ days**



**1. Free shipping, arrives by Fri, Oct 11** ✅

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101    Edit

**Delivery instructions (optional)**    Edit

House

| | |
|---|---|
| Subtotal (1 item) | $12.99 |
| Shipping | Free |
| **Estimated taxes** | $0.91 |
| **Estimated total** | **$13.90** |

Have a promo code? ⌄

**Items details**    View details

1 item



**2. Payment method** ⊖

**Pay with card**

one  VISA  mastercard  DISCOVER  AMERICAN EXPRESS  Gift Card  EBT  OTC Network  Select Gift Card

Learn more about payment methods we accept.

\* Required field

**Card number \***

[  ]

Continue

**Pay by bank** ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay** ⌃

Pay with PayPal

☐ **Remember my PayPal account details**

PayPal

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

affirm

Walmart+   Free 30-day trial

Defendant no. :        40

Defendant Name :       haerbinshengyimeikejiyouxiangongsi

Platform:              Walmart

| Plaintiff VAu 1-517-249 Copyright | haerbinshengyimeikejiyouxiangongsi's Infringing Product |
|---|---|
|  | |

‹ Back to item

### haerbinshengyimeikejiyouxiangongsi

★★★☆☆   See all 9 reviews
2.9 stars out of 5

**33%**   Overall Positive Rating

Shop all seller items

🏠 Business Name:
haerbinshengyimeikejiyouxiangongsi

✉ Contact seller

📞 (+86) 19832975204

📍 heilongjiangshenghaerbinshinangangqu
haerbindajie640hao
jinjuewanxiang3dongldanyuan17ceng3h
ao
Haerbin, HL 150000, CN

**More items from this seller**


$19.55
Women's Tennis Workout Dress - Fitness
Sports Mini Dress with Built-in Shorts,
Sleeveless Style and Spaghetti Straps for Gol...


$30.55
22 Packs Foam Glow Sticks, LED Foam Sticks
In The Dark Party Supplies With 3 Modes
Colorful Flashing, Glow Sticks Party Pack Fo...


$14.55
Solar Hummingbird Lantern Light Outdoor
Hanging Decorative Metal Waterproof LED
for Garden Patio Yard Front Porch, 1Pc Gift...
★★★★★ 2

### Seller reviews

## 2.9 out of 5
★★★☆☆ (9 reviews)

| | |
|---|---|
| 5 stars | 3 |
| 4 stars | 2 |
| 3 stars | 1 |
| 2 stars | 1 |
| 1 star | 3 |

**9 reviews**   Sort by | Most Relevant ▾

★☆☆☆☆                                    09/15/2024

This is a fraudulent company runnout of China. They claim to be
one brand on the title of their listing and in reality are not affiliated
with that company at all.

Patrick

★★★★★                                    08/31/2024

The box was well padded and fit in the mailbox without any
problem. The lantern had no damage in shipping. I just waited a few
days for the delivery so the purchase was a good experience

Linda

★☆☆☆☆                                    08/06/2024

poor quality material. cheap made. not enough padding in shoes. o
feel the floor when i put them on and walk. there going to Good
will

Garla

★★★★★                                    09/07/2024

suzanne

★☆☆☆☆                                    08/30/2024

Kirsti

★★☆☆☆                                    08/28/2024

Heather

★★★☆☆                                    08/24/2024

Tony

★★★★★                                    08/18/2024

Michael

★★★☆☆                                    07/28/2024

Judith



TXX

**Jamaican Black Castor Oil, for Body Massage Castor Oil, Nourishes and Hydrates Hair, Skin & Nails, Pure & Natural Anti-Aging Essential Oil 2 Pack**

**$12.55**

Price when purchased online ⓘ

**Buy now**

Add to cart

**Count Per Pack:** 2

| 2<br>$12.55 | 3<br>$16.59 |

Free shipping, **arrives by Thu, Oct 10** to 500 NW 2nd Ave
More options

Sold and shipped by **haerbinshengyimeikejiyouxiangongsi**
★★★☆☆ 9 seller reviews
View seller information

Free 30-day returns  Details

♡ Add to list | 🎁 Add to registry









**About this item**

**Cart** (1 item)

🏷️ Pickup and delivery options ⌄

🚚 **Free shipping** arrives by **Thu, Oct 10**
500 NW 2nd Ave, Unit 10001

Sold and shipped by  haerbinshengyimeikeiiyouxiangongsi
Free shipping



Jamaican Black Castor Oil, for Body Massage Castor Oil, Nourishes and
Hydrates Hair, Skin & Nails, Pure & Natural Anti-Aging Essential Oil 2 Pack
Count Per Pack: 2
ⓘ Free 30-day returns                                                    $12.55

Remove     Save for later        [ − ] 1 [ + ]

**Continue to checkout**

| Subtotal (1 item) | $12.55 |
|---|---|
| Shipping | Free |
| **Taxes** | Calculated at checkout |
| **Estimated total** | $12.55 |

Walmart+ **Become a member to get free same-day**   ✕
**delivery, gas discounts & more!**

☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller
+ Add
Now **$6.96** $12.92
Better Homes & Gardens Cotton
Palm Beach Towel 38" X 72"
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

Best seller
+ Add
**$5.48**
Mainstays Medium Weight PEVA
Shower Liner, 70" x 71" - Clear
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

+ Add
**$9.97**
GREAT VALUE TOILET PLUNGER
BRUSH
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

**New Fall Rollbacks**



Rollback
+ Add
Now **$152.00** $169.70
Tyler Dillon Beveled Oval Wall Mirror
with Beaded Textured Wood Frame
33"H x 25"W
⭐⭐⭐⭐ 13
Save with W+
Shipping, arrives **in 3+ days**

Rollback
+ Add
Now **$74.20** $121.08
Linon Brook 30" Wood Bar Stool
Black Faux Leather Nailhead Trim in
Cherry Stain
⭐⭐⭐⭐ 13
Save with W+
Shipping, arrives **in 3+ days**

Rollback
+ Add
Now **$67.57** $86.00
Ledkingdoms All Weather TPE Front
And Rear 3-piece for 2019-2020
Hyundai Santa Fe 5 Passenger...
⭐⭐⭐⭐⭐ 1
Save with W+
Shipping, arrives **in 3+ days**



**1. Free shipping, arrives by Thu, Oct 10**

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

Edit

**Delivery instructions (optional)**                    Edit

House

| | |
|---|---|
| **Subtotal** (1 item) | $12.55 |
| Shipping | Free |
| **Estimated taxes** | $0.88 |
| **Estimated total** | **$13.43** |

Have a promo code?

**Items details**                    View details

1 item



**2. Payment method**

**Pay with card**

Learn more about payment methods we accept.

\* Required field

Card number \*

Continue

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal                    Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**          Items in your cart are not eligible for Affirm.

PayPal                    affirm

Walmart+ Free 30-day trial

Defendant no. :        41

Defendant Name :       SeaAZqurtles

Platform:              Walmart

| Plaintiff VAu 1-517-249 Copyright | SeaAZqurtles's Infringing Product |
|---|---|
|  | |

‹ Back to item

## SeaAZqurtles

★★★☆☆   See all 15 reviews
3.2 stars out of 5



**47%**   Overall Positive Rating

Shop all seller items

🏠  Business Name:
hefeiruihelongdianzishangwuyouxiangongsi

✉  Contact seller

📞  (+86) 19355922101

📍  jingjijishukaifaqufanhuadadaoyuheanluji
aokouwenfengzhongxin101ou1012shi
hefei, AH 230601, CN

---

### More items from this seller







| ➕ Add | ➕ Add | ➕ Add |

**$6.92** $7.93
700x38c Bike Tube Inner 28" Road Tubes 700x35c 700-AV 48mm, Y6K5
★★★★★ 1

**$4.23** $5.24
11.5cm Topwater Fishing Lure Artificial Bait Hard Plopper Soft Rotating Tail~ Y5C0
★★★★★ 1

**$3.86** $4.87
Renewal Fungal Nail Patches, Restores & Revitalizes Nails,Anti Fungal Nail Treatment
★★★☆☆ 2

---

### Seller reviews

## 3.2 out of 5

★★★☆☆ (15 reviews)

| 5 stars | 7 |
| 4 stars | 2 |
| 3 stars | 1 |
| 2 stars | 1 |
| 1 star | 5 |

**15 reviews**   Sort by | Most Relevant ▾

★☆☆☆☆                          09/16/2024
Terrible shipping of an important OTC. We recommend that Walmart not be used for any medication.
Howard

★☆☆☆☆                          08/09/2024
The picture is false advertisement. What u see is totally different than what u get.
kathy

★★★★★                          07/25/2024
Great whopper plopper might hook up with you later
RobertL

★★☆☆☆                          09/18/2024
D

★☆☆☆☆                          09/16/2024
Christine

★☆☆☆☆                          09/07/2024
Becky

★★★★★                          09/04/2024
andrea

★★★★★                          09/04/2024
Dianne

★★★★★                          09/01/2024
Catherine

★☆☆☆☆                          09/01/2024
Sharon

( 1 )  2  ( › )



jileijar

NEWOrganic 100% Pure Cold Pressed HairGrowth Oil Jamaican Castor Black Oil R4C0

(No ratings yet)

Free 30-day returns

$4.14

Price when purchased online

Buy now

Add to cart

How do you want your item?

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Oct 3 $3.99 | Not available | Not available |

Delivery to 500 NW 2nd Ave

Sold and shipped by **SeaAZqurtles**

15 seller reviews

View seller information

**Free 30-day returns** Details

Add to list | Add to registry

## About this item

Product details

**Description:**

**SPECIFICATION:**
**Net content: 60ml**
**Product packaging: boxed**
**Shelf life: 3 years**

**HOW TO USE:**
**STEP1**
**Take an appropriate amount of essential oil and gently brush the eyebrows and eyelashes**
**STEP2**
**Or take an appropriate amount of essential oil and apply it to the roots of your hair, and gently massage it with your fingertips to absorb it**
**STEP3**
**Use it daily to get better results.**

**COMMENT:**
**1. Manual measurement tolerance is 2-5g. Please don't mind your substitutions.**
**2. Due to the difference between different monitors, the image may not reflect the actual color of the item. thank you very much!**
**3. SKU color is the color of product packaging**

**PACKAGE INCLUDED:**
**1*Black Castor Oil**

NEWOrganic 100% Pure Cold Pressed HairGrowth Oil Jamaican Castor Black Oil R4C0

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications

**Brand**
jileijar

**Cart** (1 item)

🏷️ Pickup and delivery options ⌄



🚚 **Shipping** arrives by **Wed, Oct 2**
500 NW 2nd Ave, Unit 10001
$3.99 shipping

Sold and shipped by SeaAZourtles
$3.99 seller shipping fee

NEW Organic 100% Pure Cold Pressed Hair Growth Oil Jamaican Castor Black Oil R4C0                                        $4.14

ⓘ Free 30-day returns

Remove      Save for later        −  1  +

| | |
|---|---|
| Subtotal (1 item) | $4.14 |
| Seller shipping | $3.99 |
| **Taxes** | Calculated at checkout |
| **Estimated total** | **$8.13** |

Continue to checkout

Walmart+  **Become a member to get free same-day delivery, gas discounts & more!**  ✕

☐ Try Walmart+ free for 30 days!

**Popular items in your area**



**Best seller**

+ Add

**Now $6.96** ~~$13.92~~
Better Homes & Gardens Cotton Palm Beach Towel 38" X 72"
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

**Best seller**

+ Add

**$5.48**
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

+ Add

**$9.97**
GREAT VALUE TOILET PLUNGER BRUSH
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

**New Fall Rollbacks**



Rollback

+ Add

**Now $136.00** ~~$165.57~~
Steve Silver Daxton Black Faux Marble Sofa Table
Save with W+
Shipping, arrives **in 3+ days**

Rollback

+ Add

**Now $108.62** ~~$144.83~~
Agility Auto Parts 8013057 Radiator for Chevrolet, Saturn Specific Models Fits select: 2012-2015 CHEVROLET...
Save with W+
Shipping, arrives **in 3+ days**

Rollback

+ Add

**Now $67.57** ~~$86.00~~
Ledkingdomus All Weather TPE Front And Rear 3-piece for 2019-2020 Hyundai Santa Fe 5 Passenger...
★★★★★ 1
Save with W+
Shipping, arrives **in 3+ days**



**1. Shipping, arrives by Wed, Oct 2** ✓

Amla Amla                                                          Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                               Edit

House

**Items details**                                                  View details

1 item

| | |
|---|---|
| **Subtotal** (1 item) | $4.14 |
| Seller shipping | $3.99 |
| **Estimated taxes** | $0.57 |
| **Estimated total** | **$8.70** |

Have a promo code?  ⌄



**2. Payment method**  ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**Pay by bank**  ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**  ⌃

Pay with PayPal                    Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**        Items in your cart are not eligible for Affirm.

*PayPal*                                          affirm

Walmart+  Free 30-day trial

Defendant no. :          42

Defendant Name :         Jeemaytoo/BAWN LLC/YouTo LLC

Platform:                Walmart

| Plaintiff VAu 1-517-249 Copyright | Jeemaytoo/BAWN LLC/YouTo LLC's Infringing Product |
|---|---|
|  |  |

‹ Back to item

## YouTo LLC

★★★☆ See all 31 reviews
3.5 stars out of 5

**65%** Overall Positive Rating

Shop all seller items

🏠 Business Name:
foshanshiyoutuxianshangmaoyouxiangongsi

📧 Contact seller

📞 (+86) 17840984027

📍 foshanshinanhaiqiulishuizhenlishuidadao
bei113-101haoAdong509shi
foshanshi, GD 528000, CN

About Seller

### More items from this seller





$8.83

2 Pack Silicone Molds Puppy Dog Paw and Dog Bone Silicone Dog Treat Molds for Baking...
★★★★★ 12

$7.64

Heat Rash Treatment Cream, Fast Relief from Sweat Rash, Heat Rash Cream
★★★★½ 6

### Seller reviews

# 3.5 out of 5
★★★☆ (31 reviews)

| | |
|---|---|
| 5 stars | 17 |
| 4 stars | 3 |
| 3 stars | |
| 2 stars | 1 |
| 1 star | 10 |

**Most helpful positive review**

★★★★★

Shipped on time. The item is just very poor quality and does not work.

T

**VS**

**Most helpful negative review**

★☆☆☆☆

I got these to replace the other ultrasonic pest repellers that I had. The ones I got from you looked the same but were extremely light weight. One was missing a piece so I looked inside, it had none of the circuitry my old one had inside. Disgusting that a company would try to pass off the shell of a product as the whole product. Don't you care about the quality of the products?

Maggie

31 reviews    Sort by | Most Relevant ▾

JEEMAYTOO

**JEEMAYTOO Hair Growth Oil: Jamaican Black Castor Oil 60ml - Natural Moisturizer for Face, Body & Nails - 2pack**

☆☆☆☆☆ (No ratings yet)

Free shipping   Free 30-day returns

**$12.30**

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

Count Per Pack: 2

| 1 | 2 | 3 |
|---|---|---|
| $8.84 | $12.30 | $15.94 |

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Oct 2 | Not available | Not available |
| Free | | |

Delivery to  500 NW 2nd Ave

Sold and shipped by YouTo LLC

★★★☆☆  31 seller reviews

View seller information

Free 30-day returns  Details

♡ Add to list                      Add to registry

**More seller options (1)**

Starting from $12.35  Compare all sellers



**About this item**

**Product details** ⌃

JEEMAYTOO Hair Growth Oil: Jamaican Black Castor Oil 60ml - Natural Moisturizer for Face, Body & Nails

Discover the secret to luxurious, healthy hair and nourished skin with our JEEMAYTOO Hair Growth Oil. Our formula features the powerful benefits of Jamaican Black Castor Oil, a time-tested remedy renowned for its extraordinary healing properties. With vitamin E and omega-6 fatty acids, our oil provides ultimate moisture to your face, body, and nails.

Product Story:
Jamaican Black Castor Oil has been used for centuries to treat various ailments. Its unique composition, enriched with vitamin E and omega-6 fatty acids, offers exceptional antibacterial and antifungal properties, making it an ideal solution for reducing dandruff and soothing dry, irritated scalps. Studies have shown that regular application of castor oil can stimulate hair growth up to three times faster than usual, making it suitable for eyebrows, eyelashes, and other hair growth needs.

Product Function Detailed Explanation:
Our Jamaican black castor oil is a versatile natural hair care oil that not only moisturizes the scalp but also prevents hair dryness, promotes follicle growth, and helps combat hair loss. Acting as an effective conditioner, this oil preserves hair vibrancy, repairs damage, and reduces split ends. Additionally, the nourishing fatty acids present in our oil play a vital role in maintaining healthy and hydrated skin. They regulate natural oil production, keeping the skin well-hydrated while combating age-related concerns and acne breakouts.

Specification Information and Usage Instructions:
- Ingredients: Black Castor Oil
- Benefits:
- Promotes Hair Growth
- Strengthens Hair at the Root

**Cart** (1 item)

🛒 Pickup and delivery options ⌄

Continue to checkout

🚚 **Free shipping** arrives by **Tue, Oct 1**
500 NW 2nd Ave, Unit 10001

| | |
|---|---|
| **Subtotal** (1 item) | $12.30 |
| Shipping | Free |
| **Taxes** | Calculated at checkout |

Sold and shipped by  YouTo LLC
Free shipping



JEEMAYTOO Hair Growth Oil: Jamaican Black Castor Oil 60ml - Natural
Moisturizer for Face, Body & Nails - 2pack
Count Per Pack: 2
🔁 Free 30-day returns

$12.30

Remove    Save for later    − 1 +

**Estimated total**    $12.30

Walmart+ Become a member to get free same-day
delivery, gas discounts & more!  ✕
☐ Try Walmart+ free for 30 days!

### Popular items in your area



**Best seller**

Now **$6.96** $12.92
Better Homes & Gardens Cotton
Palm Beach Towel 38" X 72"
**Save with W+**
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

**Best seller**

$5.48
Mainstays Medium Weight PEVA
Shower Liner, 70" x 71" - Clear
**Save with W+**
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

$9.97
GREAT VALUE TOILET PLUNGER
BRUSH
**Save with W+**
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

### New Fall Rollbacks



**Rollback**

Now **$136.00** $166.97
Steve Silver Daxton Black Faux
Marble Sofa Table
**Save with W+**
Shipping, arrives **in 3+ days**

**Rollback**

Now **$152.00** $169.70
Tyler Dillon Beveled Oval Wall Mirror
with Beaded Textured Wood Frame
33"H x 25"W
★★★★☆ 13
**Save with W+**
Shipping, arrives **in 3+ days**

**Rollback**

Now **$67.57** $86.00
Ledkingdomus All Weather TPE Front
And Rear 3-piece for 2019-2020
Hyundai Santa Fe 5 Passenger...
★★★★★ 1
**Save with W+**
Shipping, arrives **in 3+ days**



**1. Free shipping, arrives by Tue, Oct 1** ✓

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101                    Edit

**Delivery instructions (optional)**                          Edit

House

| | |
|---|---|
| Subtotal (1 item) | $12.30 |
| Shipping | Free |
| **Estimated taxes** | $0.86 |
| **Estimated total** | **$13.16** |

Have a promo code?  ⌄

**Items details**                                    View details

1 item



---

💳 **2. Payment method**                                ⊖

**Pay with card**

Learn more about payment methods we accept.

\* Required field

**Card number** \*

[ 💳                                                      ]

                                                      Continue

---

**Pay by bank**                                           ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

[ **Connect your bank** ]

---

**Other ways to pay**                                      ⌃

**Pay with PayPal**                    Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**    Items in your cart are not eligible for Affirm.

[ **PayPal** ]                          [ **affirm** ]

---

Walmart+  Free 30-day trial

Defendant no. :          43

Defendant Name :      ouytwer / BAWN LLC/YouTo LLC

Platform:                   Walmart

| Plaintiff VAu 1-517-249 Copyright | ouytwer / BAWN LLC/YouTo LLC's Infringing Product |
|---|---|
|  | |

‹ Back to item

## YouTo LLC

★★★½ See all 31 reviews
3.5 stars out of 5

**65%** Overall Positive Rating

Shop all seller items

🏠 Business Name:
foshanshiyoutuxianshangmaoyouxiangongsi

🔗 Contact seller

📞 (+86) 17840984027

📍 foshanshinanhaiqulishuizhenlishuidadao
bei113-101haoAdong509shi
foshanshi, GD 528200, CN

About Seller

### More items from this seller





**$8.83**
2 Pack Silicone Molds Puppy Dog Paw
and Dog Bone Silicone Dog Treat
Molds for Baking...
★★★★★ 12

**$7.64**
Heat Rash Treatment Cream, Fast
Relief from Sweat Rash, Heat Rash
Cream
★★★★½ 6

### Seller reviews

# 3.5 out of 5
★★★½ (31 reviews)

| | |
|---|---|
| 5 stars | 17 |
| 4 stars | 3 |
| 3 stars | |
| 2 stars | 1 |
| 1 star | 10 |

**Most helpful positive review**                    VS                    **Most helpful negative review**

★★★★★

Shipped on time. The item is just very poor
quality and does not work.

T

★☆☆☆☆

I got these to replace the other ultrasonic
pest repellers that I had. The ones I got
from you looked the same but were
extremely light weight. One was missing a
piece so I looked inside, it had none of the
circuitry my old one had inside. Disgusting
that a company would try to pass off the
shell of a product as the whole product.
Don't you care about the quality of the
products?

Maggie

31 reviews      Sort by | Most Relevant ▾

JFY

JFY Jamaican Black Castor Oil 2Fl oz, Organic Castor Oil for Skin Massage, Cold Pressed Castor Oils for Scalp, Skin and Nails, Nourish Eyelashes and Eyebrows

★★★★★ (5.0) | 1 rating

🚚 Free shipping    🔵 Free 30-day returns

**$7.49**

Other options from $4.38

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

Count: 1

| 1<br>$7.49 | |
|---|---|

**How do you want your item?**

| 🚚 Shipping<br>Arrives Oct 2<br>Free | 🚗 Pickup<br>Not available | 🔒 Delivery<br>Not available |
|---|---|---|

Delivery to  500 NW 2nd Ave

🏬 Sold and shipped by **YouTo LLC**

★★★½☆ 31 seller reviews

View seller information

🔵 Free 30-day returns  Details

♡ Add to list                    🎁 Add to registry

**More seller options (1)**

Starting from $4.38   Compare all sellers





**About this item**

**Product details** ⌃

Description:

1.Natural And Chemical-free

2. Hair And Skin Look And Feel Bright And Healthy

3. Has Healing And Strengthening Properties

4. Grow Thick Long Eyelashes And Eyebrows Naturally

5. Improve Digestion And Reduce Inflammation

6. Increase The Benefits Of Relaxation And Strengthening Immunity

7. Improve Digestion And Reduce Inflammation

8. Increase The Benefits Of Relaxation And Strengthening Immunity

Name: Massage Oil

Single Size: 42x42x121

**Cart** (1 item)



🛒 Pickup and delivery options ⌄

Continue to checkout

🚚 **Free shipping** arrives by **Tue, Oct 1**
500 NW 2nd Ave, Unit 10001

| | |
|---|---|
| **Subtotal** (1 item) | $7.49 |
| Shipping | Free |
| **Taxes** | Calculated at checkout |
| **Estimated total** | $7.49 |

Sold and shipped by YouTo LLC

Free shipping



JFY Jamaican Black Castor Oil 2Fl oz, Organic Castor Oil for Skin Massage, Cold Pressed Castor Oils for Scalp, Skin and Nails, Nourish Eyelashes and...
Count: 1
🔄 Free 30-day returns                                                    $7.49

Remove    Save for later    [ − 1 + ]

Walmart+  **Become a member to get free same-day delivery, gas discounts & more!**  ✕

☐ Try Walmart+ free for 30 days!

**Popular items in your area**



| Best seller | Best seller | |
|---|---|---|
| + Add | + Add | + Add |
| **Now $6.96** $13.92 | **$5.48** | **$9.97** |
| Better Homes & Gardens Cotton Palm Beach Towel 38" X 72" | Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear | GREAT VALUE TOILET PLUNGER BRUSH |
| Save with W+ | Save with W+ | Save with W+ |
| Pickup **tomorrow** Delivery **tomorrow** Shipping, arrives **tomorrow** | Pickup **tomorrow** Delivery **tomorrow** Shipping, arrives **tomorrow** | Pickup **tomorrow** Delivery **tomorrow** Shipping, arrives **in 3+ days** |

**New Fall Rollbacks**



| Rollback | Rollback | Rollback |
|---|---|---|
| + Add | + Add | + Add |
| **Now $136.00** $161.17 | **Now $121.00** $156.42 | **Now $176.00** $248.64 |
| Steve Silver Daxton Black Faux Marble Sofa Table | Galaxy Super Industrial Lug R-4 25/8.50-14 B Tire | Rafael Wooden Cocktail Table in Cherry Finish with Glass Inlay |
| Save with W+ | Save with W+ | ★★★★☆ 19 |
| Shipping, arrives **in 3+ days** | Shipping, arrives **in 2 days** | Save with W+ |
| | | Shipping, arrives **in 3+ days** |



**1. Free shipping, arrives by Tue, Oct 1** ✓

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101                    Edit

**Delivery instructions (optional)**                              Edit

House

**Items details**                                              View details

1 item

| Subtotal (1 item) | $7.49 |
|---|---|
| Shipping | Free |
| **Estimated taxes** | $0.52 |
| **Estimated total** | **$8.01** |

Have a promo code? ⌄



**2. Payment method** ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**Pay by bank** ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay** ⌃

Pay with PayPal
☐ Remember my PayPal account details

*PayPal*

Pay in monthly installments with Affirm
Items in your cart are not eligible for Affirm.

*affirm*

Walmart+  Free 30-day trial

Defendant no. :          44

Defendant Name :     GOLFAN/BAWN LLC/YouTo LLC

Platform:                  Walmart

| Plaintiff VAu 1-517-249 Copyright | GOLFAN/BAWN LLC/YouTo LLC's Infringing Product |
|---|---|
|  | |

‹ Back to item

## YouTo LLC

★★★½☆  See all 31 reviews
3.5 stars out of 5



**65%**  Overall Positive Rating

Shop all seller items

🏠 Business Name:
foshanshiyoutuxianshangmaoyouxiangongsi

📧 Contact seller

📞 (+86) 17840984027

📍 foshanshinanhaiqulishuizhenlishuidadao
bei113-101haoAdong509shi
foshanshi, GD 528200, CN

About Seller

### More items from this seller



+ Add

**$8.83**
2 Pack Silicone Molds Puppy Dog Paw and Dog Bone Silicone Dog Treat Molds for Baking...
★★★★★ 12



+ Add

**$7.64**
Heat Rash Treatment Cream, Fast Relief from Sweat Rash, Heat Rash Cream
★★★★½ 6

### Seller reviews

# 3.5 out of 5
★★★½☆ (31 reviews)

| | |
|---|---|
| 5 stars | 17 |
| 4 stars | 3 |
| 3 stars | |
| 2 stars | 1 |
| 1 star | 10 |

**Most helpful positive review**          VS          **Most helpful negative review**

★★★★★

Shipped on time. The item is just very poor quality and does not work.

T

★☆☆☆☆

I got these to replace the other ultrasonic pest repellers that I had. The ones I got from you looked the same but were extremely light weight. One was missing a piece so I looked inside, it had none of the circuitry my old one had inside. Disgusting that a company would try to pass off the shell of a product as the whole product. Don't you care about the quality of the products?

Maggie

**31 reviews**    Sort by | Most Relevant ▾

GOLFAN

Jamaican Black Castor Oil for Hair Growth 60ml(2.02 fl.oz) Natural Moisturizer for Face, Body & Nails, Carrier Oil for Essential Oils and DIY Beauty

(No ratings yet)

Free shipping    Free 30-day returns

**$11.24**
Price when purchased online ⓘ

Buy now

Add to cart

Size: 2pcs



| 1pcs $11.24 | 2pcs $17.88 | 3pcs $24.10 |




5pcs $40.99

### How do you want your item?

🚚 Shipping
Arrives Oct 2
Free

🚗 Pickup
Not available

📦 Delivery
Not available

Delivery to  500 NW 2nd Ave

Sold and shipped by  YouTo LLC

★★★☆☆ 31 seller reviews
View seller information

Free 30-day returns  Details

♡ Add to list                    🎁 Add to registry

**More seller options (1)**
Starting from $11.29  Compare all sellers









## About this item

Product details                    ⌃

Product details:

GOLFAN Jamaican Black Castor Oil for Hair Growth & Skin Conditioning - Nourishes and Hydrates Hair, Skin & Nails - 100% Pure Cold Pressed - 2 oz⅝

Jamaican Black Castor Oil has been used for centuries to treat many ailments. It is a natural hair care oil rich in omega-6 fatty acids, which can moisturize the scalp, prevent hair dryness, promote hair follicle growth, and prevent hair loss. At the same time, it is a good conditioner which can repair damaged hair, reduce dark yellow hair split ends. The fatty acids contained in the oil are essential to the healthy functioning of the skin. These keep the skin hydrated, regulate its natural oil production, help to keep problems such as spots at bay and helps combat signs of ageing.

How to Use:

* Castor oil can be applied directly to hair and skin/body, or it can be diluted into any cream, shampoo or conditioner by adding 2-3 drops per 100ml.

* Put a few drops of Jamaican Black Castor Oil on the palm of your hand and gently massage the product onto the scalp or skin.

* Once done, put it on your hair until your next shampoo.

* We recommend once or twice a week for at least three months, which is usually when you see new hair appear.

Warnings:

**Cart** (1 item)

🏷️ Pickup and delivery options ⌄

🚚 **Free shipping** arrives by **Tue, Oct 1**
500 NW 2nd Ave, Unit 10001

Sold and shipped by YouTo LLC
**Free shipping**



Jamaican Black Castor Oil for Hair Growth 60ml(2.02 fl.oz) Natural
Moisturizer for Face, Body & Nails, Carrier Oil for Essential Oils and DIY...
Size: 1pcs
ⓘ Free 30-day returns

$11.24

Remove     Save for later     − 1 +



Continue to checkout

| | |
|---|---|
| Subtotal (1 item) | $11.24 |
| Shipping | Free |
| Taxes | Calculated at checkout |
| **Estimated total** | **$11.24** |

Walmart+ **Become a member to get free same-day delivery, gas discounts & more!** ✕
☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller
**Now $6.96** $13.92
⊕ Add
Better Homes & Gardens Cotton
Palm Beach Towel 38" X 72"
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

Best seller
**$5.48**
⊕ Add
Mainstays Medium Weight PEVA
Shower Liner, 70" x 71" - Clear
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

**$9.97**
⊕ Add
GREAT VALUE TOILET PLUNGER
BRUSH
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

**New Fall Rollbacks**



Rollback
**Now $62.00** $97.00
⊕ Add
TMS Martino 2-Tier Metal Bar Cart
with Wine Storage, Stemware Rack,
and Casters, Black
★★★★★ 1
Save with W+
Shipping, arrives **in 3+ days**

Rollback
**Now $176.00** $248.64
⊕ Add
Rafael Wooden Cocktail Table in
Cherry Finish with Glass Inlay
★★★★☆ 19
Save with W+
Shipping, arrives **in 3+ days**

Rollback
**Now $152.00** $169.70
⊕ Add
Tyler Dillon Beveled Oval Wall Mirror
with Beaded Textured Wood Frame
33"H x 25"W
★★★★½ 13
Save with W+
Shipping, arrives **in 3+ days**



**1. Free shipping, arrives by Tue, Oct 1**   ✓

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101                Edit

**Delivery instructions (optional)**                        Edit

House

**Items details**                                          View details

1 item

| | |
|---|---|
| Subtotal (1 item) | $11.24 |
| Shipping | Free |
| **Estimated taxes** | $0.79 |
| **Estimated total** | **$12.03** |

Have a promo code?   ⌄



**2. Payment method**   ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Pay by bank**   ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**   ⌃

Pay with PayPal                                 Pay in monthly installments with Affirm

☐ Remember my PayPal account details            Items in your cart are not eligible for Affirm.

PayPal                                          affirm

Walmart  Free 30-day trial

Defendant no. :         45

Defendant Name :        zhongjianyong/asangmaoysc

Platform:               Walmart

| Plaintiff VAu 1-517-249 Copyright | zhongjianyong/asangmaoysc's Infringing Product |
|---|---|
|  | |

‹ Back to item

## asangmaoysc



4 stars out of 5   See all 1 review

**100%**   Overall Positive Rating

Shop all seller items

🏠 Business Name:
guangzhoubiaoheshangmaoyouxiangongsi

✉ Contact seller

📞 (+86) 16211499736

📍 guangzhoushizengchengqu
shangyunlu100hao
guangzhoushi, GD 510000, CN

**Seller reviews**

# 4 out of 5

★★★★☆ (1 review)

| | |
|---|---|
| 5 stars | |
| 4 stars | 1 |
| 3 stars | |
| 2 stars | |
| 1 star | |

**1 review**   Sort by | Most Relevant ▾

★★★★☆                              08/27/2024

Missyjo1973

NOBRAND

Aliver Jamaican Black Castor Oil for Hair Growth & Skin Conditioning - Nourishes and Hydrates Hair, Skin & Nails - 100% Pure Cold Pressed - 2 oz

☆ (No ratings yet)

🚚 Free shipping   ↩ Free 30-day returns

**$20.99**
Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

**Actual Color:** 2pack(recommend!)

| 1<br>$13.99 | 2pack(recommend!)<br>$20.99 |
|---|---|

**How do you want your item?**

| 🚚<br>Shipping<br>Arrives Oct 9<br>Free | 🚗<br>Pickup<br>Not available | 🏢<br>Delivery<br>Not available |
|---|---|---|

Delivery to **500 NW 2nd Ave**

🏪 Sold and shipped by **asangmaoysc**

★★★★☆ 1 seller review
View seller information

↩ Free 30-day returns  Details

| ♡ Add to list | 🏛 Add to registry |
|---|---|

**More seller options (1)**
Starting from $20.99  Compare all sellers

2 Pack

♡
🔍

**About this item**

**Product details** ︿

Aliver Jamaican Black Castor Oil for Hair Growth & Skin Conditioning - Nourishes and Hydrates Hair, Skin & Nails - 100% Pure Cold Pressed - 2 oz％
Jamaican Black Castor Oil has been used for centuries to treat many ailments. It is a natural hair care oil rich in omega-6 fatty acids, which can moisturize the scalp, prevent hair dryness, promote hair follicle growth, and prevent hair loss. At the same time, it is a good conditioner which can repair damaged hair, reduce dark yellow hair split ends. The fatty acids contained in the oil are essential to the healthy functioning of the skin. These keep the skin hydrated, regulate its natural oil production, help to keep problems such as spots at bay and helps combat signs of ageing.

How to Use:
* Castor oil can be applied directly to hair and skin/body, or it can be diluted into any cream, shampoo or conditioner by adding 2-3 drops per 100ml.
* Put a few drops of Jamaican Black Castor Oil on the palm of your hand and gently massage the product onto the scalp or skin.
* Once done, put it on your hair until your next shampoo.
* We recommend once or twice a week for at least three months, which is usually when you see new hair appear.

Warnings:
* For external use only.
* Keep away from flames and high heat.
* Keep out of reach of children and pets.
* Discontinue use immediately if redness or irritation occurs.

Package include1％
1 x Jamaican Black Castor Oil

**Cart** (1 item)

🏷️ **Pickup and delivery options** ⌄

Continue to checkout

🚚 **Free shipping** arrives by **Tue, Oct 8**
500 NW 2nd Ave, Unit 10001

Sold and shipped by _asangmaoysc_
**Free shipping**



Aliver Jamaican Black Castor Oil for Hair Growth & Skin Conditioning - Nourishes and Hydrates Hair, Skin & Nails - 100% Pure Cold Pressed - 2 oz
Actual Color: 2pack(recommend)...
🔄 Free 30-day returns

$20.99

Remove    Save for later    —  1  +

| | | |
|---|---|---|
| **Subtotal** (1 item) | | $20.99 |
| Shipping | | Free |
| **Taxes** | | Calculated at checkout |
| **Estimated total** | | $20.99 |

Walmart+ **Become a member to get free same-day delivery, gas discounts & more!** ✕
☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller
+ Add

**Now $6.96** ~~$13.92~~
Better Homes & Gardens Cotton Palm Beach Towel 38" X 72"
**Save with W+**
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

Best seller
+ Add

**$5.48**
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear
**Save with W+**
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

+ Add

**$9.97**
GREAT VALUE TOILET PLUNGER BRUSH
**Save with W+**
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

**New Fall Rollbacks**



Rollback
+ Add

**Now $62.00** ~~$77.00~~
TMS Martino 2-Tier Metal Bar Cart with Wine Storage, Stemware Rack, and Casters, Black
★★★★★ 1
**Save with W+**
Shipping, arrives **in 3+ days**

Rollback
+ Add

**Now $152.00** ~~$169.70~~
Tyler Dillon Beveled Oval Wall Mirror with Beaded Textured Wood Frame 33"H x 25"W
★★★★☆ 13
**Save with W+**
Shipping, arrives **in 3+ days**

Rollback
+ Add

**Now $166.32** ~~$208.00~~
Order Now For Holiday Delivery, Freestyle Checkerboard Stone Oval Men's Birthstone Class Ring Sterlin...
**Save with W+**
Shipping, arrives **in 3+ days**



**1. Free shipping, arrives by Tue, Oct 8** ✓

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101                    Edit

**Delivery instructions (optional)**                          Edit

House

| | |
|---|---|
| Subtotal (1 item) | $20.99 |
| Shipping | Free |
| **Estimated taxes** | $1.47 |
| **Estimated total** | **$22.46** |

Have a promo code?  ⌄

**Items details**                                View details

1 item



**2. Payment method**  ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Pay by bank**  ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**  ⌃

Pay with PayPal                         Pay in monthly installments with Affirm

☐ Remember my PayPal account details    Items in your cart are not eligible for Affirm.

PayPal                                   affirm

Walmart+  Free 30-day trial

Defendant no. :     46

Defendant Name :     WEIER Co.Ltd / FANGQU Co.Ltd

Platform:     Walmart

| Plaintiff VAu 1-517-249 Copyright | WEIER Co.Ltd / FANGQU Co.Ltd's Infringing Product |
|---|---|
|  |  |

‹ Back to item

## FANGQU Co.Ltd

★★☆☆☆  See all 16 reviews
1.6 stars out of 5

**13%**  Overall Positive Rating

Shop all seller items

🏠 Business Name:
guangzhoufangqumaoyiyouxiangongsi

✉ Contact seller

☎ (+86) 18638341389

📍 tianhequlongdongshangmaodajie10hao
101puW565fang
guangzhoushi, GD 510000, CN

About Seller

## Seller reviews

# 1.6 out of 5

★★☆☆☆ (16 reviews)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 1 |
| 3 stars | 1 |
| 2 stars | |
| 1 star | 13 |

### Most helpful positive review

★★★★★

It took about a week longer than originally
stated. Sent through USPS. But they
arrived in tact.

QWEENBEE

**VS**

### Most helpful negative review

★☆☆☆☆

i was very unimpressed with the hole
experience from this seller. order was
delayed for weeks without commination.
then when it finally arrived it was
completely smashed and looked like a5
year old speed it. arrived damaged had to
end up going to the store and purchasing
anyway. TERRIBLE

edward

**16 reviews**  Sort by | Most Relevant ▼

★☆☆☆☆                    08/20/2024

i was very unimpressed with the hole experience from
this seller. order was delayed for weeks without
commination. then when it finally arrived it was
completely smashed and looked like a5 year old speed
it. arrived damaged had to end up going to the store
and purchasing anyway. TERRIBLE

edward

★☆☆☆☆                    08/07/2024

ive odered from here a dozen times. and for the last
time they sent a completely different and "fake" bag of
8 toe rings that were all broken into little peices. ive
only gotten my correct items half of the time i ordered.
and if they were the right item half of those time's the
silver was actually just alloy metal. never again

Huckleberry

★☆☆☆☆                    08/10/2024

Hi I bought a original PS4 controller but I got a fake
PS4 controller it doesn't even have the PlayStation
Logo can I get the actual controller that I paid for or a
refund please

Melquan

★☆☆☆☆                    08/18/2024

I wanted. O put a piece between two pieces of paper
and then write on the top paper and end up with two
exact copies of the top paper.

Edward

★☆☆☆☆                    09/06/2024

Shipping took forever, then I received the wrong item!

ST

GOLFAN

**Jamaican Black Castor Oil for Hair Growth 60ml(2.02 fl.oz) Natural Moisturizer for Face, Body & Nails, Carrier Oil for Essential Oils and DIY Beauty - 5pack**

☆ (No ratings yet)

🚚 Free shipping   ↩ Free 30-day returns

**$20.10**

Price when purchased online ⓘ

| Buy now |
| Add to cart |

Size: 5pcs

| 5pcs |
| $20.10 |

**How do you want your item?**

| 🚚 Shipping Arrives Oct 5 Free | 🚗 Pickup Not available | 📦 Delivery Not available |

Delivery to **500 NW 2nd Ave**

🏪 Sold and shipped by FANGQU Co.Ltd

★★☆☆☆ 16 seller reviews
View seller information

↩ Free 30-day returns  Details

♡ Add to list                              🎁 Add to registry

**More seller options (4)**

Starting from $2010  Compare all sellers









**About this item**

**Product details** ⌄

Product details:

Jamaican black Castor Oil is 100% pure & natural, cold pressed and unrefined. Naturally rich with vitamins and fatty acids, castor oil can help enhance the appearance of your hair, eyebrows and eyelashes. Known for its ability to help strengthen and repair dry or damaged hair, castor oil can help hydrate your skin, hair, and scalp.

Feature:

- Multiple Uses For Hair, Eyelashes, Eyebrows Growth, Skin Care And Nail Care.

- Enriched with vitamin E, a powerful natural antioxidant, perfect for dry, damaged and overworked hair.

- Effect on the skin to resist aging and wrinkle, help to nourish and condition the skin for a smooth, healthy appearance.

- Replenish hair root nutrition, balance scalp oil, improve blood circulation, help hair growth.

Nourish and hydrate, combat signs of aging skin.

INGREDIENTS: Black Castor Oil (cold pressed).

DIRECTIONS:

For external use only, Castor oil can be applied in a variety of ways:

**Cart** (1 item)

🛒 **Pickup and delivery options** ⌄

🚚 **Free shipping** arrives by **Fri, Oct 4**
500 NW 2nd Ave, Unit 10001

Sold and shipped by FANGQU Co.Ltd
**Free shipping**



Jamaican Black Castor Oil for Hair Growth 60ml(2.02 fl.oz) Natural Moisturizer for Face, Body & Nails, Carrier Oil for Essential Oils and DIY... **$20.10**
Size: 5pcs
🔄 Free 30-day returns

Remove    Save for later            − 1 +



Continue to checkout

| | |
|---|---|
| Subtotal (1 item) | $20.10 |
| Shipping | Free |
| **Taxes** | Calculated at checkout |
| **Estimated total** | $20.10 |

Walmart+ **Become a member to get free same-day delivery, gas discounts & more!** ✕
☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller
+ Add
**Now $6.96** $13.92
Better Homes & Gardens Cotton Palm Beach Towel 38" X 72"
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

Best seller
+ Add
**$5.48**
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

+ Add
**$9.97**
GREAT VALUE TOILET PLUNGER BRUSH
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

**New Fall Rollbacks**



Rollback
+ Add
**Now $62.00** $77.00
TMS Martino 2-Tier Metal Bar Cart with Wine Storage, Stemware Rack, and Casters, Black
⭐⭐⭐⭐⭐ 1
Save with W+
Shipping, arrives **in 3+ days**

Rollback
+ Add
**Now $152.00** $169.70
Tyler Dillon Beveled Oval Wall Mirror with Beaded Textured Wood Frame 33"H x 25"W
⭐⭐⭐⭐ 13
Save with W+
Shipping, arrives **in 3+ days**

Rollback
+ Add
**Now $74.20** $121.08
Linon Brook 30" Wood Bar Stool Black Faux Leather Nailhead Trim in Cherry Stain
⭐⭐⭐⭐ 13
Save with W+
Shipping, arrives **in 3+ days**



**1. Free shipping, arrives by Fri, Oct 4** ✓

Amla Amla                                                    Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                         Edit

House

**Items details**                                            View details

1 item

| | |
|---|---|
| Subtotal (1 item) | $20.10 |
| Shipping | Free |
| **Estimated taxes** | $1.41 |
| **Estimated total** | **$21.51** |

Have a promo code?   ⌄



**2. Payment method**   ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

[ ▭ ]

Continue

**Pay by bank**   ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

[ **Connect your bank** ]

**Other ways to pay**   ⌃

Pay with PayPal                    Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**   Items in your cart are not eligible for Affirm.

[ *PayPal* ]                       [ affirm ]

*Walmart* + Free 30-day trial

Defendant no. :          47

Defendant Name :     DXOUPM Clothing

Platform:                 Walmart

| Plaintiff VAu 1-517-249 Copyright | DXOUPM Clothing's Infringing Product |
|---|---|
|   |  |

‹ Back to item

## DXOUPM Clothing

★☆☆☆☆   See all 2 reviews
1 stars out of 5

**0%**   Overall Positive Rating

Shop all seller items

⌂ Business Name:
wuhanshijiuzhimaodianzishangwuyouxiangongsi

✉ Contact seller

☎ (+86) 15927142956

⌖ hongshanqushuchenglu176haonanhuxin
chengjayuan
18donglceng4hao
wuhanshi, HB 430070, CN

About Seller



### More items from this seller

$18.58  $40.27
DXOUPM Pull On Jeans for Women Women
Stretchy High Waisted Straight Leg Ripped
Jeans Frayed Ankle Denim Pants Ripped Jea...

$9.24
DXOUPM Solid Short Dress Women Soft T
Shirt Dress Short Sleeve Casual Summer Tunic
Dress Loose Dress with Pockets Crew Neck...

$11.52
DXOUPM Womens Capri Shorts Jean
Women's Fashion Multi Pocket Shorts Casual
Denim Summer Denim Multi Button Women'...

### Seller reviews

# 1 out of 5

★☆☆☆☆ (2 reviews)

| | |
|---|---|
| 5 stars | |
| 4 stars | |
| 3 stars | |
| 2 stars | |
| 1 star | 2 |

**2 reviews**     Sort by | Most Relevant ▾

★☆☆☆☆                                    07/30/2024

There was no size description of this product, so I had to return it!

lindadee43

★☆☆☆☆                                    08/06/2024

Everardo

### About Seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

DXOUPM Clothing

DXOUPM

**DXOUPM Black Castor Oil Hair Care Serum for Nail Skincare Dry Hair Reduces Frizz Hair Loss Breakage Moisturize Body 60ml**

☆ (No ratings yet)

⟲ Free 30-day returns

**$5.23**

Price when purchased online ⓘ

| Buy now |
| Add to cart |

**How do you want your item?**

| 🚚 Shipping<br>Arrives Oct 11<br>$3.00 | 🚗 Pickup<br>Not available | 🏬 Delivery<br>Not available |

Delivery to **500 NW 2nd Ave**

🏬 Sold and shipped by **DXOUPM Clothing**

★☆☆☆☆ 2 seller reviews
View seller information

⟲ Free 30-day returns   Details

♡ Add to list                    ⊞ Add to registry



**About this item**

**Product details** ︿

## 1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml

Features:

- Hair Care: Jamaican black oil is a natural hair care oil rich in high vitamin E, minerals, proteins,-6 fatty , which can moisturize the scalp, hair dryness, control sebum, maintain scalp, reduce dandruff, strengthen hair shine and less frizz.

- Stimulate Hair Growth: oil helps moisturize, thicken and strengthen the hair follicles. It locks in the in the hair shaft making each strand thicker and darker, organic oil helps stimulate hair, eyelashes & eyebrows growth up to three times rate and and hair loss.

- Nourishes Skin: Jamaican black oil keep your face moisturized, the fatty contained in the oil are to the functioning of the skin. These keep the skin hydrated, its natural oil production, help reduce blemishes, , pimples, and signs of ageing.

- Body Moisturizer: Black oil can also be used as an all-over body moisturizer--helping to keep skin smooth, nourished, and supple. It is particularly effective for rough areas like feet and elbows. Simply apply to damp skin after a shower or bath to lock in .

- Easy To Use: Take a small amount of nourishment oil to the scalp,hair, body,beard,eyebrows or eyelashes,massage with fingers for 2-3 minutes until absorbed.You will feel it can nourish and damaged hair and excess oil.

Product Description:

1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml

Material: oil

Color: as the picture shows, (Due to the difference between different monitors, the picture may have slight color difference. please make sure you do not mind before ordering, Thank you!)

Package weight: 125g

Package size: 12.1x4.2x4.2cm,(Please allow 1-3mm error due to manual measurement. please make sure you do not mind before ordering.)

- Hair Care: Jamaican black oil is a natural hair care oil rich in high vitamin E, minerals, proteins,-6 fatty , which can moisturize the scalp, hair dryness, control sebum, maintain scalp, reduce dandruff, strengthen hair shine and less frizz.
- Stimulate Hair Growth: oil helps moisturize, thicken and strengthen the hair follicles. It locks in the in the hair shaft making each strand thicker and darker, organic oil helps stimulate hair, eyelashes & eyebrows growth up to three times rate and and hair loss.
- Nourishes Skin: Jamaican black oil keep your face moisturized, the fatty contained in the oil are to the functioning of the skin. These keep the skin hydrated, its natural oil production, help reduce blemishes, , pimples, and signs of ageing.
- Body Moisturizer: Black oil can also be used as an all-over body moisturizer--helping to keep skin smooth, nourished, and supple. It is particularly effective for rough areas like feet and elbows. Simply apply to damp skin after a shower or bath to lock in .
- Easy To Use: Take a small amount of nourishment oil to the scalp,hair, body,beard,eyebrows or eyelashes,massage with fingers for 2-3 minutes until absorbed.You will feel it can nourish and damaged hair and excess oil.

**Cart** (1 item)



🏷️ **Pickup and delivery options** ⌄

Continue to checkout



**Shipping** arrives by **Thu, Oct 10**
500 NW 2nd Ave, Unit 10001
$3.00 shipping

| | |
|---|---|
| **Subtotal** (1 item) | $5.23 |
| Seller shipping | $3.00 |
| **Taxes** | Calculated at checkout |
| **Estimated total** | **$8.23** |

Sold and shipped by **DXOUPM Clothing**
$3.00 seller shipping fee

 DXOUPM Black Castor Oil Hair Care Serum for Nail Skincare Dry Hair Reduces Frizz Hair Loss Breakage Moisturize Body 60ml
Actual Color: Black
🔄 Free 30-day returns

$5.23

Remove    Save for later    − 1 +

**Walmart+** Become a member to get free same-day delivery, gas discounts & more! ✕
☐ Try Walmart+ free for 30 days!

**Popular items in your area**

Best seller 
＋ Add

Best seller
＋ Add


＋ Add

**Now $6.96** ~~$13.92~~
Better Homes & Gardens Cotton Palm Beach Towel 38" X 72"
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

**$5.48**
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

**$9.97**
GREAT VALUE TOILET PLUNGER BRUSH
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

**New Fall Rollbacks**

Rollback 
＋ Add

Rollback
＋ Add

Rollback
＋ Add

**Now $62.00** ~~$77.00~~
TMS Martino 2-Tier Metal Bar Cart with Wine Storage, Stemware Rack, and Casters, Black
★★★★★ 1
Save with W+
Shipping, arrives **in 3+ days**

**Now $74.20** ~~$124.88~~
Linon Brook 30" Wood Bar Stool Black Faux Leather Nailhead Trim in Cherry Stain
★★★★½ 13
Save with W+
Shipping, arrives **in 3+ days**

**Now $34.00** ~~$55.23~~
Carlstar Turf Master 13.00X6.50-6 55A4 B Lawn & Garden Tire
★★★★½ 240
Shipping, arrives **in 2 days**



**1. Shipping, arrives by Thu, Oct 10**   ✓

Amla Amla                                              Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions** (optional)                   Edit

House

**Items details**                                      View details

1 item



| | |
|---|---|
| **Subtotal** (1 item) | $5.23 |
| Seller shipping | $3.00 |
| **Estimated taxes** | $0.00 |
| **Estimated total** | **$8.23** |

Have a promo code?                                     ⌄

---



🗂 **2. Payment method**                               ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

[ 🔲                                              ]

Continue

---

**Pay by bank**                                        ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

[ Connect your bank ]

---

**Other ways to pay**                                  ⌃

Pay with PayPal                    Pay in monthly installments with Affirm

☐ Remember my PayPal account details    Items in your cart are not eligible for Affirm.

[ *PayPal* ]                        [ affirm ]

---

Walmart+ Free 30-day trial

Defendant no. :          48

Defendant Name :      AI Retailer LLC

Platform:                  Walmart

| Plaintiff VAu 1-517-249 Copyright | AI Retailer LLC's Infringing Product |
|---|---|
|  | |

‹ Back to item

## AI Retailer LLC

★★★★⯪   See all 9 reviews
4.6 stars out of 5

**89%**   Overall Positive Rating

Shop all seller items

🏠 Business Name: AI Retailer LLC
✉ Contact seller
📞 (408) 838-4279
📍 8234 JUNIPER AVE
NEWARK, CA 94560, US

### More items from this seller







| + Add | + Add | + Add |
|---|---|---|
| $6.99 | $8.99 | $8.99 |
| SOCATER Cat Spring Toys 30 Packs Colorful Plastic Spring Coils Attract Cats to Swat, Bite | SOCATER Cat Feather Toys, 2 Pcs Retractable Wands, 12 Pcs Replacement Colorful Feather Toys with Bell | SOCATER Cat Toys Set 27 Packs |
| ★★★★★ 13 | ★★★★☆ 8 | ★★★★★ 1 |

### Seller reviews

# 4.6 out of 5
★★★★⯪ (9 reviews)

| | |
|---|---|
| 5 stars | 8 |
| 4 stars | |
| 3 stars | |
| 2 stars | |
| 1 star | 1 |

**9 reviews**   Sort by | Most Relevant ▾

★★★★★                                     09/08/2024
No problems with any parts. All was there and it went together just
as it was supposed to. I would buy from seller again.
Leia

★★★★★                                     09/08/2024
Alice

★☆☆☆☆                                     09/04/2024
Cat scratching pole has been delayed in Atlanta,Georgia since
August 16. It is now September 4 2024.
Faith

★★★★★                                     09/04/2024
JR

★★★★★                                     09/08/2024

★★★★★                                     08/30/2024

★★★★★                                     09/08/2024
sharon

★★★★★                                     08/14/2024
JL

★★★★★                                     08/09/2024
Tat2edBiker

SOCATER

Jamaican Black Castor Oil 2 oz, 100% Natural

☆ (No ratings yet)

🚚 Free shipping   ↺ Free 30-day returns

**$9.99**

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

**How do you want your item?**

| 🚚 Shipping Arrives Sep 28 Free | 🚗 Pickup Not available | 🏬 Delivery Not available |
|---|---|---|

Delivery to  500 NW 2nd Ave

Sold and shipped by  **AI Retailer LLC**

★★★★☆ 9 seller reviews
View seller information

↺ Free 30-day returns  Details

♡ Add to list                    Add to registry



**About this item**

**Product details**  ︿

Safe and Natural: Jamaican Black Castor Oil is a natural ingredient derived from castor beans and is free from harsh chemicals and synthetic additives. Rich in Nutrients: Our Jamaican Black Castor Oil is high in essential fatty acids which contribute to its nourishing properties for hair and skin. Promotes Hair Growth Moisturizing and Conditioning Protects Against Damage

- **Eyebrow and Eyelash Growth**
  - Use a clean mascara wand or cotton swab to apply a small amount of black castor oil to your eyebrows and eyelashes.
  - Apply the oil in gentle, upward strokes to coat the hairs evenly.
  - Leave the oil on overnight to allow it to penetrate and nourish the hair follicles.
  - Wash your face as usual in the morning to remove any residue.

- **Hair Conditioning Treatment**
  - Apply a small amount of black castor oil to the lengths and ends of your hair, focusing on dry or damaged areas.
  - Gently massage the oil into your hair, ensuring even distribution.
  - Leave the oil on for at least 30 minutes to overnight, depending on your preference.
  - Rinse your hair thoroughly with warm water and shampoo to remove the oil residue. You may need to shampoo twice to ensure thorough cleansing.

- **Skin Moisturizer**
  - Apply a small amount of black castor oil to clean, dry skin, focusing on areas prone to dryness or roughness.
  - Massage the oil into your skin using gentle, circular motions until fully absorbed.
  - Allow the oil to remain on your skin and continue with your skincare routine as usual.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

**Specifications**  ︿

**Brand**
SOCATER

**Hair Product Form**
Oils

**Hair Type**

**Cart** (1 item)

🏷️ **Pickup and delivery options** ⌄



**Free shipping** arrives by Fri, Sep 27
500 NW 2nd Ave, Unit 10001

Sold and shipped by AI Retailer LLC
Free shipping

Jamaican Black Castor Oil 2 oz, 100% Natural                    $9.99
ℹ️ Free 30-day returns

Remove      Save for later              ⊖   1   ⊕



Continue to checkout

**Subtotal** (1 item)                              $9.99
Shipping                                          Free
**Taxes**                         Calculated at checkout

**Estimated total**                               $9.99

Walmart+  **Become a member to get free same-day
delivery, gas discounts & more!**              ✕

☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller                   Best seller

⊕ Add          ⊕ Add          ⊕ Add

**Now $6.96** $13.92          $5.48               $9.97
Better Homes & Gardens Cotton   Mainstays Medium Weight PEVA   GREAT VALUE TOILET PLUNGER
Palm Beach Towel 38" X 72"      Shower Liner, 70" x 71" - Clear   BRUSH

Save with W+                 Save with W+          Save with W+

Pickup **tomorrow**           Pickup **tomorrow**    Pickup **tomorrow**
Delivery **tomorrow**         Delivery **tomorrow**  Delivery **tomorrow**
Shipping, arrives **tomorrow** Shipping, arrives **tomorrow** Shipping, arrives **in 3+ days**

**New Fall Rollbacks**



Rollback                      Rollback               Rollback

⊕ Add          ⊕ Add          ⊕ Add

**Now $62.00** $77.00         **Now $152.00** $169.70  **Now $176.00** $248.64
TMS Martino 2-Tier Metal Bar Cart   Tyler Dillon Beveled Oval Wall Mirror   Rafael Wooden Cocktail Table in
with Wine Storage, Stemware Rack,   with Beaded Textured Wood Frame   Cherry Finish with Glass inlay
and Casters, Black              33"H x 25"W

★★★★★ 1                      ★★★★☆ 13              ★★★★☆ 19

Save with W+                 Save with W+          Save with W+

Shipping, arrives **in 3+ days** Shipping, arrives **in 3+ days** Shipping, arrives **in 3+ days**



**1. Free shipping, arrives by Fri, Sep 27** ✅

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101                 Edit

**Delivery instructions (optional)**                         Edit

House

| | |
|---|---|
| **Subtotal** (1 item) | $9.99 |
| Shipping | Free |
| **Estimated taxes** | $0.70 |
| **Estimated total** | $10.69 |

Have a promo code? ⌄

**Items details**                                     View details

1 item

**2. Payment method** ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Pay by bank** ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay** ⌃

Pay with PayPal

☐ **Remember my PayPal account details**

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.



Walmart  Free 30-day trial

Defendant no. :        49

Defendant Name :     YISHi

Platform:                 Walmart

| Plaintiff VAu 1-517-249 Copyright | YISHi's Infringing Product |
|---|---|
|  | |

‹ Back to item

## YISHi

★★★★☆  See all 20 reviews
3.9 stars out of 5

**60%**  Overall Positive Rating

Shop all seller items

🏠 Business Name:
guangzhouyishidianziyouxiangongsi

✉ Contact seller

📞 (+86) 13148341824

📍 guangzhoushitianhequyinglonglu
203haozhishiyi304shil53
guangzhou, GD 510520, CN

About Seller

---

**More items from this seller**



+ Add

$1.40 $1.59
FSTDelivery Yoni Soap Bar for Women - Ph
Balance Probiotics & Natural Ingredients -
Gentle Cleansing Formula Eliminates Odor...
★★☆☆☆ 10



+ Add

$4.49
FSTDelivery Whole Body Deodorant for
Women Deodorant Body Armpit Spray
Underarm Antiperspirant 40ml 72 Hour Swe...
★★★★☆ 6



+ Add

$4.40 $4.89
Whole Body Deodorant - Invisible Cream and
Solid - 72 Hour Odor Control Breathable
Deodorant for Sensitive Skin with Essential...
★★★★★ 6

### Seller reviews

# 3.9 out of 5
★★★★☆ (20 reviews)

| | |
|---|---|
| 5 stars | 11 |
| 4 stars | 1 |
| 3 stars | 5 |
| 2 stars | 1 |
| 1 star | 2 |

**20 reviews**   Sort by | Most Relevant ▾

★★★★★                                09/03/2024
there was a slight change delay but i didn't mind. it was packaged
well and it arrived safely.
kitty

★★★★★                                09/14/2024
Heather

★★★★★                                09/07/2024
Diane

★★★☆☆                                09/05/2024
Mohammad

★★★★☆                                09/04/2024
Patricia

★★★★★                                09/03/2024
QuietStormDeborah

★★★★★                                08/29/2024
Shelley

★☆☆☆☆                                08/24/2024
Stacey

★★★★★                                08/21/2024


★★★★★                                08/19/2024
THUNDR

① ②  ›

### About Seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

Welcome to our store! Our store has a lot of quality products and excellent service to keep you satisfied.

Clearance

FSTDelivery

**FSTDelivery Beauty Glow Up Event Savings! Jamaican Black Castor Oil Essential Oil 60ml Holiday Gifts for Women**

⭐⭐⭐⭐⭐ (10) ⌄ | 1 rating

↩ Free 30-day returns

**Now $3.99** ~~$4.49~~ ⓘ

You save $0.50

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

**How do you want your item?**



| Shipping Arrives Oct 5 $2.99 | Pickup Not available | Delivery Not available |
|---|---|---|

Delivery to **500 NW 2nd Ave**

🏪 Sold and shipped by YISHI

⭐⭐⭐⭐ 20 seller reviews

View seller information

↩ Free 30-day returns  Details

♡ Add to list                                    🗐 Add to registry









**About this item**

**Product details** ⌄

Jamaican Black Castor Oil Essential Oil 60ml

Features:

1. in fatty , it can deeply moisturize the skin, making it soft and .

2. It has -inflammatory and effects and can be used to skin and sensitivity.

3. It contains protein, vitamins, and minerals, which help stimulate skin cell regeneration and the wound healing process.

4. in antioxidants such as vitamin E, it can resist the of free radicals and delay the aging process of the skin.

5. It has a detoxifying effect and can be used to clean pores, dirt and from the skin, and keep the skin clean and health

Product Description:

1. Size: 12 * 3.2 * 3.2cm

2. Weight: 123g

3. Capacity: 60ml

4. Usage:

Facial moisturizing: Apply an appropriate amount to clean facial skin, gently massage until absorbed, and can be used at night to help moisturize and repair the skin.

Massage oil: Other blends used for whole body massage, soothing the skin, and promoting circulation.

Hair care: Apply a small amount to the hair tips or scalp to nourish the hair, increase , and reduce restlessness.

Lip protection: When the lips are dry, a small amount can be applied, which has a moisturizing and moisturizing effect, making the lips soft and moisturized.

Local care: Dip a small amount with a cotton ball and apply it to dry, rough or damaged skin areas to help repair and moisturize.

When using, it is recommended to conduct a skin sensitivity test first to ensure no allergic reactions. In addition, it is recommended to choose quality products that are natural and without additives, and attention to storing them in a cool and dry place, avoiding direct sunlight.

- Beauty and Personal Care on Clearance! - FSTDelivery Beauty Glow Up Event Savings! Jamaican Black Castor Oil Essential Oil 60ml Holiday Gifts for Women
- Premium Ingredients Our products are made of high quality natural extracts and other skin gentle plant ingredients that gently and naturally work on our skin, you don't need to worry about skin allergies and more
- Skin-Friendly & Non-Irritating. Suitable for most people, unisex, almost all skin types, oily, dry, etc.
- Easy to Carry You can take this with you on your travels, You can use it in many occasions, even the office, it will not affect any of your work.
- 100% guarantee of your satisfaction. Thank you very much for choosing our product, we hope you are satisfied with the product and service you received. If you are not satisfied or have any questions about our products, please feel free to contact us, we will reply in time and give you a satisfactory solution.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

**Cart** (1 item)



🏷️ Pickup and delivery options ⌄



🚚 **Shipping** arrives by Fri, Oct 4
500 NW 2nd Ave, Unit 10001
$2.99 shipping

Sold and shipped by YISHI
$2.99 seller shipping fee

Clearance

 FSTDelivery Beauty Glow Up Event Savings! Jamaican Black Castor Oil Essential Oil 60ml Holiday Gifts for Women
ℹ️ Free 30-day returns

**$3.99** ~~$4.49~~
You save $0.50

Remove    Save for later                    − 1 +

---

**Popular items in your area**

Best seller                Best seller



+ Add            + Add            + Add

Now **$6.96** ~~$13.92~~    **$5.48**              **$9.97**
Better Homes & Gardens Cotton    Mainstays Medium Weight PEVA    GREAT VALUE TOILET PLUNGER
Palm Beach Towel 38" X 72"    Shower Liner, 70" x 71" - Clear    BRUSH

Save with W+       Save with W+       Save with W+

Pickup tomorrow       Pickup tomorrow       Pickup tomorrow
Delivery tomorrow       Delivery tomorrow       Delivery tomorrow
Shipping, arrives tomorrow    Shipping, arrives tomorrow    Shipping, arrives in 3+ days

---

**New Fall Rollbacks**

Rollback            Rollback            Rollback



+ Add            + Add            + Add

Now **$62.00** ~~$77.00~~    Now **$152.00** ~~$169.70~~    Now **$74.20** ~~$121.08~~
TMS Martino 2-Tier Metal Bar Cart    Tyler Dillon Beveled Oval Wall Mirror    Linon Brook 30" Wood Bar Stool
with Wine Storage, Stemware Rack,    with Beaded Textured Wood Frame    Black Faux Leather Nailhead Trim in
and Casters, Black        33"H x 25"W         Cherry Stain
⭐⭐⭐⭐⭐ 1         ⭐⭐⭐⭐½ 13         ⭐⭐⭐⭐½ 13
Save with W+       Save with W+       Save with W+
Shipping, arrives in 3+ days    Shipping, arrives in 3+ days    Shipping, arrives in 3+ days

---

Continue to checkout



Items in your cart have reduced prices.
Check out now for extra savings!

Subtotal (1 item)                    ~~$4.49~~
Savings                           -$0.50
                                $3.99

Seller shipping                      $2.99

Taxes                    Calculated at checkout

Estimated total                      **$6.98**

Walmart+ **Become a member to get free same-day**    ✕
**delivery, gas discounts & more!**
☐ Try Walmart+ free for 30 days!



**1. Shipping, arrives by Fri, Oct 4** ✓

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101                    Edit

**Delivery instructions (optional)**                          Edit

House

**Items details**                                        View details

1 item

You're saving **$0.50** today!

| | |
|---|---|
| **Subtotal** (1 item) | ~~$4.49~~ |
| Savings | **-$0.50** |
| | $3.99 |
| Seller shipping | $2.99 |
| **Estimated taxes** | $0.49 |
| **Estimated total** | **$7.47** |

Have a promo code?                                       ⌄



**2. Payment method**                                     ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

[                                                         ]

                                                    Continue

**Pay by bank**                                           ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

[ Connect your bank ]

**Other ways to pay**                                     ⌃

Pay with PayPal                    Pay in monthly installments with Affirm

☐ Remember my PayPal account details    Items in your cart are not eligible for Affirm.

[ PayPal ]                         [ affirm ]

Walmart+  Free 30-day trial

Defendant no. :          50

Defendant Name :         Tardaianiella

Platform:                Walmart

| Plaintiff VAu 1-517-249 Copyright | Tardaianiella's Infringing Product |
|---|---|
|  | |

‹ Back to item

**Tardaianiella**

★★★☆☆
3 stars out of 5

See all 2 reviews

**50%** Overall Positive Rating

Shop all seller items

🏠 Business Name:
Guangzhouxenlihuashangmaoyouxiangongsi

✉️ Contact seller

📞 (+86) 15304393019

📍 guangzhoushiyuexiuqunonglinxialu8lha
ozhiyi1981-A3073
Guangzhou, GD 510030, CN

## More items from this seller



**$8.59**
6-piece straw cover compatible with Stanley 30 and 40 oz glasses, 10 mm cute silicone straw cap, straw cover, cloud and flower sha...
★★★★☆ 5



**$9.50**
Venom Scents Pheromones for Women, Venom for Her Pheromone Perfume, Venom Pheromone Perfume for Women, Long...
★★★☆☆ 9



**$8.99**
Renew Hair,Roll-On Hair Treatment,Hair and Beard Regrowth, Roller Thick Hair Essential Oil,Hairgrowth for Men&Women,18ml*1
★★★★★ 1

## Seller reviews

# 3 out of 5
★★★☆☆ (2 reviews)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | |
| 3 stars | |
| 2 stars | |
| 1 star | 1 |

2 reviews    Sort by | Most Relevant ▾

★★★★★                    09/08/2024
hi

★☆☆☆☆                    07/23/2024
Andres

XMXM

Jamaican Black Castor Oil, Organic Body Message Oil, 100% Pure & Natural Cold Pressed Anti-Aging Essential Oil, Hair Nourishing Oil for Eyelashes, Dry Skin Moisturizer 5 PCS

☆ (No ratings yet)

🚚 Free shipping   ⊙ Free 30-day returns

**$25.99**

Price when purchased online ⓘ

| Buy now |
|---|
| Add to cart |

Count: 5 PCS

| 1 PCS<br>$9.98 | 2 PCS<br>$14.98 | 3<br>$18.99 |
|---|---|---|
| **5 PCS**<br>**$25.99** | | |

How do you want your item?



| Shipping<br>Arrives Oct 9<br>Free | Pickup<br>Not available | Delivery<br>Not available |
|---|---|---|

Delivery to  **500 NW 2nd Ave**

🏪 Sold and shipped by  **Tardaianiella**

★★★☆☆  2 seller reviews
View seller information

⊙ Free 30-day returns  Details

| ☆ Add to list | 🎁 Add to registry |
|---|---|

**More seller options (1)**

Starting from $35.69  Compare all sellers









♡
🔍

›

### About this item

Product details ⌃

Product details:

Jamaican black Castor Oil is 100% pure & natural, cold pressed and unrefined. Naturally rich with vitamins and fatty acids, castor oil can help enhance the appearance of your hair, eyebrows and eyelashes. Known for its ability to help strengthen and repair dry or damaged hair, castor oil can help hydrate your skin, hair, and scalp.

Feature:

- Multiple Uses For Hair, Eyelashes, Eyebrows Growth, Skin Care And Nail Care.

- Enriched with vitamin E, a powerful natural antioxidant, perfect for dry, damaged and overworked hair.

- Effect on the skin to resist aging and wrinkle, help to nourish and condition the skin for a smooth, healthy appearance.

- Replenish hair root nutrition, balance scalp oil, improve blood circulation, help hair growth.

Nourish and hydrate, combat signs of aging skin.

INGREDIENTS: Black Castor Oil (cold pressed).

DIRECTIONS:

**Cart** (1 item)

🏷️ Pickup and delivery options ⌄

🚚 **Free shipping** arrives by **Tue, Oct 8**
500 NW 2nd Ave, Unit 10001

Sold and shipped by  Tardaianiella
Free shipping



Jamaican Black Castor Oil, Organic Body Message Oil, 100% Pure & Natural
Cold Pressed Anti-Aging Essential Oil, Hair Nourishing Oil for Eyelashes, Dry...
Count: 5 PCS
🔄 Free 30-day returns

$25.99

Remove    Save for later        −   1   +

Continue to checkout

| | |
|---|---|
| Subtotal (1 item) | $25.99 |
| Shipping | Free |
| **Taxes** | Calculated at checkout |
| **Estimated total** | $25.99 |

Walmart+  **Become a member to get free same-day delivery, gas discounts & more!**  ✕

☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller
＋ Add
**Now $6.96** $13.92
Better Homes & Gardens Cotton
Palm Beach Towel 38" X 72"
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

Best seller
＋ Add
$5.48
Mainstays Medium Weight PEVA
Shower Liner, 70" x 71" - Clear
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

＋ Add
$9.97
GREAT VALUE TOILET PLUNGER
BRUSH
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

**New Fall Rollbacks**



Rollback
＋ Add
**Now $62.00** $97.00
TMS Martino 2-Tier Metal Bar Cart
with Wine Storage, Stemware Rack,
and Casters, Black
★★★★★ 1
Save with W+
Shipping, arrives **in 3+ days**

Rollback
＋ Add
**Now $74.20** $121.00
Linon Brook 30" Wood Bar Stool
Black Faux Leather Nailhead Trim in
Cherry Stain
★★★★☆ 13
Save with W+
Shipping, arrives **in 3+ days**

Rollback
＋ Add
**Now $192.85** $739.99 80.7 c/lb
Euroco Wood Twin over Full Bunk
Bed, Low Profile Floor Bed with
Ladder, Gray
★★★★☆ 12
Save with W+
Shipping, arrives **in 3+ days**



**1. Free shipping, arrives by Tue, Oct 8**    ✓

Amla Amla                                                                    Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                                         Edit

House

| | |
|---|---|
| Subtotal (1 item) | $25.99 |
| Shipping | Free |
| **Estimated taxes** | $1.82 |
| **Estimated total** | **$27.81** |

Have a promo code?    ⌄

**Items details**                                                           View details

1 item



---

**2. Payment method**    ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**Pay by bank**    ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**    ⌃

Pay with PayPal                          Pay in monthly installments with Affirm

☐  **Remember my PayPal account details**    Items in your cart are not eligible for Affirm.

PayPal                                   affirm

Walmart+  Free 30-day trial

Defendant no. :          51

Defendant Name :      Leodye

Platform:                   Walmart

| Plaintiff VAu 1-517-249 Copyright | Leodye's Infringing Product |
|---|---|
|   |  |

‹ Back to item

## Leodye

★★★☆☆   See all 59 reviews
3.3 stars out of 5

**56%**   Overall Positive Rating

Shop all seller items

🏠 Business Name:
ShenZhenShiZhiBiXingKeJiYouXianGongSi

✉ Contact seller

📞 (+86) 18025441476

📍 ShangHengLangGongYeQuBaiFuLiGon
gYeYuanChangFangADong201
LongHuaQuDaLangJieDaoTongShengS
heQu
ShenZhenShi, GD 518110, CN

About Seller

### More items from this seller


+ Add

**$9.99**
Leodye Clearance Indoor Outdoor Garden
Patio Home Kitchen office Chair Seat Cushion
Pads
★★★☆☆ 17


+ Add

**$2.49** $2.99
Leodye Clearance Metal Plant Stands Set for
Flower Pot Heavy Duty Potted Holder Indoor
Outdoor
★★☆☆☆ 9


+ Add

**$1.49** $1.79
Puntoco Clearance Outdoor Large Capacity
Picnic Bag Camping Picnic Basket Travel
Picnic Bag Portable Bento Bag Thermal...
★★★★☆ 28

### Seller reviews

# 3.3 out of 5
★★★☆☆ (59 reviews)

| | |
|---|---|
| 5 stars | 29 |
| 4 stars | 4 |
| 3 stars | 4 |
| 2 stars | 1 |
| 1 star | 21 |

**Most helpful positive review**

★★★★★

No problems whatsoever! It was exactly as described
and was delivered as promised, on time. That's all we
really want, isn't it?

MyPointOfViewTC

VS

**Most helpful negative review**

★☆☆☆☆

No customer service on the use of these chemical
products. No English translation from Chinese.
provided instructions.

Edwin

---

**59 reviews**   Sort by | Most Relevant ▾

★★★★★                              09/04/2024

No problems whatsoever! It was exactly as described and was
delivered as promised, on time. That's all we really want, isn't it?

MyPointOfViewTC

★☆☆☆☆                              08/28/2024

No customer service on the use of these chemical products. No
English translation from Chinese. provided instructions.

Edwin

★★☆☆☆                              08/20/2024

This seat cover would be cute on a very small chair. It also is not
very thick as seen on the web page. Very small and thin and flimsy

MissEm

★☆☆☆☆                              07/26/2024

I received the size of a baby crib spread, two blue ones. not pleased
at all. picture showed bigger size.

nana

★☆☆☆☆                              09/09/2024

False advertisement and display of product sold/received

Janet

★☆☆☆☆                              08/30/2024

Told me item was delayed, 2 weeks later no word and no item

slfarm7

★★★☆☆                              08/27/2024

Pillow was a very cheap price and it was made very cheap The color
was good

Donna

★★★★★                              08/27/2024

Didn't encounter a problem for the duration of the waiting period.

Penny

★☆☆☆☆                              07/28/2024

badly misrepresented. very cheaply made big disappointment

Barbara

★★★★★                              07/26/2024

The product came pretty quick I wasn't waiting too long for it to
get delivered.

HappyShoppert

( 1 ) ( 2 ) ( 3 ) ( 4 ) ( ⋯ ) ( 6 ) ( › )

Clearance

Leodye

Jamaican Black Castor Oil Hair Care Essential Oil Refreshing And Comfortable Essential Oil 2fl.oz, Leodye Beauty & Personal Care

☆ (No ratings yet)

◉ Free 30-day returns

**Now $4.99** ~~$5.99~~ ⓘ

You save **$1.00**

Price when purchased online ⓘ

| Buy now |
| Add to cart |

**Size:** Free Size

| Free Size |
| Now $4.99 |

**Actual Color:** C

○

### How do you want your item?

| 🚚 Shipping Arrives Oct 5 $1.99 | 🚗 Pickup Not available | 🏬 Delivery Not available |

Delivery to **500 NW 2nd Ave**

🏠 Sold and shipped by **Leodye**

★★★☆☆ 59 seller reviews

View seller information

◉ Free 30-day returns  Details

♡ Add to list                    🎁 Add to registry

‹ 🤍 🔍 ›

### About this item

Product details                                                            ⌃

👐🏼 **Hello friend, welcome to Leodye Health and Beauty Online shop. We are dedicate to bring better products to you with proper price!** 👐🏼

Jamaican Black Castor Oil Essential Oil 60ml

Features:
1. in fatty , it can deeply moisturize the skin, making it soft and .
2. It has -inflammatory and effects and can be used to skin and sensitivity.
3. It contains protein, vitamins, and minerals, which help stimulate skin cell regeneration and the wound healing process.
4. In antioxidants such as vitamin E, it can resist the of free radicals and delay the aging process of the skin.
5. It has a detoxifying effect and can be used to clean pores, dirt and from the skin, and keep the skin clean and health

Product Description:
1. Size: 12 * 3.2 * 3.2cm
2. Weight: 125g
3. Capacity: 60ml
4. Usage:
Facial moisturising: Apply an appropriate amount to clean facial skin, gently massage until absorbed, and can be used at night to help moisturize and repair the skin.
Massage oil: Other blends used for whole body massage, soothing the skin, and promoting circulation.
Hair care: Apply a small amount to the hair tips or scalp to nourish the hair, increase , and reduce restlessness.
Lip protection: When the lips are dry, a small amount can be applied, which has a moisturizing and moisturizing effect, making the lips soft and moisturized.

**Cart** (1 item)



🏷️ **Pickup and delivery options** ⌄

🚚 **Shipping** arrives by Fri, Oct 4
500 NW 2nd Ave, Unit 10001
$1.99 shipping

Sold and shipped by **Leodye**
$1.99 seller shipping fee

Clearance

 Jamaican Black Castor Oil Hair Care Essential Oil Refreshing And   **$4.99**   
Comfortable Essential Oil 2floz, Leodye Beauty & Personal Care   ~~$5.99~~   
Size: Free Size   You save **$1.00**   
Actual Color: C   
ⓘ Free 30-day returns

Remove    Save for later    − 1 +

Continue to checkout

Items in your cart have reduced prices. ✕
Check out now for extra savings!

Subtotal (1 item)        ~~$5.99~~
Savings              -$1.00
                    $4.99

Seller shipping          $1.99

Taxes          Calculated at checkout

Estimated total          **$6.98**

**Walmart+** Become a member to get free same-day ✕
delivery, gas discounts & more!

☐ Try Walmart+ free for 30 days!

**Popular items in your area**

Best seller


+ Add

Best seller

+ Add


+ Add

Now **$6.96** ~~$13.92~~           $5.48                $9.97
Better Homes & Gardens Cotton      Mainstays Medium Weight PEVA      GREAT VALUE TOILET PLUNGER
Palm Beach Towel 38" X 72"         Shower Liner, 70" x 71" - Clear  BRUSH

Save with **W+**                   Save with **W+**                 Save with **W+**

Pickup **tomorrow**                Pickup **tomorrow**              Pickup **tomorrow**
Delivery **tomorrow**              Delivery **tomorrow**            Delivery **tomorrow**
Shipping, arrives **tomorrow**     Shipping, arrives **tomorrow**   Shipping, arrives **in 3+ days**

**New Fall Rollbacks**



Rollback              Rollback              Rollback

+ Add                 + Add                 + Add

Now **$62.00** ~~$7700~~    Now **$34.00** ~~$35.23~~   Now **$176.00** ~~$248.64~~
TMS Martino 2-Tier Metal Bar Cart  Carlstar Turf Master 13.00X6.50-6  Rafael Wooden Cocktail Table in
with Wine Storage, Stemware Rack,  5SA4 B Lawn & Garden Tire          Cherry Finish with Glass inlay
and Casters, Black
★★★★★ 1                            ★★★★☆ 240                          ★★★★☆ 19

Save with **W+**                   Save with **W+**                  Save with **W+**

Shipping, arrives **in 3+ days**   Shipping, arrives **in 2 days**   Shipping, arrives **in 3+ days**



**1. Shipping, arrives by Fri, Oct 4**

Amla Amla                                                            Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                                 Edit

House

**Items details**                                                    View details

1 item

You're saving **$1.00** today!

| | |
|---|---|
| **Subtotal** (1 item) | ~~$5.99~~ |
| Savings | **-$1.00** |
| | $4.99 |
| Seller shipping | $1.99 |
| **Estimated taxes** | $0.49 |
| **Estimated total** | **$7.47** |

Have a promo code?                                                   ⌄

---



**2. Payment method**                                               ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**Pay by bank**                                                     ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**                                               ⌃

Pay with PayPal                    Pay in monthly installments with Affirm

☐ Remember my PayPal account details    Items in your cart are not eligible for Affirm.

PayPal                             affirm

Walmart+  Free 30-day trial

Defendant no. :          52

Defendant Name :      BaoHeng

Platform:                    Walmart

| Plaintiff VAu 1-517-249 Copyright | BaoHeng's Infringing Product |
|---|---|
|   |   |

‹ Back to item

## BaoHeng



★★★☆☆     See all 6 reviews
3.7 stars out of 5

**67%**   Overall Positive Rating

Shop all seller items

🏠 Business Name:
GuangZhouBaoHengZhongBiaoYouXianGongSi

✉ Contact seller

📞 (+86) 189246493O2

📍 tianhequhuajiulu12hao804fang
guangzhoushi, GD 510630, CN

### More items from this seller







| | | |
|---|---|---|
| + Add | + Add | + Add |
| $4.25 $5.77 | $3.52 $8.66 | $4.25 $4.77 |
| BINGTAOHU Mashed Potato Mashed Potato Stainless Steel Mashed Potato Suitable For Potatoes, Sweet Potatoes, Yams, Bananas... | BINGTAOHU Suitable For Face And Body Age Spots And Freckles Dark S-pot Corrector 60g | BINGTAOHU Health Products Anti-itch Cream, Herbal Skin Itching Psoriasis Allergic Dermatitis Eczema Cream |
| | | ★★★★★ 1 |

### Seller reviews

# 3.7 out of 5

★★★☆☆ (6 reviews)

| | |
|---|---|
| 5 stars | 4 |
| 4 stars | |
| 3 stars | |
| 2 stars | |
| 1 star | 2 |

**6 reviews**    Sort by | Most Relevant ▾

★☆☆☆☆                                08/23/2024

I finally received a mini rod and reel combo that was late When I opened it up the package had been ripped open and stapled and taped back together before it was packaged to shipped out and it was also shipped out with no handle for the reel. I definitely don't recommend this company.

Timothy

★★★★★                                08/22/2024

Katherine

★★★★★                                08/11/2024

Elisabeth

★☆☆☆☆                                08/21/2024

If i can received this item until to 8/23... I will cancel this order. And please refund my payment soon is you can.

sungpaik01gmailcom

★★★★★                                08/08/2024

Kimberly

★★★★★                                07/27/2024

Sharon

Clearance

BINGTAOHU

BINGTAOHU Jamaican Black Castor Oil Essential Oil 60ml

☆☆☆☆☆ (No ratings yet)

Free 30-day returns

**Now $4.25** ~~$4.77~~ ⓘ

You save $0.52

Price when purchased online ⓘ

| Buy now |
|---------|

| Add to cart |
|-------------|

Size: 3.2*3.2*12

| 3.2*3.2*12 |
|------------|
| Now $4.25 |

Actual Color: Birthday

○

### How do you want your item?

| Shipping<br>Arrives Oct 10<br>$3.50 | Pickup<br>Not available | Delivery<br>Not available |
|---|---|---|

Delivery to 500 NW 2nd Ave

Sold and shipped by BaoHeng

★★★☆☆ 6 seller reviews

View seller information

Free 30-day returns Details

♡ Add to list          🎁 Add to registry



### About this item

Product details                                              ⌃

Jamaican Black Castor Oil Essential Oil 60ml
Features:
1. in fatty , it can deeply moisturise the skin, making it soft and .
2. It has -inflammatory and effects and can be used to skin and sensitivity.
3. It contains protein, vitamins, and minerals, which help stimulate skin cell regeneration and the wound healing process.
4. in antioxidants such as vitamin E, it can resist the of free radicals and delay the aging process of the skin.
5. It has a detoxifying effect and can be used to clean pores, dirt and from the skin, and keep the skin clean and health
Product Description:
1. Size: 12 * 3.2 * 3.2cm
2. Weight: 123g
3. Capacity: 60ml
4. Usage:
Facial moisturizing: Apply an appropriate amount to clean facial skin, gently massage until absorbed, and can be used at night to help moisturize and repair the skin.
Massage oil: Other blends used for whole body massage, soothing the skin, and promoting circulation.
Hair care: Apply a small amount to the hair tips or scalp to nourish the hair, increase , and reduce restlessness.
Lip protection: When the lips are dry, a small amount can be applied, which has a moisturizing and moisturizing effect, making the lips soft and moisturized.
Local care: Dip a small amount with a cotton ball and apply it to dry, rough or damaged areas to help repair and moisturize.
When using, it is recommended to conduct a skin sensitivity test first to ensure no allergic reactions. In addition, it is recommended to choose quality products that are natural and without additives, and attention to storing them in a cool and dry place, avoiding direct sunlight.

**Cart** (1 item)

🏷️ **Pickup and delivery options** ⌄



**Shipping** arrives by **Wed, Oct 9**
500 NW 2nd Ave, Unit 10001
$3.50 shipping

Sold and shipped by **BaoHeng**
$3.50 seller shipping fee

Clearance

BINGTAOHU Jamaican Black Castor Oil Essential Oil 60ml
Size: 3.2"3.2"12
Actual Color: Birthday
ⓘ Free 30-day returns

$4.25
$4.77
You save $0.52

Remove    Save for later    ⊖  1  ⊕

Continue to checkout

Items in your cart have reduced prices.
Check out now for extra savings!

| | |
|---|---|
| Subtotal (1 item) | $4.77 |
| Savings | -$0.52 |
| | $4.25 |
| Seller shipping | $3.50 |
| Taxes | Calculated at checkout |
| **Estimated total** | **$7.75** |

Walmart+ Become a member to get free same-day delivery, gas discounts & more!  ✕

☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller


⊕ Add


⊕ Add


⊕ Add

**Now $6.96** $13.92
Better Homes & Gardens Cotton
Palm Beach Towel 38" X 72"
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

$5.48
Mainstays Medium Weight PEVA
Shower Liner, 70" x 71" - Clear
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

$9.97
GREAT VALUE TOILET PLUNGER
BRUSH
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

**New Fall Rollbacks**



Rollback                    Rollback                    Rollback

⊕ Add                       ⊕ Add                       ⊕ Add

**Now $116.00** $178.00
Jersey Industrial Console Table
Antique Tobacco Brown top with
Black metal base
★★★★☆ 6
Save with W+
Shipping, arrives **in 3+ days**

**Now $62.00** $77.00
TMS Martino 2-Tier Metal Bar Cart
with Wine Storage, Stemware Rack,
and Casters, Black
★★★★★ 1
Save with W+
Shipping, arrives **in 3+ days**

**Now $116.00** $248.64
Rafael Wooden Cocktail Table in
Cherry Finish with Glass Inlay
★★★★☆ 19
Save with W+
Shipping, arrives **in 3+ days**



**1. Shipping, arrives by Wed, Oct 9** ✓

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101                    Edit

**Delivery instructions (optional)**                    Edit

House

**Items details**                    View details

1 item

You're saving **$0.52** today!

| | |
|---|---|
| **Subtotal** (1 item) | ~~$4.77~~ |
| Savings | **-$0.52** |
| | $4.25 |
| Seller shipping | $3.50 |
| **Estimated taxes** | $0.54 |
| **Estimated total** | **$8.29** |

Have a promo code?                    ⌄



**2. Payment method**                    ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Pay by bank**                    ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**                    ⌃

Pay with PayPal                    Pay in monthly installments with Affirm

☐ Remember my PayPal account details    Items in your cart are not eligible for Affirm.

PayPal                    affirm

Walmart+ Free 30-day trial

Defendant no. :        53

Defendant Name :      Capebale

Platform:             Walmart

| Plaintiff VAu 1-517-249 Copyright | Capebale's Infringing Product |
|---|---|
|   |  |

‹ Back to item

**Capebale**

★★★★☆
4 stars out of 5

See all 3 reviews

**67%**   Overall Positive Rating

Shop all seller items

🏠 Business Name:
ShenZhenShiHongShanAnKeJiYouXianGongSi

✉ Contact seller

📞 (+86) 19166220462

📍 DongHuanYiLuBaiJiaRunGaoXinGongYe
YuanChangFang2Ceng
LongHuaQuLongHuaJieDaoYouSongSh
eQu
ShenZhenShi, GD 518110, CN

About Seller

**More items from this seller**

+ Add

+ Add

+ Add

$4.18 $4.71
Capebale Skin Cream Bleaching Cream for
Intimately Area, Face Cream, Underarm,
Knees, Elbows, Inner Thigh, Bikini Line,...
★★☆☆☆ 1

$4.71 $5.29
Capebale Skin Cream Bleaching Cream for
Intimately Retinol, Area, Underarm, Knees,
Elbows, Inner Thigh, Bikini Line, Darkness No...
★★★★☆ 1

$4.08 $4.60
Capebale 3 in 1 Face Sunscreen, Foundation,
Tinted Sunscreen for Face Natural Color,
Moisturizer and Concealer - Color Correctin...

**Seller reviews**

# 4 out of 5

★★★★☆ (3 reviews)

| | |
|---|---|
| 5 stars | 2 |
| 4 stars | |
| 3 stars | |
| 2 stars | 1 |
| 1 star | |

3 reviews    Sort by  |  Most Relevant ▾

★★★★★                              08/23/2024

This is definitely worth it. Packaging is innovative and protective.
It's exactly what I thought! Good quality, excellent customer
service

Mick

★★★★★                              09/01/2024

Rosetta

★★☆☆☆                              09/03/2024

melissa

**About Seller**

ⓘ  This seller may also engage in manufacturing, importing or reselling consumer products.

Capebale 已注册品牌备案。所有产品已设置自动降价，不怕负利润，跟卖请自重。Capebale是 등록된 브랜드입니다.모든 제품은 이
미 자동 가격 인하를 설정하여 마이너스 이윤을 두려워하지 않으니, 함께 팔면 자중하세요.

Clearance

Capebale

**Capebale Jamaican Black Castor Oil Essential Oil 60ml, Skin Oil**

☆ (No ratings yet)

Free 30-day returns

**Now $4.96** ~~$5.58~~ ⓘ

You save $0.62

Price when purchased online ⓘ

| Buy now |
| --- |
| Add to cart |

**Actual Color:** Black

| Black |
| --- |
| $4.96 |

**How do you want your item?**

| Shipping | Pickup | Delivery |
| --- | --- | --- |
| Arrives Oct 8 | Not available | Not available |
| $3.99 | | |

Delivery to  **500 NW 2nd Ave**

Sold and shipped by  **Capebale**

★★★★☆  3 seller reviews

View seller information

Free 30-day returns  Details

Add to list                    Add to registry



**About this item**

Product details   ⌃

**Jamaican Black Castor Oil Essential Oil 60ml**

Features:

- 1. In fatty , it can deeply moisturize the skin, making it soft and .
- 2. It has -inflammatory and effects and can be used to skin and sensitivity.
- 3. It contains protein, vitamins, and minerals, which help stimulate skin cell regeneration and the wound healing process.
- 4. In antioxidants such as vitamin E, it can resist the of free radicals and delay the aging process of the skin.
- 5. It has a detoxifying effect and can be used to clean pores, dirt and from the skin, and keep the skin clean and health

Product Description:

1. Size: 12 * 3.2 * 3.2cm

2. Weight: 123g

3. Capacity: 60ml

4. Usage:

Facial moisturizing: Apply an appropriate amount to clean facial skin, gently massage until absorbed, and can be used at night to help moisturize and repair the skin.

Massage oil: Other blends used for whole body massage, soothing the skin, and promoting circulation.

Hair care: Apply a small amount to the hair tips or scalp to nourish the hair, increase , and reduce restlessness.

Lip protection: When the lips are dry, a small amount can be applied, which has a moisturizing and moisturizing effect, making the lips soft and moisturized.

Local care: Dip a small amount with a cotton ball and apply it to dry, rough or damaged skin areas to help repair and moisturize.

When using, it is recommended to conduct a skin sensitivity test first to ensure no allergic reactions. In addition, it is recommended to choose quality products that are natural and without additives, and attention to storing them in a cool and dry place, avoiding direct sunlight.

Capebale Jamaican Black Castor Oil Essential Oil 60ml, Skin Oil

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.    See our disclaimer

## Specifications ⌃

**Brand**
Capebale

**Assembled Product Dimensions (L x W x H)**
4.72 x 1.26 x 1.26 Inches

## Warranty ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

---

Clearance

 ♡

＋ Add

**Now $4.25** ~~$4.77~~ +$3.50 shipping

BINGTAOHU Jamaican Black Castor Oil Essential Oil 60ml

Shipping, arrives **in 3+ days**

 ♡

＋ Add

$0.99 +$5.88 shipping

Njagoc Jamaican Black Castor Oil Essential Oil 60ml

Shipping, arrives **in 3+ days**

 ♡

＋ Add

$5.68 473 ¢/fl oz

Summer's Eve Essential Botanicals Gentle Wash with A...

★★★★★ 567

**Save with W+**

Shipping, arrives **in 3+ days**

---

 ♡

＋ Add

$6.79

NEEM OIL ORGANIC UNREFINED CONCENTRATE VIRGIN COLD PRESSED RAW PURE 2 OZ

★★★★☆ 138

Shipping, arrives **in 3+ days**

 ♡

＋ Add

$6.07 +$3.00 shipping

Banzch Jamaican Black Castor Oil Essential Oil 60ml,Mothers Day Gifts

Shipping, arrives **in 3+ days**

Clearance

 ♡

＋ Add

**Now $6.12** ~~$6.80~~ +$3.50 shipping

Evlvelym Essential Oil Summer Savings Clearance Jama...

Shipping, arrives **in 3+ days**

---

💬 Report incorrect product information

## Customer ratings & reviews

★★★★★ 0 ratings | 0 reviews

This item does not have any reviews yet

---

💳 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.    Learn more.

## Cart (1 item)

🔧 Pickup and delivery options ⌄



🚚 **Shipping** arrives by **Mon, Oct 7**
500 NW 2nd Ave, Unit 10001
$3.99 shipping

Sold and shipped by **Capebale**
$3.99 seller shipping fee

Clearance

Capebale Jamaican Black Castor Oil Essential Oil 60ml, Skin Oil
Actual Color: black
ⓘ Free 30-day returns

$4.96
~~$5.58~~
You save $0.62

Remove    Save for later    − 1 +



Continue to checkout

Items in your cart have reduced prices.
Check out now for extra savings!

| | |
|---|---|
| Subtotal (1 item) | ~~$5.58~~ |
| Savings | -$0.62 |
| | $4.96 |
| Seller shipping | $3.99 |
| Taxes | Calculated at checkout |
| **Estimated total** | **$8.95** |

Walmart+ **Become a member to get free same-day delivery, gas discounts & more!** ✕
☐ Try Walmart+ free for 30 days!

### Popular items in your area



| | | |
|---|---|---|
| Best seller | Best seller | |
| + Add | + Add | + Add |
| Now **$6.96** ~~$13.92~~ | $5.48 | $9.97 |
| Better Homes & Gardens Cotton Palm Beach Towel 38" X 72" | Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear | GREAT VALUE TOILET PLUNGER BRUSH |
| Save with W+ | Save with W+ | Save with W+ |
| Pickup **tomorrow** Delivery **tomorrow** Shipping, arrives **tomorrow** | Pickup **tomorrow** Delivery **tomorrow** Shipping, arrives **tomorrow** | Pickup **tomorrow** Shipping, arrives **in 3+ days** |

### New Fall Rollbacks



| | | |
|---|---|---|
| Rollback | Rollback | Rollback |
| + Add | + Add | + Add |
| Now **$62.00** ~~$77.00~~ | Now **$277.00** ~~$344.00~~ | Now **$152.00** ~~$169.70~~ |
| TMS Martino 2-Tier Metal Bar Cart with Wine Storage, Stemware Rack, and Casters, Black | Nexen Roadian AT Pro RA8 295/60R20 126 S Tire | Tyler Dillon Beveled Oval Wall Mirror with Beaded Textured Wood Frame 33"H x 25"W |
| ★★★★★ 1 | | ★★★★☆ 13 |
| Save with W+ | Save with W+ | Save with W+ |
| Shipping, arrives **in 3+ days** | Shipping, arrives **in 2 days** | Shipping, arrives **in 3+ days** |

### Saved for later

**1 item** ⌃



Move to cart

Now **$4.25** ~~$4.77~~
BINGTAOHU Jamaican Black Castor Oil Essential Oil 60ml
Size : 3.2*3.2*12
Actual Color : Birthday
Qty 1

Remove



**1. Shipping, arrives by Mon, Oct 7** ✓

Amla Amla                                                    Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                         Edit

House

**Items details**                                            View details

1 item

You're saving **$0.62** today!

| | |
|---|---|
| **Subtotal** (1 item) | ~~$5.58~~ |
| Savings | **-$0.62** |
| | $4.96 |
| Seller shipping | $3.99 |
| **Estimated taxes** | $0.63 |
| **Estimated total** | **$9.58** |

Have a promo code?                                           ⌄



**2. Payment method** ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

[ ▭                                                        ]

Continue

**Pay by bank** ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

[ **Connect your bank** ]

**Other ways to pay** ⌃

Pay with PayPal                          Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**    Items in your cart are not eligible for Affirm.

[ *PayPal* ]                             [ affirm ]

Walmart+  Free 30-day trial

Defendant no. :        54

Defendant Name :       Momihoom

Platform:              Walmart

| Plaintiff VAu 1-517-249 Copyright | Momihoom's Infringing Product |
|---|---|
|   |  |

‹ Back to item

## Momihoom

★★★☆☆
2.5 stars out of 5    See all 4 reviews

**25%**  Overall Positive Rating

Shop all seller items

🏠 Business Name:
GuangZhouJingQiaFuShiYouXianGongSi

✉ Contact seller

📞 (+86) 13175070294

📍 GuangZhouShiTianHeQuJinSuiLuIHao2
006FangA755hi
GuangZhouShi, GD 510630, CN

About Seller

---

### More items from this seller







+ Add | $6.99 ~~$7.99~~
Momihoom Super Vitamin C Serum for Mature Skin: Hyaluronic Acid and Vitamin E - Anti Aging Serum for Dark Spots, Fine Lines,...

+ Add | $5.99
Momihoom Eye Stick with Vitamin C Eye Cream for Dark Circle and Puffiness, Brightening Eye Balm Reduces Fine Lines an...

+ Add | $5.99
Momihoom Vitamin C and Turmeric Face Scrub Cream Microdermabrasion Facial Scrub Exfoliating Clears Blackheads Improve Dark...

---

### Seller reviews

## 2.5 out of 5

★★☆☆☆ (4 reviews)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | |
| 3 stars | 1 |
| 2 stars | |
| 1 star | 2 |

**4 reviews**    Sort by | Most Relevant ▾

★★★★★                              08/15/2024
ivonne

★★★☆☆                              07/31/2024
Terri

★☆☆☆☆                              08/15/2024
janet

★☆☆☆☆                              07/12/2024
yohel

---

### About Seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

At Momihoom, we know our customers work hard for their money and rely on quality apparel to get work done safely and efficiently. We aim to honor that work by delivering the best shopping experience possible.



Momihoom

Momihoom Jamaican Black Castor Oil for Hair Growth & Natural Skin Care - Roasted & Cold-Pressed - Massage, Scalp, Hair and Nails

(No ratings yet)

Free 30-day returns

**$6.99**
Price when purchased online ⓘ

Buy now

Add to cart

**Actual Color:** Black

$6.99

**Clothing Size:** 3.2*3.2*12

3.2*3.2*12

**How do you want your item?**

Shipping
Arrives Oct 11
$0.99

Pickup
Not available

Delivery
Not available

Delivery to 500 NW 2nd Ave

Sold and shipped by Momihoom

4 seller reviews
View seller information

Free 30-day returns Details

Add to list

Add to registry

**About this item**

Product details

Jamaican Black Castor Oil Essential Oil 60ml
Features:
1. in fatty , it can deeply moisturize the skin, making it soft and .
2. It has -inflammatory and effects and can be used to skin and sensitivity.
3. It contains protein, vitamins, and minerals, which help stimulate skin cell regeneration and the wound healing process.
4. in antioxidants such as vitamin E, it can resist the of free radicals and delay the aging process of the skin.
5. It has a detoxifying effect and can be used to clean pores, dirt and from the skin, and keep the skin clean and health
Product Description:
1.

• Momihoom 【Service】 If you have any questions, please feel free to contact us and we will answer your questions as soon as possible.
• best gift
• 1. in fatty , it can deeply moisturize the skin, making it soft and .
• 2. It has -inflammatory and effects and can be used to skin and sensitivity.
• 3. It contains protein, vitamins, and minerals, which help stimulate skin cell regeneration and the wound healing process.
• 4. in antioxidants such as vitamin E, it can resist the of free radicals and delay the aging process of the skin.
• 5. It has a detoxifying effect and can be used to clean pores, dirt and from the skin, and keep the skin clean and health

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications

**Cart** (1 item)



🔷 Pickup and delivery options  ⌄

Continue to checkout

🚚 **Shipping** arrives by Thu, Oct 10
500 NW 2nd Ave, Unit 10001
$0.99 shipping

Sold and shipped by Momihoom
$0.99 seller shipping fee

Momihoom Jamaican Black Castor Oil for Hair Growth & Natural Skin Care - Roasted & Cold-Pressed - Massage, Scalp, Hair and Nails                                      $6.99
Actual Color: black
Clothing Size: 3.2*3.2*12
🔵 Free 30-day returns

Remove    Save for later          −  1  +

| | |
|---|---|
| Subtotal (1 item) | $6.99 |
| Seller shipping | $0.99 |
| Taxes | Calculated at checkout |
| **Estimated total** | **$7.98** |

Walmart+ **Become a member to get free same-day delivery, gas discounts & more!**  ✕

☐ Try Walmart+ free for 30 days!

**Popular items in your area**

    

| Best seller | Best seller | |
|---|---|---|
| ＋ Add | ＋ Add | ＋ Add |

**Now $6.96** ~~$13.92~~          $5.48          $9.97

Better Homes & Gardens Cotton Palm Beach Towel 38" X 72"    Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear    GREAT VALUE TOILET PLUNGER BRUSH

Save with W+          Save with W+          Save with W+

Pickup **tomorrow**          Pickup **tomorrow**          Pickup **tomorrow**
Delivery **tomorrow**          Delivery **tomorrow**          Delivery **tomorrow**
Shipping, arrives **in 2 days**    Shipping, arrives **in 2 days**    Shipping, arrives **in 3+ days**

**New Fall Rollbacks**



| Rollback | Rollback | Rollback |
|---|---|---|
| ＋ Add | ＋ Add | ＋ Add |

**Now $74.20** ~~$121.00~~    **Now $152.00** ~~$169.70~~    **Now $192.85** ~~$239.99~~ 80.7 c/lb

Linon Brook 30" Wood Bar Stool Black Faux Leather Nailhead Trim in Cherry Stain    Tyler Dillon Beveled Oval Wall Mirror with Beaded Textured Wood Frame 33"H x 25"W    Euroco Wood Twin over Full Bunk Bed, Low Profile Floor Bed with Ladder, Gray

★★★★☆ 13          ★★★★☆ 13          ★★★★☆ 12

Save with W+          Save with W+          Save with W+

Shipping, arrives **in 3+ days**    Shipping, arrives **in 3+ days**    Shipping, arrives **in 3+ days**

**Saved for later**

**1 item**                                                                        ⌃



Move to cart

**Now $4.25** ~~$4.77~~
BINGTAOHU Jamaican Black Castor Oil Essential Oil 60ml
Size : 3.2*3.2*12
Actual Color : Birthday
Qty 1
Remove



**1. Shipping, arrives by Thu, Oct 10** ✅

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101                    Edit

**Delivery instructions (optional)**                    Edit

House

**Items details**                                        View details

1 item



| | |
|---|---|
| **Subtotal** (1 item) | $6.99 |
| Seller shipping | $0.99 |
| **Estimated taxes** | $0.56 |
| **Estimated total** | **$8.54** |

Have a promo code?    ⌄

---

**2. Payment method**    ⊖

**Pay with card**



Learn more about payment methods we accept.

* Required field

**Card number** *

[ 🖳                                                    ]

Continue

**Pay by bank**    ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

[ Connect your bank ]

**Other ways to pay**    ⌃

Pay with PayPal                          Pay in monthly installments with Affirm

☐ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

[ *PayPal* ]                             [ affirm ]

Walmart+  Free 30-day trial

Defendant no. :          55

Defendant Name :      FuShi

Platform:                   Walmart

| Plaintiff VAu 1-517-249 Copyright | FuShi's Infringing Product |
|---|---|
|   |  |

‹ Back to item

## FuShi

★★★★☆
3.5 stars out of 5

See all 4 reviews

**50%**  Overall Positive Rating

Shop all seller items

🏠 Business Name:
ShenZhenShiFuShiDeKeJiYouXianGongSi

✉️ Contact seller

📞 (+86) 18123941297

📍 wankehonglifangdashaldongbangonglo
u0503
longgangqubujjiedaoluogangshequ
shenzhenshi, GD 518100, CN

---

**More items from this seller**







**$3.48** ~~$7.26~~
CzestPyake Whitening Beauty Cream Skin
Tone Even Cream Lighten The Skin Joints
Armpits Dull Black The Skin Tone Nourishing...

**$8.22** ~~$9.80~~
CzestPyake Foot For Neuropathy Feet, Whole
Body For Neuropathy, Foot For Circulation
And Pain Relief, For Those Who Stand And...
★★★★★ 1

**$5.20**
CzestPyake Curler Define Styling Brush Curly
Hair Brush Curler Brush For Curly Hair Dry
And Wet Hair Brush Curved And Vented...

---

**Seller reviews**

# 3.5 out of 5
★★★☆☆ (4 reviews)

| | |
|---|---|
| 5 stars | 2 |
| 4 stars | |
| 3 stars | 1 |
| 2 stars | |
| 1 star | 1 |

4 reviews    Sort by | Most Relevant ▾

★★★★★                               09/09/2024      ★☆☆☆☆                               08/05/2024
Stephanie                                           MARCIN

★★★★★                               08/31/2024      ★★★☆☆                               07/24/2024
Paty                                                Robert

CrestPyake

**CrestPyake Jamaican Black Castor Oil Essential Oil 60ml,essential oils for skin**

☆ (No ratings yet)

○ Free 90-day returns

**$5.19**

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

**Actual Color:** Black

| Black |
|---|
| $5.19 |

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Oct 12 | Not available | Not available |
| $4.99 | | |

Delivery to  **500 NW 2nd Ave**

Sold and shipped by **FuShi**

★★★☆☆  4 seller reviews
View seller information

○ Free 90-day returns  Details

♡ Add to list

🎁 Add to registry



**About this item**

**Product details**

▼ ▼ ▼ ▼ ▼ Welcome to CrestPyake shop♥ ♥ ♥ ♥

Welcome to my shop, Our shop philosophy: consumers come first, always providing

cost-effective products as well as customer service! Wish you happy shopping!

Jamaican Black Castor Oil Essential Oil 60ml

Features:

1. in fatty , it can deeply moisturize the skin, making it soft and .

2. It has -inflammatory effects and can be used to skin and sensitivity.

3. It contains protein, vitamins, and minerals, which help stimulate skin cell regeneration and the wound healing process.

4. in antioxidants such as vitamin E, it can resist the of free radicals and delay the aging process of the skin.

5. It has a detoxifying effect and can be used to clean pores, dirt and from the skin, and keep the skin clean and health

Product Description:

1. Size: 12 * 3.2 * 3.2cm

2. Weight: 123g

3. Capacity: 60ml

4. Usage:

Facial moisturizing: Apply an appropriate amount to clean facial skin, gently massage until absorbed, and can be used at night to help moisturize and repair the skin.

Massage oil: Other blends used for whole body massage, soothing the skin, and promoting circulation.

Hair care: Apply a small amount to the hair tips or scalp to nourish the hair, increase , and reduce restlessness.

Lip protection: When the lips are dry, a small amount can be applied, which has a moisturizing and moisturizing effect, making the lips soft and moisturized.

Local care: Dip a small amount with a cotton ball and apply it to dry, rough or damaged skin areas to help repair and moisturize.

When using, it is recommended to conduct a skin sensitivity test first to ensure no allergic reactions. In addition, it is recommended to choose quality products that are natural and without additives, and attention to storing them in a cool and dry place, avoiding direct sunlight.

- essential oil set

**Cart** (1 item)



**Pickup and delivery options** ⌄

**Shipping** arrives by Fri, Oct 11
500 NW 2nd Ave, Unit 10001
$4.99 shipping

Sold and shipped by **FuShi**
$4.99 seller shipping fee

CzestPyake Jamaican Black Castor Oil Essential Oil 60ml,essential oils for skin
Actual Color: black
Free 90-day returns

$5.19

Remove   Save for later   − 1 +

**Continue to checkout**

| | |
|---|---|
| Subtotal (1 item) | $5.19 |
| Seller shipping | $4.99 |
| Taxes | Calculated at checkout |
| **Estimated total** | **$10.18** |

Walmart+ Become a member to get free same-day delivery, gas discounts & more! ✕
☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller

**Now $6.96** $13.92
Better Homes & Gardens Cotton Palm Beach Towel 38" X 72"
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 2 days**

Best seller

$5.48
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 2 days**

$9.97
GREAT VALUE TOILET PLUNGER BRUSH
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

**New Fall Rollbacks**



Rollback

**Now $136.00** $166.17
Steve Silver Daxton Black Faux Marble Sofa Table
Save with W+
Shipping, arrives **in 3+ days**

Rollback

**Now $195.00** $253.85
Steve Silver Gabby Transitional 48" Rectangle Console Table with Shelf and Drawer, Washed Oak
Save with W+
Shipping, arrives **in 3+ days**

Rollback

**Now $154.00** $186.31
Noble House Pilster Glam Wood and Wicker Console Table, Walnut, Natural, and Antique Gold
Save with W+
Shipping, arrives **in 3+ days**

**Saved for later**

**1 item** ⌃



Move to cart

**Now $4.25** $4.77
BINGTAOHU Jamaican Black Castor Oil Essential Oil 60ml
Size : 3.2*3.2*12
Actual Color : Birthday
Qty 1
Remove

 **1. Shipping, arrives by Fri, Oct 11** ✓

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101                    Edit

**Delivery instructions (optional)**                           Edit

House

**Items details**                                              View details

1 item



| | |
|---|---|
| **Subtotal** (1 item) | $5.19 |
| Seller shipping | $4.99 |
| **Estimated taxes** | $0.71 |
| **Estimated total** | **$10.89** |

Have a promo code?                                             ⌄

**2. Payment method**                                          ⊖

**Pay with card**



Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Pay by bank**                                                ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**                                          ⌃

Pay with PayPal                    Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**    Items in your cart are not eligible for Affirm.

PayPal                             affirm

Walmart  Free 30-day trial

Defendant no. :          56

Defendant Name :      Teissuly Direct

Platform:                    Walmart

| Plaintiff VAu 1-517-249 Copyright | Teissuly Direct's Infringing Product |
|---|---|
| <br> |  |

‹ Back to item

## Teissuly Direct

★★★½☆  See all 15 reviews
3.4 stars out of 5

**60%**  Overall Positive Rating

Shop all seller items

⌂ Business Name:
guangzhoujinshunshangmaoyouxiangongsi

✉ Contact seller

☎ (+86) 19966220571

◉ guangzhoushitianhequrulindajiehouyua
nlu38hao106fangC274
guangzhoushi, GD 510630, CN

About Seller

---

**More items from this seller**





+ Add

**$11.89**
Teissuly Women's Solid Oversized Athletic Tee
Romper Back V Neck Half Short Sleeve
Wearing Both Front And Back Workout...
★★★★★ 2

**$1.89**
Teissuly Adult Coloring Book Designs Stress
Relief Coloring Book
★★☆☆☆ 1

**$7.89**
Teissuly Plant Watering Can Watering Can 1
Gallon Long Spout Watering Can Flower
Patterns Indoor Watering Can With Handle...
★★★★★ 1

---

**Seller reviews**

# 3.4 out of 5

★★★½☆ (15 reviews)

| | |
|---|---|
| 5 stars | 8 |
| 4 stars | 1 |
| 3 stars | 1 |
| 2 stars | 1 |
| 1 star | 5 |

**15 reviews**    Sort by | Most Relevant ▾

★☆☆☆☆                        08/11/2024
Will never purchase anything from this person. Unprofessional, and
to mail something that belongs in a box it came in. No stars since
the pods are crushed and I didn't know what I was buying!
Ginger

★★☆☆☆                        08/02/2024
THE FACIAL SERUM DIDN'T WORK FOR ME N ITS OK I HAVE
BOUGHT OTHERS THAT DID WALMART D BEST...DONT STOP .
Rose

★★★★★                        09/14/2024
Britt

★★★★★                        09/10/2024
Mei

★★★★★                        09/06/2024
Delilah

★☆☆☆☆                        09/04/2024
Deb

★★★★★                        08/22/2024
Pankul

★★★★★                        08/20/2024
Nora

★★★★☆                        08/08/2024
Patricia

★☆☆☆☆                        08/04/2024
Johnnie

( 1 )  2  ›

---

**About Seller**

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

Teissuly Direct

Teissuly

**Teissuly Jamaican Black Castor Oil Essential Oil 60ml**

☆ (No ratings yet)

◎ Free 30-day returns

**$4.99**

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

Size: 3.2*3.2*12

| 3.2*3.2*12 |
|---|
| $4.99 |

Actual Color: Black

**How do you want your item?**

| 🚚 Shipping<br>Arrives Oct 11<br>$3.90 | 🚗 Pickup<br>Not available | 🏪 Delivery<br>Not available |
|---|---|---|

Delivery to **500 NW 2nd Ave**

🏠 Sold and shipped by **Teissuly Direct**

★★★☆☆ 15 seller reviews
View seller information

◎ Free 30-day returns Details

♡ Add to list          🎁 Add to registry



**About this item**

**Product details** ⌄

Teissuly Jamaican Black Castor Oil Essential Oil 60ml
Jamaican Black Castor Oil Essential Oil 60ml
Features:
1. in fatty , it can deeply moisturize the skin, making it soft and .
2. It has -inflammatory and effects and can be used to skin inflammation and sensitivity.
3. It contains protein, vitamins, and minerals, which help stimulate skin cell regeneration and the wound healing process.
4. in antioxidants such as vitamin E, it can resist the of free radicals and delay the aging process of the skin.
5. It has a detoxifying effect and can be used to clean pores, dirt and from the skin, and keep the skin clean and health
Product Description:
1.

• Teissuly Jamaican Black Castor Oil Essential Oil 60ml
• Features:
• 2. It has -inflammatory and effects and can be used to skin inflammation and sensitivity.
• 4. in antioxidants such as vitamin E, it can resist the of free radicals and delay the aging process of the skin.
• Product Description:

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

**Specifications** ⌄

**Features**

**Cart** (1 item)

🔖 Pickup and delivery options ⌄

Continue to checkout



🚚 **Shipping** arrives by **Thu, Oct 10**
500 NW 2nd Ave, Unit 10001
$3.90 shipping

| | |
|---|---|
| Subtotal (1 item) | $4.99 |
| Seller shipping | $3.90 |
| **Taxes** | Calculated at checkout |
| **Estimated total** | **$8.89** |

Sold and shipped by __Teissuly Direct__
$3.90 seller shipping fee



Teissuly Jamaican Black Castor Oil Essential Oil 60ml
Size: 3.2*3.2*12
Actual Color: black
Free 30-day returns                    $4.99

Remove    Save for later    − 1 +

Walmart+  Become a member to get free same-day delivery, gas discounts & more!  ✕
☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller

+ Add

Now **$6.96** $13.92
Better Homes & Gardens Cotton Palm Beach Towel 38" X 72"

Save with W+

Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 2 days**

Best seller

+ Add

$5.48
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear

Save with W+

Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 2 days**

+ Add

$9.97
GREAT VALUE TOILET PLUNGER BRUSH

Save with W+

Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

**New Fall Rollbacks**



Rollback

+ Add

Now **$136.00** $161.57
Steve Silver Daxton Black Faux Marble Sofa Table

Save with W+

Shipping, arrives **in 3+ days**

Rollback

+ Add

Now **$198.00** $336.94
Steve Silver Bear Creek Rustic Ivory and Honey Sofa Table
★☆☆☆☆ 1

Save with W+

Shipping, arrives **in 3+ days**

Rollback

+ Add

Now **$154.00** $186.31
Noble House Plister Glam Wood and Wicker Console Table, Walnut, Natural, and Antique Gold

Save with W+

Shipping, arrives **in 3+ days**

**Saved for later**

**1 item** ⌃

Move to cart

Now **$4.25** $4.77
BINGTAOHU Jamaican Black Castor Oil Essential Oil 60ml
Size : 3.2*3.2*12
Actual Color : Birthday
Qty 1

Remove

 **1. Shipping, arrives by Thu, Oct 10** ✓

Amla Amla                                                                        Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions** (optional)                                             Edit

House

**Items details**                                                          View details

1 item



**2. Payment method**                                                        ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Pay by bank**                                                              ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**                                                        ⌃

Pay with PayPal                         Pay in monthly installments with Affirm

☐ Remember my PayPal account details    Items in your cart are not eligible for Affirm.

PayPal                                  affirm

Walmart+ Free 30-day trial

| | |
|---|---|
| **Subtotal** (1 item) | $4.99 |
| Seller shipping | $3.90 |
| **Estimated taxes** | $0.62 |
| **Estimated total** | $9.51 |

Have a promo code?                                                           ⌄

Defendant no. :          57

Defendant Name :      YUAN Beauty Shop

Platform:                  Walmart

| Plaintiff VAu 1-517-249 Copyright | YUAN Beauty Shop's Infringing Product |
|---|---|
|   |  |

‹ Back to item



**YUAN Beauty Shop**

★★★☆☆

2.6 stars out of 5      See all 22 reviews

**36%**   Overall Positive Rating

Shop all seller items

⌂ Business Name:
guangzhouyidianfuzhuangyouxiangongsi

✉ Contact seller

☎ (+86) 15302770963

📍 tianhequyinglonglu65hao2dong204shi
guangzhou, GD 510520, CN

About Seller

Tax policy

## More items from this seller

| | | |
|---|---|---|
| **$3.70** | **$2.21** ~~$2.87~~ | **$2.82** |
| Black and Friday Deals 50% Off Clear Clearance under $10 Dealovy Ultra Soft Modern Area Rugs Rug Home Room Plush... | Kuluzego 100M Long/100Yard Pure Cotton Twisted Cord Rope Crafts Macrame Artisan String | Clearance Sale Mijuetion Water Fun Swimming Pool for Waterproof Electric Doll Best-Gift Toy for Children |
| ★★☆☆☆ 6 | ★★★★★ 3 | ★★★★☆ 3 |

+ Add        + Add        + Add

## Seller reviews

# 2.6 out of 5

★★★☆☆ (22 reviews)

| | |
|---|---|
| 5 stars | 6 |
| 4 stars | 2 |
| 3 stars | 1 |
| 2 stars | 4 |
| 1 star | 9 |

**22 reviews**     Sort by   Most Relevant ▼

| | |
|---|---|
| ★☆☆☆☆                    07/11/2024 | ★☆☆☆☆                    09/15/2024 |
| Took too long to be disappointed in the size of the product and the amount of cream in the case. This will not last more a little over a week. I was not impressed with the quality of the product as well. Very disappointed. | Jacqueline |
| Ann | |
| | ★★★★★                    09/13/2024 |
| | M |
| ★☆☆☆☆                    08/06/2024 | |
| omg, where do u put it, my godness- very disappointed | ★★☆☆☆                    09/02/2024 |
| Tracy | Sheila |
| ★☆☆☆☆                    04/21/2024 | ★★★★★                    08/31/2024 |
| didn't last a hour on my puppy fell apart pieces everywhere 😅 . glad the puppy didn't eat them | WillieMae |
| Carrie | ★★★★★                    08/29/2024 |
| | katy |
| ★★☆☆☆                    09/17/2024 | |
| MoniLynne | ★☆☆☆☆                    08/23/2024 |

(1)   2   3   ( › )

## About Seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

☙【Welcome to YUAN Online Fashion】☙ YUAN is a store that focuses on women. At Blueek, you can dress yourself, your man, your pets, your home, your life to your heart's content. Unleash yourself, unleash your nature. Buy it!   Buy it!   Buy it!

## Tax policy

Walmart Marketplace is required to collect and remit sales tax on behalf of all Marketplace sellers in 47 states under enacted state laws.

Blueek

**Blueek Jamaican Black Castor Oil Essential Oil 60ml**

☆ (No ratings yet)

Free 30-day returns

**$7.09**

Price when purchased online ⓘ

Buy now

Add to cart

Size: 3.2*3.2*12

| 3.2*3.2*12 |
| $7.09 |

Actual Color: Black

**How do you want your item?**

| Shipping | Pickup | Delivery |
| Arrives Oct 5 | Not available | Not available |
| $3.99 | | |

Delivery to  **500 NW 2nd Ave**

Sold and shipped by  **YUAN Beauty Shop**

★★☆☆☆  22 seller reviews
View seller information

Free 30-day returns  Details

♡ Add to list                                      Add to registry



**About this item**

Product details

Jamaican Black Castor Oil Essential Oil 60ml

Features:

• 1. in fatty , it can deeply moisturize the skin, making it soft and .

• 2. It has -inflammatory and effects and can be used to skin and sensitivity.

• 3. It contains protein, vitamins, and minerals, which help stimulate skin cell regeneration and the wound healing process.

• 4. in antioxidants such as vitamin E, it can resist the of free radicals and delay the aging process of the skin.

• 5. It has a detoxifying effect and can be used to clean pores, dirt and from the skin, and keep the skin clean and health

Product Description:

1. Size: 12 * 3.2 * 3.2cm

2. Weight: 123g

3. Capacity: 60ml

**Cart** (1 item)

🏷️ **Pickup and delivery options** ⌄

Continue to checkout



🚚 **Shipping** arrives by Fri, Oct 4
500 NW 2nd Ave, Unit 10001
$3.99 shipping

Sold and shipped by YIJAN Beauty Shop
$3.99 seller shipping fee

Blueek Jamaican Black Castor Oil Essential Oil 60ml    $7.09
Size: 3.2*3.2*12
Actual Color: black
✓ Free 30-day returns

Remove    Save for later    − 1 +

| | |
|---|---|
| Subtotal (1 item) | $7.09 |
| Seller shipping | $3.99 |
| Taxes | Calculated at checkout |
| **Estimated total** | **$11.08** |

Walmart+ Become a member to get free same-day delivery, gas discounts & more! ✕
☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller

+ Add

Now $6.96  $11.92
Better Homes & Gardens Cotton Palm Beach Towel 38" X 72"
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 2 days**

Best seller

+ Add

$5.48
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 2 days**

+ Add

$9.97
GREAT VALUE TOILET PLUNGER BRUSH
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

**New Fall Rollbacks**



Rollback

+ Add

Now $136.00  $161.17
Steve Silver Daxton Black Faux Marble Sofa Table
Save with W+
Shipping, arrives **in 3+ days**

Rollback

+ Add

Now $195.00  $253.85
Steve Silver Gabby Transitional 48" Rectangle Console Table with Shelf and Drawer, Washed Oak
Save with W+
Shipping, arrives **in 3+ days**

Rollback

+ Add

Now $189.00  $249.23
Steve Silver Carrie Indoor 51.5" H Mid-Century Modern Lift Top Coffee Table, Walnut
Save with W+
Shipping, arrives **in 3+ days**

**Saved for later**

1 item  ⌃



Move to cart

Now $4.25  $4.77
BINGTAOHU Jamaican Black Castor Oil Essential Oil 60ml
Size : 3.2*3.2*12
Actual Color : Birthday
Qty 1
Remove



### 1. Shipping, arrives by Fri, Oct 4 ✅

Amla Amla                                                                    Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions** (optional)                                        Edit

House

**Items details**                                                    View details

1 item



| | |
|---|---|
| **Subtotal** (1 item) | $7.09 |
| Seller shipping | $3.99 |
| **Estimated taxes** | $0.78 |
| **Estimated total** | **$11.86** |

Have a promo code?                                                        ⌄

---

## 💳 2. Payment method                                                    ⊖

**Pay with card**



Learn more about payment methods we accept.

* Required field

**Card number** *

[                                                                          ]

Continue

---

**Pay by bank**                                                            ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

[ Connect your bank ]

---

**Other ways to pay**                                                      ⌃

Pay with PayPal

☐ **Remember my PayPal account details**

*PayPal*

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

[ affirm ]

---

*Walmart* Free 30-day trial

Defendant no. :          58

Defendant Name :       AiFuDian

Platform:                Walmart

| Plaintiff VAu 1-517-249 Copyright | AiFuDian's Infringing Product |
|---|---|
|   |  |

‹ Back to item

**AiFuDian**

★★★☆☆
31 stars out of 5      See all 7 reviews

**57%**   Overall Positive Rating

Shop all seller items

🏠 Business Name:
GuangZhouAiFuDianQiYouXianGongSi

✉️ Contact seller

📞 (+86) 19166220674

📍 YueXiuQuXiaTangDongYueZhiJieErXian
g10Hao101Fang
GuangZhouShi, GD 510030, CN

## More items from this seller



+ Add



+ Add



+ Add

**$9.77** ~~$10.89~~
Pack of 10 Tomato Plant Support ,Plant Cages
for Outdoor ,Tomato Cage with Standing
Stakes and Stabilizing Support Ring for...
★★★☆☆ 5

**$12.18**
Leg Makeup Foundation , Body Coverage
Perfector ,Cream for Waterproof No
Transfer , Long Lasting Even Skin Tone , ...

**$3.07**
AFUADF Pencil Pouch 3 Ring, Zipper Pencil
Pouches Case Binder Cosmetic Bag,School
Supplies Pencil Case

## Seller reviews

# 3.1 out of 5
★★★☆☆ (7 reviews)

| | |
|---|---|
| 5 stars | 3 |
| 4 stars | 1 |
| 3 stars | |
| 2 stars | |
| 1 star | 3 |

**7 reviews**    Sort by  |  Most Relevant ▾

★★★★★                                    07/19/2024
There was a reorder. The first order was "in transit" and never
showed up ,the reorder got here today. Hyloroionic Acid is good
for overall skin health and approved by the FDA. WAC
%23RCW%23 Thank you

hi

★☆☆☆☆                                    09/18/2024
Waste of money! No stability and doesn't stay connected.

dawn

★☆☆☆☆                                    09/11/2024
Tried calling number, didn't even ring. Guess I'll be taking back to
Walmart

David

★★★★★                                    09/15/2024
Rebecca

★☆☆☆☆                                    08/24/2024
Meticia

★★★★☆                                    07/21/2024
Vimary

★★★★★                                    07/08/2024
kevin

AFUADF

**AFUADF Jamaican Black Castor Oil Essential Oil 60ml**

☆ (No ratings yet)

🔄 Free 90-day returns

**$5.00**

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

**Actual Color:** Black

○
$5.00

**How do you want your item?**

| 🚚 Shipping | 🚗 Pickup | 🛍️ Delivery |
|---|---|---|
| Arrives Oct 8 | Not available | Not available |
| $4.99 | | |

Delivery to **500 NW 2nd Ave**

Sold and shipped by **AiFuDian**

★★★☆☆ 7 seller reviews

View seller information

🔄 Free 90-day returns   Details

---

♡ Add to list                    🎁 Add to registry



**About this item**

**Product details**                                                                    ^

Jamaican Black Castor Oil Essential Oil 60ml
Features:
1. in fatty , it can deeply moisturize the skin, making it soft and .
2. It has -inflammatory and effects and can be used to skin and sensitivity.
3. It contains protein, vitamins, and minerals, which help stimulate skin cell regeneration and the wound healing process.
4. in antioxidants such as vitamin E, it can resist the of free radicals and delay the aging process of the skin.
5. It has a detoxifying effect and can be used to clean pores, dirt and from the skin, and keep the skin clean and health
Product Description:
1. Size: 12 * 3.2 * 3.2cm
2. Weight: 123g
3. Capacity: 60ml
4. Usage:
Facial moisturizing: Apply an appropriate amount to clean facial skin, gently massage until absorbed, and can be used at night to help moisturize and repair the skin.
Massage oil: Other blends used for whole body massage, soothing the skin, and promoting circulation.
Hair care: Apply a small amount to the hair tips or scalp to nourish the hair, increase , and reduce restlessness.
Lip protection: When the lips are dry, a small amount can be applied, which has a moisturizing and moisturizing effect, making the lips soft and moisturized.
Local care: Dip a small amount with a cotton ball and apply it to dry, rough or damaged skin areas to help repair and moisturize.
When using, it is recommended to conduct a skin sensitivity test first to ensure no allergic reactions. In addition, it is recommended to choose quality products that are natural and without additives, and attention to storing them in a cool and dry place, avoiding direct sunlight.

- essential oils set
- essential oils for skin
- fragrance oil for skin
- organic essential oils
- essential oils

## Cart (1 item)

🚚 Pickup and delivery options ⌄



**Shipping** arrives by **Mon, Oct 7**
500 NW 2nd Ave, Unit 10001
$4.99 shipping

Sold and shipped by AiFuDian
$4.99 seller shipping fee

AFUADF Jamaican Black Castor Oil Essential Oil 60ml
Actual Color: black
🌿 Free 90-day returns

$5.00

Remove    Save for later    − 1 +

**Continue to checkout**

| | |
|---|---|
| Subtotal (1 item) | $5.00 |
| Seller shipping | $4.99 |
| **Taxes** | Calculated at checkout |
| **Estimated total** | $9.99 |

Walmart+ **Become a member to get free same-day delivery, gas discounts & more!** ✕
☐ Try Walmart+ free for 30 days!

### Popular items in your area



**Best seller**

+ Add

Now **$6.96** $13.92
Better Homes & Gardens Cotton Palm Beach Towel 38" X 72"
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 2 days**

**Best seller**

+ Add

**$5.48**
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 2 days**

+ Add

**$9.97**
GREAT VALUE TOILET PLUNGER BRUSH
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

### New Fall Rollbacks



Rollback

+ Add

Now **$136.00** $166.57
Steve Silver Daxton Black Faux Marble Sofa Table
Save with W+
Shipping, arrives **in 3+ days**

Rollback

+ Add

Now **$152.00** $169.70
Tyler Dillon Beveled Oval Wall Mirror with Beaded Textured Wood Frame 33"H x 25"W
★★★★☆ 13
Save with W+
Shipping, arrives **in 3+ days**

Rollback

+ Add

Now **$74.20** $129.08
Linon Brook 30" Wood Bar Stool Black Faux Leather Nailhead Trim in Cherry Stain
★★★★☆ 13
Save with W+
Shipping, arrives **in 3+ days**

### Saved for later

**1 item**    ⌃



Move to cart

Now **$4.25** $6.77
BINGTAOHU Jamaican Black Castor Oil Essential Oil 60ml
Size : 3.2*3.2*12
Actual Color : Birthday
Qty 1

Remove



**1. Shipping, arrives by Mon, Oct 7** ✓

Amla Amla                                                                                           Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions** (optional)                                                Edit

House

| | |
|---|---|
| **Subtotal** (1 item) | $5.00 |
| Seller shipping | $4.99 |
| **Estimated taxes** | $0.70 |
| **Estimated total** | **$10.69** |

Have a promo code?                                                               ⌄

**Items details**                                                          View details

1 item



---

💳 **2. Payment method**                                                      ⊖

**Pay with card**



Learn more about payment methods we accept.

* Required field

**Card number** *

[ 💳                                                                           ]

Continue

**Pay by bank**                                                                ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

[ Connect your bank ]

**Other ways to pay**                                                          ⌃

Pay with PayPal                                    Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**          Items in your cart are not eligible for Affirm.

[ PayPal ]                                          [ affirm ]

---

Walmart+  Free 30-day trial

Defendant no. :          59

Defendant Name :      Mei li xue

Platform:                  Walmart

| Plaintiff VAu 1-517-249 Copyright | Mei li xue's Infringing Product |
|---|---|
|   |  |

‹ Back to item

## Mei li xue

★★⯪☆☆   See all 6 reviews
2.3 stars out of 5

**33%**  Overall Positive Rating

Shop all seller items

---

🏠  Business Name:
wuhanshimeilixuekejiyouxiangongsi

✉  Contact seller

📞  (+86) 13720378048

📍  huangpiquqianchuanjiechengjiadunjinlong
sijiyangguangerqi30dong2danyuan2hao
wuhanshi, HB 430000, CN

---

About Seller

More items from this seller



| | | |
|---|---|---|
| ＋ Add | ＋ Add | ＋ Add |
| $4.51 $8.01 | $4.14 $6.94 | $5.59 |
| DVKOVI 1pcs Gentle Soft and Moisturizing Hair Removal Armpit Hair Leg Hair Whole Body Hair Removal for All Skin | DVKOVI Cheilitis Treatment Cream Lip Moisturizer for Dry Lips and Chapped Lips The Look of Fine Lines Keep The Lips Smooth an... | DVKOVI Womens Running Quick Dry Shorts Workout Elastic Waist Yoga Pants Solid Sports Pants High Rise Shorts for Women Blue XL |
| ★★★★☆ 5 | ★★★★★ 2 | ★★★⯪☆ 5 |

### Seller reviews

# 2.3 out of 5

★★⯪☆☆  (6 reviews)

| | |
|---|---|
| 5 stars | 2 |
| 4 stars | |
| 3 stars | |
| 2 stars | |
| 1 star | 4 |

**6 reviews**   Sort by | Most Relevant ▾

| | | | |
|---|---|---|---|
| ★☆☆☆☆ | 08/08/2024 | ★★★★★ | 08/30/2024 |
| Cheap materials, no sequins or glitter Not what I wanted to wear to a charity event. Awful product. | | Bubbamissing | |
| Marcia | | ★☆☆☆☆ | 08/09/2024 |
| | | DeAnne | |
| ★☆☆☆☆ | 07/26/2024 | | |
| Unfortunately I can not return . Im just glad I didnt pay alot | | ★☆☆☆☆ | 07/24/2024 |
| | | Rosanne | |
| ★★★★★ | 09/09/2024 | | |

### About Seller

ⓘ This seller may also also engage in manufacturing, importing or reselling consumer products.

Meilixue



DVKOVI

**DVKOVI Black Castor Oil Hair Care Serum for Nail Skincare Dry Hair Reduces Frizz Hair Loss Breakage Moisturize Body 60ml**

(No ratings yet)

Free 30-day returns

**$6.16**

Price when purchased online ⓘ

| Buy now |
| Add to cart |

**Actual Color:** Black

$6.16

**How do you want your item?**

| Shipping<br>Arrives Oct 9<br>$3.00 | Pickup<br>Not available | Delivery<br>Not available |

Delivery to 500 NW 2nd Ave

Sold and shipped by **Mei li xue**

★★☆☆☆ 6 seller reviews
View seller information

Free 30-day returns  Details

Add to list                    Add to registry

**About this item**

Product details

**1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml**

Features:

- Hair Care: Jamaican black oil is a natural hair care oil rich in high vitamin E, minerals, proteins,-6 fatty , which can moisturize the scalp, hair dryness, control sebum, maintain scalp, reduce dandruff, strengthen hair shine and less frizz.

- Stimulate Hair Growth: oil helps moisturize, thicken and strengthen the hair follicles. It locks in the in the hair shaft making each strand thicker and darker, organic oil helps stimulate hair, eyelashes & eyebrows growth up to three times rate and and hair loss.

- Nourishes Skin: Jamaican black oil keep your face moisturized, the fatty contained in the oil are to the functioning of the skin. These keep the skin hydrated, its natural oil production, help reduce blemishes, , pimples, and signs of ageing.

- Body Moisturizer: Black oil can also be used as an all-over body moisturizer—helping to keep skin smooth, nourished, and supple. It is particularly effective for rough areas like feet and elbows. Simply apply to damp skin after a shower or bath to lock in .

- Easy To Use: Take a small amount of nourishment oil to the scalp,hair, body,beard,eyebrows or eyelashes,massage with fingers for 2-3 minutes until absorbed.You will feel it can nourish and damaged hair and excess oil.

Product Description:

1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml

Material: oil

Color: as the picture shows, (Due to the difference between different monitors, the picture may have slight color difference. please make sure you do not mind before ordering, Thank you!)

Package weight: 125g

Package size: 12.1x4.2x4.2cm,(Please allow 1-3mm error due to manual measurement. please make sure you do not mind before ordering.)

**Cart** (1 item)



🏷️ Pickup and delivery options  ⌄

Continue to checkout

Shipping arrives by **Wed, Oct 9**
500 NW 2nd Ave, Unit 10001
$3.00 shipping

| | |
|---|---|
| Subtotal (1 item) | $6.16 |
| Seller shipping | $3.00 |
| **Taxes** | Calculated at checkout |
| **Estimated total** | $9.16 |

Sold and shipped by Mei li xue
$3.00 seller shipping fee

DVKOVI Black Castor Oil Hair Care Serum for Nail Skincare Dry Hair Reduces Frizz Hair Loss Breakage Moisturize Body 60ml    $6.16
Actual Color: Black
Free 30-day returns

Remove   Save for later   −  1  +

**Walmart+** Become a member to get free same-day delivery, gas discounts & more!  ✕
☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller

**Now $6.96** $11.92
+ Add
Better Homes & Gardens Cotton Palm Beach Towel 38" X 72"
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 2 days**

Best seller

**$5.48**
+ Add
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 2 days**

**$9.97**
+ Add
GREAT VALUE TOILET PLUNGER BRUSH
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

**New Fall Rollbacks**



Rollback

**Now $154.00** $186.31
+ Add
Noble House Pilster Glam Wood and Wicker Console Table, Walnut, Natural, and Antique Gold
Save with W+
Shipping, arrives **in 3+ days**

Rollback

**Now $136.00** $168.87
+ Add
Steve Silver Daxton Black Faux Marble Sofa Table
Save with W+
Shipping, arrives **in 3+ days**

Rollback

**Now $198.00** $336.94
+ Add
Steve Silver Bear Creek Rustic Ivory and Honey Sofa Table
★☆☆☆☆ 1
Save with W+
Shipping, arrives **in 3+ days**

**Saved for later**

**1 item**  ⌃



Move to cart

**Now $4.25** $4.77
BINGTAOHU Jamaican Black Castor Oil Essential Oil 60ml
Size : 3.2*3.2*12
Actual Color : Birthday
Qty 1
Remove



**1. Shipping, arrives by Wed, Oct 9**

Amla Amla                                                                    Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                                          Edit

House

**Items details**                                                        View details

1 item

| | |
|---|---|
| Subtotal (1 item) | $6.16 |
| Seller shipping | $3.00 |
| **Estimated taxes** | $0.64 |
| **Estimated total** | **$9.80** |

Have a promo code?   ⌄

## 2. Payment method   ⊖

**Pay with card**



Learn more about payment methods we accept.

\* Required field

**Card number** \*

Continue

**Pay by bank**   ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

[ Connect your bank ]

**Other ways to pay**   ⌃

Pay with PayPal

☐ **Remember my PayPal account details**

*PayPal*

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

[ affirm ]

Walmart+  Free 30-day trial

Defendant no. :        60

Defendant Name :       Yinyu

Platform:              Walmart

| Plaintiff VAu 1-517-249 Copyright | Yinyu's Infringing Product |
|---|---|
|   |  |

‹ Back to item

## Yinyu

★★½☆☆
2.7 stars out of 5          See all 15 reviews

**47%**   Overall Positive Rating

Shop all seller items

🏠 Business Name: Guangzhou Yinyu Toys Co Ltd

✉ Contact seller

📞 (+86) 17724616890

📍 YueXiuQuYiLeLiShao101Fang GuangZhouShi, GD 510030, CN

### More items from this seller


Add


Add


Add

$4.98
Pkeoh Motion Sickness Patch Anti-nausea Seasickness Patch Relieve Vomiting Nausea Dizziness Caused By Car Ship Plane Travel Fa...

$4.43 $4.98
Pkeoh Tanning Oil Tanning Oil Beach Tanning Skin And Beautiful 30ml
★★★☆☆ 3

$5.32 $5.99
Pkeoh Batana Hair Firming Essential Oil Improves Hair Nutrition And Increases Hair Thickness 60ml

### Seller reviews

## 2.7 out of 5
★★½☆☆ (15 reviews)

| | |
|---|---|
| 5 stars | 4 |
| 4 stars | 3 |
| 3 stars | 0 |
| 2 stars | 1 |
| 1 star | 7 |

**15 reviews**   Sort by | Most Relevant ▾

★☆☆☆☆                                    07/03/2024
I should have read the reviews before I bought this junk. It is not way that any birds can can get in there.Walmart buyers should look at products before they decide to sell them.The poles are so skinny they probably won't be able to hold the bird house.The box was so small that you couldn't even believe that a bird house was in there.As I said before Do Not Buy Junk.I be returning.
Doris

★★★★☆                                    09/01/2024
As I just wrote, I haven't used this product yet, because I still have a vial of AlertDrops (that I'm using now).
Nick

★★★★★                                    08/30/2024
Seller's communication and quality was great ! Very thankful
Nick

★☆☆☆☆                                    08/08/2024
Extremely busy, shouldn't have to fix products that have no proper packaging....
PSUColin

★★★★★                                    09/18/2024
VirginiaNana

★★★★☆                                    09/13/2024
Elsie

★★★★★                                    09/04/2024

★★★★☆                                    09/04/2024
Adrianne

★☆☆☆☆                                    08/31/2024
Katrina

★☆☆☆☆                                    08/28/2024
Valerie

1   2   ›

Clearance

Pkeoh

Pkeoh Essential Oils Aromatherapy Oils Jamaican Black Castor Oil Essential Oil 60Ml

☆ (No ratings yet)

◆ Free 30-day returns

Now **$4.48** ~~$5.03~~ ⓘ

You save $0.55

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

Size: 3.2*3.2*12

| 3.2*3.2*12 Now $4.48 |
|---|

Actual Color: Black 4153

○

**How do you want your item?**

| 🚚 Shipping Arrives Oct 12 $3.00 | 🚗 Pickup Not available | 🏪 Delivery Not available |
|---|---|---|

Delivery to 500 NW 2nd Ave

Sold and shipped by Yinyu

★★★☆☆ 15 seller reviews

View seller information

◆ Free 30-day returns Details

♡ Add to list          🎁 Add to registry



**About this item**

Product details ⌄

Jamaican Black Castor Oil Essential Oil 60Ml
Features:
1. In Fatty , It Can Deeply Moisturize The Skin, Making It Soft And .
2. It Has -Inflammatory And Effects And Can Be Used To Skin And Sensitivity.
3. It Contains Protein, Vitamins, And Minerals, Which Help Stimulate Skin Cell Regeneration And The Wound Healing Process.
4. In Antioxidants Such As Vitamin E, It Can Resist The Of Free Radicals And Delay The Aging Process Of The Skin.
5. It Has A Detoxifying Effect And Can Be Used To Clean Pores, Dirt And From The Skin, And Keep The Skin Clean And Health
Product Description:
1. Size: 12 * 3.2 * 3.2Cm
2. Weight: 123G
3. Capacity: 60Ml
4. Usage:
Facial Moisturizing: Apply An Appropriate Amount To Clean Facial Skin, Gently Massage Until Absorbed, And Can Be Used At Night To Help Moisturize And Repair The Skin.
Massage Oil: Other Blends Used For Whole Body Massage, Soothing The Skin, And Promoting Circulation.
Hair Care: Apply A Small Amount To The Hair Tips Or Scalp To Nourish The Hair, Increase , And Reduce Restlessness.
Lip Protection: When The Lips Are Dry, A Small Amount Can Be Applied, Which Has A Moisturizing And Moisturizing Effect, Making The Lips Soft And Moisturized.
Local Care: Dip A Small Amount With A Cotton Ball And Apply It To Dry, Rough Or Damaged Skin Areas To Help Repair And Moisturize.
When Using, It Is Recommended To Conduct A Skin Sensitivity Test First To Ensure No Allergic Reactions. In Addition, It Is Recommended To Choose Quality Products That Are Natural And Without Additives, And Attention To Storing Them In A Cool And Dry Place, Avoiding Direct Sunlight.

## Cart (1 item)

🏷️ **Pickup and delivery options** ⌄



🚚 **Shipping** arrives by Fri, Oct 11
500 NW 2nd Ave, Unit 10001
$3.00 shipping

Sold and shipped by Yimin
$3.00 seller shipping fee

Clearance

Pkeoh Essential Oils Aromatherapy Oils Jamaican Black Castor Oil Essential Oil 60MI
Size: 3.2*3.2*12
Actual Color: Black 4153
⊘ Free 30-day returns

**$4.48**
$5.03
You save $0.55

Remove    Save for later    − 1 +



Continue to checkout

Items in your cart have reduced prices.
Check out now for extra savings!    ✕

Subtotal (1 item)                    $5.03
Savings                             -$0.55
                                     $4.48
Seller shipping                      $3.00
Taxes              Calculated at checkout
Estimated total                      $7.48

Walmart+  Become a member to get free same-day delivery, gas discounts & more!    ✕
☐ Try Walmart+ free for 30 days!

### Popular items in your area



Best seller

Now **$6.96** $13.92
Better Homes & Gardens Cotton Palm Beach Towel 38" X 72"
**Save with W+**
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 2 days**

Best seller

**$5.48**
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear
**Save with W+**
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 2 days**

**$9.97**
GREAT VALUE TOILET PLUNGER BRUSH
**Save with W+**
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

### New Fall Rollbacks



Rollback

Now **$198.00** $319.92
Steve Silver Bear Creek Rustic Ivory and Honey Sofa Table
★☆☆☆☆ 1
**Save with W+**
Shipping, arrives **in 3+ days**

Rollback

Now **$192.85** $739.99 80.7 c/fs
Euroco Wood Twin over Full Bunk Bed, Low Profile Floor Bed with Ladder, Gray
★★★★½ 12
**Save with W+**
Shipping, arrives **in 3+ days**

Rollback

Now **$176.00** $248.64
Rafael Wooden Cocktail Table in Cherry Finish with Glass inlay
★★★★☆ 19
**Save with W+**
Shipping, arrives **in 3+ days**

### Saved for later

1 item                                    ⌃

Move to cart

Now **$4.25** $4.77
BINGTAOHU Jamaican Black Castor Oil Essential Oil 60ml
Size : 3.2*3.2*12
Actual Color : Birthday
Qty 1
Remove



**1. Shipping, arrives by Fri, Oct 11**  ✓

Amla Amla                                                          Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                               Edit

House

**Items details**                                        View details

1 item

You're saving $0.55 today!

| **Subtotal** (1 item) | ~~$5.03~~ |
| Savings | **-$0.55** |
| | $4.48 |
| Seller shipping | $3.00 |
| **Estimated taxes** | $0.52 |
| **Estimated total** | **$8.00** |

Have a promo code?  ⌄



**2. Payment method**  ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**Pay by bank**  ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**  ⌃

Pay with PayPal                    Pay in monthly installments with Affirm

☐ Remember my PayPal account details    Items in your cart are not eligible for Affirm.

*PayPal*                           affirm

Walmart+  Free 30-day trial

Defendant no. :          61

Defendant Name :
    GuangZhouQiangFengXinShiPinYouXianGongSi

Platform:              Walmart

| Plaintiff VAu 1-517-249 Copyright | GuangZhouQiangFengXinShiPinYouXianGongSi's Infringing Product |
|---|---|
|  | |

‹ Back to item

## GuangZhouQiangFengXinShiPinYouXianGongSi

★★★★★   See all 1 review
5 stars out of 5

**100%**   Overall Positive Rating

Shop all seller items

🏠  Business Name:
GuangZhouQiangFengXinShiPinYouXianGongSi

✉  Contact seller

📞  (+86) 19129354927

📍  14haoBzuosancengBqu0575fang
tianhequcencunshengtangdajie
guangzhoushi, GD 510630, CN

**More items from this seller**



**$4.49** ~~$5.99~~
OugPiStiyk Vitamin C Vitamin E Facial Serum,
Boost Skin Collagen,Hydrate & Plump Skin,
Anti Aging & Wrinkle Facial Serum
★★★★★ 1

**$5.86**
Glo Mi Turmeric Facial Cleanser, Turmeric
Facial Wash, Turmeric Foaming Cleanser, Deep
Cleansing for All Skins

**$2.99** ~~$3.47~~
OugPiStiyk Waterproof Eyeliner Pencil,
Colorful Pearlescent Eyeliner Gel Pen, Oil
Proof, Non Smudging Fluorescent Eyeliner...

### Seller reviews

# 5 out of 5
★★★★★ (1 review)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | |
| 3 stars | |
| 2 stars | |
| 1 star | |

1 review      Sort by | Most Relevant ▾

★★★★★                                07/23/2024
Sara

Clearance

OugPiStiyk

OugPiStiyk Jamaican Black Castor Oil Essential Oil 60ml, Personal Care Essential Oil

☆ (No ratings yet)

🔵 Free 30-day returns

**Now $4.10** $4.65 ⓘ

You save $0.55

Price when purchased online ⓘ

| Buy now |
|:---:|

| Add to cart |
|:---:|

**Actual Color:** black-3.2*3.2*12

◯
$4.10

**How do you want your item?**

| 🚚 Shipping Arrives Oct 12 $2.99 | 🚗 Pickup Not available | 🛍 Delivery Not available |
|:---:|:---:|:---:|

Delivery to **500 NW 2nd Ave**

Sold and shipped by **GuangZhouQiangFengXinShiPinYouXianGongSi**

★★★★★ 1 seller review

View seller information

🔵 Free 30-day returns  Details

♡ Add to list                    🎁 Add to registry



**About this item**

**Product details**                    ⌃

http://206.2.238.221/UEJXQkFTaXBQQzYzM3FNaIRXbW91ZEVjNEZXcWFMOEw0RCtHZS9PMnRmZVNlU2hKTHgyWjdVeHZMZVd4ejZ3Y3Sp5aEhrOThJa0tRPQ.jpg

- Hello, welcome to OugPiStiyk's beauty store! We have a lot of exquisite skincare and makeup items in our store, and we hope you enjoy them!
- [OugPiStiyk Brand] Aims to provide women of all skin types with powerful product efficacy and mild organic ingredients, without fragrance and without irritating ingredients. Enhance your natural beauty and add points to your beauty.
- Personal Care Essential Oil
- OugPiStiyk Jamaican Black Castor Oil Essential Oil 60ml, Personal Care Essential Oil
- BEST SERVICE: If you are have any questions with our products, contact us any time, we will get you back within 48 hours try our best to make things right. We just hope you have a pleasant shopping!

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

**Specifications**                    ⌃

**Brand**
OugPiStiyk

**Form**
Oils

**Size**
60 mL

**Age Group**
Adult

## Cart (1 item)

🏷️ **Pickup and delivery options** ⌄



🚚 **Shipping** arrives by **Fri, Oct 11**
500 NW 2nd Ave, Unit 10001
$2.99 shipping

Sold and shipped by GuangZhouQiangFengXinShiPinYouXianGongSi
$2.99 seller shipping fee

Clearance

OugPiStiyk Jamaican Black Castor Oil Essential Oil 60ml, Personal Care Essential Oil
Actual Color: black-3.2*3.2*12
🔄 Free 30-day returns

**$4.10** ~~$4.65~~
You save $0.55

Remove    Save for later    −  1  +

Continue to checkout

Items in your cart have reduced prices.
Check out now for extra savings! ✕

| | |
|---|---|
| Subtotal (1 item) | $4.65 |
| Savings | -$0.55 |
| | $4.10 |
| Seller shipping | $2.99 |
| Taxes | Calculated at checkout |
| **Estimated total** | **$7.09** |

Walmart+ **Become a member to get free same-day delivery, gas discounts & more!** ✕
☐ Try Walmart+ free for 30 days!

### Popular items in your area



+ Add

**Now $6.96** ~~$13.92~~
Better Homes & Gardens Cotton Palm Beach Towel 38" X 72"
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 2 days**



+ Add

**$5.48**
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 2 days**



+ Add

**$9.97**
GREAT VALUE TOILET PLUNGER BRUSH
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

### New Fall Rollbacks



Rollback
+ Add
**Now $198.00** ~~$336.90~~
Steve Silver Bear Creek Rustic Ivory and Honey Sofa Table
⭐ 1
Save with W+
Shipping, arrives **in 3+ days**

Rollback
+ Add
**Now $195.00** ~~$253.80~~
Steve Silver Gabby Transitional 48" Rectangle Console Table with Shelf and Drawer, Washed Oak
Save with W+
Shipping, arrives **in 3+ days**

Rollback
+ Add
**Now $176.00** ~~$248.04~~
Rafael Wooden Cocktail Table in Cherry Finish with Glass inlay
⭐⭐⭐⭐ 19
Save with W+
Shipping, arrives **in 3+ days**

### Saved for later

**1 item** ⌃



Move to cart

**Now $4.25** ~~$4.77~~
BINGTAOHU Jamaican Black Castor Oil Essential Oil 60ml
Size : 3.2*3.2*12
Actual Color : Birthday
Qty 1
Remove

**1. Shipping, arrives by Fri, Oct 11**  ✓

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101                    Edit

**Delivery instructions (optional)**                            Edit

House

**Items details**                                          View details

1 item



You're saving **$0.55** today!

| | |
|---|---|
| Subtotal (1 item) | ~~$4.65~~ |
| Savings | **-$0.55** |
| | $4.10 |
| Seller shipping | $2.99 |
| **Estimated taxes** | $0.50 |
| **Estimated total** | **$7.59** |

Have a promo code?   ⌄

## 2. Payment method  ⊖

**Pay with card**



Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**Pay by bank**  ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**  ⌃

Pay with PayPal                    Pay in monthly installments with Affirm

☐ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

PayPal                              affirm

Walmart+  Free 30-day trial

Defendant no. :          62

Defendant Name :      XiAng

Platform:                    Walmart

| Plaintiff VAu 1-517-249 Copyright | XiAng's Infringing Product |
|---|---|
|  |  |

‹ Back to item

## XiAng



★★★☆☆   See all 13 reviews
2.8 stars out of 5

**46%**   Overall Positive Rating

Shop all seller items

🏠 Business Name:
ShenZhenShiXiAngShangMaoYouXianGongSi

✉ Contact seller

📞 (++86)13360546601

📍 ZhongXin,JieSheQuXingLong,JieTHaoHa
nTangDaSha804
NanShanQu,ShaHeJieDao
ShenZhenShi, GD 518000, CN

### More items from this seller









| | | |
|---|---|---|
| + Add | + Add | + Add |
| **$3.50** | **$12.99** ~~$22.48~~ | **$7.91** ~~$12.74~~ |
| Breathe-Green-Nano-Sparkle-Cloth-Removal-Car-Paint-Scratch-Repair-Removes-Scratches-Bird-Droppings-Stains-Vehicles-... | Nova Hair Dye Shampoo,Nova Hair Instant Dye Shampoo Black Hair Dye Shampoo,Natural Plant Hair Dye... | Hair Identifier Spray For Face Shaving,Hair Identifier Spray For Face Dermaplaning, Skin Body Hair Identifying Spray,Face Hair... |
| ★☆☆☆☆ 13 | ★★★☆☆ 12 | ★★☆☆☆ 17 |

### Seller reviews

# 2.8 out of 5
★★★☆☆ (13 reviews)

| | |
|---|---|
| 5 stars | 5 |
| 4 stars | 1 |
| 3 stars | |
| 2 stars | 1 |
| 1 star | 6 |

**13 reviews**   Sort by | Most Relevant ▾

| | | | |
|---|---|---|---|
| ★★★★★ | 09/15/2024 | ★☆☆☆☆ | 08/30/2024 |
| MommaJ | | Lolah | |
| ★★★★★ | 09/14/2024 | ★★★★★ | 08/25/2024 |
| Holly | | Edward | |
| ★★★★☆ | 09/14/2024 | ★☆☆☆☆ | 08/20/2024 |
| Sandy | | Lorraine | |
| ★☆☆☆☆ | 09/11/2024 | ★★★★★ | 08/18/2024 |
| Steve | | mayra | |
| ★☆☆☆☆ | 09/06/2024 | ★☆☆☆☆ | 08/13/2024 |
| Joseph | | Everton | |

( 1 )  2  ❯

Banzch

**Banzch Jamaican Black Castor Oil Essential Oil 60ml,Mothers Day Gifts**

⭐ (No ratings yet)

🔵 Free 30-day returns

**$6.07**

Price when purchased online ⓘ

Buy now

Add to cart

**Actual Color:** black,3.2*3.2*12

$6.07

---

**How do you want your item?**

| 🚚 Shipping Arrives Oct 12 $3.00 | 🚗 Pickup Not available | 🛍️ Delivery Not available |

Delivery to **500 NW 2nd Ave**

---

🛍️ Sold and shipped by **XiAng**

⭐⭐⭐☆☆ 13 seller reviews

View seller information

🔵 Free 30-day returns  Details

---

♡ Add to list          🎁 Add to registry



**1. Shipping, arrives by Fri, Oct 11** ✓

Amla Amla                                                      Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                          Edit

House

**Items details**                                        View details

1 item

| | |
|---|---|
| **Subtotal** (1 item) | $6.07 |
| Seller shipping | $3.00 |
| **Estimated taxes** | $0.63 |
| **Estimated total** | **$9.70** |

**2. Payment method**                                          ⊖

Have a promo code?                                             ⌄

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**Pay by bank**                                                ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**                                          ⌃

Pay with PayPal                           Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**   Items in your cart are not eligible for Affirm.

*PayPal*                                    affirm

Walmart   Free 30-day trial

Defendant no. :          63

Defendant Name :     Alaparte Travel Essentials

Platform:                  Walmart

| Plaintiff VAu 1-517-249 Copyright | Alaparte Travel Essentials's Infringing Product |
|---|---|
|  | |

‹ Back to item

## Alaparte Travel Essentials

★★★☆☆    See all 20 reviews
3.4 stars out of 5

**50%**   Overall Positive Rating

Shop all seller items

🏠 Business Name:
shenzhenshikeshangkekejiyouxiangongsi

✉ Contact seller

📞 (+86) 13129821763

📍 shenzhenshibaoanqushajingjiedao
shasanshequshasanlu47haoE1zhi1
shenzhen, GD 518100, CN

About Seller

### More items from this seller





➕ Add                ➕ Add                ➕ Add

$6.01 $6.78          $25.99 $38.29         $9.99
Eyeshadow Stick, Longwear Cream Eye   Travel Steamer for Clothes, Portable   Long-Lasting Styling Moroccan Volume
Shadow Stick, Matte & Eyeshadow Eye   Handheld Garment Steamer - 15s Fast Heat-  Moisturizing Elasticity Moroccan Hydrating
Makeup,2G, Makeup Set                 Up Iron Steamer, Lightweight Mini Steamer...  Styling Cream Elastin For Dry Damaged...
★★★★★ 3          ★★★★★ 65              ★★★★★ 2

### Seller reviews

# 3.4 out of 5
★★★☆☆ (20 reviews)

| | |
|---|---|
| 5 stars | 9 |
| 4 stars | 1 |
| 3 stars | 3 |
| 2 stars | 2 |
| 1 star | 5 |

20 reviews   Sort by | Most Relevant ▾

★★★★★                      09/03/2024    ★★★☆☆                      09/01/2024
The seller is great and had the package secured when it was   Rachel
shipped. Great seller

Happy                                    ★★★★☆                      08/27/2024
                                         Angie
★★★☆☆                      04/23/2024
i am awaiting their reponse will review them on packaging . it was   ★★★★★                      08/23/2024
pior so half the oil leaked out          Carolyn
alleson
                                         ★★★★★                      08/20/2024
★☆☆☆☆                      11/29/2023    Irina
Its the size of a hand towel. Do not buy. I was ripped off
wesley                                   ★★★★★                      08/12/2024
                                         Cindy
★★★★★                      09/17/2024
Peyton                                   ★★☆☆☆                      08/11/2024
                                         goodgott

        ① 1   2   ❯

### About Seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

Alaparte brand specialize in beauty, personal care and home furnishing for many years. 24h On-line Service. Believe us, we can
provide you with high-quality products and perfect after-sales service. Customer satisfaction is our constant pursuit. We always
adhere to the simple design elements, combine with the current trend, and constantly explore unique and aesthetic products. Best
Wishes!



Alaparte

Jamaican Black Castor Oil Essential Oil 60Ml

(No ratings yet)

Free shipping Free 30-day returns

$16.99

Price when purchased online

Buy now

Add to cart

**Size:** 60 mL

60 mL
$16.99

**Actual Color:** Black

Black

How do you want your item?

| Shipping<br>Arrives Oct 1<br>Free | Pickup<br>Not available | Delivery<br>Not available |
|---|---|---|

Delivery to 500 NW 2nd Ave

Sold and shipped by **Alaparte Travel Essentials**

20 seller reviews

View seller information

**Free 30-day returns** Details

Add to list Add to registry

+15
View all

## About this item

Product details

【Hi Dear Customer, Welcome to Alaparte - Travel Essentials Store! Our store also has facial mask/hand cream/lotion/wig/makeup/skin care products to meet your many choices!We Will Give Each Customer The Best Service.】

【Our staff will be at your service 24 hours a day, and you can ask us any questions you may have.Your satisfaction is our 100% pursuit! ! ! 】

【Fast delivery service!! If you order our Moisturizing Lips, you will enjoy fast delivery channels. It can be delivered within 6-11 days at the earliest ! ! ! 】

【Now purchase will offer even more discounts than usual, Clearance】

【We Provide Free return and exchange service within 30 days !!!Valentine Gift/Mother Gift/Women Gifts/Easter Gifts】

- **About Alaparte Store:**The main product categories of our store are:Beauty & Personal Care/Skin Care/Hair Care/Bath & Body/Makeup/Pet Supplies/Jewelry & Fashion Products;Summer Essentials/Travel Essentials/Household Essentials. Subdivided Into: Facial Serum;Vitamin C Face Serum;Face Moisturizer;Sunscreen for Face;Face Moisturizer;Face Wash;Face Mask;body Oil;face Cleansing Pads;hair Mask;sunscreen Cream;sun Care & Tanning;Nail Care, And Etc.
- **Mother's Day Gift Ideas:** Our makeup, personal care, beauty care products are the best Mother's Day,Father's Day, Halloween, Thanksgiving, Christmas gifts for your mom/girlfriends/friends.
- **Travel Essentials:** Our beauty products are portable and travel size,very light and suitable for carrying around. They are travel essentials for women & men.
- **24 Hours Service:**If you have any questions, please feel free to contact us and we will get back to you within 48 hours!

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications

**Brand**

Alaparte

**Scent**

**Cart** (1 item)

🏷️ Pickup and delivery options ⌄

Continue to checkout

🚚 **Free shipping** arrives by **Mon, Sep 30**
500 NW 2nd Ave, Unit 10001

| | |
|---|---|
| **Subtotal** (1 item) | $16.99 |
| Shipping | Free |
| **Taxes** | Calculated at checkout |

Sold and shipped by Alaparte Travel Essentials
Free shipping



Jamaican Black Castor Oil Essential Oil 60Ml
Size: 60ML
Actual Color: Black
ℹ️ Free 30-day returns

$16.99

| | |
|---|---|
| **Estimated total** | $16.99 |

Remove    Save for later    −  1  +

### Popular items in your area



Best seller

**Now $6.96** $13.99
Better Homes & Gardens Cotton
Palm Beach Towel 38" X 72"
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 2 days**

Best seller

**$5.48**
Mainstays Medium Weight PEVA
Shower Liner, 70" x 71" - Clear
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 2 days**

**$9.97**
GREAT VALUE TOILET PLUNGER
BRUSH
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

### New Fall Rollbacks



Rollback

**Now $198.00** $336.04
Steve Silver Bear Creek Rustic Ivory
and Honey Sofa Table
★☆☆☆☆ 1
Save with W+
Shipping, arrives **in 3+ days**

Rollback

**Now $136.00** $166.67
Steve Silver Daxton Black Faux
Marble Sofa Table
Save with W+
Shipping, arrives **in 3+ days**

Rollback

**Now $120.93** $144.57
Agility Auto Parts 4011470 Fuel Pump
Module Assembly for Chrysler, Jeep
Specific Models
Save with W+
Shipping, arrives **in 3+ days**

### Saved for later

**1 item**                                    ⌃



Move to cart

**Now $4.25** $4.77
BINGTAOHU Jamaican Black Castor Oil Essential Oil 60ml
Size : 3.2*3.2*12
Actual Color : Birthday
Qty 1

Remove



**1. Free shipping, arrives by Mon, Sep 30** ✓

Amla Amla                                                          Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                               Edit

House

**Items details**                                               View details

1 item

| | |
|---|---|
| Subtotal (1 item) | $16.99 |
| Shipping | Free |
| **Estimated taxes** | $1.19 |
| **Estimated total** | **$18.18** |

Have a promo code?                                                 ⌄



**2. Payment method**                                              ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**Pay by bank**                                                    ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**                                              ⌃

Pay with PayPal                          Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**  Items in your cart are not eligible for Affirm.

*PayPal*                                  affirm

Walmart+ Free 30-day trial

Defendant no. :     64

Defendant Name :    Chong

Platform:           Walmart

| Plaintiff VAu 1-517-249 Copyright | Chong's Infringing Product |
|---|---|
|  | |

‹ Back to item

## Chong

★★☆☆☆
2.7 stars out of 5

See all 21 reviews

**43%** Overall Positive Rating

Shop all seller items

Business Name:
shandongchongxushangmaoyouxiangongsi

✉ Contact seller

☎ (+86) 17675743996

shandongshengjinanshizhangqiuqudiao
zhengongyeyuanzhongduanluxi
jinan, SD 250200, CN

About Seller

### More items from this seller


+ Add


+ Add


+ Add

**$8.26** $9.28
CGLFD Summer Savings Clearance Alloy
Racing Bicycle Toy Mountain Bike For Vehicle
Home Decoration
★☆☆☆☆ 1

**$4.34** $4.88
Cglfd Summer Savings Clearance 24K
Ampoule Lifting Serum Moisturizing,
Shrinking Pores, Lifting And Firming Gold Le...

**$4.34** $4.88
Cglfd Handheld Silicone Squeegee Cleaner
for Shower Doors, Windows and Auto
Glass(1PC), Coffee

### Seller reviews

## 2.7 out of 5
★★☆☆☆ (21 reviews)

| | |
|---|---|
| 5 stars | 8 |
| 4 stars | 1 |
| 3 stars | |
| 2 stars | |
| 1 star | 12 |

**21 reviews**   Sort by | Most Relevant ▾

★☆☆☆☆                                    08/17/2024
They never even shipped my order. Walmart refunded me for it.
Scam.
Ky

★☆☆☆☆                                    03/30/2023
There was no paperwork what so ever with the item to even return
it.
Kim

★★★★★                                    08/06/2024
I didn't like the length of time it took to arrive.
Sherry

★★★★☆                                    07/25/2024
Bobby

★☆☆☆☆                                    01/31/2024
Anna

★☆☆☆☆                                    09/27/2023
this us NOT quality item. not possicle to reuse. When i opened filter
to clean, this foam filter had turned to mush. i do not recommend
and I would not buy this product again. very disappointed
lisa

★★★★★                                    01/29/2024
Judy

★☆☆☆☆                                    11/17/2023
Do not buy from this seller. This product was broken when it
arrived. It does not work. Very upset I want my money back.
Gary

★☆☆☆☆                                    01/27/2024
LILLY

★☆☆☆☆                                    12/25/2023
tosha

( 1 )   2   3   ( › )

### About Seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

If you have any questions, you can contact me at any time, we will reply you within 24 hours.

Clearance

CGLFD

Cglfd Summer Savings Clearance Jamaican Black Castor Oil Essential Oil 60Ml

☆☆☆☆☆ (No ratings yet)

↻ Free 30-day returns

**Now $6.21** ~~$6.98~~ ⓘ

You save $0.77

Price when purchased online ⓘ

| Buy now |
| Add to cart |

Size: 3.2*3.2*12

| 3.2*3.2*12 |
| Now $6.21 |

Actual Color: Black 6014

○

**How do you want your item?**

| 🚚 Shipping Arrives Oct 9 $3.50 | 🚗 Pickup Not available | 🏬 Delivery Not available |

Delivery to 500 NW 2nd Ave

🏪 Sold and shipped by **Chong**

★★★☆☆ 21 seller reviews

View seller information

↻ Free 30-day returns Details

♡ Add to list        🎁 Add to registry



**About this item**

Product details                              ⌃

Jamaican Black Castor Oil Essential Oil 60ml

Features:

1. in fatty , it can deeply moisturise the skin, making it soft and .

2. It has -inflammatory and effects can be used to skin and sensitivity.

3. It contains protein, vitamins, and minerals, which help stimulate skin cell regeneration and the wound healing process.

4. in antioxidants such as vitamin E, it can resist the of free radicals and delay the aging process of the skin.

5. It has a detoxifying effect and can be used to clean pores, dirt and from the skin, and keep the skin clean and health

Product Description:

1. Size: 12 * 3.2 * 3.2cm

2. Weight: 123g

3. Capacity: 60ml

4. Usage:

Facial moisturizing: Apply an appropriate amount to clean facial skin, gently massage until absorbed, and can be used at night to help moisturize and repair the skin.

Massage oil: Other blends used for whole body massage, soothing the skin, and promoting circulation.

Hair care: Apply a small amount to the hair tips or scalp to nourish the hair, increase , and reduce restlessness.

Lip protection: When the lips are dry, a small amount can be applied, which has a moisturizing and moisturizing effect, making the lips soft and moisturized.

Local care: Dip a small amount with a cotton ball and apply it to dry, rough or damaged areas to help repair and moisture.

When using, it is recommended to conduct a skin sensitivity test first to ensure no allergic reactions. In addition, it is recommended to choose quality products that are natural and without additives, and attention to storing them in a cool and dry place, avoiding direct sunlight.

**Cart** (1 item)

🏷️ **Pickup and delivery options** ⌄



🚚 **Shipping** arrives by **Tue, Oct 8**
**500 NW 2nd Ave, Unit 10001**
$3.50 shipping

Sold and shipped by **Choxg**
$3.50 seller shipping fee

Clearance

Cqlfd Summer Savings Clearance Jamaican Black Castor Oil Essential Oil 60Ml
Size: 3.2"3.2"12
Actual Color: Black 60f4
ⓘ Free 30-day returns

$6.21
$6.98
You save $0.77

Remove    Save for later    − 1 +

**Continue to checkout**

Items in your cart have reduced prices.
Check out now for extra savings!

| Subtotal (1 item) | $6.98 |
|---|---|
| Savings | -$0.77 |
| | $6.21 |
| Seller shipping | $3.50 |
| Taxes | Calculated at checkout |
| Estimated total | **$9.71** |

**Walmart+** Become a member to get free same-day delivery, gas discounts & more! ✕
☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller                Best seller

+ Add            + Add            + Add

**Now $6.96** $13.92    $5.48            $9.97

Better Homes & Gardens Cotton    Mainstays Medium Weight PEVA    GREAT VALUE TOILET PLUNGER
Palm Beach Towel 38" X 72"    Shower Liner, 70" x 71" - Clear    BRUSH

Save with W+        Save with W+        Save with W+

Pickup **tomorrow**        Pickup **tomorrow**        Pickup **tomorrow**
Delivery **tomorrow**        Delivery **tomorrow**        Delivery **tomorrow**
Shipping, arrives **in 2 days**    Shipping, arrives **in 2 days**    Shipping, arrives **in 3+ days**

**New Fall Rollbacks**



Rollback        Rollback        Rollback

+ Add            + Add            + Add

**Now $136.00** $161.17    **Now $195.00** $253.85    **Now $192.85** $739.99 80.7 c/b

Steve Silver Daxton Black Faux    Steve Silver Gabby Transitional 48"    Euroco Wood Twin over Full Bunk
Marble Sofa Table    Rectangle Console Table with Shelf    Bed, Low Profile Floor Bed with
    and Drawer, Washed Oak    Ladder, Gray
Save with W+            ★★★★☆ 12
    Save with W+        Save with W+
Shipping, arrives **in 3+ days**
    Shipping, arrives **in 3+ days**    Shipping, arrives **in 3+ days**

**Saved for later**

**1 item** ⌃

Move to cart

**Now $4.25** $4.77

BINGTAOHU Jamaican Black Castor Oil Essential Oil 60ml
Size : 3.2"3.2"12
Actual Color : Birthday
Qty 1
Remove



**1. Shipping, arrives by Tue, Oct 8** ✓

Amla Amla                                                        Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                    Edit

House

**Items details**                                          View details

1 item

You're saving $0.77 today!

| | |
|---|---|
| **Subtotal** (1 item) | ~~$6.98~~ |
| Savings | **-$0.77** |
| | $6.21 |
| Seller shipping | $3.50 |
| **Estimated taxes** | $0.68 |
| **Estimated total** | **$10.39** |

Have a promo code?                                          ⌄



**2. Payment method**                                          ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number \***

Continue

**Pay by bank**                                          ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**                                          ⌃

Pay with PayPal                    Pay in monthly installments with Affirm

☐ Remember my PayPal account details    Items in your cart are not eligible for Affirm.

PayPal                              affirm

Walmart+ Free 30-day trial

Defendant no. :          65

Defendant Name :     BeiGaoFu

Platform:                  Walmart

| Plaintiff VAu 1-517-249 Copyright | BeiGaoFu's Infringing Product |
|---|---|
|  | |

< Back to item

**BeiGaoFu**

★★★★☆
4 stars out of 5

See all 1 review

100%   Overall Positive Rating

Shop all seller items

🏠 Business Name:
GuangZhouBeiGaoFuZhuangYouXianGongSi

✉ Contact seller

📞 (+86) 19925224374

📍 TianHeQuRuLinDaJieHouYuanLu38Hao
106FangD144
GuangZhouShi, GD 510630, CN

**More items from this seller**



$13.15  $14.78
Evivelym Summer Savings Clearance Skin
Epidermis Mark Removal Aepair Facial Nark
Clearing Penpimple

$3.90  $4.88
Evivelym Summer Savings Clearance
Citronella Oil Prevents Mosquito Bites,
Relieves Itching, And Provides Home Skin...

$3.72  $4.18
Evivelym Summer Savings Clearance
Mosquito Repellent Cream, Green Grass
Cream, Mosquito Cream, Carsickness...

★★★★☆ 1

**Seller reviews**

# 4 out of 5

★★★★☆ (1 review)

| | |
|---|---|
| 5 stars | |
| 4 stars | 1 |
| 3 stars | |
| 2 stars | |
| 1 star | |

1 review      Sort by   Most Relevant ▾

★★★★☆

Jose                    09/06/2024

Clearance

Evlvelym

Evlvelym Essential Oil Summer Savings Clearance Jamaican Black Castor Oil Essential Oil 60Ml

☆☆☆☆☆ (No ratings yet)

Free 30-day returns

Now **$6.12** $6.88 ⓘ

You save $0.76

Price when purchased online ⓘ

Buy now

Add to cart

Size: 3.2*3.2*12

| 3.2*3.2*12 |
| Now $6.12 |

Actual Color: Black 3839

○

### How do you want your item?

| Shipping Arrives Oct 9 $3.50 | Pickup Not available | Delivery Not available |

Delivery to 500 NW 2nd Ave

Sold and shipped by BeiGaoFu

★★★★☆ 1 seller review

View seller information

Free 30-day returns Details

♡ Add to list                                    Add to registry



### About this item

Product details                                                            ∧

Jamaican Black Castor Oil Essential Oil 60Ml
Features:
1. In Fatty , It Can Deeply Moisturize The Skin, Making It Soft And .
2. It Has -Inflammatory And Effects And Can Be Used To Skin And Sensitivity.
3. It Contains Protein, Vitamins, And Minerals, Which Help Stimulate Skin Cell Regeneration And The Wound Healing Process.
4. In Antioxidants Such As Vitamin E, It Can Resist The Of Free Radicals And Delay The Aging Process Of The Skin.
5. It Has A Detoxifying Effect And Can Be Used To Clean Pores, Dirt And From The Skin, And Keep The Skin Clean And Health
Product Description:
1. Size: 12 * 3.2 * 3.2Cm
2. Weight: 123G
3. Capacity: 60Ml
4. Usage:
Facial Moisturizing: Apply An Appropriate Amount To Clean Facial Skin, Gently Massage Until Absorbed, And Can Be Used At Night To Help Moisturize And Repair The Skin.
Massage Oil: Other Blends Used For Whole Body Massage, Soothing The Skin, And Promoting Circulation.
Hair Care: Apply A Small Amount To The Hair Tips Or Scalp To Nourish The Hair, Increase , And Reduce Restlessness.
Lip Protection: When The Lips Are Dry, A Small Amount Can Be Applied, Which Has A Moisturizing And Moisturizing Effect, Making The Lips Soft And Moisturized.
Local Care: Dip A Small Amount With A Cotton Ball And Apply It To Dry, Rough Or Damaged Skin Areas To Help Repair And Moisturize.
When Using, It Is Recommended To Conduct A Skin Sensitivity Test First To Ensure No Allergic Reactions. In Addition, It Is Recommended To Choose Quality Products That Are Natural And Without Additives, And Attention To Storing Them In A Cool And Dry Place, Avoiding Direct Sunlight.

**Cart** (1 item)

🏷️ Pickup and delivery options ⌄



**Shipping** arrives by Tue, Oct 8
500 NW 2nd Ave, Unit 10001
$3.50 shipping

Sold and shipped by BeiGaoFu
$3.50 seller shipping fee

Clearance

Evivelym Essential Oil Summer Savings Clearance Jamaican Black Castor Oil Essential Oil 60Ml
Size: 3.2*3.2*12
Actual Color: Black 3839
ⓘ Free 30-day returns

$6.12
$6.88
You save $0.76

Remove    Save for later    − 1 +



Continue to checkout

Items in your cart have reduced prices.
Check out now for extra savings!

| | |
|---|---|
| Subtotal (1 item) | $6.88 |
| Savings | -$0.76 |
| | $6.12 |
| Seller shipping | $3.50 |
| Taxes | Calculated at checkout |
| **Estimated total** | **$9.62** |

Walmart+  Become a member to get free same-day delivery, gas discounts & more!   ✕
☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller

+ Add

Now $6.96 $13.92
Better Homes & Gardens Cotton Palm Beach Towel 38" X 72"

Save with W+

Pickup tomorrow
Delivery tomorrow
Shipping, arrives in 2 days

Best seller

+ Add

$5.48
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear

Save with W+

Pickup tomorrow
Delivery tomorrow
Shipping, arrives in 2 days

+ Add

$9.97
GREAT VALUE TOILET PLUNGER BRUSH

Save with W+

Pickup tomorrow
Delivery tomorrow
Shipping, arrives in 3+ days

**New Fall Rollbacks**



Rollback

+ Add

Now $154.00 $163.31
Noble House Pilster Glam Wood and Wicker Console Table, Walnut, Natural, and Antique Gold

Save with W+

Shipping, arrives in 3+ days

Rollback

+ Add

Now $152.00 $169.70
Tyler Dillon Beveled Oval Wall Mirror with Beaded Textured Wood Frame 33"H x 25"W
★★★★½ 13

Save with W+

Shipping, arrives in 3+ days

Rollback

+ Add

Now $74.20 $121.18
Linon Brook 30" Wood Bar Stool Black Faux Leather Nailhead Trim in Cherry Stain
★★★★½ 13

Save with W+

Shipping, arrives in 3+ days

**Saved for later**

1 item ⌃

Move to cart

Now $4.25 $4.77
BINGTAOHU Jamaican Black Castor Oil Essential Oil 60ml
Size : 3.2*3.2*12
Actual Color : Birthday
Qty 1

Remove



**1. Shipping, arrives by Tue, Oct 8** ✓

Amla Amla                                                    Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                         Edit

House

**Items details**                                            View details

1 item

## 2. Payment method ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Pay by bank** ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

[ Connect your bank ]

**Other ways to pay** ⌃

Pay with PayPal                          Pay in monthly installments with Affirm

☐ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

PayPal                                   affirm

---

You're saving $0.76 today!

| Subtotal (1 item) | $6.88 |
|---|---|
| Savings | -$0.76 |
| | $6.12 |
| Seller shipping | $3.50 |
| Estimated taxes | $0.67 |
| **Estimated total** | **$10.29** |

Have a promo code? ⌄

Walmart+  Free 30-day trial

Defendant no. :          66

Defendant Name :      crazyview/GXFCAI

Platform:                 Walmart

| Plaintiff VAu 1-517-249 Copyright | crazyview/GXFCAI's Infringing Product |
|---|---|
|  | |

‹ Back to item

# GXFCAI

★★★½☆
3.5 stars out of 5

See all 12 reviews

58% ⟲   Overall Positive Rating

Shop all seller items

⌂ Business Name:
wuhanpaitingkejiyouxiangongsi

✉ Contact seller

☎ (+86) 19355923903

📍 donghuxinjishukaifaqudongxinluSBlchu
angyejie8chuang902-7hao
wuhanshi, HB 430000, CN

## More items from this seller



+ Add



+ Add



+ Add

**$10.52** $11.89
Lux German Grip Nail Clippers for Men,2024
New Nail Clippers,Luxurious Ultra Sharp Nail
Clippers,Professional Extra Large Heavy Dut...
★★★☆☆ 2

**$5.02**
Magnetic False Eyelashes Natural SetS O1F3
★★☆☆☆ 2

**$4.78**
Collagen Hair Conditioner Hair Mask, Karsell
Collagen Hair Mask, Collagen Hair Mask
Essence, Collagen For Dry And Damage Hair
★★★★½ 5

## Seller reviews

# 3.5 out of 5

★★★½☆ (12 reviews)

| | |
|---|---|
| 5 stars | 7 |
| 4 stars | |
| 3 stars | 1 |
| 2 stars | |
| 1 star | 4 |

**12 reviews**   Sort by | Most Relevant ▾

★★★★★                                09/13/2024

shipped on time, had no problems, arrived as described with no
damage

brenna

★★★☆☆                                09/11/2024

Seems like the seller listed product accurately. Packaging was poor
and shipping was slow.

Jeffery

★★★★★                                07/05/2024

product came quickly was exactly what they said it was and it
worked well

janet

★★★★★                                09/18/2024

William

★★★★★                                09/04/2024

Deirdre

★☆☆☆☆                                08/15/2024

Bigbooty

★☆☆☆☆                                08/13/2024

Li

★★★★★                                08/06/2024

justin

★☆☆☆☆                                08/02/2024

MLH

★★★★★                                07/19/2024

Richard

(1)   2   ›

Reduced price

Crazyview

Crazyview Black castor Oil Hair regeneration treatment, strengthens hair and nourishes scalp, pure castor oil, stimulates hair growth hair oil and body massage oil

(No ratings yet)

Free 30-day returns

Now **$4.22** ~~$5.17~~ ⓘ

You save **$0.95**

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

**How do you want your item?**

| Shipping Arrives Oct 5 $3.99 | Pickup Not available | Delivery Not available |
|---|---|---|

Delivery to **500 NW 2nd Ave**

Sold and shipped by **GXFCAI**

★★★☆ 12 seller reviews
View seller information

Free 30-day returns   Details

Add to list                    Add to registry



**About this item**

Product details

Description:

SPECIFICATION:
Net content: 60ml
Product packaging: boxed
Shelf life: 3 years

HOW TO USE:
STEP1
Take an appropriate amount of essential oil and gently brush the eyebrows and eyelashes
STEP2
Or take an appropriate amount of essential oil and apply it to the roots of your hair, and gently massage it with your fingertips to absorb it
STEP3
Use it daily to get better results.

COMMENT:
1. Manual measurement tolerance is 2-5g. Please don't mind your substitutions.
2. Due to the difference between different monitors, the image may not reflect the actual color of the item. thank you very much!
3. SKU color is the color of product packaging

PACKAGE INCLUDED:
1*Black Castor Oil

- 100% Pure Natural - Our Castor Oil is 100% pure cold pressed, unrefined and all natural, making it the ultimate treatment for dry skin and hair. Often referred to as nature's moisturizer for its ability to mimic the skin's sebum.Contains vitamin E and omega-6 fatty acids can help reduce dandruff and moisturize dry, irritated scalp.
- Castor Oil For Hair Growth - It has many other uses as well, including moisturizing dry hair, can be used on hair, eyelashes and eyebrows to promote hair growth, can also be used for skin care, with moisturizing and anti-aging effects.
- Castor Oil for Body Massage - Because of all its benefits for skin,Castor Oil is the ideal choice for massage oil recipes. It won't leave skin feeling greasy and sticky, is non-allergenic, and won't stain fabrics. In addition, Castor Oil is shelf-stable because, unlike other oils, it does not oxidize or turn rancid over time because it doesn't contain triglycerides.
- Nourish and Smooth Skin - Keep your face moisturized and reduce blemishes, acne, pimples, scars, and fine lines without leaving your skin dry. Pure castor oil is a great organic hair oil and acts as a oil free moisturizer to repair hair.
- Perfect Gift - It's the perfect present for a friend, girlfriend, wife, mom, grandma, brother, husband or anyone that wants to look their best naturally!

**Cart** (1 item)



🔵 Pickup and delivery options ⌄



**Shipping** arrives by Fri, Oct 4
500 NW 2nd Ave, Unit 10001
$3.99 shipping

Sold and shipped by GXFCAI
$3.99 seller shipping fee

Reduced price

Crazyview Black castor Oil Hair regeneration treatment, strengthens hair and nourishes scalp, pure castor oil, stimulates hair growth hair oil and body...
🔵 Free 30-day returns

$4.22
~~$5.17~~
You save  $0.95

Remove    Save for later         −   1   +

**Continue to checkout**

Items in your cart have reduced prices.
Check out now for extra savings!                      ✕

| | |
|---|---|
| Subtotal (1 item) | ~~$5.17~~ |
| Savings | -$0.95 |
| | $4.22 |
| Seller shipping | $3.99 |
| Taxes | Calculated at checkout |
| **Estimated total** | **$8.21** |

Walmart+ **Become a member to get free same-day delivery, gas discounts & more!**    ✕

☐ Try Walmart+ free for 30 days!

### Popular items in your area



Best seller

**+ Add**

**Now $6.96** ~~$13.92~~
Better Homes & Gardens Cotton Palm Beach Towel 38" X 72"

Save with W+

Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 2 days**

Best seller

**+ Add**

**$5.48**
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear

Save with W+

Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 2 days**

**$9.97**
GREAT VALUE TOILET PLUNGER BRUSH

Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

### New Fall Rollbacks



Rollback

**+ Add**

**Now $195.00** ~~$259.89~~
Steve Silver Gabby Transitional 48" Rectangle Console Table with Shelf and Drawer, Washed Oak

Save with W+

Shipping, arrives **in 3+ days**

Rollback

**+ Add**

**Now $136.00** ~~$160.77~~
Steve Silver Daxton Black Faux Marble Sofa Table

Save with W+

Shipping, arrives **in 3+ days**

Rollback

**+ Add**

**Now $198.00** ~~$236.94~~
Steve Silver Bear Creek Rustic Ivory and Honey Sofa Table
★☆☆☆☆ 1

Save with W+

Shipping, arrives **in 3+ days**

### Saved for later



**1 item**                                    ⌃

Move to cart

**Now $4.25** ~~$4.77~~
BINGTAOHU Jamaican Black Castor Oil Essential Oil 60ml
Size : 3.2*3.2*12
Actual Color : Birthday

Qty 1

Remove



**1. Shipping, arrives by Fri, Oct 4**  ✓

Amla Amla                                                          Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                               Edit

House

**Items details**                                          View details

1 item

---

**2. Payment method**                                        ⊖

**Pay with card**

Learn more about **payment methods** we accept.

* Required field

Card number *

Continue

**Pay by bank**                                              ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**                                        ⌃

Pay with PayPal                          Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**   Items in your cart are not eligible for Affirm.

PayPal                                   affirm

Walmart+ Free 30-day trial

---

You're saving **$0.95** today!

Subtotal (1 item)                                          $5.17
Savings                                                   -$0.95
                                                           $4.22

Seller shipping                                            $3.99
Estimated taxes                                            $0.57

**Estimated total**                                        **$8.78**

Have a promo code?                                          ⌄

Defendant no. :          67

Defendant Name :     Afunyo

Platform:                 Walmart

| Plaintiff VAu 1-517-249 Copyright | Afunyo's Infringing Product |
|---|---|
|  | |

< Back to item

## Afunyo

★★★☆☆    See all 22 reviews
3.2 stars out of 5


**55%**    Overall Positive Rating

Shop all seller items

🏠 Business Name:
guangzhoushimingxingluomaoyiyouxiangongsi

✉ Contact seller

📞 (+86) 15706669239

📍 zhongshandadaozhong286hao507fang
G045
tianhequ
Guangzhou, GD 510660, CN

About Seller

### More items from this seller







| $7.51 | $4.01 | $17.98 |
|---|---|---|
| Hessimy Collagen Hair Treatment Deep Repair Conditioning Argan Oil Collagen Hair Mask Essence for Dry Damaged Hair All Hair Type... | Afunyo Hair Treatment Serum - No Rinse with Argan Macadamia Avocado Oils - Vitamins A C E Pro B5 - Conditioner for Women & Men | European and American cotton and linen dress Amazon new suit collar solid color button dress |
| ★★★★☆ 5 | | ★★★☆☆ 221 |

### Seller reviews

## 3.2 out of 5

★★★☆☆ (22 reviews)

| 5 stars | 10 |
|---|---|
| 4 stars | 2 |
| 3 stars | 1 |
| 2 stars | |
| 1 star | 9 |

**22 reviews**    Sort by | Most Relevant ▾

★☆☆☆☆    09/01/2024
You will not be getting Bali secret hair capsules. Instead i recieved a different brand , not whats shown on the photo. Order arrival time was long.
Dinah

★☆☆☆☆    08/11/2024
I would not purchase this again. It was not the real thing, waited forever to arrive and the product was coming out of the jar. Lesson learned
Hair

★☆☆☆☆    08/21/2024
Didn't receive my item, just a refund with no explanation.
Melinda

★★★☆☆    03/06/2024
Because of my medical condition, I was unable to return bras. i for got about them, and that why i forgot about returning bars on time
Leonora

★☆☆☆☆    06/28/2024
I hated everything about this product. I don't have anything good to say at all
shannon

★☆☆☆☆    09/17/2024
kristina

★★★★★    09/14/2024
Ellen

★☆☆☆☆    09/07/2024
monikia

★★★★★    09/06/2024
Toobigandhard

★☆☆☆☆    09/05/2024
Joyce

( 1 )  2  3  ( › )

### About Seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

Dear customer, welcome to buy our items. Our store sells a wide range of items, you can shop directly by clicking on our brand names! In addition, we will launch a large number of discounted products from time to time, so please pay attention to our store! Trust us, you'll save even more money with us!

Afunyo

**Afunyo 2 Pack Black Castor Oil for Hair and Skin Care, Pure Cold Pressed, Repair and Nourish,Natural Hair & Body Oil**

☆ (No ratings yet)

⊕ Free 30-day returns

**$14.01**
Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

**Actual Color:** D

| D |
|---|
| $14.01 |

### How do you want your item?

|  Shipping<br>Arrives Oct 8<br>$4.98 |  Pickup<br>Not available |  Delivery<br>Not available |
|---|---|---|

Delivery to  500 NW 2nd Ave

⌂ Sold and shipped by  Afunyo

★★★☆☆  22 seller reviews
View seller information

⊕ Free 30-day returns  Details

♡ Add to list                                             ▤ Add to registry









### About this item

**Product details**  ⌃

Afunyo black Castor Oil is 100% pure & natural, cold pressed and unrefined. Naturally rich with vitamins and fatty acids, castor oil can help enhance the appearance of your hair, eyebrows and eyelashes. Known for its ability to help strengthen and repair dry or damaged hair, castor oil can help hydrate your skin, hair, and scalp.

Feature:
- Multiple Uses For Hair, Eyelashes, Eyebrows gro wth, Skin Care And Nail Care.
- Enriched with vitamin E, a powerful natural antioxidant, perfect for dry, damaged and overworked hair.
- Effect on the skin to resist aging and wrinkle, help to nourish and condition the skin for a smooth, healthy appearance.
- Replenish hair root nutrition, balance scalp oil, improve blood circulation, help hair gro wth.
- Nourish and hydrate, combat signs of aging skin.

How to use:
- The oil can be directly applied to the hair and skin/body or can be diluted into any cream, shampoo or conditioner, just add 2-3 drops for every 100ml.
- We'd recommend one to two times a week for at least three months to see the effect.
- Apply to the scalp, hair, body,  beard,  eyebrows or eyelashes,   massage with fingers for 2-3 minutes until absorbed.

Tips:
- For external use only.
- Keep away from flames and high heat.
- Keep out of reach of children and pets.
- Discontinue use immediately if redness or irritation occurs.

Package:
2 x Aliver Afunyo Black Castor Oil for Hair and Skin Care,60ml

- **100% Pure & Natural** - Our Castor Oil is 100% pure cold pressed, unrefined and all natural, making it the ultimate treatment for dry skin and hair. Often referred to as nature's moisturizer for its ability to mimic the skin's sebum.Contains vitamin E and omega-6 fatty acids can help reduce dandruff and moisturize dry, irritated scalp.
- **Castor Oil For Hair Care** - It has many other uses as well, including moisturizing dry hair, can be used on hair, eyelashes and eyebrows to promote, can also be used for skin care, with moisturizing and anti-aging effects.

**Cart** (1 item)

🔹 Pickup and delivery options ⌄



**Shipping** arrives by **Mon, Oct 7**
500 NW 2nd Ave, Unit 10001
$4.98 shipping

Sold and shipped by **Afunyo**
$4.98 seller shipping fee

Afunyo 2 Pack Black Castor Oil for Hair and Skin Care, Pure Cold Pressed, Repair and Nourish, Natural Hair & Body Oil
Actual Color: D
✓ Free 30-day returns                                          $14.01

Remove    Save for later        −  1  +

| | |
|---|---|
| **Continue to checkout** | |
| Subtotal (1 item) | $14.01 |
| Seller shipping | $4.98 |
| **Taxes** | Calculated at checkout |
| **Estimated total** | **$18.99** |

**Popular items in your area**



| Best seller | Best seller | |
|---|---|---|
| + Add | + Add | + Add |
| **Now $6.96** $13.92 | $5.48 | $9.97 |
| Better Homes & Gardens Cotton Palm Beach Towel 38" X 72" | Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear | GREAT VALUE TOILET PLUNGER BRUSH |
| Save with W+ | Save with W+ | Save with W+ |
| Pickup **tomorrow** | Pickup **tomorrow** | Pickup **tomorrow** |
| Delivery **tomorrow** | Delivery **tomorrow** | Delivery **tomorrow** |
| Shipping, arrives **in 2 days** | Shipping, arrives **in 2 days** | Shipping, arrives **in 3+ days** |

**New Fall Rollbacks**



| Rollback | Rollback | Rollback |
|---|---|---|
| + Add | + Add | + Add |
| **Now $154.00** $186.31 | **Now $74.20** $124.88 | **Now $81.08** $99.00 |
| Noble House Pilster Glam Wood and Wicker Console Table, Walnut, Natural, and Antique Gold | Linon Brook 30" Wood Bar Stool Black Faux Leather Nailhead Trim in Cherry Stain | Ledkingdomus Floor Mats for 2013-2017 Honda Accord Sedan Liner 1st & 2nd Row Rubber TPE Set |
| Save with W+ | ★★★★☆ 13 | Save with W+ |
| Shipping, arrives **in 3+ days** | Save with W+ | Shipping, arrives **in 3+ days** |
| | Shipping, arrives **in 3+ days** | |

**Saved for later**

**1 item**                                                ⌃



Move to cart

**Now $4.25** $4.77
BINGTAOHU Jamaican Black Castor Oil Essential Oil 60ml
Size : 3.2"3.2"12
Actual Color : Birthday
Qty 1

Remove



**1. Shipping, arrives by Mon, Oct 7**  ✓

Amla Amla                                                                                          Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                                          Edit

House

**Items details**                                                              View details

1 item

**Subtotal** (1 item)                                  $14.01
Seller shipping                                        $4.98
**Estimated taxes**                                    $1.33

**Estimated total**                                    $20.32

Have a promo code?                                          ⌄



**2. Payment method**                                       ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**Pay by bank**                                              ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**                                        ⌃

Pay with PayPal                        Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**      Items in your cart are not eligible for Affirm.

PayPal                                 affirm

Walmart+  Free 30-day trial

Defendant no. :          68

Defendant Name :      Beessbest

Platform:                    Walmart

| Plaintiff VAu 1-517-249 Copyright | Beessbest's Infringing Product |
|---|---|
|  | |

‹ Back to item

## Beessbest

★★★★★
5 stars out of 5    See all 1 review

**100%**   Overall Positive Rating

Shop all seller items

🏠 Business Name:
GuangZhouShiLanMeiWenHuaChuanBoYouXianGon...

✉ Contact seller

☎ (+86) 19129353742

📍 guangzhoushitianhequheguanglu137ha
ol03fangC0164hao
guangzhoushi, GD 510630, CN

About Seller



### More items from this seller

**$5.27** $7.03
Beessbest 12D Gel Nail Polish Magnetic Gel Nail Polish High Density, Can Be Painted, Metal Sericin, High Texture, Liquid Metal...
★★★☆☆ 2

**$5.45**
Batana Natural Oil 120G
★★★★★ 1

**$5.13**
Beessbest Bio Face Mask Set Wrinkle Lifting Mask Hydrating Moisturizing Facial Masks Overnight Korean Skin Care Mask for Face...

### Seller reviews

# 5 out of 5
★★★★★ (1 review)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | |
| 3 stars | |
| 2 stars | |
| 1 star | |

**1 review**    Sort by | Most Relevant ▾

★★★★★                                07/23/2024
Tracie

### About Seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

Beessbest

Beessbest

Beessbest Jamaican Black Castor Oil Essential Oil 60Ml

☆ (No ratings yet)

⟲ Free 30-day returns

**$7.05**

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

**How do you want your item?**

| 🚚 Shipping Arrives Oct 8 $1.99 | 🚗 Pickup Not available | 🏬 Delivery Not available |
|---|---|---|

Delivery to  **500 NW 2nd Ave**

⊟ Sold and shipped by **Beessbest**
★★★★★ 1 seller review
View seller information

⟲ Free 30-day returns  Details

♡ Add to list                    Add to registry



**About this item**

**Product details**  ⌃

Jamaican Black Castor Oil Essential Oil 60Ml
Features:
1. in Fatty, It Can Deeply Moisturize The Skin, Making It Soft and .
2. It Has -Inflammatory and Effects and Can Be Used to Skin and Sensitivity.
3. It Contains Protein, Vitamins, and Minerals, Which Help Stimulate Skin Cell Regeneration And The Wound Healing Process.
4. in Antioxidants Such As Vitamin E, It Can Resist The of Free Radicals and Delay The Aging Process of The Skin.
5. It Has A Detoxifying Effect and Can Be Used to Clean Pores, Dirt and from The Skin, and Keep The Skin Clean and Health
Product Description:
1.

Beessbest Jamaican Black Castor Oil Essential Oil 60Ml

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

**Specifications**  ⌃

**Brand**
Beessbest

**Assembled Product Dimensions (L x W x H)**
4.72 x 1.26 x 1.26 Inches

**Warranty**  ⌃

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

**Cart** (1 item)

🏷️ Pickup and delivery options ⌄



**Shipping** arrives by **Mon, Oct 7**
500 NW 2nd Ave, Unit 10001
$1.99 shipping

Sold and shipped by **Beessbest**
$1.99 seller shipping fee

Beessbest Jamaican Black Castor Oil Essential Oil 60Ml          $7.05
ℹ️ Free 30-day returns

Remove   Save for later    − 1 +



**Subtotal** (1 item)                    $7.05
Seller shipping                          $1.99
**Taxes**                    Calculated at checkout

**Estimated total**                      $9.04

Walmart+  **Become a member to get free same-day**   ✕
            **delivery, gas discounts & more!**
☐ Try Walmart+ free for 30 days!

**Popular items in your area**





Best seller

＋ Add

**Now $6.96** $13.92
Better Homes & Gardens Cotton
Palm Beach Towel 38" X 72"

Save with W+

Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 2 days**



Best seller

＋ Add

**$5.48**
Mainstays Medium Weight PEVA
Shower Liner, 70" x 71" - Clear

Save with W+

Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 2 days**



＋ Add

**$9.97**
GREAT VALUE TOILET PLUNGER
BRUSH

Save with W+

Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

**New Fall Rollbacks**



Rollback

＋ Add

**Now $192.85** $739.99 80.7 ¢/lb
Euroco Wood Twin over Full Bunk
Bed, Low Profile Floor Bed with
Ladder, Grey
★★★★½ 12

Save with W+

Shipping, arrives **in 3+ days**

Rollback

＋ Add

**Now $154.00** $260.00
Castle Place Modern 5-Drawers
Wooden Dresser, Light Grey

Save with W+

Shipping, arrives **in 3+ days**

Rollback

＋ Add

**Now $44.98** $59.58
Nourison Elwood 48x74"
Contemporary Polypropylene Area
Rug in Mocha Brown

Save with W+

Shipping, arrives **in 3+ days**

**Saved for later**

1 item                                    ⌃



Move to cart

**Now $4.25** $4.77
BINGTAOHU Jamaican Black Castor Oil Essential Oil 60ml
Size : 3.2*3.2*12
Actual Color : Birthday
Qty 1

Remove



### 1. Shipping, arrives by Mon, Oct 7 ✓

Amla Amla                                                                Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions** (optional)                                      Edit

House

**Items details**                                                         View details

1 item



### 2. Payment method ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

```
[ 🔲                                               ]
```

Continue

**Pay by bank** ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

[ Connect your bank ]

**Other ways to pay** ⌃

Pay with PayPal                          Pay in monthly installments with Affirm

☐ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

                                         [ affirm ]

Walmart+  Free 30-day trial

| | |
|---|---|
| **Subtotal** (1 item) | $7.05 |
| Seller shipping | $1.99 |
| **Estimated taxes** | $0.63 |
| **Estimated total** | **$9.67** |

Have a promo code?  ⌄

Defendant no. :        69

Defendant Name :
          Kediluo/GuangZhouShiSuiNanXinDianZiShangWuYouXianGo
ngSi

Platform:               Walmart

| Plaintiff VAu 1-517-249 Copyright | Kediluo/GuangZhouShiSuiNanXinDianZiShangWuYouXianGongSi's Infringing Product |
|---|---|
|  | |

‹ Back to item

**GuangZhouShiSuiNanXinDianZiShangWuYouXianGongSi**

★★★☆☆   See all 2 reviews
3 stars out of 5

**50%**   Overall Positive Rating

Shop all seller items

🏠 Business Name:
GuangZhouShiSuiNanXinDianZiShangWuYouXianGo...

✉ Contact seller

📞 (+86) 19925222334

📍 34Hao B1DongNanZuoDiErCeng211972
Fang
TianHeQuGaoKeLu32
GuangZhouShi, GD 510630, CN

**More items from this seller**



+ Add                    + Add                    + Add

$2.55                   $27.08                  $7.30
Lhked 12 Constellation   Zawou Clearance!Portable   StbISag Summer Savings,Nail
Necklace GiftS for       Air Conditioners Cooler    Clippers, Special Nail
Mom Present for Women     Home Dormitory Office      Clippers For Thick And Hard
Her Girls Necklace       Desktop Humidification     Nails, Single Nail Clippers,
Fine Jewelry Anniversary  Electric Fan Usb Multi-   Large Household Nail Clippers...
Birthday Valentine'...

---

**Seller reviews**

# 3 out of 5

★★★☆☆ (2 reviews)

| | |
|---|---|
| 5 stars | |
| 4 stars | 1 |
| 3 stars | |
| 2 stars | 1 |
| 1 star | |

**2 reviews**   Sort by │ Most Relevant ▾

---

★★★★☆                        08/20/2024

Traci

---

★★☆☆☆                        07/24/2024

Janice

Barsme

**Barsme Jamaican Black Castor Oil Eye Serum Oil 60ml**

☆ (No ratings yet)

↻ Free 30-day returns

**$4.78**

Other options from $4.48

Price when purchased online ⓘ

Buy now

Add to cart

Size: 3.2*3.2*12

| 3.2*3.2*12 |
| $4.78 |

Actual Color: black 1277

○

**How do you want your item?**

| 🚚 Shipping Arrives Oct 3 $3.99 | 🚗 Pickup Not available | 🏬 Delivery Not available |

Delivery to **500 NW 2nd Ave**

🏪 Sold and shipped by **GuangZhouShiSuiNanXinDianZiShangWuYouXianGongSi**

★★★☆☆ 2 seller reviews

View seller information

↻ Free 30-day returns  Details

♡ Add to list          🏛 Add to registry

**More seller options (1)**

Starting from $4.48  Compare all sellers









♡
🔍

‹ ›

**About this item**

**Product details** ⌃

Jamaican Black Castor Oil Eye Serum Oil 60ml

**Features:**

1. in fatty , it can deeply moisturize the skin, making it soft and .

2. It has -inflammatory and effects and can be used to skin and sensitivity.

3. It contains protein, vitamins, and minerals, which help stimulate skin cell regeneration and the wound healing process.

4. in antioxidants such as vitamin E, it can resist the of free radicals and delay the aging process of the skin.

5. It has a detoxifying effect and can be used to clean pores, dirt and from the skin, and keep the skin clean and health

**Product Description:**

1. Size: 12 * 3.2 * 3.2cm

2. Weight: 123g

3. Capacity: 60ml

4. Usage:

Facial moisturizing: Apply an appropriate amount to clean facial skin, gently massage until absorbed, and can be used at night to help moisturize and repair the skin.

Massage oil: Other blends used for whole body massage, soothing the skin, and promoting circulation.

Hair care: Apply a small amount to the hair tips or scalp to nourish the hair, increase , and reduce restlessness.

## Cart (1 item)

🛒 **Pickup and delivery options** ⌄



**Shipping** arrives by **Wed, Oct 2**
500 NW 2nd Ave, Unit 10001
$3.99 shipping

Sold and shipped by GuangZhouShiSuiNanXinDianZiShangWuYouXianGongSi
$3.99 seller shipping fee

Barsme Jamaican Black Castor Oil Eye Serum Oil 60ml    $4.78
Size: 3.2*3.2*12
Actual Color: black 1277
⊘ Free 30-day returns

Remove    Save for later    −    1    +



Continue to checkout

| | |
|---|---|
| **Subtotal** (1 item) | $4.78 |
| Seller shipping | $3.99 |
| **Taxes** | Calculated at checkout |
| **Estimated total** | **$8.77** |

Walmart+  **Become a member to get free same-day delivery, gas discounts & more!**  ✕
☐ Try Walmart+ free for 30 days!

### Popular items in your area



**Best seller**

➕ Add

**Now $6.96** ~~$13.92~~
Better Homes & Gardens Cotton Palm Beach Towel 38" X 72"
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 2 days**

**Best seller**

➕ Add

$5.48
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 2 days**

➕ Add

$9.97
GREAT VALUE TOILET PLUNGER BRUSH
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

### New Fall Rollbacks



Rollback

➕ Add

**Now $198.00** ~~$336.94~~
Steve Silver Bear Creek Rustic Ivory and Honey Sofa Table
★☆☆☆☆ 1
Save with W+
Shipping, arrives **in 3+ days**

Rollback

➕ Add

**Now $154.00** ~~$186.31~~
Noble House Pilster Glam Wood and Wicker Console Table, Walnut, Natural, and Antique Gold
Save with W+
Shipping, arrives **in 3+ days**

Rollback

➕ Add

**Now $192.85** ~~$739.99~~ 80.7 c/lb
Euroco Wood Twin over Full Bunk Bed, Low Profile Floor Bed with Ladder, Gray
★★★★½ 12
Save with W+
Shipping, arrives **in 3+ days**

### Saved for later

**1 item** ⌃



Move to cart

**Now $4.25** ~~$4.77~~
BINGTAOHU Jamaican Black Castor Oil Essential Oil 60ml
Size : 3.2*3.2*12
Actual Color : Birthday
Qty 1
Remove



**1. Shipping, arrives by Wed, Oct 2**  ✓

Amla Amla                                                                    Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                                         Edit

House

**Items details**                                                     View details

1 item

**2. Payment method**                                                        ⊖

**Pay with card**

Learn more about <u>payment methods</u> we accept.

* Required field

Card number *

Continue

**Pay by bank**                                                              ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**                                                        ⌃

Pay with PayPal

☐ Remember my PayPal account details

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

affirm

Walmart+  Free 30-day trial

| | |
|---|---|
| **Subtotal** (1 item) | $4.78 |
| Seller shipping | $3.99 |
| **Estimated taxes** | $0.61 |
| **Estimated total** | **$9.38** |

Have a promo code?  ⌄



Defendant no. :          70

Defendant Name :     xijunyuan

Platform:                  Walmart

| Plaintiff VAu 1-517-249 Copyright | xijunyuan's Infringing Product |
|---|---|
|  | |

‹ Back to item

# xijunyuan

☆☆☆☆☆

No reviews yet

Shop all seller items

⌂ Business Name:
nanjingxijunyuankejiyouxiangongsi

✉ Contact seller

☎ (+86) 18028029376

⌖ nanjingshixuanwuquxuanwudadao108hao
juhuiyuan2haolousancenglianlangLL3-3
068shi
Nanjingshii, JS 210000, CN

## More items from this seller







+ Add                          + Add                          + Add

**$19.98**                     **$13.98**                     **$69.99**

LCD small white dot mole pen with light, ion carbonized skin beauty pen, sweeps spots and warts and cleanses the skin, nine levels...     Mole Elimination Cream Skin Cleansing Black Mole Ointment Hands, Feet, Face, Armpits, Neck Care Cream     Bathmate Hydromax 7 Clear Penis Pump 5 inches to 7 inches /X20/X40/X30

## Seller reviews

This seller doesn't have any reviews yet.

NOBRAND

**60ml Black Castor Oil Nourishes Skin Massage Essential Oil Eyebrows Skin Hair Care Products**

☆ (No ratings yet)

🚚 Free shipping   ⊕ Free 30-day returns

**$14.74**

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

Form: Liquid

| Liquid<br>$14.74 |
|---|

**How do you want your item?**

| 🚚 Shipping<br>Arrives Oct 9<br>Free | 🚗 Pickup<br>Not available | 🏪 Delivery<br>Not available |
|---|---|---|

Delivery to **500 NW 2nd Ave**

🏪 Sold and shipped by **xijunyuan**
View seller information

⊕ Free 30-day returns   Details

Add to list                                    Add to registry



**About this item**

Product details                                                                                      ⌃

Description:SPECIFICATION: Net content: 60mlProduct packaging: boxedShelf life: 3 yearsHOW TO USE:STEP1Take an appropriate amount of essential oil and gently brush the eyebrows and eyelashesSTEP2 Or take an appropriate amount of essential oil and apply it to the roots of your hair, and gently massage it with your fingertips to absorb itSTEP3Use it daily to get better results.COMMENT:1. Manual measurement tolerance is 2-5g. Please don't mind your substitutions.2. Due to the difference between different monitors, the image may not reflect the actual color of the item. thank you very much!3. SKU color is the color of product packagingPACKAGE INCLUDED: 1*Black Castor OilThank you for your attention, We guarantee the quality of our products.we will be ready to reply to you ASAP.

60ml Black Castor Oil Nourishes Skin Massage Essential Oil Eyebrows Skin Hair Care Products

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications                                                                                       ⌃

**Brand**
NOBRAND

Warranty                                                                                             ⌃

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

Ingredients                                                                                          ⌄

**Cart** (1 item)



🔵 Pickup and delivery options ⌄

Continue to checkout

🚚 **Free shipping** arrives by Tue, Oct 8
500 NW 2nd Ave, Unit 10001

| | | |
|---|---|---|
| **Subtotal** (1 item) | | $14.74 |
| Shipping | | Free |
| **Taxes** | | Calculated at checkout |

Sold and shipped by **xijunyuan**
Free shipping

60ml Black Castor Oil Nourishes Skin Massage Essential Oil Eyebrows Skin Hair Care Products
Form: Liquid
🔄 Free 30-day returns

$14.74

**Estimated total** $14.74

Remove    Save for later    − 1 +

**Walmart+** Become a member to get free same-day delivery, gas discounts & more! ✕
☐ Try Walmart+ free for 30 days!

**Popular items in your area**

Best seller · Best seller



⊕ Add · ⊕ Add · ⊕ Add

Now **$6.96** $13.92 · $5.48 · $9.97

Better Homes & Gardens Cotton Palm Beach Towel 38" X 72" · Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear · GREAT VALUE TOILET PLUNGER BRUSH

Save with W+ · Save with W+ · Save with W+

Pickup **tomorrow** · Pickup **tomorrow** · Pickup **tomorrow**
Delivery **tomorrow** · Delivery **tomorrow** · Delivery **tomorrow**
Shipping, arrives **in 2 days** · Shipping, arrives **in 2 days** · Shipping, arrives **in 3+ days**

**New Fall Rollbacks**

Rollback · Rollback · Rollback



⊕ Add · ⊕ Add · ⊕ Add

Now **$195.00** $358.85 · Now **$154.00** $186.33 · Now **$152.00** $169.70

Steve Silver Gabby Transitional 48" Rectangle Console Table with Shelf and Drawer, Washed Oak · Noble House Pilster Glam Wood and Wicker Console Table, Walnut, Natural, and Antique Gold · Tyler Dillon Beveled Oval Wall Mirror with Beaded Textured Wood Frame 33"H x 25"W

★★★★☆ 13

Save with W+ · Save with W+ · Save with W+

Shipping, arrives **in 3+ days** · Shipping, arrives **in 3+ days** · Shipping, arrives **in 3+ days**

**Saved for later**

1 item ⌃

Move to cart

Now **$4.25** $4.77

BINGTAOHU Jamaican Black Castor Oil Essential Oil 60ml
Size : 3.2*3.2*12
Actual Color : Birthday
Qty 1

Remove

**1. Free shipping, arrives by Tue, Oct 8**

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

Edit

**Delivery instructions (optional)**

Edit

House

**Items details**

View details

1 item

| | |
|---|---|
| Subtotal (1 item) | $14.74 |
| Shipping | Free |
| **Estimated taxes** | $1.03 |
| **Estimated total** | **$15.77** |

Have a promo code?

**2. Payment method**

**Pay with card**



Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal

☐ **Remember my PayPal account details**

*PayPal*

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

affirm

Walmart+   Free 30-day trial

Defendant no. :        71

Defendant Name :       YGUANGWENI

Platform:              Walmart

| Plaintiff VAu 1-517-249 Copyright | YGUANGWENI's Infringing Product |
|---|---|
|   |  |

‹  Back to item

## YGUANGWENI

★★⯪☆☆   See all 6 reviews
2.3 stars out of 5

**33%**   Overall Positive Rating

Shop all seller items

🏠 Business Name: sHENZHENSHI HUAFEI
tengdianzi shangwu YOUXIANgongsi

✉ Contact seller

📞 (+86) 17688542063

📍 ShenZhenShi luohuqunanhujiedao xinna
nshequdongmennanlu2028haodonggu
anwaimaoDASHAADONG805-806
ShenZhenShi, GD 518002, CN

### More items from this seller






| | | |
|---|---|---|
| **$36.99** | **$29.99** | **$6.99** |
| Portable Mini Ac Car Conditioning Unit Air Conditioner Fan Universal 12V Cold Multi-Purpose | Small Room Air Conditioner Room Portable Air Conditioner Portable Air Conditioner Small Air Conditioner For Bedroom Small... | Serum Instant Effect Face Olavita Stock Solution Face Serum Plumping Skin Instant Face Tightening 30ml |
| ★☆☆☆☆ 4 | ★★⯪☆☆ 9 | ★★★★★ 1 |

### Seller reviews

# 2.3 out of 5

★★⯪☆☆ (6 reviews)

| | |
|---|---|
| 5 stars | 2 |
| 4 stars | |
| 3 stars | |
| 2 stars | |
| 1 star | 4 |

**6 reviews**    Sort by | Most Relevant ▾

★☆☆☆☆                                    08/06/2024

I sent a message to the seller and as of yet they have failed to respond.

Mary

★☆☆☆☆                                    08/04/2024

Wrong brand and color arrived. Took two weeks. Not happy.

Donna

★★★★★                                    09/04/2024

wonderful

★★★★★                                    08/24/2024

roxe

★☆☆☆☆                                    08/21/2024

Gerald

★☆☆☆☆                                    07/29/2024

Brenda

UIOTO

**Clearance Jamaican Black Castor Oil Essential Oil 60ml**

☆ (No ratings yet)

⟲ Free 30-day returns

**$7.99**

Price when purchased online ⓘ

| Buy now |
| Add to cart |

**Actual Color:** color

| color |
| $7.99 |

**How do you want your item?**


Shipping
Arrives Oct 5
$1.99


Pickup
Not available


Delivery
Not available

Delivery to **500 NW 2nd Ave**

Sold and shipped by YGUANGWENI

★★☆☆☆  6 seller reviews
View seller information

⟲ Free 30-day returns  Details

♡ Add to list                                  ⊞ Add to registry









♡
⊕

**About this item**

Product details                                                                                    ⌃

Jamaican Black Castor Oil Essential Oil 60ml
Features:
1. in fatty , it can deeply moisturize the skin, making it soft and .
2. It has -inflammatory and effects and can be used to skin and sensitivity.
3. It contains protein, vitamins, and minerals, which help stimulate skin cell regeneration and the wound healing process.
4. in antioxidants such as vitamin E, it can resist the of free radicals and delay the aging process of the skin.
5. It has a detoxifying effect and can be used to clean pores, dirt and from the skin, and keep the skin clean and health
Product Description:
1. Size: 12 * 3.2 * 3.2cm
2. Weight: 123g
3. Capacity: 60ml
4. Usage:
Facial moisturizing: Apply an appropriate amount to clean facial skin, gently massage until absorbed, and can be used at night to moisturize and repair the skin.
Massage oil: Other blends used for whole body massage, soothing the skin, and promoting circulation.
Hair care: Apply a small amount to the hair tips or scalp to nourish the hair, increase , and reduce restlessness.
Lip protection: When the lips are dry, a small amount can be applied, which has a moisturizing and moisturizing effect, making the lips soft and moisturized.
Local care: Dip a small amount with a cotton ball and apply it to dry, rough or damaged skin areas to help repair and moisturize.
When using, it is recommended to conduct a skin sensitivity test first to ensure no allergic reactions. In addition, it is recommended to choose quality products that are natural and without additives, and attention to storing them in a cool and dry place, avoiding direct sunlight.

Jamaican Black Castor Oil Essential Oil 60ml

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications                                                                                     ⌃

**Cart** (1 item)



🏷️ Pickup and delivery options ⌄

Continue to checkout

🚚 **Shipping** arrives by Fri, Oct 4
500 NW 2nd Ave, Unit 10001
$1.99 shipping

| | |
|---|---|
| Subtotal (1 item) | $7.99 |
| Seller shipping | $1.99 |
| Taxes | Calculated at checkout |
| **Estimated total** | **$9.98** |

Sold and shipped by YGUANGWENI
$1.99 seller shipping fee

Clearance Jamaican Black Castor Oil Essential Oil 60ml
Actual Color: color
ℹ️ Free 30-day returns                                    $7.99

Remove    Save for later    − 1 +

Walmart+  **Become a member to get free same-day delivery, gas discounts & more!** ✕
☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller                    Best seller

➕ Add        ➕ Add        ➕ Add

Now $6.96 $13.92    $5.48    $9.97
Better Homes & Gardens Cotton    Mainstays Medium Weight PEVA    GREAT VALUE TOILET PLUNGER
Palm Beach Towel 38" X 72"    Shower Liner, 70" x 71" - Clear    BRUSH
Save with W+    Save with W+    Save with W+
Pickup tomorrow    Pickup tomorrow    Pickup tomorrow
Delivery tomorrow    Delivery tomorrow    Delivery tomorrow
Shipping, arrives in 2 days    Shipping, arrives in 2 days    Shipping, arrives in 3+ days

**New Fall Rollbacks**



Rollback        Rollback        Rollback

➕ Add        ➕ Add        ➕ Add

Now $239.00 $306.92    Now $108.00 $134.61    Now $74.20 $121.98
Steve Silver Libby 54.75" H Sintered    Techni Mobili Medium Back Executive    Linon Brook 30" Wood Bar Stool
Stone Console Table with Shelf,    Chair with Flip-up Arms, Black RTA-    Black Faux Leather Nailhead Trim in
Dusty Caramel    4902-BK    Cherry Stain
    ★★★★★ 6    ★★★★★ 13
Save with W+    Save with W+    Save with W+
Shipping, arrives in 3+ days    Shipping, arrives in 3+ days    Shipping, arrives in 3+ days

**Saved for later**

1 item                                                    ⌃



Move to cart

Now $4.25 $4.77
BINGTAOHU Jamaican Black Castor Oil Essential Oil 60ml
Size : 3.2*3.2*12
Actual Color : Birthday
Qty 1
Remove



**1. Shipping, arrives by Fri, Oct 4** ✓

Amla Amla                                                    Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                         Edit

House

**Items details**                                           View details

1 item



**2. Payment method**                                        ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Pay by bank**                                              ^

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**                                        ^

Pay with PayPal                          Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**   Items in your cart are not eligible for Affirm.

PayPal                                    affirm

Walmart+ Free 30-day trial

---

**Subtotal** (1 item)                                        $7.99
Seller shipping                                              $1.99
**Estimated taxes**                                          $0.70

**Estimated total**                                          **$10.68**

Have a promo code?                                           ⌄

Defendant no. :          72

Defendant Name :      bznwn

Platform:                  Walmart

| Plaintiff VAu 1-517-249 Copyright | bznwn's Infringing Product |
|---|---|
|   |  |

‹ Back to item

## bznwn

★★★★☆   See all 2 reviews
4 stars out of 5

**50%**   Overall Positive Rating

Shop all seller items

🏠  Business Name:
Shenzhenshiyongyuexidianzikejiyouxiangongsi

✉  Contact seller

📞  (+86) 18018769074

📍  Shenzhenshiluohuqunanhujiedaojianans
heguyanhenanlu1185haojinhuadashajixi
ngge12F
Shenzhenshi, GD 518001, CN



### More items from this seller

$40.50
TZTCK Portable Air Conditioners Fan for Bedroom Portable Ac Unit Air Conditioner for Bedroom Portable Room Air Conditioners N...
★★★☆☆ 3

$42.00
Portable Mini Ac Car Conditioning Unit Air Conditioner Fan Universal 12V Cold Multi-purpose

$1.01  $8.93
Gel Nail Polish Remover Gel Remover For Nails Quick Remover Gel Nail Polish Gel Nail Remover Remover Gel Polish In 3-5 Minutes...

### Seller reviews

# 4 out of 5

★★★★☆ (2 reviews)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | |
| 3 stars | 1 |
| 2 stars | |
| 1 star | |

2 reviews    Sort by  |  Most Relevant ▾

★★★★★                          09/06/2024

Sheila

★★★☆☆                          08/22/2024

Vanessa

TBCORGM

**Clearance Jamaican Black Castor Oil Essential Oil 60ml**

☆ (No ratings yet)

🔵 Free 30-day returns

**$3.16**

Price when purchased online ⓘ

| Buy now |
| :---: |

| Add to cart |
| :---: |

**Actual Color:** color

| color |
| :---: |
| $3.16 |

**How do you want your item?**

| 🚚 Shipping<br>Arrives Oct 9<br>$4.99 | 🚗 Pickup<br>Not available | 📦 Delivery<br>Not available |
| :---: | :---: | :---: |

Delivery to **500 NW 2nd Ave**

Sold and shipped by **bznwn**

★★★★☆ 2 seller reviews

View seller information

🔵 Free 30-day returns  Details

♡ Add to list                                              Add to registry









❤
🔍

**About this item**

**Product details**

Jamaican Black Castor Oil Essential Oil 60ml
Features:
1. in fatty , it can deeply moisturize the skin, making it soft and .
2. It has -inflammatory and effects and can be used to skin and sensitivity.
3. It contains protein, vitamins, and minerals, which help stimulate skin cell regeneration and the wound healing process.
4. in antioxidants such as vitamin E, it can resist the of free radicals and delay the aging process of the skin.
5. It has a detoxifying effect and can be used to clean pores, dirt and from the skin, and keep the skin clean and health
Product Description:
1. Size: 12 * 3.2 * 3.2cm
2. Weight: 123g
3. Capacity: 60ml
4. Usage:
Facial moisturizing: Apply an appropriate amount to clean facial skin, gently massage until absorbed, and can be used at night to moisturize and repair the skin.
Massage oil: Other blends used for whole body massage, soothing the skin, and promoting circulation.
Hair care: Apply a small amount to the hair tips or scalp to nourish the hair, increase , and reduce restlessness.
Lip protection: When the lips are dry, a small amount can be applied, which has a moisturizing and moisturizing effect, making the lips soft and moisturized.
Local care: Dip a small amount with a cotton ball and apply it to dry, rough or damaged skin areas to help repair and moisturize.
When using, it is recommended to conduct a skin sensitivity test first to ensure no allergic reactions. In addition, it is recommended to choose quality products that are natural and without additives, and attention to storing them in a cool and dry place, avoiding direct sunlight.

Jamaican Black Castor Oil Essential Oil 60ml

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

**Specifications**

**Cart** (1 item)

🖊 **Pickup and delivery options** ⌄

Continue to checkout



**Shipping** arrives by Tue, Oct 8
500 NW 2nd Ave, Unit 10001
$4.99 shipping

| | |
|---|---|
| **Subtotal** (1 item) | $3.16 |
| Seller shipping | $4.99 |
| **Taxes** | Calculated at checkout |
| **Estimated total** | **$8.15** |

Sold and shipped by **bzmm**
$4.99 seller shipping fee

Clearance Jamaican Black Castor Oil Essential Oil 60ml
Actual Color: color
🚚 Free 30-day returns                                    $3.16

Remove    Save for later    −  1  +



Walmart+  **Become a member to get free same-day delivery, gas discounts & more!**  ✕

☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller                Best seller

+ Add          + Add          + Add

**Now $6.96** $13.92        $5.48                    $9.97

Better Homes & Gardens Cotton   Mainstays Medium Weight PEVA   GREAT VALUE TOILET PLUNGER
Palm Beach Towel 38" X 72"      Shower Liner, 70" x 71" - Clear  BRUSH

Save with W+                Save with W+                Save with W+

Pickup **tomorrow**          Pickup **tomorrow**          Pickup **tomorrow**
Delivery **tomorrow**        Delivery **tomorrow**        Delivery **tomorrow**
Shipping, arrives **tomorrow**  Shipping, arrives **tomorrow**  Shipping, arrives **in 3+ days**

**New Fall Rollbacks**



Rollback            Rollback            Rollback

+ Add          + Add          + Add

**Now $50.00** $63.40        **Now $34.00** $55.23        **Now $152.00** $169.70

TMS Lester 2-Tier Metal and Wood   Carlstar Turf Master 13.00X6.50-6   Tyler Dillon Beveled Oval Wall Mirror
Bar Cart with Locking Casters,   55A4 B Lawn & Garden Tire      with Beaded Textured Wood Frame
Black/Walnut                ★★★★½ 240                33"H x 25"W

Save with W+                Save with W+                ★★★★½ 13

Shipping, arrives **in 3+ days**  Shipping, arrives **in 2 days**  Save with W+

                                            Shipping, arrives **in 3+ days**

**Saved for later**

**1 item**                                                ⌄



Move to cart

**Now $4.25** $4.77

BINGTAOHU Jamaican Black Castor Oil Essential Oil 60ml
Size : 3.2*3.2*12
Actual Color : Birthday
Qty 1

Remove

 **1. Shipping, arrives by Tue, Oct 8**  ✓

| | |
|---|---|
| **Subtotal** (1 item) | $3.16 |
| Seller shipping | $4.99 |
| **Estimated taxes** | $0.57 |
| **Estimated total** | **$8.72** |

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101          Edit

Have a promo code?    ⌄

**Delivery instructions** (optional)          Edit

House

**Items details**          View details

1 item



**2. Payment method**  ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**Pay by bank**    ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**    ⌃

Pay with PayPal                               Pay in monthly installments with Affirm

☐ Remember my PayPal account details         Items in your cart are not eligible for Affirm.

**PayPal**                                    affirm

Walmart+  Free 30-day trial

Defendant no. :          73

Defendant Name :      AYFFDIYI/YouTo LLC

Platform:                 Walmart

| Plaintiff VAu 1-517-249 Copyright | AYFFDIYI/YouTo LLC's Infringing Product |
|---|---|
|  | |

‹ Back to item

## YouTo LLC

★★★½☆    See all 31 reviews
3.5 stars out of 5



**65%**   Overall Positive Rating

Shop all seller items

🏠 Business Name:
foshanshiyoutuxianshangmaoyouxiangongsi

🔗 Contact seller

📞 (+86) 17840984027

📍 foshanshinanhaiqulishuizhenlishuidadao
bei113-101haoAdong509shi
foshanshi, GD 528200, CN

About Seller

## More items from this seller



**$8.83**

2 Pack Silicone Molds Puppy Dog Paw and Dog Bone Silicone Dog Treat Molds for Baking...

★★★★★ 12



**$7.64**

Heat Rash Treatment Cream, Fast Relief from Sweat Rash, Heat Rash Cream

★★★★½ 6

## Seller reviews

# 3.5 out of 5

★★★½☆ (31 reviews)

| | |
|---|---|
| 5 stars | 17 |
| 4 stars | 3 |
| 3 stars | |
| 2 stars | 1 |
| 1 star | 10 |

**Most helpful positive review**    VS    **Most helpful negative review**

★★★★★

Shipped on time. The item is just very poor quality and does not work.

T

★☆☆☆☆

I got these to replace the other ultrasonic pest repellers that I had. The ones I got from you looked the same but were extremely light weight. One was missing a piece so I looked inside, it had none of the circuitry my old one had inside. Disgusting that a company would try to pass off the shell of a product as the whole product. Don't you care about the quality of the products?

Maggie

**31 reviews**    Sort by | Most Relevant ▾

JFY

JFY Jamaican Black Castor Oil 2Fl oz, Organic Castor Oil for Skin Massage, Cold Pressed Castor Oils for Scalp, Skin and Nails, Nourish Eyelashes and Eyebrows

★★★★★ (5.0) | 1 rating

**$7.49**

Other options from $4.38

Price when purchased online ⓘ

| Buy now |
| --- |

| Add to cart |
| --- |

Count: 1

| 1 $7.49 | |
| --- | --- |

**How do you want your item?**

|  Shipping Arrives Oct 2 Free | Pickup Not available | Delivery Not available |
| --- | --- | --- |

Delivery to 500 NW 2nd Ave

Sold and shipped by YouTo LLC

★★★☆☆ 31 seller reviews

View seller information

Free 30-day returns Details

♡ Add to list | 🏷 Add to registry

**More seller options (1)**

Starting from $4.38   Compare all sellers



♡
🔍



**About this item**

Product details

Description:

1.Natural And Chemical-free

2. Hair And Skin Look And Feel Bright And Healthy

3. Has Healing And Strengthening Properties

4. Grow Thick Long Eyelashes And Eyebrows Naturally

5. Improve Digestion And Reduce Inflammation

6. Increase The Benefits Of Relaxation And Strengthening Immunity

7. Improve Digestion And Reduce Inflammation

8. Increase The Benefits Of Relaxation And Strengthening Immunity

Name: Massage Oil

Single Size: 42x42x121

**Cart** (1 item)

🏷️ Pickup and delivery options ⌄



🚚 **Free shipping** arrives by **Tue, Oct 1**
500 NW 2nd Ave, Unit 10001

Sold and shipped by  YouTo LLC

**Free shipping**

JFY Jamaican Black Castor Oil 2Fl oz, Organic Castor Oil for Skin Massage, Cold Pressed Castor Oils for Scalp, Skin and Nails, Nourish Eyelashes and...  $7.49
Count: 1
🔄 Free 30-day returns

Remove    Save for later    − 1 +



Continue to checkout

| Subtotal (1 item) | $7.49 |
|---|---|
| Shipping | Free |
| **Taxes** | Calculated at checkout |
| **Estimated total** | $7.49 |

Walmart+ **Become a member to get free same-day delivery, gas discounts & more!** ✕

☐ Try Walmart+ free for 30 days!

**Popular items in your area**




| Best seller | Best seller | |
|---|---|---|
| ⊕ Add | ⊕ Add | ⊕ Add |
| **Now $6.96** $13.92 | $5.48 | $9.97 |
| Better Homes & Gardens Cotton Palm Beach Towel 38" X 72" | Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear | GREAT VALUE TOILET PLUNGER BRUSH |
| Save with W+ | Save with W+ | Save with W+ |
| Pickup **tomorrow** | Pickup **tomorrow** | Pickup **tomorrow** |
| Delivery **tomorrow** | Delivery **tomorrow** | Delivery **tomorrow** |
| Shipping, arrives **tomorrow** | Shipping, arrives **tomorrow** | Shipping, arrives **in 3+ days** |

**New Fall Rollbacks**



| Rollback | Rollback | Rollback |
|---|---|---|
| ⊕ Add | ⊕ Add | ⊕ Add |
| **Now $50.00** $63.40 | **Now $108.00** $134.01 | **Now $74.20** $121.08 |
| TMS Lester 2-Tier Metal and Wood Bar Cart with Locking Casters, Black/Walnut | Techni Mobili Medium Back Executive Chair with Flip-up Arms, Black RTA-4902-BK | Linon Brook 30" Wood Bar Stool Black Faux Leather Nailhead Trim in Cherry Stain |
| | ★★★★☆ 6 | ★★★★☆ 13 |
| Save with W+ | Save with W+ | Save with W+ |
| Shipping, arrives **in 3+ days** | Shipping, arrives **in 3+ days** | Shipping, arrives **in 3+ days** |

**Saved for later**

**1 item** ⌃



Move to cart

**Now $4.25** $4.77
BINGTAOHU Jamaican Black Castor Oil Essential Oil 60ml
Size : 3.2*3.2*12
Actual Color : Birthday
Qty 1
Remove



**1. Free shipping, arrives by Tue, Oct 1** ✓

Amla Amla                                                                    Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                                         Edit

House

**Items details**                                                     View details

1 item

| | |
|---|---|
| Subtotal (1 item) | $7.49 |
| Shipping | Free |
| **Estimated taxes** | $0.52 |
| **Estimated total** | **$8.01** |

Have a promo code?  ⌄



**2. Payment method**  ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**Pay by bank**  ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**  ⌃

Pay with PayPal

☐ Remember my PayPal account details

Pay in monthly installments with Affirm

Items in your cart are not eligible for Affirm.

affirm

Walmart+  Free 30-day trial

Defendant no. :          74

Defendant Name :      YUANYI Co. Ltd/FANGQU Co.Ltd

Platform:                   Walmart

| Plaintiff VAu 1-517-249 Copyright | YUANYI Co. Ltd/FANGQU Co.Ltd's Infringing Product |
|---|---|
|  | |

‹ Back to item

## FANGQU Co.Ltd

★★✩✩✩  See all 16 reviews
1.6 stars out of 5

**13%**  Overall Positive Rating

Shop all seller items

🏠  Business Name:
guangzhoufangqumaoyiyouxiangongsi

✉️  Contact seller

📞  (+86) 18638341389

📍  tianhequlongdongshangmaodajie10hao
101puW565fang
guangzhoushi, GD 510000, CN

About Seller

## Seller reviews

# 1.6 out of 5

★★✩✩✩ (16 reviews)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 1 |
| 3 stars | 1 |
| 2 stars | |
| 1 star | 13 |

### Most helpful positive review

★★★★★

It took about a week longer than originally stated. Sent through USPS. But they arrived in tact.

QWEENBEE

**VS**

### Most helpful negative review

★✩✩✩✩

i was very unimpressed with the hole experience from this seller. order was delayed for weeks without commination. then when it finally arrived it was completely smashed and looked like a5 year old speed it. arrived damaged had to end up going to the store and purchasing anyway. TERRIBLE

edward

---

**16 reviews**    Sort by | Most Relevant ▾

★✩✩✩✩                           08/20/2024

i was very unimpressed with the hole experience from this seller. order was delayed for weeks without commination. then when it finally arrived it was completely smashed and looked like a5 year old speed it. arrived damaged had to end up going to the store and purchasing anyway. TERRIBLE

edward

★✩✩✩✩                           08/10/2024

Hi I bought a original PS4 controller but I got a fake PS4 controller it doesn't even have the PlayStation Logo can I get the actual controller that I paid for or a refund please

Melquan

★✩✩✩✩                           08/07/2024

ive odered from here a dozen times. and for the last time they sent a completely different and "fake" bag of 8 toe rings that were all broken into little peices. ive only gotten my correct items half of the time i ordered. and if they were the right item half of those time's the silver was actually just alloy metal. never again

Huckleberry

★✩✩✩✩                           08/18/2024

I wanted. O put a piece between two pieces of paper and then write on the top paper and end up with two exact copies of the top paper.

Edward

★✩✩✩✩                           09/06/2024

Shipping took forever, then I received the wrong item!

ST

GOLFAN

Jamaican Black Castor Oil for Hair Growth 60ml(2.02 fl.oz) Natural Moisturizer for Face, Body & Nails, Carrier Oil for Essential Oils and DIY Beauty - 5pack

☆ (No ratings yet)

🚚 Free shipping   🔄 Free 30-day returns

**$20.10**

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

**Size:** 5pcs

| 5pcs $20.10 |
|---|

**How do you want your item?**

| 🚚 Shipping Arrives Oct 5 Free | 🚗 Pickup Not available | 📦 Delivery Not available |
|---|---|---|

Delivery to  **500 NW 2nd Ave**

🏪 Sold and shipped by **FANGQU Co.Ltd**

★★☆☆☆  16 seller reviews
View seller information

🔄 Free 30-day returns  Details

♡ Add to list                                   🎁 Add to registry

**More seller options (4)**

Starting from $20.10  Compare all sellers









**About this item**

**Product details** ⌃

Product details:

Jamaican black Castor Oil is 100% pure & natural, cold pressed and unrefined. Naturally rich with vitamins and fatty acids, castor oil can help enhance the appearance of your hair, eyebrows and eyelashes. Known for its ability to help strengthen and repair dry or damaged hair, castor oil can help hydrate your skin, hair, and scalp.

Feature:

- Multiple Uses For Hair, Eyelashes, Eyebrows Growth, Skin Care And Nail Care.

- Enriched with vitamin E, a powerful natural antioxidant, perfect for dry, damaged and overworked hair.

- Effect on the skin to resist aging and wrinkle, help to nourish and condition the skin for a smooth, healthy appearance.

- Replenish hair root nutrition, balance scalp oil, improve blood circulation, help hair growth.

Nourish and hydrate, combat signs of aging skin.

INGREDIENTS: Black Castor Oil (cold pressed).

DIRECTIONS:

For external use only, Castor oil can be applied in a variety of ways:

**Cart** (1 item)

🛒 Pickup and delivery options ⌄

🚚 **Free shipping** arrives by **Fri, Oct 4**
500 NW 2nd Ave, Unit 10001

Sold and shipped by FANGQU Co.Ltd
**Free shipping**

Jamaican Black Castor Oil for Hair Growth 60ml(2.02 fl.oz.) Natural Moisturizer for Face, Body & Nails, Carrier Oil for Essential Oils and DIY...
Size: 5pcs
🔄 Free 30-day returns

$20.10

Remove    Save for later    − 1 +

| | |
|---|---|
| Subtotal (1 item) | $20.10 |
| Shipping | Free |
| **Taxes** | Calculated at checkout |
| Estimated total | $20.10 |

**Continue to checkout**

Walmart+ **Become a member to get free same-day delivery, gas discounts & more!** ✕
☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller
➕ Add
Now **$6.96** $13.92
Better Homes & Gardens Cotton Palm Beach Towel 38" X 72"
**Save with W+**
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

Best seller
➕ Add
**$5.48**
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear
**Save with W+**
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

➕ Add
**$9.97**
GREAT VALUE TOILET PLUNGER BRUSH
**Save with W+**
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

**New Fall Rollbacks**



Rollback
➕ Add
Now **$239.00** $356.92
Steve Silver Libby 54.75" H Sintered Stone Console Table with Shelf, Dusty Caramel
**Save with W+**
Shipping, arrives **in 3+ days**

Rollback
➕ Add
Now **$50.00** $63.40
TMS Lester 2-Tier Metal and Wood Bar Cart with Locking Casters, Black/Walnut
**Save with W+**
Shipping, arrives **in 3+ days**

Rollback
➕ Add
Now **$52.81** $64.60
Nourison Allur Persian Red Multicolor 5'3" x 7'3" Area Rug, (5x7)
Shipping, arrives **in 3+ days**

**Saved for later**

**1 item** ⌃

Move to cart
Now **$4.25** $4.77
BINGTAOHU Jamaican Black Castor Oil Essential Oil 60ml
Size : 3.2*3.2*12
Actual Color : Birthday
Qty 1
Remove



**1. Free shipping, arrives by Fri, Oct 4** ✓

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101                    Edit

**Delivery instructions (optional)**                           Edit

House

**Items details**                                              View details

1 item

| | |
|---|---|
| **Subtotal** (1 item) | $20.10 |
| Shipping | Free |
| **Estimated taxes** | $1.41 |
| **Estimated total** | **$21.51** |

Have a promo code?   ⌄



**2. Payment method**   ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**Pay by bank**   ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**   ⌃

Pay with PayPal                          Pay in monthly installments with Affirm

☐ Remember my PayPal account details    Items in your cart are not eligible for Affirm.

PayPal                                   affirm

Walmart+   Free 30-day trial

Defendant no. :          75

Defendant Name :      AIJIA Co. Ltd/KANGBO

Platform:                   Walmart

| Plaintiff VAu 1-517-249 Copyright | AIJIA Co. Ltd/KANGBO's Infringing Product |
|---|---|
|  | |

‹ Back to item



## KANGBO

★★★☆ 3.4 stars out of 5   See all 50 reviews

**60%**   Overall Positive Rating

Shop all seller items

---

🏠 Business Name:
donggaunshikangbofushiyouxiangongsi

✉ Contact seller

📞 (+86) 13600262276

📍 3rd Floor, No. 8, Xiapengjuwei, Libeilin
g Village, Dalang Town, Dongguan City
Dongguan, GD 528244, CN

---

About Seller

Tax policy

## More items from this seller


+ Add


+ Add


+ Add

**$10.59**
Knee Braces Support for Arthritis Pain, Knee
Compression Sleeve for Men Women,
Adjustable Hinged Knee Stabilizer, Knee Bra...
★★★★☆ 20

**$22.99**
nine bull Cardigan Sweaters for Women,Long
Sleeve Floral Open Front Sweater V Neck
Outwear Cardigan (Orange S)
★★★☆☆ 15

**$10.99**
Women's High Waist Biker Shorts Workout
Yoga Running Gym Compression Spandex
Shorts Side Pockets
★☆☆☆☆ 7

## Seller reviews

# 3.4 out of 5
★★★☆ (50 reviews)

| | |
|---|---|
| 5 stars | 24 |
| 4 stars | 6 |
| 3 stars | 4 |
| 2 stars | 0 |
| 1 star | 16 |

**50 reviews**   Sort by | Most Relevant ▾

★☆☆☆☆                                05/13/2024
The packaging was crushed, and because the instructions are in
print way too small for us to read, we have no idea how to set
these things up correctly, thus we cannot tell if they were damaged
during shipping !!!!! So I cannot give you an honest, or accurate
rating of the product at this time😊😊

Joy

★☆☆☆☆                                12/05/2023
walmart selling crap like this will give you a bad name.

WILLIAM

★☆☆☆☆                                04/20/2024
Reached out for replacement cause it's not that old. Not even 30
days before it broke.

Merrill

★★★★★                                07/03/2022
real quick delivery and good assembly instructions.

Jojo

★☆☆☆☆                                02/08/2022
Item came with missing pieces. And the only way to contact them is
'via mail'

Marlon

★★★☆☆                                07/13/2024

Ann

★☆☆☆☆                                04/20/2024

Kevin

★★★★★                                01/09/2024

Jacqueline!

★☆☆☆☆                                12/23/2023

George

★★★★★                                12/07/2023

mike

( 1 )  2  3  4  5  ›

## About Seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

KangBo is proud to offer you a stunning selection of quality product at warehouse direct prices.We are devote to providing the
highest level of service to our customers. Our vision includes hands-on customer service making sure each and every customer is
treated royally -- completely taken care of to his or her satisfaction.We manage every step of the process, designing and
manufacturing only the finest items for our customers and selling partners.

## Tax policy

Tax will be collected according to Tax Nexus Setup.

CUBE

Jamaican Black Castor Oil,Organic Castor Oil for Body Skin,100% Pure Cold Pressed Black Castor Oil Organic,Essential Oil,Massage Oil,Hair Nourishing Oil,Anti-Aging Oil,Massage Oils

★★★★☆ (19) ∨    7 ratings

🚚 Free shipping    🔄 Free 30-day returns

**$8.06**

Price when purchased online ⓘ

| Buy now |

| Add to cart |

### How do you want your item?

| 🚚 Shipping<br>Arrives Oct 3<br>Free | 🚗 Pickup<br>Not available | 🏬 Delivery<br>Not available |

Delivery to  **500 NW 2nd Ave**

Sold and shipped by **KANGBO**

★★★☆☆  50 seller reviews
View seller information

🔄 Free 30-day returns   Details

♡  Add to list                                    📋  Add to registry

**More seller options (3)**
Starting from $8.07   Compare all sellers









### About this item

**Product details**                                                                              ⌃

**Product Description**

Jamaican Black Castor Oil, Organic Castor Oil for Body Skin Hair, 100% Pure Cold Pressed Black Castor Oil Organic for Body Hair Skin,Massage Oil,Hair Nourishing Oil,Anti-Aging Oil
INGREDIENTS: Black Castor Oil (cold pressed).

DIRECTIONS
For external use only, Castor oil can be applied in a variety of ways:

To Use with your Castor Oil Pack:

Step 1: Pour 1-2 teaspoon of our Pure Castor Oil onto the soft cotton side of your Castor Oil Pack.

Step 2: Place your pack over your liver area (right side below rib cage) and tie it in place.

Wear your Castor Oil Pack for Liver for a minimum of 1 hour, or overnight for optimal benefits.

To Use direct on Skin and Hair Gently massage the oil into your skin or hair for a hydrating, nourishing effect on your body.

- Pure Black Castor Oil: This castor oil is made from 100% pure Jamaican castor oil, which helps improve digestion and immune-enhancing benefits
- High Quality: Our Jamaican black castor oil is 100% pure, organic, extra virgin cold-pressed, hexane-free castor oil
- Variety of Uses and Applications: Castor oil is good for the Liver, Kidneys, Ovaries and Thyroid
- Caution: Do not apply on open wounds. Avoid contact with eyes and keep out of the reach of children. If pregnant or breastfeeding, consult with your health care provider before use

DIRECTIONS:

- For external use only, Castor oil can be applied in a variety of ways

To Use with your Castor Oil Pack:

- Step 1: Pour 1-2 teaspoons of our pure castor oil onto the soft cotton side of your castor oil pack
- Step 2: Place your pack over your liver area (right side below rib cage) and tie it in place
- Wear your castor oil pack for the liver for a minimum of 1 hour or overnight for optimal benefits

**Cart** (1 item)



Pickup and delivery options ⌄

Free shipping arrives by Wed, Oct 2
500 NW 2nd Ave, Unit 10001

Sold and shipped by KANGBO
Free shipping

Jamaican Black Castor Oil,Organic Castor Oil for Body Skin,100% Pure Cold
Pressed Black Castor Oil Organic,Essential Oil,Massage Oil,Hair Nourishing...         $8.06
ⓘ Free 30-day returns

Remove    Save for later    −    1    +



Continue to checkout

Subtotal (1 item)          $8.06
Shipping                    Free
Taxes          Calculated at checkout

Estimated total           $8.06

Walmart+  Become a member to get free same-day    ✕
delivery, gas discounts & more!
☐ Try Walmart+ free for 30 days!

**Recommended with your order**



$12.99
Mayan's Secret Organic Castor Oil
Cold-Pressed, Hexane-Free USDA
Certified - 4fl oz
Save with W+
Shipping, arrives in 2 days



Now $11.99  $28.99
2 Pack Aliver Jamaican Black Castor
Oil for Hair and Skin Care, Pure Cold
Pressed, Repair and Nourish,Natural...
Save with W+
Shipping, arrives in 2 days



$14.99
PURA D'OR Organic Jamaican Black
Castor Oil 4 Fl Oz (w/ 2 BONUS Pre-
Filled Eyelash & Eyebrow Brushes)
Save with W+
Shipping, arrives in 2 days

**Popular items in your area**



Now $6.96  $13.92
Better Homes & Gardens Cotton
Palm Beach Towel 38" X 72"
Save with W+
Pickup tomorrow
Delivery tomorrow
Shipping, arrives tomorrow

$5.48
Mainstays Medium Weight PEVA
Shower Liner, 70" x 71" - Clear
Save with W+
Pickup tomorrow
Delivery tomorrow
Shipping, arrives tomorrow

$9.97
GREAT VALUE TOILET PLUNGER
BRUSH
Save with W+
Shipping, arrives in 3+ days

**New Fall Rollbacks**



Now $239.00  $336.92
Steve Silver Libby 54.75" H Sintered
Stone Console Table with Shelf,
Dusty Caramel
Save with W+
Shipping, arrives in 3+ days

Now $152.00  $169.70
Tyler Dillon Beveled Oval Wall Mirror
with Beaded Textured Wood Frame
33"H x 25"W
★★★★☆ 13
Save with W+
Shipping, arrives in 3+ days

Now $533.00  $642.99
Goodyear Marathon RSA
255/70R22.5 140 All Position
Commercial Tire
Save with W+
Shipping, arrives in 2 days

**Saved for later**

1 item                                          ⌃



**1. Free shipping, arrives by Wed, Oct 2** ✅

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

Edit

**Delivery instructions (optional)**                                   Edit

House

| | |
|---|---|
| Subtotal (1 item) | $8.06 |
| Shipping | Free |
| **Estimated taxes** | $0.56 |
| **Estimated total** | **$8.62** |

Have a promo code?   ⌄

**Items details**                                        View details

1 item



---

💳 **2. Payment method**                                  ⊖

**Pay with card**

Learn more about payment methods we accept.

\* Required field

**Card number** \*

[ 💳                                                      ]

Continue

---

**Pay by bank**                                            ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

[ **Connect your bank** ]

---

**Other ways to pay**                                      ⌃

Pay with PayPal                          Pay in monthly installments with Affirm

☐ Remember my PayPal account details      Items in your cart are not eligible for Affirm.

[ *PayPal* ]                              [ affirm ]

---

Walmart+  Free 30-day trial

Defendant no. :           76

Defendant Name :       Lufly

Platform:                    Walmart

| Plaintiff VAu 1-517-249 Copyright | Lufly's Infringing Product |
|---|---|
|  | |

‹ Back to item

## Lufly

★☆☆☆☆
1 stars out of 5

See all 4 reviews

**0%**  Overall Positive Rating

Shop all seller items

🏠 Business Name:
yiyiyuanyuan(guangzhou)shumakejiyouxiangongsi

✉ Contact seller

📞 (++86) 13714732798

📍 guangzhoushi tianhequ tangdongdongl
u llhao 3lou 8927
Guangzhou, GD 510665, CN

About Seller

### More items from this seller



**$7.55**
Lufly Rain Jacket Women's Water-proof
Breathable Raincoat Women's Windbreaker
Long Jacket Lightweight Jacket with Hood...
★★★★★ 3

**$10.99**
Lufly Stainless Steel USB Mobile Power
Thermos, Smart Kettle, LCD Temperature
Display

**$4.12**
Lufly Stick on Hooks for Hanging Heavy Duty
Punch-Free Hook Strong Viscose Hanger Wall
Hanging Wall Kitchen Bedroom Door Behind...
★★☆☆☆ 1

### Seller reviews

# 1 out of 5

★☆☆☆☆ (4 reviews)

| | |
|---|---|
| 5 stars | |
| 4 stars | |
| 3 stars | |
| 2 stars | |
| 1 star | 4 |

**4 reviews**    Sort by | Most Relevant ▾

★☆☆☆☆                        08/05/2024

Ordered last month 3 sets and have only received one . Returned
and will return 2 more when they arrive!

Irenebeautiful

★☆☆☆☆                        08/24/2024

Took a long time to arrive and was not as pictured.

Joan

★☆☆☆☆                        08/29/2024

Shirley

★☆☆☆☆                        08/20/2024

Sheila

### About Seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

Our company is mainly engaged in all kinds of Home furnishing,fashionable women's clothing. There are thousands of products for
you to choose from.

Lufly

**Jamaican Black Castor Massage Oils,Organic Castor Essential Oil for Yoga Aromatherapy Oil, 100% Pure Cold Pressed Massage Oil,Hair Nourishing, Anti-Aging 60ml(2.02 fl.oz)- 2pack**

☆ (No ratings yet)

◉ Free 30-day returns

## $8.99

Price when purchased online ⓘ

| Buy now |
|:---:|

| Add to cart |
|:---:|

**Actual Color:** 2 Pack

| 2 Pack $8.99 | 3 Pack $12.99 |
|:---:|:---:|

### How do you want your item?

| Shipping Arrives Oct 5 $4.99 | Pickup Not available | Delivery Not available |
|:---:|:---:|:---:|

Delivery to **500 NW 2nd Ave**

Sold and shipped by **Lufly**

★☆☆☆☆ 4 seller reviews

View seller information

◉ Free 30-day returns  Details

---

♡ Add to list                              🎁 Add to registry






›



**About this item**

### Product details

Jamaican Black Castor Oil

The use of Castor oil as a detox is an ancient practice that's been used in Chinese medicine, Indian Ayurvedic and Ancient Egypt to name a few. It helps with lymphatic congestion, reduces inflammation and stimulates organs to eliminate harmful toxins while allowing the body to smooth.

When castor oil is absorbed through the skin it speeds up the removal of toxins. You can use Castor oil anywhere on the body but particularly on the most important organs such as Liver, Kidneys, Ovaries and Thyroid. It also has a calming effect on the nervous system.

Benefit:

Stimulates Detoxification of Liver, Kidneys, Ovaries, Thyroid

Improves Digestion

Reduces Inflammation

Increases Relaxation

Immune Enhancing Benefits

Usage:

(1) Essential Oil

(2) Chakra Oil

(3) Anti-Aging Oil

(4) Massage Oil

(5) Ayurvedic Oil

(6) Therapeutic Oil

(7) Hair Nourishing Oil

(8) Aromatherapy Oil

(9) Carrier Oils

INGREDIENTS: Black Castor Oil (cold pressed).

DIRECTIONS:

For external use only, Castor oil can be applied in a variety of ways:

To Use with your Castor Oil Pack:

Step 1: Pour 1-2 teaspoon of our Pure Castor Oil onto the soft cotton side of your Castor Oil Pack.

Step 2: Place your pack over your liver area (right side below rib cage) and tie it in place.

Wear your Castor Oil Pack for Liver for a minimum of 1 hour, or overnight for optimal benefits.

To Use direct on Skin and Hair

Gently massage the oil into your skin or hair for a hydrating, nourishing and anti-inflammatory effect on your body.

CAUTION:

For External Use Only

Do not use if the seal is broken. Do not use if you are pregnant or breastfeeding. In rare cases, a hypersensitivity reaction may occur. If this happens, discontinue use., Castor oil stains clothing & upholstery. Do not apply on open wounds. Consult a healthcare professional before using this product.

STORAGE:

Keep out of reach of children.

Store at room temperature.

Package Include: 2pack Jamaican Black Castor Massage Oil 60ml(2.02 fl.oz)

*Pure Black Castor Oil:This castor oil is made from 100% Pure Jamaican Castor Oil helps improves digestion,reduces inflammation and immune Enhancing Benefits*High Quality: Our Jamaican Black Castor Oil is 100% pure, organic, extra virgin cold-pressed, hexane-free castor oil.*Variety Uses and Applications¼    The Castor Oil is good for Liver, Kidneys, Ovaries, Thyroid. And the Castor Oil can be use with your Castor Oil Pack or use direct on Skin and Hair*Great Gift: This Jamaican Black Castor Oil is the perfect gift for your friend, lover and parents. And this Jamaican Black Castor Oil can be used anywhere on the body.*Caution:Caution:Do not apply on open wounds. Avoid contact with eyes,keep out of the reach of children. If pregnant or breastfeeding, consult with your health care provider before use.Massage Oils / Castor Essential Oil for Yoga / Aromatherapy Oil

- *Pure Black Castor Oil:This castor oil is made from 100% Pure Jamaican Castor Oil helps improves digestion,reduces inflammation and immune Enhancing Benefits
- *High Quality: Our Jamaican Black Castor Oil is 100% pure, organic, extra virgin cold-pressed, hexane-free castor oil.
- *Variety Uses and Applications¼    The Castor Oil is good for Liver, Kidneys, Ovaries, Thyroid. And the Castor Oil can be use with your Castor Oil Pack or use direct on Skin and Hair
- *Great Gift: This Jamaican Black Castor Oil is the perfect gift for your friend, lover and parents. And this Jamaican Black Castor Oil can be used anywhere on the body.
- *Caution:Caution:Do not apply on open wounds. Avoid contact with eyes,keep out of the reach of children. If pregnant or breastfeeding, consult with your health care provider before use.
- Massage Oils / Castor Essential Oil for Yoga / Aromatherapy Oil

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.   See our disclaimer

### Specifications

**Brand**

**Cart** (1 item)



🚲 **Pickup and delivery options** ⌄



**Shipping** arrives by Fri, Oct 4
500 NW 2nd Ave, Unit 10001
$4.99 shipping

Sold and shipped by **Luffy**
$4.99 seller shipping fee


Jamaican Black Castor Massage Oils,Organic Castor Essential Oil for Yoga
Aromatherapy Oil, 100% Pure Cold Pressed Massage Oil,Hair Nourishing, Anti...
Actual Color: 2 Pack
✓ Free 30-day returns

$8.99

Remove    Save for later       − 1 +

**Continue to checkout**

Subtotal (1 item)                        $8.99
Seller shipping                          $4.99

Taxes                           Calculated at checkout

Estimated total                          $13.98

**Walmart+** Become a member to get free same-day delivery, gas discounts & more! ✕
☐ Try Walmart+ free for 30 days!

---

**Popular items in your area**



| Best seller | Best seller | Best seller |

$5.48 | $9.97 | $2.98 16.6 ¢/ea
+ Add | + Add | + Add

Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear | Seasonal Supply Co. Competitor Soccer Ball Assorted Colors | Mainstays Adult & Teen Clothing Hangers, 18 Pack, Black, Durable Plastic

Save with W+ | Save with W+ | Save with W+

Pickup **tomorrow** | | Pickup **tomorrow**
Delivery **tomorrow** | | Delivery **tomorrow**
Shipping, arrives **tomorrow** | Shipping, arrives **in 3+ days** | Shipping, arrives **in 3+ days**

---

**Beauty Glow Up & Trends**

    

+ Add | + Add | + Add

Now **$21.00** $35.00 11.7 ¢/ml | Now **$28.50** $38.00 28.5 ¢/oz | $6.97 53.6 ¢/fl oz
Mama Mio Pregnancy Boob Tube Omega Rich Soothing Bust Cream 125ml/4.2oz | Cowshed Indulge Blissful Bath & Body Oil, 3.38 oz | OGX Nourishing Coconut Milk Moisturizing Hair Shampoo, 13 fl. oz
★★★★★ 1 | | ★★★★☆ 3943

Save with W+ | Save with W+ | ☐ Get $3.00 Walmart Cash
Manufacturer offer

| | | Save with W+

Shipping, arrives **in 2 days** | Shipping, arrives **in 2 days** | Pickup **tomorrow**
| | Delivery **tomorrow**
| | Shipping, arrives **tomorrow**

---

**Saved for later**

**2 items**                                              ⌃


Move to cart

$8.02
Jamaican Black Castor Oil,Organic Castor Oil for Body Skin,100% Pure Cold Pressed Black Castor Oil Organic,Essential Oil,Massage Oil,Hair Nourishing Oil,Anti-Aging Oil,Massage Oils
Qty 1
Remove


Move to cart

Now **$4.25** $4.77



**1. Shipping, arrives by Fri, Oct 4**   ✓

Amla Amla                                                     Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                          Edit

House

| | |
|---|---|
| **Subtotal** (1 item) | $8.99 |
| Seller shipping | $4.99 |
| **Estimated taxes** | $0.98 |
| **Estimated total** | **$14.96** |

Have a promo code?                                            ⌄

**Items details**                                    View details

1 item



**2. Payment method**                                        ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

[ ]

Continue

**Pay by bank**                                              ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

[ Connect your bank ]

**Other ways to pay**                                        ⌃

Pay with PayPal                    Pay in monthly installments with Affirm

☐ Remember my PayPal account details   Items in your cart are not eligible for Affirm.

[ PayPal ]                         [ affirm ]

Walmart+ Free 30-day trial

Defendant no. :        77

Defendant Name :    GXFCAI

Platform:              Walmart

| Plaintiff VAu 1-517-249 Copyright | GXFCAI's Infringing Product |
|---|---|
|  | |

‹ Back to item

# GXFCAI

★★★★☆    See all 12 reviews
3.5 stars out of 5

**58%**    Overall Positive Rating

Shop all seller items

🏠 Business Name:
wuhanpaitingkejiyouxiangongsi

✉ Contact seller

📞 (+86) 19355923903

📍 donghuxinjishukaifaqudongxinluSBIchu
angyejie8chuang902-7hao
wuhanshi, HB 430000, CN

## More items from this seller


+ Add


+ Add


+ Add

| | | |
|---|---|---|
| **$10.52** ~~$11.89~~ | **$5.02** | **$4.78** |
| Lux German Grip Nail Clippers for Men,2024 New Nail Clippers,Luxurious Ultra Sharp Nail Clippers,Professional Extra Large Heavy Dut... | Magnetic False Eyelashes Natural SetS O1F3 | Collagen Hair Conditioner Hair Mask, Karsell Collagen Hair Mask, Collagen Hair Mask Essence, Collagen For Dry And Damage Hair |
| ★★★☆☆ 2 | ★★☆☆☆ 2 | ★★★★☆ 5 |

## Seller reviews

# 3.5 out of 5

★★★☆☆ (12 reviews)

| | |
|---|---|
| 5 stars | 7 |
| 4 stars | |
| 3 stars | 1 |
| 2 stars | |
| 1 star | 4 |

**12 reviews**    Sort by | Most Relevant ▾

| | |
|---|---|
| ★★★★★   09/13/2024 | ★★★★★   09/04/2024 |
| shipped on time, had no problems, arrived as described with no damage | Deirdre |
| brenna | |
| | ★☆☆☆☆   08/15/2024 |
| | Bigbooty |
| ★★★☆☆   09/11/2024 | |
| Seems like the seller listed product accurately. Packaging was poor and shipping was slow. | ★☆☆☆☆   08/13/2024 |
| Jeffery | Li |
| ★★★★★   07/05/2024 | ★★★★★   08/06/2024 |
| product came quickly was exactly what they said it was and it worked well | justin |
| janet | |
| | ★☆☆☆☆   08/02/2024 |
| | MLH |
| ★★★★★   09/18/2024 | |
| William | ★★★★★   07/19/2024 |
| | Richard |

1   2   ›



LZYWOD

**LZYWOD Jamaican Black Castor Oil, for Body Massage Castor Oil, 100% Pure & Natural Anti-Aging Essential Oil**

☆ (No ratings yet)

**Free 30-day returns**

## $4.22

Price when purchased online ⓘ

Buy now

Add to cart

**Actual Color:** 1PCS

$4.22

**How do you want your item?**

| Shipping | Pickup | Delivery |
| --- | --- | --- |
| Arrives Oct 5<br>$3.99 | Not available | Not available |

Delivery to **500 NW 2nd Ave**

Sold and shipped by **GXFCAI**

12 seller reviews

View seller information

**Free 30-day returns** Details

Add to list

Add to registry

### About this item

Product details

**Description:**

**SPECIFICATION:**
**Net content: 60ml**
**Product packaging: boxed**
**Shelf life: 3 years**

**HOW TO USE:**
**STEP1**
**Take an appropriate amount of essential oil and gently brush the eyebrows and eyelashes**
**STEP2**
**Or take an appropriate amount of essential oil and apply it to the roots of your hair, and gently massage it with your fingertips to absorb it**
**STEP3**
**Use it daily to get better results.**

**COMMENT:**
**1. Manual measurement tolerance is 2-5g. Please don't mind your substitutions.**
**2. Due to the difference between different monitors, the image may not reflect the actual color of the item. thank you very much!**
**3. SKU color is the color of product packaging**

**PACKAGE INCLUDED:**
**1*Black Castor Oil**

- Nourishing and Strengthening: As part of your daily care routine or for intensive deep conditioning, it helps to make your hair strong, shiny, and fresh.
- Stimulating Growth and Lash Regrowth: Rich in nutrients, it promotes natural lash growth and scalp stimulation.

**Cart** (1 item)

🏷️ **Pickup and delivery options** ⌄

Continue to checkout

🚚 **Shipping** arrives by **Fri, Oct 4**
500 NW 2nd Ave, Unit 10001
$3.99 shipping

Sold and shipped by **GXFCAI**
$3.99 seller shipping fee



LZYWOD Jamaican Black Castor Oil, for Body Massage Castor Oil, 100% Pure
& Natural Anti-Aging Essential Oil
Actual Color: 1PCS
ℹ️ Free 30-day returns

Remove    Save for later        −  1  +

$4.22

| | |
|---|---|
| Subtotal (1 item) | $4.22 |
| Seller shipping | $3.99 |
| **Taxes** | Calculated at checkout |
| **Estimated total** | **$8.21** |

Walmart+ **Become a member to get free same-day
delivery, gas discounts & more!** ✕

☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller

$5.48
Mainstays Medium Weight PEVA
Shower Liner, 70" x 71" - Clear
Save with **W+**
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**
+ Add

Best seller

$9.97
Seasonal Supply Co. Competitor
Soccer Ball Assorted Colors
Save with **W+**
Shipping, arrives **in 3+ days**
+ Add

Best seller

$2.98 16.6 ¢/ea
Mainstays Adult & Teen Clothing
Hangers, 18 Pack, Black, Durable
Plastic
Save with **W+**
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**
+ Add

**Beauty Glow Up & Trends**



Now **$28.50** $38.00 28.5 ¢/ml
Cowshed Indulge Blissful Bath &
Body Oil, 3.38 oz
Save with **W+**
Shipping, arrives **in 2 days**
+ Add

Now **$108.75** $143.00 $108.75/fl oz
Goldfaden MD Plant Profusion
Energetic Eye Cream, 0.5 fl oz
★★★★★ 1
Save with **W+**
Shipping, arrives **in 2 days**
+ Add

Best seller

Now **$33.29** $38.00 98.5 ¢/fl oz
Matrix Biolage Ultra Hydrasource
Shampoo 33.8 oz
★★★★½ 83
Save with **W+**
Shipping, arrives **in 2 days**
+ Add



**1. Shipping, arrives by Fri, Oct 4** ✓

Amla Amla                                                    Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                         Edit

House

| Subtotal (1 item) | $4.22 |
|---|---|
| Seller shipping | $3.99 |
| **Estimated taxes** | $0.57 |
| **Estimated total** | **$8.78** |

Have a promo code?                                           ⌄

**Items details**                                    View details

1 item

## 2. Payment method ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Pay by bank** ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay** ⌃

Pay with PayPal                          Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**    Items in your cart are not eligible for Affirm.

*PayPal*                                    affirm

Walmart+ Free 30-day trial

Defendant no. :         78

Defendant Name :     yinzhouyi

Platform:               Walmart

| Plaintiff VAu 1-517-249 Copyright | yinzhouyi's Infringing Product |
|---|---|
|  | |

‹ Back to item

# yinzhouyi

★☆☆☆☆   See all 1 review
1 stars out of 5

**0%**   Overall Positive Rating

Shop all seller items

🏠 Business Name:
shenzhenshiyinzhouyikejiyouxiangongsi

✉ Contact seller

📞 (+86) 13175470429

📍 futianqufutianjiedaofuanshequ
jintianlu3037haojinzhonghuanguojisha
ngwudaxia2105D36
shenzhenshi, GD 518000, CN

## More items from this seller





**$5.49**

Silver Cross Necklace for Men Women Stainless Steel Women's Men Jewelry

**$14.42**

Myoglow Neck Lifting Device Micro-current Three-stage Beauty Instrument

★★★★★ 4

**$6.09**

IIRich 1 Pack Facial Turmeric Soap, Turmeric Soap For Face And Body, Handmade Turmeric Soap, Hydrating...

## Seller reviews

# 1 out of 5

★☆☆☆☆ (1 review)

| | |
|---|---|
| 5 stars | |
| 4 stars | |
| 3 stars | |
| 2 stars | |
| 1 star | 1 |

**1 review**          Sort by | Most Relevant ▾

★☆☆☆☆                                    09/05/2024

When mail carrier came to my door with my package of 6 kids small trucks he said I owed $18.05 postage. He said this seller is running a scam where the end user pays a large amount of postage (which was suppose to be free) and the seller pays no shipping fee. The product was around $16.00 and the postage was $18.05! Do not buy from yinzhouyi

Arlene

HFDR

Jamaican Black Castor Oil, for Body Massage Castor Oil, 100% Pure & Natural Anti-Aging Essential Oil

☆ (No ratings yet)

🚚 Free shipping   ↺ Free 30-day returns

**Now $7.99** $11.87 ⓘ

You save $3.88

Other options from $6.99

Price when purchased online ⓘ

| Buy now |
|---------|

| Add to cart |
|-------------|

Actual Color: 1

| 1 $7.99 | 3 $18.79 |
|---------|----------|

How do you want your item?

| 🚚 Shipping Arrives Oct 4 Free | 🚗 Pickup Not available | 🏢 Delivery Not available |
|---|---|---|

Delivery to  500 NW 2nd Ave

Sold and shipped by **yinzhouyi**

★☆☆☆☆ 1 seller review

View seller information

🔵 Free 30-day returns  Details

♡ Add to list                                  🎁 Add to registry

**More seller options (1)**

Starting from $6.99   Compare all sellers







View all



**About this item**

Product details                                                                    ⌃

The use of Castor oil as a detox is an ancient practice that's been used in Chinese medicine, Indian Ayurveda and Ancient Egypt to name a few. It helps with lymphatic congestion, reduces inflammation and stimulates organs to eliminate harmful toxins while allowing then to run smoothly.

When castor oil is absorbed through the skin it speeds up the removal of toxins. You can use Castor oil anywhere on the body but particularly on the most important organs such as Liver, Kidneys, Ovaries and Thyroid. It also has a calming effect on the nervous system. INGREDIENTS: Black Castor Oil (cold pressed). DIRECTIONS

For external use only, Castor oil can be applied in a variety of ways:

To Use with your Castor Oil Pack:

Step 1: Pour 1-2 teaspoon of our Pure Castor Oil onto the soft cotton side of your Castor Oil Pack.

Step 2: Place your pack over your liver area (right side below rib cage) and tie it in place.

Wear your Castor Oil Pack for Liver for a minimum of 1 hour, or overnight for optimal benefits. To Use direct on Skin and Hair

Gently massage the oil into your skin or hair for a hydrating, nourishing and anti-inflammatory effect on your body. Package contains: 3*2.02fl.oz Black Castor Oil CAUTION

For External Use Only

Do not use if the seal is broken. Do not use if you are pregnant or breastfeeding. In rare cases, a hypersensitivity reaction may occur. If this happens, discontinue use., Castor oil stains clothing & upholstery. Do not apply on open wounds. Consult a healthcare professional before using this product. STORAGE

Keep out of reach of children.

Store at room temperature.

Jamaican Black Castor Oil, for Body Massage Castor Oil, 100% Pure & Natural Anti-Aging Essential Oil 3 Pack

**Cart** (1 item)

🏷️ Pickup and delivery options ⌄

🚚 **Free shipping** arrives by Tue, Oct 8
500 NW 2nd Ave, Unit 10001

Sold and shipped by vinzhouyi
Free shipping



Jamaican Black Castor Oil, for Body Massage Castor Oil, 100% Pure & Natural Anti-Aging Essential Oil
Actual Color: 1
🔵 Free 30-day returns

$7.99
$11.87
You save $3.88

Remove    Save for later          −  1  +

**Continue to checkout**



Items in your cart have reduced prices. ✕
Check out now for extra savings!

| | |
|---|---|
| Subtotal (1 item) | $11.87 |
| Savings | -$3.88 |
| | $7.99 |
| Shipping | Free |
| Taxes | Calculated at checkout |
| **Estimated total** | **$7.99** |

Walmart+  **Become a member to get free same-day delivery, gas discounts & more!** ✕
☐ Try Walmart+ free for 30 days!

### Popular items in your area

Best seller
➕ Add

$5.48
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear
Save with W+
Pickup **today**
Delivery **today**
Shipping, arrives **tomorrow**

Best seller
➕ Add

$9.97
Seasonal Supply Co. Competitor Soccer Ball Assorted Colors
Save with W+
Shipping, arrives **in 3+ days**

Best seller
➕ Add

$2.98 16.6 ¢/ea
Mainstays Adult & Teen Clothing Hangers, 18 Pack, Black, Durable Plastic
Save with W+
Pickup **today**
Delivery **today**
Shipping, arrives **in 3+ days**

### Beauty Glow Up & Trends



Now **$28.50** $38.00 28.5 ¢/ml
Cowshed Indulge Blissful Bath & Body Oil, 3.38 oz
Save with W+
Shipping, arrives **in 2 days**

Now **$108.75** $145.00 $108.75/fl oz
Goldfaden MD Plant Profusion Energetic Eye Cream, 0.5 fl oz
★★★★★ 1
Save with W+
Shipping, arrives **in 2 days**

Best seller

Now **$33.29** $38.00 98.5 ¢/fl oz
Matrix Biolage Ultra Hydrasource Shampoo 33.8 oz
★★★★☆ 83
Save with W+
Shipping, arrives **in 2 days**



**1. Free shipping, arrives by Tue, Oct 8** ✓

Amla Amla                                                          Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                              Edit

House

**Items details**                                                 View details

1 item

You're saving **$3.88** today!

| | |
|---|---|
| **Subtotal** (1 item) | ~~$11.87~~ |
| Savings | **-$3.88** |
| | $7.99 |
| Shipping | Free |
| **Estimated taxes** | $0.56 |
| **Estimated total** | **$8.55** |

Have a promo code?                                               ⌄



**2. Payment method**                                            ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

[                                                    ] 

                                                      Continue

**Pay by bank**                                                  ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

[ **Connect your bank** ]

**Other ways to pay**                                            ⌃

Pay with PayPal                              Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**     Items in your cart are not eligible for Affirm.

[ *PayPal* ]                                 [ affirm ]

Walmart+  Free 30-day trial

Defendant no. :        79

Defendant Name :       DIBOLAI

Platform:              Walmart

| Plaintiff VAu 1-517-249 Copyright | DIBOLAI's Infringing Product |
|---|---|
|   |  |

‹ Back to item

# DIBOLAI

★☆☆☆☆    See all 1 review
1 stars out of 5

**0%**    Overall Positive Rating

Shop all seller items

⌂ Business Name: Zhenqiang shiye
shenzhen jituan youxian gongsi

✉ Contact seller

☎ (+86) 17322339159

⌖ longgangqu pinghu jiedao fenghuang s
hequ jianshelu 11hao 303
shenzhenshi , GD 518111, CN

## Seller reviews

# 1 out of 5

★☆☆☆☆ (1 review)

| | |
|---|---|
| 5 stars | |
| 4 stars | |
| 3 stars | |
| 2 stars | |
| 1 star | 1 |

**1 review**    Sort by | Most Relevant ▾

★☆☆☆☆                     08/09/2024

I have never received this order and it still not return
the money I paid for it.

Kaci

DIBOLAI

**3 Counts ALIVER Nourishing Castor Oil - Hydrate & Grow Hair, Soften Skin, Multi-Purpose Body Oil for Men and Women, Essential for Normal Hair Types, Unisex Adult**

☆ (No ratings yet)

🚚 Free shipping   ↩ Free 30-day returns

## $20.07

Price when purchased online ⓘ

Buy now

Add to cart

**Actual Color:** 3 counts

| 3 counts $20.07 |
|---|

### How do you want your item?

| Shipping Arrives Oct 3 Free | Pickup Not available | Delivery Not available |
|---|---|---|

Delivery to  **500 NW 2nd Ave**

🏪 Sold and shipped by **DIBOLAI**

★☆☆☆☆  1 seller review
View seller information

↩ Free 30-day returns  Details

♡ Add to list          🎁 Add to registry













## About this item

### Product details

[Gender, Unisex-adult][Item Form, Liquid][Hair Type, Normal][OE t, Active Ingredient, Castor Oil][Item ID, DX147359][Store Information, ]

- [Gender, Unisex-adult][Item Form, Liquid][Hair Type, Nor 3, Castor Oil][Item ID, DX147359][Store Information, ]
- [Gender, Unisex-adult][Item Form, Liquid][Hair Type, Nor Castor Oil][Item ID, DX147359][Store Information, ]
- [Gender, Unisex-adult][Item Form, Liquid][Hair Type, N Castor Oil][Item ID, DX147359][Store Information, ]

ⓘ We aim to show you accurate product information. Ma ... seen it. We have not verified it. See our disclaimer

### Specifications

**Features**
Adjustable

**Brand**
DIBOLAI

**Assembled Product Dimensions (L x W x H**
2.00 x 2.00 x 1.00 Inches

### Warranty

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

### Warnings

**State Chemical Disclosure**
n/a

💬 Report incorrect product information

## Customer ratings & reviews

☆☆☆☆☆ 0 ratings | 0 reviews

**This item does not have any reviews yet**

 **Debit with rewards.** Get 3% cash back at Walmart, up to $50 a year. See terms for eligibility.   Learn more.

**Report:**  ⓘ Report seller  |  ⚠ Report suspected stolen goods (to CA Attorney General)

Personal Care  /  Bath & Body  /  Body Oils

**Cart** (1 item)

🛒 **Pickup and delivery options** ⌄



🚚 **Free shipping** arrives by **Wed, Oct 2**

500 NW 2nd Ave, Unit 10001

See options

Sold and shipped by **DIBOLAI**

Free shipping

3 Counts ALIVER Nourishing Castor Oil - Hydrate & Grow Hair, Soften Skin, Multi-Purpose Body Oil for Men and Women, Essential for Normal Hair Types...   **$20.07**

Actual Color: 3 counts

⟳ Free 30-day returns

Only 4 left

Remove    Save for later    − 1 +

**Continue to checkout**

3 Counts ALIVER Nourishing ... is selling fast! Check out soon before it's sold out.   ✕

| | |
|---|---|
| Subtotal (1 item) | $20.07 |
| Shipping | Free |
| **Taxes** | Calculated at checkout |
| **Estimated total** | $20.07 |

Walmart+  **Become a member to get free same-day delivery, gas discounts & more!**   ✕

☐ Try Walmart+ free for 30 days!

### Popular items in your area



Best seller

+ Add

**$5.48**

Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear

Save with W+

Pickup today
Delivery today
Shipping, arrives **tomorrow**

Best seller

+ Add

**$9.97**

Seasonal Supply Co. Competitor Soccer Ball Assorted Colors

Save with W+

Shipping, arrives **in 3+ days**

Best seller

+ Add

**$2.98** 16.6 ¢/ea

Mainstays Adult & Teen Clothing Hangers, 18 Pack, Black, Durable Plastic

Save with W+

Pickup today
Delivery today
Shipping, arrives **in 3+ days**

### Beauty Glow Up & Trends

+ Add

**Now $28.50** $38.00 28.5 ¢/ml

Cowshed Indulge Blissful Bath & Body Oil, 3.38 oz

Save with W+

Shipping, arrives **in 2 days**

+ Add

**Now $108.75** $145.00 $108.75/fl oz

Goldfaden MD Plant Profusion Energetic Eye Cream, 0.5 fl oz

★★★★★ 1

Save with W+

Shipping, arrives **in 2 days**

Best seller

+ Add

**Now $33.29** $38.00 98.5 ¢/fl oz

Matrix Biolage Ultra Hydrasource Shampoo 33.8 oz

★★★★☆ 83

Save with W+

Shipping, arrives **in 2 days**



**1. Free shipping, arrives by Wed, Oct 2** ✓

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101                    Edit

**Delivery instructions (optional)**                           Edit

House

**Items details**                                    View details

1 item

| | |
|---|---|
| Subtotal (1 item) | $20.07 |
| Shipping | Free |
| **Estimated taxes** | $1.40 |
| **Estimated total** | **$21.47** |

Have a promo code?    ⌄



**2. Payment method** ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**Pay by bank** ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay** ⌃

Pay with PayPal                     Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**    Items in your cart are not eligible for Affirm.

*PayPal*                              affirm

Walmart+  Free 30-day trial

Defendant no. :        80

Defendant Name :       DIBOLAI  GLOBAL

Platform:              Walmart

| Plaintiff VAu 1-517-249 Copyright | DIBOLAI  GLOBAL's Infringing Product |
|---|---|
|  |  |

‹ Back to item

## DIBOLAI GLOBAL

★★★★★   See all 1 review
5 stars out of 5

**100%**   Overall Positive Rating

Shop all seller items

🏠 Business Name: dibolai global

✉ Contact seller

📞 (415) 689-0868

📍 617 3rd AVE
SAN BRUNO, CA 94066, US

### More items from this seller



| $11.77 | $10.41 | $14.50 |
|---|---|---|
| 1.01oz, AlJIEYO 5% Minoxidil Beard Growth Spray With Biotin And Natural Oils, Beard Rejuvenation, Moisturizes, Strengthens,... | Nail Extension Glue, Cracked Repair Nail Fiber Glue, Transparent Nail Phototherapy Extension Glue For Daily Nail Care | EELHOE Hair Thickening Shampoo Regrowth Treatment Anti Hairs Loss Strengthen Nourishing Roots Oil Control Hair Growth... |

### Seller reviews

# 5 out of 5

★★★★★ (1 review)

| 5 stars | 1 |
|---|---|
| 4 stars | |
| 3 stars | |
| 2 stars | |
| 1 star | |

1 review      Sort by | Most Relevant ▼

★★★★★                                    08/20/2024

fatima

DIBOLAI

3 Counts ALIVER Nourishing Castor Oil - Hydrate & Grow Hair, Soften Skin, Multi-Purpose Body Oil for Men and Women, Essential for Normal Hair Types, Unisex Adult

☆ (No ratings yet)

🚚 Free shipping    ↩ Free 30-day returns

**$19.77**

Price when purchased online ⓘ

| Buy now |
|---|
| Add to cart |

**Actual Color:** 3 counts

| 3 counts $19.77 |
|---|

**Clothing Size:** 180ml/6 fl.oz

| 180ml/6 fl.oz |
|---|

**How do you want your item?**

| Shipping Arrives Oct 9 Free | Pickup Not available | Delivery Not available |
|---|---|---|

Delivery to  500 NW 2nd Ave

🏬 Sold and shipped by DIBOLAI GLOBAL

★★★★★ 1 seller review

View seller information

ⓘ Free 30-day returns  Details

♡ Add to list                    🏛 Add to registry



**About this item**

**Product details**

[Gender, Unisex-adult][Item Form, Liquid][Hair Type, Normal][OEM, ALIVER][Effect, grow hair][Skin Care Ingredient, Castor Oil][Item ID, DX147359][Store Information, ]

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

**Specifications**

**Brand**
DIBOLAI

**Warranty**

**Warranty information**
Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

💬 Report incorrect product information

**Cart** (1 item)



🚚 **Pickup and delivery options** ⌄

Continue to checkout

**Free shipping** arrives by Tue, Oct 8
See options
500 NW 2nd Ave, Unit 10001

| | |
|---|---|
| **Subtotal** (1 item) | $19.77 |
| Shipping | Free |
| **Taxes** | Calculated at checkout |
| **Estimated total** | $19.77 |

Sold and shipped by **DIBOLAI GLOBAL**

Free shipping

3 Counts ALIVER Nourishing Castor Oil - Hydrate & Grow Hair, Soften Skin, Multi-Purpose Body Oil for Men and Women, Essential for Normal Hair Types... $19.77
Actual Color: 3 counts
Clothing Size: 180ml/6 fl.oz
ℹ Free 30-day returns

Remove    Save for later    − 1 +

Walmart+ **Become a member to get free same-day delivery, gas discounts & more!** ✕
☐ Try Walmart+ free for 30 days!

**Popular items in your area**



| Best seller | Best seller | Best seller |
|---|---|---|
| + Add | + Add | + Add |
| $5.48 | $9.97 | $2.98 16.6 ¢/ea |
| Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear | Seasonal Supply Co. Competitor Soccer Ball Assorted Colors | Mainstays Adult & Teen Clothing Hangers, 18 Pack, Black, Durable Plastic |
| Save with W+ | Save with W+ | Save with W+ |
| Pickup today | Shipping, arrives in 3+ days | Pickup today |
| Delivery today | | Delivery today |
| Shipping, arrives tomorrow | | Shipping, arrives in 3+ days |

**Beauty Glow Up & Trends**



| | | Best seller |
|---|---|---|
| + Add | + Add | + Add |
| Now $28.50 $38.00 28.5 ¢/ml | Now $108.75 $145.00 $108.75/fl oz | Now $33.29 $38.00 98.5 ¢/fl oz |
| Cowshed Indulge Blissful Bath & Body Oil, 3.38 oz | Goldfaden MD Plant Profusion Energetic Eye Cream, 0.5 fl oz | Matrix Biolage Ultra Hydrasource Shampoo 33.8 oz |
| | ★★★★★ 1 | ★★★★☆ 83 |
| Save with W+ | Save with W+ | Save with W+ |
| Shipping, arrives in 2 days | Shipping, arrives in 2 days | Shipping, arrives in 2 days |



**1. Free shipping, arrives by Tue, Oct 8** ✓

Amla Amla                                                   Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                        Edit

House

| | |
|---|---|
| Subtotal (1 item) | $19.77 |
| Shipping | Free |
| **Estimated taxes** | $1.38 |
| **Estimated total** | **$21.15** |

Have a promo code?   ⌄

**Items details**                                           View details

1 item

**2. Payment method**   ⊖

**Pay with card**

Learn more about payment methods we accept.

\* Required field

**Card number** \*

Continue

**Pay by bank**   ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

**Connect your bank**

**Other ways to pay**   ⌃

Pay with PayPal                                   Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**          Items in your cart are not eligible for Affirm.

*PayPal*                                          *affirm*



Walmart ✕  Free 30-day trial

Defendant no. :          81

Defendant Name :      RuiYuanAiDianZi

Platform:                  Walmart

| Plaintiff VAu 1-517-249 Copyright | RuiYuanAiDianZi's Infringing Product |
|---|---|
|   |  |

‹ Back to item

**RuiYuanAiDianZi**

★★★★★
5 stars out of 5   See all 1 review

**100%**   Overall Positive Rating

Shop all seller items

🏠 Business Name:
ShenZhenShiRuiYuanAiDianZiShangWuYouXianGong...

✉ Contact seller

📞 (+86) 13143442803

📍 Shen Zhen Shi Long Gang Qu Bao Long
Jie Dao Long Dong She Qu Long Hu Xi
n Cun San Xiang 8 Hao 303
Shen Zhen Shi, GD 518116, CN

**More items from this seller**

| | | |
|---|---|---|
| + Add | + Add | + Add |
| **$41.09** | **$5.69** | **$11.56** |
| Portable Mini Car Small Air Conditioner Bedroom Air Conditioner Conditioning Unit Cooling Fan Portable Universal Personal Air... | 1000 Pcs Cotton Swabs, Cotton,Wooden Cotton Sticks For Ear,Free Low Sensitivity Cotton Swabs For Makeup, Daily Cleaning, P... | Desktop Conditioning Fan Cool Fan Household Small Small Air Conditioner Conditioning Fan Indoor Night Light Cool Fa... |
| ★★☆☆☆ 1 | | |

**Seller reviews**

# 5 out of 5

★★★★★ (1 review)

5 stars _____ 1
4 stars
3 stars
2 stars
1 star

1 review   Sort by | Most Relevant ▾

★★★★★

Suvidha                           09/11/2024

BMDBD

**Jamaican Black Castor Oil Essential Oil 60ml**

☆ (No ratings yet)

🔄 Free 30-day returns

**$4.26**

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

**Actual Color:** color

| color |
|---|
| $4.26 |

**How do you want your item?**

| 🚚 Shipping Arrives Oct 10 $3.90 | 🚗 Pickup Not available | 🏪 Delivery Not available |
|---|---|---|

Delivery to **500 NW 2nd Ave**

Sold and shipped by **RuiYuanAiDianZi**

★★★★★ 1 seller review

View seller information

🔄 Free 30-day returns  Details

Add to list                    Add to registry









**About this item**

**Product details**

Jamaican Black Castor Oil Essential Oil 60ml
**Features:**
1. in fatty , it can deeply moisturize the skin, making it soft and .
2. It has -inflammatory and effects and can be used to skin and sensitivity.
3. It contains protein, vitamins, and minerals, which help stimulate skin cell regeneration and the wound healing process.
4. in antioxidants such as vitamin E, it can resist the of free radicals and delay the aging process of the skin.
5. It has a detoxifying effect and can be used to clean pores, dirt and from the skin, and keep the skin clean and health
**Product Description:**
1. Size: 12 * 3.2 * 3.2cm
2. Weight: 123g
3. Capacity: 60ml
4. Usage:
Facial moisturizing: Apply an appropriate amount to clean facial skin, gently massage until absorbed, and can be used at night to moisturize and repair the skin.
Massage oil: Other blends used for whole body massage, soothing the skin, and promoting circulation.
Hair care: Apply a small amount to the hair tips or scalp to nourish the hair, increase , and reduce restlessness.
Lip protection: When the lips are dry, a small amount can be applied, which has a moisturizing and moisturizing effect, making the lips soft and moisturized.
Local care: Dip a small amount with a cotton ball and apply it to dry, rough or damaged skin areas to help repair and moisturize.
When using, it is recommended to conduct a skin sensitivity test first to ensure no allergic reactions. In addition, it is recommended to choose quality products that are natural and without additives, and attention to storing them in a cool and dry place, avoiding direct sunlight.

Jamaican Black Castor Oil Essential Oil 60ml

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

**Specifications**

**Cart** (1 item)

🏷️ Pickup and delivery options ⌄





Continue to checkout

**Shipping** arrives by Wed, Oct 9
500 NW 2nd Ave, Unit 10001
$3.90 shipping

| | |
|---|---|
| Subtotal (1 item) | $4.26 |
| Seller shipping | $3.90 |
| **Taxes** | Calculated at checkout |
| **Estimated total** | **$8.16** |

Sold and shipped by RuYuanAiDianZi
$3.90 seller shipping fee

Jamaican Black Castor Oil Essential Oil 60ml       $4.26
Actual Color: color
Free 30-day returns

Remove   Save for later   −  1  +

Walmart+ **Become a member to get free same-day delivery, gas discounts & more!** ✕

☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller | Best seller | Best seller
+ Add | + Add | + Add

$5.48 | $9.97 | $2.98 16.6 ¢/ea
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear | Seasonal Supply Co, Competitor Soccer Ball Assorted Colors | Mainstays Adult & Teen Clothing Hangers, 18 Pack, Black, Durable Plastic
Save with W+ | Save with W+ | Save with W+
Pickup today | Shipping, arrives in 3+ days | Pickup today
Delivery today | | Delivery today
Shipping, arrives tomorrow | | Shipping, arrives in 3+ days

**Beauty Glow Up & Trends**



+ Add | + Add | Best seller
 | | + Add

Now $28.50 $38.00 28.5 ¢/ml | Now $108.75 $143.00 $108.75/fl oz | $4.97 17.8 ¢/fl oz
Cowshed Indulge Blissful Bath & Body Oil, 3.38 oz | Goldfaden MD Plant Profusion Energetic Eye Cream, 0.5 fl oz | Suave Professionals Moroccan Oil Infusion Shampoo, Shine Enhancing, 28 fl oz
Save with W+ | ★★★★★ 1 | ★★★★½ 346
 | Save with W+ | 
Shipping, arrives in 2 days | Shipping, arrives in 2 days | ☐ Get $1.00 Walmart Cash
 | | Manufacturer offer | buy 2
 | | Save with W+
 | | Shipping, arrives tomorrow

 **1. Shipping, arrives by Wed, Oct 9** ✓

Amla Amla                                                                      Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                                           Edit

House

**Items details**                                                        View details

1 item



| | |
|---|---|
| **Subtotal** (1 item) | $4.26 |
| Seller shipping | $3.90 |
| **Estimated taxes** | $0.57 |
| **Estimated total** | **$8.73** |

Have a promo code?                                                        ⌄

---

🗔 **2. Payment method**                                                   ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

▭

                                                                    Continue

---

**Pay by bank**                                                            ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

[ Connect your bank ]

---

**Other ways to pay**                                                      ⌃

Pay with PayPal                               Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**      Items in your cart are not eligible for Affirm.

[ PayPal ]                                     [ affirm ]

---

Walmart+  Free 30-day trial

Defendant no. :          82

Defendant Name :      HKEJIAOI

Platform:                   Walmart

| Plaintiff VAu 1-517-249 Copyright | HKEJIAOI's Infringing Product |
|---|---|
|  |  |

‹ Back to item

### HKEJIAOI

★★★★★  See all 1 review
5 stars out of 5

**100%**  Overall Positive Rating

Shop all seller items

🏠 Business Name:
shenzhenshimaiwanxinmaoyiyouxiangongsi

✉ Contact seller

📞 (+86) 18925247661

📍 shenzhenshiluohuqiuliantangjiedaopeng
xingshequ
pengxinglu2haopengjigongyequ705do
ngyidanyuan511
shenzhenshi, GD 518001, CN

About Seller

---

**More items from this seller**

$5.39  $9.39
HKEJIAOI 20 Pack Travel Size Sunscreen,
Waterproof/Sweat Proof SPF 50 Protection
Fragrance-Free Lotion, PABA-Free Mini...

$6.99
HKEJIAOI Facial Epilator for Women,
Glabrousskin Epilator Hair Removal for Face,
Electric Smooth Skin Epilator, Shaver...

$3.09  $3.09
HKEJIAOI Beach Balls 6" Inflatable for Kids -
Toys & Toddlers, Pool Games, Toy Classic
Rainbow Color

---

**Seller reviews**

# 5 out of 5

★★★★★ (1 review)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | |
| 3 stars | |
| 2 stars | |
| 1 star | |

1 review    Sort by | Most Relevant ▾

★★★★★                    09/20/2024
PAUL

---

**About Seller**

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

Over the years, our heart has never changed - to keep changing the world, Our goal is to make every shopping just that an experience, not just "shopping".

HKEJIAOI

HKEJIAOI Best Friend Gifts for Women Jamaican Black Castor Oil Essential Oil 60ml

☆ (No ratings yet)

⊘ Free 30-day returns

**Now $5.29** $5.89 ⓘ

You save $0.60

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

**Actual Color:** Black

| Black |
|---|
| $5.29 |

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Oct 11 | Not available | Not available |
| $4.00 | | |

Delivery to  **500 NW 2nd Ave**

Sold and shipped by  HKEJIAOI

★★★★★ 1 seller review

View seller information

⊘ Free 30-day returns  Details

♡ Add to list                                    Add to registry







**About this item**

**Product details**

Jamaican Black Castor Oil Essential Oil 60ml
Features:
1. in fatty , it can deeply moisturize the skin, making it soft and .
2. It has -inflammatory and effects and can be used to skin and sensitivity.
3. It contains protein, vitamins, and minerals, which help stimulate skin cell regeneration and the wound healing process.
4. in antioxidants such as vitamin E, it can resist the of radicals and delay the aging process of the skin.
5. It has a detoxifying effect and can be used to clean pores, dirt and from the skin, and keep the skin clean and health
Product Description:
1. Size: 12 * 3.2 * 3.2cm
2. Weight: 123g
3. Capacity: 60ml
4. Usage:
Facial moisturing: Apply an appropriate amount to clean facial skin, gently massage until absorbed, and can be used at night to help moisturize and repair the skin.
Massage oil: Other blends used for whole body massage, soothing the skin, and promoting circulation.
Hair care: Apply a small amount to the hair tips or scalp to nourish the hair, increase , and reduce restlessness.
Lip protection: When the lips are dry, a small amount can be applied, which has a moisturizing and moisturizing effect, making the lips soft and moisturized.
Local care: Dip a small amount with a cotton ball and apply it to dry, rough or damaged skin areas to help repair and moisturize.
When using, it is recommended to conduct a skin sensitivity test first to ensure no allergic reactions. In addition, it is recommended to choose quality products that are natural and without additives, and attention to storing them in a cool and dry place, avoiding direct sunlight.

• Thank you for choosing HKEJIAOI ! We hope you are delighted with your purchase. However, if for any reason you are not completely satisfied, please do not hesitate to reach out to us.
• Our dedicated customer support team is here to assist you with any after-sales queries or concerns you may have. Whether it's an issue with your order, a product question, or you simply need some help, we are committed to ensuring your experience with us is seamless and enjoyable.
• Perfect Gift for Your Female Friend: Looking for a thoughtful and unique gift for your female friend? This product is an excellent choice! Its elegant design, combined with its practical and pampering features, makes it a gift that she will truly appreciate. Whether it's for a birthday, anniversary, or just to show your appreciation, this product is sure to make her feel special and loved. Surprise her with a gift that demonstrates how much you care and understand her preferences.

## Cart (1 item)

 **Pickup and delivery options** ⌄

🚚 **Shipping** arrives by Thu, Oct 10
**500 NW 2nd Ave, Unit 10001**
$4.00 shipping

---

Sold and shipped by **HKEJIAOI**
$4.00 seller shipping fee

 HKEJIAOI Best Friend Gifts for Women Jamaican Black Castor Oil Essential Oil 60ml
Actual Color: Black
ⓘ Free 30-day returns

$5.29
$5.89
You save -$0.60

Remove    Save for later    − 1 +

---

**Popular items in your area**

| Best seller | Best seller | Best seller |
|---|---|---|
|  |  |  |
| + Add | + Add | + Add |
| $5.48 | $9.97 | $2.98 16.6 ¢/ea |
| Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear | Seasonal Supply Co. Competitor Soccer Ball Assorted Colors | Mainstays Adult & Teen Clothing Hangers, 18 Pack, Black, Durable Plastic |
| Save with W+ | Save with W+ | Save with W+ |
| Pickup today | Shipping, arrives in 3+ days | Pickup today |
| Delivery today | | Delivery today |
| Shipping, arrives tomorrow | | Shipping, arrives in 3+ days |

---

**Beauty Glow Up & Trends**

| | | Best seller |
|---|---|---|
| + Add | + Add | + Add |
| Now $28.50 $38.00 28.5 ¢/ml | Now $108.75 $145.00 $108.75/fl oz | $4.97 17.8 ¢/fl oz |
| Cowshed Indulge Blissful Bath & Body Oil, 3.38 oz | Goldfaden MD Plant Profusion Energetic Eye Cream, 0.5 fl oz | Suave Professionals Moroccan Oil Infusion Shampoo, Shine Enhancing, 28 fl oz |
| Save with W+ | ★★★★★ 1 | ★★★★☆ 346 |
| Shipping, arrives in 2 days | Save with W+ | ☐ Get $1.00 Walmart Cash Manufacturer offer | buy 2 |
| | Shipping, arrives in 2 days | Save with W+ |
| | | Shipping, arrives tomorrow |

---

Continue to checkout

Items in your cart have reduced prices. ✕
Check out now for extra savings!

| Subtotal (1 item) | $5.89 |
|---|---|
| Savings | -$0.60 |
| | $5.29 |
| Seller shipping | $4.00 |
| Taxes | Calculated at checkout |
| **Estimated total** | **$9.29** |

 Walmart+ **Become a member to get free same-day delivery, gas discounts & more!** ✕

☐ Try Walmart+ free for 30 days!



**1. Shipping, arrives by Thu, Oct 10** ✓

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101                    Edit

**Delivery instructions (optional)**                           Edit

House

**Items details**                                         View details

1 item

You're saving **$0.60** today!

| | |
|---|---|
| **Subtotal** (1 item) | ~~$5.89~~ |
| Savings | **-$0.60** |
| | $5.29 |
| Seller shipping | $4.00 |
| **Estimated taxes** | $0.65 |
| **Estimated total** | **$9.94** |

Have a promo code?                                    ⌄

---



**2. Payment method**                                    ⊖

**Pay with card**

Learn more about payment methods we accept.

\* Required field

Card number *

[                                                        ]

Continue

**Pay by bank**                                          ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

[ Connect your bank ]

**Other ways to pay**                                    ⌃

Pay with PayPal                    Pay in monthly installments with Affirm

☐ Remember my PayPal account details    Items in your cart are not eligible for Affirm.

[ PayPal ]                         [ affirm ]

Walmart+  Free 30-day trial

Defendant no. :          83

Defendant Name :      BAWN  LLC

Platform:                 Walmart

| Plaintiff VAu 1-517-249 Copyright | BAWN  LLC's Infringing Product |
|---|---|
|  |  |

‹ Back to item

## BAWN LLC


2.9 stars out of 5    See all 38 reviews

**47%**  Overall Positive Rating

Shop all seller items

🏠 Business Name:
jinanbaoanshangmaoxiaoshouyouxiangongsi

✉ Contact seller

📞 (++86) 13049872038

📍 jiyangqujibeijiedaozhenganluyufuyangji
ejiaohuichuhuaxinxiandaichengA17-1-30
7-1
jinanshi, SD 250000, CN

About Seller

# Seller reviews

## 2.9 out of 5

★★★☆☆ (38 reviews)

| | |
|---|---|
| 5 stars | 14 |
| 4 stars | 4 |
| 3 stars | 2 |
| 2 stars | 2 |
| 1 star | 16 |

### Most helpful positive review

★★★★★

I didn't have the need to contact the seller cause everything went smoothly. The item was smaller then I thought it would be but it turns out it is just perfect. It is one of my grandson's favorite toy and I like that it plays longer then most of the toys you buy at the stores. So the seller did amazing and the toy is loved.

BB

**VS**

### Most helpful negative review

★☆☆☆☆

Still have not gotten my order. Several days late. Why should order originate from Atlanta , go to New York , when I live four hours from Atlanta.

donna

---

**38 reviews**    Sort by | Most Relevant ▾

★★★★★                          09/12/2024

I didn't have the need to contact the seller cause everything went smoothly. The item was smaller then I thought it would be but it turns out it is just perfect. It is one of my grandson's favorite toy and I like that it plays longer then most of the toys you buy at the stores. So the seller did amazing and the toy is loved.

BB

★★★☆☆                          09/11/2024

We know people that have purchased similar products different brands etc. my advice is don't buy cheap. It's worth it so spend the extra and get the ones that work. Less hassle in the long run !

Danielle

★☆☆☆☆                          08/23/2024

Still have not gotten my order. Several days late. Why should order originate from Atlanta , go to New York , when I live four hours from Atlanta.

donna

★☆☆☆☆                          08/03/2024

Do NOT purchase from this seller! Ordered Big Red House Oven Mitts in gray and received some cheaply made, knock off with no tags, covered in hair and in black.

Angelina

★★★★★                          09/10/2024

This seller is recommended to others. Their goods are as represented in their ad, and they ship fast and package well.

Mary

★☆☆☆☆                          09/03/2024

Was told it was a wreath, it not a wreath, a block of something, with some orange material. Not what I call a wrath

martha

JEEMAYTOO

**JEEMAYTOO Hair Growth Oil: Jamaican Black Castor Oil 60ml - Natural Moisturizer for Face, Body & Nails**

☆ (No ratings yet)

🚚 Free shipping   ⟳ Free 30-day returns

**$8.50**
Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

Count Per Pack: 1

| 1<br>$8.50 | 2<br>$11.45 | 3<br>$14.83 |
|---|---|---|

**How do you want your item?**

| 🚚 Shipping<br>Arrives Oct 3<br>Free | 🚗 Pickup<br>Not available | 🏬 Delivery<br>Not available |
|---|---|---|

Delivery to  500 NW 2nd Ave

🏪 Sold and shipped by  BAWN LLC

★★★☆☆  38 seller reviews
View seller information

⟳ Free 30-day returns  Details

| ♡ Add to list | 🎁 Add to registry |
|---|---|

**More seller options (1)**
Starting from $8.89  Compare all sellers








♡
🔍

›

**About this item**

Product details  ⌃

JEEMAYTOO Hair Growth Oil: Jamaican Black Castor Oil 60ml - Natural Moisturizer for Face, Body & Nails

Discover the secret to luxurious, healthy hair and nourished skin with our JEEMAYTOO Hair Growth Oil. Our formula features the powerful benefits of Jamaican Black Castor Oil, a time-tested remedy renowned for its extraordinary healing properties. With vitamin E and omega-6 fatty acids, our oil provides ultimate moisture to your face, body, and nails.

Product Story:
Jamaican Black Castor Oil has been used for centuries to treat various ailments. Its unique composition, enriched with vitamin E and omega-6 fatty acids, offers exceptional antibacterial and antifungal properties, making it an ideal solution for reducing dandruff and soothing dry, irritated scalps. Studies have shown that regular application of castor oil can stimulate hair growth up to three times faster than usual, making it suitable for eyebrows, eyelashes, and other hair growth needs.

Product Function Detailed Explanation:
Our Jamaican black castor oil is a versatile natural hair care oil that not only moisturizes the scalp but also prevents hair dryness, promotes follicle growth, and helps combat hair loss. Acting as an effective conditioner, this oil preserves hair vibrancy, repairs damage, and reduces split ends. Additionally, the nourishing fatty acids present in our oil play a vital role in maintaining healthy and hydrated skin. They regulate natural oil production, keeping the skin well-hydrated while combating age-related concerns and acne breakouts.

Specification Information and Usage Instructions:
- Ingredients: Black Castor Oil
- Benefits:
- Promotes Hair Growth
- Strengthens Hair at the Root

**Cart** (1 item)



🏷️ Pickup and delivery options ⌄

Free shipping arrives by **Wed, Oct 2**
500 NW 2nd Ave, Unit 10001

Continue to checkout

| | |
|---|---|
| **Subtotal** (1 item) | $8.50 |
| Shipping | Free |
| **Taxes** | Calculated at checkout |
| **Estimated total** | $8.50 |

Sold and shipped by **BAWN LLC**
Free shipping

JEEMAYTOO Hair Growth Oil: Jamaican Black Castor Oil 60ml - Natural Moisturizer for Face, Body & Nails
Count Per Pack: 1
🔄 Free 30-day returns

$8.50

Remove    Save for later    − 1 +

**Walmart+** Become a member to get free same-day delivery, gas discounts & more! ✕
☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller

$5.48
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

Best seller

$9.97
Seasonal Supply Co. Competitor Soccer Ball Assorted Colors
Save with W+
Shipping, arrives **in 3+ days**

Best seller

$2.98 16.6 ¢/ea
Mainstays Adult & Teen Clothing Hangers, 18 Pack, Black, Durable Plastic
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

**Beauty Glow Up & Trends**



Now **$28.50** $38.00 28.5 ¢/ml
Cowshed Indulge Blissful Bath & Body Oil, 3.38 oz
Save with W+
Shipping, arrives **in 2 days**

Now **$108.75** $145.00 $108.75/fl oz
Goldfaden MD Plant Profusion Energetic Eye Cream, 0.5 fl oz
★★★★★ 1
Save with W+
Shipping, arrives **in 2 days**

Best seller

$4.97 17.8 ¢/fl oz
Suave Professionals Moroccan Oil Infusion Shampoo, Shine Enhancing, 28 fl oz
★★★★☆ 346
☐ Get $1.00 Walmart Cash
Manufacturer offer | buy 2
Save with W+
Shipping, arrives **tomorrow**



**1. Free shipping, arrives by Wed, Oct 2**  ✓

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101                Edit

**Delivery instructions (optional)**                        Edit

House

| | |
|---|---|
| Subtotal (1 item) | $8.50 |
| Shipping | Free |
| **Estimated taxes** | $0.60 |
| **Estimated total** | **$9.10** |

Have a promo code?  ⌄

**Items details**                                    View details

1 item



---

💳 **2. Payment method**                               ⊖

**Pay with card**

[ONE] [VISA] [mastercard] [DISCOVER] [AMERICAN EXPRESS] [Gift Card] [EBT] [OTC Network] [ ] [Select Gift Card]

Learn more about payment methods we accept.

* Required field

Card number *

[💳                                                    ]

Continue

**Pay by bank**                                        ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

[ Connect your bank ]

**Other ways to pay**                                  ⌃

Pay with PayPal                    Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**    Items in your cart are not eligible for Affirm.

[ PayPal ]                         [ affirm ]

Walmart+  Free 30-day trial

Defendant no. :          84

Defendant Name :      yangdechuansichuan

Platform:                Walmart

| Plaintiff VAu 1-517-249 Copyright | yangdechuansichuan's Infringing Product |
|---|---|
|  | |

## yangdechuansichuan

☆☆☆☆☆
No reviews yet

Shop all seller items

🏠 Business Name:
foshanshiyingdiefushangmaoyouxiangongsi

✉ Contact seller

📞 (929) 303-7799

📍 Room 107, Building 4, Lane 11, South Str
eet, Nanzhuang Town,
Chancheng District, Foshan, China
Foshan, GD 528000, CN

### More items from this seller



+ Add

$18.04

Water Bottle Stainless Steel Thermo Keeps
Cold And Heat Thermos Coffee To Carry Hot
Thermal Bike Tumbler With Handle And Straw



+ Add

$9.99

Thick disposable face towels, cotton makeup
wipes, face wash, cotton soft paper towels
(100 sheets), pearl pattern disposable face...



+ Add

$27.99

Portable coffee cup with straw, office water
cup with handle, stainless steel couple cup

### Seller reviews

This seller doesn't have any reviews yet.

**Jamaican Black Castor Oil(Glass Bottle),Organic Castor Oil for Hair Growth, 100% Cold Pressed Unrefined Castor Oil for Face, Skin Care, Body Massage Oil 60ml**

☆ (No ratings yet)

🚚 Free shipping     ⟳ Free 30-day returns

[ See more seller options ]

♡ Add to list                                    🎁 Add to registry

**More seller options (1)**
Starting from $11.88   Compare all sellers









**About this item**

**Product details**                                                                                              ⌃

◾Revitalize and Strengthen: Our Jamaican Black Castor Oil nourishes and stimulates hair follicles, promoting restoration, stronger strands, and thicker hair. It provides protection and is perfect for dry, brittle hair, dry scalps, and dandruff

◾Promote Hair Growth: Moisturize, thicken, and strengthen hair follicles with our castor oil. It locks in moisture, resulting in thicker and darker strands. Our organic castor oil stimulates hair growth for eyelashes, eyebrows, and hair, potentially accelerating growth up to three times the normal rate and preventing hair loss

◾Hair Care Essential: Enriched with vitamin E, minerals, proteins, and omega-6 fatty acids, Jamaican black castor oil is a vital part of hair care. It moisturizes the scalp, prevents dryness, regulates sebum production, maintains scalp health, reduces dandruff, enhances hair shine, and minimizes frizz

◾Beautiful Skin: Our Jamaican black castor oil is a rich source of vitamins and antioxidants that deeply nourish your skin, leaving it healthy and smooth. Say goodbye to dullness and restore a youthful glow

◾Easy To Use: Take a small amount of 100% Pure Moisturizing Oil to the scalp,  hair, body,  beard,  eyebrows or eyelashes,  massage with fingers for 2-3 minutes until absorbed.You will feel it can nourish and repair damaged hair and remove excess oil. What's more, your skin will get better and better after using it for two weeks

Jamaican Black Castor Oil(Glass Bottle),Organic Castor Oil for Hair Growth, 100% Cold Pressed Unrefined Castor Oil for Face, Skin Care, Body Massage Oil 60ml

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

**Warranty**                                                                                                      ⌃

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

| Best seller | Best seller | Best seller |
|---|---|---|
|  |  |  |
| ♡ | ♡ | ♡ |
| [ Options ] | [ + Add ] | [ Options ] |
| +3 options | | +2 options |
| **Now $14.99** $38.99 | **$10.99** | **$34.49** |
| More options from $7.99 | | More options from $25.88 |
| Aliver 3-Pack Jamaican Black Castor Oil for Hair Care, Natural & Pure Hair Treatment Oil | Velona USDA Certified Organic Castor Oil - 16 oz | For Hair Growth, Boost Eyelashes, Eyebrows | Cold pressed, Natural Oil, USP Grade | Hexane Free, Lash Growth Serum, Castor | Castor Oil USDA Certified Organic Glass Bottle Pure C Unrefined Moisturizing for Skin Hair Growth Product f |
| ★★★★☆ 391 | ★★★★☆ 306 | ★★★★☆ 159 |
| Save with W+ | Save with W+ | Save with W+ |
| Shipping, arrives in 2 days | Shipping, arrives in 2 days | Shipping, arrives in 2 days |

**Cart** (1 item)

🏷️ **Pickup and delivery options** ⌄

🚚 **Free shipping** arrives by Thu, Oct 3
500 NW 2nd Ave, Unit 10001

Sold and shipped by yangdechuansichuan
Free shipping

 Jamaican Black Castor Oil(Glass Bottle),Organic Castor Oil for Hair Growth, 100% Cold Pressed Unrefined Castor Oil for Face, Skin Care, Body Massage...   **$11.88**

ⓘ Free 30-day returns

Remove   Save for later   − 1 +

Continue to checkout

| | |
|---|---|
| **Subtotal** (1 item) | $11.88 |
| Shipping | Free |
| **Taxes** | Calculated at checkout |
| **Estimated total** | $11.88 |

Walmart+ **Become a member to get free same-day delivery, gas discounts & more!** ✕

☐ Try Walmart+ free for 30 days!

### Popular items in your area



**Best seller**

⊕ Add

$5.48
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear

Save with W+

Pickup **today**
Delivery **today**
Shipping, arrives **tomorrow**

**Best seller**

⊕ Add

$9.97
Seasonal Supply Co. Competitor Soccer Ball Assorted Colors

Save with W+

Shipping, arrives **in 3+ days**

**Best seller**

⊕ Add

$2.98 16.6 ¢/ea
Mainstays Adult & Teen Clothing Hangers, 18 Pack, Black, Durable Plastic

Save with W+

Pickup **today**
Delivery **today**
Shipping, arrives **in 3+ days**

### Beauty Glow Up & Trends



Now **$28.50** $38.00 28.5 ¢/ml
Cowshed Indulge Blissful Bath & Body Oil, 3.38 oz

Save with W+

Shipping, arrives **in 2 days**

Now **$108.75** $145.00 $108.75/fl oz
Goldfaden MD Plant Profusion Energetic Eye Cream, 0.5 fl oz
★★★★★ 1

Save with W+

Shipping, arrives **in 2 days**

**Best seller**

⊕ Add

$4.97 17.8 ¢/fl oz
Suave Professionals Moroccan Oil Infusion Shampoo, Shine Enhancing, 28 fl oz
★★★★☆ 346

☐ Get $1.00 Walmart Cash
Manufacturer offer | buy 2

Save with W+

Shipping, arrives **tomorrow**



**1. Free shipping, arrives by Thu, Oct 3** ✅

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

Edit

**Delivery instructions (optional)**                                    Edit

House

| | |
|---|---|
| Subtotal (1 item) | $11.88 |
| Shipping | Free |
| **Estimated taxes** | $0.83 |
| **Estimated total** | **$12.71** |

Have a promo code? ⌄

**Items details**                                    View details

1 item



**2. Payment method** ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Pay by bank** ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay** ⌃

Pay with PayPal                                    Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**            Items in your cart are not eligible for Affirm.

PayPal                                              affirm

Walmart+  Free 30-day trial

Defendant no. :        85

Defendant Name :     MingSongHua

Platform:              Walmart

| Plaintiff VAu 1-517-249 Copyright | MingSongHua's Infringing Product |
|---|---|
|   |  |

‹ Back to item

## MingSongHua

★★☆☆☆   See all 9 reviews
1.9 stars out of 5

**22%**   Overall Positive Rating

Shop all seller items

🏠 Business Name:
GuangZhouShiMingSongHuaDianZiShangWuYouXia...

✉ Contact seller

📞 (+86) 13430671974

📍 TianHeQuHuaGuanLu1933HaoZhiEr20
8FangD590
GuangZhouShi, GD 510630, CN

### More items from this seller



+ Add



+ Add



+ Add

$15.19 $16.99
Mozz Guard Mosquito Zapper, 2024 New
Generation Mozz Guard, Portable Cordless
Mozzguard, USB Charing and Low Noise,...
★★☆☆☆ 19

$0.59
Fleece Blanket Queen Size Bed Blanket Anti-
Static Soft Blanket Microfiber for Bed Or Sofa
Farmhouse Outdoor Throw Blankets 50 "...
★★☆☆☆ 4

$5.24
Elegant Password Book with Alphabetical Tabs
- Hardcover Password Book for Internet
Website Address Login - 5.2" x 7.6" Password...
★★★★☆ 3

### Seller reviews

# 1.9 out of 5

★★☆☆☆ (9 reviews)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | 1 |
| 3 stars | |
| 2 stars | 1 |
| 1 star | 6 |

**9 reviews**   Sort by | Most Relevant ▾

★☆☆☆☆   09/10/2024

Waited too long for item. Poor quality item. Seller deceived
customer with their description. Will never purchase from this
seller again.

Angela

Soni   ★☆☆☆☆   09/05/2024

luloria   ★☆☆☆☆   09/03/2024

sailinglady   ★★☆☆☆   09/01/2024

★☆☆☆☆   08/31/2024

Jerome

★★★★★   08/27/2024

Nancy

★★★★☆   08/14/2024

Steve

★☆☆☆☆   08/06/2024

Jessica

★☆☆☆☆   08/02/2024

Laurie

MingSongHua

**Essential Oils for Skin Care Jamaican Black Castor Oil Essential Oil 60ml**

☆ (No ratings yet)

Free 30-day returns

**$1.99**

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

**Actual Color:** Black


$1.99

**How do you want your item?**

| Shipping Arrives Oct 9 $4.99 | Pickup Not available | Delivery Not available |
|---|---|---|

Delivery to  **500 NW 2nd Ave**

Sold and shipped by  **MingSongHua**

★★☆☆☆  9 seller reviews
View seller information

Free 30-day returns  Details

♡ Add to list                              Add to registry








**About this item**

Product details                                                            ∧

Jamaican Black Castor Oil Essential Oil 60ml
Features:
1. in fatty , it can deeply moisturize the skin, making it soft and .
2. It has -inflammatory and effects and can be used to skin and sensitivity.
3. It contains protein, vitamins, and minerals, which help stimulate skin cell regeneration and the wound healing process.
4. in antioxidants such as vitamin E, it can resist the free radicals and delay the aging process of the skin.
5. It has a detoxifying effect and can be used to clean pores, dirt from the skin, and keep the skin clean and health
Product Description:
1. Size: 12 * 3.2 * 3.2cm
2. Weight: 123g
3. Capacity: 60ml
4. Usage:
Facial moisturizing: Apply an appropriate amount to clean facial skin, gently massage until absorbed, and can be used at night to help moisturize and repair the skin.
Massage oil: Other blends used for whole body massage, soothing the skin, and promoting circulation.
Hair care: Apply a small amount to the hair tips or scalp to nourish the hair, increase , and reduce restlessness.
Lip protection: When the lips are dry, a small amount can be applied, which is a moisturizing and moisturizing effect, making the lips soft and moisturized.
Local care: Dip a small amount with a cotton ball and apply it to dry, rough or damaged skin areas to help repair and moisturize.
When using, it is recommended to conduct a skin sensitivity test first to ensure no allergic reactions. In addition, it is recommended to choose quality products that are natural and without additives, and attention to storing them in a cool and dry place, avoiding direct sunlight.

- Jamaican Black Castor Oil Essential Oil 60ml
- 1. in fatty , it can deeply moisturize the skin, making it soft and .
- 2. It has -inflammatory and effects and can be used to skin and sensitivity.
- 3. It contains protein, vitamins, and minerals, which help stimulate skin cell regeneration and the wound healing process.
- 4. in antioxidants such as vitamin E, it can resist the free radicals and delay the aging process of the skin.
- 5. It has a detoxifying effect and can be used to clean pores, dirt from the skin, and keep the skin clean and health

**Cart** (1 item)

🏷️ **Pickup and delivery options** ⌄

Continue to checkout

🚚 **Shipping** arrives by **Tue, Oct 8**
500 NW 2nd Ave, Unit 10001
$4.99 shipping

Sold and shipped by *MinySongHus*
$4.99 seller shipping fee



Essential Oils for Skin Care Jamaican Black Castor Oil Essential Oil 60ml
Actual Color: black
ⓘ Free 30-day returns

$1.99

Remove    Save for later    ⊖ 1 ⊕

| | |
|---|---|
| **Subtotal** (1 item) | $1.99 |
| Seller shipping | $4.99 |
| **Taxes** | Calculated at checkout |
| **Estimated total** | **$6.98** |

Walmart+ **Become a member to get free same-day delivery, gas discounts & more!** ✕
☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller

$5.48
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear
Save with W+
Pickup **today**
Delivery **today**
Shipping, arrives **tomorrow**

Best seller

$9.97
Seasonal Supply Co. Competitor Soccer Ball Assorted Colors
Save with W+
Shipping, arrives **in 3+ days**

Best seller

$2.98 16.6 ¢/ea
Mainstays Adult & Teen Clothing Hangers, 18 Pack, Black, Durable Plastic
Save with W+
Pickup **today**
Delivery **today**
Shipping, arrives **in 3+ days**

**Beauty Glow Up & Trends**



Now $28.50 $38.00 28.5 ¢/ml
Cowshed Indulge Blissful Bath & Body Oil, 3.38 oz
Save with W+
Shipping, arrives **in 2 days**

Now $108.75 $143.00 $108.75/fl oz
Goldfaden MD Plant Profusion Energetic Eye Cream, 0.5 fl oz
★★★★★ 1
Save with W+
Shipping, arrives **in 2 days**

Best seller

Now $33.29 $38.00 98.5 ¢/fl oz
Matrix Biolage Ultra Hydrasource Shampoo 33.8 oz
★★★★☆ 83
Save with W+
Shipping, arrives **in 2 days**

 **1. Shipping, arrives by Tue, Oct 8** ✓

Amla Amla                                                         Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                              Edit

House

**Items details**                                                View details

1 item



| | |
|---|---|
| **Subtotal** (1 item) | $1.99 |
| Seller shipping | $4.99 |
| **Estimated taxes** | $0.49 |
| **Estimated total** | **$7.47** |

Have a promo code?                                               ⌄

**2. Payment method**                                            ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**Pay by bank**                                                  ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**                                            ⌃

Pay with PayPal                          Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**   Items in your cart are not eligible for Affirm.

PayPal                                   affirm

Walmart+  Free 30-day trial

Defendant no. :        86

Defendant Name :      ZiKeFuShi

Platform:              Walmart

| Plaintiff VAu 1-517-249 Copyright | ZiKeFuShi's Infringing Product |
|---|---|
|  |  |

‹ Back to item

# ZiKeFuShi

☆☆☆☆☆

No reviews yet

Shop all seller items

⌂ Business Name:
  GuangZhouZiKeFuShiYouXianGongSi

✉ Contact seller

☎ (+86) 18038189144

⌖ TianHeQuHuaGuanLu1933HaoZhiYi501
  FangA0765Fang
  GuangZhouShi, GD 510653, CN

## Seller reviews

This seller doesn't have any reviews yet.

Qiopertar

**Qiopertar Deals of the Week Clearance Jamaican Black Castor Oil Essential Oil 60ml On Clearance Early Access Deals**

☆ (No ratings yet)

🔄 Free 30-day returns

**$6.99**

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

### How do you want your item?

| 🚚 Shipping<br>Arrives Oct 12<br>$1.99 | 🚗 Pickup<br>Not available | 🏬 Delivery<br>Not available |
|---|---|---|

Delivery to  **500 NW 2nd Ave**

🏷 Sold and shipped by **ZiKeFuShi**
View seller information

🔄 Free 30-day returns  Details

♡ Add to list                              📑 Add to registry



### About this item

**Product details**

Jamaican Black Castor Oil Essential Oil 60ml
Features:
1. In fatty , it can deeply moisturize the skin, making it soft and .
2. It has -inflammatory effects and can be used to skin and sensitivity.
3. It contains protein, vitamins, and minerals, which help stimulate skin cell regeneration and the wound healing process.
4. In antioxidants such as vitamin E, it can resist the of radicals and delay the aging process of the skin.
5. It has a detoxifying effect and can be used to clean pores, dirt and from the skin, and keep the skin clean and health
Product Description:
1.

- 100% new and high quality
- Made of high quality materials for durability
- Meet your daily needs, improve the quality of life and make life more convenient
- Add some funny atmosphere to life.
- This is an ideal gift for father, woman, men, adults, coworker and also a nice choice for birthday gifts, housewarming gifts, and anniversary gifts!! Committed to product e-xcellence and customer satisfaction. No reason to return or exchange goods within 30 days.Please don't hesitate to contact us if you have any problems, and we will solve your problem within 24 hours.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

**Specifications**

**Brand**
Qiopertar

**Manufacturer**
1 dollar

**Warranty**

**Warranty information**

Please be aware that the warranty terms on items offered for sale by third party Marketplace sellers may differ from those displayed in this section (if any). To confirm warranty terms on an item offered for sale by a third party Marketplace seller, please use the 'Contact seller' feature on the third party Marketplace seller's information page and request the item's warranty terms prior to purchase.

**Cart** (1 item)

🏷️ Pickup and delivery options ⌄

Continue to checkout

🚚 **Shipping** arrives by **Fri, Oct 11**
500 NW 2nd Ave, Unit 10001
$1.99 shipping

| | |
|---|---|
| Subtotal (1 item) | $6.99 |
| Seller shipping | $1.99 |
| Taxes | Calculated at checkout |
| **Estimated total** | **$8.98** |

Sold and shipped by   ZKeFuShi
$1.99 seller shipping fee

 Qiopertar Deals of the Week Clearance Jamaican Black Castor Oil Essential Oil 60ml On Clearance Early Access Deals    **$6.99**

🛡️ Free 30-day returns

Remove    Save for later    − 1 +



Walmart+ Become a member to get free same-day delivery, gas discounts & more! ✕

☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller
**$5.48**
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear
Save with W+
Pickup today
Delivery today
Shipping, arrives tomorrow
➕ Add

Best seller
**$9.97**
Seasonal Supply Co. Competitor Soccer Ball Assorted Colors
Save with W+
Shipping, arrives in 3+ days
➕ Add

Best seller
**$2.98** 16.6 ¢/ea
Mainstays Adult & Teen Clothing Hangers, 18 Pack, Black, Durable Plastic
Save with W+
Pickup today
Delivery today
Shipping, arrives in 3+ days
➕ Add

**Beauty Glow Up & Trends**



Now **$28.50** $38.00 28.5 ¢/ml
Cowshed Indulge Blissful Bath & Body Oil, 3.38 oz
Save with W+
Shipping, arrives in 2 days
➕ Add

Now **$108.75** $143.00 $108.75/fl oz
Goldfaden MD Plant Profusion Energetic Eye Cream, 0.5 fl oz
★★★★★ 1
Save with W+
Shipping, arrives in 2 days
➕ Add

Best seller
Now **$33.29** $38.00 98.5 ¢/fl oz
Matrix Biolage Ultra Hydrasource Shampoo 33.8 oz
★★★★☆ 83
Save with W+
Shipping, arrives in 2 days
➕ Add

 **1. Shipping, arrives by Fri, Oct 11** ✓

Amla Amla                                                             Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                                  Edit

House

| Subtotal (1 item) | $6.99 |
|---|---|
| Seller shipping | $1.99 |
| **Estimated taxes** | $0.63 |
| **Estimated total** | **$9.61** |

Have a promo code?   ⌄

**Items details**                                                     View details

1 item



---

📇 **2. Payment method**                                              ⊖

**Pay with card**

Learn more about payment methods we accept.

\* Required field

Card number \*

▭ [                                                              ]

Continue

**Pay by bank**                                                       ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

[ **Connect your bank** ]

**Other ways to pay**                                                 ⌃

Pay with PayPal                              Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**    Items in your cart are not eligible for Affirm.

PayPal                                       affirm



Defendant no. :        87

Defendant Name :       JinTingFu

Platform:              Walmart

| Plaintiff VAu 1-517-249 Copyright | JinTingFu's Infringing Product |
|---|---|
|  |  |

‹ Back to item

## JinTingFu

☆☆☆☆☆

No reviews yet

Shop all seller items

⌂ Business Name:
GuangZhouJinTingFuZhuangYouXianGongSi

✉ Contact seller

☎ (+86) 18664391256

⌖ tianhequhaianlu13haozhiyi190tshi
guangzhoushi, GD 510630, CN

### More items from this seller



+ Add

**$2.39** $3.19

Hgferr Skin Care,Double Whitening Probiotic Toothpaste Seaweed Active Peptide Removes Tobacco Stains Balances And Freshens Breat...



+ Add

**$3.36** $4.49

Hgferr Skin Care,Aloe Mask Paste 10 Pieces, Plant And Fruit Moisturizing And Nourishing Mask,Gift for Women



+ Add

**$1.78** $2.09

Hgferr Skin Care,Electric Nail File Set- Electric Nail Drill For Nails- Nail File For Beginner Puppies- Nail File - Portable Nail A...

### Seller reviews

This seller doesn't have any reviews yet.

Clearance

Hgferr

Hgferr Skin Care,Jamaican Black Castor Oil Essential Oil 60ml,Gift for Women

☆ (No ratings yet)

Free 30-day returns

**Now $2.24** $2.63 ⓘ

You save $0.39

Price when purchased online ⓘ

| Buy now |
|---|
| Add to cart |

**Actual Color:** black1



$2.24

**How do you want your item?**

|  Shipping Arrives Oct 17 $3.96 |  Pickup Not available |  Delivery Not available |
|---|---|---|

Delivery to **500 NW 2nd Ave**

Sold and shipped by **JinTingFu**

View seller information

Free 30-day returns Details

♡ Add to list          🏛 Add to registry









🔍

**About this item**

**Product details**

Jamaican Black Castor Oil Essential Oil 60ml
Features:
1. in fatty , it can deeply moisturize the skin, making it soft and .
2. It has -inflammatory and effects and can be used to skin and sensitivity.
3. It contains protein, vitamins, and minerals, which help stimulate skin cell regeneration and the wound healing process.
4. in antioxidants such as vitamin E, it can resist the of free radicals and delay the aging process of the skin.
5. It has a detoxifying effect and can be used to clean pores, dirt and from the skin, and keep the skin clean and health
Product Description:
1. Size: 12 * 3.2 * 3.2cm
2. Weight: 123g
3. Capacity: 60ml
4. Usage:
Facial moisturizing: Apply an appropriate amount to clean facial skin, gently massage until absorbed, and can be used at night to help moisturize and repair the skin.
Massage oil: Other blends used for whole body massage, soothing the skin, and promoting circulation.
Hair care: Apply a small amount to the hair tips or scalp to nourish the hair, increase , and reduce restlessness.
Lip protection: When the lips are dry, a small amount can be applied, which has a moisturizing and moisturizing effect, making the lips soft and moisturized.
Local care: Dip a small amount with a cotton ball and apply it to dry, rough or damaged skin areas to help repair and moisturize.
When using, it is recommended to conduct a skin sensitivity test first to ensure no allergic reactions. In addition, it is recommended to choose quality products that are natural and without additives, and attention to storing them in a cool and dry place, avoiding direct sunlight.

- Jamaican Black Castor Oil Essential Oil 60ml
- Essential Oil
- 【Safety standards】: Our products meet safety standards. We consider the safety of your use from the material and the way of use to ensure the comfort of your use of the product!

## Cart (1 item)

 Pickup and delivery options ⌄

 **Shipping** arrives by **Wed, Oct 16**
500 NW 2nd Ave, Unit 10001
$3.96 shipping

Sold and shipped by **JinTingFu**
$3.96 seller shipping fee

Clearance

Hgferr Skin Care, Jamaican Black Castor Oil Essential Oil 60ml, Gift for Women
Actual Color: black!
ⓘ Free 30-day returns

$2.24
~~$2.63~~
You save $0.39

Remove    Save for later    − 1 +

### Popular items in your area

Best seller

+ Add
$5.48
Mainstays Medium Weight PEVA
Shower Liner, 70" x 71" - Clear
Save with W+
Pickup today
Delivery today
Shipping, arrives tomorrow

Best seller

+ Add
$9.97
Seasonal Supply Co. Competitor
Soccer Ball Assorted Colors
Shipping, arrives in 3+ days

Best seller

+ Add
$2.98 16.6 ¢/ea
Mainstays Adult & Teen Clothing
Hangers, 18 Pack, Black, Durable
Plastic
Save with W+
Pickup today
Delivery today
Shipping, arrives in 3+ days

### Beauty Glow Up & Trends

+ Add
Now $28.50 ~~$30.00~~ 28.5 ¢/ml
Cowshed Indulge Blissful Bath &
Body Oil, 3.38 oz
Save with W+
Shipping, arrives in 2 days

+ Add
Now $108.75 ~~$145.00~~ $108.75/fl oz
Goldfaden MD Plant Profusion
Energetic Eye Cream, 0.5 fl oz
★★★★★ 1
Save with W+
Shipping, arrives in 2 days

Best seller

+ Add
$4.97 17.8 ¢/fl oz
Suave Professionals Moroccan Oil
Infusion Shampoo, Shine Enhancing,
28 fl oz
★★★★½ 346
☐ Get $1.00 Walmart Cash
Manufacturer offer | buy 2
Save with W+
Shipping, arrives tomorrow

---

Continue to checkout

 Items in your cart have reduced prices.
Check out now for extra savings! ×

| | |
|---|---|
| Subtotal (1 item) | ~~$2.63~~ |
| Savings | -$0.39 |
| | $2.24 |
| Seller shipping | $3.96 |
| Taxes | Calculated at checkout |
| **Estimated total** | **$6.20** |


Walmart+ **Become a member to get free same-day delivery, gas discounts & more!** ×
☐ Try Walmart+ free for 30 days!



**1. Shipping, arrives by Wed, Oct 16**   ✓

You're saving **$0.39** today!

| | |
|---|---|
| **Subtotal** (1 item) | $2.63 |
| **Savings** | **-$0.39** |
| | $2.24 |

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101                    Edit

| | |
|---|---|
| Seller shipping | $3.96 |
| **Estimated taxes** | $0.43 |

**Delivery instructions** (optional)                          Edit

House

| | |
|---|---|
| **Estimated total** | **$6.63** |

**Items details**                                 View details

Have a promo code?                          ⌄

1 item



**2. Payment method**                                    ⊖

**Pay with card**

Learn more about payment methods we accept.

\* Required field

**Card number** \*

Continue

**Pay by bank**                                          ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**                                    ⌃

Pay with PayPal                          Pay in monthly installments with Affirm

☐ Remember my PayPal account details      Items in your cart are not eligible for Affirm.

PayPal                                   affirm

Walmart+  Free 30-day trial

Defendant no. :        88

Defendant Name :      PaiJianHe

Platform:             Walmart

| Plaintiff VAu 1-517-249 Copyright | PaiJianHe's Infringing Product |
|---|---|
|  |  |

‹ Back to item

# PaiJianHe

☆☆☆☆☆

No reviews yet

Shop all seller items

⌂ Business Name:
ShenZhenShiPaiJianHeKeJiYouXianGongSi

✉ Contact seller

☎ (+86) 18924650784

⌖ FuTianQuFuTianJieDaoFuShanSheQuBi
nHeDaDao5022HaoLianHeGuangChan
gBZuoJ1417
ShenZhenShi, GD 518017, CN

## Seller reviews

This seller doesn't have any reviews yet.

Fufafayo

**Fufafayo Clearance Jamaican Black Castor Oil Essential Oil 60ml Orders**

☆ (No ratings yet)

↻ Free 30-day returns

**$6.99**

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

**How do you want your item?**

|  Shipping<br>Arrives Oct 11<br>$2.99 | 🚗 Pickup<br>Not available | 🏬 Delivery<br>Not available |
|---|---|---|

Delivery to **500 NW 2nd Ave**

🖥 Sold and shipped by **PaiJianHe**
View seller information

↻ Free 30-day returns  Details

♡ Add to list                                                🎁 Add to registry









**About this item**

**Product details**

Fufafayo Clearance Jamaican Black Castor Oil Essential Oil 60ml Orders

Jamaican Black Castor Oil Essential Oil 60ml
Features:
1. in fatty , it can deeply moisturize the skin, making it soft and .
2. It has -inflammatory and effects and can be used to skin and sensitivity.
3. It contains protein, vitamins, and minerals, which help stimulate skin cell regeneration and the wound healing process.
4. in antioxidants such as vitamin E, it can resist the of radicals and delay the aging process of the skin.
5. It has a detoxifying effect and can be used to clean pores, dirt and from the skin, and keep the skin clean and health
Product Description:
1.

• Fufafayo Clearance Jamaican Black Castor Oil Essential Oil 60ml Orders
• Welcome to Fufafayo! We aim at providing consumer with low price quality items and The more you buy, the more money you save NOTE: All items are at clearance prices
• 【High quality and professional】:Through the application of high-quality products, help you change the home and work environment reflect comfortable, simple, high-end life concept. In order to make you experience the convenience of smart home, we pursue perfection everywhere, through clear details, bring you a new experience. Our products are simple and smart. What's more, you can define it according to your own living habits. All of this makes the joy extend infinitely. Premium quality material, durable, sturdy, weather resistant, fade resistant and made to last.
• Great Gift:An ideal gift for Valentine, Birthday, Thanksgiving, Christmas, Halloween, Women's day, Mothers' Day, Fathers'day, and etc.Tool Gift For Lover,  christmas gifts for Family, Smart Electronics. Please allow 1-2cm for measurement error. Please make sure you don't mind before you bid. Color may have different display, please understand.
• 【Fit for you】A good product is worth having, please take it home! Easy to operate Safe & Environmental,  Unique design, do not follow the trend, which makes it useful and fashionable,  Beautiful and practical generous, comfortable and durable, safe and reliable,   It can gives you a euphoric feeling,  Made of environmental friendly material, moisture-proof, non-toxic, non-irritating.
• In order to protect your privacy, we will only contact you through the Wal-Mart platform. When there is a problem with the order, please pay attention to check. You can contact us if you have any questions about our product and service, and we will try our best to answer your question within 24 hours. we will offer the best solution to make you satisfied. -We are committed to provide product with high quality. Or, you can also contact us if you have any questions about our products

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

**Specifications**

**Brand**
Fufafayo

**Manufacturer**
hime decor,christmas tree countdown,deal of the day cle

**Cart** (1 item)

🏷️ Pickup and delivery options ⌄



🚚 **Shipping** arrives by **Thu, Oct 10**
500 NW 2nd Ave, Unit 10001
$2.99 shipping

Sold and shipped by PaiJianMe
$2.99 seller shipping fee

Fufafayo Clearance Jamaican Black Castor Oil Essential Oil 60ml Orders                          $6.99
ⓘ Free 30-day returns

Remove    Save for later    ⊖   1   ⊕

| | |
|---|---|
| Subtotal (1 item) | $6.99 |
| Seller shipping | $2.99 |
| **Taxes** | Calculated at checkout |
| **Estimated total** | **$9.98** |

Continue to checkout

Walmart+  Become a member to get free same-day delivery, gas discounts & more!  ✕
☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller
$5.48
Mainstays Medium Weight PEVA
Shower Liner, 70" x 71" - Clear
Save with W+
Pickup **today**
Delivery **today**
Shipping, arrives **tomorrow**

Best seller
$9.97
Seasonal Supply Co, Competitor
Soccer Ball Assorted Colors
Save with W+
Shipping, arrives **in 3+ days**

Best seller
$2.98 16.6 ¢/ea
Mainstays Adult & Teen Clothing
Hangers, 18 Pack, Black, Durable
Plastic
Save with W+
Pickup **today**
Delivery **today**
Shipping, arrives **in 3+ days**

+ Add    + Add    + Add

**Beauty Glow Up & Trends**



Best seller
$56.24
Shu Uemura Essence Absolue
Nourishing Protective Hair Oil
5oz/150ml
★★★★★ 297
Shipping, arrives **in 3+ days**

Now **$28.50** $38.00 28.5 ¢/ml
Cowshed Indulge Blissful Bath &
Body Oil, 3.38 oz
Save with W+
Shipping, arrives **in 2 days**

$12.31 $3.08/fl oz
Monoi Tiare Coconut Oil Vanilla 4 fl
oz Liq
★★★★½ 22
Shipping, arrives **in 3+ days**

+ Add    + Add    + Add

 **1. Shipping, arrives by Thu, Oct 10**    ✓

Amla Amla                                                                    Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                                         Edit

House

| | |
|---|---|
| **Subtotal** (1 item) | $6.99 |
| Seller shipping | $2.99 |
| **Estimated taxes** | $0.70 |
| **Estimated total** | **$10.68** |

Have a promo code?                                                           ⌄

**Items details**                                                    View details

1 item



**2. Payment method**                                                        ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

Continue

**Pay by bank**                                                              ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**                                                        ⌃

Pay with PayPal                          Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**    Items in your cart are not eligible for Affirm.

PayPal                                      affirm

Walmart+  Free 30-day trial

Defendant no. :           89

Defendant Name :      GoldHub Co. Ltd

Platform:                     Walmart

| Plaintiff VAu 1-517-249 Copyright | GoldHub Co. Ltd's Infringing Product |
|---|---|
|  | |

‹ Back to item

## GoldHub Co.Ltd

★★☆☆☆   See all 2 reviews
2 stars out of 5

**0%**   Overall Positive Rating

Shop all seller items

🏠 Business Name:
guangzhouzhangmamaoyiyouxiangongsi

✉ Contact seller

📞 (+86) 19129354338

📍 guangzhoushitianhequcencunshengtan
gdajie14hao8zuosancengCqu069ffang
guangzhou, GD 510630, CN

About Seller



**More items from this seller**

$6.61 ~~$7.87~~
GoldHub Lightweight Power Strip Surge
Protector Multi USB Ports Extender with 6
USB Ports Plug Play Power Extension Socket...

$6.99
GoldHub Dog Training Collar USB Charging
Cable Tangle-Free Easy to Carry Fast
Charging 2-in-1 Magnetic Charging Cord for...

$4.99
GoldHub 20mm Watch Belt Sweat-proof
Breathable Soft Silicone Smart Wristwatch
Strap Replacement for Swatch

**Seller reviews**

# 2 out of 5
★★☆☆☆ (2 reviews)

| | |
|---|---|
| 5 stars | |
| 4 stars | |
| 3 stars | 1 |
| 2 stars | |
| 1 star | 1 |

**2 reviews**   Sort by | Most Relevant ▾

★☆☆☆☆                                    08/25/2024
Marcus

★★★☆☆                                    07/23/2024
zanylah

**About Seller**

ℹ This seller may also engage in manufacturing, importing or reselling consumer products.

Welcome to our Store. In ou store, our mission is simple. To provide premium quality products at highly competitive prices.
Customer first. We always put customers first, listen to the needs and opinions of customers, and create the greatest value for you.



GoldHub

**GoldHub 1 Bottle 60ml Organic Castor Oil Serum Nourish Strengthen Thicken Hair Hydrating Serum for Fuller Lashes Brows**

(No ratings yet)

Free 30-day returns

**$5.99**

Price when purchased online ⓘ

| Buy now |
| Add to cart |

Size: 60 mL

$5.99

**How do you want your item?**

| Shipping<br>Arrives Oct 9<br>$3.00 | Pickup<br>Not available | Delivery<br>Not available |

Delivery to 500 NW 2nd Ave

Sold and shipped by **GoldHub Co.Ltd**

2 seller reviews

View seller information

Free 30-day returns  Details

Add to list                           Add to registry

**About this item**

**Product details**

Description:
Introducing our Natural Castor Oil Hair Serum, a must-have for anyone looking to achieve healthier, stronger, and more vibrant hair. This organic hair serum is specially formulated to hydrate and strengthen hair follicles, locking in moisture in the hair shaft for a lustrous and healthier-looking mane.

Not only does our castor oil hair serum nourish and repair damaged hair strands, but it also strengthens hair roots, preventing hair loss and promoting hair growth. Say goodbye to thin, sparse lashes and brows with our black castor oil organic formula that works wonders in nourishing and promoting growth in eyelashes and brows.

Suitable for both men and women, this versatile hair serum is designed to improve your hairline, nourish your hair roots, smooth your locks, and prevent further hair loss. Experience the transformation as your hair becomes stronger, more vibrant, and beautifully defined.

With its natural ingredients and powerful benefits for both skin and hair, our castor oil hair serum is a must-have addition to your beauty routine. Unlock the secret to healthier-looking hair with our hydrating hair oil for women and men.

Item Name: Thick Hair Serum
Material: Liquid
Capacity: 60ml
Ingredients: Castor Oil
Features: Nourish, Hydrating, Unique
Size Details:
Diameter: 3.2cm/1.26" (Approx.)
Height: 11.5cm/4.53" (Approx.)

Notes:
Due to the light and screen setting difference, the item's color may be slightly different from the pictures.

Please allow slight dimension difference due to different manual measurement.

Package Includes:
1 Bottle of Thick Hair Serum



**Cart** (1 item)

🏷️ Pickup and delivery options ⌄

**Shipping** arrives by Tue, Oct 8
500 NW 2nd Ave, Unit 10001
$3.00 shipping

Sold and shipped by GoldHub Co.Ltd
$3.00 seller shipping fee

GoldHub 1 Bottle 60ml Organic Castor Oil Serum Nourish Strengthen Thicken
Hair Hydrating Serum for Fuller Lashes Brows                    $5.99
Size: 60ML
🔄 Free 30-day returns

Remove    Save for later    −  1  +

Continue to checkout

Subtotal (1 item)                    $5.99
Seller shipping                      $3.00
**Taxes**              Calculated at checkout

**Estimated total**                  $8.99

Walmart+  **Become a member to get free same-day
delivery, gas discounts & more!**          ✕
☐ Try Walmart+ free for 30 days!

**Beauty Glow Up & Trends**

Best seller

＋ Add          ＋ Add          ＋ Add

$56.24              Now $28.50 $38.00 28.5 ¢/ml        $12.31 $3.08/fl oz
Shu Uemura Essence Absolue    Cowshed Indulge Blissful Bath &    Monoi Tiare Coconut Oil Vanilla 4 fl
Nourishing Protective Hair Oil    Body Oil, 3.38 oz              oz Liq
5oz/150ml
★★★★★ 297        Save with W+          ★★★★☆ 22
Shipping, arrives in 3+ days    Shipping, arrives in 2 days    Shipping, arrives in 3+ days



**1. Shipping, arrives by Tue, Oct 8** ✓

| | |
|---|---|
| **Subtotal** (1 item) | $5.99 |
| Seller shipping | $3.00 |
| **Estimated taxes** | $0.63 |
| **Estimated total** | **$9.62** |

Amla Amla                                                    Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

Have a promo code?  ⌄

**Delivery instructions** (optional)                          Edit

House

**Items details**                                    View details

1 item



**2. Payment method**  ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Pay by bank**  ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**  ⌃

Pay with PayPal                        Pay in monthly installments with Affirm

☐ Remember my PayPal account details    Items in your cart are not eligible for Affirm.

*PayPal*                                 affirm

Walmart+  Free 30-day trial

Defendant no. :          90

Defendant Name :     Nrnabes Co. Ltd

Platform:                   Walmart

| Plaintiff VAu 1-517-249 Copyright | Nrnabes Co. Ltd's Infringing Product |
|---|---|
|  | |

‹ Back to item

## Nrnabes Co.Ltd



3.8 stars out of 5

**67%** Overall Positive Rating

Shop all seller items

🏠 Business Name:
yiwushiaotuowangluokejiyouxiangongsi

✉️ Contact seller

📞 (+86) 19129354516

📍 Yi Wu Shi Bei Yuan Jie Dao Yong Jun1
Wu Qu 18zhuang
2dan Yuan 205shi
Jin Hua Shi, ZJ 322000, CN

About Seller

### More items from this seller


+ Add

1#


+ Add


+ Add

**$6.09** $8.26
Leadrop Clear Voice USB Wired Computer Headset with Noise Reduction Mic Perfect for Call Center Office School PC Gaming

**$5.68**
Leadrop Simulation 3D Ice Cream Doll Plush Stuffed Soft Cushion Sofa Bedding Decoration

**$5.57**
Leadrop Laundry Bag Pop Up Mesh Washing Foldable Laundry Basket Bag Bin Hamper Storage

### Seller reviews

# 3.8 out of 5

★★★☆☆ (12 reviews)

| | |
|---|---|
| 5 stars | 7 |
| 4 stars | 1 |
| 3 stars | 1 |
| 2 stars | |
| 1 star | 3 |

**12 reviews**    Sort by | Most Relevant ▾

★☆☆☆☆                                    09/05/2024
Took two weeks to receive even though I was charged extra to ship.
Pamela

★☆☆☆☆                                    08/31/2024
denisse

★★★★☆                                    08/24/2024
No problem with seller but picture given doesn't show spots are gray instead of black.
Andrea

★★★★★                                    08/23/2024
Dwenley

★☆☆☆☆                                    08/20/2024
Schannavian

★★★☆☆                                    09/15/2024
Carmen

★★★★★                                    08/15/2024
Joseph

★★★★★                                    09/08/2024
SANDY

★★★★★                                    08/11/2024
Palmgirl

★★★★★                                    09/05/2024
Linda

( 1 )    2    ›

### About Seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

Welcome to our Store. In ou store, our mission is simple. To provide premium quality products at highly competitive prices. Customer first. Quality is the lifeline of an enterprise, and customers are the compass of an enterprise. We will always be customer demand-oriented, constantly improve the quality of products and services, to provide customers with better products and services.



Leadrop

Leadrop 1 Bottle 60ml Organic Castor Oil Serum Nourish Strengthen Thicken Hair Hydrating Serum for Fuller Lashes Brows

(No ratings yet)

Free 30-day returns

**$5.99**

Price when purchased online ⓘ

Buy now

Add to cart

Size: 60 mL

$5.99

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Oct 9 | Not available | Not available |
| $2.99 | | |

Delivery to 500 NW 2nd Ave

Sold and shipped by Nrnabes Co.Ltd

12 seller reviews
View seller information

Free 30-day returns   Details

♡ Add to list                                        🎁 Add to registry

›

**About this item**

Product details   ⌃

Description:
Introducing our Natural Castor Oil Hair Serum, a must-have for anyone looking to achieve healthier, stronger, and more vibrant hair. This organic hair serum is specially formulated to hydrate and strengthen hair follicles, locking in moisture in the hair shaft for a lustrous and healthier-looking mane.
Not only does our castor oil hair serum nourish and repair damaged hair strands, but it also strengthens hair roots, preventing hair loss and promoting hair growth. Say goodbye to thin, sparse lashes and brows with our black castor oil organic formula that works wonders in nourishing and promoting growth in eyelashes and brows.
Suitable for both men and women, this versatile hair serum is designed to improve your hairline, nourish your hair roots, smooth your locks, and prevent further hair loss. Experience the transformation as your hair becomes stronger, more vibrant, and beautifully defined.
With its natural ingredients and powerful benefits for both skin and hair, our castor oil hair serum is a must-have addition to your beauty routine. Unlock the secret to healthier-looking hair with our hydrating hair oil for women and men.

Item Name: Thick Hair Serum
Material: Liquid
Capacity: 60ml
Ingredients: Castor Oil
Features: Nourish, Hydrating, Unique
Size Details:
Diameter: 3.2cm/1.26" (Approx.)
Height: 11.5cm/4.53" (Approx.)

Notes:
Due to the light and screen setting difference, the item's color may be slightly different from the pictures.

Please allow slight dimension difference due to different manual measurement.

Package Includes:
1 Bottle of Thick Hair Serum

**Cart** (1 item)

🏷️ Pickup and delivery options  ⌄



Shipping arrives by Tue, Oct 8
500 NW 2nd Ave, Unit 10001
$2.99 shipping

Sold and shipped by Ninabee Co.Ltd
$2.99 seller shipping fee

Leadrop 1 Bottle 60ml Organic Castor Oil Serum Nourish Strengthen Thicken Hair Hydrating Serum for Fuller Lashes Brows
Size: 60ML
⊘ Free 30-day returns

$5.99

Remove    Save for later    − 1 +

| | |
|---|---|
| **Subtotal** (1 item) | $5.99 |
| Seller shipping | $2.99 |
| **Taxes** | Calculated at checkout |
| **Estimated total** | **$8.98** |

Continue to checkout

Walmart+  Become a member to get free same-day delivery, gas discounts & more!  ✕

☐ Try Walmart+ free for 30 days!

**Beauty Glow Up & Trends**



Best seller

+ Add        + Add        + Add

$56.24
Shu Uemura Essence Absolue Nourishing Protective Hair Oil 5oz/150ml
★★★★★ 297
Shipping, arrives in 3+ days

Now $28.50 $38.00 28.5 ¢/ml
Cowshed Indulge Blissful Bath & Body Oil, 3.38 oz
Save with W+
Shipping, arrives in 2 days

$12.31 $3.08/fl oz
Monoi Tiare Coconut Oil Vanilla 4 fl oz Liq
★★★★☆ 22
Shipping, arrives in 3+ days



**1. Shipping, arrives by Tue, Oct 8**                                    ✓

Amla Amla                                                          Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                                Edit

House

| | |
|---|---|
| **Subtotal** (1 item) | $5.99 |
| Seller shipping | $2.99 |
| **Estimated taxes** | $0.63 |
| **Estimated total** | **$9.61** |

Have a promo code?                                                   ⌄

**Items details**                                                   View details

1 item



**2. Payment method**                                                ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**Pay by bank**                                                      ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**                                                ⌃

Pay with PayPal                          Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**   Items in your cart are not eligible for Affirm.

*PayPal*                                   affirm

Walmart  Free 30-day trial

Defendant no. :          91

Defendant Name :      MYY  Co.  Ltd/Tamber LLC

Platform:                   Walmart

| Plaintiff VAu 1-517-249 Copyright | MYY Co. Ltd/Tamber LLC's Infringing Product |
|---|---|
|  |  |

‹ Back to item

## Tamber LLC

★★★☆☆
2.4 stars out of 5

See all 32 reviews

**31%** ◗ Overall Positive Rating

Shop all seller items

⌂ Business Name:
jinanjiachengkejixinxiyouxiangongsi

✉ Contact seller

☎ (+86) 13723460775

📍 tiaoqiaoquwuyingshanjiedaohuangtunxi
aoqulqul0haolou0danyuan102
jinanshi, SD 250000, CN

About Seller

---

### More items from this seller

    

+ Add     + Add     + Add

**$8.94**
Perbella CC Cream Self Adjusting for Mature
Skin, CC Cream, Skin Tone Adjusting CC
Cream SPF 50, Skin Tone Adjusting CC Crea...
★☆☆☆☆ 2

**$9.48**
Fyeme Baby Keepsake Hand & Foot Casting
Kit DIY Plaster Statue Molding Kit 3D Hand
Print Mold Powder Casting Kit Hand Holding...
★★☆☆☆ 4

**$12.87**
Perbella CC Cream Self Adjusting for Mature
Skin, CC Cream, Skin Tone Adjusting CC
Cream SPF 50, Skin Tone Adjusting CC Crea...
★☆☆☆☆ 8

### Seller reviews

# 2.4 out of 5
★★☆☆☆ (32 reviews)

| | |
|---|---|
| 5 stars | 10 |
| 4 stars | 0 |
| 3 stars | 3 |
| 2 stars | 0 |
| 1 star | 19 |

**32 reviews**   Sort by | Most Relevant ▾

---

★★★☆☆                          09/20/2024
This shipment was delayed for longer than I expected. I don't know
if the reason was the shipper or the seller. I would have rated higher
if I had not waited for close to 2-1/2 weeks. The package arrived
without damage but was quite compressed. Hopefully, with time,
the decorations will loosen up a little.
TennTeach

★☆☆☆☆                          08/31/2024
I don't like the design of how the device feeds the birds.The birds
don't seem to like it either. I was getting plenty of birds with my
previous feeder until the bees came. This feeder attracts neither.
mary

★☆☆☆☆                          09/19/2024
Buying and Returning was a cinch! But that's Walmart, not
jinanjiachengkejixinxiyouxiangongsi. 0/5 stars for their wreath and
misinformation.
Mary

★☆☆☆☆                          09/04/2024
No communication what so ever no updates on delivery and arrived
late also item doesn't work not worth the money I paid
Brandon

★☆☆☆☆                          09/21/2024
Joshua

★☆☆☆☆                          09/19/2024
LADARRELL

★☆☆☆☆                          09/18/2024
Jose

★★★★★                          09/18/2024
Jane

★☆☆☆☆                          09/16/2024
Jewel

★★★☆☆                          09/13/2024
Shirley

---

①  ②  ③  ④  ⟩

### About Seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

We are committed to providing each customer with the highest standard of customer service. Any problem you can contact us,we
can give you a best result.

CKK

Jamaican Black Castor Oil, Organic Body Message Oil, 100% Pure & Natural Cold Pressed Anti-Aging Essential Oil, Hair Nourishing Oil for Eyelashes, Dry Skin Moisturizer 2 PCS

★★★★★ (4.5) ∨ | 2 ratings

🚚 Free shipping   🔄 Free 30-day returns

**$10.87**
Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

Count: 2

| 1 $8.74 | 2 $10.87 | 3 $15.38 |
|---|---|---|

**How do you want your item?**

| 🚚 Shipping Arrives Oct 3 Free | 🚗 Pickup Not available | 🏬 Delivery Not available |
|---|---|---|

Delivery to **500 NW 2nd Ave**

🏪 Sold and shipped by **Tamber LLC**
★★★☆☆ 31 seller reviews
View seller information

🔄 Free 30-day returns  Details

♡ Add to list                          🎁 Add to registry

**More seller options (1)**
Starting from $14.99  Compare all sellers









♡
🔍

**About this item**

Product details ⌃

Jamaican black Castor Oil is 100% pure & natural, cold pressed and unrefined. Naturally rich in vitamins and fatty acids, castor oil can help enhance the appearance of your hair, eyebrows and eyelashes. Known for its ability to help strengthen and repair dry or damaged hair, castor oil can help hydrate your skin, hair, and scalp.

Feature:
- Multiple Uses For Hair, Eyelashes, Eyebrows Growth, Skin Care And Nail Care.
- Enriched with vitamin E, a powerful natural antioxidant, perfect for dry, damaged and overworked hair.
- Effect on the skin to resist aging and wrinkle, help to nourish and condition the skin for a smooth, healthy appearance.
- Replenish hair root nutrition, balance scalp oil, improve blood circulation, help hair growth.
Nourish and hydrate, combat signs of aging skin.

How to use:
- The oil can be directly applied to the hair and skin/body or can be diluted into any cream, shampoo or conditioner, just add 2-3 drops for every 100ml.
- We'd recommend one to two times a week for at least three months to see the effect.
- Apply to the scalp, hair, body,  beard,  eyebrows or eyelashes,  massage with fingers for 2-3 minutes until absorbed.

Tips:
- For external use only.
- Keep away from flames and high heat.
- Keep out of reach of children and pets.

**Cart** (1 item)

🏷️ **Pickup and delivery options** ⌄

🚚 **Free shipping** arrives by **Wed, Oct 2**
500 NW 2nd Ave, Unit 10001

Sold and shipped by  Tamber LLC
Free shipping



Jamaican Black Castor Oil, Organic Body Message Oil, 100% Pure & Natural
Cold Pressed Anti-Aging Essential Oil, Hair Nourishing Oil for Eyelashes, Dry...
Count: 2
✓ Free 30-day returns

$10.87

Remove    Save for later    ⊖ 1 ⊕

| | |
|---|---|
| **Subtotal** (1 item) | $10.87 |
| Shipping | Free |
| **Taxes** | Calculated at checkout |
| **Estimated total** | $10.87 |

Continue to checkout

Walmart+ **Become a member to get free same-day delivery, gas discounts & more!** ✕
☐ Try Walmart+ free for 30 days!

**Popular items in your area**

Best seller



$5.48
Mainstays Medium Weight PEVA
Shower Liner, 70" x 71" - Clear

Save with W+
Pickup **today**
Delivery **today**
Shipping, arrives **tomorrow**

Best seller

$9.97
Seasonal Supply Co. Competitor
Soccer Ball Assorted Colors

Save with W+
Shipping, arrives **in 3+ days**

Best seller

$2.98 16.6 ¢/ea
Mainstays Adult & Teen Clothing
Hangers, 18 Pack, Black, Durable
Plastic

Save with W+
Pickup **today**
Delivery **today**
Shipping, arrives **in 3+ days**

**Beauty Glow Up & Trends**

Best seller



$56.24
Shu Uemura Essence Absolue
Nourishing Protective Hair Oil
5oz/150ml
★★★★★ 297
Shipping, arrives **in 3+ days**

Now **$28.50** $30.00 28.5 ¢/ml
Cowshed Indulge Blissful Bath &
Body Oil, 3.38 oz

Save with W+
Shipping, arrives **in 2 days**

$12.31 $3.08/fl oz
Monoi Tiare Coconut Oil Vanilla 4 fl
oz Liq
★★★★★ 22
Shipping, arrives **in 3+ days**



**1. Free shipping, arrives by Wed, Oct 2**

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

Edit

**Delivery instructions (optional)**                                    Edit

House

| | |
|---|---|
| Subtotal (1 item) | $10.87 |
| Shipping | Free |
| **Estimated taxes** | $0.76 |
| **Estimated total** | **$11.63** |

Have a promo code?

**Items details**                                    View details

1 item



---

**2. Payment method**

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**Pay by bank**

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**

Pay with PayPal                    Pay in monthly installments with Affirm

☐ Remember my PayPal account details          Items in your cart are not eligible for Affirm.

PayPal                    affirm

---

Walmart+  Free 30-day trial

Defendant no. :        92

Defendant Name :       Yiyidesf

Platform:              Walmart

| Plaintiff VAu 1-517-249 Copyright | Yiyidesf's Infringing Product |
|---|---|
|  | |

‹ Back to item

**Yiyidesf**

★★☆☆☆    See all 7 reviews
1.6 stars out of 5

**14%**    Overall Positive Rating

Shop all seller items

🏠  Business Name:
shenzhenshishengyufengkejiyouxiangongsi

✉  Contact seller

📞  (+86) 13789917873

📍  shenzhenshifutianquyuanlingjiedaohuai
inshequbaguayilu50haopengji
shangwushikongdasha902
shenzhenshi, GD 518029, CN

## More items from this seller



+ Add

**$7.36**
SYS Spray For Men Hair Line Thickening
Growth Dense Hair Control Solution 30ml



+ Add

**$9.39**
SYS Scar Removal Scar Marks For Face or
Body
★★★★★ 1



+ Add

**$6.02** $9.22
SYS Bodyfeet Aligners Kit Orthopedic Bunion
Corrector Gel Leg Type Toe Ring Toe
Correction Toe Rubber Ring Thin Foot Valgu...

## Seller reviews

# 1.6 out of 5

★★☆☆☆  (7 reviews)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | |
| 3 stars | |
| 2 stars | |
| 1 star | 6 |

**7 reviews**    Sort by | Most Relevant ▾

★☆☆☆☆                                    07/24/2024
I ordered what was supposed to be a hair dryer brush as was shown!
What I received was just a brush! I immediately tried to contact the
seller and never heard back!
Kristen

★☆☆☆☆                                    07/23/2024
I was expecting a box of different sized bandages but it is just 1
sealed package with one 1 1/2" X 1 1/2" bandage.
Greenbean70

★☆☆☆☆                                    07/17/2024
waiting too long for my email return label.Tjey have not answered
my emails to.them!!! FRUSTRATED
kate

★★★★★                                    09/08/2024
Khalid

★☆☆☆☆                                    07/31/2024
Sandra

★☆☆☆☆                                    07/16/2024
Larry

★☆☆☆☆                                    07/10/2024
Meema

SYS

**SYS 1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml**

☆ (No ratings yet)

🚚 Free shipping    ⟳ Free 30-day returns

**$9.36**

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

**Size:** One Size

| One Size |
|---|
| $9.36 |

**Actual Color:** Black

| Black |
|---|

**How do you want your item?**

| 🚚 Shipping Arrives Oct 4 Free | 🚗 Pickup Not available | 🏠 Delivery Not available |
|---|---|---|

Delivery to  **500 NW 2nd Ave**

🏪 Sold and shipped by  **Yiyidesf**
★☆☆☆☆ 7 seller reviews
View seller information

⟳ Free 30-day returns  Details

♡ Add to list          🖫 Add to registry



**About this item**

oil

**Product details**                                                                    ⌃

1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml
Features:
Hair Care: Jamaican black oil is a natural hair care oil rich in high vitamin E, minerals, proteins,-6 fatty , which can moisturize the scalp, hair dryness, control sebum, maintain scalp, reduce dandruff, strengthen hair shine and less frizz.
Stimulate Hair Growth: oil helps moisturize, thicken and strengthen the hair follicles. It locks in the in the hair shaft making each strand thicker and darker, organic oil helps stimulate hair, eyelashes & eyebrows growth up to three times rate and and hair loss.
Nourishes Skin: Jamaican black oil keep your face moisturized, the fatty contained in the oil are to the functioning of the skin. These keep the skin hydrated, its natural oil production, help reduce blemishes, , pimples, and signs of ageing.
Body Moisturizer: Black oil can also be used as an all-over body moisturizer—helping to keep skin smooth, nourished, and supple. It is particularly effective for rough areas like feet and elbows. Simply apply to damp skin after a shower or bath to lock in .
Easy To Use: Take a small amount of nourishment oil to the scalp,hair, body,beard,eyebrows or eyelashes,massage with fingers for 2-3 minutes until absorbed.You will feel it can nourish and damaged hair and excess oil.
Product Description:
1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml
Material: oil
Color: as the picture shows, (Due to the difference between different monitors, the picture may have slight color difference. please make sure you do not mind before ordering, Thank you!)
Package weight: 125g
Package size: 12.1x4.2x4.2cm,(Please allow 1-3mm error due to manual measurement. please make sure you do not mind before ordering.)

- Nourishes Skin: Jamaican black keep your face moisturized, the fatty contained in the oil are to the functioning of the skin. These keep the skin hydrated, its natural oil production, help reduce blemishes, , pimples, and signs of ageing. Hair Care: Jamaican
  black oil is a natural hair care oil rich in high vitamin E, minerals, proteins,-6 fatty , which can moisturize the scalp, hair dryness, control sebum, maintain scalp, reduce dandruff, strengthen hair shine and less frizz. Stimulate Hair Growth: oil helps moisturize,
  thicken and strengthen the hair follicles. It locks in the in the hair shaft making each strand thicker and darker, organic oil helps stimulate hair, eyelashes & eyebrows growth up to three times rate and hair loss. Body Moisturizer: Black oil can also be used as
  an all-over body moisturizer—helping to keep skin smooth, nourished, and supple. It is particularly effective for rough areas like feet and elbows. Simply apply to damp skin after a shower or bath to lock in . Easy To Use: Take a small amount of nourishment oil to
  the scalp,hair, body,beard,eyebrows or eyelashes,massage with fingers for 2-3 minutes until absorbed.You will feel it can nourish and damaged hair and excess oil.
- Plant-Based Ingredients: Free and clear formula contains no harsh chemicals, artificial fragrances or added color. Safe for people, pets and the planet.
- Sleek and Subtle: The high-quality, modern design blends
- This is the best gift choice for mothers, girlfriends, birthdays, Thanksgiving, Christmas, and Valentine's Day
- We have enough inventory and most of the goods can be shipped within 10 hours. We really care about the needs of our customers

**Cart** (1 item)

🏷️ **Pickup and delivery options** ⌄



Free shipping arrives by **Thu, Oct 3**
500 NW 2nd Ave, Unit 10001

Sold and shipped by  Yividesf
Free shipping

SYS 1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair       $9.36
Loss Breakage 60ml
Size: One Size
Actual Color: Black
ⓘ Free 30-day returns

Remove    Save for later    − 1 +

**Continue to checkout**

**Subtotal** (1 item)                        $9.36
Shipping                                     Free
**Taxes**                        Calculated at checkout

**Estimated total**                          $9.36

Walmart+  Become a member to get free same-day   ✕
          delivery, gas discounts & more!
☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller

⊕ Add                    ⊕ Add                    ⊕ Add

**$5.48**                **$9.97**                **$2.98** 16.6 c/ea
Mainstays Medium Weight PEVA    Seasonal Supply Co. Competitor    Mainstays Adult & Teen Clothing
Shower Liner, 70" x 71" - Clear    Soccer Ball Assorted Colors    Hangers, 18 Pack, Black, Durable
                                                                Plastic
Save with W+             Save with W+
                                                 Save with W+
Pickup today            Shipping, arrives in 3+ days
Delivery today                                   Pickup today
Shipping, arrives tomorrow                       Delivery today
                                                 Shipping, arrives in 3+ days

**Beauty Glow Up & Trends**



Best seller

⊕ Add                    ⊕ Add                    ⊕ Add

**$56.24**               Now **$28.50** $30.00 28.5 c/ml    **$12.31** $3.08/fl oz
Shu Uemura Essence Absolue    Cowshed Indulge Blissful Bath &    Monoi Tiare Coconut Oil Vanilla 4 fl
Nourishing Protective Hair Oil    Body Oil, 3.38 oz    oz Liq
5oz/150ml
                         Save with W+                     ★★★★☆ 22
★★★★★ 297
                         Shipping, arrives in 2 days    Shipping, arrives in 3+ days
Shipping, arrives in 3+ days



**1. Free shipping, arrives by Thu, Oct 3** ✓

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101                    Edit

**Delivery instructions (optional)**                           Edit

House

| | |
|---|---|
| **Subtotal** (1 item) | $9.36 |
| Shipping | Free |
| **Estimated taxes** | $0.66 |
| **Estimated total** | **$10.02** |

Have a promo code? ⌄

**Items details**                                              View details

1 item



---

💳 **2. Payment method**                                       ⊖

**Pay with card**

[Walmart] [one] [VISA] [mastercard] [DISCOVER] [AMERICAN EXPRESS] [Gift Card] [EBT] [OTC Network] [ ] [Select Gift Card]

Learn more about payment methods we accept.

* Required field

Card number *

[ 💳                                                              ]

Continue

---

**Pay by bank**                                               ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

[ Connect your bank ]

---

**Other ways to pay**                                         ⌃

Pay with PayPal                           Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**   Items in your cart are not eligible for Affirm.

[ *PayPal* ]                              [ affirm ]

---

Walmart   Free 30-day trial

Defendant no. :        93

Defendant Name :       Chenqiufeng

Platform:              Walmart

| Plaintiff VAu 1-517-249 Copyright | Chenqiufeng's Infringing Product |
|---|---|
|  | |

‹ Back to item

## Chenqiufeng

★★½☆☆
1.4 stars out of 5                      See all 5 reviews

**0%**        Overall Positive Rating

Shop all seller items

🏠  Business Name:
guangzhouchenqunyuekejiyouxiangongsi

✉️  Contact seller

📞  (+86) 13226225894

📍  tianhequguangzhoudadaobeilu613haow
ulou504shiH57
guangzhoushi, GD 510599, CN

### More items from this seller





| $12.38 | $7.50 $9.38 | $9.58 |
|---|---|---|
| TIIFSWHS Toddler Effective Protection Kids Bike Adjustable Toddler and Knee Pad Sets 2-4 Years for Skateboard Cycling Scooter... | TIIFSWHS-Sp-6-Ultra-Sp-6-Toothpaste-Ultra-Toothpaste-Sp-6-Probiotic-Toothpaste-Deep-Cleaning-Care-Toothpaste | TIIFSWHS 30pcs Wellness Knee Patch Knee Plaster Knee 10 Pieces In 1 Box Patch Joints Lumbar Spine Spine Knee Leg Tendon Health... |
| | | ★★★★★ |

### Seller reviews

# 1.4 out of 5

★½☆☆☆ (5 reviews)

| 5 stars | |
|---|---|
| 4 stars | |
| 3 stars | 1 |
| 2 stars | |
| 1 star | 4 |

**5 reviews**     Sort by  |  Most Relevant ⌄

| ★☆☆☆☆                    08/07/2024 | ★☆☆☆☆                    07/26/2024 |
|---|---|
| Cheap product very small box, it took a lot longer than I thought to get to my house. I am returning I am not pleased. | Neck Tube Wearable Neck Wraps for Summer Heat Hands Cold Pack Reusable Neck Cooler 100ml |
| JD | Richard |

| ★☆☆☆☆                    08/07/2024 | ★★★☆☆                    07/25/2024 |
|---|---|
| trash company, unwilling to ship item. Will make you wait then cancel the items on their end. Zero star | The item was placed and sent in a small plastic bag. Therefore, the box of the item was smashed. |
| Lei | AIDA |

| | ★☆☆☆☆                    09/01/2024 |
|---|---|
| | Stephen |

TIIFSWHS

**TIIFSWHS 1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml**

☆ (No ratings yet)

⟳ Free 30-day returns

**$8.80**

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

**Actual Color:** Black

| Black |
|---|
| $8.80 |

**How do you want your item?**

| Shipping | Pickup | Delivery |
|---|---|---|
| Arrives Oct 9 | Not available | Not available |
| $1.00 | | |

Delivery to **500 NW 2nd Ave**

🏠 Sold and shipped by Chenqiufeng

★★☆☆☆ 5 seller reviews
View seller information

⟳ Free 30-day returns Details

♡ Add to list     🎁 Add to registry





**About this item**

Product details

**1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml**
**Material:** oil
**Color:** as the picture shows, (Due to the difference between different monitors, the picture may have slight color difference. please make sure you do not mind before ordering, Thank you!)
**Package weight:** 125g
**Package size:** 12.1x4.2x4.2cm.(Please allow 1-3mm error due to manual measurement. please make sure you do not mind before ordering.)
Vibrating Double Dildo Organic Oil Be

- Hair Care: Jamaican Black Oil Is A Natural Hair Care Oil Rich In High Vitamin E, Minerals, Proteins,-6 Fatty , Which Can Moisturize The Scalp, Hair Dryness, Control Sebum, Maintain Scalp, Reduce Dandruff, Strengthen Hair Shine And Less Frizz.
- Stimulate Hair Growth: Oil Helps Moisturize, Thicken And Strengthen The Hair Follicles. It Locks In The In The Hair Shaft Making Each Strand Thicker And Darker, Organic Oil Helps Stimulate Hair, Eyelashes & Eyebrows Growth Up To Three Times Rate And And Hair Loss.
- Easy To Use: Take A Small Amount Of Nourishment Oil To The Scalp,hair, Body,beard,eyebrows Or Eyelashes,massage With Fingers For 2-3 Minutes Until Absorbed.You Will Feel It Can Nourish And Damaged Hair And Excess Oil.
- Nourishes Skin: Jamaican Black Oil Keep Your Face Moisturized, The Fatty Contained In The Oil Are To The Functioning Of The Skin. These Keep The Skin Hydrated, Its Natural Oil Production, Help Reduce Blemishes, , Pimples, And Signs Of Ageing.
- Body Moisturizer: Black Oil Can Also Be Used As An All-over Body Moisturizer—helping To Keep Skin Smooth, Nourished, And Supple. It Is Particularly Effective For Rough Areas Like Feet And Elbows. Simply Apply To Damp Skin After A Shower Or Bath To Lock In . Glass Plug Cedar X Topical Natures Blessings Hair

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

Specifications

**Features**
Adjustable

**Assembled Product Weight**
0.39 lb

**Brand**
TIIFSWHS

**Cart** (1 item)

🏷️ Pickup and delivery options ⌄



🚚 **Shipping** arrives by **Tue, Oct 8**
500 NW 2nd Ave, Unit 10001
$1.00 shipping

Sold and shipped by Chenqiufeng
$1.00 seller shipping fee

TIIFSWHS 1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz
Hair Loss Breakage 60ml                                                                    $8.80
Actual Color: Black
⊘ Free 30-day returns

Remove    Save for later    −  1  +



Continue to checkout

| | |
|---|---|
| **Subtotal** (1 item) | $8.80 |
| Seller shipping | $1.00 |
| **Taxes** | Calculated at checkout |
| **Estimated total** | **$9.80** |

Walmart+  Become a member to get free same-day delivery, gas discounts & more!   ✕
☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller                         Best seller                         Best seller

+ Add                               + Add                               + Add

$5.48                               $9.97                               $2.98  16.6 ¢/ea
Mainstays Medium Weight PEVA        Seasonal Supply Co. Competitor      Mainstays Adult & Teen Clothing
Shower Liner, 70" x 71" - Clear     Soccer Ball Assorted Colors         Hangers, 18 Pack, Black, Durable
                                                                        Plastic
Save with W+                        Save with W+
                                                                        Save with W+
Pickup today                        Shipping, arrives in 3+ days
Delivery today                                                          Pickup today
Shipping, arrives tomorrow                                              Delivery today
                                                                        Shipping, arrives in 3+ days

**Beauty Glow Up & Trends**



Best seller

+ Add                               + Add                               + Add

$56.24                              Now $28.50  $38.00  28.5 ¢/ml        $12.31  $3.08/fl oz
Shu Uemura Essence Absolue          Cowshed Indulge Blissful Bath &     Monoi Tiare Coconut Oil Vanilla 4 fl
Nourishing Protective Hair Oil      Body Oil, 3.38 oz                   oz Liq
5oz/150ml
                                    Save with W+                        ★★★★☆ 22
★★★★★ 297
                                    Shipping, arrives in 2 days         Shipping, arrives in 3+ days
Shipping, arrives in 3+ days



**1. Shipping, arrives by Tue, Oct 8**                                    ✅

Amla Amla                                                          Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                               Edit

House

| | |
|---|---|
| Subtotal (1 item) | $8.80 |
| Seller shipping | $1.00 |
| **Estimated taxes** | $0.69 |
| **Estimated total** | **$10.49** |

Have a promo code?                                                   ⌄

**Items details**                                              View details

1 item



**2. Payment method**                                                ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**Pay by bank**                                                       ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**                                                 ⌃

Pay with PayPal                              Pay in monthly installments with Affirm

☐ Remember my PayPal account details        Items in your cart are not eligible for Affirm.

PayPal                                       affirm

Walmart+  Free 30-day trial

Defendant no. :        94

Defendant Name :    WaIGRHFR

Platform:               Walmart

| Plaintiff VAu 1-517-249 Copyright | WaIGRHFR's Infringing Product |
|---|---|
|  | |



‹ Back to item

## WalGRHFR

★☆☆☆☆     See all 2 reviews
1 stars out of 5

**0%**   Overall Positive Rating

Shop all seller items

⌂ Business Name:
ShenZhenShilanyunzhinengdianqiyouxiangongsi

✉ Contact seller

☎ (+86) 18476809729

📍 LongGangQubantianjiedaobantiansheq
uzhangkengluxibaxiang
2hao1105
ShenZhenShi, GD 518129, CN

About Seller

### More items from this seller

+ Add

+ Add

+ Add

**$7.99**
WalGRHFR Summer Male Men White T Shirt
Men's Dragon T Shirt Summer Short Sleeve T
Shirt Top Animal Themed Shirt Graphic Shirt...
★★★★★ 1

**$5.99** $7.99
WalGRHFR Outdoor Water Toys for Kids Ages
4-8 Random Color 1Pc Wind Up Bathtub Toy
Set Funny Windup Speed Bathtub Toy Ski...

**$10.99**
WalGRHFR Summer Male Mens T Shirts
Cotton Male T Shirt Gold Velvet Long Sleeve
Solid Color Turtleneck Street Vacation Long...

### Seller reviews

# 1 out of 5
★☆☆☆☆ (2 reviews)

| | |
|---|---|
| 5 stars | |
| 4 stars | |
| 3 stars | |
| 2 stars | |
| 1 star | 2 |

**2 reviews**    Sort by | Most Relevant ▾

★☆☆☆☆                           08/19/2024

TERRIBLE PACKAGING!!! LATE SHIPPING AND ITEM WAS
DESTROYED

UnhappyCustomer

★☆☆☆☆                           09/20/2024

Kevin

### About Seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

Clearance Sales WalGRHFR's Shop Is Committed to Providing Each Customer With The Highest Standard of Customer Service.
Valentine's Day Tops / St Patricks Day Tops / Spring Tops / Summer Tops/ Workout Legging / Men's Sweatshirt If you have any
problems, please feel free to contact us and we will give you a satisfactory answer within 24 hours!

Clearance

AaSFJEG

**AaSFJEG 1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss age 60ml 2024**

☆ (No ratings yet)

✔ Free 30-day returns

**Now $5.99** ~~$6.99~~ ⓘ

You save **$1.00**

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

**Actual Color:** Black

◯
**$5.99**

**How do you want your item?**

| Shipping Arrives Oct 11 $3.99 | Pickup Not available | Delivery Not available |
|---|---|---|

Delivery to **500 NW 2nd Ave**

Sold and shipped by **AaSFJEG**

★★★★☆ 2 seller reviews
View seller information

✔ Free 30-day returns  Details

Add to list                              Add to registry



**About this item**

**Product details** ⌄

1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss age 60ml
Material: oil
Color: as the picture shows, (Due to the difference between different monitors, the picture may have slight color difference. please make sure you do not mind before ordering, Thank you!)
Package weight: 125g
Package size: 12.1x4.2x4.2cm,(Please allow 1-3mm error due to manual measurement. please make sure you do not mind before ordering.)

- Stimulate Hair Growth: Oil Helps Moisturize, Thicken and Strengthen The Hair Follicles. It Locks In The In The Hair Shaft Making Each Strand Thicker and Darker, Organic Oil Helps Stimulate Hair, Eyees & Eyebrows Growth Up to Three Times Rate and Hair Loss.
- Body Moisturizer: Black Oil Can Also Be Used As An All-over Body Moisturizer—helping to Keep Skin Smooth, Nourished, and Supple. It is Particularly Effective for Rough Areas Like Feet and Elbows. Simply Apply to Damp Skin After A Shower Or Bath to Lock In .
- Nourishes Skin: Jamaican Black Oil Keep Your Face Moisturized, The Fatty Contained In The Oil Are to The Functioning of The Skin. These Keep The Skin Hydrated, Its Natural Oil Production, Help Reduce Blemishes, , Pimples, and Signs of Ageing.
- Easy to Use: Take A Small Amount of Nourishment Oil to The Scalp,hair, Body,beard,eyebrows Or Eyes,massage with Fingers for 2-3 Minutes Until Absorbed.You Will Feel It Can Nourish and Damaged Hair and Excess Oil.
- Hair Care: Jamaican Black Oil is A Natural Hair Care Oil Rich In High Vitamin E, Minerals, Proteins,-6 Fatty , Which Can Moisturize The Scalp, Hair Dryness, Control Sebum, Maintain Scalp, Reduce Dandruff, Strengthen Hair Shine and Less Frizz.

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

**Specifications** ⌄

**Assembled Product Weight**
5 lb

**Brand**

**Cart** (1 item)

🏷️ **Pickup and delivery options**  ⌄



**Continue to checkout**

🚚 **Shipping** arrives by Thu, Oct 10
500 NW 2nd Ave, Unit 10001
$3.99 shipping

Items in your cart have reduced prices.
Check out now for extra savings!    ✕

Sold and shipped by **AaSFJEG**
$3.99 seller shipping fee

| | |
|---|---|
| Subtotal (1 item) | $6.99 |
| Savings | -$1.00 |
| | $5.99 |

**Clearance**



AaSFJEG 1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss age 60ml 2024
Actual Color: Black
ⓘ Free 30-day returns

**$5.99**
$6.99
You save $1.00

| | |
|---|---|
| Seller shipping | $3.99 |
| Taxes | Calculated at checkout |
| | |
| **Estimated total** | **$9.98** |

Remove    Save for later          −  1  +

Walmart+ **Become a member to get free same-day delivery, gas discounts & more!**  ✕

☐ Try Walmart+ free for 30 days!

---

**Popular items in your area**

| | | |
|---|---|---|
| Best seller | Best seller | Best seller |
|  |  |  |
| + Add | + Add | + Add |
| **$5.48** | **$9.97** | **$2.98** 16.6 ¢/ea |
| Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear | Seasonal Supply Co. Competitor Soccer Ball Assorted Colors | Mainstays Adult & Teen Clothing Hangers, 18 Pack, Black, Durable Plastic |
| Save with W+ | Save with W+ | Save with W+ |
| Pickup today | Shipping, arrives in 3+ days | Pickup today |
| Delivery today | | Delivery today |
| Shipping, arrives tomorrow | | Shipping, arrives in 3+ days |

---

**Beauty Glow Up & Trends**



| | | |
|---|---|---|
| Best seller | | |
| + Add | + Add | + Add |
| **$56.24** | Now **$28.50** $30.00 28.5 ¢/ml | Now **$11.99** $13.54 $3.00/fl oz |
| Shu Uemura Essence Absolue Nourishing Protective Hair Oil 5oz/150ml | Cowshed Indulge Blissful Bath & Body Oil, 3.38 oz | Monoi Tiare Coconut Oil Vanilla 4 fl oz Liq |
| ★★★★★ 297 | Save with W+ | ★★★★☆ 22 |
| Shipping, arrives in 3+ days | Shipping, arrives in 2 days | Shipping, arrives in 3+ days |



**1. Shipping, arrives by Thu, Oct 10** ✓

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

Edit

**Delivery instructions (optional)**                    Edit

House

**Items details**                                   View details

1 item

You're saving **$1.00** today!

| | | |
|---|---|---|
| **Subtotal** (1 item) | | ~~$6.99~~ |
| Savings | | **-$1.00** |
| | | $5.99 |
| Seller shipping | | $3.99 |
| **Estimated taxes** | | $0.70 |
| **Estimated total** | | **$10.68** |

Have a promo code?                              ⌄



**2. Payment method**                            ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

[ 💳                                              ]

Continue

**Pay by bank**                                   ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

[ **Connect your bank** ]

**Other ways to pay**                             ⌃

Pay with PayPal                    Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**    Items in your cart are not eligible for Affirm.

[ *PayPal* ]                       [ affirm ]

Walmart+ Free 30-day trial

Defendant no. :        95

Defendant Name :       Biyunhua

Platform:              Walmart

| Plaintiff VAu 1-517-249 Copyright | Biyunhua's Infringing Product |
|---|---|
|   |  |

‹ Back to item

## Biyunhua

★☆☆☆☆   See all 2 reviews
1 stars out of 5

**0%**   Overall Positive Rating

Shop all seller items

🏠 Business Name: Shenzhenshi
BIYUNHUAshangmaoyouxiangongsi

✉ Contact seller

☎ (+86) 19928786249

📍 nanshanqushekoujiedaohaiwanshequho
uhaidadao1041hao
gangwanchuangyedasha5E
Shenzhenshi, GD 518067, CN

### More items from this seller



**$4.99**
Double-sided Inertial Car 360-degree
Rotating Cross-country Stunt Toy Car
Educational Toys Clearance Sale

**$7.49**
Underwater Diving Swimming Pool Toy Sharks
Glides Up To Fun Water Games For Boys And
Girls (Set Of 4 Pieces) Interesting Toys...

**$9.99**
Bead Maze Toy for Toddlers Coloful Mini
Wooden Bead Maze Roller Coaster Learning
Preschool Toys- Early Educational Toy

### Seller reviews

# 1 out of 5

★☆☆☆☆ (2 reviews)

| | |
|---|---|
| 5 stars | |
| 4 stars | |
| 3 stars | |
| 2 stars | |
| 1 star | 2 |

**2 reviews**   Sort by | Most Relevant ▾

★☆☆☆☆                                    08/07/2024

Sorry to say this is bait and switch. It took a long time to ship and
they drop shipped it locally and sent a scam item, a piece of plastic.
This is a third party seller and customarily you have to wait two days
to get your money back, even if it's a scam.

J

★☆☆☆☆                                    09/13/2024

GEIDY

Biyunhua

**1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml for Skin Use**

☆ (No ratings yet)

🚚 Free shipping   ↻ Free 30-day returns

**$6.99**
Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

**Actual Color:** Black

⭕
$6.99

**How do you want your item?**

| 🚚 Shipping<br>Arrives Oct 16<br>Free | 🚗 Pickup<br>Not available | 📦 Delivery<br>Not available |
|---|---|---|

Delivery to  **500 NW 2nd Ave**

🏪 Sold and shipped by  **Biyunhua**

⭐☆☆☆☆  2 seller reviews
View seller information

↻ Free 30-day returns  Details

---

🔖 Add to list                                   🎁 Add to registry



**About this item**

**Product details**                                                                                          ⌄

1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml
Material: oil
Color: as the picture shows, (Due to the difference between different monitors, the picture may have slight color difference. please make sure you do not mind before ordering, Thank you!)
Package weight: 125g
Package size: 12.1x4.2x4.2cm,(Please allow 1-3mm error due to manual measurement. please make sure you do not mind before ordering.)
Giant Dildo Get Sucke Flavoring Oil Earth Day Decorations Fall Scents for Candle Making Tall Plug Candle Plug in The Man Chocolate Sleep Candle Bath Drops Laundry Beads Couples Outfits Rain Mate by Rainbow Air Purifier Dildo compatible with Machine Set F Frankincense And Myrrh Aromatherapy compatible with Machine Oil Ejaculating Dildo Lube Warmer Fuel Scents Natures Blessings Hair

- Easy To Use: Take A Small Amount Of Nourishment Oil To The Scalp,hair, Body,beard,eyebrows Or Eyelashes,massage With Fingers For 2-3 Minutes Until Absorbed.You Will Feel It Can Nourish And Damaged Hair And Excess Oil. Enough Project Jelly Dildo Fist Dildo Night Light Air Frankincense And Myrrh
- Hair Care: Jamaican Black Oil Is A Natural Hair Care Oil Rich In High Vitamin E, Minerals, Proteins,-6 Fatty , Which Can Moisturize The Scalp, Hair Dryness, Control Sebum, Maintain Scalp, Reduce Dandruff, Strengthen Hair Shine And Less Frizz. Hair Softener Sleep Candle Get Sucke Flavoring Oil Home Smell Good Products Gift Set
- Nourishes Skin: Jamaican Black Oil Keep Your Face Moisturized, The Fatty Contained In The Oil Are To The Functioning Of The Skin. These Keep The Skin Hydrated, Its Natural Oil Production, Help Reduce Blemishes, , Pimples, And Signs Of Ageing. Double Sided Dildo Six Swing for Couples Ceiling Hot Rocks Lavender Extract Candle Scents for Candle Making
- Stimulate Hair Growth: Oil Helps Moisturize, Thicken And Strengthen The Hair Follicles. It Locks In The In The Hair Shaft Making Each Strand Thicker And Darker, Organic Oil Helps Stimulate Hair, Eyelashes & Eyebrows Growth Up To Three Times Rate And And Hair Loss. Mens Candle Scents for Candle Making Soap Scents for Making Soap Home Scents Car Oil Drops Clear Soap Base Melt And Pour
- Body Moisturizer: Black Oil Can Also Be Used As An All-over Body Moisturizer—helping To Keep Skin Smooth, Nourished, And Supple. It Is Particularly Effective For Rough Areas Like Feet And Elbows. Simply Apply To Damp Skin After A Shower Or Bath To Lock In , 2x21 Clear Dildo Inhaler Case Sleep Aromatherapy Air Home with Oil

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

**Specifications**                                                                                           ⌃

**Brand**
Biyunhua

**Cart** (1 item)

🏷️ Pickup and delivery options ⌄



🚚 **Free shipping** arrives by **Tue, Oct 15**
500 NW 2nd Ave, Unit 10001

Sold and shipped by  Biyunhua
Free shipping

1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml for Skin Use
Actual Color: Black
🔄 Free 30-day returns

$6.99

Remove    Save for later    − 1 +

Continue to checkout

**Subtotal** (1 item)         $6.99
Shipping                        Free
**Taxes**          Calculated at checkout

**Estimated total**            $6.99

Walmart+  **Become a member to get free same-day delivery, gas discounts & more!** ✕
☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller
＋ Add

$5.48
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear

Save with W+
Pickup **today**
Delivery **today**
Shipping, arrives **tomorrow**

Best seller
＋ Add

$9.97
Seasonal Supply Co. Competitor Soccer Ball Assorted Colors

Save with W+
Shipping, arrives **in 3+ days**

Best seller
＋ Add

$2.98  16.6 ¢/ea
Mainstays Adult & Teen Clothing Hangers, 18 Pack, Black, Durable Plastic

Save with W+
Pickup **today**
Delivery **today**
Shipping, arrives **in 3+ days**

**Beauty Glow Up & Trends**

Best seller
＋ Add

$56.24
Shu Uemura Essence Absolue Nourishing Protective Hair Oil 5oz/150ml
★★★★★ 297
Shipping, arrives **in 3+ days**

＋ Add

**Now $28.50** $30.00 28.5 ¢/ml
Cowshed Indulge Blissful Bath & Body Oil, 3.38 oz

Save with W+
Shipping, arrives **in 2 days**

＋ Add

$12.31  $3.08/fl oz
Monoi Tiare Coconut Oil Vanilla 4 fl oz Liq
★★★★½ 22
Shipping, arrives **in 3+ days**



**1. Free shipping, arrives by Tue, Oct 15**   ✓

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101                                  Edit

**Delivery instructions (optional)**                                          Edit

House

| | |
|---|---|
| Subtotal (1 item) | $6.99 |
| Shipping | Free |
| **Estimated taxes** | $0.49 |
| **Estimated total** | **$7.48** |

Have a promo code?                                                            ⌄

**Items details**                                                  View details

1 item



**2. Payment method**                                                          ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Pay by bank**                                                                ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**                                                          ⌃

Pay with PayPal                              Pay in monthly installments with Affirm

☐ Remember my PayPal account details        Items in your cart are not eligible for Affirm.

*PayPal*                                     affirm

Walmart  Free 30-day trial

Defendant no. :        96

Defendant Name :     TUWEN

Platform:              Walmart

| Plaintiff VAu 1-517-249 Copyright | TUWEN's Infringing Product |
|---|---|
|   |  |

‹ Back to item

**TUWEN**

★★★☆☆   See all 2 reviews
3 stars out of 5

**50%**   Overall Positive Rating

Shop all seller items

🏠 Business Name:
guangzhoushituwenshipinyouxiangongsi

✉ Contact seller

📞 (+86) 18507594006

📍 guangzhoushibaiyunqubaiyundadaonan
295hao3lou320-589shi
guangzhoushi, GD 510410, CN

**More items from this seller**



| | | |
|---|---|---|
| ⊕ Add | ⊕ Add | ⊕ Add |
| **$8.49** ~~$14.94~~ | **$6.49** ~~$9.49~~ | **$11.49** ~~$21.61~~ |
| TWCTUWEN 2024 Faucet Soap Stainless Steel Home Improvement Items Outdoor 70MM Automatic Rolling Machine Box Metal Roller... | TWCTUWEN Stems Fall Simulated Dried Flower Hydrangea Flower Green Decoration Artificial Peony Silk Flowers Hyacinth... | TWCTUWEN Tension Rod 6Pack Adjustable Spring Steel Cupboard Bars Tension Curtain Rod Molds for Concrete Weight Plates |

**Seller reviews**

# 3 out of 5

★★★☆☆ (2 reviews)

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | |
| 3 stars | |
| 2 stars | |
| 1 star | 1 |

2 reviews     Sort by | Most Relevant ▾

★☆☆☆☆                                          08/29/2024

Item came in as a 12 count, not the 100 count as stated that I purchased!

Ondrea

★★★★★                                          08/30/2024

CJ

Clearance

TWCTUWEN

TWCTUWEN 1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml Glitter Racks for The Wall

☆☆☆☆☆ (No ratings yet)

◆ Free 30-day returns

**Now $8.49** $10.90 ⓘ

You save $2.41

Price when purchased online ⓘ

| Buy now |
| Add to cart |

**Actual Color:** Black

| Black |
| $8.49 |

**How do you want your item?**

| 🚚 Shipping Arrives Oct 9 $2.99 | 🚗 Pickup Not available | 🏠 Delivery Not available |

Delivery to  **500 NW 2nd Ave**

🏪 Sold and shipped by **TUWEN**

★★★☆☆ 2 seller reviews

View seller information

◆ Free 30-day returns  Details

Add to list                    Add to registry



**About this item**

**Product details**  ⌄

1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml

Material: oil

Color: as the picture shows, (Due to the difference between different monitors, the picture may have slight color difference. please make sure you do not mind before ordering, Thank you!)

Package weight: 125g

Package size: 12.1x4.2x4.2cm,(Please allow 1-3mm error due to manual measurement. please make sure you do not mind before ordering.)

- Stimulate Hair Growth: Oil Helps Moisturize, Thicken And Strengthen The Hair Follicles. It Locks In The In The Hair Shaft Making Each Strand Thicker And Darker, Organic Oil Helps Stimulate Hair, Eyelashes & Eyebrows Growth Up To Three Times Rate And And Hair Loss.
- Nourishes Skin: Jamaican Black Oil Keep Your Face Moisturized, The Fatty Contained In The Oil Are To The Functioning Of The Skin. These Keep The Skin Hydrated, Its Natural Oil Production, Help Reduce Blemishes, , Pimples, And Signs Of Ageing.
- Body Moisturizer: Black Oil Can Also Be Used As An All-over Body Moisturizer—helping To Keep Skin Smooth, Nourished, And Supple. It Is Particularly Effective For Rough Areas Like Feet And Elbows. Simply Apply To Damp Skin After A Shower Or Bath To Lock In .
- Hair Care: Jamaican Black Oil Is A Natural Hair Care Oil Rich In High Vitamin E, Minerals, Proteins,-6 Fatty , Which Can Moisturize The Scalp, Hair Dryness, Control Sebum, Maintain Scalp, Reduce Dandruff, Strengthen Hair Shine And Less Frizz.
- Easy To Use: Take A Small Amount Of Nourishment Oil To The Scalp,hair, Body,beard,eyebrows Or Eyelashes,massage With Fingers For 2-3 Minutes Until Absorbed.You Will Feel It Can Nourish And Damaged Hair And Excess Oil.

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

**Specifications**  ⌄

**Brand**

TWCTUWEN

**Manufacturer**

TWCTUWEN

**Cart** (1 item)



🏷️ **Pickup and delivery options** ∨



🚚 **Shipping** arrives by **Tue, Oct 8**
500 NW 2nd Ave, Unit 10001
$2.99 shipping

Sold and shipped by **TUWEN**
$2.99 seller shipping fee

Clearance



TWCTUWEN 1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces
Frizz Hair Loss Breakage 60ml Glitter Racks for The Wall
Actual Color: Black
ℹ️ Free 30-day returns

**$8.49**
~~$10.90~~
You save $2.41

Remove   Save for later              − 1 +

**Continue to checkout**



Items in your cart have reduced prices.
Check out now for extra savings!

| | |
|---|---|
| **Subtotal** (1 item) | ~~$10.90~~ |
| Savings | -$2.41 |
| | $8.49 |
| Seller shipping | $2.99 |
| Taxes | Calculated at checkout |
| **Estimated total** | **$11.48** |

Walmart+ **Become a member to get free same-day delivery, gas discounts & more!**   ✕
☐ Try Walmart+ free for 30 days!

---

**Popular items in your area**

| Best seller | Best seller | Best seller |
|---|---|---|
|  | |  |
| + Add | + Add | + Add |
| **$5.48** | **$9.97** | **$2.98** 16.6 ¢/ea |
| Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear | Seasonal Supply Co. Competitor Soccer Ball Assorted Colors | Mainstays Adult & Teen Clothing Hangers, 18 Pack, Black, Durable Plastic |
| Save with W+ | Save with W+ | Save with W+ |
| Pickup today | Shipping, arrives in 3+ days | Pickup today |
| Delivery today | | Delivery today |
| Shipping, arrives tomorrow | | Shipping, arrives in 3+ days |

---

**Beauty Glow Up & Trends**

| | | Best seller |
|---|---|---|
| + Add | + Add | + Add |
| Now **$28.50** ~~$38.00~~ 28.5 ¢/ml | Now **$11.99** ~~$13.54~~ $3.00/fl oz | Now **$33.29** ~~$38.00~~ 98.5 ¢/fl oz |
| Cowshed Indulge Blissful Bath & Body Oil, 3.38 oz | Monoi Tiare Coconut Oil Vanilla 4 fl oz Liq | Matrix Biolage Ultra Hydrasource Shampoo 33.8 oz |
| Save with W+ | ★★★★☆ 22 | ★★★★☆ 83 |
| Shipping, arrives in 2 days | Shipping, arrives in 3+ days | Save with W+ |
| | | Shipping, arrives in 2 days |



**1. Shipping, arrives by Tue, Oct 8** ✓

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101                    Edit

**Delivery instructions (optional)**                           Edit

House

**Items details**                                   View details

1 item

You're saving **$2.41** today!

| | |
|---|---|
| **Subtotal** (1 item) | ~~$10.90~~ |
| Savings | **-$2.41** |
| | $8.49 |
| Seller shipping | $2.99 |
| **Estimated taxes** | $0.80 |
| **Estimated total** | **$12.28** |

Have a promo code?                                    ⌄



**2. Payment method**                                    ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

Continue

**Pay by bank**                                          ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**                                     ⌃

Pay with PayPal                          Pay in monthly installments with Affirm

☐ Remember my PayPal account details    Items in your cart are not eligible for Affirm.

PayPal                                   affirm

Walmart+  Free 30-day trial

Defendant no. :          97

Defendant Name :     Ihydz

Platform:                    Walmart

| Plaintiff VAu 1-517-249 Copyright | Ihydz's Infringing Product |
|---|---|
|  | |

‹ Back to item

## lhydz

★★★★☆  See all 15 reviews
4.1 stars out of 5

**67%**  Overall Positive Rating

Shop all seller items

Business Name:
shenzhenshilaihongyushipin you
xiangongsi

✉ Contact seller

📞 (+86) 18681451562

📍 longhuaqu
minzhijiedaominyueshequminyuegongy
eyanT6dong0401
shenzhenshi, GD 518110, CN

About Seller

### More items from this seller



$7.96 ~~$14.26~~
Baycosin La Posay ANTHELIOS UVmune 400
Non Perfumed 50 Protection 50ml



$10.13 ~~$14.89~~
Baycosin 1.69 Ounces 41% Rice Bran Extract
Brightens Skin Tone Improves Skin Barrier
Deeply Nourishes Smoothes Skin Tone



$5.56
Baycosin Eye Stye Remover Stye Eye
Chalazion Remover For Styes Chalazion And
Blepharitis Removal Fast Gentle Lash And Ey...
★☆☆☆☆ 1

### Seller reviews

## 4.1 out of 5
★★★★☆ (15 reviews)

| | |
|---|---|
| 5 stars | 10 |
| 4 stars | 3 |
| 3 stars | |
| 2 stars | |
| 1 star | 2 |

**15 reviews**   Sort by | Most Relevant ▾

★★★☆☆  12/30/2023
to small . not big enough to read . good quality product though and
fast shipping
April

★☆☆☆☆  01/19/2023
Never received my package. emailed seller never heard from them
again
Joe

★★★★★  09/16/2024
Janet  09/05/2024

★★★★★  09/01/2024
JOSEPHAMOUS

★★★★★  01/18/2024
Michelle

★★★★★  01/11/2024
Jo

★★★☆☆  12/22/2023
PJOR

★★★★★  09/20/2023
Katie

★★★☆☆  09/04/2023
Cherie

( 1 )  ( 2 )  ( › )

### About Seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

We are a reliable commodities exported supplier,our aim is,provide the best shopping experience

Baycosin

**Baycosin 1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml**

☆ (No ratings yet)

🚚 Free shipping   ↻ Free 30-day returns

**$10.24**
Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

**Size:** One Size

| One Size |
|---|
| $10.24 |

**Actual Color:** Black

○

**How do you want your item?**

| 🚚 Shipping<br>Arrives Oct 9<br>Free | 🚗 Pickup<br>Not available | 🏬 Delivery<br>Not available |
|---|---|---|

Delivery to **500 NW 2nd Ave**

🏬 Sold and shipped by **lhydz**
★★★★☆ 15 seller reviews
View seller information

↻ Free 30-day returns   Details

♡ Add to list                                    🎁 Add to registry



♡
🔍

**About this item**

**Product details**                                                                                                ⌄

1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml
Features:
Hair Care: Jamaican black oil is a natural hair care oil rich in high vitamin E, minerals, proteins,-6 fatty , which can moisturize the scalp, hair dryness, control sebum, maintain scalp, reduce dandruff, strengthen hair shine and less frizz.
Stimulate Hair Growth: oil helps moisturize, thicken and strengthen the hair follicles. It locks in the in the hair shaft making each strand thicker and darker, organic oil helps stimulate hair, eyelashes & eyebrows growth up to three times rate and and hair loss.
Nourishes Skin: Jamaican black oil keep your face moisturized, the fatty contained in the oil are to the functioning of the skin. These keep the skin hydrated, its natural oil production, help reduce blemishes, , pimples, and signs of ageing.
Body Moisturizer: Black oil can also be used as an all-over body moisturizer--helping to keep skin smooth, nourished, and supple. It is particularly effective for rough areas like feet and elbows. Simply apply to damp skin after a shower or both to lock in .
Easy To Use: Take a small amount of nourishment oil to the scalp,hair, body,beard,eyebrows or eyelashes,massage with fingers for 2-3 minutes until absorbed.You will feel it can nourish and damaged hair and excess oil.
Product Description:
1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml
Material: oil
Color: as the picture shows, (Due to the difference between different monitors, the picture may have slight color difference. please make sure you do not mind before ordering, Thank you!)
Package weight: 125g
Package size: 12.1x4.2x4.2cm,(Please allow 1-3mm error due to manual measurement. please make sure you do not mind before ordering.)

- Nourishes Skin: Jamaican black oil keep your face moisturized, the fatty contained in the oil are to the functioning of the skin
- These keep the skin hydrated, its natural oil production, help reduce blemishes, , pimples, and signs of ageing
- Hair Care: Jamaican black oil is a natural hair care oil rich in high vitamin E, minerals, proteins,-6 fatty , which can moisturize the scalp, hair dryness, control sebum, maintain scalp, reduce dandruff, strengthen hair shine and less frizz

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

**Specifications**                                                                                                ⌄

**Cart** (1 item)



Pickup and delivery options ⌄

Free shipping arrives by **Tue, Oct 8**
500 NW 2nd Ave, Unit 10001

Sold and shipped by Jhydz
Free shipping

Baycosin 1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml    $10.24
Size: One Size
Actual Color: Black
Free 30-day returns

Remove    Save for later    − 1 +

**Continue to checkout**

Subtotal (1 item)    $10.24
Shipping    Free
Taxes    Calculated at checkout

Estimated total    $10.24

Walmart+ **Become a member to get free same-day delivery, gas discounts & more!**    ✕
☐ Try Walmart+ free for 30 days!

---

**Popular items in your area**



Best seller

$5.48
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear
Save with W+
Pickup **today**
Delivery **today**
Shipping, arrives **tomorrow**

Best seller

$9.97
Seasonal Supply Co. Competitor Soccer Ball Assorted Colors
Save with W+
Shipping, arrives **in 3+ days**

Best seller

$2.98 16.6 ¢/ea
Mainstays Adult & Teen Clothing Hangers, 18 Pack, Black, Durable Plastic
Save with W+
Pickup **today**
Delivery **today**
Shipping, arrives **in 3+ days**

---

**Beauty Glow Up & Trends**



Best seller

$56.24
Shu Uemura Essence Absolue Nourishing Protective Hair Oil 5oz/150ml
★★★★★ 297
Shipping, arrives **in 3+ days**

Now **$28.50** $30.00 28.5 ¢/ml
Cowshed Indulge Blissful Bath & Body Oil, 3.38 oz
Save with W+
Shipping, arrives **in 2 days**

Now **$11.99** $13.54 $3.00/fl oz
Monoi Tiare Coconut Oil Vanilla 4 fl oz Liq
★★★★☆ 22
Shipping, arrives **in 3+ days**



**1. Free shipping, arrives by Tue, Oct 8** ✓

Amla Amla
500 NW 2nd Ave, Unit 10001, Miami, FL 33101                    Edit

**Delivery instructions (optional)**                    Edit

House

| | |
|---|---|
| Subtotal (1 item) | $10.24 |
| Shipping | Free |
| **Estimated taxes** | $0.72 |
| **Estimated total** | **$10.96** |

Have a promo code?  ⌄

**Items details**                    View details

1 item

**2. Payment method**  ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Pay by bank**  ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

☐ Connect your bank

**Other ways to pay**  ⌃

Pay with PayPal                    Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**     Items in your cart are not eligible for Affirm.

*PayPal*                    affirm

Walmart    Free 30-day trial

Defendant no. :          98

Defendant Name :       Ouqilin/Huashi

Platform:                   Walmart

| Plaintiff VAu 1-517-249 Copyright | Ouqilin/Huashi's Infringing Product |
|---|---|
|   |  |

‹ Back to item

# Huashi

☆☆☆☆☆

No reviews yet

Shop all seller items

⌂ Business Name:
   guangzhouxunhuashipinyouxiangongsi

✉ Contact seller

📞 (+86) 18138812798

📍 yuexiuqushiguangli36hao101fang
   guangzhoushi, GD 510080, CN

## Seller reviews

This seller doesn't have any reviews yet.

RGCKle

**1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml**

☆ (No ratings yet)

⟲ Free 30-day returns

**$7.06**

Price when purchased online ⓘ

| Buy now |
| Add to cart |

**Actual Color:** Black



$7.06

**How do you want your item?**

| Shipping<br>Arrives Oct 9<br>$0.99 | Pickup<br>Not available | Delivery<br>Not available |

Delivery to  **500 NW 2nd Ave**

Sold and shipped by  **Huashi**

View seller information

⟲ Free 30-day returns  Details

♡ Add to list                    🎁 Add to registry

**About this item**

**Product details**                                          ⌄

**1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml**
Material: oil
Color: as the picture shows, (Due to the difference between different monitors, the picture may have slight color difference. please make sure you do not mind before ordering, Thank you!)
Package weight: 125g
Package size: 12.1x4.2x4.2cm,(Please allow 1-3mm error due to manual measurement. please make sure you do not mind before ordering.)

- Body Moisturizer: Black Oil Can Also Be Used As An All-over Body Moisturizer—helping To Keep Skin Smooth, Nourished, And Supple. It Is Particularly Effective For Rough Areas Like Feet And Elbows. Simply Apply To Damp Skin After A Shower Or Bath To Lock In .
- Hair Care: Jamaican Black Oil Is A Natural Hair Care Oil Rich In High Vitamin E, Minerals, Proteins, -6 Fatty , Which Can Moisturize The Scalp, Hair Dryness, Control Sebum, Maintain Scalp, Reduce Dandruff, Strengthen Hair Shine And Less Frizz.
- Easy To Use: Take A Small Amount Of Nourishment Oil To The Scalp,hair, Body,beard,eyebrows Or Eyelashes,massage With Fingers For 2-3 Minutes Until Absorbed.You Will Feel It Can Nourish And Damaged Hair And Excess Oil.
- Stimulate Hair Growth: Oil Helps Moisturize, Thicken And Strengthen The Hair Follicles. It Locks In The In The Hair Shaft Making Each Strand Thicker And Darker, Organic Oil Helps Stimulate Hair, Eyelashes & Eyebrows Growth Up To Three Times Rate And And Hair Loss.
- Nourishes Skin: Jamaican Black Oil Keep Your Face Moisturized, The Fatty Contained In The Oil Are To The Functioning Of The Skin. These Keep The Skin Hydrated, Its Natural Oil Production, Help Reduce Blemishes, , Pimples, And Signs Of Ageing.

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

**Specifications**                                           ⌄

**Brand**
RGCKle

**Manufacturer**
RGCKle

**Indications**                                              ⌄

**Cart** (1 item)

🏷️ Pickup and delivery options ⌄



Shipping arrives by Tue, Oct 8
500 NW 2nd Ave, Unit 10001
$0.99 shipping

Sold and shipped by Huushi
$0.99 seller shipping fee

1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml          $7.06
Actual Color: Black
🔄 Free 30-day returns

Remove    Save for later      −  1  +



Continue to checkout

Subtotal (1 item)                          $7.06
Seller shipping                            $0.99

**Taxes**                       Calculated at checkout

Estimated total                            $8.05

Walmart+  Become a member to get free same-day delivery, gas discounts & more!   ✕
☐ Try Walmart+ free for 30 days!

**Popular items in your area**



$5.48
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear
Save with W+
Pickup today
Delivery today
Shipping, arrives tomorrow

$9.97
Seasonal Supply Co, Competitor Soccer Ball Assorted Colors
Save with W+
Shipping, arrives in 3+ days

$2.98  16.6 ¢/ea
Mainstays Adult & Teen Clothing Hangers, 18 Pack, Black, Durable Plastic
Save with W+
Pickup today
Delivery today
Shipping, arrives in 3+ days

**Beauty Glow Up & Trends**



$56.24
Shu Uemura Essence Absolue Nourishing Protective Hair Oil 5oz/150ml
★★★★★ 297
Shipping, arrives in 3+ days

Now $28.50 $38.00 28.5 ¢/ml
Cowshed Indulge Blissful Bath & Body Oil, 3.38 oz
Save with W+
Shipping, arrives in 2 days

Now $11.99 $13.54 $3.00/fl oz
Monoi Tiare Coconut Oil Vanilla 4 fl oz Liq
★★★★½ 22
Shipping, arrives in 3+ days



**1. Shipping, arrives by Tue, Oct 8** ✓

Amla Amla                                                                    Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                                        Edit

House

**Items details**                                                    View details

1 item

**Subtotal** (1 item)                                                      $7.06
Seller shipping                                                            $0.99
**Estimated taxes**                                                        $0.56

**Estimated total**                                                        **$8.61**

Have a promo code?                                                          ⌄

**2. Payment method**                                                       ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Pay by bank**                                                             ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**                                                       ⌃

Pay with PayPal                          Pay in monthly installments with Affirm

☐ Remember my PayPal account details     Items in your cart are not eligible for Affirm.

*PayPal*                                 affirm

Walmart+ Free 30-day trial

Defendant no. :        99

Defendant Name :       invdc

Platform:              Walmart

| Plaintiff VAu 1-517-249 Copyright | invdc's Infringing Product |
|---|---|
|   |  |

‹ Back to item

## invdc

★★★☆☆
3 stars out of 5

See all 12 reviews

**50%** Overall Positive Rating

Shop all seller items

🏠 Business Name:
HuiZhouShiLiZhuKeJiYouXianGongSi

✉ Contact seller

📞 (+86) 18814145653

📍 huichengquhuizhoudadaolihaojiazhaoy
ezhongxinerqiAzuo
2danyuan16ceng01hao
Huizhoushi, GD 516006, CN

## More items from this seller


+ Add

**$7.68** $10.98
Bath Sheet Towels Oversized 40 X 80 Bath Towel Set Bath Towels Coral Velvet Soft Absorbent Bath Towels For Adults Face...
★☆☆☆☆ 1


+ Add

**$10.24**
Light Mirrors for Makeup Vanity 20x Magnification Magnifying Makeup Double Sided Magnification Table Top Vanity...


+ Add

**$5.05** $6.03
LLQkiqsxse Earrings for Men 2023 New Independence Day Earrings Red Blue Aluminum Handwoven Earrings US Flag Hoo...

## Seller reviews

# 3 out of 5

★★★☆☆ (12 reviews)

| | |
|---|---|
| 5 stars | 6 |
| 4 stars | |
| 3 stars | |
| 2 stars | |
| 1 star | 6 |

**12 reviews**   Sort by   Most Relevant ▾

★☆☆☆☆                08/30/2024
The seller shipped me an item that was not "battery operated". I was highly disappointed. The only option to operate this item was to "plug" it into the wall. ☹
Juanita

★☆☆☆☆                08/19/2024
Dishonest seller. Bought a 40 by 80 bath sheet but what arrived was smaller than standard bath towel and material was fleece like and not at all what a bath sheet should be
Melanie

★☆☆☆☆                08/15/2024
did not follow thru with listed item; described item as a mens 4xl life jacket; delivered a childs life jacket not worthy of a portion of purchase price; completely disappointed
Sylvia

★★★★★                08/05/2024
The item will be worth the wait. So hard to find something like this.
Lillian

★☆☆☆☆                09/01/2024
BRENDA

★☆☆☆☆                08/23/2024
michael

★★★★★                08/23/2024
IamDeo

★★★★★                08/23/2024
GammieTxProud

★★★★★                07/29/2024
Ernest

★★★★★                07/27/2024
Debbie

(1)  2  ›

LLQkigsxse

**Pegging Strap on for Couples Beginners 1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml**

☆ (No ratings yet)

🔄 Free 30-day returns

**$4.49**

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

**Actual Color:** Black

◯
$4.49

**How do you want your item?**

| 🚚 Shipping<br>Arrives Oct 8<br>$3.99 | 🚗 Pickup<br>Not available | 🛍️ Delivery<br>Not available |
|---|---|---|

Delivery to  500 NW 2nd Ave

🏬 Sold and shipped by  **invdc**

★★★☆☆ 12 seller reviews
View seller information

🔄 Free 30-day returns  Details

Add to list                                    Add to registry



**About this item**

**Product details**  ⌃

1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml
Material: oil
Color: as the picture shows, (Due to the difference between different monitors, the picture may have slight color difference. please make sure you do not mind before ordering, Thank you!)
Package weight: 125g
Package size: 12.5x4.2x4.2cm,(Please allow 1-3mm error due to manual measurement. please make sure you do not mind before ordering.)
Didlo12 7 Dildo Simulator for Home Bottle Glass Attachment Automatic Dice Roller Double Dongs for Double Penetration Dildo Bin Lipstick Base plus Beginners Oil 4oz Double Penetration Oil Hair And Body Moisturizer Oil 50% Iodine And Oil Oil And Oil

- Nourishes Skin: Jamaican Black Oil Keep Your Face Moisturized, The Fatty Contained In The Oil Are To The Functioning Of The Skin. These Keep The Skin Hydrated, Its Natural Oil Production, Help Reduce Blemishes, , Pimples, And Signs Of Ageing.
- Body Moisturizer: Black Oil Can Also Be Used As An All-over Body Moisturizer—helping To Keep Skin Smooth, Nourished, And Supple. It Is Particularly Effective For Rough Areas Like Feet And Elbows. Simply Apply To Damp Skin After A Shower Or Bath To Lock In .
- Stimulate Hair Growth: Oil Helps Moisturize, Thicken And Strengthen The Hair Follicles. It Locks In The In The Hair Shaft Making Each Strand Thicker And Darker, Organic Oil Helps Stimulate Hair, Eyelashes & Eyebrows Growth Up To Three Times Rate And And Hair Loss.
- Easy To Use: Take A Small Amount Of Nourishment Oil To The Scalp,hair, Body,beard,eyebrows Or Eyelashes,massage With Fingers For 2-3 Minutes Until Absorbed.You Will Feel It Can Nourish And Damaged Hair And Excess Oil.
- Hair Care: Jamaican Black Oil Is A Natural Hair Care Oil Rich In High Vitamin E, Minerals, Proteins,-6 Fatty , Which Can Moisturize The Scalp, Hair Dryness, Control Sebum, Maintain Scalp, Reduce Dandruff, Strengthen Hair Shine And Less Frizz.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

**Specifications**  ⌃

**Brand**
LLQkigsxse

**Manufacturer**
LLQkigsxse

**Cart** (1 item)

🏷️ Pickup and delivery options ⌄



**Shipping** arrives by **Mon, Oct 7**
500 NW 2nd Ave, Unit 10001
$3.99 shipping

Sold and shipped by Jayde
$3.99 seller shipping fee

Pegging Strap on for Couples Beginners 1pcs Black Oil Oil Hair Care Oil
Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml     $4.49
Actual Color: Black
🔄 Free 30-day returns

Remove    Save for later    − 1 +



Continue to checkout

| Subtotal (1 item) | $4.49 |
|---|---|
| Seller shipping | $3.99 |
| **Taxes** | Calculated at checkout |
| **Estimated total** | **$8.48** |

Walmart+  Become a member to get free same-day delivery, gas discounts & more!  ✕
☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller
➕ Add
$5.48
Mainstays Medium Weight PEVA
Shower Liner, 70" x 71" - Clear
Save with W+
Pickup **tomorrow**
Delivery **today**
Shipping, arrives **tomorrow**

Best seller
➕ Add
$9.97
Seasonal Supply Co, Competitor
Soccer Ball Assorted Colors
Save with W+
Shipping, arrives **in 3+ days**

Best seller
➕ Add
$2.98  16.6 ¢/ea
Mainstays Adult & Teen Clothing
Hangers, 18 Pack, Black, Durable
Plastic
Save with W+
Pickup **tomorrow**
Delivery **today**
Shipping, arrives **in 3+ days**

**Beauty Glow Up & Trends**



Best seller
➕ Add
$56.24
Shu Uemura Essence Absolue
Nourishing Protective Hair Oil
5oz/150ml
★★★★★ 297
Shipping, arrives **in 3+ days**

➕ Add
Now $28.50 $38.00 28.5 ¢/ml
Cowshed Indulge Blissful Bath &
Body Oil, 3.38 oz
Save with W+
Shipping, arrives **in 2 days**

➕ Add
$12.31 $3.08/fl oz
Monoi Tiare Coconut Oil Vanilla 4 fl
oz Liq
★★★★½ 22
Shipping, arrives **in 3+ days**



**1. Shipping, arrives by Mon, Oct 7** ✓

Amla Amla                                                        Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                              Edit

House

| | |
|---|---|
| **Subtotal** (1 item) | $4.49 |
| Seller shipping | $3.99 |
| **Estimated taxes** | $0.59 |
| **Estimated total** | **$9.07** |

Have a promo code? ⌄

**Items details**                                                View details

1 item



**2. Payment method** ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Pay by bank** ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay** ⌃

Pay with PayPal                    Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**    Items in your cart are not eligible for Affirm.

*PayPal*                                              affirm

Walmart+  Free 30-day trial

Defendant no. :          100

Defendant Name :     biggeng

Platform:                    Walmart

| Plaintiff VAu 1-517-249 Copyright | biggeng's Infringing Product |
|---|---|
|   |  |

‹ Back to item

# biggeng

★★☆☆☆    See all 2 reviews
2 stars out of 5

**0%**    Overall Positive Rating

Shop all seller items

🏠 Business Name:
guangzhouNIANmingyumaoyiyouxiangongsi

✉ Contact seller

📞 (+86) 13302914301

📍 guangzhoushi tianhequguangzhoudada obeilu613haowulou502shiB05
guangzhoushi, GD 510630, CN

## More items from this seller







| | | |
|---|---|---|
| + Add | + Add | + Add |
| **$4.19** $5.59 | **$6.29** $7.69 | **$6.39** $7.79 |
| Cluster Eyelashes False Lashes Natural Long Curved Comb Clear Band Lashes Real Lashes Strip Gracious Makeup Handmade 5Pairs... | 10X Magnifying Glass 2 Inch Handheld Glass Reading Magnifier For Small Print And Close Examination Of Small Objects (Black) | Clean And Clear Toner Glow Face Beauty Star Universal C Skin Refiner Korean Toner for Face Korean Skin Care Products Facial For... |

## Seller reviews

### 2 out of 5

★★☆☆☆  (2 reviews)

| | |
|---|---|
| 5 stars | |
| 4 stars | |
| 3 stars | 1 |
| 2 stars | |
| 1 star | 1 |

**2 reviews**    Sort by | Most Relevant ▾

★★★☆☆                    09/18/2024

Have not reached out to the seller. I bought two of these so expect
the second one will be destroyed tomorrow. Also, said "no
stuffing" but there is.

Barbara

★☆☆☆☆                    08/09/2024

JP

Anal Beads Dildo Strap Apartment Necessities Dildo compatible with Machine Satsuma 1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml

☆ (No ratings yet)

**$5.09**

Price when purchased online ⓘ

Buy now

Add to cart

**Actual Color:** Black

$5.09

**How do you want your item?**

| Shipping Arrives Oct 11 $3.99 | Pickup Not available | Delivery Not available |

Delivery to **500 NW 2nd Ave**

🏬 Sold and shipped by **biggeng**

★★☆☆☆ 2 seller reviews
View seller information

Not returnable Details

♡ Add to list                                                       🏛 Add to registry



**About this item**

**Product details**

1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml
Material: oil
Color: as the picture shows, (Due to the difference between different monitors, the picture may have slight color difference. please make sure you do not mind before ordering, Thank you!)
Package weight: 125g
Package size: 12.1x4.2x4.2cm,(Please allow 1-3mm error due to manual measurement. please make sure you do not mind before ordering.)
Lotion Candle Lavender Extract First Home Food That Look Real Aromatherapy compatible with Machine Oil

- Nourishes Skin: Jamaican Black Oil Keep Your Face Moisturized, The Fatty Contained In The Oil Are To The Functioning Of The Skin. These Keep The Skin Hydrated, Its Natural Oil Production, Help Reduce Blemishes, , Pimples, And Signs Of Ageing. Jeweled Plug Sleep Drops for Babies Male Dildo Relaxing Sleep Pegging Strap on
- Stimulate Hair Growth: Oil Helps Moisturize, Thicken And Strengthen The Hair Follicles. It Locks In The In The Hair Shaft Making Each Strand Thicker And Darker, Organic Oil Helps Stimulate Hair, Eyelashes & Eyebrows Growth Up To Three Times Rate And And Hair Loss. Rainbow Scents Soap Making Scents Tail Plug Wax Atomizer Coil Plug Tails
- Hair Care: Jamaican Black Oil Is A Natural Hair Care Oil Rich In High Vitamin E, Minerals, Proteins,-6 Fatty , Which Can Moisturize The Scalp, Hair Dryness, Control Sebum, Maintain Scalp, Reduce Dandruff, Strengthen Hair Shine And Less Frizz. Notice Oil Mini Towel Warmer Home And Body Plug Trainer Dildo Holder
- Body Moisturizer: Black Oil Can Also Be Used As An All-over Body Moisturizer—helping To Keep Skin Smooth, Nourished, And Supple. It Is Particularly Effective For Rough Areas Like Feet And Elbows. Simply Apply To Damp Skin After A Shower Or Bath To Lock In . Dildo Large Aromatherapy compatible with Machine Oil Yoga Stuff Clear Bed Tray Potpourri Holder
- Easy To Use: Take A Small Amount Of Nourishment Oil To The Scalp,hair, Body,beard,eyebrows Or Eyelashes,massage With Fingers For 2-3 Minutes Until Absorbed.You Will Feel It Can Nourish And Damaged Hair And Excess Oil. Candle Making Scents The Effect Book by Pastor Washer Beads for Laundry Small Anal Plug Anal Plug Tail

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

**Specifications**

**Assembled Product Weight**
0.19 lb

**Manufacturer Part Number**
Unbranded-001

**Manufacturer**



**Cart** (1 item)

🏷️ **Pickup and delivery options** ⌄

🚚 **Shipping** arrives by **Thu, Oct 10**
500 NW 2nd Ave, Unit 10001
$3.99 shipping

Sold and shipped by biogeno
$3.99 seller shipping fee

Anal Beads Dildo Strap Apartment Necessities Dildo compatible with Machine Satsuma 1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz...
Actual Color: Black

$5.09

Remove    Save for later    − 1 +

**Continue to checkout**

Subtotal (1 item)           $5.09
Seller shipping             $3.99
**Taxes**          Calculated at checkout
Estimated total             $9.08

Walmart+   **Become a member to get free same-day delivery, gas discounts & more!**   ✕
☐ Try Walmart+ free for 30 days!

**Beauty Glow Up & Trends**

**Best seller**

$56.24
Shu Uemura Essence Absolue Nourishing Protective Hair Oil 5oz/150ml
★★★★★ 297
Shipping, arrives **in 3+ days**

Now $28.50 $38.00 28.5 ¢/ml
Cowshed Indulge Blissful Bath & Body Oil, 3.38 oz
**Save with W+**
Shipping, arrives **in 2 days**

$12.31 $3.08/fl oz
Monoi Tiare Coconut Oil Vanilla 4 fl oz Liq
★★★★☆ 22
Shipping, arrives **in 3+ days**



**1. Shipping, arrives by Thu, Oct 10** ✓

Amla Amla                                                                Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                                      Edit

House

| | |
|---|---|
| **Subtotal** (1 item) | $5.09 |
| Seller shipping | $3.99 |
| **Estimated taxes** | $0.64 |
| **Estimated total** | **$9.72** |

Have a promo code?  ⌄

**Items details**                                                        View details

1 item

---

🗔 **2. Payment method**                                                  ⊖

**Pay with card**

VISA · MasterCard · Discover · American Express · Gift Card · EBT · OTC Network · Select Gift Card

Learn more about payment methods we accept.

* Required field

**Card number ***

[ 🗗                                                      ]

Continue

**Pay by bank**                                                          ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

[ **Connect your bank** ]

**Other ways to pay**                                                    ⌃

Pay with PayPal                          Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**   Items in your cart are not eligible for Affirm.

*PayPal*                                 affirm

---

Walmart  Free 30-day trial

Defendant no. :          101

Defendant Name :      PQBWAFI

Platform:                   Walmart

| Plaintiff VAu 1-517-249 Copyright | PQBWAFI's Infringing Product |
|---|---|
|  | |

‹ Back to item

## PQBWAFI

★★★☆☆   See all 2 reviews
3 stars out of 5

**50%**   Overall Positive Rating

Shop all seller items

🏠 Business Name:
Shenzhenshiyinglaijieshipinyouxiangongsi

✉ Contact seller

☎ (+86) 18478106648

📍 ShenZhenShiLuoHuQuHuangBeiJieDao
XinXiuSheQu
XinXiuLu41Hao6DongYiDanYuan302
Shenzhen, GD 518000, CN

### More items from this seller

| | | |
|---|---|---|
| + Add | + Add | + Add |
| **$13.89** | **$15.99** ~~$17.99~~ | **$6.89** ~~$14.89~~ |
| MARCUVMK Straw Hat Cowboy Hat Wide Brim Foldable Sun Hat for Men and Women Outdoor Sports Hat Situable for Camping... | Save Water Drink Margs Printing Trucker Hat Trendy Vintage Funny Cute Graphic Country Tequila Hat Women Men Athletic Cap- 7... | Vivid Artificial Hanging Orchid Bunch Silk Long Hanging Bush Flowers String Hanging Garland Vine Silk Orchid for Wedding Home... |
| ★★★★★ 1 | | |

### Seller reviews

## 3 out of 5

★★★☆☆ (2 reviews)

| | |
|---|---|
| 5 stars | |
| 4 stars | |
| 3 stars | |
| 2 stars | |
| 1 star | 1 |

| | |
|---|---|
| 5 stars | 1 |
| 4 stars | |
| 3 stars | |
| 2 stars | |
| 1 star | 1 |

2 reviews   Sort by | Most Relevant ▾

★☆☆☆☆                                      09/11/2024

This seller sent me the wrong item and now I don't get to have a swinging good time. They also didn't respond to my inquiry about sending the wrong item, and I am very disappointed in my wife left me.

Terry

★★★★★                                      09/02/2024

Linda

MARCUVMK

**MARCUVMK 1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml Makeup Skin Care Products**

☆ (No ratings yet)

◉ Free 30-day returns

**$5.89**

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

**Size:** One Size

| One Size<br>$5.89 |
|---|

**Actual Color:** Black

| Black |
|---|

**How do you want your item?**

| 🚚 Shipping<br>Arrives Oct 4<br>$1.99 | 🚗 Pickup<br>Not available | 🏪 Delivery<br>Not available |
|---|---|---|

Delivery to **500 NW 2nd Ave**

🏢 Sold and shipped by **PQBWAFI**

★★★☆☆ 2 seller reviews
View seller information

◉ Free 30-day returns  Details

♡ Add to list          🏷 Add to registry



**About this item**

**Product details**                                    ⌃

1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml
Material: oil
Color: as the picture shows, (Due to the difference between different monitors, the picture may have slight color difference. please make sure you do not mind before ordering, Thank you!)
Package weight: 125g
Package size: 12.3x4.2x4.2cm,(Please allow 1-3mm error due to manual measurement. please make sure you do not mind before ordering.)

- Stimulate hair growth: oil helps moisturize, thicken and strengthen the hair follicles. It locks in the in the hair shaft making each strand thicker and darker, organic oil helps stimulate hair, eyelashes & eyebrows growth up to three times rate and and hair loss.
- Body moisturizer: black oil can also be used as an all-over body moisturizer—helping to keep skin smooth, nourished, and supple. it is particularly effective for rough areas like feet and elbows. simply apply to damp skin after a shower or bath to lock in.
- Easy to use: take a small amount of nourishment oil to the scalp,hair, body,beard,eyebrows or eyelashes,massage with fingers for 2-3 minutes until absorbed.you will feel it can nourish and damaged hair and excess oil.
- Hair care: jamaican black oil is a natural hair care oil rich in high vitamin e, minerals, proteins,-6 fatty, which can moisturize the scalp, hair dryness, control sebum, maintain scalp, reduce dandruff, strengthen hair shine and less frizz.
- Nourishes skin: jamaican black oil keep your face moisturized, the fatty contained in the oil are to the functioning of the skin. these keep the skin hydrated, its natural oil production, help reduce blemishes, pimples, and signs of ageing.

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it.  See our disclaimer

**Specifications**                                     ⌃

**Brand**
MARCUVMK

**Manufacturer**
MARCUVMK

**Cart** (1 item)



🔖 Pickup and delivery options ⌄



Continue to checkout

🚚 **Shipping** arrives by **Thu, Oct 3**
500 NW 2nd Ave, Unit 10001
$1.99 shipping

Sold and shipped by PQBWAFI
$1.99 seller shipping fee

MARCUVMK 1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml Makeup Skin Care Products
Size: One Size
Actual Color: Black
ⓘ Free 30-day returns     $5.89

Remove     Save for later     − 1 +

| | |
|---|---|
| Subtotal (1 item) | $5.89 |
| Seller shipping | $1.99 |
| **Taxes** | Calculated at checkout |
| **Estimated total** | $7.88 |

Walmart+ **Become a member to get free same-day delivery, gas discounts & more!** ✕
☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller

$5.48
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

$9.97
Seasonal Supply Co. Competitor Soccer Ball Assorted Colors
Save with W+
Shipping, arrives **in 3+ days**

$2.98 16.6 ¢/ea
Mainstays Adult & Teen Clothing Hangers, 18 Pack, Black, Durable Plastic
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

**Beauty Glow Up & Trends**



Best seller

Now **$28.50** $38.00 28.5 ¢/ml
Cowshed Indulge Blissful Bath & Body Oil, 3.38 oz
Save with W+
Shipping, arrives **in 2 days**

Now **$11.99** $13.54 $3.00/fl oz
Monoi Tiare Coconut Oil Vanilla 4 fl oz Liq
★★★★★ 22
Shipping, arrives **in 3+ days**

Now **$33.29** $38.00 98.5 ¢/fl oz
Matrix Biolage Ultra Hydrasource Shampoo 33.8 oz
★★★★☆ 83
Save with W+
Shipping, arrives **in 2 days**



**1. Shipping, arrives by Thu, Oct 3**   ✓

Amla Amla                                                    Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                          Edit

House

| | |
|---|---|
| **Subtotal** (1 item) | $5.89 |
| Seller shipping | $1.99 |
| **Estimated taxes** | $0.55 |
| **Estimated total** | **$8.43** |

Have a promo code?

**Items details**                                          View details

1 item



**2. Payment method**   ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Pay by bank**                                              ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**                                        ⌃

Pay with PayPal                    Pay in monthly installments with Affirm

☐ Remember my PayPal account details    Items in your cart are not eligible for Affirm.

*PayPal*                            affirm

Walmart+  Free 30-day trial

Defendant no. :          102

Defendant Name :      XZZjjl

Platform:                  Walmart

| Plaintiff VAu 1-517-249 Copyright | XZZjjl's Infringing Product |
|---|---|
|  | |

‹ Back to item

## XZZjjl

★☆☆☆☆    See all 1 review
1 stars out of 5

**0%**    Overall Positive Rating

Shop all seller items

🏠  Business Name:
guangzhouozhixikejiyouxiangongsi

✉  Contact seller

📞  (+86) 13078253831

📍  guangzhoushitianhequzhongshandadao
268hao402fangA109
guangzhoushi, GD 510665, CN



### More items from this seller

**$11.99**
XZZjjl 4th of the July Educational Toys For 3
Year Old Colors Es08Ma 12G/ 2.0Kg Metal
Gear High-Speed For Rc Model

**$10.99**
XZZjjl 4th of the July Educational Toys For 1
Year Old Classic Kaleidoscopes Educational
Toys For Kids Party Favors Ideas Stock...

**$8.99**
XZZjjl 4th of the July Grey Wigs Hallowmas
Masquerade Punk Mohawk Mohican Hairstyle
Cockscomb Hair Wig Bu

### Seller reviews

# 1 out of 5

★☆☆☆☆  (1 review)

| | |
|---|---|
| 5 stars | |
| 4 stars | |
| 3 stars | |
| 2 stars | |
| 1 star | 1 |

**1 review**    Sort by | Most Relevant ▾

★☆☆☆☆                                      09/12/2024

I paid for and ordered a 1000 piece puzzle I received 123 piece
puzzle!! Seller wants to give partial refund! Not acceptable full
refund or send me what I paid for!

dawn

XZZjjl

XZZjjl Makeup Black Oil Oil Hair Care Oil Emollient Oil Dry Hairuces Frizz Hair Loss Breakage 60Ml Lavender For Sleep Beginner Anal Lavender Jelly Sweet Sticks Dildo Thrust Glass Oil For Scalp Dildo

(No ratings yet)

**$8.99**

Price when purchased online ⓘ

| Buy now |
| Add to cart |

**Actual Color:** Black



$8.99

**How do you want your item?**

| Shipping Arrives Oct 11 $1.98 | Pickup Not available | Delivery Not available |

Delivery to **500 NW 2nd Ave**

Sold and shipped by **XZZjjl**

★☆☆☆☆ 1 seller review
View seller information

Not returnable  Details

♡ Add to list                        Add to registry



**About this item**

**Product details**

Set Lipstick Raincoat Double Head Lipstick Film Non Stick Cup Non Fading Beauty Makeup 2ML
Material:
Color: as the picture shows, (Due to the difference between different monitors, the picture may have slight color difference. please make sure you do not mind before ordering, Thank you!)
Package weight: 80g
Package size: 14x2x2cm,(Please allow 1-3mm error due to manual measurement. please make sure you do not mind before ordering.)

- ♥  【Pendant Neck Massager】 This Rechargeable Portable Electric Neck And Shoulder Massager Is Powered By USB, 1200mAh Battery . Fully Charged Electric Neck And Shoulder Massager, Use 15 Minutes A Day, Battery Life Is Over 15 Days. At The Same Time, This Neck, Shoulder And Leg Massager Is Also A Great Gift Choice For Mom, Dad And Friends.
- ♥  【Upgrade- Pendant Wearing】 Pendant Neck Massager Uses Advanced - Technology To Give A Warm Energy Spa To The Tired Spine. Portable Electric Neck And Shoulder Massager ,It Is Conducive To Muscle Contraction And Relaxation,and Easily Reduce Fatigue. (If Your Skin Is Too Dry, Please Use It After Wiping It With A Damp Towel)
- ♥  【Small But Powerful--Neck Massager With Heat】 The Pendant Neck Massager Has A Combination Mode, A Tapping Mode, A Kneading Mode, A Pressing Mode, And The First Gear 42°C, The Second Gear 47°C, The Third Gear 52°C,  3 Temperatures And 9 Strengths. Levels 1-3 Are Suitable For Daily Neck , And Levels 4-6 Are Suitable For Chronic Strain. 7-15 Are Suitable For Stiff Neck Injuries. Customize Experience With The Pendant Shape Neck Massager With Heat.
- ♥  【Multiple Parts Use - Pendant Neck Massager】 The Pendant Neck Massager Is Designed With Ergonomic Curved Electrodes. It Is Not Limited To Neck Massage, But Can Be Used In Many Places On The Body. For Example: Arms, Thighs, Shoulders, Etc. Can Also Be Used. The Neck Pendant Massager Can Be Freely Fitted To Various Parts Of The Body To Achieve The Purpose Of Relaxing The Whole Body.
- ♥  【Light And No Burden 】 The Comfortable Pendant Neck Massager Is Matched With A Small Size, Allowing You To It Whenever You Want, And Enjoy Happiness Brought By The Portable Electric Neck And Shoulder Massager At Any Time.You Can Use This Mini Neck Massager Smart Neck Pendant In Many Places On The Way, Office, Outdoor, Fitness Room Or Train, Neck Massager For For Is Very Small In Size, You Can Easily Put It In Your Pocket And Use It At Any Time.

ⓘ We aim to show you accurate product information. Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

**Specifications**

**Brand**
XZZjjl

**Manufacturer Part Number**
XZZjjl-001

**Manufacturer**

**Cart** (1 item)

🏷️ **Pickup and delivery options** ⌄



**Shipping** arrives by Thu, Oct 10
500 NW 2nd Ave, Unit 10001
$1.98 shipping

Sold and shipped by XZZjl
$1.98 seller shipping fee

XZZjl Makeup Black Oil Oil Hair Care Oil Emollient Oil Dry Hairuces Frizz Hair
Loss Breakage 60MI Lavender For Sleep Beginner Anal Lavender Jelly Sweet...
Actual Color: Black

$8.99

Remove      Save for later      − 1 +

**Continue to checkout**

| | |
|---|---|
| **Subtotal** (1 item) | $8.99 |
| Seller shipping | $1.98 |
| **Taxes** | Calculated at checkout |
| **Estimated total** | **$10.97** |

Walmart+  **Become a member to get free same-day delivery, gas discounts & more!** ✕

☐ Try Walmart+ free for 30 days!

**Beauty Glow Up & Trends**



Best seller

**$56.24**
Shu Uemura Essence Absolue
Nourishing Protective Hair Oil
5oz/150ml
★★★★★ 297
Shipping, arrives in 3+ days

**Now $28.50** $38.00 28.5 ¢/ml
Cowshed Indulge Blissful Bath &
Body Oil, 3.38 oz
Save with W+
Shipping, arrives in 2 days

**$12.31** $3.08/fl oz
Monoi Tiare Coconut Oil Vanilla 4 fl
oz Liq
★★★★☆ 22
Shipping, arrives in 3+ days



**1. Shipping, arrives by Thu, Oct 10** ✅

Amla Amla                                                        Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**                            Edit

House

---

| | |
|---|---|
| **Subtotal** (1 item) | $8.99 |
| Seller shipping | $1.98 |
| **Estimated taxes** | $0.77 |
| **Estimated total** | **$11.74** |

Have a promo code?                                              ⌄

**Items details**                                    View details

1 item

---



**2. Payment method**                                           ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

Card number *

Continue

**Pay by bank**                                                 ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**                                           ⌃

Pay with PayPal                    Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**    Items in your cart are not eligible for Affirm.

PayPal                             affirm

Walmart+  Free 30-day trial

Defendant no. :            103

Defendant Name :       Yanecun

Platform:                    Walmart

| Plaintiff VAu 1-517-249 Copyright | Yanecun's Infringing Product |
|---|---|
|  |  |

‹ Back to item

## Yanhecun

★★⯪☆☆
2.7 stars out of 5

See all 19 reviews

**42%**  Overall Positive Rating

Shop all seller items

🏠 Business Name:
guangzhouzhengguanshengmaoyiyouxiangongsi

✉ Contact seller

☎ (+86) 18126249144

📍 baiyunqubaiyundadaobeilu
1302hao206fangF79
guangzhoushi, GD 510420, CN

## More items from this seller



 



+ Add                      + Add                      + Add

$8.19                      $14.54                     $4.79
ZENMELE Summer Mat For Dogs Cats Pet    ZENMELE 2 Piece Steamer Pot Stainless Steel    ZENMELE Beauty Tools Microneedle Stamp
Self Mat Soft Rectangle Washable Bed    Food Steam Cooking Vegetable Steaming    Adjustable Ergonomic Derma Stamp Face
Cushion For Small Medium Large Breed    Basket Kitchen Cookware Steamer Saucepot...    Needle Stamp White
★☆☆☆☆ 1                  ★★☆☆☆ 1

## Seller reviews

# 2.7 out of 5
★★⯪☆☆ (19 reviews)

| | | |
|---|---|---|
| 5 stars | | 8 |
| 4 stars | | |
| 3 stars | | |
| 2 stars | | 1 |
| 1 star | | 10 |

19 reviews    Sort by | Most Relevant ▾

★☆☆☆☆                                    09/12/2024
I ordered the item and was given a tracking number. 10 days later I
get a notification that the delivery was cancelled and a refund was
initiated with no explanation whatsoever. Now I get to order from
elsewhere and wait the shipping time all over again. Poor service
and zero correspondence.
BnB

★☆☆☆☆                                    09/09/2024
do not deal with this guy he's a rip off he never sent me my
merchandise won't answer the phone or reply to a text
Brittany

★★★★★                                   09/17/2024
I love that I took out the extended warranty on my leaf blower!
Elaine

★★★★★                                   08/10/2024
Logistics is fast, customer service is very patient and gentle
Jeffrey

★★★★★                                   08/07/2024
Logistics is fast, customer service is very patient and gentle
Bartholomew

★☆☆☆☆                                    09/18/2024
Tammie

★★★★★                                   09/10/2024
nancy

★☆☆☆☆                                    09/03/2024
Brandi

★★★★★                                   08/17/2024
Thomas

★☆☆☆☆                                    08/14/2024
Krista

( 1 )    2    ( › )

ZENMELE

ZENMELE Essential oil 1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml

☆ (No ratings yet)

◉ Free 30-day returns

**$5.99**

Price when purchased online ⓘ

| Buy now |
|---|

| Add to cart |
|---|

**Size:** One Size

| One Size |
|---|
| $5.99 |

**Actual Color:** Black

◯

### How do you want your item?

| 🚚 Shipping Arrives Oct 12 $2.99 | 🚗 Pickup Not available | 🛍 Delivery Not available |
|---|---|---|

Delivery to **500 NW 2nd Ave**

🏛 Sold and shipped by **Yanhecun**

★★☆☆☆ 19 seller reviews
View seller information

◉ Free 30-day returns  Details

♡ Add to list                    🎁 Add to registry

♡
🔍

‹ ›

### About this item

**Product details**                    ⌃

1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml
Features:
Hair Care: Jamaican black oil is a natural hair care oil rich in high vitamin E, minerals, proteins,-6 fatty , which can moisturize the scalp, hair dryness, control sebum, maintain scalp, reduce dandruff, strengthen hair shine and less frizz.
Stimulate Hair Growth: oil helps moisturize, thicken and strengthen the hair follicles. It locks in the in the hair shaft making each strand thicker and darker, organic oil helps stimulate hair, eyelashes & eyebrows growth up to three times rate and and hair loss.
Nourishes Skin: Jamaican black oil keep your face moisturized, the fatty contained in the oil are to the functioning of the skin. These keep the skin hydrated, its natural oil production, help reduce blemishes, , pimples, and signs of ageing.
Body Moisturizer: Black oil can also be used as an all-over body moisturizer--helping to keep skin smooth, nourished, and supple. It is particularly effective for rough areas like feet and elbows. Simply apply to damp skin after a shower or bath to lock in .
Easy To Use: Take a small amount of nourishment oil to the scalp,hair, body,beard,eyebrows or eyelashes,massage with fingers for 2-3 minutes until absorbed.You will feel it can nourish and damaged hair and excess oil.
Product Description:
1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml
Material: oil
Color: as the picture shows, (Due to the difference between different monitors, the picture may have slight color difference. please make sure you do not mind before ordering, Thank you!)
Package weight: 125g
Package size: 12.1x4.2x4.2cm,(Please allow 1-3mm error due to manual measurement. please make sure you do not mind before ordering.)

• Keep your skin soft, moist, and elastic
• It can improve the dryness of the skin while calming the irritated skin again, and lock the skin to achieve PH . It is suitable for any part of the body.
• Skin care oil
• When you apply it on your body, it will be quickly absorbed without heaviness and stickiness. It is suitable for all types of skin. Recommended for use on the face and neck to tighten and lift the skin.
• Which has a good moisturizing function. For people with dry skin, it can play a very good moisturizing effect. At the same time, it can also improve fine lines and dullness caused by dry skin. (Can be used with liquid foundation to make makeup softer)

ⓘ **We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

**Cart** (1 item)

🏷️ Pickup and delivery options ⌄

Shipping arrives by **Fri, Oct 11**
<u>500 NW 2nd Ave, Unit 10001</u>
$2.99 shipping

Sold and shipped by <u>Yanhecun</u>
$2.99 seller shipping fee

ZENMELE Essential oil 1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair
Reduces Frizz Hair Loss Breakage 60ml
Size: One Size
Actual Color: Black
ⓘ Free 30-day returns

$5.99

Remove    Save for later    − 1 +

| | |
|---|---|
| Subtotal (1 item) | $5.99 |
| Seller shipping | $2.99 |
| Taxes | Calculated at checkout |
| **Estimated total** | **$8.98** |

Continue to checkout

Walmart+  Become a member to get free same-day
delivery, gas discounts & more!  ✕
☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller
+ Add
$5.48
Mainstays Medium Weight PEVA
Shower Liner, 70" x 71" - Clear
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

Best seller
+ Add
$9.97
Seasonal Supply Co. Competitor
Soccer Ball Assorted Colors
Save with W+
Shipping, arrives **in 3+ days**

Best seller
+ Add
$2.98 16.6 ¢/ea
Mainstays Adult & Teen Clothing
Hangers, 18 Pack, Black, Durable
Plastic
Save with W+
Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

**Beauty Glow Up & Trends**



Best seller
+ Add
$56.24
Shu Uemura Essence Absolue
Nourishing Protective Hair Oil
5oz/150ml
★★★★★ 297
Shipping, arrives **in 3+ days**

+ Add
Now **$28.50** $38.00 28.5 ¢/ml
Cowshed Indulge Blissful Bath &
Body Oil, 3.38 oz
Save with W+
Shipping, arrives **in 2 days**

+ Add
$12.31 $3.08/fl oz
Monoi Tiare Coconut Oil Vanilla 4 fl
oz Liq
★★★★½ 22
Shipping, arrives **in 3+ days**



**1. Shipping, arrives by Fri, Oct 11**  ✓

Amla Amla                                        Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**             Edit

House

**Items details**                               View details

1 item

| | |
|---|---|
| Subtotal (1 item) | $5.99 |
| Seller shipping | $2.99 |
| **Estimated taxes** | $0.63 |
| **Estimated total** | **$9.61** |

Have a promo code?  ⌄



**2. Payment method**  ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number** *

[                                                ]

Continue

**Pay by bank**  ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

Connect your bank

**Other ways to pay**  ⌃

Pay with PayPal                    Pay in monthly installments with Affirm

☐ Remember my PayPal account details    Items in your cart are not eligible for Affirm.

PayPal                              affirm

Walmart  Free 30-day trial

Defendant no. :          104

Defendant Name :      BAWN  LLC

Platform:                 Walmart

| Plaintiff VAu 1-517-249 Copyright | BAWN  LLC's Infringing Product |
|---|---|
|  | |

‹ Back to item

## BAWN LLC

★★★☆☆  See all 39 reviews
2.9 stars out of 5



**46%**  Overall Positive Rating

Shop all seller items

🏠 Business Name:
jinanbaoanshangmaoxiaoshouyouxiangongsi

✉ Contact seller

☎ (++86) 13049872038

📍 jiyangqujibeijiedaozhenganluyufuyangji
ejiaohuichuhuaxinxiandaichengA17-1-30
7-1
jinanshi, SD 250000, CN

About Seller

---

## Seller reviews

# 2.9 out of 5

★★★☆☆ (39 reviews)

| 5 stars | 14 |
|---------|----|
| 4 stars | 4 |
| 3 stars | 2 |
| 2 stars | 2 |
| 1 star | 17 |

**Most helpful positive review**

★★★★★

I didn't have the need to contact the seller cause everything went smoothly. The item was smaller then I thought it would be but it turns out it is just perfect. It is one of my grandson's favorite toy and I like that it plays longer then most of the toys you buy at the stores. So the seller did amazing and the toy is loved.

BB

**VS**

**Most helpful negative review**

★☆☆☆☆

Still have not gotten my order. Several days late. Why should order originate from Atlanta , go to New York , when I live four hours from Atlanta.

donna

---

**39 reviews**   Sort by | Most Relevant ▾

★★★★★                          09/12/2024

I didn't have the need to contact the seller cause everything went smoothly. The item was smaller then I thought it would be but it turns out it is just perfect. It is one of my grandson's favorite toy and I like that it plays longer then most of the toys you buy at the stores. So the seller did amazing and the toy is loved.

BB

★★★☆☆                          09/11/2024

We know people that have purchased similar products different brands etc. my advice is don't buy cheap. It's worth it so spend the extra and get the ones that work. Less hassle in the long run !

Danielle

★☆☆☆☆                          08/23/2024

Still have not gotten my order. Several days late. Why should order originate from Atlanta , go to New York , when I live four hours from Atlanta.

donna

★☆☆☆☆                          08/03/2024

Do NOT purchase from this seller! Ordered Big Red House Oven Mitts in gray and received some cheaply made, knock off with no tags, covered in hair and in black.

Angelina

★☆☆☆☆                          09/21/2024

product was apparently old and it showed. white crust build up on nozzle. spray button inoperative. Very poor representation of the product .

Eddie

★★★★★                          09/10/2024

This seller is recommended to others. Their goods are as represented in their ad, and they ship fast and package well.

Mary

GOLFAN

Jamaican Black Castor Oil for Hair Growth 60ml(2.02 fl.oz) Natural Moisturizer for Face, Body & Nails, Carrier Oil for Essential Oils and DIY Beauty

☆ (No ratings yet)

🚚 Free shipping   🔄 Free 30-day returns

**$9.70**

Price when purchased online ⓘ

| Buy now |
| Add to cart |

Size: 1pcs

| 1pcs $9.70 | 2pcs $16.68 | 3pcs $22.03 |
| 5pcs $40.99 | | |

**How do you want your item?**

| Shipping Arrives Oct 3 Free | Pickup Not available | Delivery Not available |

Delivery to 500 NW 2nd Ave

Sold and shipped by BAWN LLC

★★★☆☆ 39 seller reviews
View seller information

🔄 Free 30-day returns  Details

♡ Add to list

🎁 Add to registry

**More seller options (1)**
Starting from $11.29  Compare all sellers









♡
🔍

›

**About this item**

**Product details**                                                                                                ⌄

Product details:

GOLFAN Jamaican Black Castor Oil for Hair Growth & Skin Conditioning - Nourishes and Hydrates Hair, Skin & Nails - 100% Pure Cold Pressed - 2 oz\%

Jamaican Black Castor Oil has been used for centuries to treat many ailments. It is a natural hair care oil rich in omega-6 fatty acids, which can moisturize the scalp, prevent hair dryness, promote hair follicle growth, and prevent hair loss. At the same time, it is a good conditioner which can repair damaged hair, reduce dark yellow hair split ends. The fatty acids contained in the oil are essential to the healthy functioning of the skin. These keep the skin hydrated, regulate its natural oil production, help to keep problems such as spots at bay and helps combat signs of ageing.

How to Use:

* Castor oil can be applied directly to hair and skin/body, or it can be diluted into any cream, shampoo or conditioner by adding 2-3 drops per 100ml.

* Put a few drops of Jamaican Black Castor Oil on the palm of your hand and gently massage the product onto the scalp or skin.

* Once done, put it on your hair until your next shampoo.

* We recommend once or twice a week for at least three months, which is usually when you see new hair appear.

Warnings:

**Cart** (1 item)

🚚 Pickup and delivery options ⌄



Free shipping arrives by **Wed, Oct 2**
500 NW 2nd Ave, Unit 10001

Sold and shipped by **BAWN LLC**

Free shipping

Jamaican Black Castor Oil for Hair Growth 60ml(2.02 fl.oz) Natural Moisturizer for Face, Body & Nails, Carrier Oil for Essential Oils and DIY...
Size: 1pcs

ⓘ Free 30-day returns

$9.70

Remove    Save for later    − 1 +

| | |
|---|---|
| Subtotal (1 item) | $9.70 |
| Shipping | Free |
| Taxes | Calculated at checkout |
| Estimated total | $9.70 |

Continue to checkout

Walmart+ **Become a member to get free same-day delivery, gas discounts & more!** ✕

☐ Try Walmart+ free for 30 days!

**Popular items in your area**



Best seller

⊕ Add

$5.48
Mainstays Medium Weight PEVA Shower Liner, 70" x 71" - Clear

Save with W+

Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **tomorrow**

Best seller

⊕ Add

$9.97
Seasonal Supply Co. Competitor Soccer Ball Assorted Colors

Save with W+

Shipping, arrives **in 3+ days**

Best seller

⊕ Add

$2.98 16.6 ¢/ea
Mainstays Adult & Teen Clothing Hangers, 18 Pack, Black, Durable Plastic

Save with W+

Pickup **tomorrow**
Delivery **tomorrow**
Shipping, arrives **in 3+ days**

**Beauty Glow Up & Trends**



Best seller

⊕ Add

$56.24
Shu Uemura Essence Absolue Nourishing Protective Hair Oil 5oz/150ml
★★★★★ 297
Shipping, arrives **in 3+ days**

⊕ Add

Now **$28.50** $30.00 28.5 ¢/ml
Cowshed Indulge Blissful Bath & Body Oil, 3.38 oz

Save with W+

Shipping, arrives **in 2 days**

⊕ Add

Now **$11.99** $13.54 $3.00/fl oz
Monoi Tiare Coconut Oil Vanilla 4 fl oz Liq
★★★★★ 22
Shipping, arrives **in 3+ days**



**1. Free shipping, arrives by Wed, Oct 2**

Amla Amla                                          Edit
500 NW 2nd Ave, Unit 10001, Miami, FL 33101

**Delivery instructions (optional)**               Edit

House

| | |
|---|---|
| Subtotal (1 item) | $9.70 |
| Shipping | Free |
| **Estimated taxes** | $0.68 |
| **Estimated total** | **$10.38** |

Have a promo code?                                 ⌄

**Items details**                              View details

1 item



**2. Payment method**                              ⊖

**Pay with card**

Learn more about payment methods we accept.

* Required field

**Card number ***

[                                              ]

                                              Continue

**Pay by bank**                                    ⌃

Connect your bank account for easier payment setup with no expiration and faster refunds.

[ Connect your bank ]

**Other ways to pay**                              ⌃

Pay with PayPal              Pay in monthly installments with Affirm

☐ **Remember my PayPal account details**   Items in your cart are not eligible for Affirm.

[ PayPal ]                   [ affirm ]

Walmart+ Free 30-day trial

Defendant no. :          108

Defendant Name :     Candy LLC/Bawn LLC

Platform:                 Walmart

| Plaintiff VAu 1-517-249 Copyright | Candy LLC/Bawn LLC's Infringing Product |
|---|---|
|  | |

10/25/24, 5:48 PM                                                           Seller BAWN LLC

‹ Back to item

# BAWN LLC


3 stars out of 5    See all 68 reviews

**51%**   Overall Positive Rating

Shop all seller items

🏠 Business Name:
jinanbaoanshangmaoxiaoshouyouxiangongsi

✉ Contact seller

📞 (++86) 13049872038

📍 jiyangqujibeijiedaozhenganluyufuyangji
ejiaohuichuhuaxinxiandaichengA17-1-30
7-1
jinanshi, SD 250000, CN

About Seller

## Seller reviews

# 3 out of 5

★★★☆☆ (68 reviews)



| | | |
|---|---|---|
| 5 stars | | 25 |
| 4 stars | | 10 |
| 3 stars | | 3 |
| 2 stars | | 3 |
| 1 star | | 27 |

### Most helpful positive review

★★★★★

I didn't have the need to contact the seller cause everything went smoothly. The item was smaller then I thought it would be but it turns out it is just perfect. It is one of my grandson's favorite toy and I like that it plays longer then most of the toys you buy at the stores. So the seller did amazing and the toy is loved.

BB

**VS**

### Most helpful negative review

★☆☆☆☆

I tried emailing you with no response that I seen... I received Halloween ones not the reversible ones I ordered. They look nothing like the picture.

Na

**68 reviews**    Sort by | Most Relevant ▾

★★★★★                          09/12/2024

I didn't have the need to contact the seller cause everything went smoothly. The item was smaller then I thought it would be but it turns out it is just perfect. It is one of my grandson's favorite toy and I like that it plays longer then most of the toys you buy at the stores. So the seller did amazing and the toy is loved.

BB

★☆☆☆☆                          08/23/2024

Still have not gotten my order. Several days late. Why should order originate from Atlanta , go to New York , when I live four hours from Atlanta.

donna

★★★☆☆                          09/11/2024

We know people that have purchased similar products different brands etc. my advice is don't buy cheap. It's worth it so spend the extra and get the ones that work. Less hassle in the long run !

Danielle

★☆☆☆☆                          08/03/2024

Do NOT purchase from this seller! Ordered Big Red House Oven Mitts in gray and received some cheaply made, knock off with no tags, covered in hair and in black.

Angelina

★☆☆☆☆                          09/28/2024

I tried emailing you with no response that I seen... I received Halloween ones not the reversible ones I ordered. They look nothing like the picture.

Na

★☆☆☆☆                          07/24/2024

I ordered this item on the 11th of July, it stayed in California until 20th of July, absolutely no reason it should've stayed there for 9 days. It moved quickly across to IL then Ohio once it left.

Rose

10/25/24, 5:45 PM                    JEEMAYTOO Hair Growth Oil: Jamaican Black Castor Oil 60ml - Natural Moisturizer for Face, Body & Nails - Walmart.com



JEEMAYTOO

**JEEMAYTOO Hair Growth Oil: Jamaican Black Castor Oil 60ml - Natural Moisturizer for Face, Body & Nails**

☆ (No ratings yet)

Count Per Pack: 1

| 1<br>$9.74 | 2<br>$13.09 | 3<br>$16.04 |
|---|---|---|

**At a glance**

| Brand<br>JEEMAYTOO | Count<br>1 | Hair type<br>All Hair Types |
|---|---|---|
| Hair care key benefits<br>Moisturizing | | |

View all specifications

**About this item**

- 【ESSENTIAL FOR SKIN CARE】Our multipurpose jamaican black castor oil are what will keep you in a healthy state including your Hair, Face, Nails& Skin. For its light and gentle, can be fast absorbed to moisture your skin which is even the most sensitive.
- 【HAIR CARE】1.Makes the hair grow longer & thicker in short time, also prevents hair loss. 2. Our black castor oil for hair growth is rich in omega-6 fatty acids strengthening proteins to help improve texture and prevent splitting, do help to hydrate & soften hair, give deep nourishment to hair, control sebum, maintain healthy scalp, strengthen hair shine and moisturize dry hair with less frizz,hair loss and breakage. 3. Stop itches & control the dandruff produces.
- 【GOOD MOISTURIZER】1.It not only can fade dull and yellowish tone, inhibit melanin deposit, but also help reduce wrinkles, fine lines, dark spots, and other aging spots,which helps combat signs of ageing. 2. Our black castor oil hydrates nail beds, cuticles, and the surrounding skin, which promotes healthy nail growth. As a result, nails are less likely to break and peel, resulting in longer, healthier nails. Also soften dry hands and hard skin on the feet.
- 【BODY MOISTURIZER】1.Our jamaican castor oil is a fantastic choice for an all-over body moisturizer. The nourishing ingredients make the skin smooth and supple. Just apply after a shower or bath to lock in moisture. 2.Improving skin conditions, fighting breakouts, acne& pimples, reducing facial oiliness, and being an amazing natural beauty product for men and women. 3.Promotes skin hydration & elasticity, tone skin&soothe skin dryness.Can be your massage daily skin care routine!
- 【EASY TO USE】Take a small amount of 100% Pure Moisturizing Oil to the scalp，hair, body，beard，eyebrows or eyelashes，massage with fingers for 2-3 minutes until absorbed.You will feel it can nourish and repair damaged hair and remove excess oil...

View more

**$9.74**

Price when purchased online ⓘ

🚚 Free shipping   🎁 Free Holiday returns until Jan 31

| Add to cart |
|---|

**How do you want your item?**

| 🚚<br>Shipping<br>Arrives Nov 7<br>Free | 🚗<br>Pickup<br>Not available | 🏬<br>Delivery<br>Not available |
|---|---|---|

Delivery to 55

🏬 Sold and shipped by **BAWN LLC**

★★★☆☆ 68 seller reviews

View seller information

↻ Extended holiday returns **Details**
Free Holiday returns until Jan 31

♡ Add to list                    🖊 Add to registry

10/25/24, 5:48 PM                                                          walmart.com/cart

**Cart** (1 item)

🏷️ Pickup and delivery options  ⌄

🚚 **Free shipping** arrives by **Wed, Nov 6**
   Miami, 109

Sold and shipped by BAWN LLC
Free shipping

JEEMAYTOO Hair Growth Oil: Jamaican Black Castor Oil 60ml - Natural        $9.74
Moisturizer for Face, Body & Nails
Count Per Pack: 1
🔄 Free holiday returns until Jan 31

Remove    Save for later          −   1   +

**Continue to checkout**

For the best shopping experience, sign in

Subtotal (1 item)                              $9.74
Shipping                                        Free
**Taxes**                    Calculated at checkout

**Estimated total**                            $9.74

Walmart+  **Become a member to get free same-day delivery, gas discounts & more!**
☐ New members get a free 30-day trial

**Popular items in your area**



$2.97                    $1.72 $3.44/100 ct        $5.00
Mainstays Light Weight PEVA Shower   Great Value Disposable Foam Cups, 8   5-Piece Hairbrush Set, Pink,
Liner, Clear                         Ounce, 50 Count                      Unbranded
Save with W+          Save with W+                 Save with W+
Pickup tomorrow       Pickup tomorrow              Pickup tomorrow
Delivery today        Delivery today               Delivery today
Shipping, arrives in 3+ days  Shipping, arrives in 3+ days  Shipping, arrives in 2 days

**Add your essentials**



$1.44                    $0.97                       $5.54 $5.54/100 ct
Crayola Crayons, 24 Count, Back to   Pen+Gear 80 ct Marble Composition   Great Value Everyday Paper Plate,
School Supplies, Classroom Supplies, Book, 9.75 x 7.5 Wide Ruled         8.5", 100ct, Patterned
Assorted Classic Colors, Gifts       ⭐⭐⭐⭐⭐ 599                         ⭐⭐⭐⭐ 28991
⭐⭐⭐⭐ 561           Save with W+                 Save with W+
Save with W+          Pickup tomorrow              Pickup tomorrow
Pickup tomorrow       Delivery today               Delivery today
Delivery today        Shipping, arrives in 3+ days  Shipping, arrives in 3+ days
Shipping, arrives in 3+ days

**New Fall Rollbacks**



$98.00                   Now $323.91 $359.91         Now $97.00 $179.00
Weston Home Dark Cherry Ladder       DecMode Metal Storage Bench with    Weston Home Mission White Slat
Back Counter Height Stool,           Tufted Faux Leather, Brown, Set of 3 Headboard, Queen
Dark Grey Linen                      ⭐⭐⭐⭐ 6                           ⭐⭐⭐ 28
⭐⭐⭐⭐ 14            Save with W+                 Save with W+
Save with W+          Shipping, arrives in 2 days   Shipping, arrives in 3+ days
Shipping, arrives in 3+ days

Defendant no. :         109

Defendant Name :        MYY Co.ltd

Platform:               Walmart

| Plaintiff VAu 1-517-249 Copyright | MYY Co.ltd's Infringing Product |
|---|---|
|  |  |

10/25/24, 5:55 PM                                                                 Seller PetShopChoice

# PetShopChoice

☆☆☆☆☆

No reviews yet

Shop all seller items

---

🏠 Business Name: PetShopChoice Inc.

✉ Contact seller

📞 (209) 630-6312

📍 2433 Legend Dr
   Colorado Springs, CO 80920, US

## Seller reviews

This seller doesn't have any reviews yet.

10/25/24, 5:53 PM                    Jamaican Black Castor Oil, Organic Body Message Oil, 100% Pure & Natural Cold Pressed Anti-Aging Essential Oil, Hair Nourishing Oil for Eyelashes, Dry Skin Moisturizer 2 PCS - Walmart.com



CKK

**Jamaican Black Castor Oil, Organic Body Message Oil, 100% Pure & Natural Cold Pressed Anti-Aging Essential Oil, Hair Nourishing Oil for Eyelashes, Dry Skin Moisturizer 2 PCS**

★★★★★ (4.5) | 2 ratings

Count: 2

| 1 | 2 | 3 |
|---|---|---|
| $7.89 | See more seller options | $15.12 |

## At a glance

| Brand | Count | Hair type |
|---|---|---|
| CKK | 2 | All Hair Types |

View all specifications

## About this item

- **100% Pure & Natural** - Our Castor Oil is 100% pure cold pressed, unrefined and all natural, making it the ultimate treatment for dry skin and hair. Often referred to as nature's moisturizer for its ability to mimic the skin's sebum.Contains vitamin E and omega-6 fatty acids can help reduce dandruff and moisturize dry, irritated scalp.
- **Castor Oil For Hair Growth** - It has many other uses as well, including moisturizing dry hair, can be used on hair, eyelashes and eyebrows to promote hair growth, can also be used for skin care, with moisturizing and anti-aging effects.
- **Castor Oil For Body Massage** - Because of all its benefits for skin,Castor Oil is the ideal choice for massage oil recipes. It won't leave skin feeling greasy and sticky, is non-allergenic, and won't stain fabrics. In addition, Castor Oil is shelf-stable because, unlike other oils, it does not oxidize or turn rancid over time because it doesn't contain triglycerides.
- **Nourish and Smooth Skin** - Keep your face moisturized and reduce blemishes, acne, pimples, scars, and fine lines without leaving your skin dry. Pure castor oil is a great organic hair oil and acts as a oil free moisturizer to repair hair.
- **Perfect Gift** - It's the perfect present for a friend, girlfriend, wife, mom, grandma, brother, husband or anyone that wants to look their best naturally!

View more ⌄

| See more seller options |
|---|

| ♡ Add to list | 🗂 Add to registry |
|---|---|

**More seller options (3)**
Starting from $4.74  Compare all sellers



Sponsored
$9.99
Rapid Growth Hair Oil 30ml (Premium)| Premium infused| top 24 Organic Herbal Blends| Fenugreek| Rosemary| Argan| Saw Palmetto| Ginseng| Castor Oil
3+ day shipping

| + Add |
|---|

## About this item

Defendant no. :        110

Defendant Name :       WalGRHFR

Platform:              Walmart

| Plaintiff VAu 1-517-249 Copyright | WalGRHFR's Infringing Product |
|---|---|
|  | |

10/25/24, 5:57 PM                                                                                          Seller AaSFJEG

‹ Back to item

# AaSFJEG


4.7 stars out of 5

See all 6 reviews

**83%**  Overall Positive Rating

Shop all seller items

🏠 Business Name:
   ShenZhenshifuhuanshangMaoYouxianGongsi

✉ Contact seller

📞 (+86) 18476809729

📍 LonggangquLongChengJieDaoailianSh
   equRuyiLu55HaoXiCejinShundashaCdo
   ng602
   ShenZhenShi, GD 518172, CN

About Seller

## Seller reviews

# 4.7 out of 5

★★★★★ (6 reviews)



**6 reviews**   Sort by  Most Relevant ▾

★★★★★                    09/29/2024
What a wonderful pocket watch! It has a great weight in
my hand, which gives it a sense of quality. And the dial is
so easy to read.
Veromca

★★★★★                    09/27/2024
This pocket watch is so charming. It has a soft ticking
sound that is very soothing. It's like a little friend in my
pocket.
Theodore

★★★★★                    09/26/2024
I simply like this pocket watch. It has a certain nicethat
is hard to find these days. It takes me back to a more
refined era.
Lance

★★★★★                    10/22/2024
Stephanie

★★★☆☆                    09/04/2024
Thomas

★★★★★                    09/04/2024
Jennifer

## About Seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

2024✈7-10Days Delivery is committed to providing each customer with the highest standard of customer
service. ✈✈✈Shipping: Expedited shipping will take 3-5 days. Standard shipping will take 7-15 days. Delivery
within 24 hours. 【Brand Introduction】Welcome to Lenago Clothing Store, AaSFJEG is focused on high quality
and cost-effective fashion clothing style. Dedicated to creating high-quality urban men and women's dress
style.Please search for AaSFJEG+Women+ Gifts/ Tops / T-shirts / Dress / Swinmsuits / Bra / Hoodies /
Sweatshirts / Cardigan / Tank Top / Pants / Coats / Jackets,Or click on the AaSFJEG brand name on the heading
to find more surprises!! Only order from AaSFJEG Shop on WLM can enjoy your best customer service and
product quality.

10/25/24, 5:59 PM                    AaSFJEG 1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss age 60ml 2024 - Walmart.com



AaSFJEG

**AaSFJEG 1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss age 60ml 2024**
⭐ (No ratings yet)

**Actual Color:** Black

 
$6.99

**At a glance**

| Brand | Count |
|---|---|
| AaSFJEG | 1 |

View all specifications

**About this item**

- Stimulate Hair Growth: Oil Helps Moisturize, Thicken and Strengthen The Hair Follicles. It Locks In The In The Hair Shaft Making Each Strand Thicker and Darker, Organic Oil Helps Stimulate Hair, Eyees & Eyebrows Growth Up to Three Times Rate and and Hair Loss.
- Body Moisturizer: Black Oil Can Also Be Used As An All-over Body Moisturizer—helping to Keep Skin Smooth, Nourished, and Supple. It is Particularly Effective for Rough Areas Like Feet and Elbows. Simply Apply to Damp Skin After A Shower Or Bath to Lock In
- Nourishes Skin: Jamaican Black Oil Keep Your Face Moisturized, The Fatty Contained In The Oil Are to The Functioning of The Skin. These Keep The Skin Hydrated, Its Natural Oil Production, Help Reduce Blemishes, , Pimples, and Signs of Ageing.
- Easy to Use: Take A Small Amount of Nourishment Oil to The Scalp,hair, Body,beard,eyebrows Or Eyees,massage with Fingers for 2-3 Minutes Until Absorbed.You Will Feel It Can Nourish and Damaged Hair and Excess Oil.
- Hair Care: Jamaican Black Oil is A Natural Hair Care Oil Rich In High Vitamin E, Minerals, Proteins,-6 Fatty , Which Can Moisturize The Scalp, Hair Dryness, Control Sebum, Maintain Scalp, Reduce Dandruff, Strengthen Hair Shine and Less Frizz.

View more ⌄



**$6.99**
Price when purchased online ⓘ

⊘ Free Holiday returns until Jan 31

**Add to cart**

**How do you want your item?**

| 🚚 Shipping<br>Arrives Nov 14<br>$4.99 | 🚗 Pickup<br>Not available | 🚙 Delivery<br>Not available |
|---|---|---|

Delivery to **Miami**

Sold and shipped by **AaSFJEG**
⭐⭐⭐⭐ 6 seller reviews
View seller information

⊘ Extended holiday returns  Details
Free Holiday returns until Jan 31

♡ Add to list          🏛 Add to registry

10/25/24, 6:00 PM                                                                                              walmart.com/cart



## Cart (1 item)

🛍️ **Pickup and delivery options**  ⌄

🚚 **Shipping** arrives by Thu, Nov 14
Miami, 109
$4.99 shipping

Sold and shipped by AaSFJEG
$4.99 seller shipping fee

AaSFJEG 1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss age 60ml 2024     $6.99
Actual Color: Black
ⓘ Free Holiday returns until Jan 31

Remove    Save for later    −  1  +

**Continue to checkout**

For the best shopping experience, sign in

Subtotal (1 item)                    $6.99
Seller shipping                      $4.99

**Taxes**                  Calculated at checkout

**Estimated total**                 $11.98

Walmart+ Become a member to get free same-day delivery, gas discounts & more!
☐ New members get a free 30-day trial

### Popular items in your area

Best seller



+ Add

$2.97
Mainstays Light Weight PEVA Shower Liner, Clear

Save with W+
Pickup tomorrow
Delivery today
Shipping, arrives in 3+ days

$1.72 $2.44/100 ct
Great Value Disposable Foam Cups, 8 Ounce, 50 Count

Save with W+
Pickup tomorrow
Delivery today
Shipping, arrives in 3+ days

$5.00
5-Piece Hairbrush Set, Pink, Unbranded

Save with W+
Pickup tomorrow
Delivery today
Shipping, arrives tomorrow

### Add your essentials



+ Add

$1.44
Crayola Crayons, 24 Count, Back to School Supplies, Classroom Supplies, Assorted Classic Colors, Gifts

Save with W+
Pickup tomorrow
Delivery today
Shipping, arrives in 3+ days

$0.97
Pen+Gear 80 ct Marble Composition Book, 9.75 x 7.5 Wide Ruled

Save with W+
Pickup tomorrow
Delivery today
Shipping, arrives in 3+ days

$5.54 $5.54/100 ct
Great Value Everyday Paper Plate, 8.5", 100ct, Patterned

Save with W+
Pickup tomorrow
Delivery today
Shipping, arrives in 3+ days

### New Fall Rollbacks

Rollback        Rollback



+ Add

$25.76
DecMode Silver Aluminum Metal Bell Wall Decor with Anchor Backing

Shipping, arrives in 2 days

Now $150.14 $196.95
Essence Joann Multi Woven Polypropylene Area Rug

Save with W+
Shipping, arrives in 2 days

Now $21.80 $25.73
DecMode Indoor Gray Wood Traditional Wall Decor

Save with W+
Shipping, arrives in 3+ days

Defendant no. :          112

Defendant Name :     lhydz

Platform:                 Walmart

| Plaintiff VAu 1-517-249 Copyright | lhydz's Infringing Product |
|---|---|
|  | |

10/25/24, 6:02 PM                                                                Seller lhydz



‹ Back to item

# lhydz


★★★★☆
3.9 stars out of 5                                            See all 16 reviews

**63%**   Overall Positive Rating

Shop all seller items

🏠 Business Name:
shenzhenshilaihongyushipin you
xiangongsi

✉ Contact seller

📞 (+86) 18681451562

📍 longhuaqu
minzhijiedaominyueshequminyuegong
yeyuan16dong0401
shenzhenshi, GD 518110, CN

**About Seller**



## Seller reviews

# 3.9 out of 5

★★★★☆ (16 reviews)

5 stars ▬▬▬▬▬▬▬▬▬ 10
4 stars ▬▬▬▬▬▬▬▬▬▬
3 stars ▬▬▬ 3
2 stars ▬▬▬▬▬▬▬▬▬▬
1 star ▬▬▬ 3

**16 reviews**    Sort by | Most Relevant ▾

★☆☆☆☆                                    10/16/2024
the product appears to be used, and not full. will not
buy from this seller again.
buyer

★★★☆☆                                    12/30/2023
to small . not big enough to read . good quality product
though and fast shipping
April

★☆☆☆☆                                    01/19/2023
Never received my package. emailed seller never heard
from them again
Joe

★★★★★                                    09/16/2024

★★★★★                                    09/05/2024
Janet

★★★★★                                    09/01/2024
JOSEPHAMOUS

★★★★★                                    01/18/2024
Michelle

★★★★★                                    01/11/2024
Jo

★★★☆☆                                    12/22/2023
PJOR

★★★★★                                    09/20/2023
Katie

( 1 )   2   ⟩

## About Seller

ⓘ This seller may also engage in manufacturing, importing or reselling consumer products.

We are a reliable commodities exported supplier,our aim is,provide the best shopping experience





Baycosin

**Baycosin 1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz Hair Loss Breakage 60ml**

☆ (No ratings yet)

**Size:** One Size

| One Size |
| $10.24 |

**Actual Color:** Black

**At a glance**

| Brand |
| Baycosin |

View all specifications

**About this item**

- Nourishes Skin: Jamaican black oil keep your face moisturized, the fatty contained in the oil are to the functioning of the skin
- These keep the skin hydrated, its natural oil production, help reduce blemishes, , pimples, and signs of ageing
- Hair Care: Jamaican black oil is a natural hair care oil rich in high vitamin E, minerals, proteins,-6 fatty , which can moisturize the scalp, hair dryness, control sebum, maintain scalp, reduce dandruff, strengthen hair shine and less frizz

View more ⌄



**$10.24**

Price when purchased online ⓘ

🚚 Free shipping   ⟳ Free Holiday returns until Jan 31

| Add to cart |

**How do you want your item?**

| 🚚 Shipping<br>Arrives Nov 12<br>Free | 🚗 Pickup<br>Not available | 🏬 Delivery<br>Not available |

Delivery to **Miami**

🏪 Sold and shipped by **Ihydz**
★★★★☆ 16 seller reviews
View seller information

⟳ **Extended holiday returns**   Details
Free Holiday returns until **Jan 31**

♡ Add to list                    🎁 Add to registry

10/25/24, 6:03 PM                                                                walmart.com/cart

**Cart** (1 item)



💳 **Pickup and delivery options** ⌄

🚚  **Free shipping** arrives by **Tue, Nov 12**
    Miami, 109

Sold and shipped by  iRvdz
Free shipping



Baycosin 1pcs Black Oil Oil Hair Care Oil Emollient Oil Dry Hair Reduces Frizz      **$10.24**
Hair Loss Breakage 60ml
Size: One Size
Actual Color: Black

ℹ️ Free Holiday returns until Jan 31

Remove    Save for later    ⊖    1    ⊕

**Continue to checkout**

For the best shopping experience, sign in

Subtotal (1 item)          $10.24
Shipping                    Free
**Taxes**           Calculated at checkout

**Estimated total**        **$10.24**

Walmart+   **Become a member to get free same-day
             delivery, gas discounts & more!**
☐ New members get a free 30-day trial

---

**Popular items in your area**



$2.97                    $1.72 $3.44/100 ct       $5.00

Mainstays Light Weight PEVA Shower   Great Value Disposable Foam Cups, 8    5-Piece Hairbrush Set, Pink,
Liner, Clear                         Ounce, 50 Count                       Unbranded

Save with W+             Save with W+              Save with W+
Pickup tomorrow          Pickup tomorrow           Pickup tomorrow
Delivery today           Delivery today            Delivery today
Shipping, arrives in 3+ days   Shipping, arrives in 3+ days   Shipping, arrives tomorrow

---

**Add your essentials**



$1.44                    $0.97                     $5.54 $5.54/100 ct

Crayola Crayons, 24 Count, Back to   Pen+Gear 80 ct Marble Composition    Great Value Everyday Paper Plate,
School Supplies, Classroom Supplies,  Book, 9.75 x 7.5 Wide Ruled          8.5", 100ct, Patterned
Assorted Classic Colors, Gifts
⭐⭐⭐⭐⭐ 561       ⭐⭐⭐⭐⭐ 599       ⭐⭐⭐⭐⭐ 28591

Save with W+             Save with W+              Save with W+
Pickup tomorrow          Pickup tomorrow           Pickup tomorrow
Delivery today           Delivery today            Delivery today
Shipping, arrives in 3+ days   Shipping, arrives in 3+ days   Shipping, arrives in 3+ days

---

**New Fall Rollbacks**



Now $14.97 $19.91        Now $95.00 $96.95         Now $65.00 $80.61

Melissa & Doug Slice and Bake        Boss Office Contoured Comfort        Westlake RP18 All Season 205/70R15
Wooden Cookie Play Food Set          Rolling Fabric Drafting Stool in Gray   96H Passenger Tire Fits: 1983 Nissan
⭐⭐⭐⭐⭐ 394       ⭐⭐⭐⭐⭐ 6           280ZX Turbo, 1990 Buick Electra Pa...
                                                               ⭐⭐⭐⭐⭐ 58
Save with W+             Save with W+              Save with W+
Pickup tomorrow          Shipping, arrives in 3+ days
Delivery today                                     Shipping, arrives in 2 days
Shipping, arrives tomorrow

Removed: Aasfjeg 1pcs Black Oil Oil Hair Care Oil Emollient...                        Undo    ✕

Defendant no. :          116

Defendant Name :      S&P_Sales

Platform:                  E-bay

| Plaintiff VAu 1-517-249 Copyright | S&P_Sales's Infringing Product |
|---|---|
|  | |

Hi! <u>Sign in</u> or <u>register</u>    <u>Daily Deals</u>    <u>Brand Outlet</u>    <u>Gift Cards</u>    <u>Help & Contact</u>    Sell    Watchlist    My eBay    🔔    🛒 1

    Shop by category    | 🔍 Search for any... | All Categories ⌄ |    Search

# S&P_Sales

**99.6%** positive feedback    **12K** items sold    **513** followers

⬆ Share    💬 Contact    ♡ Save Seller

| ☰ Categories | Shop | Sale | **About** | Feedback | 🔍 Search all ⌄ |

## About us

Location: **United States**
Member since: **Aug 12, 2018**
Seller: **plsales**

## Top Rated Seller

S&P_Sales is one of eBay's most reputable sellers. Consistently delivers outstanding customer service <u>Learn more</u>

## Do you like our store experience? 👍 👎

Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay

ebay    Shop by category    🔍 Search for anything    | All Categories ▾ |    **Search**

**Back to home page**    Health & Beauty  ›  Hair Care & Styling  ›  Treatments, Oils & Protecto...    Share    Add to Watchlist

## People who viewed this item also viewed

6Oz Jamaican Black Castor Oil Organic 100% Pure Cold Pressed Hair...
Private
**$12.79**
$15.99
Free shipping
Sponsored

Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hair...
Business
**$9.99**
Free shipping

⋮

**9 VIEWED IN THE LAST 24 HOURS**    ⤢    7 ♡

### Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hair Growth Oil!!!

 **S&P Sales** (3414)
99.6% positive
Seller's other items
Contact seller

Condition:    New with box ⓘ

Quantity:   | 1 |    Last one   7 sold

**US $10.75**

Buy It Now

Add to cart

♡ Add to watchlist

People are checking this out. 7 have added this to their watchlist.

Popular item. 7 have already sold.

     

Have one to sell?  **Sell now**

Shipping:    **Free** USPS Ground Advantage®.
See details
Located in: Herriman, Utah, United States

## Similar Items
Sponsored

Feedback on our suggestions  |  **See all**

Delivery:    Estimated between **Tue, Sep 24** and **Sat, Sep 28** to 33101 ⓘ

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:

6Oz Jamaican Black Castor Oil Organic 100% Pure Cold Pressed Hair Growth Oil
New · Private
**$12.79**
$15.99 20% off

8oz Jamaican Black Castor Oil, Organic Castor Oil Cold Pressed in Glass Bottle
New · Business
**$10.95**
Free 2-4 day shipping

Hair Therapy Australia Shampoo & conditioner Strength & Restore Castor o...
New
**$38.00**
0 bids

Special financing available. See terms and apply now

**Shop with confidence**

eBay Money Back Guarantee



Hi! Sign in or register    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay

eBay    Shop by category    [Search for anything]    All Categories    Search

# Shopping cart

Send Us Your Comments

You're signed out right now. To save these items or see your previously saved items, **sign in**.

2023 High Quality Ring Resin Male Chastity Device/belt Lock Cage V5 Holy Trainer was removed from your cart.



plsales
99.6% positive feedback

Request combined shipping ⓘ

To complete your order, **go to checkout** and update your shipping address.

**LAST ONE**
**Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hair Growth Oil!!!**
New with box

Qty 1
$10.75

Save for later    Remove

Save up to 20% when you buy more
Increase your item quantity to qualify



| | |
|---|---|
| Item (1) | $10.75 |
| Shipping to 33101 ⓘ | Free |
| **Subtotal** | **$10.75** |

Go to checkout

Ⓢ Purchase protected by **eBay Money Back Guarantee**

## Explore related items
Sponsored

6Oz Jamaican Black Castor Oil Organic 100% Pure Cold...
New · Private
**$12.79**
$15.99 20% off
Free shipping
30 sold

2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold...
New · Private
**$13.69**
Free shipping
Seller with 100% positive feedback

Organic Hair Growth & Nourishment Pure Jamaican Black Cast...
New · Business
**$12.54**
$14.94 16% off
Free shipping
20% off 2+ with coupon

2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold...
New · Private
**$13.65**
Free shipping
Seller with 100% positive feedback

12O
Ca
Bla
Ne
$10
Fre
33

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

 **Checkout**

How do you like our checkout? [Give us feedback](#)

New! Pay with Venmo for fast and easy checkout.

### Pay with

- ○ PayPal
- ○ Venmo
- ○ Add new card
- ○ Google Pay
- ○ ⌄

| | |
|---|---|
| Item (1) | US $10.75 |
| Shipping | Free |
| Tax* | US $0.75 |

### Order total        US $11.50

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

( Confirm and pay )

Select a payment method

$ Purchase protected by **eBay Money Back Guarantee**

### Ship to

amla jackson
500 nw
miami, FL 33101
United States
(281) 937-4192
[Change](#)

### Review order

Seller: plsales    |    [Add note for seller](#)



[ LAST ONE ]

Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hair Growth Oil!!!
US $10.75

Quantity 1

Returns accepted

**Delivery**
Free USPS Ground Advantage
Est. delivery: Sep 24 – Sep 26

Defendant no. :          117

Defendant Name :    estelede.11

Platform:                  E-bay

| Plaintiff VAu 1-517-249 Copyright | estelede.11's Infringing Product |
|---|---|
|   |  |



Hi! <u>Sign in</u> or <u>register</u>     <u>Daily Deals</u>     <u>Brand Outlet</u>     <u>Gift Cards</u>     <u>Help & Contact</u>          Sell   Watchlist     My eBay

🔍 Search for anyth...     All Categories ⌄     Search

Shop by category

# estelede.11

**98.3%** positive feedback (2477)     **9.0K** items sold     **359** followers

💬 Contact     🤍 Save

☰ Categories          Shop     **About**     Feedback          🔍 Search all 505 item

## About

Location: **United States**
Member since: **Feb 05, 2015**

Do you like our profile experience?  👍  👎

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates

Help & Contact     Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, Privacy, <u>Consumer Health Data</u>, <u>Payments Terms of Use</u>, <u>Cookies</u>, <u>CA Privacy Notice</u>, <u>Your Privacy Choices</u>     and <u>AdChoice</u>

9/20/22, 8:10 AM                     ALiver Jamaican Black Castor Oil | 100% Pure Cold Pressed | 4oz - Hair Skin Body | eBay



Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Gift Cards    Help & Contact     Sell     Watchlist     My eBay

Shop by category    🔍 Search for anything    | All Categories ▾ |    **Search**

Back to home page    Health & Beauty  ›  Hair Care & Styling  ›  Treatments, Oils & Protecto...

Share     Add to Watchlist

## People who viewed this item also viewed

| 2 Pk ALiver Jamaican Black Castor Oil 100%... | 2 ALiver Jamaican Black Castor Oil 2.02 oz Hair Skin... |
|---|---|
| Private | Private |
| **$15.00** | **$18.99** |
| + $6.00 shipping | Free shipping |
|  | Sponsored |

⋮

**14 VIEWED IN THE LAST 24 HOURS**



⤢    21 ♡

‹    ›

### ALiver Jamaican Black Castor Oil | 100% Pure Cold Pressed | 4oz - Hair Skin Body

**estelede.11**(2477)
98.3% positive
Seller's other items
Contact seller

Condition:   **New with box** ⓘ

Quantity:   | 1 |   10 available   **45 sold**

## US $19.99

**Buy It Now**

**Add to cart**

♡ **Add to watchlist**

Have one to sell?  **Sell now**

## Similar Items
Sponsored

See all

♡       ♡       ♡

**This one's trending.** 45 have already sold.

**People want this.** 21 people are watching this.

Shipping:   **Free** USPS First Class®.
See details

Located in: Long Beach, California, United States



Hi! Sign in or register    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay    🔔    🛒 1

ebay    Shop by category

[Search for anything]    All Categories ▾    Search

# Shopping cart                    Send Us Your Comments

You're signed out right now. To save these items or see your previously saved items, **sign in.**

Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hair Growth Oil!!! was removed from your cart.



estelede.11
98.3% positive feedback

Request combined shipping ⓘ

🚫 To complete your order, **go to checkout** and update your shipping address.

**45 SOLD**

ALiver Jamaican Black Castor Oil |
100% Pure Cold Pressed | 4oz - Hair
Skin Body

New with box

Qty  [ 1 ▾ ]

$19.99

Save for later    Remove



Item (1)                    $19.99
Shipping to 33101 ⓘ          Free

**Subtotal**          **$19.99**

[ Go to checkout ]

$ Purchase protected by **eBay Money
Back Guarantee**

## Explore related items
Sponsored

| | | | | |
|---|---|---|---|---|
| 2 ALiver Jamaican Black Castor Oil 2.02 oz Hair Skin Body 100... | 2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold... | 2 ALiver Jamaican Black Castor Oil 100% Pure Cold Pressed 4... | 6Oz Jamaican Black Castor Oil Organic 100% Pure Cold... | 6pa... Ca... Ca... Ne... |
| New · Private | New · Private | New · Private | New · Private | |
| $18.99 | $13.69 | $18.00 | $12.79 | $3... |
| Free 2-3 day shipping | Free shipping | Free shipping | ~~$15.99~~ 20% off | Fre... |
| 🔷 Top Rated Plus | Seller with 100% positive feedback | 🔷 Top Rated Plus | Free shipping | Sel... pos... |
| Seller with 100% positive feedback | | Seller with 99.2% positive feedback | 30 sold | |

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and
AdChoice

 **Checkout**

How do you like our checkout? Give us feedback

New! Pay with Venmo for fast and easy checkout.

| Pay with | |
| --- | --- |
| ○ | PayPal |
| ○ | Venmo |
| ○ | Add new card |
| ○ | Google Pay |
| ○ | ⌄ |

**Ship to**
amla amla
500 Nw 2nd Ave
Miami, FL 33101-0105
United States
(702) 575-9624
Change

| Item (1) | US $14.95 |
| --- | --- |
| Shipping | Free |
| Tax* | US $1.05 |

| **Order total** | **US $16.00** |
| --- | --- |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment method

🛡 Purchase protected by **eBay Money Back Guarantee**

**Review order**

Seller: kellyam1214   |   Add note for seller

 **LAST ONE**

ALIVER Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed 4 Oz | TikTok

US $14.95

Quantity 1

Returns accepted

**Delivery**
Free USPS Priority Mail
Est. delivery: Sep 25 – Sep 30

Defendant no. :          118

Defendant Name :      Healthnutlv

Platform:                   E-bay

| Plaintiff VAu 1-517-249 Copyright | Healthnutlv's Infringing Product |
|---|---|
|  | |

Hi amla!    **Daily Deals**    **Help & Contact**                    **Sell**    Watchlist    My eBay

 **Shop by category**

Search for anyt        All Categories ⌄        Search

# healthnutlv

**99.2%** positive feedback     **6.3K** items sold     **510** followers

⬆ Share      💬 Contact      ♡ Save Seller

☰ Categories        Shop     Sale     **About**     Feedback        🔍 Search all 1

## About us

Location: **United States**
Member since: **Oct 08, 2022**
Seller: **heathnutlv**

## Top Rated Seller

healthnutlv is one of eBay's most reputable sellers. Consistently delivers outstanding customer service **Learn more**

## Do you like our store experience?  

Hi amla! | Daily Deals | Help & Contact

Sell   Watchlist   My eBay

ebay Shop by category

Search for anything   All Categories   Search

Back to home page | Health & Beauty > Hair Care & Styling > Treatments, Oils & Protecto...

Share   Add to Watchlist

EXTRA **25% OFF** 3+ ITEMS WITH CODE **HEALTHNUT25**   See all eligible items and terms



5 VIEWED IN THE LAST 24 HOURS



     

### 5 Sealed Jamaican Black Castor Oil Cold Pressed 2floz Skincare Extra Virgin

healthnutlv (1281)
99.2% positive
Seller's other items
Contact seller

**US $18.00**
Was US $20.00 (10% off)   ⓘ Price details

Condition: New with box ⓘ

Sale ends in: Ended

Quantity: 1   More than 10 available   2 sold

Buy It Now

Add to cart

♡ Add to watchlist

Popular item. 2 have already sold.

Shipping: **US $15.70** USPS Ground Advantage®.
See details
Located in: North Las Vegas, Nevada, United States

Delivery: Estimated between **Tue, Sep 24** and **Fri, Sep 27** to 33101 ⓘ

Returns: Seller does not accept returns.
See details

Payments:

### Similar Items
Sponsored

Feedback on our suggestions   |   See all



LAST ONE

Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hair Growth...
New
**$10.75**
Free shipping
Seller with 99.7% positive feedback

ALMOST GONE

ALiver Jamaican Black Castor Oil | 100% Pure Cold Pressed | 4oz - Hair Skin Body
New
**$19.99**
Free shipping
45 sold

ALiver Jamaican Black Castor Oil | 100% Pure Cold Pressed | 4oz - Hair Skin Body
New
**$12.59**
US $13.99 10% off
Free shipping

### Shop with confidence



Top Rated Plus
Top rated seller, fast shipping, and free returns. Learn more

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Feedback



Hi amla!     Daily Deals     Help & Contact                                    Sell     Watchlist     My eBay     🔔      🛒 1

ebay     Shop by category     [Search for anything]     [All Categories ▾]     Search

# Shopping cart                                                                    **Send Us Your Comments**



Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hair Growth Oil!!! was removed from your cart.

**heathnutlv**
99.2% positive feedback

Request combined shipping ⓘ

| | | Item (1) | US $18.00 |
| | | Shipping to 33101 ⓘ | US $15.70 |

**2 SOLD**

**5 Sealed Jamaican Black Castor Oil Cold Pressed 2floz Skincare Extra Virgin**

New with box

Qty [1 ▾]

US $18.00
+ US $15.70
USPS Ground Advantage

| Subtotal | US $33.70 |

**Go to checkout**

Save for later    Remove

🔵 Purchase protected by **eBay Money Back Guarantee**

✅ **Offer applied**
**Save up to 10%**                                                               ›

## Explore related items
Sponsored



| 2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold... | 4 pack Jamaican Black Castor Oil, Organic Castor Oil Cold... | 6pack Jamaican Black Castor Oil, Organic Castor Oil Cold... | 2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold... | ALi Ca Co Ne |
| New | New | New | New | |
| $13.69 | $24.95 | $33.95 | $13.65 | $19 |
| Free shipping | Free shipping | Free shipping | Free shipping | Fre |
| Seller with 100% positive feedback | Seller with 100% positive feedback | Seller with 100% positive feedback | Seller with 100% positive feedback | 45 |

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

 **Checkout**

How do you like our checkout? [Give us feedback](#)

New! Pay with Venmo for fast and easy checkout.

| Pay with |
| --- |
| ○        PayPal |
| ○        Venmo |
| ○    Add new card |
| ○        Google Pay |
| ○        ⌄ |

| Item (1) | US $18.00 |
| --- | --- |
| Shipping | US $15.70 |
| Tax* | US $2.36 |

**Order total**     **US $36.06**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

[ Confirm and pay ]

Select a payment method

💲 Purchase protected by **eBay Money Back Guarantee**

### Ship to
amla jackson
500 nw
miami, FL 33101
United States
(281) 937-4192
[Change](#)

### Review order

Seller: heathnutlv   |   [Add note for seller](#)



5 Sealed Jamaican Black Castor Oil Cold Pressed 2floz Skincare Extra Virgin
**US $18.00** ~~US $20.00~~

Quantity
1   ⌄

**Delivery**
Est. delivery: Sep 24 – Sep 27
USPS Ground Advantage
**US $15.70**

Defendant no. :  119

Defendant Name : Game Lott

Platform:            E-bay

| Plaintiff VAu 1-517-249 Copyright | Game Lott's Infringing Product |
|---|---|
|  | |



Hi amla!          **Daily Deals**    **Help & Contact**                    **Sell**    Watchlist    My eBay            1

Shop by category        Search for anyt    All Categories        Search

# Game lott

**98.4%** positive feedback       **8.0K** items sold       **273** followers

⬆ Share      💬 Contact      ♡ Save Seller

Shop      Sale      **About**      Feedback          🔍 Search all 907 items

## About us

Location: **United States**
Member since: **Jan 05, 2014**
Seller: **kellyam1214**

## Top Rated Seller

Game lott is one of eBay's most reputable sellers. Consistently delivers outstanding customer service [Learn more](#)

## Do you like our store experience?  

Hi amla! Daily Deals Help & Contact

Sell Watchlist My eBay



ebay Shop by category

Search for anything | All Categories | **Search**

Back to home page   Health & Beauty ›  Hair Care & Styling ›  Treatments, Oils & Protecto...

Share   Add to Watchlist

LAST ITEM AVAILABLE



### ALIVER Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed 4 Oz | TikTok

Game lott (2242)
98.4% positive
Seller's other items
Contact seller

**US $14.95**

Condition:     New with box ⓘ

Quantity:  1     **Last one**  1 sold

Buy It Now

Add to cart

♡ Add to watchlist

**Other people bought this.** 1 has already sold.

**Hurry before it's gone.** 1 person is watching this item.

Shipping:   **Free** USPS Priority Mail®. See details
Located in: Rogers, Arkansas, United States

Delivery:   Estimated between **Wed, Sep 25** and **Mon, Sep 30** to 33101 ⓘ

Returns:   30 days returns. Buyer pays for return shipping. See details

Payments:

## Similar Items
Sponsored

Feedback on our suggestions  |  See all

  

LAST ONE

**Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold Pressed New 120**
New
**$12.00**
Free shipping
⬛ Top Rated Plus
Seller with 99.1% positive feedback

**Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hair Growth...**
New
**$10.75**
Free shipping
Seller with 99.7% positive feedback

**New Premium Moroccan Argan Oil based Beard Oil Cedarwood & Nutmeg by...**
New (Other)
**$9.99**
0 bids
5d 14h
Free shipping

### Shop with confidence

**Top Rated Plus**
Top rated seller, fast shipping, and free returns. Learn more

**eBay Money Back Guarantee**
Get the item you ordered or your money back. Learn more

Feedback

Hi amla!    Daily Deals    Help & Contact                                    Sell    Watchlist    My eBay

ebay    Shop by category                    Search for anything                    All Categories        Search

# Shopping cart

Send Us Your Comments

5 Sealed Jamaican Black Castor Oil Cold Pressed 2floz Skincare Extra Virgin was removed from your cart.



**kellyam1214**
98.4% positive feedback

Request combined shipping ⓘ

**LAST ONE**
**ALIVER Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed 4 Oz | TikTok**

New with box

Qty 1
US $14.95
Free shipping
USPS Priority Mail
Returns accepted

Save for later    Remove

Item (1)                        US $14.95
Shipping to 33101 ⓘ            Free

**Subtotal**                    **US $14.95**

Go to checkout

💲 Purchase protected by eBay Money Back Guarantee

## Explore related items
Sponsored

| 2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold... | 6Oz Jamaican Black Castor Oil Organic 100% Pure Cold... | 2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold... | Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold... | ALi... Ca... Co... Ne... |
|---|---|---|---|---|
| New | New | New | New | |
| $13.69 | $12.79 US $15.99 20% off | $13.65 | $12.00 | $1... |
| Free shipping | Free shipping | Free shipping | Free shipping | Fre... |
| Seller with 100% positive feedback | 30 sold | Seller with 100% positive feedback | 🔷 Top Rated Plus Seller with 99.1% positive feedback | 45... |

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

 **Checkout**

How do you like our checkout? Give us feedback

## Review order

Seller: kellyam1214 | Add note for seller



**LAST ONE**

ALIVER Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed 4 Oz | TikTok

**$14.95**

Quantity 1

Returns accepted

**Delivery**
Free USPS Priority Mail
Est. delivery: Sep 25 – Sep 30

| | |
|---|---|
| Item (1) | $14.95 |
| Shipping | Free |
| Tax* | $1.05 |

## Order total $16.00

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

$ Purchase protected by eBay Money Back Guarantee

## Ship to

amla amla
500 NW 2nd Ave
Miami, FL 33101-0105
United States
k0x7vk4u3g@expressletter.net
(999) 999-9999

Change

## Pay with

○   PayPal

○   Venmo

○  Add new card

○   Google Pay

○   Special financing available.
Apply now. See terms

Defendant no. :   120

Defendant Name : huey_g

Platform:   E-bay

| Plaintiff VAu 1-517-249 Copyright | huey_g 's Infringing Product |
|---|---|
|     |  |

Hi amla!    **Daily Deals**    **Brand Outlet**    **Gift Cards**    **Help & Contact**    Sell    Watchlist    My eBay

**ebay**    Shop by category

Search for anyt    All Categories    Search

The seller is away until Fri, Sep 20, 2024. Expect a delay in delivery until they return.

# huey_g

**99.4%** positive feedback (570)    **1.7K** items sold    **80** followers

💬 Contact    ♡ Save

☰ Categories    Shop    **About**    Feedback    🔍 Search all 204 item

## About

Location: **United States**
Member since: **Sep 13, 2020**

## Top Rated Seller

huey_g is one of eBay's most reputable sellers. Consistently delivers outstanding customer service **Learn more**

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice




Hi! **Sign in** or **register**     Daily Deals     Brand Outlet     Gift Cards     Help & Contact     Sell    Watchlist    My eBay



Shop by category

| Search for | All Categories ▾ | **Search** |

**Back to home page**    Health & Beauty ›  Hair Care & Styling ›  Treatments, Oils & Protecto…

**Share**    Add to Watchlist

> The seller is away until Sep 20, 2024. If you buy this item, expect a delay in shipping.

## People who viewed this item also viewed

Aliver Jamaican Black Castor…
Private
**$12.00**
Free shipping
Sponsored

ALIVER Jamaican Black Castor…
Private
**$14.95**
Free shipping

⋮







Have one to sell? **Sell now**

### 2 New Aliver Jamaican Black Castor Oil 2 oz Bottles 100% Pure Cold Pressed 2026

**huey_g** (570)
99.4% positive
Seller's other items
Contact seller

Condition:    **New with box** ⓘ

Quantity:   | 1 |    2 available
1 sold

**US $16.00**

Buy It Now

Add to cart

Hi **(Sign in)**   Daily Deals   Brand Outlet   Gift Cards   Help & Contact

Sell   Watchlist   My eBay   🔔   🛒 1

ebay   Shop by category

[Search for anything]   All Categories ▾   Search

# Shopping cart

**Send Us Your Comments**

ALIVER Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed 4 Oz | TikTok was removed from your cart.

You're signed out right now. To save these items or see your previously saved items, sign in.

The seller of one or more items in your cart is on vacation. If you wish to purchase the item, please allow additional time for your order to be shipped.

You can also contact the seller and ask to be notified when they return.

---

**huey_g**
99.4% positive feedback

Request combined shipping ⓘ

ⓘ The seller is on vacation. If you wish to purchase the item, please allow additional time for your order to be shipped.



**1 SOLD**

**2 New Aliver Jamaican Black Castor Oil 2 oz Bottles 100% Pure Cold Pressed 2026**

New with box

Qty  [1 ▾]

**$16.00**
Free shipping

USPS Ground Advantage

Free returns

Save for later   Remove

| | |
|---|---|
| Item (1) | $16.00 |
| Shipping to 33101 ⓘ | Free |

### Subtotal   $16.00

[ Go to checkout ]

🅢 Purchase protected by **eBay Money Back Guarantee**

---

## Explore related items
Sponsored

| | | | | |
|---|---|---|---|---|
| 2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold... | 6Oz Jamaican Black Castor Oil Organic 100% Pure Cold... | 2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold... | Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold... | 4 p... Ca... Ca... |
| New | New | New | New | Ne... |
| **$13.69** | **$12.79** | **$13.65** | **$12.00** | **$2...** |
| Free shipping | ~~$15.99~~ 20% off | Free shipping | Free shipping | Fre... |
| Seller with 100% positive feedback | Free shipping | Seller with 100% positive feedback | 🔷 Top Rated Plus | Sel... |
| | 30 sold | | Seller with 99.1% positive feedback | po... |

---

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

New! Pay with Venmo for fast and easy checkout.

| Pay with | | Items (2) | $24.00 |
|---|---|---|---|

**Pay with**

○ PayPal

○ Venmo

○ Add new card

○ Google Pay

○ Special financing available. Apply now. <u>See terms</u>

Items (2)                    $24.00
Shipping                      $6.23
Tax*                          $2.12

**Order total             $32.35**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

( Confirm and pay )

Select a payment method

💲 Purchase protected by **eBay Money Back Guarantee**

**Ship to**
amla amla
500 Nw 2nd Ave
Miami, FL 33101-0105
United States
(702) 575-9624
<u>Change</u>

**Review order**

Seller:  huey_g  |  <u>Add note for seller</u>  |  <u>Pay only this seller</u>

 2 New Aliver Jamaican Black Castor Oil 2 oz Bottles 100% Pure Cold Pressed 2026
**$16.00**

Quantity
1 ⌄            <u>Remove</u>

Free returns

**Delivery**
**Free USPS Ground Advantage**

Defendant no. :   121

Defendant Name :      Woo Hoo Treasures

Platform:                   E-bay

| Plaintiff VAu 1-517-249 Copyright | Woo Hoo Treasures's Infringing Product |
|---|---|
|   |  |

Hi **amla**!          <u>Daily Deals</u>    <u>Brand Outlet</u>    <u>Gift Cards</u>    <u>Help & Contact</u>    <u>Sell</u>    <u>Watchlist</u>        My eBay          🔔        🛒 ¹

Shop by category        🔍 Search for an...    | All Categories ⌄ |        Search



# Woo Hoo Treasures

**99.7%** positive feedback      **36K** items sold      **148** followers

⬆ Share      💬 Contact      ♡ Save Seller

| ☰ Categories |        Shop      Sale      **About**      Feedback        🔍 Search all E

## About us

Items we sell are from retail stores, estate sales, garage sales, etc. We do our best to accurately describe each item, including any possible flaws or scratches. However, we are not experts.

Location: **United States**
Member since: **Sep 04, 2003**
Seller: **treasures2014**

## Do you like our store experience?  👍  👎

ebay    Shop by category

[ Search for anything ]   All Categories   **Search**

Back to home page    Health & Beauty    Hair Care & Styling    Treatments, Oils & Protecto...       Share   Add to Watchlist

## People who viewed this item also viewed

Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold Pressed...
Private
**$12.00**
Free shipping
Sponsored

Aliver Jamaican Black Castor Oil 100% Pure Cold Pressed
Business
**$7.00**
$10.00
+ $5.00 shipping

⋮



   

Have one to sell? Sell now

### Lot of 2 ALiver 100% Pure Jamaican Black Castor Oil - 2 x 2.02 oz - Ex: 9/26

 Woo Hoo Treasures (18561)
99.7% positive
Seller's other items
Contact seller

Condition:   **New with box** ⓘ

Quantity:   [ 1 ]   5 available   3 sold

## US $8.00

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to watchlist ]

**Popular item.** 3 have already sold.

**Hurry before it's gone.** 1 person is watching this item.

Shipping:   US $6.23 USPS Ground Advantage®.
See details
Located in: Atwater, Ohio, United States

Delivery:   Estimated between **Tue, Sep 24** and **Thu, Sep 26** to 33101 ⓘ

Returns:   30 days returns. Buyer pays for return shipping. See details

Payments:

Special financing available. See terms and apply now

**Shop with confidence**

eBay Money Back Guarantee



eBay shopping cart

Hi! Sign in or register    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist    My eBay    🔔        🛒 1

ebay    Shop by category

[Search for anything]    All Categories ▾    Search

# Shopping cart                                                                                    Send Us Your Comments

ALiver Jamaican Black Castor Oil | 100% Pure Cold Pressed | 4oz - Hair Skin Body was removed from your cart.

You're signed out right now. To save these items or see your previously saved items, **sign in.**



Woo Hoo Treasures
99.7% positive feedback

Request combined shipping ⓘ

🚫 To complete your order, **go to checkout** and update your shipping address.

**3 SOLD**
**Lot of 2 ALiver 100% Pure Jamaican Black Castor Oil - 2 x 2.02 oz - Ex: 9/26**
New with box

Qty [ 1 ▾ ]

$8.00

Save for later    Remove

Item (1)                                                    $8.00
Shipping to 33101 ⓘ                                           Free

**Subtotal**                                               **$8.00**

[ Go to checkout ]

Ⓢ Purchase protected by eBay Money Back Guarantee

## Explore related items
Sponsored

Sunny Isle Jamaican Extra Dark Black Castor Oil Extra Dark ...
New · Business
**$9.09**
~~$12.99~~ 30% off
Free shipping
⋮

Difeel 99% Natural Premium Hair Oil - Jamaican Black Cast...
New · Business
**$9.89**
Free shipping
31 sold
⋮

Organic Hair Growth & Nourishment Pure Jamaican Black Cast...
New · Business
**$12.54**
~~$14.94~~ 16% off
Free shipping
**20% off 2+ with coupon**
⋮

Sunny Isle Jamaican Black Castor Oil Root Repair Growth Oil 4oz
New · Business
**$10.99**
Free shipping
29 sold
⋮

2 p
Ca
Ca
Ne
**$1**
Fre
Sel
po

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

 **Checkout**

How do you like our checkout? Give us feedback

New! Pay with Venmo for fast and easy checkout.

### Pay with

○    PayPal

○    Venmo

○    Add new card

○    Google Pay

○    ⌄

| Item (1) | US $8.00 |
|----------|----------|
| Shipping | US $6.23 |
| Tax | US $1.00 |

**Order total**    **US $15.23**

( Confirm and pay )

Select a payment method

$ Purchase protected by **eBay Money Back Guarantee**

### Ship to
amla amla
500 Nw 2nd Ave
Miami, FL 33101-0105
United States
(702) 575-9624
Change

### Review order

Seller: treasures2014    |    Add note for seller

 Lot of 2 ALiver 100% Pure Jamaican Black Castor Oil - 2 x 2.02 oz - Ex: 9/26
**US $8.00**

Quantity
1    ⌄

Returns accepted

**Delivery**
Est. delivery: Sep 24 – Sep 26
USPS Ground Advantage
**US $6.23**

Defendant no. :   122

Defendant Name :      AR. Resell

Platform:                   E-bay

| Plaintiff VAu 1-517-249 Copyright | AR.Resell's Infringing Product |
|---|---|
|   |  |



Hi amla!        **Daily Deals**    **Brand Outlet**    **Gift Cards**    **Help & Contact**    Sell    Watchlist    My eBay    🔔    🛒 ¹



ebay    Shop by
            category        🔍 Search for an...    All Categories ⌄        Search

# AR.Resell

**97.7%** positive feedback    **6.9K** items sold    **422** followers

⬆ Share    💬 Contact    ♡ Save Seller

☰ Categories        Shop    Sale    **About**    Feedback        🔍 Search all 7

## About us

Location: **United States**
Member since: **Nov 28, 2022**
Seller: **ashtonr**

## Top Rated Seller

AR.Resell is one of eBay's most reputable sellers. Consistently delivers outstanding customer service [Learn more](#)

## Do you like our store experience?    👍  👎



Hi amla!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay

 Shop by category

Search for anything    All Categories    **Search**

Back to home page    Health & Beauty    ›    Hair Care & Styling    ›    Treatments, Oils & Protecto...    Share    Add to Watchlist

🏷️ **SAVE UP TO 20% WHEN YOU BUY MORE**



Have one to sell? Sell now

### ALiver Jamaican Black Castor Oil | 100% Pure Cold Pressed | 4oz - Hair Skin Body

**AR.Resell** (2049)
97.7% positive
Seller's other items
Contact seller

Condition:    New with box ⓘ

Bulk savings:

| Buy 1 $12.59/ea | Buy 2 $11.33/ea | Buy 3 $10.70/ea |

Quantity:    1    More than 10 available

US **$12.59/ea**
or Best Offer
Was US $13.99 ⓘ
Save US $1.40 (10% off)

Buy It Now

Add to cart

Make offer

♡ Add to watchlist

Shipping:    **Free** USPS Ground Advantage®. See details
Located in: Summerville, Georgia, United States

Delivery:    Estimated between **Tue, Sep 24** and **Thu, Sep 26** to 33101 ⓘ

Returns:    Seller does not accept returns. See details

Payments:



Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact      Sell    Watchlist    My eBay

Shop by category

All Categories    Search

# Shopping cart

Send Us Your Comments

You're signed out right now. To save these items or see your previously saved items, **sign in**.

(2) ALiver Jamaican Black Castor Oil Pure Cold Pressed 2.02oz ea Hair Skin Body was removed from your cart.



ashtonr
97.7% positive feedback

Request combined shipping ⓘ

**ALiver Jamaican Black Castor Oil | 100% Pure Cold Pressed | 4oz - Hair Skin Body**
New with box

Qty 1

**$12.59**

Free shipping
USPS Ground Advantage

Save for later    Remove

✓ **Offer applied**
Save up to 10%



Item (1)    $12.59
Shipping to 33101 ⓘ    Free

**Subtotal**    **$12.59**

Go to checkout

Ⓢ Purchase protected by **eBay Money Back Guarantee**

## Explore related items
Sponsored

2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold...
New
$13.69
Free shipping
Seller with 100% positive feedback

6Oz Jamaican Black Castor Oil Organic 100% Pure Cold...
New
$12.79
$15.99 20% off
Free shipping
30 sold

2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold...
New
$13.65
Free shipping
Seller with 100% positive feedback

Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold...
New
$12.00
Free shipping
⭐ Top Rated Plus
Seller with 99.1% positive feedback

4 p
Ca
Ca
Ne
$2
Fre
Sel
po

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

 **Checkout**

How do you like our checkout? [Give us feedback](#)

## Review order

Seller: ashtonr  |  [Add note for seller](#)

ALiver Jamaican Black Castor Oil | 100% Pure Cold Pressed | 4oz - Hair Skin Body
**$12.59** ~~$13.99~~

Quantity
1

**Delivery**
**Free USPS Ground Advantage**
Est. delivery: Sep 24 – Sep 26

Save up to 10%

### Ship to
amla amla
500 NW 2nd Ave
Miami, FL 33101-0105
United States
k0x7vk4u3g@expressletter.net
(999) 999-9999
[Change](#)

### Pay with

○  PayPal

○  Venmo

○  Add new card

○  Google Pay

○  Special financing available. Apply now. [See terms](#)

| | |
|---|---|
| Item (1) | $12.59 |
| Shipping | **Free** |
| Tax* | $0.88 |

**Order total** | **$13.47**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

[ Confirm and pay ]

Select a payment method

⬡ Purchase protected by **eBay Money Back Guarantee**

Defendant no. :          123

Defendant Name :      daddeals_2020

Platform:                   E-bay

| Plaintiff VAu 1-517-249 Copyright | daddeals_2020's Infringing Product |
|---|---|
|  | |

Hi amla!          **Daily Deals**    **Brand Outlet**    **Gift Cards**    **Help & Contact**    Sell    Watchlist          My eBay

# ebay

Shop by
category

Search for anything          All Categories ⌄          Search

# dadeals_2020

**98.9%** positive feedback (592)          **2.2K** items sold          **68** followers

💬 Contact          ♡ Save

☰ Categories          Shop          **About**          Feedback          🔍 Search all 297 item

## About

Location: **United States**
Member since: **Oct 22, 2020**

## Top Rated Seller

dadeals_2020 is one of eBay's most reputable sellers. Consistently delivers
outstanding customer service [Learn more](Learn more)

Do you like our profile experience?  👍  👎



Hi **amla!** | Daily Deals | Brand Outlet | Gift Cards | Help & Contact

Sell | Watchlist | My eBay

eBay

Shop by category

Search for anything

All Categories

**Search**

Back to home page | Health & Beauty > | Hair Care & Styling > | Treatments, Oils & Protecto...

Share | Add to Watchlist

💲 SAVE UP TO **20%** WHEN YOU BUY MORE





Have one to sell? Sell now

### ALiver Jamaican Black Castor Oil | 2oz Hair Skin Body 100% Pure Cold Pressed

dadeals_2020 (592)
98.9% positive
Seller's other items
Contact seller

| Condition: | New with box ⓘ |

Bulk savings:

| Buy 1 $11.95/ea | Buy 2 $10.76/ea | Buy 3 $10.16/ea | 4 or more for $9.56/ea |

Quantity: | 1 | 5 available  2 sold

**US $11.95/ea**
or Best Offer

Buy It Now

Add to cart

Make offer

♡ Add to watchlist

Popular item. 2 have already sold.

| Shipping: | **Free** USPS Ground Advantage®.<br>See details<br>Located in: Schertz, Texas, United States |
| Delivery: | Estimated between **Tue, Sep 24** and **Sat, Sep 28** to 33101 ⓘ |
| Returns: | 30 days returns. Seller pays for return shipping. See details |
| Payments: | |

Special financing available. See terms and apply now

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist    My eBay    🔔    🛒 1

Shop by category

Search for anything        All Categories       Search

# Shopping cart

Send Us Your Comments

ALiver Jamaican Black Castor Oil | 100% Pure Cold Pressed | 4oz - Hair Skin Body was removed from your cart.

You're signed out right now. To save these items or see your previously saved items, **sign in.**

dadeals_2020
98.9% positive feedback

Request combined shipping ⓘ



**2 SOLD**

**ALiver Jamaican Black Castor Oil | 2oz Hair Skin Body 100% Pure Cold Pressed**

New with box

Qty  1 ▾

$11.95

Free shipping
USPS Ground Advantage
Free returns

Save for later   Remove

Save up to 20% when you buy more
Increase your item quantity to qualify



Item (1)                              $11.95
Shipping to 33101 ⓘ                   Free

**Subtotal**                          **$11.95**

Go to checkout

Ⓢ Purchase protected by **eBay Money Back Guarantee**

## Explore related items
Sponsored

2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold...
New
**$13.69**
Free shipping
Seller with 100% positive feedback

6Oz Jamaican Black Castor Oil Organic 100% Pure Cold...
New
**$12.79**
~~$15.99~~ 20% off
Free shipping
30 sold

2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold...
New
**$13.65**
Free shipping
Seller with 100% positive feedback

Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold...
New
**$12.00**
Free shipping
🔷 Top Rated Plus
Seller with 99.1% positive feedback

4 p
Ca
Ca
Ne
**$2**
Fre
Sel
po

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

 **Checkout**

How do you like our checkout? [Give us feedback](#)

## Review order

Seller: dadeals_2020  |  [Add note for seller](#)



ALiver Jamaican Black Castor Oil | 2oz Hair Skin Body 100% Pure Cold Pressed
**$11.95**

Quantity
1

Free returns

**Delivery**
**Free USPS Ground Advantage**
Est. delivery: Sep 24 – Sep 28

---

### Ship to
amla amla
500 NW 2nd Ave
Miami, FL 33101-0105
United States
k0x7vk4u3g@expressletter.net
(999) 999-9999
[Change](#)

### Pay with

○    **PayPal**

○    **Venmo**

○    Add new card

○    Google Pay

○    Special financing available. Apply now. [See terms](#)

| | |
|---|---|
| Item (1) | $11.95 |
| Shipping | Free |
| Tax* | $0.84 |

| | |
|---|---|
| **Order total** | **$12.79** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

Confirm and pay

Select a payment method

$ Purchase protected by **eBay Money Back Guarantee**

Defendant no. :          124

Defendant Name :         Country Cottage

Platform:                E-bay

| Plaintiff VAu 1-517-249 Copyright | Country Cottage's Infringing Product |
|---|---|
|  |  |



Hi **amla!**     <u>Daily Deals</u>     <u>Brand Outlet</u>     <u>Gift Cards</u>     <u>Help & Contact</u>     Sell    Watchlist     My eBay





# Country Cottage

**99.2%** positive feedback     **7.5K** items sold     **301** followers

Share     Contact     Save Seller

Categories     Shop     Sale     **About**     Feedback     Search all 1

## About us

Location: **United States**
Member since: **May 05, 2020**
Seller: **ginlyn72**

## Do you like our store experience?



Hi amla!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist    My eBay         1

Shop by category

Search for anything                    All Categories ▾          **Search**

Back to home page    Health & Beauty    Hair Care & Styling    Treatments, Oils & Protecto...          Share    Add to Watchlist

🏷 **SAVE UP TO 30%**  See all eligible items and terms



2 ♡



Have one to sell? Sell now

## Aliver Jamaican Black Castor Oil 100% Pure Cold Pressed

 **Country Cottage**(2466)
99.2% positive
Seller's other items
Contact seller

Condition:    New with box 

**US $7.00**
or Best Offer

Was US $10.00 (30% off)
ⓘ Price details

Buy It Now

Add to cart

Make offer

♡ Add to watchlist

**People are checking this out.** 2 have added this to their watchlist.

Shipping:    US $5.00 USPS Ground Advantage®. See details
Located in: San Tan Valley, Arizona, United States

Delivery:    Estimated between **Tue, Sep 24** and **Sat, Sep 28** to 33101 ⓘ

Returns:    Seller does not accept returns. See details

Payments:

Special financing available. See terms and apply now



Hi (Sign in)   Daily Deals   Brand Outlet   Gift Cards   Help & Contact          Sell   Watchlist   My eBay

Shop by category

# Shopping cart

Send Us Your Comments

ALiver Jamaican Black Castor Oil | 2oz Hair Skin Body 100% Pure Cold Pressed was removed from your cart.

You're signed out right now. To save these items or see your previously saved items, **sign in**.



**Country Cottage**
99.2% positive feedback

Request combined shipping ⓘ

**LAST ONE**
**Aliver Jamaican Black Castor Oil 100% Pure Cold Pressed**
New with box

Qty 1
**$7.00**
+ $5.00
USPS Ground Advantage

Save for later   Remove

✓ **Offer applied**
**Save up to 30%**  ❯



Item (1)                         $7.00
Shipping to 33101 ⓘ          $5.00

**Subtotal**                     $12.00

Go to checkout

$ Purchase protected by **eBay Money Back Guarantee**

## Explore related items
Sponsored

2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold...
New
**$13.69**
Free shipping
Seller with 100% positive feedback

6Oz Jamaican Black Castor Oil Organic 100% Pure Cold...
New
**$12.79**
~~$15.99~~ 20% off
Free shipping
30 sold

2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold...
New
**$13.65**
Free shipping
Seller with 100% positive feedback

Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold...
New
**$12.00**
Free shipping
🔹 Top Rated Plus
Seller with 99.1% positive feedback

4 p
Ca
Ca
Ne
**$2**
Fre
Sel
po

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices   and AdChoice

 Checkout

How do you like our checkout? Give us feedback

### Review order

Seller:  ginlyn72  |  Add note for seller



LAST ONE
Aliver Jamaican Black Castor Oil 100% Pure Cold Pressed
**$7.00** $10.00
Quantity 1

**Delivery**
Est. delivery: Sep 24 – Sep 28
USPS Ground Advantage
**$5.00**

Save up to 30%

### Ship to
amla amla
500 NW 2nd Ave
Miami, FL 33101-0105
United States
k0x7vk4u3g@expressletter.net
(999) 999-9999
Change

### Pay with

○  PayPal

○  Venmo

○  Add new card

○  Google Pay

○  Special financing available.
   Apply now.  See terms

| Item (1) | $7.00 |
|---|---|
| Shipping | $5.00 |
| Tax* | $0.84 |

**Order total**   **$12.84**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

Ⓢ Purchase protected by **eBay Money Back Guarantee**

Defendant no. :          125

Defendant Name :         heavyginners

Platform:                E-bay

| Plaintiff VAu 1-517-249 Copyright | heavyginners's Infringing Product |
|---|---|
|   |  |

Hi amla!    **Daily Deals**    **Brand Outlet**    **Gift Cards**    **Help & Contact**    Sell    Watchlist    My eBay    🔔    🛒 ¹

 Shop by category    [Search for an...]    [All Categories ⌄]    Search

# heavyginners

**99.1% positive feedback (2956)**        **5.1K items sold**        **87 followers**

💬 Contact        ♡ Save

☰ Categories        Shop        **About**        Feedback        🔍 Search all 543 item

## About

Location: **United States**
Member since: **Jan 30, 2001**

### Do you like our profile experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice




Hi amla!     Daily Deals     Brand Outlet     Gift Cards     Help & Contact          Sell     Watchlist     My eBay



Shop by category

Search for anything          All Categories          **Search**

Back to home page    Health & Beauty    Hair Care & Styling    Treatments, Oils & Protecto...

Share     Add to Watchlist



  

Have one to sell? Sell now

## (4) Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed Hair Care Oil

**heavyginners** (2956)
99.1% positive
Seller's other items
Contact seller

Condition:     New with box  

## US $18.99
or Best Offer

Buy It Now

Add to cart

Make offer

♡ Add to watchlist

Shipping:     US $8.00 USPS Ground Advantage®. See details
Located in: Charleston, West Virginia, United States

Delivery:     Estimated between **Tue, Sep 24** and **Sat, Sep 28** to 33101 ⓘ

Returns:     Seller does not accept returns. See details

Payments:

Special financing available. See terms and apply now

Shop with confidence

  eBay Money Back Guarantee



Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist    My eBay    🔔    🛒 1

Shop by category    🔍 Search for anything    | All Categories ▾ |    Search

# Shopping cart

Send Us Your Comments

Aliver Jamaican Black Castor Oil 100% Pure Cold Pressed was removed from your cart.

You're signed out right now. To save these items or see your previously saved items, **sign in**.



heavyginners
99.1% positive feedback

Request combined shipping ⓘ

**(4) Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed Hair Care Oil**

New with box

LAST ONE

Qty 1
$18.99
+ $8.00

USPS Ground Advantage

Save for later    Remove

Item (1)                          $18.99
Shipping to 33101 ⓘ             $8.00

**Subtotal**                     **$26.99**

Go to checkout

$ Purchase protected by **eBay Money Back Guarantee**

## Explore related items
Sponsored

| 2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold... | 6Oz Jamaican Black Castor Oil Organic 100% Pure Cold... | 2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold... | Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold... | 4 p... Ca... Ca... |
|---|---|---|---|---|
| New | New | New | New | Ne... |
| $13.69 | $12.79 ~~$15.99~~ 20% off | $13.65 | $12.00 | $2... |
| Free shipping | Free shipping | Free shipping | Free shipping | Fre... |
| Seller with 100% positive feedback | 30 sold | Seller with 100% positive feedback | 🔷 Top Rated Plus Seller with 99.1% positive feedback | Sel... po... |

---

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

 **Checkout**

How do you like our checkout? Give us feedback

## Review order

Seller: heavyginners | Add note for seller



[ LAST ONE ]

(4) Jamaican Black Castor Oil, Organic
100% Pure Cold Pressed Hair Care Oil
**$18.99**

Quantity 1

**Delivery**
Est. delivery: Sep 24 – Sep 28
USPS Ground Advantage
**$8.00**

## Ship to
amla amla
500 NW 2nd Ave
Miami, FL 33101-0105
United States
k0x7vk4u3g@expressletter.net
(999) 999-9999
Change

## Pay with

○    PayPal

○    Venmo

○  Add new card

○    Google Pay

○    Special financing available.
     Apply now.  See terms

## Add coupons

| | |
|---|---|
| Item (1) | $18.99 |
| Shipping | $8.00 |
| Tax* | $1.89 |

| **Order total** | **$28.88** |
|---|---|

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

( Confirm and pay )

Select a payment method

🛡 Purchase protected by **eBay Money
Back Guarantee**

Enter code:

Apply

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

Defendant no. :          126

Defendant Name :      CzKc

Platform:                 E-bay

| Plaintiff VAu 1-517-249 Copyright | CzKc's Infringing Product |
|---|---|
|  |  |



Hi amla!          **Daily Deals**          **Brand Outlet**          **Gift Cards**          **Help & Contact**    Sell    Watchlist          My eBay



ebay    Shop by category

Search for anything          | All Categories ⌄ |          Search

# CzKc

**99.2%** positive feedback          **63K** items sold          **564** followers

⬆ Share          💬 Contact          ♡ Save Seller

| ☰ Categories |          Shop    Sale    **About**    Feedback          | 🔍 Search all 8 |

## About us

Welcome to CzKc Outlet.offering New, Used, and open boxed items at great prices.

Location: **United States**
Member since: **Mar 05, 1998**
Seller: **computerzonekc**

## Top Rated Seller

CzKc is one of eBay's most reputable sellers. Consistently delivers outstanding customer service [Learn more](#)

Hi **amla**!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    🔔    🛒 1

 Shop by category

Search fo | All Categories ▾ | **Search**

Back to home page    Health & Beauty  ›  Hair Care & Styling  ›  Treatments, Oils & Protecto...

Share    Add to Watchlist

    ♡

‹    ›

  

Have one to sell?  Sell now

## 2 ALiver Jamaican Black Castor Oil 100% Pure Cold Pressed | 4oz Hair Skin Body

🌞 **CzKc** (26783)
99.2% positive
Seller's other items
Contact seller

Condition:    New with box  ⓘ

Quantity:    1    3 available

**US $12.95**

Buy It Now

Add to cart

♡ Add to watchlist

Shipping:    **US $5.99** USPS Ground Advantage®.
See details

Located in: Kansas City, Kansas, United States

Delivery:    Estimated between **Tue, Sep 24** and **Sat, Sep 28** to 33101  ⓘ



Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact            Sell    Watchlist    My eBay

Shop by category    [Search for anything]    All Categories    Search

# Shopping cart

Send Us Your Comments

(4) Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed Hair Care Oil was removed from your cart.

You're signed out right now. To save these items or see your previously saved items, **sign in**.



**CzKc**
99.2% positive feedback

Request combined shipping ⓘ

**2 ALiver Jamaican Black Castor Oil 100% Pure Cold Pressed | 4oz Hair Skin Body**

New with box

Qty  1 ⌄

$12.95
+ $5.99

USPS Ground Advantage
Returns accepted

Save for later    Remove

| Item (1) | $12.95 |
| Shipping to 33101 ⓘ | $5.99 |

**Subtotal**    **$18.94**

Go to checkout

Ⓢ Purchase protected by **eBay Money Back Guarantee**

## Explore related items
Sponsored

| | | | | |
|---|---|---|---|---|
| 2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold... | 6Oz Jamaican Black Castor Oil Organic 100% Pure Cold... | 2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold... | Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold... | 4 pa... Ca... Ca... |
| New | New | New | New | Ne... |
| $13.69 | $12.79 ~~$15.99~~ 20% off | $13.65 | $12.00 | $2... |
| Free shipping | Free shipping | Free shipping | Free shipping | Fre... |
| Seller with 100% positive feedback | 30 sold | Seller with 100% positive feedback | ⭐ Top Rated Plus Seller with 99.1% positive feedback | Sel... po... |

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

 **Checkout**

How do you like our checkout? [Give us feedback]

## Review order

Seller: computerzonekc    |    [Add note for seller]

2 ALiver Jamaican Black Castor Oil 100% Pure Cold Pressed | 4oz Hair Skin Body
**$12.95**

Quantity
1

Returns accepted

**Delivery**
Est. delivery: Sep 24 – Sep 28
USPS Ground Advantage
**$5.99**

## Ship to
amla amla
500 NW 2nd Ave
Miami, FL 33101-0105
United States
k0x7vk4u3g@expressletter.net
(999) 999-9999
[Change]

## Pay with

○    PayPal

○    Venmo

○    Add new card

○    Google Pay

○    Special financing available.
     Apply now.  [See terms]

| Item (1) | $12.95 |
| Shipping | $5.99 |
| Tax* | $1.33 |

**Order total**    **$20.27**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more]

Confirm and pay

Select a payment method

Purchase protected by **eBay Money Back Guarantee**

Defendant no. :          127

Defendant Name :     teknofrenzillc

Platform:                  E-bay

| Plaintiff VAu 1-517-249 Copyright | teknofrenzillc's Infringing Product |
|---|---|
|  | |

Hi (<u>Sign in</u>)    **Daily Deals**    **Brand Outlet**    **Gift Cards**    **Help & Contact**    Watchlist    My eBay     

    Shop by category    Search for anything    All Categories    Search

# teknofrenzillc

100% positive feedback (511)    **760** items sold    **9** followers

💬 Contact    ♡ Save

☰ Categories    Shop    **About**    Feedback    🔍 Search all 88 items

## About

Location: **United States**
Member since: **Jun 28, 2006**

## Do you like our profile experience? 👍 👎

<u>About eBay</u>    <u>Announcements</u>    <u>Community</u>    <u>Security Center</u>    <u>Seller Center</u>    <u>Policies</u>    <u>Affiliates</u>

<u>Help & Contact</u>    <u>Site Map</u>

Copyright © 1995-2024 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, Privacy, C<u>onsumer Health Data</u>, <u>Payments Terms of Use</u>, <u>Cookies</u>, <u>CA Privacy Notice</u>, <u>Your Privacy Choices</u>    and <u>AdChoice</u>

Case 0:24-cv-61886-JB  Document 18  Entered on FLSD Docket 11/13/2024  Page 578 of 862



Hi amla!　　Daily Deals　　Brand Outlet　　Gift Cards　　Help & Contact　　　　Sell　　Watchlist　　My eBay　　　　　🔔　　🛒 

Shop by category

Search for anything　　　All Categories ▾　　　Search

Back to home page　　Health & Beauty　　Hair Care & Styling　　Treatments, Oils & Protecto...

Share　　Add to Watchlist

1 OTHER PERSON HAS THIS IN THEIR CART





  

Have one to sell? Sell now

## Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed Hair Growth Oil~

**teknofrenzillc** (511)
100% positive
Seller's other items
Contact seller

Condition: New with box ⓘ

## US $12.99

Buy It Now

Add to cart

♡ Add to watchlist

| | |
|---|---|
| Shipping: | **Free** USPS Ground Advantage®. See details |
| | Located in: Shawnee, Kansas, United States |
| Delivery: | Estimated between **Wed, Sep 25** and **Mon, Sep 30** to 33101 ⓘ |
| Returns: | Seller does not accept returns. See details |
| Payments: | |

Special financing available. See terms and apply now

### Shop with confidence

💲 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact        Sell    Watchlist    My eBay    🔔    🛒 1

Shop by category    🔍 Search for anything    All Categories ▾    Search

# Shopping cart

Send Us Your Comments

2 ALiver Jamaican Black Castor Oil 100% Pure Cold Pressed | 4oz Hair Skin Body was removed from your cart.

You're signed out right now. To save these items or see your previously saved items, **sign in.**



teknofrenzilc
100% positive feedback

Request combined shipping ⓘ

**LAST ONE**

Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed Hair Growth Oil~

New with box

Qty 1

$12.99

Free shipping

USPS Ground Advantage

Save for later    Remove

Item (1)    $12.99
Shipping to 33101 ⓘ    Free

Subtotal    $12.99

Go to checkout

$ Purchase protected by eBay Money Back Guarantee

## Explore related items
Sponsored

2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold...
New
$13.69
Free shipping
Seller with 100% positive feedback

6Oz Jamaican Black Castor Oil Organic 100% Pure Cold...
New
$12.79
$15.99 20% off
Free shipping
30 sold

2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold...
New
$13.65
Free shipping
Seller with 100% positive feedback

Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold...
New
$12.00
Free shipping
🅿 Top Rated Plus
Seller with 99.1% positive feedback

4 p
Ca
Ca
Ne
$2
Fre
Sel
po

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

Defendant no. :          128

Defendant Name :      phillietheclown1964

Platform:                   E-bay

| Plaintiff VAu 1-517-249 Copyright | phillietheclown1964's Infringing Product |
|---|---|
|   |  |



Hi amla!   **Daily Deals**   **Brand Outlet**   **Gift Cards**   **Help & Contact**   Sell   Watchlist   My eBay

# philietheclown1964

**100%** positive feedback (889)   **1.1K** items sold   **20** followers

Contact   Save

Categories   Shop   **About**   Feedback   Search all 15 items

## About

Location: **United States**
Member since: **Apr 20, 2009**

## Top Rated Seller

philietheclown1964 is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more

Do you like our profile experience?

# ebay

Shop by category

Hi amla! | Daily Deals | Brand Outlet | Gift Cards | Help & Contact

Sell | Watchlist | My eBay

Search for anything [All Categories ▾] **Search**

Back to home page › Health & Beauty › Hair Care & Styling › Treatments, Oils & Protecto...

Share | Add to Watchlist



    

Have one to sell? Sell now

## ALiver Jamaican Black Castor Oil 100% Pure Cold Pressed | 4oz Hair Skin Body

**phillietheclown1964** (889)
100% positive
Seller's other items
Contact seller

Condition: New with box ⓘ

**US $16.00**

Buy It Now

Add to cart

♡ Add to watchlist

Shipping: **Free** USPS Ground Advantage®.
See details
Located in: Graham, North Carolina, United States

Delivery: Estimated between **Thu, Sep 26** and **Tue, Oct 1** to 33101 ⓘ

Returns: Seller does not accept returns.
See details

Payments:



Special financing available. See terms and apply now

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                                eBay shopping cart    Sell    Watchlist    My eBay    🔔    🛒 1

ebay    Shop by category

[Search for anything]    All Categories ▾    Search

# Shopping cart

Send Us Your Comments

Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed Hair Growth Oil~ was removed from your cart.

You're signed out right now. To save these items or see your previously saved items, **sign in.**

---



phillietheclown1964
100% positive feedback

Request combined shipping ⓘ

| | | Item (1) | $16.00 |
|---|---|---|---|
| | | Shipping to 33101 ⓘ | Free |

LAST ONE

**ALiver Jamaican Black Castor Oil 100% Pure Cold Pressed | 4oz Hair Skin Body**

New with box

Qty 1
$16.00
Free shipping
USPS Ground Advantage

Save for later    Remove

**Subtotal**    $16.00

Go to checkout

💲 Purchase protected by **eBay Money Back Guarantee**

## Explore related items
Sponsored

| 2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold... | 6Oz Jamaican Black Castor Oil Organic 100% Pure Cold... | 2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold... | Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold... | 4 p... Ca... |
|---|---|---|---|---|
| New | New | New | New | Ne... |
| $13.69 | $12.79 ~~$15.99~~ 20% off | $13.65 | $12.00 | $2... |
| Free shipping | Free shipping | Free shipping | Free shipping | Fre... |
| Seller with 100% positive feedback | 30 sold | Seller with 100% positive feedback | 🔷 Top Rated Plus Seller with 99.1% positive feedback | Sel... po... |

---

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

 Checkout

How do you like our checkout? [Give us feedback](#)

## Review order

Seller: philliethec... | [Add note for seller](#)



[LAST ONE]

ALiver Jamaican Black Castor Oil 100% Pure Cold Pressed | 4oz Hair Skin Body
**$16.00**

Quantity 1

**Delivery**
**Free USPS Ground Advantage**
Est. delivery: Sep 26 – Oct 1

## Ship to

amla amla
500 NW 2nd Ave
Miami, FL 33101-0105
United States
k0x7vk4u3g@expressletter.net
(999) 999-9999
[Change](#)

## Pay with

○       PayPal

○       Venmo

○ Add new card

○       Google Pay

○       Special financing available.
Apply now. [See terms](#)

## Add coupons

| | |
|---|---|
| Item (1) | $16.00 |
| Shipping | **Free** |
| Tax* | $1.12 |

**Order total**    **$17.12**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

[ Confirm and pay ]

Select a payment method

Purchase protected by **eBay Money Back Guarantee**

Defendant no. :        129

Defendant Name :     mikecheng

Platform:              E-bay

| Plaintiff VAu 1-517-249 Copyright | mikecheng's Infringing Product |
|---|---|
|   |  |

mikecheng | eBay Stores

Hi amla!          Daily Deals     Brand Outlet     Gift Cards     Help & Contact     Sell     Watchlist          My eBay

ebay          Shop by
              category

[Search for an...]          All Categories          Search

# mikecheng

**95.3%** positive feedback          **24K** items sold          **1.1K** followers

⬆ Share          💬 Contact          ♡ Save Seller

☰ Categories          Shop          Sale          **About**          Feedback          🔍 Search all 1

## About us

Location: **China**
Member since: **Jul 19, 2021**
Seller: **mikecheng**

## Top Rated Seller

mikecheng is one of eBay's most reputable sellers. Consistently delivers
outstanding customer service Learn more

## Do you like our store experience? 👍 👎



Hi **amla**!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact

Sell    Watchlist    My eBay    🔔    🛒 1

ebay    Shop by category

Search for anything    [ All Categories ▾ ]    **Search**

Back to home page    Health & Beauty > Massage > Massage Oils & Lotions

Share    Add to Watchlist

💲 **SAVE UP TO 16% WHEN YOU BUY MORE**



## 1-5PCS Body Massage Essential Oil Jamaica Black Castor Oil

**mikecheng** (3164)
95.3% positive
Seller's other items
Contact seller

Condition:    New  ⓘ

[ QTY: Select                          ▾ ]

Bulk savings:

| Buy 1 $6.14/ea | Buy 2 $5.96/ea | Buy 3 $5.83/ea | 4 or more for $5.16/ea |

Quantity:  [ 1 ]    100 available

**US $6.14/ea**
Was ~~US $6.46~~  ⓘ
Save US $0.32 (5% off)

        

Have one to sell?  Sell now

**Buy It Now**

**Add to cart**

♡ **Add to watchlist**

Shipping:    **Free** Standard Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shanghai, China

Delivery:    Estimated between **Tue, Oct 8** and **Fri, Oct 25** to 33101 ⓘ
This item has an extended handling time and a delivery estimate **greater than 14 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:

Special financing available. See terms and apply now

Shop with confidence

  eBay Money Back Guarantee



Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    🔔    🛒  1

Shop by category

| Search for anything | All Categories ▾ | Search |

# Shopping cart

Send Us Your Comments

ALiver Jamaican Black Castor Oil 100% Pure Cold Pressed | 4oz Hair Skin Body was removed from your cart.

You're signed out right now. To save these items or see your previously saved items, **sign in.**

mikecheng
95.3% positive feedback

Request combined shipping  ⓘ



**1-5PCS Body Massage Essential Oil Jamaica Black Castor Oil**
New
1PC

Qty  1 ▾

$6.14
Free shipping
Standard Shipping from Greater China to worldwide
Returns accepted

Save for later    Remove

✓ **Offer applied**
Save up to 5%

›



Item (1)                $6.14
Shipping to 33101  ⓘ    Free

**Subtotal**            $6.14

Go to checkout

$ Purchase protected by **eBay Money Back Guarantee**

## Explore related items
Sponsored

2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold...
New
**$13.69**
Free shipping
Seller with 100% positive feedback

6Oz Jamaican Black Castor Oil Organic 100% Pure Cold...
New
**$12.79**
~~$15.99~~ 20% off
Free shipping
**30 sold**

2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold...
New
**$13.65**
Free shipping
Seller with 100% positive feedback

Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold...
New
**$12.00**
Free shipping
🔷 Top Rated Plus
Seller with 99.1% positive feedback

4 p
Ca
Ca
Ne
**$2**
Fre
Sel
po

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

 **Checkout**

How do you like our checkout? [Give us feedback](#)

---

### Review order

Seller:  mikecheng  |  Add note for seller

1-5PCS Body Massage Essential Oil
Jamaica Black Castor Oil
QTY: 1PC

**$6.14**  $6.46

| Quantity |
|---|
| 1 ⌄ |

Returns accepted

**Delivery**
**Free Standard Shipping from Greater
China to worldwide**
Est. delivery: Oct 8 – Oct 25

---

Save up to 5%

---

### Ship to
amla amla
500 NW 2nd Ave
Miami, FL 33101-0105
United States
k0x7vk4u3g@expressletter.net
(999) 999-9999
Change

---

### Pay with

○   PayPal

○   Venmo

○   Add new card

○   Google Pay

---

| Item (1) | $6.14 |
|---|---|
| Shipping | **Free** |
| Tax* | $0.43 |

**Order total**   **$6.57**

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

Confirm and pay

Select a payment method

💲 Purchase protected by **eBay Money
Back Guarantee**

○     Special financing available.
      Apply now.  See terms

### Add coupons

Enter code:          Apply

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices      and AdChoice

Defendant no. :   130

Defendant Name :      urukzone

Platform:                  E-bay

| Plaintiff VAu 1-517-249 Copyright | urukzone's Infringing Product |
|---|---|
|  | |



# About us

Welcome to my eBay Store. Please add me to your list of favorite sellers and visit often. Thank you for your business.

Location: **China**
Member since: **Aug 05, 2013**
Seller: **urukzone**

# Top Rated Seller

urukzone is one of eBay's most reputable sellers. Consistently delivers outstanding customer service **Learn more**

Do you like our store experience?  👍  👎

Hi **amla**!  Daily Deals  Brand Outlet  Gift Cards  Help & Contact

Sell  Watchlist  My eBay

Shop by category

Search for anything  [All Categories]  **Search**

Back to home page | Health & Beauty > Massage > Massage Oils & Lotions

Share  Add to Watchlist

💲 SAVE UP TO **20%** WHEN YOU BUY MORE




1 OTHER PERSON HAS THIS IN THEIR CART

### 1/2/3/5PCS 60ml Body Massage Essential Oil Jamaica Black Castor Oil

**urukzone**(156920)
97.8% positive
Seller's other items
Contact seller

Condition: New ⓘ

QTY: Select ⌄

Bulk savings:

| Buy 1 $7.20/ea | Buy 2 $6.84/ea | Buy 3 $6.77/ea | 4 or more for $5.76/ea |

Quantity: [ 1 ]  8 available  11 sold

## US $7.20/ea

Buy It Now

Add to cart

♡ Add to watchlist

**This one's trending.** 11 have already sold.

**Hurry before it's gone.** 1 person is watching this item.

Shipping: **Free** Economy Shipping from outside US. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: shanghai, China

Delivery: Estimated between **Tue, Oct 15** and **Tue, Nov 19** to 33101 ⓘ
This item has an extended handling time and a delivery estimate **greater than 19 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments:




Special financing available. See terms and apply now

Defendant no. :   132

Defendant Name :        canton0000_0

Platform:                E-bay

| Plaintiff VAu 1-517-249 Copyright | canton0000_0's Infringing Product |
|---|---|
|   |  |

Hi amla!    **Daily Deals**    **Brand Outlet**    **Gift Cards**    **Help & Contact**    Sell    Watchlist    My eBay

 Shop by category

Search for anything    All Categories    Search

# canton0000_0

**98.5%** positive feedback (846)    **2.1K** items sold    **97** followers

💬 Contact    🤍 Save

☰ Categories    Shop    **About**    Feedback    🔍 Search all 23 items

## About

Location: **United States**
Member since: **Sep 20, 2004**

## Do you like our profile experience? 👍 👎

**About eBay**    **Announcements**    **Community**    **Security Center**    **Seller Center**    **Policies**    **Affiliates**

**Help & Contact**    **Site Map**

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

Hi amla!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact       Sell    Watchlist    My eBay



Shop by category

Search for anything    | All Categories |    **Search**

Back to home page   > Health & Beauty   > Hair Care & Styling   > Treatments, Oils & Protecto...       Share   Add to Watchlist




     

Have one to sell? Sell now

### (4) 2 oz. bottle ALiver Jamaican Black Castor Oil 100% Pure Hair, Skin, Nails

canton0000_0 (846)
98.5% positive
Seller's other items
Contact seller

Condition:    New with box ⓘ

Quantity:    | 1 |    8 available   2 sold

## US $25.99

**Buy It Now**

**Add to cart**

♡ **Add to watchlist**

**Popular item.** 2 have already sold.

Shipping:    **Free** Standard Shipping. See details
Located in: Arlington, Texas, United States

Delivery:    Estimated between **Tue, Sep 24** and **Sat, Sep 28** to 33101 ⓘ

Returns:    Seller does not accept returns.
See details

Payments:  

Special financing available. See terms and apply now

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



Hi! (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist    My eBay    🔔    🛒 1

# Shopping cart

Send Us Your Comments

You're signed out right now. To save these items or see your previously saved items, **sign in.**

1/2/3/5PCS 60ml Body Massage Essential Oil Jamaica Black Castor Oil was removed from your cart.



| | | |
|---|---|---|
| canton0000_0 | Request combined shipping ⓘ | Item (1) $25.99 |
| 98.5% positive feedback | | Shipping to 33101 ⓘ    Free |

**2 SOLD**

**(4) 2 oz. bottle ALiver Jamaican Black Castor Oil 100% Pure Hair, Skin, Nails**

New with box

Qty  1 ▾

$25.99

Free shipping

Standard Shipping

Save for later    Remove

**Subtotal**    $25.99

Go to checkout

$ Purchase protected by eBay Money Back Guarantee

## Explore related items
Sponsored

| 2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold... | 6Oz Jamaican Black Castor Oil Organic 100% Pure Cold... | 2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold... | Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold... | 4 p... Ca... Ca... |
|---|---|---|---|---|
| New | New | New | New | Ne... |
| $13.69 | $15.99 20% off | $13.65 | $12.00 | $2... |
| Free shipping | Free shipping | Free shipping | Free shipping | Fre... |
| Seller with 100% positive feedback | 30 sold | Seller with 100% positive feedback | 🔹 Top Rated Plus Seller with 99.1% positive feedback | Sel... po... |
| | $12.79 | | | |

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

Defendant no. :          133

Defendant Name :         littlehappys4u

Platform:                E-bay

| Plaintiff VAu 1-517-249 Copyright | littlehappys4u's Infringing Product |
|---|---|
|   |  |

Hi amla!          **Daily Deals**    **Brand Outlet**    **Gift Cards**    **Help & Contact**    Watchlist          My eBay

    Shop by category          Search for anyt...    All Categories ⌄          Search

# littlehappys4u

**99%** positive feedback (413)          **1.4K** items sold          **101** followers

💬 Contact          ♡ Save

☰ Categories          Shop          **About**          Feedback          🔍 Search all 124 items

## About

A little tidbit on me~ I absolutely LOVE finding great deals for my fellow humans! It's like treasure hunting for me 😊. Things are so expensive these days!! Its nice to find little "luxuries" for others and price them at an amazing and affordable price, so ALL can enjoy! This is what helped me choose my eBay name~littlehappys4u

Because I hope to bring a little happiness to your life, by helping you save a few pennies

Location: **United States**
Member since: **Jan 18, 2008**

## Top Rated Seller

littlehappys4u is one of eBay's most reputable sellers. Consistently delivers outstanding customer service <u>Learn more</u>

Do you like our profile experience?    👍    👎

Hi **amla!**    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay                    🔔    🛒 1

**eBay**    Shop by category

Search for anything [All Categories ▾]    **Search**

Back to home page  >  Health & Beauty  >  Hair Care & Styling  >  Treatments, Oils & Protecto...                    Share    Add to Watchlist

💰 **SAVE UP TO 15% WHEN YOU BUY MORE**



`1 OTHER PERSON HAS THIS IN THEIR CART`

2 ♡

    

Have one to sell? Sell now

## Jamaican Black Castor Oil Hexane-Free 100% Pure Cold-Pressed ~ 2.02 oz~Exp: 2026

littlehappys4u (413)
99% positive
Seller's other items
Contact seller

Condition:    **New with box** ⓘ

Bulk savings:

| Buy 1 $9.99/ea | Buy 2 $8.99/ea | 3 or more for $8.49/ea |

Quantity:  [ 1 ]    More than 10 available

### US $9.99/ea

**Buy It Now**

**Add to cart**

♡ **Add to watchlist**

**People are checking this out.** 2 have added this to their watchlist.

Shipping:   US $2.73 USPS Ground Advantage®.
See details
Located in: Calhoun, Georgia, United States

Delivery:   Estimated between **Tue, Sep 24** and **Sat, Sep 28** to 33101 ⓘ

Returns:    Seller does not accept returns.
See details

Payments:

Special financing available. See terms and apply now

**Shop with confidence**

💲 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay

eBay    Shop by category    [Search for anything]    All Categories    Search

# Shopping cart

Send Us Your Comments

(4) 2 oz. bottle ALiver Jamaican Black Castor Oil 100% Pure Hair, Skin, Nails was removed from your cart.

You're signed out right now. To save these items or see your previously saved items, **sign in.**

littlehappys4u
99% positive feedback

Request combined shipping ⓘ



Jamaican Black Castor Oil Hexane-Free 100% Pure Cold-Pressed ~ 2.02 oz~Exp: 2026

New with box

Qty 1 ▾

$9.99
+ $2.73

USPS Ground Advantage

Save for later    Remove

Save up to 15% when you buy more
Increase your item quantity to qualify

| | |
|---|---|
| Item (1) | $9.99 |
| Shipping to 33101 ⓘ | $2.73 |
| **Subtotal** | **$12.72** |

Go to checkout

Purchase protected by **eBay Money Back Guarantee**

## Explore related items
Sponsored



2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold...
New
$13.69
Free shipping
Seller with 100% positive feedback

6Oz Jamaican Black Castor Oil Organic 100% Pure Cold...
New
$12.79
~~$15.99~~ 20% off
Free shipping
30 sold

2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold...
New
$13.65
Free shipping
Seller with 100% positive feedback

Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold...
New
$12.00
Free shipping
🔷 Top Rated Plus
Seller with 99.1% positive feedback

4 p Ca Ca Ne
$2
Fre
Sel
po

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

## Review order

Seller: littlehappys4u | <u>Add note for seller</u>

Jamaican Black Castor Oil Hexane-Free 100% Pure Cold-Pressed ~ 2.02 oz~Exp: 2026
**$9.99**

Quantity
1 ⌄

**Delivery**
Est. delivery: Sep 24 – Sep 28
USPS Ground Advantage
**$2.73**

## Ship to
amla amla
500 NW 2nd Ave
Miami, FL 33101-0105
United States
k0x7vk4u3g@expressletter.net
(999) 999-9999
<u>Change</u>

## Pay with

○ PayPal

○ Venmo

○ Add new card

○ Google Pay

○ Special financing available.
Apply now. <u>See terms</u>

| Item (1) | $9.99 |
|---|---|
| Shipping | $2.73 |
| Tax* | $0.89 |

**Order total** **$13.61**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

( Confirm and pay )

Select a payment method

$ Purchase protected by **eBay Money Back Guarantee**

Defendant no. :        134

Defendant Name :       cloudyonthewest

Platform:              E-bay

| Plaintiff VAu 1-517-249 Copyright | cloudyonthewest's Infringing Product |
|---|---|
|  | |

Hi amla!    **Daily Deals**    **Brand Outlet**    **Gift Cards**    **Help & Contact**    Sell    Watchlist    My eBay



Shop by category    Search for anything    All Categories    Search

# cloudyonthewest

**93.9%** positive feedback (43)    **214** items sold    **16** followers

Contact    Save

Categories    Shop    **About**    Feedback    Search all 13 items

## About

Location: **United States**
Member since: **Oct 24, 2023**

## Top Rated Seller

cloudyonthewest is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more

## Do you like our profile experience?

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

Hi (Sign in)   Daily Deals   Brand Outlet   Gift Cards   Help & Contact   Sell   Watchlist        My eBay        🔔        🛒 ¹

 **Shop by category**          🔍 Search for anything          All Categories ▾          Search

# Shopping cart                                                          Send Us Your Comments

You're signed out right now. To save these items or see your previously saved items, **sign in.**

Jamaican Black Castor Oil Hexane-Free 100% Pure Cold-Pressed ~ 2.02 oz~Exp: 2026 was removed from your cart.



**cloudyonthewest**
93.9% positive feedback

Request combined shipping ⓘ

**10 SOLD**

**Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hai...**

New with box

Qty [ 1 ▾ ]

$9.99

+ $3.99

USPS Ground Advantage

Save for later   Remove

| Item (1) | $9.99 |
| Shipping to 33101 ⓘ | $3.99 |

**Subtotal**                    **$13.98**

Go to checkout

🅢 Purchase protected by **eBay Money Back Guarantee**

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact
Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices   and AdChoice

 **Checkout**

How do you like our checkout? Give us feedback

## Review order

Seller:  cloudyonthe...   |   **Add note for seller**

Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hair Growth Oil!!!
**$9.99**

Quantity
1

**Delivery**
Est. delivery: Sep 25 – Sep 30
USPS Ground Advantage
**$3.99**

## Ship to
amla amla
500 NW 2nd Ave
Miami, FL 33101-0105
United States
k0x7vk4u3g@expressletter.net
(999) 999-9999
**Change**

## Pay with

○      PayPal

○      Venmo

○    Add new card

○      Google Pay

○      Special financing available.
Apply now.  See terms

| | |
|---|---|
| Item (1) | $9.99 |
| Shipping | $3.99 |
| Tax* | $0.98 |

**Order total**                **$14.96**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. **Learn more**

Confirm and pay

Select a payment method

$ Purchase protected by **eBay Money Back Guarantee**

**Add coupons**

Enter code:        Apply

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

Defendant no. :         135

Defendant Name :        bingo

Platform:               E-bay

| Plaintiff VAu 1-517-249 Copyright | bingo's Infringing Product |
|---|---|
|  | |

Hi amla!    **Daily Deals**    **Brand Outlet**    **Gift Cards**    **Help & Contact**    Sell    Watchlist    My eBay    1

![eBay logo] **Shop by category**    Search for anything    All Categories    Search

# binngo

**92.3%** positive feedback (252)    **1.1K** items sold    **81** followers

💬 Contact    ♡ Save

☰ Categories    Shop    **About**    Feedback    🔍 Search all 1,671 item

## About

Location: **United States**
Member since: **Nov 12, 2023**

## Do you like our profile experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

Hi **amla**!

Daily Deals    Brand Outlet    Gift Cards    Help & Contact        Sell    Watchlist    My eBay

ebay   Shop by category

[ Search for anything ]   [ All Categories ]   **Search**

Back to home page   Health & Beauty ❯ Hair Care & Styling ❯ Treatments, Oils & Protecto...

Share   Add to Watchlist

🟥 **SAVE UP TO 15% WHEN YOU BUY MORE**



  

Have one to sell? Sell now

## ALIVER Jamaican Black Castor Oil, All Natural Organic 100% Pure



**binngo**(252)
92.3% positive
Seller's other items
Contact seller

| Condition: | New with box ⓘ |
|---|---|

Bulk savings:

| Buy 1 $7.99/ea | Buy 2 $7.59/ea | Buy 3 $7.19/ea |
|---|---|---|

Quantity: [ 1 ]   10 available

**US $7.99/ea**
or Best Offer

**Buy It Now**

**Add to cart**

**Make offer**

♡ **Add to watchlist**

| Shipping: | US $4.43 USPS Ground Advantage®. See details |
|---|---|
| | Located in: Gastonia, North Carolina, United States |
| Delivery: | Estimated between **Tue, Sep 24** and **Thu, Sep 26** to 33101 ⓘ |
| Returns: | Seller does not accept returns. See details |
| Payments: | |



Hi (Sign in)   Daily Deals   Brand Outlet   Gift Cards   Help & Contact          Sell   Watchlist   My eBay   🔔   🛒 1

Shop by category

All Categories          Search

## Shopping cart

Send Us Your Comments

Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hair Growth Oil!!! was removed from your cart.

You're signed out right now. To save these items or see your previously saved items, **sign in**.

binngo
92.3% positive feedback                                      Request combined shipping ⓘ



**ALIVER Jamaican Black Castor Oil, All Natural Organic 100% Pure**

New with box

Qty  1 ▾

**$7.99**
+ $4.43

USPS Ground Advantage

Save for later    Remove

Save up to 15% when you buy more
Increase your item quantity to qualify

Item (1)                $7.99
Shipping to 33101 ⓘ      $4.43

**Subtotal**          **$12.42**

Go to checkout

🅢 Purchase protected by **eBay Money Back Guarantee**

## Explore related items
Sponsored



2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold...
New
**$13.69**
Free shipping
Seller with 100% positive feedback

6Oz Jamaican Black Castor Oil Organic 100% Pure Cold...
New
**$12.79**
~~$15.99~~ 20% off
Free shipping
30 sold

2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold...
New
**$13.65**
Free shipping
Seller with 100% positive feedback

Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold...
New
**$12.00**
Free shipping
💲 Top Rated Plus
Seller with 99.1% positive feedback

4 p
Ca
Ca
Ne
**$2**
Fre
Sel
po

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

 **Checkout**

How do you like our checkout? [Give us feedback](#)

New! Pay with Venmo for fast and easy checkout.

| Pay with |
| --- |
| ○ PayPal |
| ○ Venmo |
| ○ Add new card |
| ○ Google Pay |
| ○ Special financing available. Apply now. <u>See terms</u> |

**Ship to**
amla amla
500 Nw 2nd Ave
Miami, FL 33101-0105
United States
(702) 575-9624
[Change](#)

**Review order**

Seller: binngo    |    [Add note for seller](#)

 ALIVER Jamaican Black Castor Oil, All Natural Organic 100% Pure
**$7.99**

Quantity
1 ▾

**Delivery**
Est. delivery: Sep 24 – Sep 26
USPS Ground Advantage
$4.43

| | |
| --- | --- |
| Item (1) | $7.99 |
| Shipping | $4.43 |
| Tax* | $0.87 |

| | |
| --- | --- |
| **Order total** | **$13.29** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

( Confirm and pay )

Select a payment method

💲 Purchase protected by **eBay Money Back Guarantee**

## Gift cards and coupons

| Enter code: | Apply |

## Donate to charity ⓘ

Civic Nation

When We All Vote is a national, nonpartisan initiative on a mission to increase participation in every election and change the culture around voting. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices      and AdChoice

Defendant no. :        136

Defendant Name :       lemac-1062

Platform:              E-bay

| Plaintiff VAu 1-517-249 Copyright | lemac-1062's Infringing Product |
|---|---|
|  |  |



## About

Location: **United States**
Member since: **Jan 13, 2024**

Do you like our profile experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Case 0:24-cv-61886-JB   Document 13   Entered on FLSD Docket 11/13/2024   Page 617 of 862



Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact        Sell    Watchlist ⌄    My eBay ⌄ 

Shop by category ⌄    | 🔍 Search for anything | All Categories ⌄ | **Search**

‹   Back to search results    Health & Beauty ›   Hair Care & Styling ›   Treatments, Oils & Protecto…        Share



**1 OTHER PERSON HAS THIS IN THEIR CART**

2 ♡

  

Have one to sell? **Sell now**

### ALiver Jamaican Black Castor Oil | 100% Pure Cold Pressed | 4oz - Hair Skin Body

 **lemac-1062** (49)
100% positive
Seller's other items
Contact seller

## US $12.95

or Best Offer

Condition:    **New with box** ⓘ

Quantity:   | 1 |    6 available · 1 sold

**Buy It Now**

**Add to cart**

**Make offer**

♡ Add to watchlist

⚡ **People are checking this out.** 2 have added this to their watchlist.

⚡ **Other people bought this.** 1 has already sold.

Shipping:    **US $4.47** USPS Ground Advantage®. See details
Located in: Olathe, Kansas, United States

Delivery:    Estimated between **Thu, Oct 31** and **Tue, Nov 5** to 33101 ⓘ

Returns:    Seller does not accept returns. See details



Hi (Sign in)   Daily Deals   Brand Outlet   Gift Cards   Help & Contact   Sell   Watchlist ⌄   My eBay ⌄

🔔   🛒 ①

 Shop by category ⌄   🔍 Search for anything   All Categories ⌄   **Search**

# Shopping cart

Send Us Your Comments

✓ **Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hair Growth Oil!!!** was removed from your cart.

ⓘ You're signed out right now. To save these items or see your previously saved items, **sign in**.

---

lemac-1062
100% positive feedback

Request combined shipping ⓘ



① SOLD

**ALiver Jamaican Black Castor Oil | 100% Pure Cold Pressed | 4oz - H...**

New with box

Qty  1 ⌄

Save for later   |   Remove

**Subtotal**   **$0.00**

**Go to checkout**

🛡 Purchase protected by **eBay Money Back Guarantee**

---

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ✓✗ and AdChoice ⓘ

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

---

| **venmo** | New! Pay with Venmo for fast and easy checkout. |

---

**Ship to**
Amla Amla
500 NW, 2nd AVE
Miami, FL 33101-0105
United States
paulamla035@gmail.com
(125) 641-8857
<u>Change</u>

| Item (1) | $12.95 |
| Shipping | $4.47 |
| Tax* | $1.22 |
| **Order total** | **$18.64** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

**Confirm and pay**

Select a payment method

Purchase protected by **eBay Money Back Guarantee**

**Pay with**

○ **PayPal** PayPal

○ **venmo** Venmo

○ Add new card
  VISA ● DISCOVER ●

○ **G Pay** Google Pay

○ **PayPal CREDIT** Special financing available.
  Apply now. <u>See terms</u>

**Add coupons**

| Enter code: | Apply |

**Review order**

Seller: lemac-1062 | <u>Add note for seller</u>



ALiver Jamaican Black Castor Oil | 100% Pure Cold Pressed | 4oz - Hair Skin Body

**$12.95**

Quantity
1

**Delivery**
Est. delivery: Oct 31 – Nov 5
USPS Ground Advantage
$4.47

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ✓✗ and AdChoice ⓘ

Defendant no. :       137

Defendant Name :      macam9612

Platform:             E-bay

| Plaintiff VAu 1-517-249 Copyright | macam9612's Infringing Product |
|---|---|
|   |  |

Case 0:24-cv-61886-JB    Document 13    Entered on FLSD Docket 11/13/2024    Page 622 of 862

Hi (Sign in) | Daily Deals | Brand Outlet | Gift Cards | Help & Contact    Sell | Watchlist | My eBay

ebay    Shop by category

Search for anything    All Categories    Search

Back to search results    Health & Beauty  Hair Care & Styling  Treatments, Oils & Protecto...    Share    Add to Watchlist

ALiver Jamaican Black Castor Oil | 100% Pure Cold Pressed | 4oz - Hair Skin Body

macam9612 (130)
98.5% positive
Seller's other items
Contact seller

Condition:    New with box

Quantity:    1    5 available

US $19.99

Buy It Now

Add to cart

♡ Add to watchlist

Shipping:    Free USPS Ground Advantage®.
See details
Located in: Long Beach, California, United States

Delivery:    Estimated between **Fri, Sep 27** and **Tue, Oct 1** to 33101

Returns:    Seller does not accept returns.
See details

Payments:

Special financing available. See terms and apply now

Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Have one to sell? Sell now

## Similar Items

Sponsored

Feedback on our suggestions    |    See all

2 ALiver Jamaican Black Castor Oil 2.02 oz Hair Skin Body 100% Pure Cold...
New · Private
$18.99
Free 2-4 day shipping
Top Rated Plus
Seller with 100% positive feedback

ALiver Jamaican Black Castor Oil | 100% Pure Cold Pressed | 4oz - Hair Skin Body
New · Private
$12.95
+ $4.47 shipping
Seller with 100% positive feedback

Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure Cold Pressed New In Box
New · Business
$12.95
Free shipping

Hi! (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact        Sell    Watchlist    My eBay    🔔    🛒 1

ebay    Shop by category    🔍 Search for anything    All Categories ▾    Search

# Shopping cart

Send Us Your Comments

You're signed out right now. To save these items or see your previously saved items, **sign in.**



macam9612
98.5% positive feedback

Request combined shipping ⓘ

**ALiver Jamaican Black Castor Oil | 100% Pure Cold Pressed | 4oz – Hair Skin Body**

New with box

Qty [ 1 ▾ ]

$19.99

**Free shipping**
USPS Ground Advantage

Save for later   Remove

Item (1)                    $19.99
Shipping to 33101 ⓘ        Free

**Subtotal**               **$19.99**

Go to checkout

$ Purchase protected by **eBay Money Back Guarantee**

## Explore related items
Sponsored

| | | | | |
|---|---|---|---|---|
| Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold... | 6Oz Jamaican Black Castor Oil Organic 100% Pure Cold... | ALiver Jamaican Black Castor Oil | 100% Pure Cold Pressed | 4oz -... | Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure Cold... | 2 p Ca Ca Ne |
| New | New | New | New | |
| $12.00 | $12.79 | $19.99 | $12.95 | $1; |
| Free shipping | ~~$15.99~~ 20% off | Free shipping | Free shipping | Fre |
| 🏅 Top Rated Plus Seller with 99.1% positive feedback | Free shipping | 45 sold | | Sel pos |
| | 31 sold | | | |

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices   and AdChoice

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

## Review order

Seller: macam9612 | <u>Add note for seller</u>

ALiver Jamaican Black Castor Oil | 100% Pure Cold Pressed | 4oz - Hair Skin Body
**$19.99**

Quantity
1

**Delivery**
**Free USPS Ground Advantage**
Est. delivery: Sep 27 – Oct 1

---

## Ship to

amla amla
500 NW 2nd Ave
Miami, FL 33101-0105
United States
k0x7vk4u3g@expressletter.net
(999) 999-9999
<u>Change</u>

## Pay with

⭘    **PayPal**

⭘    **Venmo**

⭘    Add new card

⭘    **Google Pay**

⭘    Special financing available.
Apply now. <u>See terms</u>

## Add coupons

---

| Item (1) | $19.99 |
|---|---|
| Shipping | **Free** |
| Tax* | $1.40 |

**Order total**    **$21.39**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

Confirm and pay

Select a payment method

🛡 Purchase protected by **eBay Money Back Guarantee**

Defendant no. :        138

Defendant Name :       Hot Deals Store - 2024

Platform:              E-bay

| Plaintiff VAu 1-517-249 Copyright | Hot Deals Store - 2024's Infringing Product |
|---|---|
|  | |

Hi (Sign in)     **Daily Deals**    **Brand Outlet**    **Gift Cards**    **Help & Contact**    Sell    Watchlist     My eBay        1

    Shop by category    Search for anything    All Categories    Search

# Hot Deals Store-2024

**95.9%** positive feedback    **3.6K** items sold    **268** followers

⬆ Share    💬 Contact    ♡ Save Seller

☰ Categories        Shop    Sale    **About**    Feedback        🔍 Search all i

## About us

Welcome to my eBay Store. Your satisfaction is our number one priority. We specialize in a variety of high-quality products from our China and USA warehouses. Would you mind adding me to your list of favourite sellers and coming again? Thank you for your business.

Location: **Canada**
Member since: **Jun 21, 2016**
Seller: **hotdeals-1978**

## Do you like our store experience? 👍 👎

Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact

Sell    Watchlist    My eBay

ebay    Shop by category

Search for anything    [All Categories]    Search

Back to home page    Health & Beauty    Hair Care & Styling    Treatments, Oils & Protecto...    Share    Add to Watchlist

## People who viewed this item also viewed

2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold Pressed Glass...
Private
$13.65
Free shipping
Sponsored

2 ALiver Jamaican Black Castor Oil 2.02 oz Hair Skin Body 100% Pure Col...
Private
$18.99
Free shipping



### Jamaican Black Castor Oil, Castor Oil Organic 100% Pure Cold Pressed Unrefined

Hot Deals Store-2024 (335)
95.9% positive
Seller's other items
Contact seller

Condition: New with box ⓘ

Quantity: 1    2 available    10 sold

US $24.99
or Best Offer

Buy It Now

Add to cart

Make offer

♡ Add to watchlist

**People want this.** 11 people are watching this.

**This one's trending.** 10 have already sold.

Shipping:    **Free** Economy Shipping. See details
Located in: Beach Haven, New Jersey, United States

Delivery:    Estimated between **Thu, Sep 26** and **Sat, Sep 28** to 33101 ⓘ

Returns:    30 days returns. Seller pays for return shipping. See details

Payments:

Special financing available. See terms and apply now

Shop with confidence



Hi (Sign in)   Daily Deals   Brand Outlet   Gift Cards   Help & Contact                    Sell   Watchlist   My eBay   🔔   🛒 ¹

Shop by category   🔍 Search for anything   All Categories ▾   Search

# Shopping cart
Send Us Your Comments

> Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure Cold Pressed New In Box was removed from your cart.

> You're signed out right now. To save these items or see your previously saved items, **sign in**.



**Hot Deals Store-2024**
95.9% positive feedback

Request combined shipping ⓘ

**10 SOLD**
**Jamaican Black Castor Oil, Castor Oil Organic 100% Pure Cold Pressed Unrefined**
New with box

Qty [ 1 ▾ ]

$24.99

Free shipping
Economy Shipping
Free returns

Save for later   Remove

Item (1)                         $24.99
Shipping to 33101 ⓘ              Free

**Subtotal**                     **$24.99**

[ Go to checkout ]

💲 Purchase protected by **eBay Money Back Guarantee**

## Explore related items
Sponsored

| Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold... New | 6Oz Jamaican Black Castor Oil Organic 100% Pure Cold... New | ALiver Jamaican Black Castor Oil \| 100% Pure Cold Pressed \| 4oz -... New | Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure Cold... New | 2 p Ca Ne |
|---|---|---|---|---|
| $12.00 | $12.79 | $19.99 | $12.95 | $1 |
| Free shipping | ~~$15.99~~ 20% off | Free shipping | Free shipping | Fre |
| 🏅 Top Rated Plus | Free shipping | 45 sold |  | Sel |
| Seller with 99.1% positive feedback | 31 sold |  |  | po: |

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices   and AdChoice

 **Checkout**

How do you like our checkout? [Give us feedback](#)

## Review order

Seller: hotdeals-1978 | **Add note for seller** | **Pay only this seller**



Jamaican Black Castor Oil, Castor Oil Organic 100% Pure Cold Pressed Unrefined
**$24.99**

Quantity
1

**Remove**

Free returns

**Delivery**
**Free Economy Shipping**
Est. delivery: Sep 26 – Sep 28

Seller: thewardco | **Add note for seller** | **Pay only this seller**

Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure Cold Pressed New In Box
**$12.95**

Quantity
1

**Remove**

**Delivery**
**Free USPS Ground Advantage**
Est. delivery: Sep 26 – Oct 1

## Ship to
amla amla
500 NW 2nd Ave
Miami, FL 33101-0105
United States
k0x7vk4u3g@expressletter.net
(999) 999-9999
**Change**

## Pay with

○ PayPal

| | |
|---|---|
| Items (2) | $37.94 |
| Shipping | **Free** |
| Tax* | $2.66 |

**Order total**      **$40.60**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. **Learn more**

**Confirm and pay**

Select a payment method

Purchase protected by **eBay Money**

Purchase protected by **eBay Money**

**Back Guarantee**

○          Venmo

○    Add new card

○          Google Pay

○          Special financing available.
            Apply now.  <u>See terms</u>

**Add coupons**

| Enter code: | Apply |

Copyright © 1995-2024 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Consumer Health Data</u>, <u>Payments Terms of Use</u>, <u>Cookies</u>, <u>CA Privacy Notice</u>, <u>Your Privacy Choices</u>      and <u>AdChoice</u>

Defendant no. :         139

Defendant Name :        khoandr_O

Platform:               E-bay

| Plaintiff VAu 1-517-249 Copyright | khoandr_O's Infringing Product |
|---|---|
|  | |



Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    🔔    🛒 1

Shop by category

All Categories

Search

# khoandr_0

**100% positive feedback (8)**    **8 items sold**    **1 follower**

💬 Contact    ♡ Save

☰ Categories    Shop    **About**    Feedback    🔍 Search all 9 items

# About

Location: **United States**
Member since: **Sep 11, 2018**

## Do you like our profile experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

Hi! (**Sign in**)   Daily Deals   Brand Outlet   Gift Cards   Help & Contact   Sell   Watchlist   My eBay   🔔   🛒 1

 Shop by category

Search fo | All Categories ⌄ | **Search**

Back to search results

Health & Beauty  ›  Hair Care & Styling  ›  Treatments, Oils & Protecto...          Share   Add to Watchlist

## People who viewed this item also viewed

2 ALiver Jamaican Black Castor...
Private
**$18.99**
Free shipping

Jamaican Black Castor Oil For Hair...
Business
**$17.95**
Free shipping
Sponsored

⋮



1 OTHER PERSON HAS THIS IN THEIR CART

‹   ›

   

Have one to sell? Sell now

### Jamaican Black Castor Oil, Organic Castor Oil Cold Pressed for Hair Skin Care

 **khoandr_0** (8)
100% positive
Seller's other items
Contact seller

Condition:    **New with box** ⓘ

**US $17.00**
or Best Offer

Buy It Now

Add to cart

Make offer

Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist    My eBay    🔔        🛒 1

ebay    Shop by category    [Search for anything]    All Categories ▾    Search

# Shopping cart                                                            Send Us Your Comments

You're signed out right now. To save these items or see your previously saved items, **sign in**.



khoandr_0
100% positive feedback                    Request combined shipping ⓘ

**LAST ONE**                                         Qty 1

**Jamaican Black Castor Oil, Organic**              **$17.00**
**Castor Oil Cold Pressed for Hair Skin**
**Care**                                            + $4.21

New with box                                         USPS Ground Advantage

                                    Save for later    Remove

Item (1)              $17.00
Shipping to 33101 ⓘ    $4.21

**Subtotal**           **$21.21**

[ Go to checkout ]

$ Purchase protected by **eBay Money Back Guarantee**

## Explore related items
Sponsored

| Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold... | 6Oz Jamaican Black Castor Oil Organic 100% Pure Cold... | ALiver Jamaican Black Castor Oil | 100% Pure Cold Pressed | 4oz -... | Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure Cold... | 2 p Ca Ca Ne |
|---|---|---|---|---|
| New | New | New | New | |
| $12.00 | $12.79 | $19.99 | $12.95 | $1: |
| Free shipping | ~~$15.99~~ 20% off | Free shipping | Free shipping | Fre |
| 🟦 Top Rated Plus Seller with 99.1% positive feedback | Free shipping | 45 sold | | Sel po |
| | 31 sold | | | |

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

 **Checkout**

How do you like our checkout? Give us feedback

New! Pay with Venmo for fast and easy checkout.

**Pay with**

○  PayPal

○  Venmo

○  Add new card

○  Google Pay

○  ⌄

**Ship to**
amla amla
500 Nw 2nd Ave
Miami, FL 33101-0105
United States
(702) 575-9624
Change

**Review order**

Seller: khoandr_0  |  Add note for seller



LAST ONE

Jamaican Black Castor Oil, Organic
Castor Oil Cold Pressed for Hair Skin
Care
**US $17.00**

Quantity 1

**Delivery**
Est. delivery: Sep 26 – Sep 30
USPS Ground Advantage
**US $4.21**

| Item (1) | US $17.00 |
|---|---|
| Shipping | US $4.21 |
| Tax* | US $1.48 |

**Order total**         **US $22.69**

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

Confirm and pay

Select a payment method

$ Purchase protected by **eBay Money
Back Guarantee**

## Gift cards and coupons

Enter code:

Apply

## Donate to charity  ⓘ
OUTSIDE THE BORDERS INC

Help support the emotional & psychological well-being of the Hispanic/Latino community who are victims of gender violence, domestic & sexual abuse. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices        and AdChoice

Defendant no. :   140

Defendant Name :     gthbf5

Platform:              E-bay

| Plaintiff VAu 1-517-249 Copyright | gthbf5's Infringing Product |
|---|---|
|  | |

Hi (Sign in)    **Daily Deals**    **Brand Outlet**    **Gift Cards**    **Help & Contact**    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒 ¹

ebay    Shop by category ⌄    [🔍 Search for an...    | All Categories ⌄]    **Search**

# gthbf5

**91.9%** positive feedback    **2.8K** items sold    **117** followers

↪ Share    💬 Contact    ♡ Save Seller

☰ Categories    Shop    Sale    **About**    Feedback    🔍 Search all 59

## About us

Location: **China**
Member since: **Jun 12, 2023**
Seller: **gthbgf5**

## Top Rated Seller

gthbf5 is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more

## Do you like our store experience? 👍 👎

Hi (Sign in) Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search

Back to previous page · Health & Beauty › Hair Care & Styling › Treatments, Oils & Protecto... Share

BUY 2, GET 1 FREE (add 3 to cart) See all eligible items and terms ▸

Have one to sell? Sell now

# Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hair Growth US

gthbf5 (299)
91.9% positive
Seller's other items
Contact seller

**US $9.99**

Condition: **New with box**

Quantity: 1 20 available

Buy It Now

Add to cart

Add to watchlist

**Hurry before it's gone.** 1 person is watching this item.

Shipping: **Free** USPS First Class®. See details
Located in: US, United States

Delivery: Estimated between **Thu, Oct 31** and **Tue, Nov 5** to 33101

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, venmo, G Pay, VISA, Mastercard, Discover, Diners Club

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



10/25/24, 3:12 PM
Case 0:24-cv-61886-JB   Document 13   Entered on FLSD Docket 11/13/2024   Page 640 of 862
eBay Shopping cart

Hi (**Sign in**)    **Daily Deals**   **Brand Outlet**   **Gift Cards**   **Help & Contact**   Sell   **Watchlist** ⌄   **My eBay** ⌄        🔔    🛒 1

 **Shop by category** ⌄   [Search for anything]  [All Categories ⌄]   **Search**

# Shopping cart

Send Us Your Comments

> ℹ️ You're signed out right now. To save these items or see your previously saved items, **sign in**.

✓ **ALiver Jamaican Black Castor Oil | 100% Pure Cold Pressed | 4oz - Hair Skin Body** was removed from your cart.

**gthbgf5**
91.9% positive feedback

Request combined shipping ℹ️

| | |
|---|---|
| Item (1) | $9.99 |
| Shipping ℹ️ | Free |
| **Subtotal** | **$9.99** |

 **Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hai...**
New with box

Qty [ 1 ⌄ ]

$9.99
**Free shipping**
USPS First Class
Returns accepted
**Save for later** | **Remove**

**Go to checkout**

 💲 Purchase protected by **eBay Money Back Guarantee**

**Buy 2, get 1 free**
**Add 2 more to qualify** →

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice ⓘ

 **Checkout**

How do you like our checkout? Give us feedback

| venmo | New! Pay with Venmo for fast and easy checkout. |

**Ship to**
Amla Amla
500 NW, 2nd AVE
Miami, FL 33101-0105
United States
paulamla035@gmail.com
(125) 641-8857
Change

**Pay with**

○ PayPal PayPal

○ venmo Venmo

○ Add new card
VISA DISCOVER MasterCard Diners Club

○ G Pay Google Pay

○ PayPal CREDIT Special financing available.
Apply now. See terms

**Add coupons**

| Enter code: | Apply |

**Review order**

Seller: gthbgf5 | Add note for seller

| Item (1) | $9.99 |
| Shipping | Free |
| Tax* | $0.70 |

| **Order total** | **$10.69** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment method

$ Purchase protected by **eBay Money Back Guarantee**





Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hair Growth US

**$9.99**

Quantity
1

Returns accepted

**Delivery**

**Free USPS First Class**

Est. delivery: Oct 31 – Nov 5

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Defendant no. :        141

Defendant Name :       mxdresale

Platform:              E-bay

| Plaintiff VAu 1-517-249 Copyright | mxdresale's Infringing Product |
|---|---|
|   |  |



Hi amla! **Daily Deals** **Help & Contact** **Sell** Watchlist My eBay 🔔 🛒 ₁

 Shop by category

Search for anyt | All Categories ▼ | Search

# mxdresale

**98.5%** positive feedback (345)   **1.1K** items sold   **61** followers

💬 Contact   ♡ Save

☰ Categories   Shop   **About**   Feedback   🔍 Search all 129 items

## About

Location: **United States**
Member since: **Aug 27, 2014**

Do you like our profile experience? 👍 👎

About eBay   Announcements   Community   Security Center   Seller Information Center   Policies
Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices   and AdChoice

Hi (Sign in) | Daily Deals | Brand Outlet | Gift Cards | Help & Contact       Sell | Watchlist | My eBay

# ebay   Shop by category

Search for anything     [All Categories ▾]     **Search**

Back to previous page    Health & Beauty  ›  Hair Care & Styling  ›  Treatments, Oils & Protecto...    Share   Add to Watchlist

## People who viewed this item also viewed

2 ALiver Jamaican Black Castor Oil 2.02 oz Hair Skin Body 100% Pure Col...
**$18.59**
Free shipping
Sponsored

AL'IVER 100% pure and natural cold-pressed Jamaican Black Castor Oil
**$5.99**
+ $4.38 shipping

🏷️ SAVE UP TO **20%** WHEN YOU BUY MORE







### ALIVER Jamaican Black Castor Oil, All Natural Organic 100% Pure

**mxdresale**(345)
98.5% positive
Seller's other items
Contact seller

## US $5.00/ea
or Best Offer

Condition:    New with box ⓘ

Quantity:  [ 1 ]    3 available

Bulk savings:

| Buy 1 $5.00/ea | Buy 2 $4.25/ea | Buy 3 $4.00/ea |

**Buy It Now**

**View in cart**

**Make offer**

♡ Add to watchlist

Shipping:   US $4.47 USPS Ground Advantage®.
See details
Located in: Lansing, Michigan, United States

Delivery:   Estimated between **Thu, Sep 26** and **Mon, Sep 30** to 33101 ⓘ

Returns:    Seller does not accept returns.
See details

Payments:

Have one to sell? Sell now

## Similar Items
Sponsored                          Feedback on our suggestions   |   See all



ALMOST GONE
ALiver Jamaican Black Castor Oil | 100% Pure Cold Pressed | 4oz - Hair Skin Body
New
**$19.99**
Free shipping
45 sold

Jamaican Black Castor Oil, Organic Castor Oil Cold Pressed for Hair Skin Care
New
**$17.00**
+ $4.21 shipping

Jamaican Black Castor Oil, Organic Castor Oil for Hair Growth, Cold Press 4.4fl
New
**$4.00**
0 bids
1d 19h

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more


Feedback



Hi (Sign in)   Daily Deals   Brand Outlet   Gift Cards   Help & Contact           Sell   Watchlist   My eBay   🔔   🛒 1

ebay     Shop by category     [🔍 Search for anything]     [All Categories ▾]     Search

# Shopping cart                                                        Send Us Your Comments

> Jamaican Black Castor Oil, Organic Castor Oil Cold Pressed for Hair Skin Care was removed from your cart.

> You're signed out right now. To save these items or see your previously saved items, **sign in.**



mxdresale
98.5% positive feedback                                    Request combined shipping ⓘ

**ALIVER Jamaican Black Castor Oil,
All Natural Organic 100% Pure**

New with box

Qty [ 1 ▾ ]

**$5.00**
+ $4.47

USPS Ground Advantage

Save for later   Remove

Save up to 20% when you buy more
Increase your item quantity to qualify



Item (1)                    $5.00
Shipping to 33101 ⓘ        $4.47

**Subtotal**               **$9.47**

[ Go to checkout ]

Ⓢ Purchase protected by **eBay Money Back Guarantee**

## Explore related items
Sponsored

| Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold... | 6Oz Jamaican Black Castor Oil Organic 100% Pure Cold... | ALiver Jamaican Black Castor Oil | 100% Pure Cold Pressed | 4oz -... | Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure Cold... | 2 p... Ca... Ne... |
|---|---|---|---|---|
| New | New | New | New | |
| **$12.00** | **$12.79** | **$19.99** | **$12.95** | **$13...** |
| Free shipping | ~~$15.99~~ 20% off | Free shipping | Free shipping | Free... |
| ☑ Top Rated Plus | Free shipping | 45 sold | | Sel... |
| Seller with 99.1% positive feedback | 31 sold | | | po... |

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices   and AdChoice

 **Checkout**

How do you like our checkout? Give us feedback

New! Pay with Venmo for fast and easy checkout.

| Pay with |
|---|
| ○      PayPal |
| ○      Venmo |
| ○ Add new card |
| ○      Google Pay |
| ○          ⌄ |



| Item (1) | US $5.00 |
|---|---|
| Shipping | US $4.47 |
| Tax | US $0.66 |
| **Order total** | **US $10.13** |

Confirm and pay

Select a payment method

🅢 Purchase protected by **eBay Money Back Guarantee**

**Ship to**
amla amla
500 Nw 2nd Ave
Miami, FL 33101-0105
United States
(725) 276-6076
Change

**Review order**

Seller: mxdresale  |  Add note for seller

 ALIVER Jamaican Black Castor Oil, All Natural Organic 100% Pure
**US $5.00**

Quantity
1    ⌄

**Delivery**
Est. delivery: Sep 26 – Sep 30
USPS Ground Advantage
**US $4.47**

## Gift cards and coupons

Enter code: [                    ]   Apply

## Donate to charity ⓘ
OUTSIDE THE BORDERS INC

Help support the emotional & psychological well-being of the Hispanic/Latino community who are victims of gender violence, domestic & sexual abuse. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount   None ⌄

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices   and AdChoice

Defendant no. :            142

Defendant Name :        nona-22-3

Platform:                    E-bay

| Plaintiff VAu 1-517-249 Copyright | nona-22-3's Infringing Product |
|---|---|
|  | |

Hi! <u>Sign in</u>                                                                                                    My eBay



## Nana's Thingz

**100%** positive feedback
**246** items sold
**23** followers

    Shop    Sale    **About**    Feedback    Search all 409

# About us

Location: **United States**
Member since: **Apr 21, 2023**
Seller: **nona-22-3**

## Do you like our store experience? 👍 👎

Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Case 0:24-cv-61886-JB    Document 13    Entered on FLSD Docket 11/13/2024    Page 652 of 862

Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact         Sell    Watchlist    My eBay

ebay    Shop by category

Search for anything    [All Categories]    **Search**

Back to home page    Health & Beauty    Hair Care & Styling    Treatments, Oils & Protecto...       Share    Add to Watchlist

## People who viewed this item also viewed

Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hair...
Private
$10.75
Free shipping
Sponsored

Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hair...
Business
$9.99
Free shipping

### SAVE UP TO **20%** WHEN YOU BUY MORE

6 VIEWED IN THE LAST 24 HOURS



     

Have one to sell? Sell now

### Black Castor Oil,100% Natural Premium Organic Cold Pressed Unrefined Castor Oil

Nana's Thingz (83)
100% positive
Seller's other items
Contact seller

Condition:    New with box ⓘ

Bulk savings:

| Buy 1 $7.00/ea | Buy 2 $6.30/ea | Buy 3 $5.95/ea | 4 or more for $5.60/ea |

Quantity:    1    More than 10 available

**US $7.00/ea**
or Best Offer

Buy It Now

Add to cart

Make offer

♡ Add to watchlist

Pickup:    Free local pickup from Canton, Ohio, United States 44708

Shipping:    US $5.00 USPS Ground Advantage®.
See details
Located in: Canton, Ohio, United States

Delivery:    Estimated between **Fri, Sep 27** and **Wed, Oct 2** to 33101 ⓘ

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:

Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact        Sell    Watchlist    My eBay    🔔    🛒 1

eBay    Shop by category    [Search for anything]    All Categories    Search

# Shopping cart

Send Us Your Comments

ALIVER Jamaican Black Castor Oil, All Natural Organic 100% Pure was removed from your cart.

You're signed out right now. To save these items or see your previously saved items, **sign in.**



nona-22-3
100% positive feedback

Request combined shipping ⓘ

**Black Castor Oil,100% Natural Premium Organic Cold Pressed Unrefined Castor Oil**

New with box

Qty [ 1 ⌄ ]

**$7.00**
+ $5.00

USPS Ground Advantage
Returns accepted

Save for later    Remove

Save up to 20% when you buy more
Increase your item quantity to qualify

| Item (1) | $7.00 |
| Shipping to 33101 ⓘ | $5.00 |
| **Subtotal** | **$12.00** |

[ Go to checkout ]

 Purchase protected by **eBay Money Back Guarantee**

## Explore related items
Sponsored

Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold...
New
**$12.00**
Free shipping
🔷 Top Rated Plus
Seller with 99.1% positive feedback

6Oz Jamaican Black Castor Oil Organic 100% Pure Cold...
New
**$12.79**
~~$15.99~~ 20% off
Free shipping
31 sold

ALiver Jamaican Black Castor Oil | 100% Pure Cold Pressed | 4oz -...
New
**$19.99**
Free shipping
45 sold

Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure Cold...
New
**$12.95**
Free shipping

2 p...
Ca...
Ca...
Ne...
**$1...**
Fre
Sel
pos

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and    AdChoice

Defendant no. :        143

Defendant Name :    Sonia art studio

Platform:               E-bay

| Plaintiff VAu 1-517-249 Copyright | Sonia art studio's Infringing Product |
|---|---|
|  | |

Hi (Sign in) | Daily Deals | Brand Outlet | Gift Cards | Help & Contact                     Sell | Watchlist | My eBay

Shop by category

Search for anything [All Categories]  Search

Back to home page | Health & Beauty > Hair Care & Styling > Treatments, Oils & Protecto...                     Share   Add to Watchlist

### People who viewed this item also viewed

Jamaican Black Castor Oil, Castor Oil Organic 100% Pure Cold Pressed...
$24.99
Free shipping

100% USDA ORGANIC Castor Oil for Eyelashes, Eyebrows,Hair...
$13.95
Free shipping
Sponsored



      

Have one to sell? Sell now

## Organic Castor Oil,100% Pure Natural Jamaican OIL for Hair Growth, Eyelashes

sonia art studio (390)
97.2% positive
Seller's other items
Contact seller

## US $30.00

Condition:     New with box ⓘ

Buy It Now

Add to cart

♡ Add to watchlist

Shipping:    **Free** Standard Shipping. See details
Located in: usa, United States

Delivery:    Estimated between **Fri, Sep 27** and
**Wed, Oct 2** to 33101 ⓘ

Returns:     30 days returns. Seller pays for return
shipping. See details

Payments:

Special financing available. See
terms and apply now

Earn up to 5x points when
you use your eBay
Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money
back. Learn more

Feedback



9/23/24, 3:14 PM                                          eBay Shopping Cart

Hi! Sign in or register    Daily Deals    Help & Contact              Sell    Watchlist    My eBay    🔔    🛒 1

**ebay**  Shop by category     🔍 Search for anything           All Categories  ▾        Search

# Shopping cart                                                    Send Us Your Comments



You're signed out right now. To save these items or see your previously saved items, **sign in**.

---

sonia art studio
97.2% positive feedback                              Request combined shipping ⓘ

🚫 To complete your order, **go to checkout** and update your shipping address.

**LAST ONE**                                              Qty 1
Organic Castor Oil,100% Pure
Natural Jamaican OIL for Hair                       US $30.00
Growth, Eyelashes

New with box                                        Returns accepted

Save for later    Remove

---

Item (1)                                    US $30.00

**Subtotal**                                US $30.00

Go to checkout

💲 Purchase protected by eBay Money
Back Guarantee

## Explore related items
Sponsored

| Organic Hair Growth & Nourishment Pure Jamaican Black Cast... | Jamaican Black Castor Oil 4 oz -Premium 100% Virgin Pure for... | Adivasi Natural Neelambari Herbal Hair Oil – 100ml | Castor Oil - 100% Pure Organic Cold-Pressed Hexane Free For Hair... | Ja... Na... Ap... |
|---|---|---|---|---|
| New | New | New | New | Ne... |
| $12.41 | $14.99 | $13.29 | $18.34 | $2... |
| US $14.94 17% off | + shipping | US $13.99 5% off | + US $13.89 shipping | + L... |
| + shipping | 39 sold | + shipping | 28 sold | Sel... |
| 20% off 2+ with coupon | | 7 watchers | | po... |

---

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

 **Checkout**

How do you like our checkout? [Give us feedback](#)

---

### Review order

Seller: iibs49   |   **Add note for seller**   |   **Pay only this seller**



🔴 LAST ONE

120ml 🔥Jamaican Black Castor Oil, NEW Organic 100% Pure Cold Pressed Hair grow🔥

**$12.95**

Quantity 1

**Remove**

Returns accepted

**Delivery**
Est. delivery: Sep 26 – Sep 30
USPS Ground Advantage
$4.99

---

Seller: sonia-art-s...   |   **Add note for seller**   |   **Pay only this seller**



🔴 LAST ONE

Organic Castor Oil,100% Pure Natural Jamaican OIL for Hair Growth, Eyelashes

**$30.00**

Quantity 1

**Remove**

Free returns

**Delivery**
**Free Standard Shipping**
Est. delivery: Sep 27 – Oct 2

---

**Ship to**
amla amla
500 NW 2nd Ave
Miami, FL 33101-0105
United States
k0x7vk4u3g@expressletter.net
(999) 999-9999
**Change**

---

| Items (2) | $42.95 |
|-----------|--------|
| Shipping | $4.99 |
| Tax* | $3.36 |

**Order total** **$51.30**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

**Confirm and pay**

## Pay with

○        PayPal

○        Venmo

○   Add new card

○        Google Pay

○        Special financing available.
       Apply now. See terms

### Add coupons

| Enter code: | | Apply |
| --- | --- | --- |

Select a payment method

$ Purchase protected by **eBay Money Back Guarantee**

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices      and AdChoice

Defendant no. :          144

Defendant Name :     iibs49

Platform:                    E-bay

| Plaintiff VAu 1-517-249 Copyright | iibs49's Infringing Product |
|---|---|
|  | |

Hi (Sign in)    **Daily Deals**    **Brand Outlet**    **Gift Cards**    Help & Contact    Watchlist    My eBay    🔔    🛒 ¹

 **Shop by category**    Search for anything    All Categories ⌄    Search

# iibs49

**85.7%** positive feedback (149)    **1.5K** items sold    **51** followers

💬 Contact    ♡ Save

☰ Categories    Shop    **About**    Feedback    🔍 Search all 49 items

## About

Location: **United States**
Member since: **Mar 20, 2019**

Do you like our profile experience? 👍 👎

---

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay    🔔    🛒 1

ebay    Shop by category    | Search for anything                    | All Categories ▾ |    **Search**

Back to home page    Health & Beauty    Hair Care & Styling    Treatments, Oils & Protecto...                    Share    Add to Watchlist

## People who viewed this item also viewed

Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hair...
**$10.75**
Free shipping
Sponsored

Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hair...
**$9.99**
Free shipping



    

Have one to sell? Sell now

### 120ml🔥Jamaican Black Castor Oil, NEW Organic 100% Pure Cold Pressed Hair grow🔥

iibs49 (149)
85.7% positive
Seller's other items
Contact seller

## US $12.95

Condition:    New with box ⓘ

**Buy It Now**

**Add to cart**

♡ **Add to watchlist**

Shipping:    US $4.99 USPS Ground Advantage®.
See details
Located in: Lemon Grove, California, United States

Delivery:    Estimated between **Thu, Sep 26** and **Mon, Sep 30** to 33101 ⓘ
Ships today if paid within **13 hrs 32 mins** See details

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Feedback



9/23/24, 9:24 PM                                          eBay Shopping cart

Hi (Sign in)   Daily Deals   Brand Outlet   Gift Cards   Help & Contact                    Sell   Watchlist   My eBay   🔔   🛒 1

ebay    Shop by category    [Search for anything]    All Categories ▾    Search

# Shopping cart

Send Us Your Comments

You're signed out right now. To save these items or see your previously saved items, **sign in.**

Aliver Jamaican Black Castor Oil Pure Cold Pressed Hair Care 2 fl oz was removed from your cart.

iibs49
85.7% positive feedback                                    Request combined shipping ⓘ



**LAST ONE**                                                                 Qty 1
**120ml🔥Jamaican Black Castor Oil,**                                        **$12.95**
**NEW Organic 100% Pure Cold**
**Pressed Hair grow🔥**                                                      + $4.99

New with box                                                                 USPS Ground Advantage
                                                                             Returns accepted

                                                            Save for later    Remove

| | |
|---|---|
| Item (1) | $12.95 |
| Shipping to 33101 ⓘ | $4.99 |
| **Subtotal** | **$17.94** |

**Go to checkout**

💲 Purchase protected by **eBay Money Back Guarantee**

## Explore related items
Sponsored

| Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold... New | 6Oz Jamaican Black Castor Oil Organic 100% Pure Cold... New | ALiver Jamaican Black Castor Oil \| 100% Pure Cold Pressed \| 4oz -... New | Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure Cold... New | 2 p Ca Ca Ne |
|---|---|---|---|---|
| $12.00 | $12.79 | $19.99 | $12.95 | $1 |
| Free shipping | $15.99 20% off | Free shipping | Free shipping | Fre |
| 🏅 Top Rated Plus Seller with 99.1% positive feedback | Free shipping | 45 sold | | Sel po |
| | 31 sold | | | |

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices   and AdChoice

 **Checkout**

How do you like our checkout? [Give us feedback](#)

## Review order

Seller: iibs49  |  [Add note for seller](#)



~~LAST ONE~~

120ml🔥Jamaican Black Castor Oil, NEW Organic 100% Pure Cold Pressed Hair grow🔥

**$12.95**

Quantity 1

Returns accepted

**Delivery**
Est. delivery: Sep 26 – Sep 30
USPS Ground Advantage
$4.99

---

### Ship to
amla amla
500 NW 2nd Ave
Miami, FL 33101-0105
United States
k0x7vk4u3g@expressletter.net
(999) 999-9999
[Change](#)

---

### Pay with

○    PayPal

○    Venmo

○    Add new card

○    Google Pay

○    Special financing available. Apply now. [See terms](#)

---

| | |
|---|---|
| Item (1) | $12.95 |
| Shipping | $4.99 |
| Tax* | $1.26 |

| **Order total** | **$19.20** |
|---|---|

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

    Confirm and pay

Select a payment method

Ⓢ Purchase protected by **eBay Money Back Guarantee**

**Add coupons**

| Enter code: | Apply |

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices         and AdChoice

Defendant no. :          145

Defendant Name :      jegeo_3271

Platform:                  E-bay

| Plaintiff VAu 1-517-249 Copyright | jegeo_3271's Infringing Product |
|---|---|
|  | |

Hi! Sign in or register    Daily Deals    Help & Contact    Sell    Watchlist    My eBay


Shop by category

Search for anyt | All Categories | Search

# jegeo_3271

100% positive feedback (17)    32 items sold    2 followers

Contact    ♡ Save

About    Feedback    🔍 Search all items

## About

Location: **United States**
Member since: **Jan 14, 2022**

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies
Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data,
Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice



Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact        Sell    Watchlist    My eBay    🔔    🛒 1

ebay    Shop by category    🔍 Search for anything    | All Categories ▾ |    **Search**

Back to home page    Health & Beauty > Hair Care & Styling > Treatments, Oils & Protecto...        Share    Add to Watchlist

## People who viewed this item also viewed



Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hair...
**$10.75**
Free shipping
Sponsored

Jamaican Black Castor Oil
**$4.00**
+ $4.68 shipping







   

Have one to sell?    Sell now

### Jamaican black castor oil

jegeo_3271 (17)
100% positive
Seller's other items
Contact seller

## US $6.99
or Best Offer

Condition:    New with box  

Quantity:    | 1 |    10 available

[ Buy It Now ]

[ Add to cart ]

[ Make offer ]

[ ♡ Add to watchlist ]

Shipping:    US $4.47 USPS Ground Advantage®.
See details
Located in: Chesterfield, Missouri, United States

Delivery:    Estimated between **Fri, Sep 27** and **Wed, Oct 2** to 33101 ⓘ

Returns:    Seller does not accept returns.
See details

Payments:    

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

Ⓢ    eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Feedback



Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist    My eBay    🔔    🛒 1

Shop by category

[Search for anything]    All Categories ▾    Search

# Shopping cart

Send Us Your Comments

You're signed out right now. To save these items or see your previously saved items, **sign in**.

120ml🔥Jamaican Black Castor Oil, NEW Organic 100% Pure Cold Pressed Hair grow🔥 was removed from your cart.



jegeo_3271
100% positive feedback

Request combined shipping ⓘ

| | | | | |
|---|---|---|---|---|
| Item (1) | | | | $6.99 |
| Shipping to 33101 ⓘ | | | | $4.47 |
| **Subtotal** | | | | **$11.46** |

**Jamaican black castor oil**
New with box

Qty  1 ▾

**$6.99**
+ $4.47
USPS Ground Advantage

**Go to checkout**

$ Purchase protected by **eBay Money Back Guarantee**

Save for later    Remove

## Explore related items
Sponsored

Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold...
New
**$12.00**
Free shipping
🔲 Top Rated Plus
Seller with 99.1% positive feedback

6Oz Jamaican Black Castor Oil Organic 100% Pure Cold...
New
**$12.79**
$15.99 20% off
Free shipping
31 sold

ALiver Jamaican Black Castor Oil | 100% Pure Cold Pressed | 4oz -...
New
**$19.99**
Free shipping
45 sold

Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure Cold...
New
**$12.95**
Free shipping

2 p
Ca
Ca
Ne
**$1**
Fre
Sel
po

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

New! Pay with Venmo for fast and easy checkout.

| Pay with |
|---|
| ○      PayPal |
| ○      Venmo |
| ○ Add new card |
| ○      Google Pay |
| ○      Special financing available. Apply now. <u>See terms</u> |

**Ship to**
amla amla
500 Nw 2nd Ave
Miami, FL 33101-0105
United States
(702) 575-9624
<u>Change</u>

**Review order**

Seller:  jegeo_3271  |  <u>Add note for seller</u>

 Jamaican black castor oil
**$6.99**

Quantity
1 ⌄

**Delivery**
Est. delivery: Sep 27 – Oct 2
USPS Ground Advantage
**$4.47**

| Item (1) | $6.99 |
|---|---|
| Shipping | $4.47 |
| Tax* | $0.80 |
| **Order total** | **$12.26** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

      Confirm and pay

Select a payment method

💲 Purchase protected by <u>**eBay Money Back Guarantee**</u>

## Gift cards and coupons

Enter code:

Apply

## Donate to charity  ⓘ
OUTSIDE THE BORDERS INC

Help support the emotional & psychological well-being of the Hispanic/Latino community who are victims of gender violence, domestic & sexual abuse. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

Copyright © 1995-2024 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, <u>Privacy</u>, <u>Consumer Health Data</u>, <u>Payments Terms of Use</u>, <u>Cookies</u>, <u>CA Privacy Notice</u>, <u>Your Privacy Choices</u>    and <u>AdChoice</u>

Defendant no. :       146

Defendant Name :  bonesbooth95

Platform:            E-bay

| Plaintiff VAu 1-517-249 Copyright | bonesbooth95's Infringing Product |
|---|---|
|   |  |

 



Shop by category

Search for anyt    All Categories    Search

# bonesbooth95

**100% positive feedback (185)**    **484 items sold**    **24 followers**

💬 Contact    ♡ Save

☰ Categories    Shop    **About**    Feedback    🔍 Search all 61 items

## About

Location: **United States**
Member since: **May 10, 2011**

Do you like our profile experience?    👍    👎

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies
Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice



11/6/24, 2:37 PM   Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold Pressed For Hair Care | eBay

Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact

**ebay**    Shop by category ▾        🔍 Search for anything

Sign in to eBay with Google    ✕

Ⓢ  Sidharth Grover
    sidharth@kanalysis.com

Ⓐ  Amla Paul
    paulamla035@gmail.com

|Listed in category:

‹ Back to home page     Health & Beauty  ›  Hair Care & Styling  ›  Treatments, Oils & Protect... ›

**This listing sold on Tue, Oct 8 at 7:57 AM.**

## People who viewed this item also viewed


Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold Pressed...
**$10.00**
Free shipping


Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold Pressed...
**$12.99**
Free shipping
Sponsored

## Similar Items
Sponsored

Feedback on our suggestions   |   See all


Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold Pressed...
New
**$12.00**
Free shipping
🔵 Top Rated Plus
Seller with 99% positive feedback


Jamaican Black Castor Oil Pure Cold Pressed For Hair Care 2 fl oz Exp 5/2026
New
**$12.99**
0 bids
1d 14h
+ $4.47 shipping
Seller with 100% positive feedback


NIB 2oz Jamaican Black Castor Oil, Extra Virgin Hexane Free
New
**$12.99**
0 bids
1d 14h
+ $4.47 shipping
Seller with 100% positive feedback


Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold Pressed...
New
**$12.99**
Free shipping
8 watchers


Jamaican Black Castor Oil 2.02 Fl Oz. 100% Pure Cold Pressed, NEW
New
**$9.99**
Free shipping
Seller with 100% positive feedback

Jam...
Cas...
Virg...
New
**$13...**
Free...
🔵 T
250

## Explore related items
Sponsored

Feedback on our suggestions   |   See all


USDA 100% Pure Jamaican Black Castor Oil 4 oz,Cold Press, Hexane Free
New
**$13.99**
+ $3.00 shipping
39 sold

Jamaican Black Castor Oil, Hair Growth, Organic, Cold-Pressed Pure,...
New
**$12.16**
Free shipping


Rosemary Jamaican Black Castor Oil 100% Pure Natural Organic Healthy...
New
**$8.88**
Free shipping
🔵 Top Rated Plus


🔴 ALMOST GONE
Dabur Amla Hair oil for Stronger, Longer and Thicker Hair -28ml Hair...
New
**$5.69**
~~$5.99~~ 5% off
Free shipping


Velona USDA Certified Organic Castor Oil - 16 oz Eyelashes Eyebrows Col...
New
**$13.70**
Free shipping
7 watchers

Sun...
Cas...
Hyd...
New
**$...**
Free...
25 s

Seller with 100% positive feedback    152 sold    68 sold



SOLD

Have one to sell? Sell now

### Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold Pressed BRAND NEW

 bonesbooth95 (195)
100% positive
Seller's other items
Contact seller

Condition: New with box ⓘ

## US $14.99

Shipping:    US $4.99 USPS Ground Advantage®.
See details
Located in: Browns Valley, California,
United States

Delivery:    Estimated between **Tue, Nov 12** and
**Sat, Nov 16** to 33101 ⓘ

Returns:    Seller does not accept returns.
See details

Payments:      


Earn up to 5x points when
you use your eBay
Mastercard®. Learn more

### Shop with confidence

 **eBay Money Back Guarantee**
Get the item you ordered or your money
back. Learn more

---

**About this item**                                          Report this item

Seller assumes all responsibility for this listing.          eBay item number: 116159625744

Last updated on Oct 04, 2024 11:54:49 PDT  View all revisions

## Item specifics

**Condition**
New with box: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more

**Brand** Al'iv er

**Active Ingredients** Jamaican Black Castor Oil

**Type** Black Castor Oil

**Volume** 2.02 fl. oz.

**Size** 2.02 fl. oz

**Ingredients** Castor Oil



Hi! Sign in or register Daily Deals Help & Contact Sell Watchlist My eBay

ebay Shop by category | Search for anything | All Categories | Search

# Shopping cart

Send Us Your Comments

You're signed out right now. To save these items or see your previously saved items, **sign in**.

bonesbooth95
100% positive feedback

Request combined shipping

To complete your order, **go to checkout** and update your shipping address.

LAST ONE

Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold Pressed New In Box

New with box

Qty 1
US $9.99

Save for later Remove

Item (1) US $9.99

Subtotal US $9.99

Go to checkout

Purchase protected by **eBay Money Back Guarantee**

## Explore related items

Sponsored

Organic Hair Growth & Nourishment Pure Jamaican Black Cast...
New
**$12.41**
~~US $14.94~~ **17% off**
+ shipping
**20% off 2+ with coupon**

Jamaican Black Castor Oil 4 oz -Premium 100% Virgin Pure for...
New
**$14.99**
+ shipping
**39 sold**

Iba Black Seed Therapy Hair Oil Lightweight Non-...
New
**$19.74**
~~US $20.78~~ **5% off**
Free shipping

Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW...
New
**$9.99**
+ US $17.51 shipping

1-5
Ess
Bla
Ne
**$6**
US
+ U

About eBay Announcements Community Security Center Seller Information Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Defendant no. :      147

Defendant Name :     quickdisp0

Platform:            E-bay

| Plaintiff VAu 1-517-249 Copyright | quickdisp0's Infringing Product |
|---|---|
|  | |

Hi! Sign in or register    Daily Deals    Help & Contact    Sell    Watchlist    My eBay



 Shop by category

Search for anyt | All Categories | Search

# quickdisp0

**93.8%** positive feedback (70)    **409** items sold    **28** followers

💬 Contact    ♡ Save

☰ Categories    Shop    **About**    Feedback    🔍 Search all 43 items

## About

QUICK DISPATCH is committed to providing each customer with the highest standard of customer service.

Location: **United States**
Member since: **Oct 08, 2023**

## Do you like our profile experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

ebay Shop by category

Search for anything    All Categories    Search

Back to home page   |   Health & Beauty   >   Hair Care & Styling   >   Treatments, Oils & Protecto...        Share   Add to Watchlist

## People who viewed this item also viewed

Organic Jamaican Black Castor Oil (300ml), Cold Pressed For Hair, (Pack o...
$29.99
Free shipping
Sponsored

Organic Jamaican Black Castor Oil (300ml), Cold Pressed For Hair Health
$23.46
US $25.50
Free shipping

**SAVE UP TO 20% WHEN YOU BUY MORE**




     

### Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hair Growth Oil!!

quickdisp0 (70)
93.8% positive
Seller's other items
Contact seller

**US $13.49/ea**
(US $0.22 / fl oz)

Condition:   New with box (i)

Quantity:   1      9 available  /  1 sold

Buy It Now

Add to cart

♡ Add to watchlist

Other people bought this. 1 has already sold.

Shipping:   May not ship to India. Read item description or contact seller for shipping options. See details
Located in: Parsippany, New Jersey, United States

Delivery:   Varies

Returns:   30 days returns. Buyer pays for return shipping. See details

Payments:

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar Items
Sponsored                                Feedback on our suggestions   |   See all

Pure 100% Jamaican Black Castor Oil Massage Oil Oil Hair Care Essent 60ml New
$8.99
Free shipping

Organic Hair Growth & Nourishment Pure Jamaican Black Castor Oil -Free...
New
$12.41
US $14.94 17% off
+ shipping
20% off 2+ with coupon

Organic Jamaican Black Castor Oil (300ml), Cold Pressed For Hair Health
New
$23.46
US $25.50 8% off
Free shipping

| About this item | Report this item |

Seller assumes all responsibility for this listing.

eBay item number: 355103042740

Last updated on Oct 15, 2023 22:39:26 PDT  View all revisions

## Item specifics

Condition
New with box: A brand-new, unused, and unworn item (including handmade items) in the original ... Read more

Features Organi
c

Efficacy Strong Hair,Smooth,Improve
Frizz

MPN Does not
apply

Formulation O
il

Volume 60 fl
oz

Styling Effect Hair
Growth

Size 42x42x1
21

Country/Region of Manufacture Chi
na

Hair Type All Hair
Types

Product Line Garnier Ultimate
Blends

Ingredients Castor
Oil

Period After Opening (PAO) 12
M

NET WEIGHT 60
ML

Brand 100%
Pure

Active Ingredients Jamaican Black Castor
Oil

Type Growth
Oil

UPC Does not
apply

## Item description from the seller



# Shopping cart

Send Us Your Comments

You're signed out right now. To save these items or see your previously saved items, **sign in.**



quickdisp0
93.8% positive feedback

Request combined shipping ⓘ

🚫 To complete your order, **go to checkout** and update your shipping address.

**1 SOLD**

Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hair Growth Oil!!

New with box

Qty  1 ▾

US $13.49

Returns accepted

Save for later    Remove

Save up to 20% when you buy more
Increase your item quantity to qualify

Item (1)                          US $13.49

**Subtotal**                      **US $13.49**

Go to checkout

🟦 Purchase protected by **eBay Money Back Guarantee**

# Explore related items
Sponsored



Organic Hair Growth & Nourishment Pure Jamaican Black Cast...
New
**$12.41**
US $14.94 17% off
+ shipping
20% off 2+ with coupon

Jamaican Black Castor Oil 4 oz -Premium 100% Virgin Pure for...
New
**$14.99**
+ shipping
39 sold

Organic Castor Oil Pure Cold Pressed Premium Grade Best...
New
**$20.39**
+ US $13.89 shipping
228 sold

Organic Jamaican Black Castor Oil (300ml), Cold Presse...
New
**$23.46**
US $25.50 8% off
Free shipping

Ca
Or
He
Ne
**$18**
+ U
28

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and
AdChoice

Defendant no. :       148

Defendant Name :    pandorafinds

Platform:              E-bay

| Plaintiff VAu 1-517-249 Copyright | pandorafinds's Infringing Product |
|---|---|
|  | |

Hi! Sign in or register    Daily Deals    Help & Contact        Sell    Watchlist    My eBay         1

  Shop by category

| Search for anyt | All Categories ⌄ | Search |

# pandorafinds

**98.9%** positive feedback (212)    **635** items sold    **28** followers

💬 Contact    ♡ Save

**About**    Feedback          🔍 Search all items

## About

Location: **United States**
Member since: **Jun 30, 2023**

---

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies
Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

ebay Shop by category

Hi! Sign in or register    Daily Deals    Help & Contact

Sell    Watchlist    My eBay    🔔    🛒 1

Search for anything    | All Categories ▼ |    **Search**

Back to home page    Health & Beauty    Hair Care & Styling    Treatments, Oils & Protecto...    Share    Add to Watchlist

## People who viewed this item also viewed

Organic Jamaican Black Castor Oil (300ml), Cold Pressed For Hair, (Pack o...
**$29.99**
Free shipping
Sponsored

Organic Jamaican Black Castor Oil (300ml), Cold Pressed For Hair Health
**$23.46**
US $25.50
Free shipping

🏷️ SAVE UP TO **20%** WHEN YOU BUY MORE



      

### Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hair Growth Oil!!

quickdisp0 (70)
93.8% positive
Seller's other items
Contact seller

**US $13.49/ea**
(US $0.22 / fl oz)

Condition:    New with box  ⓘ

Quantity:    | 1 |    9 available  1 sold

| Buy It Now |

| Add to cart |

| ♡ Add to watchlist |

Other people bought this. 1 has already sold.

Shipping:    May not ship to India. Read item description or contact seller for shipping options. See details
Located in: Parsippany, New Jersey, United States

Delivery:    Varies

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:

### Shop with confidence

🛡️ eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar Items
Sponsored

Feedback on our suggestions    |    See all



Pure 100% Jamaican Black Castor Oil Massage Oil Oil Hair Care Essent 60ml New
**$8.99**
Free shipping

Organic Hair Growth & Nourishment Pure Jamaican Black Castor Oil -Free...
New
**$12.41**
US $14.94 17% off
+ shipping
**20% off 2+ with coupon**

Organic Jamaican Black Castor Oil (300ml), Cold Pressed For Hair Health
New
**$23.46**
US $25.50 8% off
Free shipping



Hi! Sign in or register    Daily Deals    Help & Contact                    eBay shopping cart    Sell    Watchlist    My eBay

# Shopping cart

Send Us Your Comments

Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hair Growth Oil!! was removed from your cart.

You're signed out right now. To save these items or see your previously saved items, sign in.



pandorafinds
98.9% positive feedback

Request combined shipping ⓘ

🛈 To complete your order, **go to checkout** and update your shipping address.

LAST ONE

Aliver Jamaican Black Castor Oil
2.02 fl oz. 100% Pure Cold Pressed -
3 Pack

New with box

Qty 1

US $27.99

Save for later    Remove

| | |
|---|---|
| Item (1) | US $27.99 |
| **Subtotal** | **US $27.99** |

Go to checkout

$ Purchase protected by eBay Money Back Guarantee

## Explore related items
Sponsored



Organic Hair Growth & Nourishment Pure Jamaican Black Cast...
New
**$12.41**
US $14.94 17% off
+ shipping
**20% off 2+ with coupon**

Jamaican Black Castor Oil 4 oz -Premium 100% Virgin Pure for...
New
**$14.99**
+ shipping
**39 sold**

Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW...
New
**$9.99**
+ US $17.51 shipping

Sunny Isle Jamaican Black Castor Oil Root Repair Growth Oil 4oz
New
**$10.99**
+ US $18.45 shipping
**29 sold**

Dif
Pre
Jar
Ne
**$17**
+ U
Sel
po:

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

 **Checkout**

How do you like our checkout? [Give us feedback](#)

## Review order

Service: abrarahi0

You removed: 2023 Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed Hair Growth Oil✨

[Add item](#)

---

Service: goodsdiscou...

You removed: (×3) Mutli Use Castor Oil Set, Jamaican Black Castor Oil Organic, Sealed

[Add item](#)

---

Seller: pandorafinds  |  [Add note for seller](#)



`LAST ONE`

Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure Cold Pressed - 3 Pack
**$27.99**

Quantity 1

**Delivery**
**Free USPS Ground Advantage**
Est. delivery: Sep 26 – Oct 1

### Ship to
amla amla
500 NW 2nd Ave
Miami, FL 33101-0105
United States
k0x7vk4u3g@expressletter.net
(999) 999-9999
[Change](#)

### Pay with

○　　PayPal

○　　Venmo

○　　Add new card

| | |
|---|---|
| Item (1) | $27.99 |
| Shipping | Free |
| Tax* | $1.96 |

**Order total** **$29.95**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

[　　Confirm and pay　　]

Select a payment method

 Purchase protected by **eBay Money Back Guarantee**

○    Google Pay

○    Special financing available.
     Apply now. See terms

## Add coupons

| Enter code: | | Apply |

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

Defendant no. :        149

Defendant Name :    goodsdiscountos

Platform:                E-bay

| Plaintiff VAu 1-517-249 Copyright | goodsdiscountos's Infringing Product |
|---|---|
|  |  |

Hi! <u>Sign in</u> or <u>register</u>    <u>Daily Deals</u>    <u>Help & Contact</u>        <u>Sell</u>    Watchlist    My eBay

 Shop by category

Search for anyt    | All Categories ⌄ |    Search



# goodsdiscountos

**97.9%** positive feedback (232)    **765** items sold    **40** followers

💬 Contact    ♡ Save

| ☰ Categories |    Shop    **About**    Feedback    | 🔍 Search all 248 item |

## About

Welcome to Goods Discounts. We Got the Goods. We are a new online discount store hoping to bring you the Goods with the best discounts we can offer. If there is anything I can help you with please feel free to leave a message. Thank You. Enjoy!

Location: **United States**
Member since: **Nov 26, 2023**

Do you like our profile experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Information Center    Policies
Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, Privacy, <u>Consumer Health Data</u>, <u>Payments Terms of Use</u>, <u>Cookies</u>, <u>CA Privacy Notice</u>, <u>Your Privacy Choices</u>    and <u>AdChoice</u>



Hi! **Sign in** or **register**     Daily Deals     Help & Contact          Sell     Watchlist     My eBay

 Shop by category

Search for anything | All Categories ▾ | **Search**

Back to home page | Health & Beauty › Massage › Massage Oils & Lotions          Share | Add to Watchlist

## People who viewed this item also viewed

Castor Oil Organic Cold-Pressed Pure Castor Oil f...

**$21.46**
+ US $13.89 shipping
Sponsored

Organic Castor Oil for Hair Growth, Eyelashes and...

**$15.22**
~~US $16.19~~
Free shipping





❤ 1

### (×3) Mutli Use Castor Oil Set, Jamaican Black Castor Oil Organic, Sealed

**goodsdiscountos** (232)
97.9% positive
Seller's other items
Contact seller

---

## US $18.00

Condition:     New  ⓘ

Buy It Now

Add to cart

♡ Add to watchlist

**Hurry before it's gone.** 1 person is watching this item.

Shipping:    May not ship to India. Read item description or **contact seller** for shipping options. **See details**

Located in: Lindsay, California, United States

Delivery:    Varies

Returns:    Seller does not accept returns. See details

## Similar Items
Sponsored

See all

 ❤

 ❤

 ❤

RICE BRAN OIL COLD PRESSED 100% PURE NATURAL 7 LBS
New

Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW...
New

100% Pure Cold Pressed Premium Castor Oil - 3.38 fl oz...
New

Hi! or    Daily Deals    Help & Contact                Sell    Watchlist    My eBay    🔔    🛒 1

ebay    Shop by category    [Search for anything]    All Categories ▾    Search

# Shopping cart

Send Us Your Comments

> You're signed out right now. To save these items or see your previously saved items, **sign in.**

> Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure Cold Pressed - 3 Pack was removed from your cart.



goodsdiscountos
97.9% positive feedback

Request combined shipping ⓘ

🛑 To complete your order, **go to checkout** and update your shipping address.

**LAST ONE**                                                Qty 1

(×3) Mutli Use Castor Oil Set,                             US $18.00
Jamaican Black Castor Oil Organic,
Sealed
New

Save for later    Remove

| Item (1) | US $18.00 |
|---|---|
| **Subtotal** | **US $18.00** |

[ Go to checkout ]

🛡️ Purchase protected by eBay Money
Back Guarantee

## Explore related items
Sponsored

| Organic Jamaican Black Castor Oil (300ml), Cold Presse... New | Castor Oil Jamaican Organic Castor Oil ,Black Castor Oil Col... New (Other) | Castor Oil Herbal Organic Hexane Free Cold Pressed Pure... New | Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW... New | Ho Oil Ne |
|---|---|---|---|---|
| $29.99 | $19.99 | $12.78 | $9.99 | $2 |
| Free shipping | + shipping | Free shipping | + US $17.51 shipping | + L |
|  | Seller with 100% positive feedback |  |  | 25 |

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Defendant no. :          150

Defendant Name :     abrarahi0

Platform:                  E-bay

| Plaintiff VAu 1-517-249 Copyright | abrarahi0's Infringing Product |
|---|---|
|  | |

Hi (Sign in)  **Daily Deals**  **Brand Outlet**  **Gift Cards**  **Help & Contact**  Sell  Watchlist  My eBay



**Shop by category**

Search for anything | All Categories | Search

# abrarahi0

**96.9%** positive feedback (215)    **812** items sold    **37** followers

Contact    Save

Categories     Shop    **About**    Feedback     Search all 161 items

## About

Location: **United States**
Member since: **Dec 16, 2016**

## Do you like our profile experience? 👍 👎

---

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement. Privacy. Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices   and AdChoice

Hi (Sign in)   Daily Deals   Brand Outlet   Gift Cards   Help & Contact          Sell   Watchlist   My eBay

ebay   Shop by category

Search for anything   [All Categories]   Search

Back to home page   Health & Beauty   Hair Care & Styling   Treatments, Oils & Protecto...          Share   Add to Watchlist

## People who viewed this item also viewed

6Oz Jamaican Black Castor Oil Organic 100% Pure Cold Pressed Hair...
**$12.79**
$15.99
Free shipping
Sponsored

Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hair...
**$9.99**
+ $2.95 shipping



### 2023 Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed Hair Growth Oil 

abrarahi0 (215)
96.9% positive
Seller's other items
Contact seller

## US $18.99

Condition:   New with box ⓘ

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to watchlist ]

Shipping:   **Free** Standard Shipping. See details
Located in: Vernon-Rockville, Connecticut, United States

Delivery:   Estimated between **Thu, Sep 26** and **Sat, Sep 28** to 33101 ⓘ

Returns:   30 days returns. Buyer pays for return shipping. See details

Payments:

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Have one to sell?  Sell now

Feedback



Hi! (Sign in)   Daily Deals   Brand Outlet   Gift Cards   Help & Contact                    Sell   Watchlist   My eBay   🔔   🛒 3

ebay          Shop by                [ 🔍 Search for anything                    ]  [ All Categories ▾ ]   Search
              category

# Shopping cart                                                                    Send Us Your Comments

┌────────────────────────────────────────────────────────────────────────────────────────────────┐
│  You're signed out right now. To save these items or see your previously saved items, sign in.  │
└────────────────────────────────────────────────────────────────────────────────────────────────┘

abrarahi0                                          Request combined shipping ⓘ     Item (1)                    $18.99
96.9% positive feedback                                                            Shipping to 33101 ⓘ            Free

                                                        Qty 1                      Subtotal                   $18.99
          LAST ONE                                    $18.99
          2023 Jamaican Black Castor Oil,       Free shipping                      [   Go to checkout   ]
          Organic 100% Pure Cold Pressed
          Hair Growth Oil💸                      Standard Shipping                  💲 Purchase protected by eBay Money
          New with box                           Returns accepted                      Back Guarantee

                                         Save for later   Remove

## Explore related items
Sponsored

Aliver Jamaican Black      Aliver Jamaican Black      2 pack Jamaican Black     6Oz Jamaican Black      ALi
Castor Oil 4.04 Fl Oz.     Castor Oil 2.02 fl oz.     Castor Oil, Organic       Castor Oil Organic      Ca
100% Pure Cold...          100% Pure Cold...          Castor Oil Cold...        100% Pure Cold...       Co
New                        New                        New                       New                     Ne

$12.00                     $12.95                     $13.65                    $12.79                  $1
Free shipping              Free shipping              Free shipping             $15.99 20% off          Fre
🏅 Top Rated Plus                                      Seller with 100%          Free shipping           45
Seller with 99.1%                                     positive feedback         31 sold
positive feedback

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and
AdChoice

 **Checkout**

How do you like our checkout? [Give us feedback](#)

## Review order

Seller: abrarahi0  |  [Add note for seller](#)



[ LAST ONE ]

2023 Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed Hair Growth Oil 💸

**$18.99**

Quantity 1

Returns accepted

### Delivery

🔘 **Free Standard Shipping**
Est. delivery: Sep 26 – Sep 28

⚪ Est. delivery: Sep 26 – Sep 28
Expedited Shipping
**$10.00**

### Ship to
amla amla
500 NW 2nd Ave
Miami, FL 33101-0105
United States
k0x7vk4u3g@expressletter.net
(999) 999-9999
[Change](#)

### Pay with

⚪     PayPal

⚪     Venmo

⚪ Add new card

⚪     Google Pay

| Item (1) | $18.99 |
|---|---|
| Shipping | Free |
| Tax* | $1.33 |

**Order total**     **$20.32**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

[ Confirm and pay ]

Select a payment method

💲 Purchase protected by **eBay Money Back Guarantee**

Defendant no. :        151

Defendant Name :       elainberr

Platform:              E-bay

| Plaintiff VAu 1-517-249 Copyright | elainberr's Infringing Product |
|---|---|
|  |  |

Hi amla!          **Daily Deals**     **Brand Outlet**     **Gift Cards**     **Help & Contact**     Watchlist          My eBay

     Shop by category          

# elainberr

75% positive feedback (25)     **79** items sold     **4** followers

💬 Contact     ♡ Save

☰ Categories     Shop     **About**     Feedback     🔍 Search all 152 items

## About

Location: **United States**
Member since: **Jun 01, 2014**

### Do you like our profile experience? 👍 👎

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates

Help & Contact     Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices     and AdChoice

Hi **amla**!     Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist    My eBay

ebay    Shop by category

Search for anything    [All Categories]    **Search**

Back to home page    Health & Beauty ›    Hair Care & Styling ›    Treatments, Oils & Protecto...          Share    Add to Watchlist

SAVE UP TO **20%** WHEN YOU BUY MORE



     

Have one to sell? Sell now



### Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hair Growth Oil!!!

elainberr (25)
75% positive
Seller's other items
Contact seller

**US $5.99/ea**

Condition:    New with box ⓘ

Quantity:    [1]    5 available  1 sold

Bulk savings:

| Buy 1 $5.99/ea | Buy 2 $5.39/ea | Buy 3 $5.09/ea | 4 or more for $4.79/ea |

**Buy It Now**

**View in cart**

♡ Add to watchlist

Other people bought this. **1** has already sold.

Shipping:    **US $4.38** USPS Ground Advantage®. See details
Located in: Metter, Georgia, United States

Delivery:    Estimated between **Fri, Sep 27** and **Wed, Oct 2** to 33101 ⓘ

Returns:    Seller does not accept returns. See details

Payments:

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Hi (Sign in)   Daily Deals   Brand Outlet   Gift Cards   Help & Contact          Sell   Watchlist   My eBay   🔔   🛒 1



**ebay**   Shop by category   [Search for anything]   All Categories ▾   Search

# Shopping cart                                                        Send Us Your Comments

You're signed out right now. To save these items or see your previously saved items, **sign in.**

2023 Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed Hair Growth Oil 💸 was removed from your cart.



elainberr
75% positive feedback

Request combined shipping ⓘ

**1 SOLD**
Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hair Growth Oil!!!

New with box

Qty  1 ▾

$5.99
+ $4.38

USPS Ground Advantage

Save for later   Remove

Save up to 20% when you buy more
Increase your item quantity to qualify

Item (1)                              $5.99
Shipping to 33101 ⓘ                   $4.38
**Subtotal**                         **$10.37**

[ Go to checkout ]

🅢 Purchase protected by **eBay Money Back Guarantee**

## Explore related items
Sponsored

| Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold... | Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure Cold... | 2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold... | 6Oz Jamaican Black Castor Oil Organic 100% Pure Cold... | ALi Ca Co Ne |
|---|---|---|---|---|
| New | New | New | New | |
| $12.00 | $12.95 | $13.65 | $12.79 | $19 |
| Free shipping | Free shipping | Free shipping | ~~$15.99~~ 20% off | Fre |
| 🅥 Top Rated Plus | | Seller with 100% | Free shipping | 45 |
| Seller with 99.1% positive feedback | | positive feedback | 31 sold | |

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices   and AdChoice

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

New! Pay with Venmo for fast and easy checkout.

| Pay with |
| --- |
| ◯  PayPal |
| ◯  Venmo |
| ◯  Add new card |
| ◯  Google Pay |
| ◯  Special financing available. Apply now. <u>See terms</u> |

**Ship to**
amla amla
500 Nw 2nd Ave
Miami, FL 33101-0105
United States
(725) 276-6076
<u>Change</u>

**Review order**

Seller:  elainberr   |   <u>Add note for seller</u>

 Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hair Growth Oil!!!
**$5.99**

Quantity
1

**Delivery**
Est. delivery: Sep 27 – Oct 2
USPS Ground Advantage
$4.38

| | |
| --- | --- |
| Item (1) | $5.99 |
| Shipping | $4.38 |

## Gift cards and coupons

Enter code:

Apply

## Donate to charity 
OUTSIDE THE BORDERS INC

Help support the emotional & psychological well-being of the Hispanic/Latino community who are victims of gender violence, domestic & sexual abuse. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

Tax*                              $0.73

**Order total**                   **$11.10**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

🛡 Purchase protected by **eBay Money Back Guarantee**

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

Defendant no. :   152

Defendant Name :   greatergoods11

Platform:   E-bay

| Plaintiff VAu 1-517-249 Copyright | greatergoods11's Infringing Product |
|---|---|
|  | |



**Shop by category**

Search for anything    All Categories    Search

# greatergoods11

**100% positive feedback (24)**    **52 items sold**    **3 followers**

💬 Contact    ♡ Save

☰ Categories    Shop    **About**    Feedback    🔍 Search all 233 item

## About

Location: **United States**

Member since: **Oct 28, 2022**

## Do you like our profile experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

Hi **amla!**    Daily Deals    Brand Outlet    Gift Cards    Help & Contact      Sell    Watchlist    My eBay    🔔    🛒 1

**ebay**    Shop by category     [Search for anything]    [All Categories ▾]    Search

# Shopping cart

Send Us Your Comments

---

Jamaican Black Castor Oil, Organic 100% Pure Cold Pressed NEW Hair Growth Oil!!! was removed from your cart.

---



**greatergoods11**
100% positive feedback

Request combined shipping ⓘ

| Item (1) | $12.05 |
|---|---|
| Shipping to 33101-0105 ⓘ | $4.47 |

**LAST ONE**

**Aliver Jamaican Black Castor Oil Pure Cold Pressed Hair Care 2 fl oz**

New with box

Qty 1

$12.05
+ $4.47

USPS Ground Advantage

Returns accepted

Save for later    Remove

**Subtotal**      **$16.52**

[ Go to checkout ]

$ Purchase protected by eBay Money Back Guarantee

---

## Explore related items
Sponsored

| Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold... | 6Oz Jamaican Black Castor Oil Organic 100% Pure Cold... | 2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold... | Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure Cold... | 2 p... Ca... Ne... |
|---|---|---|---|---|
| New | New | New | New | |
| $12.00 | $12.79 ~~$15.99~~ 20% off | $13.65 | $12.95 | $1... |
| Free shipping | Free shipping | Free shipping | Free shipping | Fre... |
| 🔷 Top Rated Plus Seller with 99.1% positive feedback | 31 sold | Seller with 100% positive feedback | | Sel... pos... |

---

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices   and AdChoice

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

New! Pay with Venmo for fast and easy checkout.

| Pay with |
|---|
| ○         PayPal |
| ○         Venmo |
| ○    Add new card |
| ○         Google Pay |
| ○    Special financing available. Apply now. <u>See terms</u> |

**Ship to**
amla amla
500 Nw 2nd Ave
Miami, FL 33101-0105
United States
(725) 276-6076
<u>Change</u>

**Review order**

Seller: greatergoods11 | <u>Add note for seller</u>



<span style="border:1px solid red; border-radius:12px; padding:2px 6px; color:red">LAST ONE</span>

Aliver Jamaican Black Castor Oil Pure
Cold Pressed Hair Care 2 fl oz
**$12.05**

Quantity 1

Returns accepted

**Delivery**
Est. delivery: Sep 26 – Oct 1
USPS Ground Advantage
**$4.47**

| | |
|---|---|
| Item (1) | $12.05 |
| Shipping | $4.47 |

## Gift cards and coupons

Enter code:

Apply

## Donate to charity 

**OUTSIDE THE BORDERS INC**

Help support the emotional & psychological well-being of the Hispanic/Latino community who are victims of gender violence, domestic & sexual abuse. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     None ⌄

---

Tax                                    $1.18

## Order total                        $17.68

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

$ Purchase protected by **eBay Money Back Guarantee**

---

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

Defendant no. :        153

Defendant Name :       annyshopws

Platform:               E-bay

| Plaintiff VAu 1-517-249 Copyright | annyshopws's Infringing Product |
|---|---|
|  | |

Hi amla!     **Daily Deals**   **Brand Outlet**   **Gift Cards**   **Help & Contact**     Sell   Watchlist     My eBay

   Shop by category

All Categories

Search

# annyshopws

**91.7%** positive feedback (10)     **55** items sold     **5** followers

💬 Contact    ♡ Save

☰ Categories      Shop     **About**     Feedback      🔍 Search all 183 items

## About

Location: **Jamaica**
Member since: **May 20, 2023**

## Do you like our profile experience?  👍  👎

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates

Help & Contact     Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices   and AdChoice

9/23/24, 2:02 PM    Jamaican Black Castor Oil Soothing Oil | eBay

ebay    Shop by category

Search for anything    All Categories    **Search**

Back to home page    Health & Beauty ›    Hair Care & Styling ›    Treatments, Oils & Protecto... ›    Share    Add to Watchlist



      

Have one to sell? Sell now

## Jamaica Black Castor Oil Soothing Oil

 **annyshopws**(10)
91.7% positive
Seller's other items
Contact seller

### US $14.74

Condition:    **New with box** ⓘ

Product Specifications: **60MI**    ⌄

Quantity:    1    **Last one**

**Buy It Now**

**View in cart**

♡ **Add to watchlist**

Shipping:    **Free** Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shenzhen, China

Delivery:    Estimated between **Fri, Oct 11** and **Mon, Nov 18** to 33101 ⓘ
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:    

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

Ⓢ    eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Feedback

Hi amla!        Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay    🔔    🛒 1

**ebay**    Shop by category    🔍 Search for anything    All Categories ▾    Search

# Shopping cart

Send Us Your Comments

Aliver Jamaican Black Castor Oil Pure Cold Pressed Hair Care 2 fl oz was removed from your cart.



**annyshopws**
91.7% positive feedback

Request combined shipping ⓘ

| | |
|---|---|
| Item (1) | $14.74 |
| Shipping to 33101-0105 ⓘ | Free |

LAST ONE

**Jamaica Black Castor Oil Soothing Oil**

New with box

60MI

Qty 1

$14.74

Free shipping

Economy Shipping from Greater China to worldwide

Returns accepted

**Subtotal**    $14.74

Go to checkout

Ⓢ Purchase protected by eBay Money Back Guarantee

Save for later    Remove

## Explore related items

Sponsored

Jamaica Black Castor Oil Soothing Oil For Hair Growth
New
**$22.49**
~~$24.99~~ 10% off
Free shipping
Seller with 100% positive feedback

Olde Jamaica Black Castor Oil Treatment with Tea Tree Oil_ 4 oz
New (Other)
**$8.99**
Free shipping
Seller with 100% positive feedback

Olde Jamaica Black Castor Oil_4 oz

New (Other)
**$9.99**
Free shipping
Seller with 100% positive feedback

Olde Jamaica Black Castor Oil Conditioner with Tea Tree Oil_ 8 oz
New (Other)
**$10.99**
Free shipping
Seller with 100% positive feedback

Ol
Ca
-
Ne
**$2**
Fre
Sel
po

---

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

New! Pay with Venmo for fast and easy checkout.

| Pay with |
| --- |
| ○    PayPal |
| ○    Venmo |
| ○    Add new card |
| ○    Google Pay |
| ○    Special financing available. Apply now. <u>See terms</u> |

**Ship to**
amla amla
500 Nw 2nd Ave
Miami, FL 33101-0105
United States
(725) 276-6076
<u>Change</u>

**Review order**

Seller:  annyshopws    |    <u>Add note for seller</u>



🔴 LAST ONE

Jamaica Black Castor Oil Soothing Oil
Product Specifications: 60Ml

**$14.74**

Quantity 1

Returns accepted

**Delivery**
**Free Economy Shipping from**
**Greater China to worldwide**

| Item (1) | $14.74 |
| --- | --- |
| Shipping | Free |

Est. delivery: Oct 11 – Nov 18

Tax*                                    $1.03

## Gift cards and coupons

Enter code: [        ]    Apply

## Order total                          $15.77

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

[ Confirm and pay ]

Select a payment method

Purchase protected by **eBay Money Back Guarantee**

## Donate to charity ⓘ

**OUTSIDE THE BORDERS INC**

Help support the emotional & psychological well-being of the Hispanic/Latino community who are victims of gender violence, domestic & sexual abuse. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount     [ None ⌄ ]

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

Defendant no. :        154

Defendant Name :       mewic_46

Platform:              E-bay

| Plaintiff VAu 1-517-249 Copyright | mewic_46's Infringing Product |
|---|---|
|  |  |



Hi amla!    **Daily Deals**    **Brand Outlet**    **Gift Cards**    **Help & Contact**    Sell    Watchlist    My eBay

Shop by
category

Search for anything    All Categories    Search

# mewic_46

**83.3%** positive feedback (12)    **34** items sold    **2** followers

💬 Contact    ♡ Save

☰ Categories    Shop    **About**    Feedback    🔍 Search all 17 items

## About

Location: **United States**
Member since: **Feb 12, 2024**

## Do you like our profile experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data,
Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

Hi **amla**!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay        

    Shop by category

Search for    All Categories ⌄    **Search**

Back to home page    Health & Beauty ›    Hair Care & Styling ›    Treatments, Oils & Protecto...

Share    Add to Watchlist



    

Have one to sell?    Sell now

## TikTok Famous Jamaican Black Castor Oil Lot Of 4

    **mewic_46** (12)
83.3% positive
Seller's other items
Contact seller

## US $25.00

Condition:    **New with box** ⓘ

Quantity:    [ 1 ]    4 available

**Buy It Now**

**View in cart**

♡ **Add to watchlist**

Shipping:    **US $7.71** USPS Ground Advantage®.
See details

Located in: Naperville, Illinois, United States

Delivery:    Estimated between **Fri, Sep 27** and **Wed, Oct 2** to 33101 ⓘ

Feedback



 # Shopping cart

Send Us Your Comments

Jamaica Black Castor Oil Soothing Oil was removed from your cart.

mewic_46
83.3% positive feedback

Request combined shipping

TikTok Famous Jamaican Black Castor Oil Lot Of 4

New with box

Qty 1

$25.00

+ $7.71

USPS Ground Advantage

Save for later Remove

Item (1) $25.00

Shipping to 33101-0105 $7.71

Subtotal $32.71

Go to checkout

Purchase protected by **eBay Money Back Guarantee**

## Explore related items

Sponsored

Difeel 99% Natural Premium Hair Oil - Jamaican Black Cast...
New
**$17.49**
Free shipping
Seller with 100% positive feedback

2-3 Pks Aliver Jamaican Black Castor Oil 2.02 fl oz. Ea.100%...
New
**$28.97**
Free shipping
Seller with 99.1% positive feedback

Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold...
New
**$12.00**
Free shipping
Top Rated Plus
Seller with 99.1% positive feedback

ALiver Jamaican Black Castor Oil | 100% Pure Cold Pressed | 4oz -...
New
**$19.99**
Free shipping
**45 sold**

Or
Bla
Co
Ne
**$2**
Fre

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

**Checkout**

How do you like our checkout? <u>Give us feedback</u>

New! Pay with Venmo for fast and easy checkout.

| Pay with |
|---|
| ○ PayPal |
| ○ Venmo |
| ○ Add new card |
| ○ Google Pay |
| ○ Special financing available. Apply now. <u>See terms</u> |

**Ship to**
amla amla
500 Nw 2nd Ave
Miami, FL 33101-0105
United States
(725) 276-6076
<u>Change</u>

**Review order**

Seller: mewic_46 | <u>Add note for seller</u>

 TikTok Famous Jamaican Black Castor Oil Lot Of 4
**$25.00**

Quantity
1 ⌄

**Delivery**
Est. delivery: Sep 27 – Oct 2
USPS Ground Advantage
**$7.71**

| | |
|---|---|
| Item (1) | $25.00 |
| Shipping | $7.71 |
| Tax* | $2.29 |

**Gift cards and coupons**

Enter code:      Apply

**Donate to charity** ⓘ
OUTSIDE THE BORDERS INC

Help support the emotional & psychological well-being of the Hispanic/Latino community who are victims of gender violence, domestic & sexual abuse. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

**Order total**     **$35.00**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

$   Purchase protected by **eBay Money Back Guarantee**

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

Defendant no. :          155

Defendant Name :     holistichealinghaven

Platform:                 E-bay

| Plaintiff VAu 1-517-249 Copyright | holistichealinghaven's Infringing Product |
|---|---|
|  | |

Hi amla!     **Daily Deals**     **Brand Outlet**     **Gift Cards**     **Help & Contact**     Sell     Watchlist     My eBay      

     Shop by category     Search for anything    All Categories     Search

# herbalhealthshophaven

**100% positive feedback (637)**     **1 item sold**     **1 follower**

💬 Contact     ♡ Save

☰ Categories     Shop     **About**     Feedback     🔍 Search all 101 items

## About

Welcome to our store, please feel free to ask any questions you may have.

Location: **Australia**
Member since: **Dec 12, 2023**

## Do you like our profile experience? 👍 👎

---

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates

Help & Contact     Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices     and AdChoice



Hi **amla**! | Daily Deals | Brand Outlet | Gift Cards | Help & Contact

Sell | Watchlist | My eBay

🛒 1

Shop by category

Search for anything — All Categories

**Search**

Back to home page  Health & Beauty  ›  Hair Care & Styling  ›  Treatments, Oils & Protecto...

Share | Add to Watchlist

A







### Black Castor Oil Nourishes Skin Massage Essential Oil Growth Prevents Eyebrows A

**herbalhealthshophaven** (637)
100% positive
Seller's other items
Contact seller

**US $22.02**

Condition: New with box ⓘ

Color: **Onesize** ▾

Quantity: 1    **Last one**

**Buy It Now**

**View in cart**

♡ Add to watchlist

**Shipping:** **Free** Standard Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shenzhen, China

**Delivery:** Estimated between **Mon, Oct 7** and **Thu, Oct 24** to 33101 ⓘ
Please note the delivery estimate is **greater than 11 business days.**
Please allow additional time if international delivery is subject to customs processing.

**Returns:** 30 days returns. Buyer pays for return shipping. See details

**Payments:**



Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Feedback



Hi **amla**! Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search

# Shopping cart

Send Us Your Comments

TikTok Famous Jamaican Black Castor Oil Lot Of 4 was removed from your cart.

herbalhealthshophaven
100% positive feedback

Request combined shipping

LAST ONE

**Black Castor Oil Nourishes Skin Massage Essential Oil Growth Prevents Eyebrows A**

New with box

Onesize

Qty 1
$22.02
Free shipping
Standard Shipping from Greater China to worldwide
Returns accepted

Save for later Remove

| | |
|---|---|
| Item (1) | $22.02 |
| Shipping to 33101-0105 | Free |
| Subtotal | $22.02 |

Go to checkout

Purchase protected by **eBay Money Back Guarantee**

## Explore related items

Sponsored

Velona USDA Certified Organic Castor Oil - 64 Fl Oz Eyelashes...
New
**$32.69**
Free shipping
**35 sold**

Rosemary Essential Oil Eyelash Eyebrows Hair Growth Serum...
New
**$20.57**
Free shipping

5X Batana Oil for Hair Growth-Natural Reduces Hair Loss...
New
**$19.45**
Free shipping

Batana Oil for Hair Growth 4 fl oz 100% Pure Natural Organic...
New
**$21.99**
Free shipping
Top Rated Plus

Org
Co
Ful
Ne
**$5**
Fre

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Defendant no. :          156

Defendant Name :         crownofficials

Platform:                E-bay

| Plaintiff VAu 1-517-249 Copyright | crownofficials's Infringing Product |
|---|---|
|   |  |

Hi amla!    **Daily Deals**    **Brand Outlet**    **Gift Cards**    **Help & Contact**    Sell    Watchlist    My eBay    🔔    🛒 1

 Shop by category

🔍 Search for anything    | All Categories ⌄ |    Search

# crownzofficals

11 items sold    1 follower

💬 Contact    ♡ Save

☰ Categories    Shop    **About**    Feedback    🔍 Search all 41 items

## About

Location: **United States**
Member since: **Jan 14, 2024**

Do you like our profile experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice




Hi **amla**!    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay



Shop by category

| Search fo | All Categories ▾ | | **Search** |

Back to home page  ›  Health & Beauty  ›  Hair Care & Styling  ›  Treatments, Oils & Protecto...



‹                                                                        ›

 

Have one to sell?  **Sell now**

Share    Add to Watchlist

## Pure Oraganic Black Castor Oil for Hair Growth, Pure Cold Press

 **crownzofficals**(0)
Seller's other items
Contact seller

### US $17.21

Condition:    **New with box** ⓘ

Buy It Now

View in cart

♡ Add to watchlist

Shipping:    **Free** USPS Ground Advantage®.
See details
Located in: Morrow, Georgia, United States

Delivery:    Estimated between **Sat, Sep 28** and **Thu,** to 33101 ⓘ
Includes **5 business days** handling time after receipt of cleared payment.

Feedback

Hi amla!     Daily Deals     Brand Outlet     Gift Cards     Help & Contact          Sell     Watchlist     My eBay     🔔     🛒 1

ebay     Shop by category     [Search for anything]     All Categories ▾     Search

# Shopping cart

Send Us Your Comments

Black Castor Oil Nourishes Skin Massage Essential Oil Growth Prevents Eyebrows A was removed from your cart.



crownzofficals     Request combined shipping ⓘ

Pure Oraganic Black Castor Oil for Hair Growth, Pure Cold Press
New with box

LAST ONE

Qty 1     $17.21

Free shipping
USPS Ground Advantage

Save for later     Remove

| | |
|---|---|
| Item (1) | $17.21 |
| Shipping to 33101-0105 ⓘ | Free |
| **Subtotal** | **$17.21** |

Go to checkout

💲 Purchase protected by eBay Money Back Guarantee

## Explore related items
Sponsored

| 6Oz Jamaican Black Castor Oil Organic 100% Pure Cold... | 2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold... | 3 X Jamaican Black Castor Oil Pure Cold Pressed Hair Growth... | 100% USDA ORGANIC Castor Oil for Eyelashes,... | Org No Jar Ne |
|---|---|---|---|---|
| New | New | New | New | |
| $12.79 | $13.65 | $18.75 | $13.95 | $12 |
| ~~$15.99~~ 20% off | | | | ~~$14~~ |
| Free shipping | Free shipping | Free shipping | Free shipping | Fre |
| 31 sold | Seller with 100% positive feedback | | 5993 sold | 20 |
| | | | | cor |

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices     and AdChoice

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

New! Pay with Venmo for fast and easy checkout.

| Pay with |
|---|
| ◯　　　　PayPal |
| ◯　　　　Venmo |
| ◯　Add new card |
| ◯　　　　Google Pay |
| ◯　Special financing available. Apply now. <u>See terms</u> |

**Ship to**
amla amla
500 Nw 2nd Ave
Miami, FL 33101-0105
United States
(725) 276-6076
<u>Change</u>

**Review order**

Seller:  crownzofficals    |    <u>Add note for seller</u>



⬭ LAST ONE

Pure Oraganic Black Castor Oil for Hair Growth, Pure Cold Press
**$17.21**
Quantity 1

**Delivery**
**Free USPS Ground Advantage**
Est. delivery: Sep 28 – Oct 3

| Item (1) | $17.21 |
|---|---|
| Shipping | Free |
| Tax* | $1.20 |

## Gift cards and coupons

Enter code:

Apply

## Donate to charity ⓘ
OUTSIDE THE BORDERS INC

Help support the emotional & psychological well-being of the Hispanic/Latino community who are victims of gender violence, domestic & sexual abuse. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount          None ⌄

**Order total**          $18.41

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

Ⓢ Purchase protected by **eBay Money Back Guarantee**

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

Defendant no. :          157

Defendant Name :     eagleq67

Platform:                E-bay

| Plaintiff VAu 1-517-249 Copyright | eagleq67's Infringing Product |
|---|---|
|  | |



Hi **amla!**    **Daily Deals**    **Brand Outlet**    **Gift Cards**    **Help & Contact**    Sell    Watchlist    My eBay    🔔    🛒 ¹

**Shop by category**

🔍 Search for anything    | All Categories ⌄ |    Search

# eagleq67

**6** items sold    **1** follower    💬 Contact    ♡ Save

☰ Categories    Shop    **About**    Feedback    🔍 Search all 15 items

## About

Location: **United States**
Member since: **Jan 07, 2020**

## Do you like our profile experience?    👍    👎

**About eBay**    **Announcements**    **Community**    **Security Center**    **Seller Center**    **Policies**    **Affiliates**
**Help & Contact**    **Site Map**

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

ebay    Shop by category

Search for anything                    All Categories              **Search**

Back to home page   Health & Beauty ›   Hair Care & Styling ›   Treatments, Oils & Protecto...        Share   Add to Watchlist



     

Have one to sell?  Sell now

## Black Jamaican Castor Oil

eagleg67 (1)
Seller's other items
Contact seller

**US $19.99**
or Best Offer

Condition:    **New with box**  

Quantity:    [ 1 ]    **8 available**

Buy It Now

View in cart

Make offer

♡ Add to watchlist

Shipping:   US $4.36 USPS Ground Advantage®.
            See details
            Located in: Grand Forks, North
            Dakota, United States

Delivery:   Estimated between **Fri, Sep 27** and
            **Wed, Oct 2** to 33101 

Returns:    Seller does not accept returns.
            See details

Payments:

            Special financing available. See
            terms and apply now

            Earn up to 5x points when
            you use your eBay
            Mastercard®. Learn more

### Shop with confidence

            ⓢ   eBay Money Back Guarantee
                Get the item you ordered or your money
                back. Learn more

Feedback



Hi **amla!**    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    eBay shopping cart    Sell    Watchlist    My eBay    🔔    🛒 1

 Shop by category

Search for anything    All Categories    Search

# Shopping cart

Send Us Your Comments

| | |
|---|---|
| **eagleq67** | Request combined shipping ⓘ |



**Black Jamaican Castor Oil**
New with box

Qty 1 ▾

$19.99
+ $4.36

USPS Ground Advantage

Save for later    Remove

Item (1)                          $19.99
Shipping to 33101-0105 ⓘ    $4.36

**Subtotal**                    **$24.35**

Go to checkout

🅢 Purchase protected by **eBay Money Back Guarantee**

## Explore related items
Sponsored

| 2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold... | Difeel 99% Natural Premium Hair Oil - Jamaican Black Cast... | Sunny Isle™ Extra Dark Jamaican Black Castor Oil 8oz Thicker and... | Lwil Maskreti Haitian Black Castor Oil 100%pure undiluted ,... | 2 p... Ca... |
|---|---|---|---|---|
| New | New | New | New | Ne... |
| **$13.65** | **$17.49** | **$24.98** | **$19.99** | **$1...** |
| Free shipping | Free shipping | Free shipping | Free 2-4 day shipping | Fre... |
| Seller with 100% positive feedback | Seller with 100% positive feedback | 301 sold | Seller with 100% positive feedback | Sel... po... |

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

 **Checkout**

How do you like our checkout? [Give us feedback](#)

New! Pay with Venmo for fast and easy checkout.

| Pay with |
| --- |
| ○ PayPal |
| ○ Venmo |
| ○ Add new card |
| ○ Google Pay |
| ○ Special financing available. Apply now. <u>See terms</u> |

### Ship to
amla amla
500 Nw 2nd Ave
Miami, FL 33101-0105
United States
(725) 276-6076
[Change](#)

### Review order

Seller: eagleq67  |  [Add note for seller](#)



Black Jamaican Castor Oil
**$19.99**

Quantity
1 ⌄

**Delivery**
Est. delivery: Sep 27 – Oct 2
USPS Ground Advantage
$4.36

| | |
| --- | --- |
| Item (1) | $19.99 |
| Shipping | $4.36 |
| Tax* | $1.70 |
| **Order total** | **$26.05** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

Confirm and pay

Select a payment method

💲 Purchase protected by **eBay Money Back Guarantee**

## Gift cards and coupons

| Enter code: | Apply |

## Donate to charity ⓘ

OUTSIDE THE BORDERS INC

Help support the emotional & psychological well-being of the Hispanic/Latino community who are victims of gender violence, domestic & sexual abuse. PayPal Giving Fund (PPGF) receives your donation and grants 100% to a charity no later than 30 days after the end of the month in which the donation is made. Donations are non-refundable and typically tax deductible. PPGF may be unable to grant funds to a charity if the charity has lost tax exempt status, has closed, or no longer accepts funds from PPGF.

Select amount    None ⌄

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

Defendant no. :          159

Defendant Name :     authenticjammarket

Platform:                   E-bay

| Plaintiff VAu 1-517-249 Copyright | authenticjammarket's Infringing Product |
|---|---|
|  |  |



Hi amla!          **Daily Deals**     **Brand Outlet**     **Gift Cards**     **Help & Contact**     Watchlist          My eBay          🔔          🛒²

![ebay] Shop by category      🔍 Search for an...     All Categories ⌄          Search



# Authenticjammarket

**100%** positive feedback     **71** items sold     **10** followers

⬆ Share          💬 Contact          ♡ Save Seller



≡ Categories          Shop          Sale          **About**          Feedback          🔍 Search all E

## About us

The Authentic Jamaican market aims to bring quality items to the diaspora and the world! You can guarantee the lowest price!

Location: **Jamaica**
Member since: **Mar 09, 2024**
Seller: **authenticjammarket**

## Do you like our store experience?  👍  👎

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice



Hi (Sign in) Daily Deals Brand Outlet Gift Cards Help & Contact

ebay Shop by category | Search for anything

Back to search results · Health & Beauty > Hair Care & Styling > Treatments, Oils &

Sign in to eBay with Google

Sidharth Grover
sidharth@kanalysis.com

Amla Paul
paulamla035@gmail.com

2 PEOPLE HAVE THIS IN THEIR CART

Have one to sell? Sell now

authenticjammarket (57)
100% positive
Seller's other items
Contact seller

## US $20.00

Condition: New with box

Product Specifications: 60Ml

Quantity: 1 Last one

Buy It Now

Add to cart

Add to watchlist

Shipping: **Free** Economy Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Shenzhen, China

Delivery: Estimated between **Fri, Nov 15** and **Fri, Dec 20** to 33101
Please note the delivery estimate is **greater than 16 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal venmo G Pay VISA DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Hi (Sign in)     Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist    My eBay    🔔    🛒 1

ebay    Shop by category        🔍 Search for anything        All Categories ▾    Search

# Shopping cart

Send Us Your Comments

Pure 100% Jamaican Black Castor Oil Massage Oil Oil Hair Care Essent 60ml was removed from your cart.

You're signed out right now. To save these items or see your previously saved items, **sign in.**



Authenticjammarket
100% positive feedback

Request combined shipping ⓘ

| Item (1) | $20.00 |
| --- | --- |
| Shipping to 33101 ⓘ | Free |

LAST ONE

**Jamaica Black Castor Oil Soothing Oil**

New with box

60Ml

Qty 1
$20.00
**Free shipping**
Economy Shipping from Greater China to worldwide
Returns accepted

**Subtotal**    $20.00

Go to checkout

$ Purchase protected by **eBay Money Back Guarantee**

Save for later    Remove

## Explore related items

Sponsored

| Jamaica Black Castor Oil Soothing Oil For Hair Growth | Olde Jamaica Black Castor Oil_4 oz | Olde Jamaica Black Castor Oil Conditioner with Tea Tree Oil_ 8 oz | Olde Jamaica Black Castor Oil Treatment with Tea Tree Oil_ 4 oz | Olde Ca |
| --- | --- | --- | --- | --- |
| New | New (Other) | New (Other) | New (Other) | Ne |
| **$22.49** | **$9.99** | **$10.99** | **$8.99** | **$2** |
| $24.99 10% off | Free shipping | Free shipping | Free shipping | Fre |
| Free shipping | Seller with 100% positive feedback | Seller with 100% positive feedback | Seller with 100% positive feedback | Sel |
| Seller with 100% positive feedback | | | | po |

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

 **Checkout**

How do you like our checkout? [Give us feedback](#)

New! Pay with Venmo for fast and easy checkout.

| Pay with |
|---|
| ○          PayPal |
| ○          Venmo |
| ○    Add new card |
| ○          Google Pay |
| ○                                                    ⌄ |

**Ship to**
amla amla
500 Nw 2nd Ave
Miami, FL 33101-0105
United States
(251) 263-0796
[Change](#)

**Review order**

Seller:  authenticja...    |    [Add note for seller](#)



**LAST ONE**

Jamaica Black Castor Oil Soothing Oil
Product Specifications: 60Ml

**US $20.00**

Quantity 1

Returns accepted

**Delivery**
Free Economy Shipping from
Greater China to worldwide
Est. delivery: Oct 15 – Nov 19

| | |
|---|---|
| Item (1) | US $20.00 |
| Shipping | Free |
| Tax | US $1.40 |
| **Order total** | **US $21.40** |

Confirm and pay

Select a payment method

Ⓢ Purchase protected by **eBay Money Back Guarantee**

Defendant no. :         160

Defendant Name :        ketay45

Platform:               E-bay

| Plaintiff VAu 1-517-249 Copyright | ketay45's Infringing Product |
|---|---|
|   |  |

Hi amla!     **Daily Deals**     **Brand Outlet**     **Gift Cards**     **Help & Contact**     Sell     Watchlist     My eBay

 Shop by category

All Categories

Search

# ketay45

7 items sold

💬 Contact     ♡ Save

☰ Categories          Shop     **About**     Feedback          🔍 Search 1 item

## About

Location: **United States**

Member since: **Apr 02, 2018**

## Do you like our profile experience? 👍 👎

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates

Help & Contact     Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices     and AdChoice

Case 0:24-cv-61886-JB    Document 13    Entered on FLSD Docket 11/13/2024    Page 743 of 862

Hi **amla!**    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                Sell    Watchlist    My eBay    🔔    🛒 3

ebay    Shop by category    | 🔍 Search for anything | All Categories ▾ | **Search** |

Back to home page    Health & Beauty › Hair Care & Styling › Treatments, Oils & Protecto...        Share    Add to Watchlist



       

Have one to sell? **Sell now**

### Black Castor Oil Nourishes Hair Growth Skin Massage Essential Oil Eyebrows Growt

**ketay45** (7)
Seller's other items
Contact seller

## US $8.76

Condition:    **New with box** ⓘ

Color: Onesize    ▾

Quantity:  1     **Last one**

**Buy It Now**

**Add to cart**

♡ **Add to watchlist**

**Hurry before it's gone.** 1 person is watching this item.

Shipping:    **US $1.00** Economy Shipping from outside US. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shenzhen, China

Delivery:    Estimated between **Fri, Oct 11** and **Mon, Nov 18** to 33101 ⓘ
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:



Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn mo

Feedback

### Shop with confidence

 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist    My eBay    🔔    🛒 1

Shop by category

[Search for anything]    All Categories ▾    Search

# Shopping cart

Send Us Your Comments



You're signed out right now. To save these items or see your previously saved items, **sign in.**

Aliver Jamaican Black Castor Oil For Hair Growth was removed from your cart.

ketay45                                   Request combined shipping ⓘ

🚫 To complete your order, **go to checkout** and update your shipping address.

LAST ONE                                                      Qty 1

Black Castor Oil Nourishes Hair                               $8.76
Growth Skin Massage Essential Oil
Eyebrows Growt                                        Returns accepted

New with box

Onesize

Save for later    Remove

| | |
|---|---|
| Item (1) | $8.76 |
| **Subtotal** | **$8.76** |

[ Go to checkout ]

Ⓢ Purchase protected by eBay Money Back Guarantee

## Explore related items
Sponsored

Rosemary Oil Hair        Rosemary Oil Hair        Rosemary Essential Oil     Premium Organic          Ca
Growth Serum             Growth Serum             Eyelash Eyebrows Hair      Castor Oil 100% Pure      Pur
W/Rosemary Water &...    W/Rosemary Water &...    Growth Serum...            and Hexane-Free...        Eye
New · Business           New · Business           New · Private              New · Business            Ne

$14.81                   $14.81                   $20.57                     $13.90                    $8
Free shipping            Free shipping            Free shipping              Free shipping             Fre
                         Last one                                            45 sold
⋮                        ⋮                        ⋮                          ⋮                         21

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and
AdChoice

 Checkout

How do you like our checkout? <u>Give us feedback</u>

## Review order

Seller: ketay45  |  <u>Add note for seller</u>



`LAST ONE`

Black Castor Oil Nourishes Hair Growth Skin Massage Essential Oil Eyebrows Growt
Color: Onesize

**$8.76**

Quantity 1

Returns accepted

**Delivery**
Est. delivery: Oct 15 – Nov 19
Economy Shipping from outside US
$1.00

| Item (1) | $8.76 |
|---|---|
| Shipping | $1.00 |
| Tax* | $0.68 |

**Order total**     **$10.44**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

( Confirm and pay )

Select a payment method

 Purchase protected by **eBay Money Back Guarantee**

## Ship to

amla amla
500 NW 2nd Ave
Miami, FL 33101-0105
United States
amlamala@gmail.com
(017) 252-7607-6
<u>Change</u>

## Pay with

○     PayPal

○     Venmo

○   Add new card

○     Google Pay

○     Special financing available.
      Apply now. <u>See terms</u>

Defendant no. :       161

Defendant Name :    dotsonecom

Platform:              E-bay

| Plaintiff VAu 1-517-249 Copyright | dotsonecom's Infringing Product |
|---|---|
|   |  |



Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    🔔    🛒⁴

    Shop by category    🔍 Search for any... | All Categories ⌄    Search



# dotsonecom

**98.4%** positive feedback (485)    **1.7K** items sold    **76** followers

💬 Contact    ♡ Save

    ☰ Categories    Shop    **About**    Feedback    🔍 Search all 491 items

## About

Location: **United States**
Member since: **Jun 01, 2022**

Do you like our profile experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

9/23/24, 8:08 PM    Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure Cold Pressed - 2 Pack | eBay

Hi **(Sign in)**    **Daily Deals**    **Brand Outlet**    **Gift Cards**    **Help & Contact**    Sell    Watchlist    **My eBay**    🔔    🛒 4

 **Shop by category**

🔍 Search fo | All Categories ▼ | **Search**

**Back to home page**    Health & Beauty  ›  Hair Care & Styling  ›  Treatments, Oils & Protecto...

**Share**    **Add to Watchlist**

# People who viewed this item also viewed

| | Aliver Jamaican Black Castor... | | Aliver Jamaican Black Castor... |
| | $12.99 | | $12.95 |
| | Free shipping | | Free shipping |
| | Sponsored | | |



⤢    ♡

Have one to sell?  **Sell now**

### Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure Cold Pressed - 2 Pack

 **dotsonecom** (485)
98.4% positive
Seller's other items
Contact seller

## US $20.00
or Best Offer

Condition:    New with box ⓘ

Quantity:    1    3 available

**Buy It Now**

**View in cart**    Feedback

**Make offer**

♡ **Add to watchlist**

Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay     1

    Shop by category    Search for anything    All Categories    Search

# Shopping cart

Send Us Your Comments

Aliver Jamaican Black Castor Oil, Castor Oil 2.02 Fl. Oz. was removed from your cart.

    You're signed out right now. To save these items or see your previously saved items, sign in.

dotsonecom
98.4% positive feedback

Request combined shipping ⓘ

Item (1)                          $20.00
Shipping to 33101 ⓘ          Free

Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure Cold Press...

New with box

Qty    1 ⌄

$20.00

Free shipping

USPS Ground Advantage

Save for later    Remove

Subtotal          $20.00

Go to checkout

$ Purchase protected by **eBay Money Back Guarantee**

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

 Checkout

How do you like our checkout? Give us feedback

## Review order

Seller: dotsonecom  |  Add note for seller

 Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure Cold Pressed - 2 Pack
**$20.00**

Quantity
1

**Delivery**
**Free USPS Ground Advantage**
Est. delivery: Sep 27 – Sep 30

## Ship to
amla amla
500 NW 2nd Ave
Miami, FL 33101-0105
United States
amlamala@gmail.com
(017) 252-7607-6
Change

## Pay with

○    PayPal

○    Venmo

○  Add new card

○    Google Pay

○    Special financing available.
Apply now.  See terms

## Add coupons

| | |
|---|---|
| Item (1) | $20.00 |
| Shipping | **Free** |
| Tax* | $1.40 |

## Order total         $21.40

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

 Purchase protected by **eBay Money Back Guarantee**

Defendant no. :           162

Defendant Name :      nineniftyfinds

Platform:                   E-bay

| Plaintiff VAu 1-517-249 Copyright | dotsonecom's Infringing Product |
|---|---|
|   |  |

Hi (Sign in)    **Daily Deals**    **Brand Outlet**    **Gift Cards**    **Help & Contact**    Watchlist    My eBay        

    Shop by category    Search for an    All Categories    Search

# nineniftyfinds

**97.8% positive feedback (176)**    **573 items sold**    **23 followers**

💬 Contact    ♡ Save

☰ Categories    Shop    **About**    Feedback    🔍 Search all 154 item

## About

Location: **United States**
Member since: **Dec 29, 2023**

## Do you like our profile experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice





Hi (Sign in) Daily Deals Brand Outlet Gift Cards Help & Contact

ebay Shop by category Search for anything

Sign in to eBay with Google

Sidharth Grover
sidharth@kanalysis.com

Amla Paul
paulamla035@gmail.com

Back to search results · Health & Beauty > Hair Care & Styling > Treatments, Oils &

Have one to sell? Sell now

nineniftyfinds(190)
98% positive
Seller's other items
Contact seller

**US $14.99**
or Best Offer

Condition: **New with box**

Buy It Now

Add to cart

Make offer

Add to watchlist

Shipping: **US $4.43** USPS Ground Advantage®. See details
Located in: Prichard, West Virginia, United States

Delivery: Estimated between **Tue, Oct 29** and **Thu, Oct 31** to 33101

Returns: Seller does not accept returns. See details

Payments: PayPal venmo G Pay VISA DISCOVER

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar Items

Sponsored

Feedback on our suggestions | See all

Extra Dark Jamaican Black Castor Oil, 2 Ounce
New
**$14.25**
Free shipping
Seller with 100% positive feedback

Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold Pressed New 120
New
**$12.00**
Free shipping
Top Rated Plus
Seller with 99% positive feedback

Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold Pressed New In Box
New
**$12.99**
Free shipping
**8 watchers**

Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay    🔔    🛒 1

ebay    Shop by category    🔍 Search for anything    All Categories ▾    Search

# Shopping cart                                           Send Us Your Comments

Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure Cold Pressed New In Box was removed from your cart.

You're signed out right now. To save these items or see your previously saved items, **sign in**.

---

ⓝ **nineniftyfinds**
97.8% positive feedback                      Request combined shipping ⓘ

🔴 To complete your order, **go to checkout** and update your shipping address.



LAST ONE                                                                   Qty 1

**Aliver Jamaican Black Castor Oil,**                                       $14.99
**Castor Oil 2.02 Fl. Oz.**

New with box

                                          Save for later    Remove

| | |
|---|---|
| Item (1) | $14.99 |

**Subtotal**                          **$14.99**

    Go to checkout

ⓢ Purchase protected by **eBay Money Back Guarantee**

---

## Explore related items
Sponsored

| Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold... | Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure Cold... | Aliver Jamaican Black Castor Oil Pure Cold Pressed 2oz 🏅Truste... | Sunny Isle Jamaican Black Castor Oil Root Repair Growth Oil 4oz | Su Bla Ext Ne |
|---|---|---|---|---|
| New · Private | New · Business | New · Business | New · Business | |
| **$12.00** | **$12.95** | **$11.99** | **$10.99** | **$9.** |
| Free shipping | Free shipping | Free shipping | Free shipping | Fre |
| 🔷 Top Rated Plus Seller with 99.1% positive feedback | | 79 sold | 29 sold | 20 |
| ⋮ | ⋮ | ⋮ | ⋮ | |

---

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

 **Checkout**

How do you like our checkout? [Give us feedback](#)

## Review order

Seller: nineniftyfinds | [Add note for seller](#)



[ LAST ONE ]

Aliver Jamaican Black Castor Oil, Castor Oil 2.02 Fl. Oz.

**$14.99**

Quantity 1

**Delivery**
Est. delivery: Sep 26 – Sep 28
USPS Ground Advantage
**$4.43**

## Ship to

amla amla
500 NW 2nd Ave
Miami, FL 33101-0105
United States
k0x7vk4u3g@expressletter.net
(999) 999-9999
[Change](#)

## Pay with

○ PayPal

○ Venmo

○ Add new card

○ Google Pay

○ Special financing available. Apply now. [See terms](#)

## Add coupons

| | |
|---|---|
| Item (1) | $14.99 |
| Shipping | $4.43 |
| Tax* | $1.36 |

### Order total — $20.78

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

[ Confirm and pay ]

Select a payment method

 Purchase protected by **eBay Money Back Guarantee**

Defendant no. :        163

Defendant Name :    msdeals23

Platform:                E-bay

| Plaintiff VAu 1-517-249 Copyright | msdeals23's Infringing Product |
|---|---|
|  | |

Hi (Sign in)    **Daily Deals**    **Brand Outlet**    **Gift Cards**    **Help & Contact**    Sell    Watchlist    My eBay

    Shop by category

Search for anyth...    All Categories    Search

The seller is away until Mon, Oct 07, 2024. Expect a delay in delivery until they return.

# msdeals23

92.9% positive feedback (24)    134 items sold    9 followers

Contact    ♡ Save

**About**    Feedback

Search all items

## About

Bringing you affordable deals, one click away! At your fingertips! Amazing deals you can't afford to miss!!

Location: **United States**
Member since: **Sep 27, 2023**

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

Hi (Sign in)   Daily Deals   Brand Outlet   Gift Cards   Help & Contact                    Sell   Watchlist   My eBay   🔔   🛒 4

ebay   Shop by category          Search for anything          [All Categories]          **Search**

Back to home page   Health & Beauty   Hair Care & Styling   Treatments, Oils & Protecto...          Share   Add to Watchlist

The seller is away until Oct 07, 2024. Add this item to your watchlist to keep track of it.

## People who viewed this item also viewed

New!! Jamaican Black Organic Castor Oil 60 ml for Hair Growth, Face an...
**$16.99**
Free shipping
Sponsored

Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure - 2 fl oz -...
**$12.95**
Free shipping

🛢 SAVE UP TO **20%** WHEN YOU BUY MORE



3  ♡

### Aliver Jamaican Black Castor Oil For Hair Growth

**msdeals23** (24)
92.9% positive
Seller's other items
Contact seller

---

## US $17.90/ea

Condition:   **New with box**   ⓘ

Quantity:   [ 1 ]   9 available   1 sold

Bulk savings:

| Buy 1 $17.90/ea | Buy 2 $16.11/ea | Buy 3 $15.22/ea | 4 or mo for $14.32/ |
|---|---|---|---|

[ Add to cart ]

[ ♡ Add to watchlist ]

**People are checking this out.** 3 have added this to their watchlist.

**Other people bought this.** 1 has already sold.

Have one to sell?  Sell now

Shipping:   **US $5.73** USPS Ground Advantage®.
See details
Located in: West Palm Beach, Florida, United States

Delivery:   Estimated between **Thu, Oct 10** and **Fri, Oct 18** to 33101 ⓘ
Please note the delivery estimate is **greater than 14 business days.**

Returns:   Seller does not accept returns.
See details

Payments:

Feedback

Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    🔔    🛒 1

ebay    Shop by category    [Search for anything]    All Categories ▾    Search

# Shopping cart

Send Us Your Comments

> Aliver Jamaican Black Castor Oil, Castor Oil 2.02 Fl. Oz. was removed from your cart.

> You're signed out right now. To save these items or see your previously saved items, sign in.
>
> The seller of one or more items in your cart is on vacation. If you wish to purchase the item, please allow additional time for your order to be shipped.
>
> You can also contact the seller and ask to be notified when they return.



msdeals23
92.9% positive feedback

Request combined shipping ⓘ

⊘ To complete your order, **go to checkout** and update your shipping address.

**1 SOLD**
**Aliver Jamaican Black Castor Oil For Hair Growth**
New with box

Qty  1 ▾
$17.90

Save for later    Remove

Save up to 20% when you buy more
Increase your item quantity to qualify

Item (1)                $17.90

**Subtotal**          **$17.90**

Go to checkout

💲 Purchase protected by **eBay Money Back Guarantee**

## Explore related items
Sponsored

Jamaican Black Castor Oil for Hair Growth 100% Pure Virgin &...
New · Business
**$13.95**
Free shipping
🔵 Top Rated Plus
244 sold

Hair Chemist Superior Growth Jamaican Black Castor Hair Oil ...
New · Business
**$10.00**
Free shipping
123 sold

6Oz Jamaican Black Castor Oil Organic 100% Pure Cold...
New · Private
**$12.79**
~~$15.99~~ 20% off
Free shipping
32 sold

ALiver Jamaican Black Castor Oil | 100% Pure Cold Pressed | 4oz -...
New · Business
**$19.99**
Free shipping
45 sold

Na...
gro
Ca
Ne
**$1(**
Fre
141

⋮                    ⋮                    ⋮                    ⋮

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Defendant no. :          164

Defendant Name :     als_kfw8a

Platform:                  E-bay

| Plaintiff VAu 1-517-249 Copyright | als_kfw8a's Infringing Product |
|---|---|
|  | |

Hi (<u>Sign in</u>)   **Daily Deals**   <u>Brand Outlet</u>   <u>Gift Cards</u>   <u>Help & Contact</u>   Sell   Watchlist   My eBay

   Shop by category

[ Search for anything ]   [ All Categories ▾ ]   Search

The seller is away until Tue, Sep 24, 2024. Expect a delay in delivery until they return.



# als-kfw8a

**98%** positive feedback (534)      **493** items sold      **40** followers

💬 Contact      ♡ Save

**About**      Feedback

## About

Location: **United States**
Member since: **Jul 05, 2015**

## Top Rated Seller

als-kfw8a is one of eBay's most reputable sellers. Consistently delivers outstanding customer service <u>Learn more</u>

<u>About eBay</u>    <u>Announcements</u>    <u>Community</u>    <u>Security Center</u>    <u>Seller Center</u>    <u>Policies</u>    <u>Affiliates</u>

<u>Help & Contact</u>    <u>Site Map</u>

Copyright © 1995-2024 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, Privacy, <u>Consumer Health Data</u>, <u>Payments Terms of Use</u>, <u>Cookies</u>, <u>CA Privacy Notice</u>, <u>Your Privacy Choices</u>    and <u>AdChoice</u>

 

Hi (Sign in)   Daily Deals   Brand Outlet   Gift Cards   Help & Contact   Sell   Watchlist   My eBay

 Shop by category

Search fo...   | All Categories ▾ |   **Search**

Back to home page   Health & Beauty ›   Hair Care & Styling ›   Treatments, Oils & Protecto...

Share   Add to Watchlist

The seller is away until Sep 24, 2024. Add this item to your watchlist to keep track of it.

# People who viewed this item also viewed

**(2) ALiver Jamaican Black Castor...**

**$10.78**

+ $5.15 shipping

Sponsored

**Aliver Jamaican Black Castor...**

**$14.00**

Free shipping



2 ♡

‹   ›



## Two Of ALiver Jamaican Black Castor Oil . 100% Pure Cold Pressed . 2.02 Oz Each

**als-kfw8a** (534)

98% positive
Seller's other items
Contact seller

## US $16.90

Condition:   New with box ⓘ

Quantity:   | 1 |   4 available
4 sold

Add to cart

♡ Add to watchlist

Feedback

# Similar Items

Sponsored

See all

**Popular item.** 4 have already sold.



Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay    🔔    🛒 1

ebay    Shop by category    [Search for anything]    All Categories ▾    Search

# Shopping cart                                                    Send Us Your Comments

Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure Cold Pressed - 2 Pack was removed from your cart.

You're signed out right now. To save these items or see your previously saved items, sign in.

The seller of one or more items in your cart is on vacation. If you wish to purchase the item, please allow additional time for your order to be shipped.

You can also contact the seller and ask to be notified when they return.



als-kfw8a
98% positive feedback                    Request combined shipping ⓘ

ⓘ The seller is on vacation. If you wish to purchase the item, please allow additional time for your order to be shipped.

4 SOLD

**Two Of ALiver Jamaican Black Castor Oil . 100% Pure Cold Pressed . 2.02 Oz Each**

New with box

Qty  1 ▾

$16.90
Free shipping
USPS Ground Advantage

Save for later    Remove

Item (1)                    $16.90
Shipping to 33101 ⓘ          Free

Subtotal                    $16.90

Go to checkout

Ⓢ Purchase protected by eBay Money Back Guarantee

## Explore related items
Sponsored

Rosemary Oil Hair Growth Serum W/Rosemary Water &...
New
$14.81
Free shipping

Rosemary Oil Hair Growth Serum W/Rosemary Water &...
New
$14.81
Free shipping
Last one

Rosemary Essential Oil Eyelash Eyebrows Hair Growth Serum...
New
$20.57
Free shipping

Organic Castor Oil Conceal Thin, Reveal Fuller Eyebrows,...
New
$5.35
Free shipping

Ear...
Ca...
and...
Ne...
$1...
Fre...
Sel...
po...

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and
AdChoice

 **Checkout**

How do you like our checkout? [Give us feedback](#)

---

venmo    New! Pay with Venmo for fast and easy checkout.

---

**Ship to**
Amla Amla
500 NW, 2nd AVE
Miami, FL 33101-0105
United States
paulamla035@gmail.com
(125) 641-8857
[Change](#)

**Pay with**

○ **PayPal** PayPal

○ venmo Venmo

○ Add new card
   VISA · mastercard · DISCOVER · ◎

○ GPay Google Pay

○ PayPal CREDIT    Special financing available.
   Apply now. <u>See terms</u>

**Add coupons**

| Enter code: | Apply |

**Review order**

Seller: als-kfw8a | [Add note for seller](#)



---

| Item (1) | $16.90 |
|---|---|
| Shipping | **Free** |
| Tax* | $1.18 |

| **Order total** | **$18.08** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

**Confirm and pay**

Select a payment method

$ Purchase protected by **eBay Money Back Guarantee**



Two Of ALiver Jamaican Black Castor Oil .
100% Pure Cold Pressed . 2.02 Oz Each
**$16.90**

Quantity
1

**Delivery**
**Free USPS Ground Advantage**
Est. delivery: Oct 29 – Nov 1

Service: gthbgf5

You removed: Jamaican Black Castor Oil, Organic 100%
Pure Cold Pressed NEW Hair Growth US
Add item

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Defendant no. :          165

Defendant Name :      k7ol8y7t5

Platform:                  E-bay

| Plaintiff VAu 1-517-249 Copyright | k7ol8y7t5's Infringing Product |
|---|---|
|  | |



Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist    My eBay    4

Shop by category    Search for an...    All Categories    Search



# k7ol8y7t5

**95.5%** positive feedback    **449** items sold    **36** followers

Share    Contact    Save Seller

Categories    Shop    Sale    **About**    Feedback    Search all 2

## About us

Welcome to my eBay store

We are committed to providing customers with the highest quality products at the lowest price.

Bloom your beauty, from now on

Location: **China**
Member since: **Sep 24, 2022**
Seller: **k7ol8y7t5**

## Do you like our store experience? 👍 👎

Hi (Sign in)

Daily Deals   Brand Outlet   Gift Cards   Help & Contact

Sell   Watchlist   My eBay

eBay

Shop by category

Search for anything

All Categories

Search

Back to home page   Health & Beauty   >   Hair Care & Styling   >   Treatments, Oils & Protecto...

Share   Add to Watchlist

## People who viewed this item also viewed

New!! Jamaican Black Organic Castor Oil 60 ml for Hair Growth, Face an...

**$16.99**

Free shipping
Sponsored

Jamaican Black Castor Oil, 2PCS Organic 100% Pure Castor Oil, Massag...

**$7.14**

Free shipping

🏷️ BUY 2, GET 1 FREE (add 3 to cart)   See all eligible items and terms



2   ♡

        

Have one to sell?   Sell now

### Pure 100% Jamaican Black Castor Oil Massage Oil Oil Hair Care Essent 60ml

 k7oI8y7t5 (39)
95.5% positive
Seller's other items
Contact seller

**US $8.99**
or Best Offer

Condition:   **New with box** ⓘ

Quantity:   1   More than 10 available   10 sold

Buy It Now

Add to cart

Make offer

♡ Add to watchlist

**This one's trending.** 10 have already sold.

**People are checking this out.** 2 have added this to their watchlist.

Shipping:   **Free** Economy Shipping from outside US. See details
International shipment of items may be subject to customs processing and additional charges. ⓘ
Located in: Shenzhen, China

Delivery:   Estimated between **Fri, Oct 11** and **Mon, Nov 18** to 33101 ⓘ
Please note the delivery estimate is **greater than 15 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns:   30 days returns. Buyer pays for return shipping. See details

Feedback



Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact              Sell    Watchlist    My eBay    🔔    🛒 1

ebay    Shop by category

Search for anything                    All Categories ▾    Search

# Shopping cart                                    Send Us Your Comments

You're signed out right now. To save these items or see your previously saved items, **sign in.**

Two Of ALiver Jamaican Black Castor Oil . 100% Pure Cold Pressed . 2.02 Oz Each was removed from your cart.



**k7ol8y7t5**
95.5% positive feedback

Request combined shipping ⓘ

🎁 BUY 2 GET 1 FREE (ADD 3)
10 SOLD

**Pure 100% Jamaican Black Castor Oil Massage Oil Oil Hair Care Essent 60ml**

New with box

Qty  [ 1 ▾ ]

$8.99

Free shipping
Economy Shipping from outside US
Returns accepted

Save for later    Remove

**Buy 2, get 1 free**
Add 2 more to qualify                              ›



Item (1)                                    $8.99
Shipping to 33101 ⓘ                        Free

**Subtotal**                            **$8.99**

Go to checkout

💲 Purchase protected by **eBay Money Back Guarantee**

## Explore related items
Sponsored

| Rosemary Oil Hair Growth Serum W/Rosemary Water &... | Rosemary Oil Hair Growth Serum W/Rosemary Water &... | Rosemary Essential Oil Eyelash Eyebrows Hair Growth Serum... | Organic Castor Oil Conceal Thin, Reveal Fuller Eyebrows,... | Ear Ca and Ne |
|---|---|---|---|---|
| New | New | New | New | |
| $14.81 | $14.81 | $20.57 | $5.35 | $1 |
| Free shipping | Free shipping | Free shipping | Free shipping | Fre |
| | **Last one** | | | Sel |
| | | | | po |

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

 **Checkout**

How do you like our checkout? [Give us feedback](#)

## Review order

Seller: k7ol8y7t5 | [Add note for seller](#)

Pure 100% Jamaican Black Castor Oil Massage Oil Oil Hair Care Essent 60ml
**$8.99**

Quantity
1

Returns accepted

**Delivery**
**Free Economy Shipping from outside US**
Est. delivery: Oct 11 – Nov 18

## Ship to

amla amla
500 NW 2nd Ave
Miami, FL 33101-0105
United States
k0x7vk4u3g@expressletter.net
(999) 999-9999
[Change](#)

## Pay with

○ PayPal

○ Venmo

○ Add new card

○ Google Pay

○ Special financing available.
Apply now. [See terms](#)

| | |
|---|---|
| Item (1) | $8.99 |
| Shipping | Free |
| Tax* | $0.63 |

**Order total** **$9.62**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

Confirm and pay

Select a payment method

💲 Purchase protected by **eBay Money Back Guarantee**

**Add coupons**

Enter code: Apply

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

Defendant no. :          166

Defendant Name :        marcetscraftsandsoutherngypseyjewels

Platform:               E-bay

| Plaintiff VAu 1-517-249 Copyright | marcetscraftsandsoutherngypseyjewels's Infringing Product |
|---|---|
|  | |

Hi (Sign in)   **Daily Deals**   **Brand Outlet**   **Gift Cards**   **Help & Contact**   Sell   Watchlist   My eBay



Shop by category

Search for anythi    All Categories    Search

# marceyscraftsandsoutherngypseyjewels



**100% positive feedback (186)**    **198 items sold**    **7 followers**

💬 Contact    🤍 Save

☰ Categories    Shop    **About**    Feedback    🔍 Search all 205 items

## About

Location: **United States**
Member since: **Oct 15, 2009**

## Do you like our profile experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

Hi amla!    Daily Deals    Help & Contact      Sell    Watchlist    My eBay    🔔   🛒 2

 Shop by category

[ Search for anything ] [ All Categories ▾ ] [ **Search** ]

Back to home page    Health & Beauty ›   Hair Care & Styling ›   Treatments, Oils & Protecto...      Share    Add to Watchlist



## ALIVER Jamaican Black Castor Oil 100% Pure-Cold Pressed 2.02 fl oz Exp-10/26

Castor Oil Pack

 marceyscraftsandsoutherngypse
100% positive
Seller's other items
Contact seller

### US $20.00

Condition:   New with box ⓘ

[ Buy It Now ]

[ Add to cart ]

[ ♡ Add to watchlist ]

Shipping:   **US $6.16** USPS Ground Advantage®. See details
Located in: Macon, Georgia, United States

Delivery:   Estimated between **Fri, Sep 27** and **Mon, Sep 30** to 33101 ⓘ

Returns:   Seller does not accept returns. See details

Payments:

---

## Similar Items
Sponsored       See all

♡            ♡

**ALMOST GONE**

ALiver Jamaican Black Castor Oil | 100% Pure Cold Pressed | 4oz -...
New
**$19.99**
Free shipping
45 sold

Jamaica Black Castor Oil Soothing Oil

New
**$20.00**
Free shipping
Seller with 100% positive feedback

Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold...
New
**$12.99**
Free shipping
9 watchers

### Shop with confidence
💲 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Hi! (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact          Sell    Watchlist    My eBay    🔔    🛒 1

**eb**a**y**    Shop by category

[Search for anything]    All Categories ▾    Search

# Shopping cart

Send Us Your Comments

Black Castor Oil Nourishes Hair Growth Skin Massage Essential Oil Eyebrows Growt was removed from your cart.

You're signed out right now. To save these items or see your previously saved items, **sign in**.



marceyscraftsandsoutherngypseyjewels
100% positive feedback

Request combined shipping ⓘ

🛑 To complete your order, **go to checkout** and update your shipping address.

| | |
|---|---|
| Item (1) | $20.00 |
| **Subtotal** | **$20.00** |

**LAST ONE**
ALIVER Jamaican Black Castor Oil 100% Pure-Cold Pressed 2.02 fl oz Exp-10/26
New with box

Qty 1
$20.00

[ Go to checkout ]

💲 Purchase protected by **eBay Money Back Guarantee**

Save for later    Remove

## Explore related items
Sponsored

| Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold... | ALiver Jamaican Black Castor Oil | 100% Pure Cold Pressed | 4oz -... | Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure Cold... | 6Oz Jamaican Black Castor Oil Organic 100% Pure Cold... | 2-3 Jar Oil Ne |
|---|---|---|---|---|
| New · Private | New · Business | New · Business | New · Private | Ne |
| $12.00 | $19.99 | $12.95 | $15.99 20% off | $2 |
| Free shipping | Free shipping | Free shipping | Free shipping | Fre |
| 🛡 Top Rated Plus Seller with 99.1% positive feedback | 45 sold | | 32 sold | Sel po |
| ⋮ | ⋮ | ⋮ | ⋮ | |

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

 **Checkout**

How do you like our checkout? [Give us feedback](#)

## Review order

Seller: marceyscraf...  |  **Add note for seller**



`LAST ONE`

ALIVER Jamaican Black Castor Oil 100% Pure-Cold Pressed 2.02 fl oz Exp-10/26
**$20.00**

Quantity 1

**Delivery**
Est. delivery: Sep 27 – Sep 30
USPS Ground Advantage
$6.16

---

## Ship to

amla amla
500 NW 2nd Ave
Miami, FL 33101-0105
United States
amla02144@gmail.com
(999) 999-9999
**Change**

---

## Pay with

○        PayPal

○        Venmo

○    Add new card

○        Google Pay

○        Special financing available.
         Apply now. See terms

---

| Item (1) | $20.00 |
|---|---|
| Shipping | $6.16 |
| Tax* | $1.83 |

### Order total          $27.99

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

( **Confirm and pay** )

Select a payment method

 Purchase protected by **eBay Money Back Guarantee**

---

Defendant no. :        167

Defendant Name :       sdw05f

Platform:              E-bay

| Plaintiff VAu 1-517-249 Copyright | sdw05f's Infringing Product |
|---|---|
|   |  |

Hi (Sign in)    **Daily Deals**    **Brand Outlet**    **Gift Cards**    **Help & Contact**    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒 ¹

**ebay**    Shop by category ⌄    🔍 Search for an...    All Categories ⌄    **Search**

# sdw05f

100% positive feedback (1772)    4.4K items sold    54 followers

💬 Contact    ♡ Save

☰ **Categories**    Shop    **About**    Feedback    🔍 Search all 72 items

## About

Location: **United States**
Member since: **Aug 29, 2005**

## Top Rated Seller

sdw05f is one of eBay's most reputable sellers. Consistently delivers outstanding customer service **Learn more**

## Do you like our profile experience? 👍 👎



Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

eBay    Shop by category ⌄    Search for anything    All Categories ⌄    Search

‹ Back to search results    Health & Beauty    Hair Care & Styling    Treatments, Oils & Protecto...    Share





    

Have one to sell? **Sell now**

### Aliver Jamaican Black Castor Oil Pure Cold Pressed Hair Care 2 fl oz Exp 07/2026

sdw05f (1772)
100% positive
Seller's other items
Contact seller

## US $12.00

Condition:    New with box  ⓘ

**Buy It Now**

Add to cart

♡ Add to watchlist

Shipping:    **Free 2-3 day shipping**
Get it between Mon, Oct 28 and Tue, Oct 29 to 33101. See details
Located in: Tallahassee, Florida, United States

Returns:    Seller does not accept returns. See details

Payments:    

**PayPal** CREDIT
Special financing available. See terms and apply now

    Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence

    eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## Similar Items
Sponsored    Feedback on our suggestions    |    See all





Kerastase Resistance Masque Extentioniste Hair Mask 200ml 6.8 Fl Oz...
New
**$44.00**
Free shipping
Seller with 99.7% positive feedback

Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold Pressed New 196
New
**$11.00**
Free shipping
🔷 Top Rated Plus
Seller with 99.1% positive feedback

TYCHE HEAT PROTECTOR Spray with BLACK CASTOR OIL 4 oz NICKA K
New (Other)
**$3.00**
0 bids
8h 43m
+ $4.47 shipping
Seller with 100% positive feedback



eBay shopping cart

Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist ⌄    My eBay ⌄         1

    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**

# Shopping cart
Send Us Your Comments

ℹ You're signed out right now. To save these items or see your previously saved items, **sign in**.

---

○ **sdw05f**
100% positive feedback

Request combined shipping ⓘ

| | | |
|---|---|---|
| 🖼 | **LAST ONE** | Qty 1 |
| | **Aliver Jamaican Black Castor Oil Pure Cold Pressed Hair Care 2 fl ...** | **$12.00** |
| | New with box | **Free shipping** |
| | | USPS Ground Advantage |

**Save for later**   Remove

Item (1)          $12.00
Shipping ⓘ        Free

**Subtotal**      **$12.00**

**Go to checkout**

$ Purchase protected by **eBay Money Back Guarantee**

---

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact
Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ☑ and AdChoice ⓘ

 **Checkout**

How do you like our checkout? [Give us feedback](#)

| venmo | New! Pay with Venmo for fast and easy checkout. |

## Ship to

Amla Amla
500 NW, 2nd AVE
Miami, FL 33101-0105
United States
paulamla035@gmail.com
(125) 641-8857

[Change](#)

## Pay with

○ **PayPal** PayPal

○ **venmo** Venmo

○ **Add new card**
VISA · Mastercard · Discover · Diners

○ **G Pay** Google Pay

○ **PayPal CREDIT** Special financing available.
Apply now. [See terms](#)

## Add coupons

| Enter code: | Apply |

## Review order

Seller: sdw05f  |  [Add note for seller](#)



| Item (1) | $12.00 |
| Shipping | Free |
| Tax* | $0.84 |
| **Order total** | **$12.84** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

**Confirm and pay**

Select a payment method

$ Purchase protected by **eBay Money Back Guarantee**



**LAST ONE**

Aliver Jamaican Black Castor Oil Pure
Cold Pressed Hair Care 2 fl oz Exp
07/2026
**$12.00**

Quantity 1

**Delivery**
**Free 2-3 day shipping**
Get it by Oct 28 – Oct 29
USPS Ground Advantage

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ✓✗ and AdChoice ⓘ

Defendant no. :           168

Defendant Name :      grafferv3f

Platform:                  E-bay

| Plaintiff VAu 1-517-249 Copyright | grafferv3f's Infringing Product |
|---|---|
|  | |

Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Watchlist    My eBay

 Shop by category    [Search for an]    [All Categories ▾]    Search     

# graffer*v3f

**93.7%** positive feedback    **11K** items sold    **393** followers

⬆ Share    💬 Contact    ♡ Save Seller

Shop    Sale    **About**    Feedback    🔍 Search all 134 items

## About us

Location: **Australia**
Member since: **Jun 05, 2021**
Seller: **graffer*v3f**

## Top Rated Seller

graffer*v3f is one of eBay's most reputable sellers. Consistently delivers outstanding customer service **Learn more**

## Do you like our store experience?  

Hi (Sign in) Daily Deals Brand Outlet Gift Cards Help & Contact

Sell Watchlist My eBay

eBay Shop by category

Search for anything    All Categories    Search

Back to home page    Health & Beauty    Hair Care & Styling    Treatments, Oils & Protecto...

Share    Add to Watchlist

## People who viewed this item also viewed

6Oz Jamaican Black Castor Oil Organic 100% Pure Cold Pressed Hair...
Private
$12.79
$15.99
Free shipping
Sponsored

Jamaican Black Castor Oil Cold Pressed for Hair, Eyelashes, Body Skin - 2f...
Business
$9.99
Free shipping





1

### NEW Jamaican Black Castor Oil , Organic 100% Pure Cold Pressed Hair Growth Oil

graffer*v3f (1123)
93.7% positive
Seller's other items
Contact seller

Condition:    New with box ⓘ

Color: 1pcs

Quantity:    1    10 available

## US $12.62

Buy It Now

Add to cart

♡ Add to watchlist

Hurry before it's gone. 1 person is watching this item.

Have one to sell?    Sell now

Shipping:    **Free** USPS Ground Advantage®.
See details
Located in: Miami, Florida, United States

Delivery:    Estimated between **Sat, Sep 28** and **Thu, Oct 3** to 33101 ⓘ
Includes **5 business days** handling time after receipt of cleared payment.

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:

Special financing available. See terms and apply now



# Shopping cart

Send Us Your Comments

You're signed out right now. To save these items or see your previously saved items, **sign in.**

*Aliver Jamaican Black Castor Oil Pure Cold Pressed Hair Care 2 fl oz Exp 07/2026* was removed from your cart.



graffer*v3f
93.7% positive feedback

Request combined shipping ⓘ

🚫 To complete your order, **go to checkout** and update your shipping address.

**NEW Jamaican Black Castor Oil , Organic 100% Pure Cold Pressed Hair Growth Oil**

New with box

1pcs

Qty   1 ⌄

$12.62

Returns accepted

Save for later    Remove

| | |
|---|---|
| Item (1) | $12.62 |
| **Subtotal** | **$12.62** |

Go to checkout

🔵 Purchase protected by **eBay Money Back Guarantee**

## Explore related items

Sponsored

| | | | | |
|---|---|---|---|---|
| Peppermint Jamaican Black Castor Oil Natural 100% Pure... | Rosemary Jamaican Black Castor Oil 100% Pure Natural Organic... | Jamaican Black Castor Oil 4 oz -Premium 100% Virgin Pure for... | PREMIUM JAMAICAN BLACK CASTOR OIL ORGANIC NATURAL... | Jar Oil Org Ne |
| New · Business | New · Business | New · Business | New · Business | Ne |
| $8.88 | $8.88 | $14.99 | $8.38 | $8 |
| Free shipping | Free shipping | Free shipping | Free shipping | Fre |
| 155 sold | 146 sold | 39 sold | 87 sold | 50 |

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

 **Checkout**

How do you like our checkout? Give us feedback

## Review order

Seller: graffer*v3f | Add note for seller



NEW Jamaican Black Castor Oil , Organic 100% Pure Cold Pressed Hair Growth Oil
Color: 1pcs

**$12.62**

Quantity
1

Returns accepted

**Delivery**
Free USPS Ground Advantage
Est. delivery: Sep 28 – Oct 3

| Item (1) | $12.62 |
|---|---|
| Shipping | Free |
| Tax* | $0.88 |

## Order total $13.50

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

 Purchase protected by **eBay Money Back Guarantee**

### Ship to
amla amla
500 NW 2nd Ave
Miami, FL 33101-0105
United States
amla02144@gmail.com
(999) 999-9999
Change

### Pay with

○ PayPal

○ Venmo

○ Add new card

○ Google Pay

○ Special financing available. Apply now. See terms

Defendant no. :          169

Defendant Name :     mslinda1963

Platform:                    E-bay

| Plaintiff VAu 1-517-249 Copyright | mslinda1963's Infringing Product |
|---|---|
|   |  |

Hi <u>(Sign in)</u>    **Daily Deals**    <u>Brand Outlet</u>    <u>Gift Cards</u>    <u>Help & Contact</u>    Sell    Watchlist    My eBay         1

    Shop by category    🔍 Search for any    | All Categories ⌄ |    Search

# mslinda1963

**99.4%** positive feedback (3140)    **3.4K** items sold    **29** followers

💬 Contact    ♡ Save

Shop    **About**    Feedback    🔍 Search all 253 items

## About

I love to shop and when I find good deal I love to pass the savings on. I am open to all reasonable offers

Location: **United States**
Member since: **Apr 09, 2007**

Do you like our profile experience?    👍 👎

<u>About eBay</u>    <u>Announcements</u>    <u>Community</u>    <u>Security Center</u>    <u>Seller Center</u>    <u>Policies</u>    <u>Affiliates</u>
<u>Help & Contact</u>    <u>Site Map</u>

Copyright © 1995-2024 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, Privacy, <u>Consumer Health Data</u>, <u>Payments Terms of Use</u>, <u>Cookies</u>, <u>CA Privacy Notice</u>, <u>Your Privacy Choices</u>    and <u>AdChoice</u>



Hi (Sign in) | Daily Deals | Brand Outlet | Gift Cards | Help & Contact

Sell | Watchlist | My eBay

ebay · Shop by category

[Search for anything] · All Categories · Search

Back to home page | Health & Beauty › Hair Care & Styling › Treatments, Oils & Protecto...

Share · Add to Watchlist

# People who viewed this item also viewed

100% Pure Jamaican Black Organic Castor O...
Business
$10.78
Free shipping
Sponsored

Pure 100% Jamaican Black Castor Oil Massa...
Business
$8.99
Free shipping

## SAVE UP TO 15% WHEN YOU BUY MORE



1 ♡

  

Have one to sell? Sell now

## Jamaican Black Castor Oil for Hair Growth, 60ml Skin Care and Nail Growth

 mslinda1963 (3140)
99.4% positive
Seller's other items
Contact seller

Condition: New with box ⓘ

Bulk savings:

| Buy 1 $7.00/ea | Buy 2 $6.65/ea | Buy 3 $6.30/ea |
| --- | --- | --- |

Quantity: [1]    4 available

US $7.00/ea
or Best Offer

Buy It Now

Add to cart

Make offer

♡ Add to watchlist



Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                                    Sell    Watchlist    My eBay    🔔        🛒 1

ebay    Shop by category    [Search for anything]    All Categories ▾    Search

# Shopping cart

Send Us Your Comments

> NEW Jamaican Black Castor Oil , Organic 100% Pure Cold Pressed Hair Growth Oil was removed from your cart.

> You're signed out right now. To save these items or see your previously saved items, **sign in.**



mslinda1963
99.4% positive feedback

Request combined shipping ⓘ

🚫 To complete your order, **go to checkout** and update your shipping address.

Jamaican Black Castor Oil for Hair
Growth, 60ml Skin Care and Nail
Growth

New with box

Qty    1 ▾

$7.00

Save for later    Remove

Save up to 15% when you buy more
Increase your item quantity to qualify

| Item (1) | $7.00 |
|---|---|
| **Subtotal** | **$7.00** |



Go to checkout

💲 Purchase protected by **eBay Money Back Guarantee**

## Explore related items
Sponsored

| | | | | |
|---|---|---|---|---|
| Hair Chemist Superior Growth Jamaican Black Castor Hair Oil ... | Jamaican Black Castor Oil for Hair Growth 100% Pure Virgin &... | Difeel 99% Natural Premium Hair Oil - Jamaican Black Cast... | Hair Chemist Caffeine and Castor Faster Growth Hair Oil 7.1 oz. | Dif... Pre... Bla... Ne... |
| New · Business | New · Business | New · Business | New · Business | |
| $10.00 | $13.95 | $9.89 | $10.00 | $9.... |
| Free shipping | Free shipping | Free shipping | Free shipping | Fre... |
| 123 sold | 🔷 Top Rated Plus | 31 sold | 41 sold | 66... |
| | 244 sold | | | |
| ⋮ | ⋮ | ⋮ | ⋮ | ⋮ |

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and
AdChoice

 **Checkout**

How do you like our checkout? Give us feedback

## Review order

Seller: mslinda1963  |  Add note for seller

Jamaican Black Castor Oil for Hair Growth, 60ml Skin Care and Nail Growth
**$7.00**

Quantity
1

**Delivery**
Est. delivery: Sep 30 – Oct 4
USPS Ground Advantage
**$4.43**

## Ship to

amla amla
500 NW 2nd Ave
Miami, FL 33101-0105
United States
amla02144@gmail.com
(999) 999-9999
Change

## Pay with

○ PayPal

○ Venmo

○ Add new card

○ Google Pay

○ Special financing available.
Apply now. See terms

| | |
|---|---|
| Item (1) | $7.00 |
| Shipping | $4.43 |
| Tax* | $0.80 |

**Order total** **$12.23**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

Confirm and pay

Select a payment method

💲 Purchase protected by **eBay Money Back Guarantee**

## Add coupons

| Enter code: | Apply |

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice

Defendant no. :         170

Defendant Name :        will_sell_it

Platform:               E-bay

| Plaintiff VAu 1-517-249 Copyright | will_sell_it's Infringing Product |
|---|---|
|   |  |

Hi (Sign in)    **Daily Deals**    **Brand Outlet**    **Gift Cards**    **Help & Contact**    Watchlist    My eBay

 **Shop by category**

# will_sell_it

**97.9%** positive feedback (195)    **179** items sold    **9** followers

💬 Contact    ♡ Save

☰ Categories    Shop    **About**    Feedback    🔍 Search all 116 items

## About

Location: **United States**
Member since: **Jul 04, 2004**

## Do you like our profile experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and AdChoice



ebay    Shop by category

Search for anything    All Categories    Search

Back to home page    Health & Beauty    Massage    Massage Oils & Lotions    Share    Add to Watchlist

## People who viewed this item also viewed

Jamaican Black Castor Oil
Natural Pure Organic
Strengthen...
Business
**$8.38**
Free shipping
Sponsored

2 pk-Jamaican Black
Castor Oil(2.02oz Glass
Bottle), Organic Body...
Business
**$18.99**
Free shipping





Have one to sell? Sell now



### ALIVER Jamaican Black Castor Oil, Organic Body Massage Castor Oil

**will_sell_it** (195)
97.9% positive
Seller's other items
Contact seller

Condition:    New ⓘ

**US $9.50**
or Best Offer

Buy It Now

Add to cart

Make offer

♡ Add to watchlist

Shipping:    US $4.98 USPS Ground Advantage®.
See details
Located in: Rockledge, Florida, United States

Delivery:    Estimated between **Fri, Sep 27** and **Mon, Sep 30** to 33101 ⓘ

Returns:    30 days returns. Buyer pays for return shipping. See details

Payments:

Special financing available. See terms and apply now

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

https://www.ebay.com/itm/266860421617?itmmeta=01J0T6ZX52JG4R46T45SM0QYF8&hash=item3e221ee1f1:g:XA8AAOSwHGVmbGzp    1/3



 Hi (Sign in) Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay

Shop by category | Search for anything | All Categories | Search

# Shopping cart

Send Us Your Comments

**Jamaican Black Castor Oil for Hair Growth, 60ml Skin Care and Nail Growth** was removed from your cart.

You're signed out right now. To save these items or see your previously saved items, **sign in**.

will_sell_it
97.9% positive feedback

Request combined shipping

To complete your order, **go to checkout** and update your shipping address.

LAST ONE

**ALIVER Jamaican Black Castor Oil, Organic Body Massage Castor Oil**

New

Qty 1

$9.50

Save for later Remove

Item (1) $9.50

Subtotal $9.50

Go to checkout

Purchase protected by **eBay Money Back Guarantee**

## Explore related items

Sponsored

Peppermint Jamaican Black Castor Oil Natural 100% Pure...
New · Business
**$8.88**
Free shipping
**155 sold**

PREMIUM JAMAICAN BLACK CASTOR OIL ORGANIC NATURAL...
New · Business
**$8.38**
Free shipping
**87 sold**

Rosemary Jamaican Black Castor Oil 100% Pure Natural Organic...
New · Business
**$8.88**
Free shipping
**146 sold**

Premium Organic Castor Oil - 100% Pure and Hexane-Free...
New · Business
**$15.99**
Free 2-3 day shipping
Top Rated Plus
**2965 sold**

Jar
Oil
Bat
Ne
**$1**
Fre

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

**Checkout**

How do you like our checkout? [Give us feedback](#)

### Review order

Seller: will_sell_it  |  **Add note for seller**



`LAST ONE`

ALIVER Jamaican Black Castor Oil, Organic Body Massage Castor Oil

**$9.50**

Quantity 1

Returns accepted

**Delivery**
Est. delivery: Sep 27 – Sep 30
USPS Ground Advantage
$4.98

---

### Ship to
amla amla
500 NW 2nd Ave
Miami, FL 33101-0105
United States
amla02144@gmail.com
(999) 999-9999
[Change](#)

---

### Pay with

○　　PayPal

○　　Venmo

○　Add new card

○　　Google Pay

○　　Special financing available.
　　Apply now. <u>See terms</u>

---

| Item (1) | $9.50 |
| --- | --- |
| Shipping | $4.98 |
| Tax* | $1.01 |

### Order total　　　　$15.49

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

( **Confirm and pay** )

Select a payment method

💲 Purchase protected by **eBay Money Back Guarantee**

---

Defendant no. :        171

Defendant Name :    Great Deals from WI

Platform:              E-bay

| Plaintiff VAu 1-517-249 Copyright | Great Deals from WI's Infringing Product |
|---|---|
|  | |

Hi (Sign in)     **Daily Deals**   **Brand Outlet**   **Gift Cards**   **Help & Contact**   Watchlist        My eBay        

 Shop by category       Search for any     All Categories      Search

# Great Deals from WI

**98%** positive feedback      **8.2K** items sold      **213** followers

⬆ Share      💬 Contact      ♡ Save Seller

☰ Categories          Shop      Sale      **About**      Feedback        🔍 Search all 9

## About us

Hey Ebay-ers!

We are a family owned and operated store out of Abbotsford WI. We started out with one pallet of merchandise and have been able to grow our business over the last few years by selling pallets to resellers. Occasionally, we break down pallets for ourselves to sell at our retail location and also here on Ebay. We love giving people great deals, hence our business name. We never know what we're gonna find, so stay tuned and save us to your feed!

Location: **United States**
Member since: **Jun 29, 2019**
Seller: **greatdea-55**

## Top Rated Seller

Great Deals from WI is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more

Hi (Sign in)   Daily Deals   Brand Outlet   Gift Cards   Help & Contact          Sell   Watchlist   My eBay   🔔   🛒 1

**eBay**  Shop by category

[Search for anything]  [All Categories ▾]  **Search**

Back to home page   Health & Beauty   Massage   Massage Oils & Lotions          Share   Add to Watchlist

## People who viewed this item also viewed

2 pk-Jamaican Black Castor Oil(2.02oz Glass Bottle), Organic Body...
Private
**$15.29**
~~$16.99~~
Free shipping
Sponsored

ALIVER Jamaican Black Castor Oil, Organic Body Massage Castor Oil
Private
**$9.50**
+ $4.98 shipping

⋮

🏷 **SAVE UP TO 20% WHEN YOU BUY MORE**



     

Have one to sell?  Sell now

### 2 pk-Jamaican Black Castor Oil(2.02oz Glass Bottle), Organic Body Massage Oil,



**Great Deals from WI** (1096)
98% positive
Seller's other items
Contact seller

Condition:   New   ⓘ

Bulk savings:



| Buy 1<br>$18.99/ea | Buy 2<br>$17.09/ea | Buy 3<br>$16.14/ea | 4 or more for $15.19/e... |

Quantity:  [ 1 ]   13 available

**US $18.99/ea**
or Best Offer

**Buy It Now**

**Add to cart**

**Make offer**

♡ **Add to watchlist**

Shipping:   **Free** USPS Ground Advantage®.
See details
Located in: Abbotsford, Wisconsin, United States

Delivery:   Estimated between **Sat, Sep 28** and **Thu, Oct 3** to 33101  ⓘ

Returns:   Seller does not accept returns.
See details

Payments:



Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay    🔔    🛒 ¹

eBay    Shop by category

Search for anything    |    All Categories ▾    |    Search

# Shopping cart                                                Send Us Your Comments

You're signed out right now. To save these items or see your previously saved items, **sign in.**

ALIVER Jamaican Black Castor Oil, Organic Body Massage Castor Oil was removed from your cart.

| | |
|---|---|
| **Great Deals from WI**  Request combined shipping ⓘ  98% positive feedback | |

🔴 To complete your order, **go to checkout** and update your shipping address.



**2 pk-Jamaican Black Castor Oil(2.02oz Glass Bottle), Organic Body Massage Oil,**

New

Qty [ 1 ▾ ]

$18.99

Save for later    Remove

Save up to 20% when you buy more
Increase your item quantity to qualify

| Item (1) | $18.99 |
|---|---|
| **Subtotal** | **$18.99** |

[ Go to checkout ]

 Purchase protected by **eBay Money Back Guarantee**

## Explore related items
Sponsored

| | | | | |
|---|---|---|---|---|
| 2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold... | Premium Organic Castor Oil - 100% Pure and Hexane-Free... | Romantic Massage and Body Oil for Couples with Vitamin... | Milania Organic Castor Oil (16oz) - Glass Bottle - Cold Pressed &... | Ca Oi 7 lt Ne |
| New · Private | New · Business | New · Private | New · Business | |
| $13.65 | $15.99 | $12.00 | $21.99 | $9 |
| Free shipping | **Free 2-3 day shipping** | Free shipping | **Free 2-3 day shipping** | Fre |
| Seller with 100% positive feedback | 🔵 Top Rated Plus | 67 sold | 🔵 Top Rated Plus | Bu |
| | 2965 sold | | 381 sold | |
| ⋮ | ⋮ | ⋮ | ⋮ | |

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and
AdChoice

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

## Review order

Seller: greatdea-55  |  <u>Add note for seller</u>

2 pk-Jamaican Black Castor Oil(2.02oz Glass Bottle), Organic Body Massage Oil,
**$18.99**

Quantity
1 ⌄

**Delivery**
**Free USPS Ground Advantage**
Est. delivery: Sep 28 – Oct 3

## Ship to

amla amla
500 NW 2nd Ave
Miami, FL 33101-0105
United States
amla02144@gmail.com
(999) 999-9999
<u>Change</u>

## Pay with

○   PayPal

○   Venmo

○   Add new card

○   Google Pay

○   Special financing available.
Apply now. <u>See terms</u>

## Add coupons

| Item (1) | $18.99 |
|---|---|
| Shipping | Free |
| Tax* | $1.33 |

**Order total**    **$20.32**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

Confirm and pay

Select a payment method

💲 Purchase protected by **eBay Money Back Guarantee**

Defendant no. :          172

Defendant Name :         cassak-16

Platform:                E-bay

| Plaintiff VAu 1-517-249 Copyright | cassak-16's Infringing Product |
|---|---|
|  |  |



Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Watchlist    My eBay

 Shop by category

Search for an...    All Categories    Search

# cassak-16

100% positive feedback (235)    873 items sold    43 followers

Contact    ♡ Save

≡ Categories    Shop    **About**    Feedback    🔍 Search all 350 item

## About

Location: **United States**
Member since: **Jun 29, 2022**

## Top Rated Seller

cassak-16 is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more

Do you like our profile experience?  👍  👎

Hi (Sign in)     Daily Deals     Brand Outlet     Gift Cards     Help & Contact

Sell     Watchlist     My eBay

ebay     Shop by category

Search for anything     All Categories     Search

Back to home page     Health & Beauty     Hair Care & Styling     Treatments, Oils & Protecto...     Share     Add to Watchlist

## People who viewed this item also viewed

2 X AL'iver - Jamaican Black Castor Oil - 100% Pure Cold Pressed - 2.02...
Business
**$13.99**
Free shipping
Sponsored

Aliver Jamaican Black Castor Oil 4.04 fl oz. 100% Pure Cold Pressed Exp:...
Private
**$14.00**
Free shipping






      

Have one to sell? Sell now

### AL'IVER Jamaican Black Castor Oil-100% Pure&Natural-Cold Pressed-60ml-Hair-Skin

cassak-16 (235)
100% positive
Seller's other items
Contact seller

Condition:     New with box ⓘ

**US $14.99**
or Best Offer

Buy It Now

Add to cart

Make offer

♡ Add to watchlist

Shipping:     **Free** USPS Ground Advantage®.
See details
Located in: Harold, Kentucky, United States

Delivery:     Estimated between **Fri, Sep 27** and **Mon, Sep 30** to 33101 ⓘ

Returns:     30 days returns. Buyer pays for return shipping. See details

Payments:

Special financing available. See terms and apply now

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



Hi (Sign in)   Daily Deals   Brand Outlet   Gift Cards   Help & Contact          Sell   Watchlist   My eBay

eBay    Shop by category    [Search for anything]    All Categories ▾    Search                Send Us Your Comments

# Shopping cart

✓ 2 pk-Jamaican Black Castor Oil(2.02oz Glass Bottle), Organic Body Massage Oil, was removed from your cart.

You're signed out right now. To save these items or see your previously saved items, **sign in**.

---

👤 **cassak-16**
100% positive feedback                              Request combined shipping ⓘ

🔴 To complete your order, **go to checkout** and update your shipping address.



| LAST ONE | Qty 1 |

**AL'IVER Jamaican Black Castor Oil-**
**100% Pure&Natural-Cold Pressed-**
**60ml-Hair-Skin**                                          $14.99

New with box

Save for later   Remove

---

| | |
|---|---|
| Item (1) | $14.99 |
| **Subtotal** | **$14.99** |

[ Go to checkout ]

$ Purchase protected by **eBay Money Back Guarantee**

---

## Explore related items
Sponsored

| Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold... | 2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold... | 2 pack Jamaican Black Castor Oil, Organic Castor Oil Cold... | ALiver Jamaican Black Castor Oil | 100% Pure Cold Pressed | 4oz -... | Ali Ca Pre Ne |
|---|---|---|---|---|
| New · Private | New · Private | New · Private | New · Business | Ne |
| $12.00 | $13.25 | $13.65 | $19.99 | $11 |
| Free shipping | Free shipping | Free shipping | Free shipping | Fre |
| 🔷 Top Rated Plus Seller with 99.1% positive feedback | Seller with 100% positive feedback | Seller with 100% positive feedback | 45 sold | 79 |
| ⋮ | ⋮ | ⋮ | ⋮ | |

---

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices   and AdChoice

 **Checkout**

How do you like our checkout? Give us feedback

---

**Review order**

Seller:  cassak-16    |    Add note for seller



<span style="border:1px solid red; border-radius:10px; padding:2px 6px; color:red;">LAST ONE</span>

AL'IVER Jamaican Black Castor Oil-100%
Pure&Natural-Cold Pressed-60ml-Hair-
Skin
**$14.99**

Quantity 1

Returns accepted

**Delivery**
**Free USPS Ground Advantage**
Est. delivery: Sep 27 – Sep 30

---

**Ship to**
amla amla
500 NW 2nd Ave
Miami, FL 33101-0105
United States
amla02144@gmail.com
(999) 999-9999
Change

---

**Pay with**

○    PayPal

○    Venmo

○  Add new card

○    Google Pay

○    Special financing available.
Apply now.  See terms

---

| Item (1) | $14.99 |
| Shipping | Free |
| Tax* | $1.05 |

**Order total**          **$16.04**

*We're required by law to collect sales tax
and applicable fees for certain tax
authorities. Learn more

[ Confirm and pay ]

Select a payment method

$  Purchase protected by **eBay Money
Back Guarantee**

---

Defendant no. :          173

Defendant Name :     corstorellc

Platform:                    E-bay

| Plaintiff VAu 1-517-249 Copyright | corstorellc's Infringing Product |
|---|---|
|  | |

Hi (<u>Sign in</u>)    **Daily Deals**    **Brand Outlet**    **Gift Cards**    **Help & Contact**    Sell    Watchlist    My eBay         1

    **Shop by category**    Search for anything    All Categories ⌄    Search

# corstorellc

**83.3%** positive feedback (6)    **52** items sold    **6** followers

💬 Contact    ♡ Save

☰ Categories    Shop    **About**    Feedback    🔍 Search all 68 items

## About

Location: **United States**
Member since: **Oct 31, 2022**

## Do you like our profile experience?  👍  👎

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. <u>Accessibility</u>, <u>User Agreement</u>, Privacy, <u>Consumer Health Data</u>, <u>Payments Terms of Use</u>, <u>Cookies</u>, <u>CA Privacy Notice</u>, <u>Your Privacy Choices</u>    and <u>AdChoice</u>

Hi **(Sign in)**      Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay

eBay    Shop by category    🔍 Search for anything    | All Categories ▾ |    Search

Back to home page    Health & Beauty  >  Hair Care & Styling  >  Treatments, Oils & Protecto...         Share    Add to Watchlist

## People who viewed this item also viewed

Jamaican Black Castor Oil Cold Pressed for Hair, Eyelashes, Body Skin - 2f...
Business
**$9.99**
Free shipping
Sponsored

Aliver Jamaican Black Castor Oil 4.04 fl oz. 100% Pure Cold Pressed Exp:...
Private
**$14.00**
Free shipping





### Jamaican Black Castor Oil 60ml 100% Pure Natural Cold Pressed Castor Oil

**corstorellc** (6)
83.3% positive
Seller's other items
Contact seller

Condition:    **New with box** ⓘ

Quantity:    | 1 |    10 available

### US $14.99

Buy It Now

Add to cart

♡ Add to watchlist

Shipping:    **Free** USPS Ground Advantage®.
See details
Located in: Miami, Florida, United States

Delivery:    Estimated between **Fri, Sep 27** and **Tue, Oct 1** to 33101 ⓘ

Returns:    Seller does not accept returns.
See details

Payments:

Special financing available. See terms and apply now

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact                    Sell    Watchlist    My eBay    🔔    🛒 1

# Shopping cart

Shop by category

🔍 Search for anything    All Categories ▾    Search

Send Us Your Comments

AL'IVER Jamaican Black Castor Oil-100% Pure&Natural-Cold Pressed-60ml-Hair-Skin was removed from your cart.

You're signed out right now. To save these items or see your previously saved items, **sign in.**

corstorellc
83.3% positive feedback                        Request combined shipping ⓘ

🔴 To complete your order, **go to checkout** and update your shipping address.



Jamaican Black Castor Oil 60ml
100% Pure Natural Cold Pressed
Castor Oil

New with box

Qty  1 ▾

$14.99

Save for later    Remove

| Item (1) | $14.99 |
|---|---|
| **Subtotal** | **$14.99** |

Go to checkout

💲 Purchase protected by eBay Money
Back Guarantee

# Explore related items
Sponsored

6Oz Jamaican Black
Castor Oil Organic
100% Pure Cold...
New · Private

$12.79
$15.99 20% off
Free shipping
32 sold

2 pack Jamaican Black
Castor Oil, Organic
Castor Oil Cold...
New · Private

$13.65
Free shipping
Seller with 100%
positive feedback

Aliver Jamaican Black
Castor Oil 4.04 Fl Oz.
100% Pure Cold...
New · Private

$12.00
Free shipping
🔷 Top Rated Plus
Seller with 99.1%
positive feedback

2 pack Jamaican Black
Castor Oil, Organic
Castor Oil Cold...
New · Private

$13.25
Free shipping
Seller with 100%
positive feedback

Ali
Ca
Pre
Ne

$1
Fre
79

⋮    ⋮    ⋮    ⋮

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices    and
AdChoice

 **Checkout**

How do you like our checkout? Give us feedback

venmo New! Pay with Venmo for fast and easy checkout.

### Ship to
Amla Amla
500 NW, 2nd AVE
Miami, FL 33101-0105
United States
paulamla035@gmail.com
(125) 641-8857
Change

### Pay with

○ PayPal **PayPal**

○ venmo **Venmo**

○ **Add new card**
VISA ● Discover ◐

○ G Pay **Google Pay**

○ PayPal CREDIT **Special financing available.**
Apply now. See terms

### Add coupons

Enter code: | Apply

### Review order

Seller: corstorellc | Add note for seller



| | |
|---|---|
| Item (1) | $14.99 |
| Shipping | Free |
| Tax* | $1.05 |
| **Order total** | **$16.04** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment method

$ Purchase protected by **eBay Money Back Guarantee**



Jamaican Black Castor Oil 60ml 100%
Pure Natural Cold Pressed Castor Oil
**$14.99**

Quantity
1

**Delivery**
**Free USPS Ground Advantage**
Est. delivery: Oct 29 – Nov 2

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Defendant no. :          174

Defendant Name :     kapic-60

Platform:                  E-bay

| Plaintiff VAu 1-517-249 Copyright | kapic-60's Infringing Product |
|---|---|
|  |  |

10/25/24, 9:31 PM                                                                kapic-60 | eBay

Hi (Sign in)      **Daily Deals**      **Brand Outlet**      **Gift Cards**      **Help & Contact**      Sell      Watchlist ⌄      My eBay ⌄      🔔      🛒 ①

ebay      Shop by category ⌄        🔍 Search for any...    | All Categories ⌄ |        **Search**



# kapic-60

**97.1% positive feedback (261)**      **723** items sold      **23** followers

💬 Contact      ♡ Save

---

☰ **Categories**          Shop    **About**    Feedback          🔍 Search all 249 items

## About

**Location:** **United States**
**Member since:** **Mar 21, 2018**

**Do you like our profile experience?**  👍  👎

---

About eBay      Announcements      Community      Security Center      Seller Center      Policies      Affiliates

Help & Contact      Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ✓✗ and AdChoice ⓘ

https://www.ebay.com/usr/kapic-60?_tab=about                                                                                   1/1

Case 0:24-cv-61886-JB    Document 13    Entered on FLSD Docket 11/13/2024    Page 817 of 862

Hi <u>(Sign in)</u>    Daily Deals    Brand Outlet    Gift Cards    Help & Contact        Sell    Watchlist    My eBay

ebay   Shop by category

Search for anything     All Categories    **Search**

<u>Back to home page</u>    Health & Beauty   >   Hair Care & Styling   >   Treatments, Oils & Protecto...        Share    Add to Watchlist

## People who viewed this item also viewed

Jamaica Black Castor Oil Soothing Oil Private
**$20.00**
Free shipping
Sponsored

Aliver Jamaican Black Castor Oil 4.04 fl oz. 100% Pure Cold Pressed Exp:...
**$14.00**
Free shipping



     

Have one to sell?   Sell now

### (2) ALiver Jamaican Black Castor Oil 100% Pure Cold Pressed 2.02oz Hexane Free

 kapic-60 (258)
97.2% positive
Seller's other items
Contact seller

Condition:    New with box   ⓘ

## US $10.78
or Best Offer

Buy It Now

Add to cart

Make offer

♡ Add to watchlist

Shipping:    US $5.15 USPS Ground Advantage®.
See details
Located in: Trenton, Georgia, United States

Delivery:    Estimated between **Mon, Sep 30** and **Fri, Oct 4** to 33101 ⓘ

Returns:    Seller does not accept returns.
See details

Payments:

Special financing available. See terms and apply now

### Shop with confidence

🛡 eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist ⌄    My eBay ⌄

    Shop by category ⌄    🔍 Search for anything    |    All Categories ⌄    **Search**

# Shopping cart                                                        Send Us Your Comments

✓ **Aliver Jamaican Black Castor Oil Pure Cold Pressed Hair Care 2 fl oz Exp 07/2026** was removed from your cart.

ℹ You're signed out right now. To save these items or see your previously saved items, **sign in**.

---

**kapic-60**
97.1% positive feedback

Request combined shipping ⓘ

| Item (1) | $0.00 |
|---|---|
| Shipping ⓘ | Free |

**LAST ONE**

**(2) ALiver Jamaican Black Castor Oil 100% Pure Cold Pressed...**

New with box

Qty 1

Save for later | Remove

## Subtotal                $0.00

**Go to checkout**

🛡 Purchase protected by
**eBay Money Back Guarantee**

---

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact
Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ✓⊠ and AdChoice ⓘ

 **Checkout**

How do you like our checkout? Give us feedback

| venmo | New! Pay with Venmo for fast and easy checkout. |

**Ship to**
Amla Amla
500 NW, 2nd AVE
Miami, FL 33101-0105
United States
paulamla035@gmail.com
(133) 225-6710
Change

**Pay with**

○ PayPal PayPal

○ venmo Venmo

○ Add new card
VISA ● Discover ◉

○ G Pay Google Pay

○ PayPal CREDIT Special financing available.
Apply now. See terms

**Add coupons**

Enter code: | Apply

**Review order**

Seller: kapic-60 | Add note for seller

| Item (1) | $10.78 |
| Shipping | $5.15 |
| Tax* | $1.12 |
| **Order total** | **$17.05** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

[ Confirm and pay ]

Select a payment method

$ Purchase protected by **eBay Money Back Guarantee**



**LAST ONE**

(2) ALiver Jamaican Black Castor Oil 100% Pure Cold Pressed 2.02oz Hexane Free

**$10.78**

Quantity 1

**Delivery**
Est. delivery: Oct 30 – Nov 4
USPS Ground Advantage
**$5.15**

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ✓✗ and AdChoice ⓘ

Defendant no. :          176

Defendant Name :     sellinga-51

Platform:                    E-bay

| Plaintiff VAu 1-517-249 Copyright | sellinga-51's Infringing Product |
|---|---|
|  | |

Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Watchlist ⌄    My eBay ⌄    🔔    🛒 1

ebay    Shop by category ⌄    🔍 Search for an    All Categories ⌄    **Search**

**sellinga-51**

**92.6% positive feedback (58)**    **184 items sold**    **13 followers**

💬 Contact    ♡ Save

☰ Categories    Shop    **About**    Feedback    🔍 Search all 305 items

# About

Online seller for 15 plus years with over 6000 positive feedbacks on other venues. Feel free to contact me about a deal on a bundle. My items come from a smoke-free environment.

All orders safely ship out within a 24 hour time frame :)

Location: **United States**
Member since: **Oct 31, 2023**

Do you like our profile experience?    👍  👎

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates
Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ☑️ and AdChoice ⓘ

Case 0:24-cv-61886-JB    Document 13   Entered on FLSD Docket 11/13/2024   Page 823 of 862



Hi (Sign in)    **Daily Deals**    **Brand Outlet**    **Gift Cards**    Help & Contact     Sell    Watchlist ⌄     My eBay ⌄

 

 Shop by category ⌄    🔍 Search fo... | All Categories ⌄ | **Search**

‹ Back to search results ›

Health & Beauty › Hair Care & Styling › Treatments, Oils & Protecto...      Share



1 ♡

## Aliver Jamaican Black Castor Oil 2.02 oz Hair Skin Body 100% Pure Cold Pressed

 **sellinga-51** (58)
92.6% positive
Seller's other items
Contact seller

## US $7.99

or Best Offer

Condition:    **New with box** 

| Buy It Now |
| Add to cart |
| Make offer |
| ♡ Add to watchlist |

 **Hurry before it's gone.** 1 person is watching this item.

Shipping:    **US $4.99** USPS Ground Advantage®.
See details

Located in: Laredo, Texas, United States

Have one to sell? **Sell now**



Hi (**Sign in**)    **Daily Deals**    **Brand Outlet**    **Gift Cards**    **Help & Contact**    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒 

 Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**

# Shopping cart

**Send Us Your Comments**

ⓘ You're signed out right now. To save these items or see your previously saved items, **sign in**.

---

**sellinga-51**
92.6% positive feedback

Request combined shipping ⓘ

| | |
|---|---|
| **LAST ONE** | Qty 1 |
| **Aliver Jamaican Black Castor Oil 2.02 oz Hair Skin Body 100% Pure...** | **$7.99** |
| New with box | + $4.99 |
| | USPS Ground Advantage |

**Save for later**    **Remove**

---

| | |
|---|---|
| Item (1) | $7.99 |
| Shipping ⓘ | $4.99 |
| **Subtotal** | **$12.98** |

**Go to checkout**

💲 Purchase protected by **eBay Money Back Guarantee**

---

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ✓✗ and AdChoice ⓘ

 **Checkout**

How do you like our checkout? [Give us feedback](#)

**venmo** New! Pay with Venmo for fast and easy checkout.

### Ship to
Amla Amla
500 NW, 2nd AVE
Miami, FL 33101-0105
United States
paulamla035@gmail.com
(133) 225-6710
[Change](#)

### Pay with

○ **PayPal** PayPal

○ **venmo** Venmo

○ Add new card
VISA  DISCOVER  Diners  mastercard

○ **G Pay** Google Pay

○ **PayPal CREDIT** Special financing available.
Apply now.  See terms

### Add coupons

Enter code: | Apply

### Review order

Seller: sellinga-51 | [Add note for seller](#)

| Item (1) | $7.99 |
| Shipping | $4.99 |
| Tax* | $0.91 |

| **Order total** | **$13.89** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

**Confirm and pay**

Select a payment method

💲 Purchase protected by **eBay Money Back Guarantee**



**LAST ONE**

Aliver Jamaican Black Castor Oil 2.02 oz
Hair Skin Body 100% Pure Cold Pressed
**$7.99**

Quantity 1

**Delivery**
Est. delivery: Oct 29 – Nov 2
USPS Ground Advantage
**$4.99**

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Defendant no. :          177

Defendant Name :      bargainbuys2312

Platform:                  E-bay

| Plaintiff VAu 1-517-249 Copyright | bargainbuys2312's Infringing Product |
|---|---|
|  |  |

Hi (Sign in)   Daily Deals   Brand Outlet   Gift Cards   Help & Contact          Sell   Watchlist ⌄   My eBay ⌄          🔔   🛒 ①

 Shop by category ⌄    🔍 Search for anything   | All Categories ⌄ |   **Search**

 **barginbuys2312**

**98.6%** positive feedback (28365)       **62K** items sold       **824** followers

💬 Contact       ♡ Save

☰ Categories          Shop     **About**     Feedback          🔍 Search all 213 items

## About

Location: **United States**
Member since: **Sep 12, 2004**

### Do you like our profile experience?   👍  👎

About eBay     Announcements     Community     Security Center     Seller Center     Policies     Affiliates

Help & Contact     Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ✓✗ and AdChoice ⓘ

Case 0:24-cv-61886-JB Document 13 Entered on FLSD Docket 11/13/2024 Page 829 of 862





Shop by category ⌄

Search fo...    All Categories ⌄    **Search**

⟨ Back to search results ⟩

Health & Beauty  ›  Hair Care & Styling  ›  Treatments, Oils & Protecto...    Share



## Aliver Jamaican Black Castor Oil 4.04 fl oz. 100% Pure Cold Pressed Exp: 08/2026

 barginbuys2312 (28365)
98.6% positive
Seller's other items
Contact seller

### US $11.99

Condition:    New with box  

**Buy It Now**

Add to cart

♡ Add to watchlist

Have one to sell? Sell now



Shipping:    **Free** USPS Ground Advantage®.
See details

Located in: Oneida, Tennessee, United States

Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist ⌄    My eBay ⌄        🔔    🛒 ①

 Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**

# Shopping cart

Send Us Your Comments

✓ **Aliver Jamaican Black Castor Oil 2.02 oz Hair Skin Body 100% Pure Cold Pressed** was removed from your cart.

ⓘ You're signed out right now. To save these items or see your previously saved items, **sign in**.

 **barginbuys2312**
98.6% positive feedback

Request combined shipping ⓘ

| | | |
|---|---|---|
| **LAST ONE** | Qty 1 | |
| **Aliver Jamaican Black Castor Oil 4.04 fl oz. 100% Pure Cold Press...** | $11.99 | |
| New with box | Free shipping | |
| | USPS Ground Advantage | |
| Save for later    Remove | | |

| | |
|---|---|
| Item (1) | $11.99 |
| Shipping ⓘ | Free |
| **Subtotal** | **$11.99** |

**Go to checkout**

$ Purchase protected by **eBay Money Back Guarantee**

---

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact
Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ✓✗ and AdChoice ⓘ

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

| venmo | New! Pay with Venmo for fast and easy checkout. |

**Ship to**
Amla Amla
500 NW, 2nd AVE
Miami, FL 33101-0105
United States
paulamla035@gmail.com
(133) 225-6710
<u>Change</u>

**Pay with**

○ **PayPal** PayPal

○ **venmo** Venmo

○ Add new card
VISA ● ● ○

○ **G Pay** Google Pay

○ **PayPal CREDIT** Special financing available.
Apply now. <u>See terms</u>

**Add coupons**

Enter code:          Apply

**Review order**

Seller: barginbuys2312 | <u>Add note for seller</u>

| Item (1) | $11.99 |
| Shipping | **Free** |
| Tax* | $0.84 |

| **Order total** | **$12.83** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

**Confirm and pay**

Select a payment method

$ Purchase protected by **eBay Money Back Guarantee**



**LAST ONE**

Aliver Jamaican Black Castor Oil 4.04 fl oz. 100% Pure Cold Pressed Exp: 08/2026

**$11.99**

Quantity 1

**Delivery**

**Free USPS Ground Advantage**

Est. delivery: Oct 29 – Nov 2

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Defendant no. :       178

Defendant Name :      healthlife3851

Platform:      E-bay

| Plaintiff VAu 1-517-249 Copyright | healthlife3851's Infringing Product |
|---|---|
|   |  |



# healthlife3851

**99.5%** positive feedback (658)      **1.9K** items sold      **66** followers

💬 Contact      ♡ Save

☰ Categories      Shop    **About**    Feedback      🔍 Search all 272 items

## About

Location: **United States**
Member since: **Nov 23, 2016**

## Top Rated Seller

healthlife3851 is one of eBay's most reputable sellers. Consistently delivers outstanding customer service [Learn more](Learn more)

## Do you like our profile experience? 👍 👎

Hi (Sign in)

Daily Deals    Brand Outlet    Gift Cards    Help & Contact

Sell    Watchlist ▾    My eBay ▾

🔔    🛒 1

ebay    Shop by category ▾

🔍 Search for anything    All Categories ▾    Search

‹ Back to search results    Health & Beauty  ›  Hair Care & Styling  ›  Treatments, Oils & Protecto...    Share




  

Have one to sell? Sell now



# Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure & Black Castor Hair Mask

 healthlife3851 (658)
99.5% positive
Seller's other items
Contact seller

## US $15.00

Condition:    New with box ⓘ

**Buy It Now**

Add to cart

♡ Add to watchlist

Shipping:    US $5.00 USPS Ground Advantage®. See details
Located in: Lakeland, Florida, United States

Delivery:    Estimated between **Mon, Oct 28** and **Tue, Oct 29** to 33101 ⓘ

Returns:    Seller does not accept returns. See details

Payments:    

PayPal **CREDIT**
Special financing available. See terms and apply now

 Earn up to 5x points when you use your eBay Mastercard®. Learn more

Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒 ①

    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**

# Shopping cart

Send Us Your Comments

✓ **Aliver Jamaican Black Castor Oil 4.04 fl oz. 100% Pure Cold Pressed Exp: 08/2026** was removed from your cart.

ⓘ You're signed out right now. To save these items or see your previously saved items, **sign in**.

---

⊙ **healthlife3851**
99.5% positive feedback

**Request combined shipping** ⓘ

| | |
|---|---|
| Item (1) | $0.00 |
| Shipping ⓘ | Free |

| LAST ONE |

**Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure & Black...**

New with box

Qty 1

**Subtotal**    $0.00

**Go to checkout**

Save for later    |    Remove

Purchase protected by **eBay Money Back Guarantee**

---

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact
Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ✓ⅹ and AdChoice ⓘ

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

---

**venmo**  New! Pay with Venmo for fast and easy checkout.

---

**Ship to**
Amla Amla
500 NW, 2nd AVE
Miami, FL 33101-0105
United States
paulamla035@gmail.com
(133) 225-6710
<u>Change</u>

**Pay with**

○ **PayPal** PayPal

○ **venmo** Venmo

○ Add new card
VISA ● Discover Diners

○ **G Pay** Google Pay

○ **PayPal CREDIT** Special financing available.
Apply now. <u>See terms</u>

**Add coupons**

| Enter code: | Apply |

**Review order**

Seller: healthlife3851 | <u>Add note for seller</u>

---

| Item (1) | $15.00 |
|---|---|
| Shipping | $5.00 |
| Tax* | $1.40 |

| **Order total** | **$21.40** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

**Confirm and pay**

Select a payment method

💲 Purchase protected by **eBay Money Back Guarantee**



**LAST ONE**

Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure & Black Castor Hair Mask
**$15.00**

Quantity 1

**Delivery**
Est. delivery: Oct 28 – Oct 29
USPS Ground Advantage
$5.00

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

Defendant no. :            179

Defendant Name :         marine0818

Platform:                    E-bay

| Plaintiff VAu 1-517-249 Copyright | marine0818's Infringing Product |
|---|---|
|   |  |

Hi (Sign in)   **Daily Deals**   **Brand Outlet**   **Gift Cards**   **Help & Contact**   Sell   Watchlist ⌄   My eBay ⌄   🔔   🛒 ②

**ebay**   Shop by category ⌄   🔍 Search for an...   | All Categories ⌄ |   **Search**

# marine0818

**99.2%** positive feedback (703)    **1.4K** items sold    **83** followers

💬 Contact    ♡ Save

☰ Categories          Shop    **About**    Feedback          🔍 Search all 339 items

# About

**Location:** **United States**
**Member since:** **Feb 20, 2009**

## Top Rated Seller

marine0818 is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more

## Do you like our profile experience? 👍 👎



Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact

Sell    Watchlist ⌄    My eBay ⌄

ebay    Shop by category ⌄

Search for anything    All Categories    Search

Back to search results    Health & Beauty    Hair Care & Styling    Treatments, Oils & Protecto...    Share









Have one to sell?   Sell now

### Similar Items
Sponsored    Feedback on our suggestions    |    See all

Jamaican Black Castor Oil Premium Quality 100% Pure Natural Hair Growth
New
$6.60
Free shipping
Top Rated Plus
317 sold

**LAST ONE**
Aliver Jamaican Black Castor Oil 4.04 Fl Oz. 100% Pure Cold Pressed New 211
New
$11.00
Free shipping
Top Rated Plus
Seller with 99% positive feedback

**ALMOST GONE**
Aliver Jamaican Black Castor Oil Pure Cold Pressed 2oz 🌿 Trusted USA Dealer 🌿
New
$11.99
Free 2-4 day shipping
85 sold

## Lot of 2 AL'IVER Jamaican Black Castor Oil. Exp: 10/16/2026 & 11/17/2026

 marine0818 (703)
99.2% positive
Seller's other items
Contact seller

### US $16.99

Condition:    New with box ⓘ

**Buy It Now**

Add to cart

♡ Add to watchlist

Shipping:    **Free USPS Ground Advantage®.** See details
Located in: Pennington Gap, Virginia, United States

Delivery:    Estimated between **Wed, Oct 30** and **Mon, Nov 4** to 33101 ⓘ

Returns:    Seller does not accept returns. See details

Payments:    
**PayPal CREDIT**
Special financing available. See terms and apply now
Earn up to 5x points when you use your eBay Mastercard®. Learn more

### Shop with confidence
eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Hi (**Sign in**)    **Daily Deals**    **Brand Outlet**    **Gift Cards**    **Help & Contact**    Sell    **Watchlist** ⌄    **My eBay** ⌄



    **Shop by category** ⌄    Search for anything    All Categories ⌄    **Search**

# Shopping cart

**Send Us Your Comments**

> ℹ️  You're signed out right now. To save these items or see your previously saved items, **sign in**.

> ✓  **Aliver Jamaican Black Castor Oil 2.02 fl oz, 100% Pure & Black Castor Hair Mask** was removed from your cart.

---

○  **marine0818**
99.2% positive feedback

**Request combined shipping** ℹ️



🔴 **LAST ONE**

**Lot of 2 AL'IVER Jamaican Black Castor Oil. Exp: 10/16/2026 &...**

New with box

Qty 1

**$16.99**

**Free shipping**

USPS Ground Advantage

Save for later    |    Remove

---

| Item (1) | $16.99 |
| --- | --- |
| Shipping ℹ️ | Free |

**Subtotal** — **$16.99**

**Go to checkout**

$ **Purchase protected by eBay Money Back Guarantee**

---

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact
Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ☑️✗ and AdChoice ℹ️

 **Checkout**

How do you like our checkout? [Give us feedback](#)

---

**venmo**  New! Pay with Venmo for fast and easy checkout.

---

### Ship to
Amla Amla
500 NW, 2nd AVE
Miami, FL 33101-0105
United States
paulamla035@gmail.com
(133) 225-6710
[Change](#)

---

### Pay with

○  PayPal  PayPal

○  venmo  Venmo

○  Add new card
   VISA  ●●  DISCOVER  ◉

○  G Pay  Google Pay

○  PayPal CREDIT  Special financing available.
   Apply now.  [See terms](#)

---

### Add coupons

Enter code: _____    Apply

---

### Review order

Seller:  marine0818  |  [Add note for seller](#)

---

| Item (1) | $16.99 |
|---|---|
| Shipping | **Free** |
| Tax* | $1.19 |

**Order total**  **$18.18**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

**Confirm and pay**

Select a payment method

$  Purchase protected by **eBay Money Back Guarantee**



**LAST ONE**

Lot of 2 AL'IVER Jamaican Black Castor Oil. Exp: 10/16/2026 & 11/17/2026

**$16.99**

Quantity 1

**Delivery**

**Free USPS Ground Advantage**

Est. delivery: Oct 30 – Nov 4

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ✓✕ and AdChoice ⓘ

Defendant no. :        180

Defendant Name :       breyanna11

Platform:              E-bay

| Plaintiff VAu 1-517-249 Copyright | breyanna11's Infringing Product |
|---|---|
|   |  |



Hi (Sign in)    **Daily Deals**    **Brand Outlet**    **Gift Cards**    **Help & Contact**    Watchlist ∨    My eBay ∨    🔔    🛒 ¹

**ebay**    Shop by category ∨    🔍 Search for an...    All Categories ∨    **Search**

# breyanna11

**97.1% positive feedback (231)**    **913** items sold    **58** followers

💬 Contact    ♡ Save

≡ **Categories**    Shop    **About**    Feedback    🔍 Search all 465 items

## About

Location: **United States**
Member since: **Sep 27, 2020**

### Do you like our profile experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ✅❌ and AdChoice ⓘ

Case 0:24-cv-61886-JB Document 13 Entered on FLSD Docket 11/13/2024 Page 847 of 862



Hi (Sign in)   Daily Deals   Brand Outlet   Gift Cards   Help & Contact   Sell   Watchlist ⌄   My eBay ⌄

 Shop by category ⌄

Search for   All Categories ⌄   **Search**

‹ Back to search results

Health & Beauty › Hair Care & Styling › Treatments, Oils & Protecto... 

Share





## Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure Cold Pressed Exp: 11/26

**breyanna11** (231)
97.1% positive
Seller's other items
Contact seller

---

## US $14.99

Condition:     **New with box** ⓘ

Quantity:    1     2 available

**Buy It Now**

Add to cart

♡ Add to watchlist

Have one to sell? **Sell now**



Shipping:    US $4.43 USPS Ground Advantage®.
See details

Located in: Houston, Texas, United States

Delivery:    Estimated between **Fri, Nov 1** and **Wed, Nov 6** to 33101 ⓘ



Hi (Sign in)   Daily Deals   Brand Outlet   Gift Cards   Help & Contact   Sell   Watchlist ⌄   My eBay ⌄        🔔   🛒 ①

   Shop by category ⌄   🔍 Search for anything   | All Categories ⌄ |        **Search**

# Shopping cart

Send Us Your Comments

ⓘ You're signed out right now. To save these items or see your previously saved items, **sign in**.

✓ **Lot of 2 AL'IVER Jamaican Black Castor Oil, Exp: 10/16/2026 & 11/17/2026** was removed from your cart.



**breyanna11**
97.1% positive feedback

Request combined shipping ⓘ

**Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure Cold Press...**

New with box

Qty | 1 ⌄ |

Save for later   Remove

| Item (1) | $0.00 |
| Shipping ⓘ | Free |

Subtotal | $0.00

**Go to checkout**

💲 Purchase protected by **eBay Money Back Guarantee**

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact
Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ✓✗ and AdChoice ⓘ

 **Checkout**

How do you like our checkout? [Give us feedback](#)

| venmo | New! Pay with Venmo for fast and easy checkout. |

**Ship to**
Amla Amla
500 NW, 2nd AVE
Miami, FL 33101-0105
United States
paulamla035@gmail.com
(133) 225-6710
[Change](#)

| Item (1) | $14.99 |
| Shipping | $4.43 |
| Tax* | $1.36 |

| **Order total** | **$20.78** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. [Learn more](#)

**Confirm and pay**

Select a payment method

💲 Purchase protected by **eBay Money Back Guarantee**

**Pay with**

○ | PayPal | PayPal

○ | venmo | Venmo

○ Add new card
VISA  ⬤⬤  DISCOVER  Ⓓ

○ | G Pay | Google Pay

○ | PayPal CREDIT | Special financing available.
Apply now. See terms

**Add coupons**

| Enter code: | Apply |

**Review order**

Seller: breyanna11 | Add note for seller



Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure Cold Pressed Exp: 11/26
**$14.99**

Quantity
1 ⌄

**Delivery**
Est. delivery: Nov 1 – Nov 6
USPS Ground Advantage
$4.43

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ✓✗ and AdChoice ⓘ

Defendant no. :          194

Defendant Name :     Lucky Store

Platform:                  E-bay

| Plaintiff VAu 1-517-249 Copyright | Lucky Store's Infringing Product |
|---|---|
|   |  |

Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒 2

ebay    Shop by category ⌄    🔍 Search for an...    All Categories ⌄    **Search**

# Lucky store

**99.9%** positive feedback    **31K** items sold    **1.6K** followers

⬆ Share    💬 Contact    ♡ Save Seller

☰ **Categories**    Shop    Sale    **About**    Feedback    🔍 Search all 80

## About us

Welcome to my eBay Store. I specialize in selling quality new and used brand name baby clothes at excellent prices. Please add me to your list of favorite sellers and visit often. Thank you for your business.

Location: **United States**
Member since: **Mar 11, 2002**
Seller: **maengpong**

## Top Rated Seller

Lucky store is one of eBay's most reputable sellers. Consistently delivers outstanding customer service Learn more

Do you like our store experience?  👍  👎

10/25, 2:57 PM JAMAICAN BLACK CASTOR OIL 2.02 oz/60ml. 100% PURE COLD PRESSED HAIR, Skin, Nail | eBay



Hi (Sign in)   Daily Deals   Brand Outlet   Gift Cards   Help & Contact       Sell   Watchlist ⌄   My eBay ⌄

 Shop by category ⌄

Search for anything          All Categories ⌄       Search

← Back to search results · Health & Beauty › Hair Care & Styling › Treatments, Oils & Protecto...                    Share

🏷 SAVE UP TO **20%** WHEN YOU BUY MORE



  

Have one to sell? **Sell now**

### JAMAICAN BLACK CASTOR OIL 2.02 oz/60ml. 100% PURE COLD PRESSED HAIR, Skin, Nail

**Lucky store** (8127)
99.9% positive
Seller's other items
Contact seller

## US $9.49/ea

Condition:        New with box   

Quantity:   [ 1 ]   More than 10 available · 1 sold

**Bulk savings:**

| Buy 1 $9.49/ea | Buy 2 $8.54/ea | Buy 3 $8.07/ea |
|---|---|---|

**Buy It Now**

Add to cart

♡ Add to watchlist

⚡ **Other people bought this.** 1 has already sold.

⚡ **Hurry before it's gone.** 1 person is watching this item.

Shipping:   **Free** USPS Ground Advantage®. See details
Located in: Salt Lake City, Utah, United States

Delivery:   Estimated between **Tue, Oct 29** and **Thu, Oct 31** to 33101 

 Hi (Sign in)    Daily Deals    Brand Outlet    Gift Cards    Help & Contact    Sell    Watchlist ⌄    My eBay ⌄    🔔    🛒 ②

ebay    Shop by category ⌄    🔍 Search for anything    | All Categories ⌄ |    **Search**

# Shopping cart

Send Us Your Comments

> ℹ️ You're signed out right now. To save these items or see your previously saved items, **sign in**.



**maengpong**
99.9% positive feed

Pay only this seller

Request combined shipping  ℹ️

1 SOLD

JAMAICAN BLACK CASTOR OIL 2.02 oz/60ml. 100% PURE...

New with box

Qty  | 1 ⌄ |

$9.49
Free shipping
USPS Ground Advantage
Returns accepted

Save for later    |    Remove

Save up to 20% when you buy more
Increase your item quantity to qualify



**breyanna11**
97.1% positive feedl

Pay only this seller

Request combined shipping  ℹ️

Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure Cold Press...

New with box

Qty  | 1 ⌄ |

Save for later    |    Remove



Items (2)                    $9.49
Shipping  ℹ️               Free

Subtotal                    $9.49

**Go to checkout**

💲 Purchase protected by
**eBay Money Back Guarantee**

---

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates    Help & Contact
Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ✓✗ and AdChoice ℹ️

 **Checkout**

How do you like our checkout? Give us feedback

venmo New! Pay with Venmo for fast and easy checkout.

### Ship to
Amla Amla
500 NW, 2nd AVE
Miami, FL 33101-0105
United States
paulamla035@gmail.com
(133) 225-6710
Change

### Pay with

○ **PayPal** PayPal

○ venmo Venmo

○ Add new card
VISA DISCOVER MASTERCARD DINERS

○ G Pay Google Pay

○ PayPal CREDIT Special financing available.
Apply now. See terms

### Add coupons

Enter code: | Apply

### Review order

Service: breyanna11

You removed: Aliver Jamaican Black Castor Oil 2.02 fl oz.
100% Pure Cold Pressed Exp: 11/26
Add item

| Item (1) | $9.49 |
| Shipping | **Free** |
| Tax* | $0.66 |

**Order total** **$10.15**

*We're required by law to collect sales tax and applicable fees for certain tax authorities. Learn more

**Confirm and pay**

Select a payment method

$ Purchase protected by **eBay Money Back Guarantee**

Seller: maengpong    |    Add note for seller



JAMAICAN BLACK CASTOR OIL 2.02 oz/60ml. 100% PURE COLD PRESSED HAIR, Skin, Nail

**$9.49**

Quantity
1

Returns accepted

**Delivery**

**Free USPS Ground Advantage**
Est. delivery: Oct 29 – Oct 31

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice ⓘ

Defendant no. :          195

Defendant Name :     herbalhealthshophaven

Platform:                   E-bay

| Plaintiff VAu 1-517-249 Copyright | herbalhealthshophaven's Infringing Product |
|---|---|
|   |  |

Hi (Sign in)   Daily Deals   Brand Outlet   Gift Cards   Help & Contact    Sell   Watchlist ⌄   My eBay ⌄    🔔   🛒 1

 Shop by category ⌄

Search for an... | All Categories ⌄ | **Search**

# herbalhealthshophaven



**100% positive feedback (708)**    **1** item sold    **1** follower

💬 Contact    ♡ Save

☰ Categories    Shop    **About**    Feedback    🔍 Search all 101 items

## About

Welcome to our store, please feel free to ask any questions you may have.

Location: **Australia**
Member since: **Dec 12, 2023**

Do you like our profile experience? 👍 👎

About eBay    Announcements    Community    Security Center    Seller Center    Policies    Affiliates

Help & Contact    Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ✔️❌ and AdChoice 🛈





Hi (Sign in) Daily Deals Brand Outlet Gift Cards Help & Contact Sell Watchlist My eBay 2

Shop by category | Search for anything | All Categories | Search

Back to search results · Health & Beauty > Hair Care & Styling > Treatments, Oils & Protecto... Share

Have one to sell? Sell now

# Black Castor Oil Nourishes Skin Massage Essential Oil Growth Prevents Eyebrows A

herbalhealthshophaven(708)
100% positive
Seller's other items
Contact seller

**US $22.02**

Condition: **New with box**

Color: **Onesize**

Quantity: 1 **Last one**

Buy It Now

Add to cart

Add to watchlist

Shipping: **Free** Standard Shipping from Greater China to worldwide. See details
International shipment of items may be subject to customs processing and additional charges.
Located in: Shenzhen, China

Delivery: Estimated between **Fri, Nov 8** and **Wed, Nov 27** to 33101
Please note the delivery estimate is **greater than 11 business days.**
Please allow additional time if international delivery is subject to customs processing.

Returns: 30 days returns. Buyer pays for return shipping. See details

Payments: PayPal, Venmo, G Pay, VISA, Mastercard, Discover, Diners Club

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

## Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

Hi (**Sign in**)   **Daily Deals**   **Brand Outlet**   **Gift Cards**   **Help & Contact**   Sell   Watchlist ⌄   My eBay ⌄          

   Shop by category ⌄   | 🔍 Search for anything | All Categories ⌄ |   **Search**

# Shopping cart

**Send Us Your Comments**

---

✓ **Aliver Jamaican Black Castor Oil 2.02 fl oz. 100% Pure Cold Pressed Exp: 11/26** was removed from your cart.

---

ⓘ You're signed out right now. To save these items or see your previously saved items, **sign in**.

---

 **herbalhealthshophaven**
100% positive feedback

**Request combined shipping** ⓘ

| **Item (1)** | $22.02 |
|---|---|
| Shipping ⓘ | Free |

**Subtotal**  $22.02

🏷️ **LAST ONE**

A

**Black Castor Oil Nourishes Skin Massage Essential Oil Growth...**

New with box

Onesize

Qty 1

$22.02

**Free shipping**

Standard Shipping from Greater China to worldwide

Returns accepted

Save for later | Remove

**Go to checkout**

💲 Purchase protected by **eBay Money Back Guarantee**

---

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices ☑✕ and AdChoice ⓘ

 **Checkout**

How do you like our checkout? <u>Give us feedback</u>

---

| **venmo** | New! Pay with Venmo for fast and easy checkout. |

---

### Ship to

Amla Amla
500 NW, 2nd AVE
Miami, FL 33101-0105
United States
paulamla035@gmail.com
(133) 225-6710
<u>Change</u>

### Pay with

○ **PayPal** PayPal

○ **venmo** Venmo

○ Add new card
VISA  DISCOVER  ○ Diners  mastercard

○ **G Pay** Google Pay

○ **PayPal CREDIT** Special financing available.
Apply now.  <u>See terms</u>

### Add coupons

| Enter code: | Apply |

### Review order

Seller: herbalhealt...  |  <u>Add note for seller</u>

---

| Item (1) | $22.02 |
| Shipping | **Free** |
| Tax* | $1.54 |

| **Order total** | **$23.56** |

*We're required by law to collect sales tax and applicable fees for certain tax authorities. <u>Learn more</u>

**Confirm and pay**

Select a payment method

$ Purchase protected by **eBay Money Back Guarantee**

---



( LAST ONE )

Black Castor Oil Nourishes Skin Massage Essential Oil Growth Prevents Eyebrows A

Color: Onesize

**$22.02**

Quantity 1

Returns accepted

**Delivery**

**Free Standard Shipping from Greater China to worldwide**

Est. delivery: Nov 8 – Nov 27

Copyright © 1995-2024 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice