UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-61886-JB

XYZ CORPORATION,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

---

**NOTICE OF APPEARANCE FOR 18 OF THE SHEDULE "A" DEFENDANTS**

PLEASE TAKE NOTICE that Griffin Klema, Esq., and the law firm Klema Law, P.L. hereby enter their appearance as counsel on behalf of the following eighteen defendants (as identified on Schedule "A" to plaintiff's amended complaint, DE 11), and request that copies of all orders, process, pleadings, and other documents filed or served in this matter be served on them via CM/ECF or at the address listed below, as appropriate:

1. SHANWU; (no. 1)
2. KuiyaShangmao; (no. 8)
3. Libanshangmao; (no. 9)
4. Mianyangchuangshiyou; (no. 11)
5. yongxudedian; (no. 12)
6. lihaitengshisanzhan; (no. 19)
7. Beauty Nature; (no. 20)
8. tangxiashangmao; (no. 21)
9. FCZJYUS; (no. 22)

10. Mcukv Beauty; (no. 23)

11. Stellar Express; (no. 25)

12. Yep US; (no. 26)

13. Shengzhenshifeikoushengwukejiyouxiangongsi; (no. 27)

14. li521322101; (no. 29)

15. Aliver Official; (no. 31)

16. Elaimei; (no. 32)

17. SEFUDUN; (no. 33) and

18. Oimmal. (no. 35)

　　　　　　　　　　　　　　　　　　　　/s/ Griffin Klema
　　　　　　　　　　　　　　　　　　Griffin C. Klema, Esq.
　　　　　　　　　　　　　　　　　　Fla. Bar No. 100279
　　　　　　　　　　　　　　　　　　Griffin@KlemaLaw.com
　　　　　　　　　　　　　　　　　　**Klema Law, P.L.**
　　　　　　　　　　　　　　　　　　PO Box 172381
　　　　　　　　　　　　　　　　　　Tampa, FL 33672
　　　　　　　　　　　　　　　　　　420 W. Kennedy Boulevard
　　　　　　　　　　　　　　　　　　Tampa, FL 33606
　　　　　　　　　　　　　　　　　　Telephone: 202-713-5292
　　　　　　　　　　　　　　　　　　*Attorney for Defendants*