**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **XYZ Corporation,**<br><br>            Plaintiff,<br><br>v.<br><br>**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**<br><br>            Defendants. | **Case Number: 0:24-cv-61886-JB**<br><br>Judge:  Honorable Jacqueline Becerra |

**UNOPPOSED MOTION TO APPEAR *PRO HAC VICE*,**
**CONSENT TO DESIGNATION, AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Di Li of the law firm of Di Li Law, Professional Corporation, 18725 Gale Ave., Ste 208, City of Industry, CA 91748, 626-723-4849, for purposes of appearance as co-counsel on behalf of Defendants 1. SHANWU, 2. KuiyaShangmao, 3. Libanshangmao, 4. Yongxudedian, 5. Lihaitengshisanzhan, 6. FCZJYUS, 7. Shengzhenshifeikoushengwukejiyouxiangongsi, 8. Stellar Express, 9. Li521322101, 10. Mianyangchuangshiyou, 11. Beauty Nature, 12. Tangxiashangmao, 13. Yep US, 14. Mcukv Beauty, 15. Aliver Official, 16. Elaimei, 17. SEFUDUN, and 18. Oimmal in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Di Li to receive electronic filings in this case, and in support thereof states as follows:

1.      Di Li is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of California and U.S. District Court, Central District of California.

2.      Movant, Griffin Klema, of the law firm of Klema Law, P.L., 420 W. Kennedy Boulevard, Commerce Club, Tampa, FL 33606, 202-713-5292, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.   Movant consents to be designated

as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  See Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Griffin Klema has, on behalf of Di Li made payment of this Court's $250 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Di Li, by and through designated counsel and pursuant to Section 2B of the CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Di Li at email address: di@dililaw.com.

5. Counsel for plaintiff consents to Ms. Li's appearance *pro hac vice* in this action.

WHEREFORE, Griffin Klema, moves this Court to enter an Order for Di Li, Esq. to appear before this Court on behalf of Defendants 1. SHANWU, 2. KuiyaShangmao, 3. Libanshangmao, 4. Yongxudedian, 5. Lihaitengshisanzhan, 6. FCZJYUS, 7. Shengzhenshifeikoushengwukejiyouxiangongsi, 8. Stellar Express, 9. Li521322101, 10. Mianyangchuangshiyou, 11. Beauty Nature, 12. Tangxiashangmao, 13. Yep US, 14. Mcukv Beauty, 15. Aliver Official, 16. Elaimei, 17. SEFUDUN, and 18. Oimmal, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Di Li.

Date: December 11, 2024　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　__/s/ Griffin Klema_____
　　　　　　　　　　　　　　　　　　　　　　Griffin C. Klema, Esq.
　　　　　　　　　　　　　　　　　　　　　　Fla. Bar No. 100279
　　　　　　　　　　　　　　　　　　　　　　Griffin@KlemaLaw.com
　　　　　　　　　　　　　　　　　　　　　　**Klema Law, P.L.**
　　　　　　　　　　　　　　　　　　　　　　PO Box 172381
　　　　　　　　　　　　　　　　　　　　　　Tampa, FL 33672
　　　　　　　　　　　　　　　　　　　　　　420 W. Kennedy Boulevard
　　　　　　　　　　　　　　　　　　　　　　Tampa, FL 33606
　　　　　　　　　　　　　　　　　　　　　　Telephone: 202-713-5292
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*

## CERTIFICATE OF COUNSEL

Though not required by Local Rule 7.1(a)(3), counsel for the movant certifies that he conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and counsel for plaintiff has provided consent to the relief sought in this motion.

   /s/ Griffin Klema
Griffin C. Klema, Esq.