# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **XYZ Corporation,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**<br><br>　　　　Defendants. | Case Number: 0:24-cv-61886-JB<br><br>Judge: Honorable Jacqueline Becerra |

## <u>CERTIFICATION OF DI LI</u>

　　　Di Li, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;    (2) I am a member in good standing of State Bar of California and U.S. District Court, Central District of California; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

　　　　　　　　　　　　　　　　　　　　　　<u>/Di Li/</u>

　　　　　　　　　　　　　　　　　　　　　　Di Li
　　　　　　　　　　　　　　　　　　　　　　CA Bar ID #294173
　　　　　　　　　　　　　　　　　　　　　　di@dililaw.com
　　　　　　　　　　　　　　　　　　　　　　Di Li Law, Professional Corporation
　　　　　　　　　　　　　　　　　　　　　　18725 Gale Ave., Ste 208
　　　　　　　　　　　　　　　　　　　　　　City of Industry, CA 91748
　　　　　　　　　　　　　　　　　　　　　　626-723-4849