**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **XYZ Corporation,** | **Case Number: 0:24-cv-61886-JB** |
| Plaintiff, | |
| v. | Judge: Honorable Jacqueline Becerra |
| **THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"** | |
| Defendants. | |

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for DI LI, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures.   This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. DI LI, may appear and participate in this action on behalf of Defendants 1. SHANWU, 2. KuiyaShangmao, 3. Libanshangmao, 4. Yongxudedian, 5. Lihaitengshisanzhan, 6. FCZJYUS, 7. Shengzhenshifeikoushengwukejiyouxiangongsi, 8. Stellar Express, 9. Li521322101, 10. Mianyangchuangshiyou, 11. Beauty Nature, 12. Tangxiashangmao, 13. Yep US, 14. Mcukv Beauty, 15. Aliver Official, 16. Elaimei, 17. SEFUDUN, and 18. Oimmal. The Clerk shall provide electronic notification of all electronic filings to DI LI, at di@dililaw.com.

DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record