# Griffin Klema

| | |
|---|---|
| **From:** | Di Li <di@dililaw.com> |
| **Sent:** | Wednesday, December 11, 2024 1:32 PM |
| **To:** | Griffin Klema |
| **Subject:** | Fwd: Fw:Service of Summons - 0:24-cv-61886 - Fed R Evid Rule 408: Compromise Offers and Negotiations |

---------- Forwarded message ---------
From: **Aliver** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Date: Wed, Dec 11, 2024 at 10:19 AM
Subject: Fw:Service of Summons - 0:24-cv-61886 - Fed R Evid Rule 408: Compromise Offers and Negotiations
To: <di@dililaw.com>

-------- Forwarding messages --------
From: "Eservice Feldenkrais Law" <eservice@feldenkraislawpa.com>
Date: 2024-12-11 21:56:50
To: "mfeldenkrais@gmail.com" <mfeldenkrais@gmail.com>
Subject: Service of Summons - 0:24-cv-61886 - Fed R Evid Rule 408: Compromise Offers and Negotiations

Dear Sirs:

Please be advised that we represent Guangzhou tinpod Electronic Technology Co., Ltd. ("Plaintiff") in the above matter that was filed against you in the U.S. District Court for the Southern District of Florida, alleging that you engaged in the infringement of Plaintiff's registered Copyright. You are hereby being sued. The complaint with the temporary restraining order and other relevant documents, are attached and are hereby served upon you.

Copies of all the papers for the lawsuit may be viewed at:

https://www.dropbox.com/scl/fo/dh2rehfj2aq8iml74aq6y/AC5Ty6NzN1nAKPAxAymcadg/Case%20File?rlkey=04bdkwic0l7yg4ugf1rfg1awl&e=1&subfolder_nav_tracking=1&dl=0

This notice is being sent in compliance with a court order. If you have an attorney for this matter, please immediately forward this communication to your lawyer.

If you choose not to be represented by an attorney you must keep in mind that we represent the interests of the Plaintiff only and not you or your interests.

We shall be available for settlement in the above matter.

1

Sincerely,

Litigation Team

--

**Di Li, Esq. 李荻 | 律师** (she/her/hers)

Di Li Law, P.C. 李荻律师事务所

18725 Gale Ave., Ste 208
City of Industry, CA 91748
(626) 723-4849

Please visit our website at [www.dililaw.com](www.dililaw.com)

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately at (626) 723-4849.