## IN THE UNITED STATES DISTRICT COURT

__SOUTHERN__ **DISTRICT OF** __FLORIDA__

__Miami__ **DIVISION**

Guangzhou Tinpod Electronic Technology Co., Ltd.
**Plaintiff,**
v.

The Individuals, Partnerships and

Unincorporated Associations Identified

on Schedule A

**Defendant(s).**

Case No.: 0:24-cv-61886

**BOND ON INJUNCTION**

Bond No.: S-970001

We, __Guangzhou Tinpod Electronic Technology Co., Ltd.__ as Principal, and NGM INSURANCE COMPANY, as Surety, are bound to the above shown Defendant(s), as Obligee, in the sum of __Ten Thousand and 00/100 Dollars__ ($__10,000__) lawful money of the United States of America, for the payment of which we bind ourselves, our heirs, personal representatives, successors and assigns jointly and severally.

THE CONDITION OF THIS BOND IS SUCH; That if the Principal shall pay all costs and damages that the Obligee may sustain in consequence of the Principal improperly obtaining a temporary injunction or restraining order in this action, then this bond is void; otherwise it remains in full force and effect.

Signed, sealed and dated this ___12th___ day of ___December___, __2024__.

**NGM INSURANCE COMPANY**
4601 Touchton Rd., Ste. 3400, Jacksonville, FL  32246

*[signature]*

By: Nicholas A. Hanley, Attorney-in-Fact and Agent

APPROVED on

_____, _____.

_____
(Judge)(Clerk)

**PRINCIPAL**

*[signature]*

By: Attorney for Principal

68-QQ-0121b-04



# POWER OF ATTORNEY
S-970001

**KNOW ALL PARTIES BY THESE PRESENTS:** That NGM Insurance Company, a Florida corporation having its principal office in the City of Jacksonville, State of Florida, pursuant to Article IV, Section 2 of the By-Laws of said Company, to wit:

> "SECTION 2. The board of directors, the president, any vice president, secretary, or the treasurer shall have the power and authority to appoint attorneys-in-fact and to authorize them to execute on behalf of the company and affix the seal of the company thereto, bonds, recognizances, contracts of indemnity or writings obligatory in the nature of a bond, recognizance or conditional undertaking and to remove any such attorneys-in-fact at any time and revoke the power and authority given to them."

does hereby make, constitute and appoint NICHOLAS A. HANLEY its true and lawful Attorney-in-fact, to make, execute, seal and deliver for and on its behalf, and as its act and deed bond number S-970001 dated December 12, 2024, on behalf of **** Guangzhou Tinpod Electronic Technology Co., Ltd. **** in favor of US District Court, Southern District of Florida for Ten Thousand and 00/100 Dollars ($ 10,000) and to bind NGM Insurance Company thereby as fully and to the same extent as if such instrument was signed by the duly authorized officers of NGM Insurance Company; this act of said Attorney is hereby ratified and confirmed.

This power of attorney is signed and sealed by facsimile under and by the authority of the following resolution adopted by the Directors of NGM Insurance Company at a meeting duly called and held on the 2nd day of December 1977.

> Voted: That the signature of any officer authorized by the By-Laws and the company seal may be affixed by facsimile to any power of attorney or special power of attorney or certification of either given for the execution of any bond, undertaking, recognizance or other written obligation in the nature thereof; such signature and seal, when so used being hereby adopted by the company as the original signature of such officer and the original seal of the company, to be valid and binding upon the company with the same force and effect as though manually affixed.

**IN WITNESS WHEREOF,** NGM Insurance Company has caused these presents to be signed by its Secretary and its corporate seal to be hereto affixed this 9th day of October, 2024.

NGM INSURANCE COMPANY By: _Lauren K. Powell_
Lauren K. Powell
Vice President, Corporate Secretary

State of Wisconsin,
County of Dane

On this 9th day of October, 2024, before the subscriber a Notary Public of State of Wisconsin and for the County of Dane duly commissioned and qualified, came Lauren K. Powell of NGM Insurance Company, to me personally known to be the officer described herein, and who executed the preceding instrument, and she acknowledged the execution of same, and being by me fully sworn, deposed and said that she is an officer of said Company, aforesaid: that the seal affixed to the preceding instrument is the corporate seal of said Company, and the said corporate seal and her signature as officer were duly affixed and subscribed to the said instrument by the authority and direction of the said Company; that Article IV, Section 2 of the By-Laws of said Company is now in force.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed by official seal at Madison, Wisconsin this 9th day of October, 2024.

_Mary J. Ripp_
**My Commission Expires February 8, 2027**

I, Nathan Hoyt, Assistant Vice President of NGM Insurance Company, do hereby certify that the above and foregoing is a true and correct copy of a Power of Attorney executed by said Company which is still in force and effect.
**IN WITNESS WHEREOF,** I have hereunto set my hand and affixed the seal of said Company at Madison, Wisconsin this __12th__ day of __December__, __2024__.

Nathan Hoyt, Assistant Vice President

WARNING: Any unauthorized reproduction or alteration of this document is prohibited.
TO CONFIRM VALIDITY of the attached bond please call **1-603-354-5281**.
TO SUBMIT A CLAIM: Send all correspondence to 55 West Street, Keene, NH 03431 Attn: Bond Claim Department or call our Bond Claim Department at 1-603-358-1437.