UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 0:24-cv-61886

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants.

_____/

**MOTION FOR EXTENSION OF TEMPORARY RESTRAINING ORDER**

Plaintiff, XYZ Corporation (hereinafter referred to as "Plaintiff"), by and through the undersigned counsel persuant to Federal Rule of Civil Procedure 65(b)(2), hereby moves the Court to extend its Temporary Restraining Order (hereinafter referred to as "TRO"), issued on December 2, 2024, Case No. 0:24-cv-61886 (ECF No. 19), for an additional fourteen days beyond its original expiration on December 16, 2024, for good cause shown, particularly in view of the lengthy submissions submitted by the parties on November 13, 2024. Fed. R. Civ. P. 65(b)(2); *Granny Goose Foods, Inc. v. Brotherhood of Teamsters*, 415 U.S. 423, 440 n.15 (1974).

As detailed in Plaintiff's Brief in Support of its Motion for a Temporary Restraining Order, (ECF No. 14), Plaintiff has filed for preliminary injunctive relief in this case against Defendants, as e-commerce sellers who are promoting, selling, reproducing, offering for sale, and/or distributing goods using unauthorized copies of Plaintiff's copyrighted art within this District through various Internet based e-commerce platforms, including but not limited to; Amazon, eBay, Walmart and fully interactive commercial Internet websites operating under the seller identification names set forth on Schedule "A" (the "Seller IDs"). (ECF No. 11). There is "good cause" to extend such an order under Federal Rule of Civil Procedure 65(b)(2) where "the grounds for originally granting the temporary restraining order continue to exist." 11A WRIGHT & MILLER, FED. PRACT. & PROC. § 2953 (3d ed.). An extension of time here will allow Plaintiff to obtain the required information and expedited discovery as setforth in the order to serve Defendants who will, in turn, have time to appear and respond to the TRO (ECF No. 19), Motion for a Temporary Restraining Order, (ECF No. 14), and will also allow for non-party financial institutions to confirm that Defendants' financial accounts have been restrained pursuant to the TRO, thereby safeguarding the court's directive and preserving the status quo. Good cause may exist when necessary to preserve the status quo and prevent irreparable harm while procedural or compliance challenges are addressed. *Cisco Systems v. Wuhan Wolon Communication Technology Co., Ltd,* 5:21-cv-04272-EJD, (N.D. Cal. Jul. 23, 2021). Further, extension can take place due to delays in obtaining third-party financial institution compliance. *XYZ Corp. v. Doe*, 75 Mass. App. Ct. 311 (Mass. App. Ct. 2009).

The Plaintiff therefore incorporates by reference the arguments made in its brief in Support of its Motion for a Temporary Restraining Order, (ECF No. 14), in support of this Motion.

WHEREFORE, Plaintiff respectfully requests for this Court to grant this extension of its Temporary Restraining Order (ECF 19).

Respectfully submitted on this 13th day of December, 2024.

**FELDENKRAIS LAW, P.A.**

Attorneys for Plaintiffs

20533 Biscayne Blvd. Suite 469

Aventura, FL 33180

Telephone: (305) 528-9614

Email: mfeldenkrais@gmail.com

By: /s/ Michael Feldenkrais, Esq.

Florida Bar No. 991708