**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 0:24-cv-61886-JB**

XYZ CORPORATION,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

---

**AMENDED NOTICE OF APPEARANCE OF GRIFFIN C. KLEMA, ESQ.**

PLEASE TAKE NOTICE that Griffin Klema, Esq., and the law firm Klema Law, P.L. hereby enter their appearance as counsel on behalf of Shenzhen Moulis Electronic Co., Ltd., corresponding to the following eighteen seller IDs (as identified on Schedule "A" to plaintiff's amended complaint, DE 11), and request that copies of all orders, process, pleadings, and other documents filed or served in this matter be served on them via CM/ECF or at the address listed below, as appropriate:

1. SHANWU; (no. 1)

2. KuiyaShangmao; (no. 8)

3. Libanshangmao; (no. 9)

4. Mianyangchuangshiyou; (no. 11)

5. yongxudedian; (no. 12)

6. lihaitengshisanzhan; (no. 19)

7. Beauty Nature; (no. 20)

8. tangxiashangmao; (no. 21)

9.   FCZJYUS; (no. 22)

10.  Mcukv Beauty; (no. 23)

11.  Stellar Express; (no. 25)

12.  Yep US; (no. 26)

13.  Shengzhenshifeikoushengwukejiyouxiangongsi; (no. 27)

14.  li521322101; (no. 29)

15.  Aliver Official; (no. 31)

16.  Elaimei; (no. 32)

17.  SEFUDUN; (no. 33) and

18.  Oimmal. (no. 35)


                                        __/s/ Griffin Klema_____
                                        Griffin C. Klema, Esq.
                                        Fla. Bar No. 100279
                                        Griffin@KlemaLaw.com
                                        **Klema Law, P.L.**
                                        PO Box 172381
                                        Tampa, FL 33672
                                        420 W. Kennedy Boulevard
                                        Tampa, FL 33606
                                        Telephone: 202-713-5292
                                        *Attorney for Defendants*