# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**XYZ Corporation,**

Plaintiff,

v.

**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**

Defendants.

**Case Number: 0:24-cv-61886-JB**

Date:  December 16, 2024
Time:  9:00 AM
Court: Wilkie D. Ferguson Jr. Courthouse,
Courtroom 11-4
Judge:Honorable Jacqueline Becerra

**DECLARATION OF LI FU IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLIANTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND ORDER RESTRAINING TRANSFER OF ASSETS**

I, Li Fu, declare as follows:

1.      I am the President of SHENZHEN MOULIS ELECTRONIC CO., LTD. ("Shenzhen Moulis"), which owns certain online storefronts identified in plaintiff's Schedule A: SHANWU (No.1), KuiyaShangmao (No.8), Libanshangmao (No.9), Mianyangchuangshiyou (No.11), yongxudedian (No.12), lihaitengshisanzhan (No.19), Beauty Nature (No.20), Tangxiashangmao (No.21), FCZJYUS (No.22), Mcukv Beauty (No.23), Stellar Express (No.25), Yep US (No.26), Shengzhenshifeikoushengwukejiyouxiangongsi (No.27), li521322101 (No.29), Aliver Official (No.31), Elaimei, SEFUDUN (No.33), and Oimmal (No.35) in the above-titled case.

2.      I make this declaration in support of Shenzhen Moulis's Opposition to Plaintiff's motion for preliminary injunction and order restraining transfer of assets.

3.      I am over 18 years of age and I have personal knowledge of the facts set forth below, and, if called as a witness, I could and would competently testify thereto.

4.    In my role as President for Shenzhen Moulis, I am responsible, in part, for its product design and development efforts. As a result, I am fully familiar with Shenzhen Moulis' products and its copyright and trademark applications.

5.    Shenzhen Moulis is a manufacturer based in Shenzhen, China, which specializes in the manufacture, wholesale and retail of various kinds of personal care and beauty products, such as cosmetics, makeup, oral care products, hair care products, etc., under its own well-established brand and registered trademark, "ALIVER" (U.S. Registration Nos. 5,614,277 and 6,833,660). Attached hereto as **Exhibit 1** are true and correct copies of Shenzhen Moulis' trademark certificates.

6.    On or around November 2022, I created a product packaging design for our company's black caster oil products. Attached hereto as **Exhibit 2** is a printout of that artwork, which exists in PDF format and was created using CorelDRAW. I incorporated several images of castor tree leaves, fruits and castor seeds that I found on two free content websites in China, i.e. https://huaban.com/follow and https://www.freepik.com/, by cutting out the images, enhancing their color saturation, and adjusting their size and angle to be placed at the top of the product packaging design. I used the Arial font for the texts on the drawing because it is simple and refreshing. I chose the black and green color theme because the oil is made of "black castor," which is a natural ingredient. I then applied for a copyright registration under the title "black caster oil" on September 24, 2023, and received a certificate of registration on October 13, 2023, no. VA 2-365-787. Attached hereto as **Exhibit 3** is the true and correct copy of the copyright certificate of this work.

7.    On or around May 2023, I created another product packaging design for our company's black caster oil products. As before, I created that artwork in CorelDRAW, and incorporated images from https://huaban.com/follow and https://www.freepik.com/, and a PDF format of that artwork is attached hereto as **Exhibit 4.** I then filed for application for copyright registration under the title "black caster oil" on December 4, 2023, and received registration on February 13, 2024, registration no. VA 2-382-369. Attached hereto as **Exhibit 5** is the true and correct copy of the copyright certificate of this work.

DECLARATION OF LI FU IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION AMD ORDER RESTRAINING TRANSFER OF ASSETS

8.     I have assigned my rights in the registered works to Shenzhen Moulis.

9.     Shenzhen Moulis sells its products through multiple storefronts on various e-commerce platforms, including its home page and retail storefront, www.aliver.com, Amazon and Walmart.

10.    At least as early as December 2022, Shenzhen Moulis had started using its product packaging and selling black castor oil products with this packaging design on Amazon.com.

11.    On December 13, 2024, Shenzhen Moulis filed two applications to register the product packaging trademarks of its "black caster oil" with the USPTO (Serial Nos. 98902760 and 98902766). Attached hereto as **Exhibit 6** are true and correct copies of the trademark applications.

12.    Shenzhen Moulis has spent substantial time, effort and money in developing and promoting the goods offered under the ALIVER trademarks and the "black caster oil" copyrighted product packaging. As a result, our ALIVER brand and "black caster oil" copyrighted product packaging have become widely recognized, and have come to represent and symbolize extremely valuable business goodwill belonging exclusively to Shenzhen Moulis.

13.    The other seller IDs identified by plaintiff are not affiliated with Shenzhen Moulis.

14.    Since the Temporary Restraining Order has been granted on or around December 2, 2024, Shenzhen Moulis's U.S.-based accounts – not just for the products allegedly infringing on Plaintiff's copyright, but *all* products – have been seized, and their e-commerce listings have been suspended. That suspension has caused and will continue to cause significant financial harm to Shenzhen Moulis's businesses and reputation.

15.    The plaintiff is not affiliated with Shenzhen Moulis, and his/her copyright registration to the artwork I created for Shenzhen Moulis was not authorized by me or Shenzhen Moulis. Plaintiff is attempting to use our own product label and artwork against us, and Shenzhen Moulis intends to vigorously defend itself in this action and seek invalidation of the registration obtained by plaintiff.

16.    The preliminary injunction will halt our businesses and freezing all of our funds, causing us to suffer massive financial losses, and such irreparable harm is disproportionate to any harm to the Plaintiff.

1    I declare under the penalty of perjury under the laws of the United States of America that

2  the foregoing is true and correct.

3    Executed on December 13, 2024, at Shenzhen, China.

4

5                                    Shenzhen Moulis Electronic Co., Ltd

6                                    _Li Fu_
                                     Li Fu, President

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

DECLARATION OF LI FU IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION AMD ORDER RESTRAINING TRANSFER OF ASSETS