# EXHIBIT 1



# ALIVER

**Reg. No. 5,614,277**

**Registered Nov. 27, 2018**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

Shenzhen Moulis Electronic Co.,Ltd  (CHINA limited company (ltd.) )
Unit 1 Fu Wei Gong Ye Yuan
No.80-4 Dong Huan Rd Shajing Bao'an Dist
Shenzhen,china, CHINA

CLASS 3: Cosmetics; make-up; false eyelashes; lipsticks; cosmetic pencils; beauty masks; false nails; hair dyes; non-medicated toiletries; cotton swabs for cosmetic purposes; perfumes; cosmetic preparations for skin care; oils for cosmetic purposes; cosmetic preparations for eyelashes; depilatories; nail care preparations; Tissues impregnated with cosmetic lotions; eyebrow cosmetics; make-up powder; bath soaps; beauty soap; cosmetic soaps; skin whitening creams; make-up kits comprised of cosmetics, lipstick, lip gloss, false eyelashes, and cosmetic pencils

FIRST USE 12-5-2015; IN COMMERCE 12-5-2015

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

The wording "ALIVER" has no meaning in a foreign language.

SER. NO. 87-070,240, FILED 06-14-2016



Director of the United States
Patent and Trademark Office

Digitally Signed By: United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2022.08.15 15:01:58 -04'00'

# United States of America
### United States Patent and Trademark Office

# AL'IVER

**Reg. No. 6,833,660**

**Registered Aug. 30, 2022**

**Int. Cl.: 3**

**Trademark**

**Principal Register**

Shenzhen Moulis Electronic Co.,Ltd  (CHINA limited company (ltd.) )
Unit 1 Fu Wei Gong Ye Yuan
No.80-4 Dong Huan Rd Shajing Bao'an Dist
Shenzhen, CHINA 518000

CLASS 3: Cosmetics; Depilatories; Lipsticks; Mascara; Beauty masks; Body paint for cosmetic purposes; Cosmetic sun-tanning preparations; Cotton swabs for cosmetic purposes; Decorative transfers for cosmetic purposes; Eyebrow cosmetics; Hair conditioners; Lip glosses; Make-up powder; Nail-polish removers; Nail care preparations; Nail varnish; Skin whitening creams; Make-up kits comprised of lipstick and lip gloss

FIRST USE 7-1-2021; IN COMMERCE 7-1-2021

The mark consists of the stylized wording "AL'IVER".

OWNER OF U.S. REG. NO. 5614277

SER. NO. 90-880,582, FILED 08-12-2021



Katherine Kelly Vidal

Director of the United States
Patent and Trademark Office

