# EXHIBIT 2

尺寸：43 x 43 x 124mm

加内托

专色：355c

## JAMAICAN
### Black Castor Oil

Jamaican Black Castor Oil has been used for centuries to treat many ailments. Contains vitamin E and omega-6 fatty acids, its antibacterial and antifungal properties help reduce dandruff and moisturize dry, irritated scalp. Research shows that applying castor oil just once a month helps stimulate hair growth up to three times the usual rate. It also promotes hair growth in other parts of the body, like the eyebrows and eyelashes. Jamaican black castor oil has many uses. It is a natural hair care oil rich in omega-6 fatty acids, which can moisturize the scalp, prevent hair dryness, promote hair follicle growth, and prevent hair loss. At the same time, it is a good conditioner. Hair toner, can repair damaged hair, reduce dark yellow hair split ends. The fatty acids contained in the oil are essential to the healthy functioning of the skin. These keep the skin hydrated, regulate its natural oil production, help to keep problems such as spots at bay and helps combat signs of aging.



100% PURE & NATURAL
Jamaican Black Castor Oil

**AL'IVER®**
HAIR - NAILS - SKIN

Jamaican Black
**Castor Oil**
Nourishes and Hydrates
Hair, Skin & Nails

- Promotes Hair Growth
- Strengthens Hair at the Root
- Prevents Hair Breakage
- Prevents Split Ends

For All Hair/Skin Types

COLD-PRESSED
CRUELTY-FREE & VEGAN

**100% PURE & NATURAL**

Premium Therapeutic Grade

60ml e 2.02 fl.oz

### How To Use

There's no right or wrong way to apply castor oil to your hair, some people like to leave it on overnight while others like to massage it into their scalp. The best method for you totally depends on your hair type and concerns. The oil can be directly applied to the hair and skin/body or can be diluted into any cream, shampoo or conditioner, just add 2-3 drops for every 100ml.

Add a few drops of Jamaican black castor oil at the palm of your hands and gently massage the product into your scalp or skin. It might take some time to coat each hair section, but the hydrating results will be worth.

When you're done keep it on your hair until your next wash day. It's important to keep in mind that hair growth doesn't happen overnight regardless of what products you're using.

There is no standard as far as how often you should use castor oil, but we'd recommend one to two times a week for at least three months, as that's typically how long before you'll see new hair coming in.

### Ingredients
Castor Oil.

### Benefits:
- Promotes Hair Growth
- Strengthens Hair at the Root
- Prevents Hair Breakage
- Prevents Split Ends
- Tame fly-aways.
- Condition Your Cuticles
- Nourishes and Hydrates
- Powerful Antibacterial & Antifungal

### Warnings
For external use only.
Keep away from flames and high heat.
Keep out of reach of children and pets.
Discontinue use immediately if redness or irritation occurs.

### Storage
Store in cool dry place away from sunlight
Keep out of reach of children and pets.

Apex CE Limited
North Point House, North Point Business Park, Co. Cork, T23 AT2P Ireland

    


5010959982253

Lot number: QC 94986
MF Date: 06/12/2022
EXP Date: 06/12/2025

尺寸：122x50mm

材质：银龙

专色：355c

倒R1圆角

