# EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-365-787**

**Effective Date of Registration:**
September 24, 2023
**Registration Decision Date:**
October 13, 2023

---

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

### Title

    Title of Work:  black castor oil

### Completion/Publication

    Year of Completion:  2022
    Date of 1st Publication:  February 03, 2023
    Nation of 1st Publication:  United Kingdom

### Author

-     Author:  Li Fu
    Author Created:  Illustration
    Citizen of:  China
    Domiciled in:  China

### Copyright Claimant

    Copyright Claimant:  Li Fu
    Sixth Floor, Anle Property Building, Baoan Avenue, Baoan District, Shenzhen, Guangdong, China

### Certification

    Name:  Li Fu
    Date:  August 23, 2023
    Applicant's Tracking Number:  Sha1904

---

    Copyright Office notes:  Regarding basis for registration: A work may be registered with the Single

Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.