# EXHIBIT 4

尺寸：43x43x124mm
加内托

专色：355c



100% PURE & NATURAL
AL'IVER®
Jamaican Black Castor Oil

**Jamaican Black Castor Oil**

Stimulates Detoxification of Liver, Kidneys, Ovaries, Thyroid

- Improves Digestion
- Reduces Inflammation
- Increases Relaxation
- Immune Enhancing Benefits

The use of Castor oil as a detox is an ancient practice that's been used in Chinese medicine, Indian Ayurveda and Ancient Egypt to name a few. It helps with lymphatic congestion, reduces inflammation and stimulates organs to eliminate harmful toxins while allowing then to run smoothly.
When castor oil is absorbed through the skin it speeds up the removal of toxins. You can use Castor oil anywhere on the body but particularly on the most important organs such as Liver, Kidneys, Ovaries and Thyroid. It also has a calming effect on the nervous system.

AL'IVER®

*Jamaican*
BLACK CASTOR OIL

- DETOX
- HEXANE-FREE
- EXTRA VIRGIN




**INGREDIENTS**
Black Castor Oil (cold pressed).

**CAUTION**
For External Use Only
Do not use if the seal is broken.
Do not use if you are pregnant or breastfeeding. In rare cases, a hypersensitivity reaction may occur. If this happens, discontinue use., Castor oil stains clothing & upholstery. Do not apply on open wounds. Consult a healthcare professional before using this product.

**STORAGE**
Keep out of reach of children.
Store at room temperature.

  
Essential Oil  Chakra Oil  Anti-Aging Oil

   
Massage Oil  Ayurvedic Oil  Therapeutic Oil

   
Hair Nourishing Oil  Aromatherapy Oil  Carrier Oils

**DIRECTIONS**
**For external use only, Castor oil can be applied in a variety of ways:**

variety of ways:
To Use with your Castor Oil Pack:
Step 1: Pour 1-2 teaspoon of our Pure Castor Oil onto the soft cotton side of your Castor Oil Pack.
Step 2: Place your pack over your liver area (right side below rib cage) and tie it in place.
Wear your Castor Oil Pack for Liver for a minimum of 1 hour, or overnight for optimal benefits.

To Use direct on Skin and Hair
Gently massage the oil into your skin or hair for a hydrating, nourishing and anti-inflammatory effect on your body.

   
  

NOT TESTED ON ANIMALS
NATURAL INGREDIENTS
12M



**100% PURE-COLD-PRESSED**
60ml e 2.02 fl.oz

FB32752



6 018739 463441

Apex CE Limited
North Point House,
North Point Business Park,
Co. Cork, T23 AT2P Ireland

专色：355c

尺寸：122x50mm

光银龙, R1圆角

颜色和工艺参考黑蓖麻油

