# EXHIBIT 5

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-382-369**

**Effective Date of Registration:**
December 04, 2023
**Registration Decision Date:**
February 13, 2024

---

Copyright Registration for One Work by One Author
Registration issued pursuant to 37 CFR §202.3

## Title
        **Title of Work:** Black castor oil

## Completion/Publication
        **Year of Completion:** 2023
        **Date of 1st Publication:** May 01, 2023
        **Nation of 1st Publication:** United States

## Author
        • **Author:** Li Fu
        **Author Created:** Artwork
        **Citizen of:** China
        **Domiciled in:** China

## Copyright Claimant
        **Copyright Claimant:** Li Fu
        6th Floor, Anle Property Building, Bao'an Avenue, Bao'an District, Shenzhen, China

## Certification
        **Name:** YIQIANG OUYANG
        **Date:** December 04, 2023

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The

Page 1 of 2

registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.