# EXHIBIT 6

# Filing Receipt for Trademark/Service Mark Application for Registration
# on the Principal Register
# and Next Steps in the Application Process

Thank you for submitting your trademark application to the U.S. Patent and Trademark Office (USPTO)! You have started the legal process to federally register your mark.

This filing receipt confirms that you successfully submitted your application, which now must be reviewed to see if it qualifies for registration. Registration is not *automatic or guaranteed*. Below you will see your mark, the serial number assigned to your application, and a description of what happens next in the application process. Carefully review this information to make sure it is correct and so you know what to expect. We also highly recommend keeping a copy for your records.

**Please pay attention to the section below regarding scams and read the Protect against scams section on our website.** Also, we encourage you to take advantage of the resources we have linked at the end for first-time applicants, startups, and women entrepreneurs.

**Your mark**
 ALIVER SKIN NAILS HAIR JAMAICAN BLACK CASTOR OIL (stylized and/or with design, MRK1041725478-014555340_._oil_circle.jpg)
The literal element of the mark consists of ALIVER SKIN NAILS HAIR JAMAICAN BLACK CASTOR OIL. The color(s) green, black, yellow, brown is/are claimed as a feature of the mark. The mark consists of a two-dimensional product packaging label consisting of a black and green background and green castor plants and leaves across the top. In the center at the top is the stylized wording ALIVER SKIN-NAILS-HAIR all inside a green rectangle carrier. Underneath is an image consisting of green castor plant leaf and seeds in brown. In the center are the stylized wordings JAMAICAN Black Castor Oil. Underneath is a circular design containing yellow liquid oil inside.

**Your serial number**
Your application was assigned serial number '98902760'. You must refer to your serial number in all communications about your application.

**What you should do right now**
Review your application data below for any errors. If you find an error, visit the After You File webpage for information on correcting errors. You can also watch the After you file video for an overview of the most important issues to be aware of after filing.

**What we do next**
Now that your application has been submitted, it will eventually be assigned to an examining attorney. The examining attorney reviews your application to make sure it meets all of the legal requirements and that your mark is registrable. To learn more, please visit the Examination of your application webpage and the Trademark basics webpage.

> **Marks with a design element**
> If your mark includes a design element, we'll assign it one or more design search codes. We'll notify you of these codes within the next several weeks and you can suggest that we add or delete a design search code from your file.
>
> **Timing**
> It will take some time before you hear from the examining attorney. Check out what impacts how long it takes to register your mark and the current average processing times.
>
> **Office actions**
> If your application does not meet all of the requirements, you'll receive a communication from your examining attorney called an "office action." This doesn't automatically mean your mark isn't registrable. It describes any issues the examining attorney found in your application. Your reply to an office action is an opportunity to resolve the issues. You must reply by the deadline to continue the application process and avoid abandonment of your application.
>
> If you have questions, see how to respond to office actions or call the assigned examining attorney. The attorney's contact information is included in the office action. They can help clarify the issues raised in the office action at no cost to you. Please keep in mind that they cannot provide you with legal advice.

**What else you should do**

These are things to monitor while your application moves through the examination process.

### Keep your addresses current in USPTO records
If your postal or email address changes, you must update the owner's address using the electronic filing forms on our website. We don't extend filing deadlines if you don't receive USPTO mail or email.

### Check your application status in our database every three to four months
To be sure that you don't miss an important email from us, and to avoid the possible abandonment of your application, check your application status and review your documents in our database, Trademark Status and Document Retrieval (TSDR), every three to four months.
TSDR contains your complete application record. It includes every communication we send you and every action related to your application.

### Watch out for scams
Recognizing common signs of a scam can help you avoid costly mistakes. Scammers pretend to be from the USPTO, often state there's some sort of problem with your application, pressure you to act immediately, and tell you to pay some sort of fee or provide personal information. Some will even call you and use names, numbers, and locations of real USPTO employees to try to steal your money or personal information. USPTO employees will never ask you for your personal or payment information over the phone.

