UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-61886-JB

XYZ CORPORATION,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

### DECLARATION OF GRIFFIN C. KLEMA, ESQ.

I, Griffin C. Klema, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 of the following is true and correct:

1. I am counsel for defendant Shenzhen Moulis Electronic Co., Ltd. in this action.

2. I submit this declaration in support of Shenzhen Moulis's response to plaintiff's motion for preliminary injunction. [ECF 14]

3. On Friday, December 13, 2024, I searched the Wayback Machine on the Internet Archive for the website https://www.aliver.com/products/aliver-jamaican-black-castor-oil and found an archived copy of that web page dated September 26, 2023. I took a screen capture, which is attached hereto as Exhibit 1.

4. On that same date I also searched the Wayback Machine for a different website, https://www.aliver.com/products/aliver-100-pure-natural-jamaican-black-castor-

oil and found an archived copy of that webpage dated March 22, 2023. A screen capture of that site is attached hereto as Exhibit 2.

5. From the https://www.aliver.com/products/aliver-jamaican-black-castor-oil page, I downloaded a copy of the image from pinpoint URL of https://www.aliver.com/cdn/shop/files/5_9295931f-7dda-4112-89b5-dfe74a8c0144.jpg a copy of that image is attached hereto as Exhibit 3. I noticed that the leaf in the lower right-hand corner appeared to be remarkably similar to the leaf on the product's box. In particular, an indentation on one side of the central upper leaflet, as well as other features appear to be identical. Attached hereto as Exhibit 4 is markup comparison of those features.

6. From the https://www.aliver.com/products/aliver-100-pure-natural-jamaican-black-castor-oil page, I downloaded a copy of the image from pinpoint URL of https://www.aliver.com/cdn/shop/products/4_ac66e84b-1b6e-4531-b40e-3b80670580f7.jpg a copy of that image is attached hereto as Exhibit 5. Like the other image, I noticed that the graphical element in the lower right-hand corner appeared to be remarkably similar to the graphical element on the product's bottle label. The color and shape of the leaf, as well as the seed pods appear to be mirror images of each other. Attached hereto as Exhibit 6 is markup comparison of those features.

Dated: December 13, 2024.

      /s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381

Tampa, FL 33672  
420 W. Kennedy Boulevard  
Tampa, FL 33606  
Telephone: 202-713-5292  
Attorney for Defendants