UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 0:24-cv-61886

XYZ CORPORATION,

Plaintiff,                                                                          **FILED UNDER SEAL**

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants,

_____/

**STATUS OF ORDER AUTHORIZING
ALTERNATE SERVICE OF PROCESS ON DEFENDANTS
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(F)(3)**

Plaintiff, Guangzhou tinpod Electronic Technology Co., Ltd (hereinafter referred to as "Plaintiff"), by and through the undersigned counsel, hereby submitting the STATUS OF ORDER AUTHORIZING ALTERNATE SERVICE OF PROCESS ON DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(F)(3).

1. Plaintiff, XYZ CORPORATION ("Plaintiff") filed the present action on October 12, 2024 to combat the willful and intentional copyright infringement for 2-dimensional artwork for Black Castor Oil 1, Black Castor Oil 2, Black Castor Oil 3 and Black Castor Oil 4 (hereinafter "Plaintiff's Copyright") registered with the U.S. Copyright Office. Plaintiff holds an

exclusive copyright registration, which plaintiff utilizes for the selling, marketing and promotion of retail goods. (ECF No. 1)

2. Plaintiff obtained a Temporary Restraining Order (TRO) on December 2, 2024, against various sellers engaging in infringing activities on platforms such as Amazon, Walmart, and eBay.

3. To date, Plaintiff has received seller information from the Walmart Marketplace.

4. Plaintiff has served the defendants whose details were provided by Walmart Marketplace.

5. Plaintiff has made repeated attempts to contact Amazon and eBay, via email, requesting the necessary seller information. However, as of today, Plaintiff has not received any response or data from Amazon or eBay.

Respectfully submitted on this 16th day of December, 2024.

**FELDENKRAIS LAW, P.A.**
Attorneys for Plaintiffs
20533 Biscayne Blvd. Suite 469
Aventura, FL 33180
Telephone: (305) 528-9614
Email: mfeldenkrais@gmail.com
By: /s/ Michael Feldenkrais, Esq.
Florida Bar No. 991708

**DEFEDANTS ALREADY SERVED**

| Defendant No. | Seller Name | Store URL | Partner ID |
|---|---|---|---|
| 44 | GOLFAN | https://www.walmart.com/seller/101089754 | 10001109118 |
| 32 | Elaimei | https://www.walmart.com/seller/101110860 | 10001130222 |
| 31 | Aliver Official | https://www.walmart.com/seller/101111753 | 10001131115 |
| 75 | AIJIA Co. Ltd | https://www.walmart.com/seller/101122574 | 10001141936 |
| 38 | SanYu Technology Co. | https://www.walmart.com/seller/101179138 | 10001198500 |
| 33 | SEFUDUN | https://www.walmart.com/seller/101185218 | 10001204579 |
| 57 | YUAN Beauty Shop | https://www.walmart.com/seller/101199087 | 10001218448 |
| 37 | Xuerui E-commerce Co., Ltd | https://www.walmart.com/seller/101218787 | 10001238147 |
| 97 | Ihydz | https://www.walmart.com/seller/101232892 | 10001252252 |
| 64 | Chong | https://www.walmart.com/seller/101245861 | 10001265221 |
| 63 | Alaparte Travel Essentials | https://www.walmart.com/seller/101295787 | 10001315147 |
| 91 | MYY Co. Ltd | https://www.walmart.com/seller/101299302 | 10001318662 |
| 35 | Oimmal | https://www.walmart.com/seller/101301085 | 10001320445 |
| 39 | MZBoutiques | https://www.walmart.com/seller/101462780 | 10001482132 |
| 51 | Leodye | https://www.walmart.com/seller/101478883 | 10001498236 |

