UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **XYZ Corporation,**<br><br>Plaintiff,<br><br>v.<br><br>**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**<br><br>Defendants. | Case Number: 0:24-cv-61886-JB<br><br>Date:   December 16, 2024<br>Time:   9:00 AM<br>Court: Wilkie D. Ferguson Jr. Courthouse, Courtroom 11-4<br>Judge:Honorable Jacqueline Becerra |

**PROPOSED ORDER**
**MODIFYING TEMPORARY RESTRAINING ORDER**

THIS CAUSE being before the Court on Defendant Shenzhen Moulis's opposition to Plaintiff's motion for preliminary injunction (ECF #30), and this Court having considered the evidence before it and heard the parties' arguments, and for good cause having been shown;

IT IS ORDERED THAT the sealed Temporary Restraining Order (ECF #19) previously entered in this case shall be modified as to defendants SHANWU (No.1), KuiyaShangmao (No.8), Libanshangmao (No.9), Mianyangchuangshiyou (No.11), yongxudedian (No.12), lihaitengshisanzhan (No.19), Beauty Nature (No.20), Tangxiashangmao (No.21), FCZJYUS (No.22), Mcukv Beauty (No.23), Stellar Express (No.25), Yep US (No.26), Shengzhenshifeikoushengwukejiyouxiangongsi (No.27), li521322101 (No.29), Aliver Official (No.31), Elaimei, SEFUDUN (No.33), and Oimmal (No.35) ("**Moving Defendants**") as follows:

1. Upon service of a copy of this Order, Amazon and Walmart shall immediately lift all restraints on Moving Defendant's seller accounts placed pursuant to the Temporary Restraining Order, except for the accused product of this pending lawsuit, i.e. Jamaican Black Castor Oil;

2. Upon service of a copy of this Order, Amazon and Walmart shall immediately release all restrained funds in Moving Defendants' accounts which are not related to Jamaican Black Castor Oil; and

3. Plaintiff's counsel, Michael Feldenkrais, Esq., shall serve a copy of this Order on Amazon and Walmart, within three (3) days after entry of this Order, shall provide counsel with proof thereof.

IT IS FURTHER ORDERED THAT the docket and all filings in this case be unsealed. The Clerk is instructed to unseal the docket and all filings.

DATE: _____          _____
                                  Hon. Judge Jacqueline Becerra