**Outlook**

### Re: 24-cv-61886-XYZ Corporation v. The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A

**From** Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>
**Date** Tue 12/17/2024 8:44 PM
**To** ███████████████@amazon.com> ███████@amazon.com ███████@amazon.com>
**Cc** mfeldenkrais@gmail.com <mfeldenkrais@gmail.com>

Hi,

Can you restrain the store and share the data asap?

Best,
Ash

---

**From:** Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>
**Sent:** Monday, December 16, 2024 8:14 PM
**To:** ███████████████@amazon.com>; ███████@amazon.com ███████@amazon.com>
**Cc:** mfeldenkrais@gmail.com <mfeldenkrais@gmail.com>
**Subject:** Re: 24-cv-61886-XYZ Corporation v. The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A

Hi,

Can you share the list to serve else we need to file motion to compel?

Ash

---

**From:** Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>
**Sent:** Wednesday, December 11, 2024 5:16 PM
**To:** ███████████████@amazon.com>
**Cc:** mfeldenkrais@gmail.com <mfeldenkrais@gmail.com>
**Subject:** Re: 24-cv-61886-XYZ Corporation v. The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A

Thank you Jamella,

Ash

---

**From:** ███████████████@amazon.com>
**Sent:** Wednesday, December 11, 2024 12:52 AM
**To:** Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>
**Cc:** mfeldenkrais@gmail.com <mfeldenkrais@gmail.com>
**Subject:** RE: 24-cv-61886-XYZ Corporation v. The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A

Hello,

I'm in receipt of your e-mail. In the future, please direct all correspondence to our TRO inbox at ███████ amazon.com, so that they can route it to the appropriate paralegal in a timely manner. I will forward your request to our TRO inbox for review and processing.

Thank you,

███████

Paralegal

███████@amazon.com
Time Zone: Eastern

**amazon**

---

**From:** Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>
**Sent:** Tuesday, December 10, 2024 5:49 AM
**To:** ███████@amazon.com>
**Cc:** mfeldenkrais@gmail.com
**Subject:** RE: [EXTERNAL] 24-cv-61886-XYZ Corporation v. The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A

> **CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you can confirm the sender and know the content is safe.

Hi,

Any update?

Best,
Ash

---

**From:** Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>
**Sent:** Tuesday, December 3, 2024 12:40 PM
**To:** ███████@amazon.com ███████@amazon.com>
**Cc:** mfeldenkrais@gmail.com <mfeldenkrais@gmail.com>
**Subject:** Re: 24-cv-61886-XYZ Corporation v. The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A

Dear Colleague,

Please find attached the tro order and defendants list. Share the list and contact details of defendants to serve them.

Best,
Litigation team

---

**From:** Eservice Feldenkrais Law
**Sent:** Tuesday, November 26, 2024 8:36 PM
**To:** ███████@amazon.com ███████@amazon.com>
**Cc:** mfeldenkrais@gmail.com <mfeldenkrais@gmail.com>
**Subject:** 24-cv-61886-XYZ Corporation v. The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A

Hi,

Can you please share the following defendant's inventory and fund status for the subjected case?

| # | | | |
|---|---|---|---|
| 1 | Amazon | SHANWU | https://www.amazon.com/sp?ie=UTF8&seller=A2Z3D6 |
| 2 | Amazon | ChrizBStore LLC | https://www.amazon.com/sp?ie=UTF8&seller=A2ANGO |
| 3 | Amazon | Fun Share Official | https://www.amazon.com/sp?ie=UTF8&seller=ATIX15F |
| 4 | Amazon | Fashion T Office | https://www.amazon.com/sp?ie=UTF8&seller=ALSP0T0 |
| 5 | Amazon | Chiu Shop | https://www.amazon.com/sp?ie_UTF8&seller_A2FKEUL |
| 6 | Amazon | JunKuJK | https://www.amazon.com/sp?ie=UTF8&seller=A101ALV |
| 7 | Amazon | ONE ONE Shop | https://www.amazon.com/sp?ie_UTF8&seller_A5IQ1HB |
| 8 | Amazon | KuiyaShangmao | https://www.amazon.com/sp?ie=UTF8&seller=A2523W |
| 9 | Amazon | libanshangmao | https://www.amazon.com/sp?ie_UTF8&seller_A1DUGW |
| 10 | Amazon | WallArt-US | https://www.amazon.com/sp?ie=UTF8&seller=A17ENG |
| 11 | Amazon | Mianyangchuangshiyou | https://www.amazon.com/sp?ie=UTF8&seller=A15W4E |
| 12 | Amazon | yongxudedian | https://www.amazon.com/sp?ie=UTF8&seller=A1BNEJH |
| 13 | Amazon | Biewals Store | https://www.amazon.com/sp?ie=UTF8&seller=A13FXR6 |
| 14 | Amazon | MAEUS | https://www.amazon.com/sp?ie=UTF8&seller=A3MO89 |
| 15 | Amazon | yawei11 | https://www.amazon.com/sp?ie=UTF8&seller=A1YW3Z |
| 16 | Amazon | YunNanXunAnShangMa | https://www.amazon.com/sp?ie=UTF8&seller=AFTUYA |
| 17 | Amazon | Sytani | https://www.amazon.com/sp?ie=UTF8&seller=A3UVS1 |
| 18 | Amazon | MINRONHOME | https://www.amazon.com/sp?ie_UTF8&seller_A3GGGC |
| 19 | Amazon | lihaitengshisanzhan | ttps://www.amazon.com/sp?ie=UTF8&seller=A1RJSOQ |
| 20 | Amazon | Beauty Nature | https://www.amazon.com/sp?ie_UTF8&seller_A2GGT8 |
| 21 | Amazon | tangxiashangmao | https://www.amazon.com/sp?ie=UTF8&seller=ASZ4L0Y |
| 22 | Amazon | FCZJYUS | ttps://www.amazon.com/sp?ie=UTF8&seller=A22S5AH |
| 23 | Amazon | Mcukv Beauty | https://www.amazon.com/sp?ie_UTF8&seller_A1OUS3 |
| 24 | Amazon | HENCUK | https://www.amazon.com/sp?ie=UTF8&seller=ANWMU |
| 25 | Amazon | Stellar Express | https://www.amazon.com/sp?ie_UTF8&seller_A2QTKE |
| 26 | Amazon | Yep US | https://www.amazon.com/sp?ie=UTF8&seller=A2WMYI |

