**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO. 0:24-cv-61886**

**XYZ CORPORATION,**

**Plaintiff,**

v.

**THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",**

**Defendants.**

_____/

**(PROPOSED) ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

THIS CAUSE came before the Court upon Plaintiff Guangzhou tinpod Electronic Technology Co., Ltd.'s Motion to Compel Discovery of the Individuals, Partnerships, and Unincorporated Associations identified on Schedule "A" in the amended Complaint (ECF No. 11) against the e-commerce platforms Amazon and eBay.

The Court, having reviewed the motion and being otherwise fully advised in the premises, it is:

ORDERED AND ADJUDGED that:

1. The Motion to Compel Discovery is GRANTED.

2. Amazon and eBay shall provide the Plaintiff with the following information no later than [insert deadline, e.g., 10 days from the date of this order]:

   a. The identity of all financial accounts and/or sub-accounts associated with the Internet-based e-commerce stores operating under the Seller IDs identified on Schedule "A";

   b. The identity and location of the Defendants identified in Schedule "A," including all known contact information, aliases, and associated email addresses;

   c. An accounting of the total funds restrained and the identities of the financial accounts and sub-accounts for which the restrained funds are related.

3. Failure to comply with this Order may result in sanctions, including but not limited to contempt of court.

4. The Plaintiff is awarded the reasonable costs and attorneys' fees incurred in the filing of this Motion to Compel, to be determined at a later date.

DONE AND ORDERED in chambers at [insert location], Florida this ___ day of December, 2024.

_____

Jacqueline Becerra

UNITED STATES DISTRICT JUDGE