# Griffin Klema

| | |
|---|---|
| **From:** | Griffin Klema <griffin@klemalaw.com> |
| **Sent:** | Wednesday, December 11, 2024 7:47 PM |
| **To:** | 'mfeldenkrais@gmail.com' |
| **Cc:** | 'Di Li' |
| **Subject:** | Copy of court documents (0:24-cv-61886) |

Hi Michael,

I just tried to reach you on your cell phone and it went to voicemail and your mailbox is full. I forgot to ask if you could please send me and my co-counsel, Di Li, a copy of the motion for preliminary injunction, ECF 14. I note that the court's order required that it, and "all other documents filed in this action," be served on all the defendants. That would include any data or discovery you received pursuant to any requests made.

Please immediately add all missing court filings to the DropBox or email them to us so that our client may review them and prepare its opposition prior to the rescheduled PI hearing set for Monday, December 16, 2024 at 9:00 AM. Thank you.

Sincerely,

**GRIFFIN KLEMA**
Intellectual Property & Litigation
[Klema Law, P.L.](#)

cell: [202-713-5292](tel:202-713-5292)

video call:

[Griffin@KlemaLaw.com](mailto:Griffin@KlemaLaw.com)