**Composite**
# Exhibit 3

## Griffin Klema

| | |
|---|---|
| **From:** | Eservice Feldenkrais Law <eservice@feldenkraislawpa.com> |
| **Sent:** | Saturday, December 14, 2024 8:55 AM |
| **To:** | Griffin Klema; 'Michael Feldenkrais' |
| **Cc:** | 'Di Li' |
| **Subject:** | Re: Copy of court documents (0:24-cv-61886) |

Counsel,

We did some folder management. Re-sharing the already shared link:

https://www.dropbox.com/scl/fo/jkwifizwkg1dk6kvrwqb4/AF-
f1iHBq9l7AjKQTjMj0ck?rlkey=v2f3a6caust2szjxytq604f97&dl=0

Best,
Ash

---

**From:** Griffin Klema <griffin@klemalaw.com>
**Sent:** Thursday, December 12, 2024 11:11 PM
**To:** Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>; 'Michael Feldenkrais' <mfeldenkrais@gmail.com>
**Cc:** 'Di Li' <di@dililaw.com>
**Subject:** RE: Copy of court documents (0:24-cv-61886)

Ash,

I still do not see the discovery requests or responses. Please do not say, in conclusory fashion, that the documents are there. Instead, point them out specifically by file name. Or if there are none, state as much. Again: the discovery requests and responses. Thank you.

Griffin

---

**From:** Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>
**Sent:** Thursday, December 12, 2024 12:08 PM
**To:** Griffin Klema <griffin@klemalaw.com>; 'Michael Feldenkrais' <mfeldenkrais@gmail.com>
**Cc:** 'Di Li' <di@dililaw.com>
**Subject:** Re: Copy of court documents (0:24-cv-61886)

Counsel Griffin,

We have added all documents in the folder. Let me know if you have any questions.

Best,
Ash

---

**From:** Griffin Klema <griffin@klemalaw.com>
**Sent:** Thursday, December 12, 2024 9:49 PM
**To:** 'Michael Feldenkrais' <mfeldenkrais@gmail.com>

1

**Cc:** 'Di Li' <di@dililaw.com>; Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>
**Subject:** RE: Copy of court documents (0:24-cv-61886)

Michael,

I have now received *some* of the documents, thank you. But the production remains incomplete. Missing are the discovery requests and responses. Please update the contents of the dropbox, consistent with the Court's order which plaintiff has been and continues to be in violation of, causing prejudice to the defendants in preparing to meet the plaintiff's arguments and evidence at the preliminary injunction hearing next Monday.

Griffin

---

**From:** Michael Feldenkrais <mfeldenkrais@gmail.com>
**Sent:** Thursday, December 12, 2024 11:03 AM
**To:** Griffin Klema <griffin@klemalaw.com>
**Cc:** 'Di Li' <di@dililaw.com>; Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>
**Subject:** Re: Copy of court documents (0:24-cv-61886)

Please recheck staff did a different folder from the one I have access so now you should have it.  Please copy eservice@feldenkraislawpa.com on all correspondence.

Thank you,

Michael

Sent from my T-Mobile 5G Device
Get Outlook for Android

---

**From:** Griffin Klema <griffin@klemalaw.com>
**Sent:** Thursday, December 12, 2024 10:33:11 AM
**To:** mfeldenkrais@gmail.com <mfeldenkrais@gmail.com>
**Cc:** 'Di Li' <di@dililaw.com>
**Subject:** RE: Copy of court documents (0:24-cv-61886)

Michael,

Despite your text message claiming the motion is there, I still do not see it in the list:



  

# Griffin C Klema

| Name ↑ | Modified |
|---|---|
| 📁 Evidence-Griffin Klema | -- |
| Amended Complaint Filed.pdf | Yesterday |
| Authorising Alternative Service.pdf | Yesterday |
| Change of Contact information.pdf | 2 months ago |
| Civil Cover Sheet.pdf | 2 months ago |
| CM_ECF - Live Database - flsd 10-10-2024.pdf | 2 months ago |
| CM_ECF - Live Database - flsd.pdf | 2 months ago |
| Copyright Case filed 61886.pdf | 2 months ago |



**GRIFFIN KLEMA**
Intellectual Property & Litigation
**Klema Law, P.L.**

cell: 202-713-5292

video call:

Griffin@KlemaLaw.com

---

**From:** Griffin Klema <griffin@klemalaw.com>
**Sent:** Thursday, December 12, 2024 10:05 AM
**To:** 'mfeldenkrais@gmail.com' <mfeldenkrais@gmail.com>
**Cc:** 'Di Li' <di@dililaw.com>
**Subject:** RE: Copy of court documents (0:24-cv-61886)

Michael,

Thank you for the additional 18 PDFs (apparent screen captures). However, I still don't see a copy of your motion or the discovery responses. Again, the motion is docket entry 14. I (and all other defendants) need this information *immediately*.

Griffin

---------------------------------------------
**From:** Michael Feldenkrais <mfeldenkrais@gmail.com>
**Sent:** Thursday, December 12, 2024 9:56 AM
**To:** griffin@klemalaw.com
**Subject:** Try this one

https://www.dropbox.com/scl/fo/x3jw0k730qyma6lck8uwz/AEUg65P-8xft0D8wp84ipjI?rlkey=79qwx6ddqo1lfnklal5n5cie7&st=op8lf6jg&dl=0

Sent from my T-Mobile 5G Device
Get Outlook for Android

---

**From:** Griffin Klema <griffin@klemalaw.com>
**Sent:** Wednesday, December 11, 2024 7:47 PM
**To:** 'mfeldenkrais@gmail.com' <mfeldenkrais@gmail.com>
**Cc:** 'Di Li' <di@dililaw.com>
**Subject:** Copy of court documents (0:24-cv-61886)

Hi Michael,

I just tried to reach you on your cell phone and it went to voicemail and your mailbox is full. I forgot to ask if you could please send me and my co-counsel, Di Li, a copy of the motion for preliminary injunction, ECF 14. I note that the court's order required that it, and "all other documents filed in this action," be served on all the defendants. That would include any data or discovery you received pursuant to any requests made.

Please immediately add all missing court filings to the DropBox or email them to us so that our client may review them and prepare its opposition prior to the rescheduled PI hearing set for Monday, December 16, 2024 at 9:00 AM. Thank you.

Sincerely,



**GRIFFIN KLEMA**
Intellectual Property & Litigation
**Klema Law, P.L.**

cell: 202-713-5292

video call:

Griffin@KlemaLaw.com

