UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 0:24-cv-61886

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants,

_____/

**STATUS OF ORDER AUTHORIZING**

**ALTERNATE SERVICE OF PROCESS ON DEFENDANTS**

**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(F)(3)**

Plaintiff, Guangzhou tinpod Electronic Technology Co., Ltd (hereinafter referred to as "Plaintiff"), by and through the undersigned counsel, hereby submitting the STATUS OF ORDER AUTHORIZING ALTERNATE SERVICE OF PROCESS ON DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(F)(3).

1. Plaintiff, XYZ CORPORATION ("Plaintiff") filed the present action on October 12, 2024 to combat the willful and intentional copyright infringement for 2-dimensional artwork for Black Castor Oil 1, Black Castor Oil 2, Black Castor Oil

   3 and Black Castor Oil 4 (hereinafter "Plaintiff's Copyright") registered with the U.S. Copyright Office. Plaintiff holds an exclusive copyright registration, which plaintiff utilizes for the selling, marketing and promotion of retail goods. (ECF No. 1)

2. Plaintiff obtained a Temporary Restraining Order (TRO) on December 2, 2024, against various sellers engaging in infringing activities on platforms such as Amazon, Walmart, and eBay.

3. To date, Plaintiff has received seller information from the Walmart Marketplace and Amazon marketplace.

4. The Plaintiff has served the defendants whose details were provided by Walmart on or about December 11, 2024 and Amazon Marketplace on or about December 19, 2024 after receiving the information from them.

5. The Plaintiff has made continuous attempts to receive the information from eBay, via e-mail, requesting the necessary seller information. We have not yet received the information. On or about December 18, 2024 we received communication from an authorized Litigation Paralegal from eBay, requesting us to send the list of Defendants in a particular format, which was provided immediately. However, as of today, Plaintiff has not received any discovery data as directed by this Court in the TRO (ECF No. 19) from eBay and therefore Plaintiff has not been able to serve those defendants.

 Respectfully submitted on this 19th day of December, 2024.

           **FELDENKRAIS LAW, P.A.**
           Attorneys for Plaintiffs

20533 Biscayne Blvd. Suite 469

Aventura, FL 33180

Telephone: (305) 528-9614

Email: mfeldenkrais@gmail.com

By:/s/ Michael Feldenkrais, Esq.

Florida Bar No. 991708

## DEFEDANTS ALREADY SERVED

### PLATFORM: WALMART

| Defendant No. | Seller Name | Store URL | Partner ID |
|---|---|---|---|
| 44 | GOLFAN | https://www.walmart.com/seller/101089754 | 10001109118 |
| 32 | Elaimei | https://www.walmart.com/seller/101110860 | 10001130222 |
| 31 | Aliver Official | https://www.walmart.com/seller/101111753 | 10001131115 |
| 75 | AIJIA Co. Ltd | https://www.walmart.com/seller/101122574 | 10001141936 |
| 38 | SanYu Technology Co. | https://www.walmart.com/seller/101179138 | 10001198500 |
| 33 | SEFUDUN | https://www.walmart.com/seller/101185218 | 10001204579 |
| 57 | YUAN Beauty Shop | https://www.walmart.com/seller/101199087 | 10001218448 |
| 37 | Xuerui E-commerce Co., Ltd | https://www.walmart.com/seller/101218787 | 10001238147 |
| 97 | Ihydz | https://www.walmart.com/seller/101232892 | 10001252252 |
| 64 | Chong | https://www.walmart.com/seller/101245861 | 10001265221 |
| 63 | Alaparte Travel Essentials | https://www.walmart.com/seller/101295787 | 10001315147 |
| 91 | MYY Co. Ltd | https://www.walmart.com/seller/101299302 | 10001318662 |
| 35 | Oimmal | https://www.walmart.com/seller/101301085 | 10001320445 |

