UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-61886-JB

XYZ CORPORATION,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

### NOTICE OF ENTRY OF PARTIES AND AMENDED NOTICE OF APPEARANCE OF GRIFFIN C. KLEMA, ESQ.

The undersigned counsel hereby gives notice that the following defendants are being added to this matter. Furthermore, please take notice that Griffin Klema, Esq., and the law firm Klema Law, P.L. hereby enter their appearance as counsel on behalf of each of the eighteen defendants, corresponding to plaintiff's Schedule "A", DE 11 (which collectively will be referred to as the "Aliver Defendants"). A declaration respecting these entities is attached hereto. The undersigned requests that copies of all orders, process, pleadings, and other documents filed or served in this matter be served on them via CM/ECF or at the address listed below, as appropriate:

| Plaintiff's Schedule "A" number | seller ID / storefront name | Online platform seller name | Defendant name (Chinese) and English translation |
|---|---|---|---|
| 1 | SHANWU | SHENZHENSHI SHANWU S&T CO., LTD | 深圳市山务科技有限公司 Shenzhenshi Shanwu Science and Technology Co., Ltd. |
| 8 | KuiyaShangmao | zhengzhoukuiyashangmaoyouxiangongsi | 郑州葵雅商贸有限公司 |

| | | | |
|---|---|---|---|
| | | | Zhengzhou Kuiya Business and Trade Co. Ltd. |
| 9 | Libanshangmao | zhengzhoulibanshangmaoyouxiangongsi | 郑州黎半商贸有限公司<br>Zhengzhou Liban Business and Trade Co. Ltd. |
| 11 | Mianyangchuangshiyou | FoshanCityChanchengWeiXianZhuoTradingCo., LTD | 佛山市禅城区维纤卓商贸有限公司<br>Foshan City Chancheng District WeiXianZhuo Business and Trade Co. Ltd. |
| 12 | yongxudedian | jiaozuoshiyongxushangmaoyouxiangongsi | 焦作市永旭商贸有限公司<br>Jiaozuo City Yongxu Business and Trade Co. Ltd. |
| 19 | lihaitengshisanzhan | wuhantengyuexinlidianzishangwuyouxiangongsi | 武汉腾悦馨丽电子商务有限公司<br>Wuhan Tengyue Xinli Electronics Business and Trade Co. Ltd. |
| 20 | Beauty Nature | PuTianLiChengYuQiYuanMaoYiYouXianGongSi | 莆田荔城雨绮源贸易有限公司<br>Putian Licheng Yuqiyuan Business and Trade Co. Ltd. |
| 21 | tangxiashangmao | jiaozuoshishanyangqutangxiashangmaojingyingbu | 焦作市山阳区糖夏商贸经营部<br>Jiaozuo City Shanyang District Tangxia Business and Trade Department |
| 22 | FCZJYUS | mianyangfeichizhongjiaoyukejiyouxiangongsi | 绵阳非池中教育科技有限责任公司<br>Mianyang FeiChiZhong Education Technology Co. Ltd. |
| 23 | Mcukv Beauty | zhengzhoudouchoushangmaoyouxiangongsi | 郑州斜仇商贸有限公司<br>Zhengzhou Douchou Business and Trade Co. Ltd. |
| 25 | Stellar Express | FoshanChanchengDistrictLingYinHongTradingCo., LTD | 佛山市禅城区玲茵红商贸有限公司 |

|    |    |    |    |
|----|----|----|----|
|    |    |    | Foshan City Chancheng District Lingyinhong Business and Trade Co. Ltd. |
| 26 | Yep US | zhengzhouyepingshangmaoyouxiangongsi | 合肥霖柯花商贸有限公司<br>Hefei Linkehua Business and Trade Co. Ltd. |
| 27 | Shengzhenshifeikoushengwukejiyouxiangongsi | shenzhenshifeikoushengwukejiyouxiangongsi | 深圳诗霏寇生物科技有限公司<br>Shenzhen Shifeikou Bio-tech Co. Ltd. |
| 29 | li521322101 | anqingdiancoushangmaoyouxiangongsi | 安庆碘凑商贸有限公司<br>Anqing Diancou Business and Trade Co. Ltd. |
| 31 | Aliver Official | shenzhenmunisidianziyouxiangongsi | 深圳慕尼斯电子有限公司<br>Shenzhen Munisi Electronic Co. Ltd. |
| 32 | Elaimei | Shenzhenailiweihuazhuangpinyouxiangongsi | 深圳艾莉薇化妆品有限公司<br>Shenzhen Ailiwei Cosmetics Co. Ltd. |
| 33 | SEFUDUN | chengdujinzhucengkejiyouxiangongsi | 成都金助曾科技有限公司<br>Chengdu Jinzhuceng Technology Co. Ltd. |
| 35 | Oimmal | shizhenshifeikoushengwukejiyouxiangongsi | 深圳诗霏蔻生物科技有限公司<br>Shenzhen Shifeikou Bio-tech Co. Ltd. |

   /s/ Griffin Klema_____
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Attorney for Defendants*