UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| XYZ Corporation, | Case Number: 0:24-cv-61886-JB |
| Plaintiff, | |
| v. | Date: December 16, 2024<br>Time: 9:00 AM |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | Court: Wilkie D. Ferguson Jr. Courthouse, Courtroom 11-4<br>Judge: Honorable Jacqueline Becerra |
| Defendants. | |

**DECLARATION OF LI FU IN RESPONSE TO PLAINTIFF'S MOTION TO OPPOSE NOTICE OF ENTRY OF PARTIES, DE 31**

I, Li Fu, declare as follows:

1. I make this declaration in response to Plaintiff's motion to oppose notice of entry of parties. [ECF 31]

2. I am over 18 years of age and I have personal knowledge of the facts set forth below, and, if called as a witness, I could and would competently testify thereto.

3. I am the President of SHENZHEN MOULIS ELECTRONIC CO., LTD. ("Shenzhen Moulis").

4. Shenzhen Moulis is the English dba name of its Chinese corporate name, 深圳慕尼斯电子有限公司, which is pronounced phonetically as "shenzhenmunisidianziyouxiangongsi," which translates to "Shenzhen Munisi Electronic Company Limited" in English. Shenzhen Moulis is easier for foreigners to pronounce as opposed to its Chinese phonetic equivalent, "MuNiSi," and that is why we have adopted Shenzhen Moulis Electronic Co., Ltd. as our English dba name.

5. The Aliver Official store (No. 31) on Walmart is the brand owned by Shenzhen Moulis. The name listed by Walmart in its response to plaintiff, and on Shenzhen Moulis's Walmart business page is "shenzhenmunisidianziyouxiangongsi". Attached as **Exhibit 1** is a true

and correct copy of Shenzhen Moulis' business license issued by the government authority in China. I have added in red text the corresponding English translation for the relevant portions.

6. The remaining seventeen storefronts have a similar explanation, with each having a corresponding Chinese company owning the storefront/Seller ID, and each of which we have ultimate control. Our company's relationship with them is similar to that of a corporate parent, and why Shenzhen Moulis has sought to represent and defend all of them for simplicity in this lawsuit.

7. Defendant SHANWU (No. 1) is owned by SHENZHENSHI SHANWU S&T CO., LTD, which is the English translation of its Chinese company name, 深圳市山务科技有限公司, where S&T is the abbreviation for "Science and Technology." Attached as **Exhibit 2** is a true and correct copy of the business license of this company issued by the Chinese government authority.

8. Defendant KuiyaShangmao (No. 8) is owned by zhengzhoukuiyashangmaoyouxiangongsi, which is the phonetic spelling of its Chinese company name, 郑州葵雅商贸有限公司, which translates to "Zhengzhou Kuiya Business and Trade Company Limited" in English. Attached as **Exhibit 3** is a true and correct copy of the business license of this company issued by the Chinese government authority.

9. Defendant libanshangmao (No. 9) is owned by zhengzhoulibanshangmaoyouxiangongsi, which is the phonetic spelling of its Chinese company name, 郑州黎半商贸有限公司, which translates to "Zhengzhou Liban Business and Trade Company Limited" in English. Attached as **Exhibit 4** is a true and correct copy of the business license of this company issued by the Chinese government authority.

10. Defendant Mianyangchuangshiyou (No. 11) is owned by FoshanCityChanchengWeiXianZhuoTradingCo., LTD, which is the phonetic spelling of its Chinese company name, 佛山市禅城区维纤卓商贸有限公司, which translates to "Foshan City Chancheng District WeiXianZhuo Business and Trade Company Limited" in English. Attached as **Exhibit 5** is a true and correct copy of the business license of this company issued by the Chinese government authority.

11. Defendant yongxudedian (No. 12) is owned by jiaozuoshiyongxushangmaoyouxiangongsi, which is the phonetic spelling of its Chinese company

name, 焦作市永旭商贸有限公司, which translates to "Jiaozuo City Yongxu Business and Trade Company Limited" in English. Attached as **Exhibit 6** is a true and correct copy of the business license of this company issued by the Chinese government authority.

12. Defendant lihaitengshisanzhan (No. 19) is owned by wuhantengyuexinlidianzishangwuyouxiangongsi, which is the phonetic spelling of its Chinese company name, 武汉腾悦馨丽电子商务有限公司, which translates to "Wuhan Tengyue Xinli Electronics Business and Trade Company Limited" in English. Attached as **Exhibit 7** is a true and correct copy of the business license of this company issued by the Chinese government authority.

