

**Business License**

Unified Social Credit Code
统一社会信用代码
91440300076913068M

营业执照



名　　称　深圳市山务科技有限公司
Entity Name　SHENZHENSHI SHANWU Science & Technology CO., LTD

类　　型　有限责任公司（自然人独资）
Entity Type　Limited Company

法定代表人　李民松
Legal Representative　Li, Minsong

成立日期　2013年08月19日
Date of Incorporation　08/19/2013

住　　所　深圳市龙华区福城街道桔塘社区桔岭老村317号科利邦A栋厂房701

3rd floor, Building B1, Baolong Industrial Zone, No. 435, South Dalang Road, Shuiwei Community, Dalang Street, Longhua District, Shenzhen

重要提示：
1. 商事主体的经营范围由章程确定。经营范围中属于法律、法规规定应当经批准的项目，取得许可审批文件后方可开展相关经营活动。
2. 商事主体经营范围和许可审批项目等有关企业信用事项及年报信息和其他信用信息，请登录左下角的国家企业信用信息公示系统或扫描右上方的二维码查询。
3. 各类商事主体每年须于成立周年之日起两个月内，向商事登记机关提交上一自然年度的年度报告。企业应当按照《企业信息公示暂行条例》第十条的规定向社会公示企业信息。

登记机关

2019年03月14日

国家企业信用信息公示系统网址：http://www.gsxt.gov.cn

国家市场监督管理总局监制