

**Unified Social Credit Code**
统一社会信用代码
91410100MA9FLHER81

营业执照
**Business License**
（副本）(1-1)
Copy


扫描二维码登录"国家企业信用信息公示系统"了解更多登记、备案、许可、监管信息。

| | | | |
|---|---|---|---|
| 名　称 **Entity Name** | 郑州葵雅商贸有限公司<br>Zhengzhou Kuiya Business and Trade Company | 注册资本 **Capital Contribution** | 贰拾万圆整<br>200,000 Yuan |
| 类　型 **Entity Type** | 有限责任公司（自然人独资）<br>Limited Company | 成立日期 **Date of Incorporation** | 2020年08月24日<br>08/24/2020 |
| 法定代表人 **Legal Representative** | 朱月允<br>Zhu, Yueyun | 营业期限 **Business Duration** | 长期<br>Long term |
| 经营范围 **Scope of Business** | 化妆品零售；母婴用品销售；办公用品销售；办公设备耗材销售；计算机软硬件及辅助设备零售；电子产品销售；五金产品零售；电线、电缆经营；建筑装饰材料销售；机械设备销售；仪器仪表销售；安防设备销售；家具销售；家用电器销售；宠物食品及用品零售；食品经营（销售预包装食品）；农副产品销售；服装服饰零售；针纺织品销售；劳动保护用品销售；厨具卫具及日用杂品零售；日用百货销售；箱包销售；玩具销售；珠宝首饰零售；工艺美术品及收藏品零售（象牙及其制品除外）；会议及展览服务；信息咨询服务（不含许可类信息咨询服务）；计算机系统服务；技术服务、技术开发、技术咨询、技术交流、技术转让、技术推广（依法须经批准的项目，经相关部门批准后方可开展经营活动） | 住　所 **Domicile** | 河南自贸试验区郑州片区（经开）第十五大街与经南三路交叉口瑞锦小区梅花苑6号楼1单元9层902号<br>No. 902, 9th Floor, Unit 1, Building 6, Meihua Garden, Ruijin Community, intersection of 15th Street and Jingnan 3rd Road, Henan Pilot Free Trade Zone, Zhengzhou |

登记机关

2020年08月24日

国家企业信用信息公示系统网址：http://www.gsxt.gov.cn
市场主体应当于每年1月1日至6月30日通过国家企业信用信息公示系统报送公示年度报告。
国家市场监督管理总局监制