

# 营 业 执 照
## Business License

**Unified Social Credit Code**
**统一社会信用代码**
91410103MA9FNRE80B

（副 本）(1-1)
Copy



扫描二维码登录
'国家企业信用
信息公示系统'
了解更多登记.
备案、许可、监
管信息.

| | |
|---|---|
| 名 称<br>**Entity Name** | 郑州黎半商贸有限公司<br>Zhengzhou Liban Business and Trade Company Limited |
| 类 型<br>**Entity Type** | 有限责任公司（自然人独资）<br>Limited Company |
| 法定代表人<br>**Legal Rep.** | 刘欢<br>Liu, Huan |

经 营 范 围
**Scope of Business**

销售：计算机软硬件、五金交电、电线电缆、预包装食品、农副产品、服装鞋帽、纺织产品、箱包皮具、厨具卫浴、工艺美术作品、化妆品、母婴用品、玩具、劳保用品、家具家电、日用百货、饰品、办公用品、宠物用品、汽车摩托车配件、电脑耗材、电子产品、监控设备、仪器仪表、机械设备及配件、磨料磨具、矿产品（不含煤炭）、建筑材料；计算机软硬件的技术开发、技术咨询、技术服务、会展服务、商务信息咨询服务（不含证券、期货、投资）；汽车美容装饰服务.（依法须经批准的项目，经相关部门批准后方可开展经营活动）

| | |
|---|---|
| 注 册 资 本<br>**Capital Contribution** | 贰拾万圆整<br>200,000 Yuan |
| 成 立 日 期<br>**Date of Incorporation** | 2020年09月07日<br>09/07/2020 |
| 营 业 期 限<br>**Business Duration** | 长期<br>Perpetual |
| 住 所<br>**Domicile** | 河南省郑州市二七区祥云路112号7号楼3单元405号<br>No. 405, Unit 3, Building 7, 112 Xiangyun Road, Erqi District, Zhengzhou City, Henan Province |

登 记 机 关

2020 年 09 月 07 日