

Business License



Copy
(副　本)副本号:1-1



扫描二维码登录
"国家企业信用
信息公示系统
"了解更多登记
、备案、许可、
监管信息.

Unified Social Credit Code
统一社会信用代码
91440604MACMR20H0W

| | | | |
|---|---|---|---|
| 名　　　称<br>Entity Name | 佛山市禅城区维纤卓商贸有限公司<br>Foshan City Chancheng District WeiXianZhuo Business and Trade Company Limited | 注 册 资 本<br>Capital Contribution | 人民币伍拾万元<br>500,000 Yuan |
| 类　　　型<br>Entity Type | 有限责任公司（自然人独资）<br>Limited Company | 成 立 日 期<br>Date of Incorporation | 2023年06月21日<br>06/21/2023 |
| 法 定 代 表 人<br>Legal Rep. | 肖太雪<br>Xiao, Taixue | 住　　　所<br>Domicile | 佛山市禅城区南庄镇人和东路24号608房（住所申报）<br>Room 608, No. 24 Renhe East Road, Nanzhuang Town, Chancheng District, Foshan City (residence declared) |
| 经 营 范 围<br>Scope of Business | 一般项目：日用品销售；服装服饰批发；鞋帽批发；服装辅料销售；鞋帽零售；母婴用品销售；服装服饰零售；服装服饰出租；服装、服饰检验、整理服务；箱包销售；互联网销售（除销售需要许可的商品）；工艺美术品及收藏品零售（象牙及其制品除外）；日用百货销售；个人卫生用品销售；办公用品销售；户外用品销售；五金产品零售；针纺织品及原料销售；电子产品销售。（除依法须经批准的项目外，凭营业执照依法自主开展经营活动） | | |

登记机关



2023 年 6 月 2  日

国家企业信用信息公示系统网址：　http://www.gsxt.gov.cn　　市场主体应当于每年1月1日 至 6月30日通过
　　　　　　　　　　　　　　　　　　　　　　　　　　　国家企业信用信息公示系统报送公示年度报告　　　　　　　　国家市场监督管理总局监制