If you receive a notification about paying to publish your trademark in a directory, avoid doing so. Trademark directory listings aren't necessary. They're unofficial and not associated with the USPTO.

All official communications will be from the "United States Patent and Trademark Office" in Alexandria, Virginia, and from emails with the domain "uspto.gov." If you're unsure about whether a communication is from us, call or email the Trademark Assistance Center or check your records in our database, TSDR. Any official communications we send you will be uploaded to your records in TSDR. Visit protect against scams on our website.

## Stay current with USPTO
Sign up to get Trademark Alert emails to stay up to date with changes in the USPTO that may impact your application or registration. This may include upcoming system changes, events and roundtables, rules changes, and other operational matters.

### How to sign up
On our subscription center webpage, select the Subscribe button, enter your email address, and select the Submit button. Consent to the privacy policy and select the Submit button. You can choose to receive emails about all United States Patent and Trademark (USPTO) topics or specific topics (e.g., Trademark Alerts). Pick your areas of interest, then select the Submit button.

## Provide feedback
You may receive a survey invitation in a separate email. Let us know how we can improve your experience.

## Resources for new applicants
We have many resources available for small business owners, first-time applicants, and entrepreneurs taking the first step to protect their trademark. Read the welcome letter from our leaders for details.



Kathi Vidal
Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office



Derrick Brent
Deputy Under Secretary of Commerce for Intellectual Property and Deputy Director of the United States Patent and Trademark Office

**The information submitted in the application appears below:**

PTO- 1478
Approved for use through 08/31/2027. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

Trademark/Service Mark Application, Principal Register
**TEAS Plus Application**

*NOTE: Data fields with the * are mandatory. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

The table below presents the data as entered.

| Input Field | Entered |
| --- | --- |
| **TEAS Plus** | **YES** |
| MARK INFORMATION | |
| *MARK | MRK1041725478-014555340_. _oil_circle.jpg |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | ALIVER SKIN NAILS HAIR JAMAICAN BLACK CASTOR OIL |
| *COLOR MARK | YES |
| *COLOR(S) CLAIMED (If applicable) | The color(s) green, black, yellow, brown is/are claimed as a feature of the mark. |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of a two-dimensional product packaging label consisting of a black and green background and green castor plants and leaves across the top. In the center at the top is the stylized wording ALIVER SKIN-NAILS-HAIR all inside a green rectangle carrier. Underneath is an image consisting of green castor plant leaf and seeds in brown. In the center are the stylized wordings JAMAICAN Black Castor Oil. Underneath is a circular design containing yellow liquid oil inside. |
| PIXEL COUNT ACCEPTABLE | NO |
| PIXEL COUNT | 1085 x 916 |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Shenzhen Moulis Electronic Co.,Ltd |
| INTERNAL ADDRESS | 601, Property Building, 44 District |
| *MAILING ADDRESS | Anle Community, Xin'an St., Bao'an Dist. |
| *CITY | Shenzhen |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | China |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 518000 |
| *EMAIL ADDRESS | salesec@126.com |
| LEGAL ENTITY INFORMATION | |
| *TYPE | limited company (ltd.) |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | China |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |

| | |
|---|---|
| *INTERNATIONAL CLASS | 003 |
| *IDENTIFICATION | Oil baths for hair care; Oils for cosmetic purposes; Oils for hair conditioning; Almond oil for cosmetic purposes; Argan oil for cosmetic purposes; Aromatic oils; Aromatic essential oils; Bath oils; Body oil; Body oils; Castor oil for cosmetic purposes; Coconut oil for cosmetic purposes; Cosmetic oils; Cosmetic olive oil for the face and body; Essential oils; Essential oils for personal use; Essential oils, namely, pine oils; Face oils; Facial oils; Grape seed oil for cosmetic use; Hair oils; Massage oil; Massage oils; Scented oils |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 12/21/2022 |
| FIRST USE IN COMMERCE DATE | At least as early as 12/21/2022 |
| SPECIMEN FILE NAME(S) | SPE0-1-26038001eb3fcf46c0 80d061cfd7dccd-202412121 5 1245074484_._Aliver_Jamai |
| | SPE0-1-26038001eb3fcf46c0 80d061cfd7dccd-202412121 5 1245074484_._Aliver_Jamai |
| SPECIMEN DESCRIPTION | Applicant's retail website featuring product with the trade dress |
| WEBPAGE URL | https://www.walmart.com/ip/Aliver-Jamaican-Black-Castor-Oil-for-Body-Massage-Castor-Oil-Anti-Aging-Oil-Hair-Nourishing-Oil-100-Pure-Cold-Pressed-120ML/5358426948?athcpid=5358426948&athpgid=AthenaItempage&athcgid=null&athznid=si&athieid=v0_eeMjAuMCw5ODAuMCwwLjAxNjQ0NzM5NTQ2MjA2NTI2LDAuNV8&athstid=CS055~CS004&athguid=J9VhlVkqo7qjIcvmiDnPPknJFmGcnq2aTD-0&athancid=3125003506&athposb=0&athena=true |
| WEBPAGE DATE OF ACCESS | 12/12/2024 |
| ADDITIONAL STATEMENTS SECTION | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | The applicant claims ownership of active prior U.S. Registration Number(s) 5614277 and 6833660. |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| ATTORNEY INFORMATION | |
| NAME | DI LI |
| ATTORNEY DOCKET NUMBER | DLL |
| ATTORNEY BAR MEMBERSHIP NUMBER | 294173 |
| YEAR OF ADMISSION | 2013 |
| U.S. STATE/ COMMONWEALTH/ | |

| | |
|---|---|
| TERRITORY | California |
| FIRM NAME | Di Li Law, P.C. |
| STREET | 18725 Gale Ave., Ste 208 |
| CITY | City of Industry |
| STATE | California |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 91748 |
| PHONE | 626-723-4849 |
| FAX | 626-956-0744 |
| EMAIL ADDRESS | di@dililaw.com |
| CORRESPONDENCE INFORMATION | |
| NAME | DI LI |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | di@dililaw.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | maggie@dililaw.com |
| FEE INFORMATION | |
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 250 |
| *TOTAL FEES DUE | 250 |
| *TOTAL FEES PAID | 250 |
| SIGNATURE INFORMATION | |
| * SIGNATURE | /Di Li/ |
| * SIGNATORY'S NAME | Di Li |
| * SIGNATORY'S POSITION | Attorney of record |
| SIGNATORY'S PHONE NUMBER | 626-723-4849 |
| * DATE SIGNED | 12/13/2024 |
| SIGNATURE METHOD | Signed directly within the form |

PTO- 1478
Approved for use through 08/31/2027. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

# TEAS Plus Application

**Serial Number: 98902760**
**Filing Date: 12/14/2024**

## To the Commissioner for Trademarks:

The applicant, Shenzhen Moulis Electronic Co.,Ltd, a limited company (ltd.) legally organized under the laws of China, having an address of
   601, Property Building, 44 District
   Anle Community, Xin'an St., Bao'an Dist.
   Shenzhen 518000
   China
   salesec@126.com

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 003:  Oil baths for hair care; Oils for cosmetic purposes; Oils for hair conditioning; Almond oil for cosmetic purposes; Argan oil for cosmetic purposes; Aromatic oils; Aromatic essential oils; Bath oils; Body oil; Body oils; Castor oil for cosmetic purposes; Coconut oil for cosmetic purposes; Cosmetic oils; Cosmetic olive oil for the face and body; Essential oils; Essential oils for personal use; Essential oils, namely, pine oils; Face oils; Facial oils; Grape seed oil for cosmetic use; Hair oils; Massage oil; Massage oils; Scented oils