| 56 | Teissuly Direct | https://www.walmart.com/seller/10148 7753 | 10001507 104 |
| --- | --- | --- | --- |
| 59 | Mei li xue | https://www.walmart.com/seller/10150 6405 | 10001525 759 |
| 113 | SlfdSeng | https://www.walmart.com/seller/10151 1950 | 10001531 300 |
| 90 | Nrnabes Co. Ltd | https://www.walmart.com/seller/10153 3660 | 10001553 010 |
| 73 | AYFFDIYI | https://www.walmart.com/seller/10153 3806 | 10001553 156 |
| 60 | Yinyu | https://www.walmart.com/seller/10153 3899 | 10001553 254 |
| 69 | Kediluo | https://www.walmart.com/seller/10153 3905 | 10001553 255 |
| 43 | ouytwer | https://www.walmart.com/seller/10155 2305 | 10001571 666 |
| 42 | Jeemaytoo | https://www.walmart.com/seller/10156 6261 | 10001585 613 |
| 67 | Afunyo | https://www.walmart.com/seller/10156 6671 | 10001586 028 |
| 66 | crazyview | https://www.walmart.com/seller/10157 2167 | 10001591 518 |
| 52 | BaoHeng | https://www.walmart.com/seller/10157 4804 | 10001594 154 |
| 62 | XiAng | https://www.walmart.com/seller/10157 9758 | 10001599 108 |
| 47 | DXOUPM Clothing | https://www.walmart.com/seller/10157 9943 | 10001599 294 |
| 49 | YISHi | https://www.walmart.com/seller/10158 5431 | 10001604 782 |
| 92 | Yiyidesf | https://www.walmart.com/seller/10159 1069 | 10001610 421 |
| 46 | WEIER Co.Ltd | https://www.walmart.com/seller/10160 7833 | 10001627 185 |

| 48 | AI Retailer LLC | https://www.walmart.com/seller/101609633 | 10001628986 |
| --- | --- | --- | --- |
| 36 | TaiYuanShiBianQuanShangMao | https://www.walmart.com/seller/101610850 | 10001630200 |
| 61 | GuangZhouQiangFengXinShiPinYouXianGo | https://www.walmart.com/seller/101614860 | 10001634209 |
| 55 | FuShi | https://www.walmart.com/seller/101614898 | 10001634248 |
| 79 | DIBOLAI | https://www.walmart.com/seller/101618568 | 10001637918 |
| 53 | Capebale | https://www.walmart.com/global/seller//101619248 | 10001638597 |
| 105 | ShenZhenShiChunHeQing | https://www.walmart.com/seller/101628332 | 10001647683 |
| 72 | bznwn | https://www.walmart.com/seller/101628386 | 10001647735 |
| 71 | YGUANGWENI | https://www.walmart.com/seller/101628640 | 10001647990 |
| 70 | xijunyuan | https://www.walmart.com/seller/101629622 | 10001648972 |
| 45 | zhongjianyong | https://www.walmart.com/seller/101629764 | 10001649114 |
| 68 | Beessbest | https://www.walmart.com/seller/101629917 | 10001649273 |
| 58 | AiFuDian | https://www.walmart.com/seller/101631103 | 10001650453 |
| 77 | GXFCAI | https://www.walmart.com/seller/101631137 | 10001650497 |
| 76 | Lufly | https://www.walmart.com/seller/101632825 | 10001652180 |
| 110 | WalGRHFR | https://www.walmart.com/global/seller//101633511 | 10001652861 |
| 82 | HKEJIAOI | https://www.walmart.com/seller/101639512 | 10001658862 |

| 111 | An An Sheng Co., Ltd. | https://www.walmart.com/seller/101641296 | 10001660646 |
| --- | --- | --- | --- |
| 40 | haerbinshengyimeikejiyouxiangongsi | https://www.walmart.com/seller/101642280 | 10001661630 |
| 101 | PQBWAFI | https://www.walmart.com/seller/101643827 | 10001663182 |
| 106 | Way to Celebrate, Inc. | https://www.walmart.com/seller/101646637 | 10001665992 |
| 50 | Tardaianiella | https://www.walmart.com/seller/101653606 | 10001672956 |
| 81 | RuiYuanAiDianZi | https://www.walmart.com/seller/101654327 | 10001673677 |
| 98 | Ouqilin | https://www.walmart.com/seller/101657876 | 10001677226 |
| 89 | GoldHub Co. Ltd | https://www.walmart.com/seller/101662883 | 10001682233 |
| 115 | Yanhecun | https://www.walmart.com/global/seller/101662922 | 10001682272 |
| 102 | XZZjjl | https://www.walmart.com/global/seller/101666241 | 10001685593 |
| 78 | yinzhouyi | https://www.walmart.com/seller/101670144 | 10001689495 |
| 99 | invdc | https://www.walmart.com/seller/101671053 | 10001690404 |
| 65 | BeiGaoFu | https://www.walmart.com/seller/101672358 | 10001691707 |
| 41 | SeaAZgurtles | https://www.walmart.com/seller/101673050 | 10001692401 |
| 54 | Momihoom | https://www.walmart.com/seller/101677827 | 10001697177 |
| 114 | guangzhouNIANliangchenkejiyouxianGong | https://www.walmart.com/seller/101680537 | 10001699890 |
| 107 | UW Clothing | https://www.walmart.com/seller/101681648 | 10001700998 |