| 27 | Amazon | BeautyNova1/USA7DEA ttps://www.amazon.com/sp?ie=UTF8&seller=A39C4XS |
| 28 | Amazon | shenzhenshifeikoushen ttps://www.amazon.com/sp?ie=UTF8&seller=A3ILUN3 |
| 29 | Amazon | Artzira ttps://www.amazon.com/sp?ie=UTF8&seller=A7U32LC |
| 30 | Amazon | li521322101 https://www.amazon.com/sp?ie_UTF8&seller_A123OC |
| 31 | Amazon | Fuchao SHOP https://www.amazon.com/sp?ie=UTF8&seller=A2157ZV |
| 32 | Amazon | Spectree https://www.amazon.com/sp?ie=UTF8&seller=A2XVDZ |
| 33 | Amazon | slamglam ttps://www.amazon.com/sp?ie=UTF8&seller=A39C4XS |

Best,
Litigation Team

 Outlook

## 24 cv 61886 XYZ Corporation v. The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A

**From** Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>
**Date** Mon 12/16/2024 8:45 PM
**To** ▇▇▇▇▇@ebay.com ▇▇▇▇▇@ebay.com>
**Cc** ▇▇▇@ebay.com  ▇▇▇@ebay.com  mfeldenkrais@gmail.com  mfeldenkrais@gmail.com

📎 2 attachments (356 KB)
Authorising Alternative Service.pdf; Temporary Restraint Order Dt. 2.12.2024.pdf;

Hi,

We received these orders for the subjected case  Please share the related date to serve the defendants .

Best,
Ash

 **Outlook**

**Automatic reply: 24 cv 61886 XYZ Corporation v. The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A**

| | |
|---|---|
| From | ███████████████@ebay.com> |
| Date | Mon 12/16/2024 8:46 PM |
| To | Eservice Feldenkrais Law <eservice@feldenkraislawpa.com> |

Dear Law Enforcement Officer,

The eBay Criminal & Regulatory Investigations Team has received your email and we will respond to you shortly.

Please note that if you have attached a request for user data we do not process data requests received via email. All data requests must be submitted through our online portal at https://le.corp.ebay.com

There are two different ways to submit your data request within the portal: Standard and Manual.

Standard request: data is received within 3 business days. To qualify, you must provide one or more of the following eBay identifiers: User ID, Item Number, Email Address, Order ID or Purchase Order ID.

Manual request: Without such identifiers, you will be prompted to upload a document that provides a legal justification for your request (e.g Data Protection Act, Court Order, Production Order), and your data request will take up to 10 business days to process. This will be known as a Manual request.

NOTE: If you have issues with IE (Internet Explorer) to access or download from our portal, please use another browser such as Google Chrome, Microsoft Edge or Firefox.

If you require additional information, please visit our Law Enforcement Safety Center sites:

eBay US: http://pages.ebay.com/securitycenter/LawEnforcementCenter.html
eBay AU: https://pages.ebay.com.au/safety-centre/law-enforcement.html
eBay UK: https://pages.ebay.co.uk/safetycentre/lawEnforcement.html
eBay IT: https://pages.ebay.it/securitycenter/index.html
eBay FR: https://pages.ebay.fr/la-securite-sur-ebay/index.html
eBay ES: https://pages.ebay.es/Seguridad-en-eBay/index.html
eBay DE: https://pages.ebay.de/safetycenter/lawEnforcement.html
eBay PL: https://pages.ebay.pl/securitycenter/law-enforcement.html

The email address and the above referenced Safety Centers are dedicated to Law Enforcement Officers only. If you are not a member of Law Enforcement, please understand that we will not be able to assist you with your query. If you believe you are a victim of fraud, please report this matter directly to your local Police force or please address your query to eBay Customer Service.