| 39 | MZBoutiques | https://www.walmart.com/seller/101462780 | 10001482132 |
| 51 | Leodye | https://www.walmart.com/seller/101478883 | 10001498236 |
| 56 | Teissuly Direct | https://www.walmart.com/seller/101487753 | 10001507104 |
| 59 | Mei li xue | https://www.walmart.com/seller/101506405 | 10001525759 |
| 113 | SIfdSeng | https://www.walmart.com/seller/101511950 | 10001531300 |
| 90 | Nrnabes Co. Ltd | https://www.walmart.com/seller/101533660 | 10001553010 |
| 73 | AYFFDIYI | https://www.walmart.com/seller/101533806 | 10001553156 |
| 60 | Yinyu | https://www.walmart.com/seller/101533899 | 10001553254 |
| 69 | Kediluo | https://www.walmart.com/seller/101533905 | 10001553255 |
| 43 | ouytwer | https://www.walmart.com/seller/101552305 | 10001571666 |
| 42 | Jeemaytoo | https://www.walmart.com/seller/101566261 | 10001585613 |
| 67 | Afunyo | https://www.walmart.com/seller/101566671 | 10001586028 |
| 66 | crazyview | https://www.walmart.com/seller/101572167 | 10001591518 |
| 52 | BaoHeng | https://www.walmart.com/seller/101574804 | 10001594154 |
| 62 | XiAng | https://www.walmart.com/seller/101579758 | 10001599108 |
| 47 | DXOUPM Clothing | https://www.walmart.com/seller/101579943 | 10001599294 |

| 49 | YISHi | https://www.walmart.com/seller/101585431 | 10001604782 |
|---|---|---|---|
| 92 | Yiyidesf | https://www.walmart.com/seller/101591069 | 10001610421 |
| 46 | WEIER Co.Ltd | https://www.walmart.com/seller/101607833 | 10001627185 |
| 48 | AI Retailer LLC | https://www.walmart.com/seller/101609633 | 10001628986 |
| 36 | TaiYuanShiBianQuanShangMao | https://www.walmart.com/seller/101610850 | 10001630200 |
| 61 | GuangZhouQiangFengXinShiPinYouXianGo | https://www.walmart.com/seller/101614860 | 10001634209 |
| 55 | FuShi | https://www.walmart.com/seller/101614898 | 10001634248 |
| 79 | DIBOLAI | https://www.walmart.com/seller/101618568 | 10001637918 |
| 53 | Capebale | https://www.walmart.com/global/seller//101619248 | 10001638597 |
| 105 | ShenZhenShiChunHeQing | https://www.walmart.com/seller/101628332 | 10001647683 |
| 72 | bznwn | https://www.walmart.com/seller/101628386 | 10001647735 |
| 71 | YGUANGWENI | https://www.walmart.com/seller/101628640 | 10001647990 |
| 70 | xijunyuan | https://www.walmart.com/seller/101629622 | 10001648972 |
| 45 | zhongjianyong | https://www.walmart.com/seller/101629764 | 10001649114 |
| 68 | Beessbest | https://www.walmart.com/seller/101629917 | 10001649273 |
| 58 | AiFuDian | https://www.walmart.com/seller/101631103 | 10001650453 |

| 77 | GXFCAI | https://www.walmart.com/seller/101631137 | 10001650497 |
| --- | --- | --- | --- |
| 76 | Lufly | https://www.walmart.com/seller/101632825 | 10001652180 |
| 110 | WalGRHFR | https://www.walmart.com/global/seller//101633511 | 10001652861 |
| 82 | HKEJIAOI | https://www.walmart.com/seller/101639512 | 10001658862 |
| 111 | An An Sheng Co., Ltd. | https://www.walmart.com/seller/101641296 | 10001660646 |
| 40 | haerbinshengyimeikejiyouxiangongsi | https://www.walmart.com/seller/101642280 | 10001661630 |
| 101 | PQBWAFI | https://www.walmart.com/seller/101643827 | 10001663182 |
| 106 | Way to Celebrate, Inc. | https://www.walmart.com/seller/101646637 | 10001665992 |
| 50 | Tardaianiella | https://www.walmart.com/seller/101653606 | 10001672956 |
| 81 | RuiYuanAiDianZi | https://www.walmart.com/seller/101654327 | 10001673677 |
| 98 | Ouqilin | https://www.walmart.com/seller/101657876 | 10001677226 |
| 89 | GoldHub Co. Ltd | https://www.walmart.com/seller/101662883 | 10001682233 |
| 115 | Yanhecun | https://www.walmart.com/global/seller//101662922 | 10001682272 |
| 102 | XZZjjl | https://www.walmart.com/global/seller//101666241 | 10001685593 |
| 78 | yinzhouyi | https://www.walmart.com/seller/101670144 | 10001689495 |
| 99 | invdc | https://www.walmart.com/seller/101671053 | 10001690404 |