13. Defendant Beauty Nature (No. 20) is owned by PuTianLiChengYuQiYuanMaoYiYouXianGongSi, which is the phonetic spelling of its Chinese company name, 莆田荔城雨绮源贸易有限公司, which translates to "Putian Licheng Yuqiyuan Business and Trade Company Limited" in English. Attached as **Exhibit 8** is a true and correct copy of the business license of this company issued by the Chinese government authority.

14. Defendant tangxiashangmao (No. 21) is owned by jiaozuoshishanyangqutangxiashangmaojingyingbu, which is the phonetic spelling of its Chinese company name, 焦作市山阳区糖夏商贸经营部, which translates to "Jiaozuo City Shanyang District Tangxia Business and Trade Department" in English. Attached as **Exhibit 9** is a true and correct copy of the business license of this entity issued by the Chinese government authority.

15. Defendant FCZJYUS (No. 22) is owned by mianyangfeichizhongjiaoyukejiyouxiangongsi, which is the phonetic spelling of its Chinese company name, 绵阳非池中教育科技有限责任公司, which translates to "Mianyang FeiChiZhong Education Technology Company Limited" in English. Attached as **Exhibit 10** is a true and correct copy of the business license of this company issued by the Chinese government authority.

16. Defendant Mcukv Beauty (No. 23) is owned by zhengzhoudouchoushangmaoyouxiangongsi, which is the phonetic spelling of its Chinese company name, 郑州斜仇商贸有限公司, which translates to "Zhengzhou Douchou Business and

1  Trade Company Limited" in English. Attached as **Exhibit 11** is a true and correct copy of the
2  business license of this company issued by the Chinese government authority.

3       17.    Defendant Stellar Express (No. 25) is owned by
4  FoshanChanchengDistrictLingYinHongTradingCo., LTD, which is the phonetic spelling of its
5  Chinese company name, 佛山市禅城区玲茵红商贸有限公司, which translates to "Foshan City
6  Chancheng District Lingyinhong Business and Trade Company Limited" in English. Attached as
7  **Exhibit 12** is a true and correct copy of the business license of this company issued by the
   Chinese government authority.

8       18.    Defendant Yep US (No. 26) is owned by hefeilinkehuashangmaoyouxiangongsi,
9  which is the phonetic spelling of its Chinese company name, 合肥霖柯花商贸有限公司, which
10 translates to "Hefei Linkehua Business and Trade Company Limited" in English. Attached as
11 **Exhibit 13** is a true and correct copy of the business license of this company issued by the
   Chinese government authority.

12      19.    Defendant shenzhenshifeikoushengwukejiyouxiangongsi (No. 27) is the phonetic
13 spelling of its Chinese company name, 深圳诗霏寇生物科技有限公司, which translates to
14 "Shenzhen Shifeikou Bio-tech Company Limited" in English. Attached as **Exhibit 14** is a true and
   correct copy of the business license of this company issued by the Chinese government authority.

15      20.    Defendant li521322101 (No. 29) is owned by
16 anqingdiancoushangmaoyouxiangongsi, which is the phonetic spelling of its Chinese company
17 name, 安庆碘凑商贸有限公司, which translates to "Anqing Diancou Business and Trade
18 Company Limited" in English. Attached as **Exhibit 15** is a true and correct copy of the business
   license of this company issued by the Chinese government authority.

19      21.    Defendant Elaimei (No. 32) is owned by
20 Shenzhenailiweihuazhuangpinyouxiangongsi, which is the phonetic spelling of its Chinese
21 company name, 深圳艾莉薇化妆品有限公司, which translates to "Shenzhen Ailiwei Cosmetics
22 Company Limited" in English. Attached as **Exhibit 16** is a true and correct copy of the business
   license of this company issued by the Chinese government authority.

23
24

22. Defendant SEFUDUN (No. 33) is owned by chengdujinzhucengkejiyouxiangongsi, which is the phonetic spelling of its Chinese company name 成都金助曾科技有限公司, which translates to "Chengdu Jinzhuceng Technology Company Limited" in English. Attached as **Exhibit 17** is a true and correct copy of the business license of this company issued by the Chinese government authority.

23. Defendant Oimmal (No. 35) is owned by shizhenshifeikoushengwukejiyouxiangongsi, which is the phonetic spelling of its Chinese company name 深圳诗霏蔻生物科技有限公司, which translates to "Shenzhen Shifeikou Bio-tech Company Limited" in English. See Exhibit 14.

24. Additionally, Apex CE Ltd is Shenzhen Moulis' sales agent and distributor based in Ireland, which sells Shenzhen Moulis' products in the EU.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 19, 2024, at Shenzhen, China.

Shenzhen Moulis Electronic Co., Ltd

*Li Fu*
Li Fu, President