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 003, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 12/21/2022, and first used in commerce at least as early as 12/21/2022, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Applicant's retail website featuring product with the trade dress.
Specimen-1 [SPE0-1-26038001eb3fcf46c0 80d061cfd7dccd-2024121215 1245074484_._Aliver_Jamai can_Black_Castor_Oil___Al iver_Beauty_Aliver.com.pdf ]
Specimen-2 [SPE0-1-26038001eb3fcf46c0 80d061cfd7dccd-2024121215 1245074484_._Aliver_Jamai can_Black_Castor_Oil.jpg ]

Webpage URL: https://www.walmart.com/ip/Aliver-Jamaican-Black-Castor-Oil-for-Body-Massage-Castor-Oil-Anti-Aging-Oil-Hair-Nourishing-Oil-100-Pure-Cold-Pressed-
120ML/5358426948?athcpid=5358426948&athpgid=AthenaItempage&athcgid=null&athznid=si&athieid=v0_eeMjAuMCw5O DAuMCwwLjAxNjQ0NzM5NTQ2MjA2NTI2LDAuNV8&athstid=CS055~CS004&athguid=J9VhlVkqo7qjIcvmiDnPPknJFmGcnq 2aTD-0&athancid=3125003506&athposb=0&athena=true
Webpage Date of Access: 12/12/2024


**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 5614277 and 6833660.


The owner's/holder's proposed attorney information: DI LI. DI LI of Di Li Law, P.C., is a member of the California bar, admitted to the bar in 2013, bar membership no. 294173, is located at
   18725 Gale Ave., Ste 208
   City of Industry, California 91748

    United States
    626-723-4849(phone)
    626-956-0744(fax)
    di@dililaw.com
The docket/reference number is DLL.
DI LI submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant's current Correspondence Information:

    DI LI

   PRIMARY EMAIL FOR CORRESPONDENCE: di@dililaw.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): maggie@dililaw.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

- [x] **Basis:**
  **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

    - The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
    - The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
    - The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
    - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

    **And/Or**
    **If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

    - The signatory believes that the applicant is entitled to use the mark in commerce;
    - The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
    - To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

- [x] To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

- [x] To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- [x] The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Di Li/   Date: 12/13/2024
Signatory's Name: Di Li
Signatory's Position: Attorney of record
Signatory's Phone Number: 626-723-4849
Signature method: Signed directly within the form

Thank you,

The TEAS support team
Sat Dec 14 01:51:26 ET 2024
STAMP: USPTO/FTK-104.172.54.78-20241214015126614231-98902760-
8702da262bd5c7ea84832ab5e7554c7c1e30159590a0e37697ddab616d4e18a8df-CC-51256307-20241214014555340492

# Filing Receipt for Trademark/Service Mark Application for Registration on the Principal Register and Next Steps in the Application Process

Thank you for submitting your trademark application to the U.S. Patent and Trademark Office (USPTO)! You have started the legal process to federally register your mark.

This filing receipt confirms that you successfully submitted your application, which now must be reviewed to see if it qualifies for registration. Registration is not *automatic or guaranteed*. Below you will see your mark, the serial number assigned to your application, and a description of what happens next in the application process. Carefully review this information to make sure it is correct and so you know what to expect. We also highly recommend keeping a copy for your records.

**Please pay attention to the section below regarding scams and read the [Protect against scams section](#) on our website.** Also, we encourage you to take advantage of the resources we have linked at the end for first-time applicants, startups, and women entrepreneurs.

**Your mark**
 ALIVER JAMAICAN BLACK CASTOR OIL (stylized and/or with design, MRK1041725478-015233906_._oil_drop.jpg)
The literal element of the mark consists of ALIVER JAMAICAN BLACK CASTOR OIL. The color(s) green, black, yellow, brown is/are claimed as a feature of the mark. The mark consists of a two-dimensional product label consisting of a black and green background and green castor plants and leaves across the top. In the center at the top is the stylized wording ALIVER inside a green rectangle carrier with two curvy corners. Underneath is the stylized wording JAMAICAN Black Castor Oil. Below to the left is an image consisting of green castor plant leaf and seeds in brown and to the right is an image of a drop of yellow oil.