| 74 | YUANYI Co. Ltd | https://www.walmart.com/seller/101684397 | 10001703749 |
| 100 | biggeng | https://www.walmart.com/seller/101684448 | 10001703798 |
| 93 | Chenqiufeng | https://www.walmart.com/global/seller/101686238 | 10001705589 |
| 86 | ZiKeFuShi | https://www.walmart.com/seller/101690542 | 10001709891 |
| 95 | Biyunhua | https://www.walmart.com/global/seller/102478003 | 10002497360 |
| 84 | yangdechuansichuan | https://www.walmart.com/global/seller/102478173 | 10002497530 |
| 83 | BAWN LLC | https://www.walmart.com/seller/102493077 | 10002512434 |
| 88 | PaiJianHe | https://www.walmart.com/seller/102497607 | 10002516964 |
| 87 | JinTingFu | https://www.walmart.com/seller/102503843 | 10002523200 |
| 80 | DIBOLAI GLOBAL | https://www.walmart.com/seller/102505150 | 10002524507 |
| 85 | MingSongHua | https://www.walmart.com/seller/102509713 | 10002529075 |
| 96 | TUWEN | https://www.walmart.com/global/seller/102514430 | 10002533794 |

## **DEFEDANTS BEING NOT SERVED**

| Defendant | Platform | Defendant Seller | Store URL |
|---|---|---|---|
| 1 | Amazon | SHANWU | https://www.amazon.com/sp?ie=UTF8&seller=A2Z3D6U6YOCTYI |
| 2 | Amazon | ChrizBStore LLC | https://www.amazon.com/sp?ie=UTF8&seller=A2ANGO217MTGAZ |
| 3 | Amazon | Fun Share Official | https://www.amazon.com/sp?ie=UTF8&seller=ATIX15FFRLLJT |
| 4 | Amazon | Fashion T Office | https://www.amazon.com/sp?ie=UTF8&seller=ALSP0T0PKPIBY |
| 5 | Amazon | Chiu Shop | https://www.amazon.com/sp?ie=UTF8&seller=A2FKEUL33BEE4O |
| 6 | Amazon | JunKuJK | https://www.amazon.com/sp?ie=UTF8&seller=A101ALVQHJNZ67 |
| 7 | Amazon | ONE ONE Shop | https://www.amazon.com/sp?ie=UTF8&seller=A5IQ1HBE1JPFE |
| 8 | Amazon | KuiyaShangmao | https://www.amazon.com/sp?ie=UTF8&seller=A2523WNOBCC56P& |
| 9 | Amazon | libanshangmao | https://www.amazon.com/sp?ie=UTF8&seller=A1DUGWUZT5WRDY |
| 10 | Amazon | WallArt-US | https://www.amazon.com/sp?ie=UTF8&seller=A17ENGE7OREJBR |
| 11 | Amazon | Mianyangchuangshiyou | https://www.amazon.com/sp?ie=UTF8&seller=A15W4E1EZPOEIP |
| 12 | Amazon | yongxudedian | https://www.amazon.com/sp?ie=UTF8&seller=A1BNEJH8LYKDFV |
| 13 | Amazon | Biewals Store | https://www.amazon.com/sp?ie=UTF8&seller=A13FXR6HYSCN01 |
| 14 | Amazon | MAEUS | https://www.amazon.com/sp?ie=UTF8&seller=A3MO89VRQNSFA5 |
| 15 | Amazon | yawei11 | https://www.amazon.com/sp?ie=UTF8&seller=A1YW3ZLM3VLDPH |
| 16 | Amazon | YunNanXunAnShangMaoYouXianGongSi | https://www.amazon.com/sp?ie=UTF8&seller=AFTUYA7ZZQPTC |
| 17 | Amazon | Sytani | https://www.amazon.com/sp?ie=UTF8&seller=A3UVS1L1F7M7Y3 |
| 18 | Amazon | MINRONHOME | https://www.amazon.com/sp?ie=UTF8&seller=A3GGGCQSP8A3F3& |
| 19 | Amazon | lihaitengshisanzhan | https://www.amazon.com/sp?ie=UTF8&seller=A1RJSOQZ8MP974 |