For Kleinanzeigen related data requests please contact: ███████████@ebay-kleinanzeigen.de

For Italian Kijiji related data requests please contact ███████████@ebay.com

For StubHub related data requests please contact ███ stubhub com

For Gumtree related data requests please contact ████████@gumtree com

For PayPal related data requests please contact ████████████████

Thank you for your co operation

The eBay Criminal & Regulatory Investigations Team

 **Outlook**

RE: 24 cv 61886 JB  XYZ Corporation v. The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A

| | |
|---|---|
| From | ███████████████████████@walmartlegal.com> |
| Date | Tue 12/10/2024 8:59 PM |
| To | Eservice Feldenkrais Law <eservice@feldenkraislawpa.com> |
| Cc | mfeldenkrais@gmail.com   mfeldenkrais@gmail.com |

📎 2 attachments (3 MB)
GUANGZHOU TINPOD ELECTRONIC TECHNOLOGY - 24-CV-61886_Contact Information.xlsx; GUANGZHOU TINPOD ELECTRONIC TECHNOLOGY - 24-CV-61886_Sales Data.xlsx;

Hello,

Please see the attached contact information and sales data for the above referenced TRO.

Thanks!

███████████████████████
**Walmart US Legal**
███████████████@walmartlegal.com

---

**From:** Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>
**Sent:** Tuesday, December 10, 2024 6:28 AM
**To:** ███████████████████████@walmartlegal.com>
**Cc:** mfeldenkrais@gmail.com
**Subject:** EXT: Re: 24-cv-61886-JB -XYZ Corporation v. The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A

**EXTERNAL:** Report suspicious emails to **Email Abuse.**

Check if this is helpful but we need data today.

Ash

---

**From:** ███████████████████████@walmartlegal.com>
**Sent:** Tuesday, December 10, 2024 2:20 AM
**To:** Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>
**Cc:** mfeldenkrais@gmail.com <mfeldenkrais@gmail.com>
**Subject:** RE: 24-cv-61886-JB -XYZ Corporation v. The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A

Hello,

As we were working to collect the information, we realized that the spreadsheet contained duplicate seller links with different seller names. Can you please review and verify the information in the spreadsheet? We need the correct seller links to make sure we are collecting the correct information.

Thanks!

██████████████████████████
**Walmart US Legal**
████████████████@walmartlegal.com

---

**From:** Eservice Feldenkrais Law   eservice@feldenkraislawpa.com
**Sent:** Tuesday, December 3, 2024 12:59 AM
**To:** ████████████████████████████████@walmartlegal.com
**Cc:** mfeldenkrais@gmail.com
**Subject:** EXT  Re  24 cv 61886 JB  XYZ Corporation v  The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A

**EXTERNAL:** Report suspicious emails to **Email Abuse.**

Here it is

Best,

Litigation Support team|_____24_cv_61886__XYZ_v_Schedule_A__Sealed_Order_on_Motion_for_TRO.pdf

**From:** ████████████████████████████████@walmartlegal.com>
**Sent:** Friday, November 29, 2024 9:05 PM
**To:** Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>
**Cc:** mfeldenkrais@gmail.com <mfeldenkrais@gmail.com>
**Subject:** RE: 24-cv-61886-JB -XYZ Corporation v. The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A

Do you have the rest of the documents?  Subpoena, TRO, Discovery Order, etc.  We had not received anything on this case until that first email below so we don't know what this is regarding.  If your firm sent something previously to us, we did not receive it.

Thank you,

██████████████████████████
**Walmart US Legal**
████████████████@walmartlegal.com

---

**From:** Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>
**Sent:** Friday, November 29, 2024 4:07 AM
**To:** ████████████████████████████████@walmartlegal.com>
**Cc:** mfeldenkrais@gmail.com
**Subject:** EXT: Re: 24-cv-61886-JB -XYZ Corporation v. The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A

**EXTERNAL:** Report suspicious emails to **Email Abuse.**

Hi,

This is regarding case no: **24-cv-61886**

Attached is the list of defendants. WE need sell data of these defendants.

Best,
Litigation Support Team

**From:** ███████████████████████@walmartlegal.com>
**Sent:** Wednesday, November 27, 2024 6:41 PM
**To:** Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>
**Cc:** mfeldenkrais@gmail.com <mfeldenkrais@gmail.com>
**Subject:** RE: 24-cv-61886-JB -XYZ Corporation v. The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A

What is this regarding? I'm not showing that we have received anything from your firm on this case prior to this email and there are no documents attached.

Thank you,

███████████████
**Walmart US Legal**
**Email:** ████████@walmartlegal.com

---

**From:** Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>
**Sent:** Tuesday, November 26, 2024 8:07 AM
**To:** ███████████████████████@walmartlegal.com>
**Cc:** mfeldenkrais@gmail.com
**Subject:** EXT: 24-cv-61886-JB -XYZ Corporation v. The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A

**EXTERNAL:** Report suspicious emails to **Email Abuse.**

Dear Colleague,

Can you please share the list of defendant's inventory and fund position for the subjected case?

Thanks,
Litigation support team