| 65 | BeiGaoFu | https://www.walmart.com/seller/101672358 | 10001691707 |
| 41 | SeaAZqurtles | https://www.walmart.com/seller/101673050 | 10001692401 |
| 54 | Momihoom | https://www.walmart.com/seller/101677827 | 10001697177 |
| 114 | guangzhouNIANliangchenkejiyouxianGong | https://www.walmart.com/seller/101680537 | 10001699890 |
| 107 | UW Clothing | https://www.walmart.com/seller/101681648 | 10001700998 |
| 74 | YUANYI Co. Ltd | https://www.walmart.com/seller/101684397 | 10001703749 |
| 100 | biggeng | https://www.walmart.com/seller/101684448 | 10001703798 |
| 93 | Chenqiufeng | https://www.walmart.com/global/seller//101686238 | 10001705589 |
| 86 | ZiKeFuShi | https://www.walmart.com/seller/101690542 | 10001709891 |
| 95 | Biyunhua | https://www.walmart.com/global/seller//102478003 | 10002497360 |
| 84 | yangdechuansichuan | https://www.walmart.com/global/seller//102478173 | 10002497530 |
| 83 | BAWN LLC | https://www.walmart.com/seller/102493077 | 10002512434 |
| 88 | PaiJianHe | https://www.walmart.com/seller/102497607 | 10002516964 |
| 87 | JinTingFu | https://www.walmart.com/seller/102503843 | 10002523200 |
| 80 | DIBOLAI GLOBAL | https://www.walmart.com/seller/102505150 | 10002524507 |
| 85 | MingSongHua | https://www.walmart.com/seller/102509713 | 10002529075 |

| 96 | TUWEN | https://www.walmart.com/global/seller//102514430 | 10002533794 |

**PLATFORM: AMAZON**

| Defendant No. | Platform | Defendant Seller | Store URL | ASIN |
|---|---|---|---|---|
| 1 | Amazon | SHANWU | https://www.amazon.com/sp?ie=UTF8&seller=A2Z3D6U6YOCTYI | A2Z3D6U6YOCTYI |
| 2 | Amazon | ChrizBStore LLC | https://www.amazon.com/sp?ie=UTF8&seller=A2ANGO217MTGAZ | A2ANGO217MTGAZ |
| 3 | Amazon | Fun Share Official | https://www.amazon.com/sp?ie=UTF8&seller=ATIX15FFRLLJT | ATIX15FFRLLJT |
| 4 | Amazon | Fashion T Office | https://www.amazon.com/sp?ie=UTF8&seller=ALSP0T0PKPIBY | ALSP0T0PKPIBY |
| 5 | Amazon | Chiu Shop | https://www.amazon.com/sp?ie=UTF8&seller=A2FKEUL33BEE4O | A2FKEUL33BEE4O |
| 6 | Amazon | JunKuJK | https://www.amazon.com/sp?ie=UTF8&seller=A101ALVQHJNZ67 | A101ALVQHJNZ67 |
| 7 | Amazon | ONE ONE Shop | https://www.amazon.com/sp?ie=UTF8&seller=A5IQ1HBE1JPFE | A5IQ1HBE1JPFE |
| 8 | Amazon | KuiyaShangmao | https://www.amazon.com/sp?ie=UTF8&seller=A2523WNOBCC56P& | A2523WNOBCC56P |
| 9 | Amazon | libanshangmao | https://www.amazon.com/sp?ie=UTF8&seller=A1DUGWUZT5WRDY | A1DUGWUZT5WRDY |
| 10 | Amazon | WallArt-US | https://www.amazon.com/sp?ie=UTF8&seller=A17ENGE7OREJBR | A17ENGE7 |