**Your serial number**
Your application was assigned serial number '98902766'. You must refer to your serial number in all communications about your application.

**What you should do right now**
Review your application data below for any errors. If you find an error, visit the [After You File webpage](#) for information on correcting errors. You can also watch the [After you file video](#) for an overview of the most important issues to be aware of after filing.

**What we do next**
Now that your application has been submitted, it will eventually be assigned to an examining attorney. The examining attorney reviews your application to make sure it meets all of the legal requirements and that your mark is registrable. To learn more, please visit the [Examination of your application webpage](#) and the [Trademark basics webpage](#).

>   **Marks with a design element**
>   If your mark includes a design element, we'll assign it one or more [design search codes](#). We'll notify you of these codes within the next several weeks and you can suggest that we add or delete a design search code from your file.
>
>   **Timing**
>   It will take some time before you hear from the examining attorney. Check out [what impacts how long it takes to register](#) your mark and the [current average processing times](#).
>
>   **Office actions**
>   If your application does not meet all of the requirements, you'll receive a communication from your examining attorney called an "office action." This doesn't automatically mean your mark isn't registrable. It describes any issues the examining attorney found in your application. Your reply to an office action is an opportunity to resolve the issues. You must reply by the deadline to continue the application process and avoid abandonment of your application.
>
>   If you have questions, see [how to respond to office actions](#) or call the assigned examining attorney. The attorney's contact information is included in the office action. They can help clarify the issues raised in the office action at no cost to you. Please keep in mind that they cannot provide you with legal advice.

**What else you should do**
These are things to monitor while your application moves through the examination process.

**Keep your addresses current in USPTO records**
If your postal or email address changes, you must update the owner's address using the electronic filing forms on our website. We don't extend filing deadlines if you don't receive USPTO mail or email.

**Check your application status in our database every three to four months**
To be sure that you don't miss an important email from us, and to avoid the possible abandonment of your application, check your application status and review your documents in our database, Trademark Status and Document Retrieval (TSDR), every three to four months.
TSDR contains your complete application record. It includes every communication we send you and every action related to your application.

**Watch out for scams**
Recognizing common signs of a scam can help you avoid costly mistakes. Scammers pretend to be from the USPTO, often state there's some sort of problem with your application, pressure you to act immediately, and tell you to pay some sort of fee or provide personal information. Some will even call you and use names, numbers, and locations of real USPTO employees to try to steal your money or personal information. USPTO employees will never ask you for your personal or payment information over the phone.

If you receive a notification about paying to publish your trademark in a directory, avoid doing so. Trademark directory listings aren't necessary. They're unofficial and not associated with the USPTO.

All official communications will be from the "United States Patent and Trademark Office" in Alexandria, Virginia, and from emails with the domain "uspto.gov." If you're unsure about whether a communication is from us, call or email the Trademark Assistance Center or check your records in our database, TSDR. Any official communications we send you will be uploaded to your records in TSDR. Visit protect against scams on our website.

## Stay current with USPTO
Sign up to get Trademark Alert emails to stay up to date with changes in the USPTO that may impact your application or registration. This may include upcoming system changes, events and roundtables, rules changes, and other operational matters.

**How to sign up**
On our subscription center webpage, select the Subscribe button, enter your email address, and select the Submit button. Consent to the privacy policy and select the Submit button. You can choose to receive emails about all United States Patent and Trademark (USPTO) topics or specific topics (e.g., Trademark Alerts). Pick your areas of interest, then select the Submit button.

## Provide feedback
You may receive a survey invitation in a separate email. Let us know how we can improve your experience.

## Resources for new applicants
We have many resources available for small business owners, first-time applicants, and entrepreneurs taking the first step to protect their trademark. Read the welcome letter from our leaders for details.