| 20 | Amazon | Beauty Nature | https://www.amazon.com/sp?ie=UTF8&seller=A2GGT8T4K91DXK |
| 21 | Amazon | tangxiashangmao | https://www.amazon.com/sp?ie=UTF8&seller=ASZ4L0YAMRJPX |
| 22 | Amazon | FCZJYUS | https://www.amazon.com/sp?ie=UTF8&seller=A22S5AHVS8XM5M |
| 23 | Amazon | Mcukv Beauty | https://www.amazon.com/sp?ie=UTF8&seller=A1OUS3VESIE24I |
| 24 | Amazon | HENCUK | https://www.amazon.com/sp?ie=UTF8&seller=ANWMUDV202TOM |
| 25 | Amazon | Stellar Express | https://www.amazon.com/sp?ie=UTF8&seller=A2QTKE7O8ZC976 |
| 26 | Amazon | Yep US | https://www.amazon.com/sp?ie=UTF8&seller=A2WMYI73JD47EE |
| 27 | Amazon | shenzhenshifeikoushengwukejiyouxiangon | https://www.amazon.com/sp?ie=UTF8&seller=A3ILUN3URPA6M6 |
| 28 | Amazon | Artzira | https://www.amazon.com/sp?ie=UTF8&seller=A7U32LC438XOD |
| 29 | Amazon | li521322101 | https://www.amazon.com/sp?ie=UTF8&seller=A123OC16XUENJ5 |
| 30 | Amazon | Spectree | https://www.amazon.com/sp?ie=UTF8&seller=A2XVDZSBAUP0N1&asin=B0CQBWQ3Z&ref_=dp_merchant_link&isAmazonFulfilled=1 |
| 116 | Ebay | S&P_Sales | https://www.ebay.com/str/shapur24?_trksid=p4429486.m3561.l161211 |
| 117 | Ebay | estelede.11 | https://www.ebay.com/sch/i.html?item=266684477893&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=estelede.11 |
| 118 | Ebay | healthnutlv | https://www.ebay.com/str/healthnutlv?_trksid=p4429486.m3561.l161211 |
| 119 | Ebay | Game Lott | https://www.ebay.com/str/gamelott?_trksid=p4429486.m3561.l161211 |
| 120 | Ebay | huey_g | https://www.ebay.com/sch/i.html?item=156220063558&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=huey_g |
| 121 | Ebay | Woo Hoo Treasures | https://www.ebay.com/str/woohootreasures?_trksid=p4429486.m3561.l161211 |
| 122 | Ebay | AR.Resell | https://www.ebay.com/str/arresell?_trksid=p4429486.m3561.l161211&_tab=feedback |
| 123 | Ebay | dadeals_2020 | https://www.ebay.com/sch/i.html?item=355504722113&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=dadeals_2020 |
| 124 | Ebay | Country Cottage | https://www.ebay.com/str/thesummersclub?_trksid=p4429486.m3561.l161211 |
| 125 | Ebay | heavyginners | https://www.ebay.com/sch/i.html?item=204568273054&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=heavyginners |
| 126 | Ebay | CzKc | https://www.ebay.com/str/computerzonekc?_trksid=p4429486.m3561.l161211 |
| 127 | Ebay | teknofrenzillc | https://www.ebay.com/sch/i.html?item=335191448179&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=teknofrenzillc |
| 128 | Ebay | phillietheclown1964 | https://www.ebay.com/sch/i.html?item=285788474111&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=phillietheclown1964 |
| 129 | Ebay | mikecheng | https://www.ebay.com/str/mikecheng?_trksid=p4429486.m3561.l161211 |