| | | | | |
|---|---|---|---|---|
| | | | | OREJBR |
| 11 | Amazon | Mianyangchuangshiyou | https://www.amazon.com/sp?ie=UTF8&seller=A15W4E1EZPOEIP | A15W4E1EZPOEIP |
| 12 | Amazon | yongxudedian | https://www.amazon.com/sp?ie=UTF8&seller=A1BNEJH8LYKDFV | A1BNEJH8LYKDFV |
| 13 | Amazon | Biewals Store | https://www.amazon.com/sp?ie=UTF8&seller=A13FXR6HYSCN01 | A13FXR6HYSCN01 |
| 14 | Amazon | MAEUS | https://www.amazon.com/sp?ie=UTF8&seller=A3MO89VRQNSFA5 | A3MO89VRQNSFA5 |
| 15 | Amazon | yawei11 | https://www.amazon.com/sp?ie=UTF8&seller=A1YW3ZLM3VLDPH | A1YW3ZLM3VLDPH |
| 16 | Amazon | YunNanXunAnShangMaoYouXianGongSi | https://www.amazon.com/sp?ie=UTF8&seller=AFTUYA7ZZQPTC | AFTUYA7ZZQPTC |
| 17 | Amazon | Sytani | https://www.amazon.com/sp?ie=UTF8&seller=A3UVS1L1F7M7Y3 | A3UVS1L1F7M7Y3 |
| 18 | Amazon | MINRON HOME | https://www.amazon.com/sp?ie=UTF8&seller=A3GGGCQSP8A3F3& | A3GGGCQSP8A3F3 |
| 19 | Amazon | lihaitengshisanzhan | https://www.amazon.com/sp?ie=UTF8&seller=A1RJSOQZ8MP974 | A1RJSOQZ8MP974 |
| 20 | Amazon | Beauty Nature | https://www.amazon.com/sp?ie=UTF8&seller=A2GGT8T4K91DXK | A2GGT8T4K91DXK |
| 21 | Amazon | tangxiashangmao | https://www.amazon.com/sp?ie=UTF8&seller=ASZ4L0YAMRJPX | ASZ4L0YAMRJPX |

| | | | | |
|---|---|---|---|---|
| 22 | Amazon | FCZJYUS | https://www.amazon.com/sp?ie=UTF8&seller=A22S5AHVS8XM5M | A22S5AHVS8XM5M |
| 23 | Amazon | Mcukv Beauty | https://www.amazon.com/sp?ie=UTF8&seller=A1OUS3VESIE24I | A1OUS3VESIE24I |
| 24 | Amazon | HENCUK | https://www.amazon.com/sp?ie=UTF8&seller=ANWMUDV202TOM | ANWMUDV202TOM |
| 25 | Amazon | Stellar Express | https://www.amazon.com/sp?ie=UTF8&seller=A2QTKE7O8ZC976 | A2QTKE7O8ZC976 |
| 26 | Amazon | Yep US | https://www.amazon.com/sp?ie=UTF8&seller=A2WMYI73JD47EE | A2WMYI73JD47EE |
| 27 | Amazon | shenzhenshifeikoushengwukejiyouxiangongsi | https://www.amazon.com/sp?ie=UTF8&seller=A3ILUN3URPA6M6 | A3ILUN3URPA6M6 |
| 28 | Amazon | Artzira | https://www.amazon.com/sp?ie=UTF8&seller=A7U32LC438XOD | A7U32LC438XOD |
| 29 | Amazon | li521322101 | https://www.amazon.com/sp?ie=UTF8&seller=A123OC16XUENJ5 | A123OC16XUENJ5 |
| 30 | Amazon | Spectree | https://www.amazon.com/sp?ie=UTF8&seller=A2XVDZSBAUP0N1&asin=B0CQRBWQ3Z&ref_=dp_merchant_link&isAmazonFulfilled=1 | A2XVDZSBAUP0N1 |