Kathi Vidal
Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office

Derrick Brent
Deputy Under Secretary of Commerce for Intellectual Property and Deputy Director of the United States Patent and Trademark Office

## The information submitted in the application appears below:

PTO- 1478
Approved for use through 08/31/2027. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

Trademark/Service Mark Application, Principal Register
**TEAS Plus Application**
***NOTE:*** *Data fields with the* * *are mandatory. The wording "(if applicable)" appears where the field is only mandatory*

*under the facts of the particular application.*

The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| MARK INFORMATION | |
| *MARK | MRK1041725478-015233906_. _oil_drop.jpg |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | ALIVER JAMAICAN BLACK CASTOR OIL |
| *COLOR MARK | YES |
| *COLOR(S) CLAIMED (If applicable) | The color(s) green, black, yellow, brown is/are claimed as a feature of the mark. |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of a two-dimensional product label consisting of a black and green background and green castor plants and leaves across the top. In the center at the top is the stylized wording ALIVER inside a green rectangle carrier with two curvy corners. Underneath is the stylized wording JAMAICAN Black Castor Oil. Below to the left is an image consisting of green castor plant leaf and seeds in brown and to the right is an image of a drop of yellow oil. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 844 x 762 |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Shenzhen Moulis Electronic Co.,Ltd |
| INTERNAL ADDRESS | 601, Property Building, 44 District |
| *MAILING ADDRESS | Anle Community, Xin'an St., Bao'an Dist. |
| *CITY | Shenzhen |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | China |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 518000 |
| *EMAIL ADDRESS | salesec@126.com |
| LEGAL ENTITY INFORMATION | |
| *TYPE | limited company (ltd.) |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | China |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| *INTERNATIONAL CLASS | 003 |

| | |
|---|---|
| *IDENTIFICATION | Oil baths for hair care; Oils for cosmetic purposes; Oils for hair conditioning; Almond oil for cosmetic purposes; Argan oil for cosmetic purposes; Aromatic oils; Aromatic essential oils; Bath oils; Body oil; Body oils; Castor oil for cosmetic purposes; Coconut oil for cosmetic purposes; Cosmetic oils; Cosmetic olive oil for the face and body; Essential oils; Essential oils for personal use; Essential oils, namely, pine oils; Face oils; Facial oils; Grape seed oil for cosmetic use; Hair oils; Massage oil; Massage oils; Scented oils |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 08/01/2023 |
| FIRST USE IN COMMERCE DATE | At least as early as 08/01/2023 |
| SPECIMEN FILE NAME(S) | SPE0-26038001eb3fcf46c080 d061cfd7dccd-20241212173 2 43543708_.__Nourishing_Oi |
| | SPE0-26038001eb3fcf46c080 d061cfd7dccd-20241212173 2 43543708_._ld_Pressed_Gla |
| SPECIMEN DESCRIPTION | Applicant's retail website featuring product with the trade dress |
| WEBPAGE URL | https://www.walmart.com/ip/Aliver-Jamaican-Black-Castor-Oil-for-Body-Massage-Castor-Oil-Anti-Aging-Oil-Hair-Nourishing-Oil-100-Pure-Cold-Pressed-120ML/5358426948?athcpid=5358426948&athpgid=AthenaItempage&athcgid=null&athznid=si&athieid=v0_eeMjAuMCw5ODAuMCwwLjAxNjQ0NzM5NTQ2MjA2NTI2LDAuNV8&athstid=CS055~CS004&athguid=J9VhlVkqo7qjIcvmiDnPPknJFmGcnq2aTD-0&athancid=3125003506&athposb=0&athena=true |
| WEBPAGE DATE OF ACCESS | 12/12/2024 |
| WEBPAGE URL | https://www.amazon.com/NIFEISHI-Jamaican-Castor-Organic-Pressed/dp/B0CYX4T3Y9/ref=sr_1_3?dib=eyJ2IjoiMSJ9.M1CFya_4kCcEAz4_3AAozMtkAId7rozHU-5taDLNAEx62Mx0_NzF-z3RkftLn5SJbPXaZqjC8ZOnMHn7n0GnzEKEcyCRhGDpzT-R1L0gMy5bOMAzeE_YX0L5vZg406DPMGkcqkmcgZIprByO6QhUXKysCZeyHax45EJv1F_z_3LnQpOTgL8y2NkUhx7ONr9zo30z4M-Yuf-n2_jiOCaOWAnGcWimhxB9FzNKxfg_9Iw.xCF7Y52uJwXb81XQ_9hnntK62UG3mfanzS4bJ9swjqQ&dib_tag=se&m=A2Z3D6U6YOCTYI&marketplaceID=ATVPDKIKX0DER&qid=1734043012&s=merchant-items&sr=1-3 |
| WEBPAGE DATE OF ACCESS | 12/12/2024 |
| ADDITIONAL STATEMENTS SECTION | |
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | The applicant claims ownership of active prior U.S. Registration Number(s) 5614277 and 6833660. |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| | No claim is made to the exclusive right to use JAMAICAN BLACK |