| 130 | Ebay | urukzone | https://www.ebay.com/str/urukzone?_trksid=p4429486.m3561.l161211 |
|---|---|---|---|
| 131 | Ebay | ami.shibe | https://www.ebay.com/str/amishibe?_trksid=p4429486.m3561.l161211&_tab=feedback |
| 132 | Ebay | canton0000_0 | https://www.ebay.com/sch/i.html?item=145520102427&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=canton0000_0 |
| 133 | Ebay | littlehappys4u | https://www.ebay.com/sch/i.html?item=126500860271&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=littlehappys4u |
| 134 | Ebay | cloudyonthewest | https://www.ebay.com/sch/i.html?item=355345141637&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=cloudyonthewest |
| 135 | Ebay | binngo | https://www.ebay.com/sch/i.html?item=156173705860&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=binngo |
| 136 | Ebay | lemac-1062 | https://www.ebay.com/sch/i.html?item=355716225754&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=lemac-1062 |
| 137 | Ebay | macam9612 | https://www.ebay.com/sch/i.html?item=364903671252&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=macam9612 |
| 138 | Ebay | Hot Deals Store - 2024 | https://www.ebay.com/str/hotdealsstore2021?_trksid=p4429486.m3561.l16121 |
| 139 | Ebay | khoandr_0 | https://www.ebay.com/sch/i.html?item=364572161999&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=khoandr_0 |
| 140 | Ebay | gthbf5 | https://www.ebay.com/str/gthbf5?_trksid=p4429486.m3561.l161211 |
| 141 | Ebay | mxdresale | https://www.ebay.com/sch/i.html?item=156127992261&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=mxdresale |
| 142 | Ebay | nona-22-3 | https://www.ebay.com/sch/i.html?item=186414403632&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=nona-22-3 |
| 143 | Ebay | sonia art studio | https://www.ebay.com/str/soniaartstudio?_trksid=p4429486.m3561.l161211 |

| 144 | Ebay | iibs49 | https://www.ebay.com/sch/i.html?item=296205500708&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=iibs49 |
|---|---|---|---|
| 145 | Ebay | jegeo_3271 | https://www.ebay.com/sch/i.html?item=404846726937&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=jegeo_3271 |
| 146 | Ebay | bonesbooth95 | https://www.ebay.com/sch/i.html?item=116159625744&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=bonesbooth95 |
| 147 | Ebay | quickdisp0 | https://www.ebay.com/sch/i.html?item=355103042740&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=quickdisp0 |
| 148 | Ebay | pandorafinds | https://www.ebay.com/sch/i.html?item=355507631997&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=pandorafinds |
| 149 | Ebay | goodsdiscounts | https://www.ebay.com/usr/goodsdiscounts?_tab=about |
| 150 | Ebay | abrarahi0 | https://www.ebay.com/sch/i.html?item=145402320650&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=abrarahi0 |
| 151 | Ebay | elainberr | https://www.ebay.com/sch/i.html?item=256380452066&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=elainberr |
| 152 | Ebay | greatergoods11 | https://www.ebay.com/sch/i.html?item=196363046130&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=greatergoods11 |
| 153 | Ebay | annyshopws | https://www.ebay.com/sch/i.html?item=315172395871&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=annyshopws |
| 154 | Ebay | mewic_46 | https://www.ebay.com/sch/i.html?item=315205620296&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=mewic_46 |
| 155 | Ebay | holistichealinghaven | https://www.ebay.com/sch/i.html?item=166780078078&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=holistichealinghaven |
| 156 | Ebay | crownzofficals | https://www.ebay.com/sch/i.html?item=375190014051&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=crownzofficals |
| 157 | Ebay | eagleq67 | https://www.ebay.com/sch/i.html?item=404598985325&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=eagleq67 |
| 158 | Ebay | kamkh7390 | https://www.ebay.com/sch/i.html?item=296185396697&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=kamkh7390 |
| 159 | Ebay | authenticjammarket | https://www.ebay.com/str/authenticjammarket?_trksid=p4429486.m3561.l161211 |
| 160 | Ebay | ketay45 | https://www.ebay.com/sch/i.html?item=305272420278&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=ketay45 |
| 161 | Ebay | dotsonecom | https://www.ebay.com/sch/i.html?item=315321639831&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=dotsonecom |
| 162 | Ebay | nineniftyfinds | https://www.ebay.com/sch/i.html?item=156015405226&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=nineniftyfinds |
| 163 | Ebay | msdeals23 | https://www.ebay.com/sch/i.html?item=404585573538&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=msdeals23 |
| 164 | Ebay | als_kfw8a | https://www.ebay.com/sch/i.html?item=116092788271&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=als-kfw8a |
| 165 | Ebay | k7ol8y7t5 | https://www.ebay.com/str/k7ol8y7t5?_trksid=p4429486.m3561.l161211 |
| 166 | Ebay | marceyscraftsandsoutherngypseyjewels | https://www.ebay.com/sch/i.html?item=235506474259&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=marceyscraftsandsoutherngypseyjewels |
| 167 | Ebay | sdw05f | https://www.ebay.com/sch/i.html?item=166798078360&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=sdw05f |
| 168 | Ebay | graffer*v3f | https://www.ebay.com/str/grafferv3f?_trksid=p4429486.m3561.l161211 |
| 169 | Ebay | mslinda1963 | https://www.ebay.com/sch/i.html?item=375290499748&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=mslinda1963 |
| 170 | Ebay | will_sell_it | https://www.ebay.com/sch/i.html?item=266860421617&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=will_sell_it |
| 171 | Ebay | Great Deals from WI | https://www.ebay.com/str/greatdealsfromwi?_trksid=p4429486.m3561.l16121 |
| 172 | Ebay | cassak-16 | https://www.ebay.com/sch/i.html?item=296475472625&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=cassak-16 |