## DEFEDANTS NOT SERVED AS OF YET WAITING ON EBAY TO PROVIDE INFORMATION

### PLATFORM: EBAY

| Defenda | Platform | Defendant Seller | Store URL |
|---|---|---|---|
| 116 | Ebay | S&P_Sales | https://www.ebay.com/str/shapur24?_trksid=p4429486.m3561.l161211 |
| 117 | Ebay | estelede.11 | https://www.ebay.com/sch/i.html?item=266684477893&rt=nc&_trksid=p4 4 2 |
| 118 | Ebay | healthnutlv | https://www.ebay.com/str/healthnutlv?_trksid=p4429486.m3561.l161211 |
| 119 | Ebay | Game Lott | https://www.ebay.com/str/gamelott?_trksid=p4429486.m3561.l161211 |
| 120 | Ebay | huey_g | https://www.ebay.com/sch/i.html?item=156220063558&rt=nc&_trksid=p4 4 2 |
| 121 | Ebay | Woo Hoo Treasures | https://www.ebay.com/str/woohootreasures?_trksid=p4429486.m3561.l1612 |
| 122 | Ebay | AR.Resell | https://www.ebay.com/str/arresell?_trksid=p4429486.m3561.l161211&_tab=f |
| 123 | Ebay | dadeals_2020 | https://www.ebay.com/sch/i.html?item=355504722113&rt=nc&_trksid=p4 4 2 |
| 124 | Ebay | Country Cottage | https://www.ebay.com/str/thesummersclub?_trksid=p4429486.m3561.l16121 |
| 125 | Ebay | heavyginners | https://www.ebay.com/sch/i.html?item=204568273054&rt=nc&_trksid=p4 4 2 |
| 126 | Ebay | CzKc | https://www.ebay.com/str/computerzonekc?_trksid=p4429486.m3561.l16121 |
| 127 | Ebay | teknofrenzillc | https://www.ebay.com/sch/i.html?item=335191448179&rt=nc&_trksid=p4 4 2 |
| 128 | Ebay | phillietheclown1964 | https://www.ebay.com/sch/i.html?item=285788474111&rt=nc&_trksid=p4 4 2 |
| 129 | Ebay | mikecheng | https://www.ebay.com/str/mikecheng?_trksid=p4429486.m3561.l161211 |
| 130 | Ebay | urukzone | https://www.ebay.com/str/urukzone?_trksid=p4429486.m3561.l161211 |
| 131 | Ebay | ami.shibe | https://www.ebay.com/str/amishibe?_trksid=p4429486.m3561.l161211&_tab |
| 132 | Ebay | canton0000_0 | https://www.ebay.com/sch/i.html?item=145520102427&rt=nc&_trksid=p4 4 2 |
| 133 | Ebay | littlehappys4u | https://www.ebay.com/sch/i.html?item=126500860271&rt=nc&_trksid=p4 4 2 |
| 134 | Ebay | cloudyonthewest | https://www.ebay.com/sch/i.html?item=355345141637&rt=nc&_trksid=p4 4 2 |
| 135 | Ebay | binngo | https://www.ebay.com/sch/i.html?item=156173705860&rt=nc&_trksid=p4 4 2 |
| 136 | Ebay | lemac-1062 | https://www.ebay.com/sch/i.html?item=355716225754&rt=nc&_trksid=p4 4 2 |
| 137 | Ebay | macam9612 | https://www.ebay.com/sch/i.html?item=364903671252&rt=nc&_trksid=p4 4 2 |
| 138 | Ebay | Hot Deals Store - 2024 | https://www.ebay.com/str/hotdealsstore2021?_trksid=p4429486.m3561.l161 |
| 139 | Ebay | khoandr_O | https://www.ebay.com/sch/i.html?item=364572161999&rt=nc&_trksid=p4 4 2 |
| 140 | Ebay | gthbf5 | https://www.ebay.com/str/gthbf5?_trksid=p4429486.m3561.l161211 |