| | |
|---|---|
| **DISCLAIMER** | CASTOR OIL apart from the mark as shown. |
| **ATTORNEY INFORMATION** | |
| **NAME** | DI LI |
| **ATTORNEY DOCKET NUMBER** | DLL |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | 294173 |
| **YEAR OF ADMISSION** | 2013 |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | California |
| **FIRM NAME** | Di Li Law, P.C. |
| **STREET** | 18725 Gale Ave., Ste 208 |
| **CITY** | City of Industry |
| **STATE** | California |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 91748 |
| **PHONE** | 626-723-4849 |
| **FAX** | 626-956-0744 |
| **EMAIL ADDRESS** | di@dililaw.com |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | DI LI |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | di@dililaw.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | maggie@dililaw.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 250 |
| **\*TOTAL FEES DUE** | 250 |
| **\*TOTAL FEES PAID** | 250 |
| **SIGNATURE INFORMATION** | |
| **\* SIGNATURE** | /Di Li/ |
| **\* SIGNATORY'S NAME** | DI LI |
| **\* SIGNATORY'S POSITION** | Attorney of record |

| | |
|---|---|
| **SIGNATORY'S PHONE NUMBER** | 626-723-4849 |
| **\* DATE SIGNED** | 12/13/2024 |
| **SIGNATURE METHOD** | Signed directly within the form |

PTO- 1478

Approved for use through 08/31/2027. OMB 0651-0009

U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

Serial Number: 98902766
Filing Date: 12/14/2024

### To the Commissioner for Trademarks:

The applicant, Shenzhen Moulis Electronic Co.,Ltd, a limited company (ltd.) legally organized under the laws of China, having an address of
    601, Property Building, 44 District
    Anle Community, Xin'an St., Bao'an Dist.
    Shenzhen 518000
    China
    salesec@126.com

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 003: Oil baths for hair care; Oils for cosmetic purposes; Oils for hair conditioning; Almond oil for cosmetic purposes; Argan oil for cosmetic purposes; Aromatic oils; Aromatic essential oils; Bath oils; Body oil; Body oils; Castor oil for cosmetic purposes; Coconut oil for cosmetic purposes; Cosmetic oils; Cosmetic olive oil for the face and body; Essential oils; Essential oils for personal use; Essential oils, namely, pine oils; Face oils; Facial oils; Grape seed oil for cosmetic use; Hair oils; Massage oil; Massage oils; Scented oils

Use in Commerce: The applicant is using the mark in commerce on or in connection with the identified goods/services. The applicant attaches, or will later submit, one specimen as a JPG/PDF image file showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, regardless of whether the mark itself is in the standard character format or is a stylized or design mark. The specimen image file may be in color, and the image must be in color if color is being claimed as a feature of the mark.