| 173 | Ebay | corstorellc | https://www.ebay.com/sch/i.html?item=315432044877&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=corstorellc |
| 174 | Ebay | kapic-60 | https://www.ebay.com/sch/i.html?item=285904768938&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=kapic-60 |
| 175 | Ebay | Shipcounts.com | https://www.ebay.com/str/missiondiscounts?_trksid=p4429486.m3561.l16121 1 |
| 176 | Ebay | sellinga-51 | https://www.ebay.com/sch/i.html?item=375506175829&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=sellinga-51 |
| 177 | Ebay | barginbuys2312 | https://www.ebay.com/sch/i.html?item=387322997082&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=barginbuys2312 |
| 178 | Ebay | healthlife3851 | https://www.ebay.com/sch/i.html?item=176496415373&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=healthlife3851 |
| 179 | Ebay | marine0818 | https://www.ebay.com/sch/i.html?item=176547781189&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=marine0818 |
| 180 | Ebay | breyanna11 | https://www.ebay.com/sch/i.html?item=305716706324&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=breyanna11 |
| 181 | Ebay | siha6134 | https://www.ebay.com/sch/i.html?item=335455572386&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=siha6134 |
| 182 | Ebay | williamsaffordableresale | https://www.ebay.com/sch/i.html?item=145944045155&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=williamsaffordableresale |
| 183 | ebay | G-WOODY'S GOODIES | https://www.ebay.com/str/gwoodysgoodies?_trksid=p4429486.m3561.l161211 |
| 184 | ebay | thegreenhouselovegrowshere | https://www.ebay.com/sch/i.html?item=126449503315&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=thegreenhouselovegrowshere |
| 185 | ebay | sagacontinuse | https://www.ebay.com/sch/i.html?item=387069379803&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=sagacontinuse |
| 186 | ebay | santo.1992 | https://www.ebay.com/sch/i.html?item=315270081531&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=santo.1992 |
| 187 | ebay | dnsgower | https://www.ebay.com/sch/i.html?item=266689725387&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=dnsgower |
| 188 | ebay | BeautyStore4u | https://www.ebay.com/str/alfastore11?_trksid=p4429486.m3561.l161211 |
| 189 | ebay | btcfr63 | https://www.ebay.com/sch/i.html?item=186453224672&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=btcfr63 |
| 190 | ebay | sakreestop | https://www.ebay.com/sch/i.html?item=355594735318&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=sakreestop |
| 191 | ebay | sanaastore76 | https://www.ebay.com/str/sanaastore76?_trksid=p4429486.m3561.l161211 |
| 192 | ebay | bestdealsever26 | https://www.ebay.com/sch/i.html?item=176433426296&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=bestdealsever26 |
| 193 | ebay | mimi-thriftyfinds | https://www.ebay.com/sch/i.html?item=156253803274&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=mimi-thriftyfinds |
| 194 | eBay | Lucky store | https://www.ebay.com/str/luckycutebaby?_trksid=p4429486.m3561.l161211 |
| 195 | eBay | herbalhealthshophaven | https://www.ebay.com/sch/i.html?item=166780078078&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=herbalhealthshophaven |