| 141 | Ebay | mxdresale | https://www.ebay.com/sch/i.html?item=156127992261&rt=nc&_trksid=p4 4 2 |
| 142 | Ebay | nona-22-3 | https://www.ebay.com/sch/i.html?item=186414403632&rt=nc&_trksid=p4 4 2 |
| 143 | Ebay | sonia art studio | https://www.ebay.com/str/soniaartstudio?_trksid=p4429486.m3561.l161211 |

| | | | |
|---|---|---|---|
| 144 | Ebay | iibs49 | https://www.ebay.com/sch/i.html?item=296205500708&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=iibs49 |
| 145 | Ebay | jegeo_3271 | https://www.ebay.com/sch/i.html?item=404846726937&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=jegeo_3271 |
| 146 | Ebay | bonesbooth95 | https://www.ebay.com/sch/i.html?item=116159625744&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=bonesbooth95 |
| 147 | Ebay | quickdisp0 | https://www.ebay.com/sch/i.html?item=355103042740&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=quickdisp0 |
| 148 | Ebay | pandorafinds | https://www.ebay.com/sch/i.html?item=355507631997&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=pandorafinds |
| 149 | Ebay | goodsdiscounts | https://www.ebay.com/usr/goodsdiscounts?_tab=about |
| 150 | Ebay | abrarahi0 | https://www.ebay.com/sch/i.html?item=145402320650&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=abrarahi0 |
| 151 | Ebay | elainberr | https://www.ebay.com/sch/i.html?item=256380452066&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=elainberr |
| 152 | Ebay | greatergoods11 | https://www.ebay.com/sch/i.html?item=196363046130&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=greatergoods11 |
| 153 | Ebay | annyshopws | https://www.ebay.com/sch/i.html?item=315172395871&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=annyshopws |
| 154 | Ebay | mewic_46 | https://www.ebay.com/sch/i.html?item=315205620296&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=mewic_46 |
| 155 | Ebay | holistichealinghaven | https://www.ebay.com/sch/i.html?item=166780078078&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=holistichealinghaven |
| 156 | Ebay | crownzofficals | https://www.ebay.com/sch/i.html?item=375190014051&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=crownzofficals |
| 157 | Ebay | eagleq67 | https://www.ebay.com/sch/i.html?item=404598985325&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=eagleq67 |
| 158 | Ebay | kamkh7390 | https://www.ebay.com/sch/i.html?item=296185396697&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=kamkh7390 |
| 159 | Ebay | authenticjammarket | https://www.ebay.com/str/authenticjammarket?_trksid=p4429486.m3561.l161211 |
| 160 | Ebay | ketay45 | https://www.ebay.com/sch/i.html?item=305272420278&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=ketay45 |
| 161 | Ebay | dotsonecom | https://www.ebay.com/sch/i.html?item=315321639831&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=dotsonecom |
| 162 | Ebay | nineniftyfinds | https://www.ebay.com/sch/i.html?item=156015405226&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=nineniftyfinds |
| 163 | Ebay | msdeals23 | https://www.ebay.com/sch/i.html?item=404585573538&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=msdeals23 |
| 164 | Ebay | als_kfw8a | https://www.ebay.com/sch/i.html?item=116092788271&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=als-kfw8a |
| 165 | Ebay | k7ol8y7t5 | https://www.ebay.com/str/k7ol8y7t5?_trksid=p4429486.m3561.l161211 |
| 166 | Ebay | marceyscraftsandsoutherngypseyjewels | https://www.ebay.com/sch/i.html?item=235506474259&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=marceyscraftsandsoutherngypseyjewels |
| 167 | Ebay | sdw05f | https://www.ebay.com/sch/i.html?item=166798078360&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=sdw05f |
| 168 | Ebay | graffer*v3f | https://www.ebay.com/str/grafferv3f?_trksid=p4429486.m3561.l161211 |
| 169 | Ebay | mslinda1963 | https://www.ebay.com/sch/i.html?item=375290499748&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=mslinda1963 |
| 170 | Ebay | will_sell_it | https://www.ebay.com/sch/i.html?item=266860421617&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=will_sell_it |
| 171 | Ebay | Great Deals from WI | https://www.ebay.com/str/greatdealsfromwi?_trksid=p4429486.m3561.l16121 |
| 172 | Ebay | cassak-16 | https://www.ebay.com/sch/i.html?item=296475472625&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=cassak-16 |