In International Class 003, the mark was first used by the applicant or the applicant's related company or licensee predecessor in interest at least as early as 08/01/2023, and first used in commerce at least as early as 08/01/2023, and is now in use in such commerce. The applicant is submitting one(or more) specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods/services, consisting of a(n) Applicant's retail website featuring product with the trade dress.
Specimen-1 [SPE0-26038001eb3fcf46c080 d061cfd7dccd-202412121732 43543708_.__Nourishing_Oi l_100__Pure___Cold-Presse d_120ML_-_Walmart.com.pdf ]
Specimen-2 [SPE0-26038001eb3fcf46c080 d061cfd7dccd-202412121732 43543708_._ld_Pressed_Gla ss_Bottle__4.04_fl_oz___B eauty___Personal_Care.pdf ]

Webpage URL: https://www.walmart.com/ip/Aliver-Jamaican-Black-Castor-Oil-for-Body-Massage-Castor-Oil-Anti-Aging-Oil-Hair-Nourishing-Oil-100-Pure-Cold-Pressed-
120ML/5358426948?athcpid=5358426948&athpgid=AthenaItempage&athcgid=null&athznid=si&athieid=v0_eeMjAuMCw5O DAuMCwwLjAxNjQ0NzM5NTQ2MjA2NTI2LDAuNV8&athstid=CS055~CS004&athguid=J9VhlVkqo7qjIcvmiDnPPknJFmGcnq 2aTD-0&athancid=3125003506&athposb=0&athena=true
Webpage Date of Access: 12/12/2024
Webpage URL: https://www.amazon.com/NIFEISHI-Jamaican-Castor-Organic-
Pressed/dp/B0CYX4T3Y9/ref=sr_1_3?dib=eyJ2IjoiMSJ9.M1CFya_4kCcEAz4_3AAozMtkAId7rozHU-
5taDLNAEx62Mx0_NzF-z3RkftLn5SJbPXaZqjC8ZOnMHn7n0GnzEKEcyCRhGDpzT-
R1L0gMy5bOMAzeE_YX0L5vZg406DPMGkcqkmcgZlprByO6QhUXKysCZeyHax45EJv1F_z_3LnQpOTgL8y2NkUhx7ONr9z o30z4M-Yuf-
n2_jiOCaOWAnGcWimhxB9FzNKxfg_9Iw.xCF7Y52uJwXb81XQ_9hnntK62UG3mfanzS4bJ9swjqQ&dib_tag=se&m=A2Z3D6 U6YOCTYI&marketplaceID=ATVPDKIKX0DER&qid=1734043012&s=merchant-items&sr=1-3
Webpage Date of Access: 12/12/2024

**Disclaimer**
No claim is made to the exclusive right to use JAMAICAN BLACK CASTOR OIL apart from the mark as shown.

**Claim of Active Prior Registration(s)**
The applicant claims ownership of active prior U.S. Registration Number(s) 5614277 and 6833660.

The owner's/holder's proposed attorney information: DI LI. DI LI of Di Li Law, P.C., is a member of the California bar, admitted to the bar in 2013, bar membership no. 294173, is located at
   18725 Gale Ave., Ste 208
   City of Industry, California 91748
   United States
   626-723-4849(phone)
   626-956-0744(fax)
   di@dililaw.com
The docket/reference number is DLL.
DI LI submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

 The applicant's current Correspondence Information:
   DI LI
   PRIMARY EMAIL FOR CORRESPONDENCE: di@dililaw.com
   SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): maggie@dililaw.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**



**Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

- To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

- To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

- The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the

application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Di Li/   Date: 12/13/2024
Signatory's Name: DI LI
Signatory's Position: Attorney of record
Signatory's Phone Number: 626-723-4849
Signature method: Signed directly within the form

---

Thank you,

The TEAS support team
Sat Dec 14 01:59:42 ET 2024
STAMP: USPTO/FTK-104.172.54.78-20241214015942468524-98902766-
8709adc8c46adeefe439e945fddfb1a189b18e4347259d5c337a87da0f35a2c7-CC-59417100-20241214015233906953