| 173 | Ebay | corstorellc | https://www.ebay.com/sch/i.html?item=315432044877&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=corstorellc |
| 174 | Ebay | kapic-60 | https://www.ebay.com/sch/i.html?item=285904768938&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=kapic-60 |
| 175 | Ebay | Shipcounts.com | https://www.ebay.com/str/missiondiscounts?_trksid=p4429486.m3561.l16121 |
| 176 | Ebay | sellinga-51 | https://www.ebay.com/sch/i.html?item=375506175829&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=sellinga-51 |
| 177 | Ebay | barginbuys2312 | https://www.ebay.com/sch/i.html?item=387322997082&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=barginbuys2312 |
| 178 | Ebay | healthlife3851 | https://www.ebay.com/sch/i.html?item=176496415373&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=healthlife3851 |
| 179 | Ebay | marine0818 | https://www.ebay.com/sch/i.html?item=176547781189&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=marine0818 |
| 180 | Ebay | breyanna11 | https://www.ebay.com/sch/i.html?item=305716706324&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=breyanna11 |
| 181 | Ebay | siha6134 | https://www.ebay.com/sch/i.html?item=335455572386&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=siha6134 |
| 182 | Ebay | williamsaffordableresale | https://www.ebay.com/sch/i.html?item=145944045155&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=williamsaffordableresale |
| 183 | ebay | G-WOODY'S GOODIES | https://www.ebay.com/str/gwoodysgoodies?_trksid=p4429486.m3561.l161211 |
| 184 | ebay | thegreenhouselovegrowshere | https://www.ebay.com/sch/i.html?item=126449503315&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=thegreenhouselovegrowshere |
| 185 | ebay | sagacontinuse | https://www.ebay.com/sch/i.html?item=387069379803&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=sagacontinuse |
| 186 | ebay | santo.1992 | https://www.ebay.com/sch/i.html?item=315270081531&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=santo.1992 |
| 187 | ebay | dnsgower | https://www.ebay.com/sch/i.html?item=266689725387&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=dnsgower |
| 188 | ebay | BeautyStore4u | https://www.ebay.com/str/alfastore11?_trksid=p4429486.m3561.l161211 |
| 189 | ebay | btcfr63 | https://www.ebay.com/sch/i.html?item=186453224672&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=btcfr63 |
| 190 | ebay | sakreestop | https://www.ebay.com/sch/i.html?item=355594735318&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=sakreestop |
| 191 | ebay | sanaastore76 | https://www.ebay.com/str/sanaastore76?_trksid=p4429486.m3561.l161211 |
| 192 | ebay | bestdealsever26 | https://www.ebay.com/sch/i.html?item=176433426296&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=bestdealsever26 |
| 193 | ebay | mimi-thriftyfinds | https://www.ebay.com/sch/i.html?item=156253803274&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=mimi-thriftyfinds |
| 194 | eBay | Lucky store | https://www.ebay.com/str/luckycutebaby?_trksid=p4429486.m3561.l161211 |
| 195 | eBay | herbalhealthshophaven | https://www.ebay.com/sch/i.html?item=166780078078&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=herbalhealthshophaven |