



Business License
(副本) 1-1
Copy

Unified Social Credit Code
统一社会信用代码

91410811MA9K3N6C70

| | | | |
|---|---|---|---|
| 名 称<br>Entity Name | 焦作市永旭商贸有限公司<br>Jiaozuo City Yongxu Business and Trade Company Limited | 注册资本<br>Capital Contribution | 贰拾万圆整<br>200,000 Yuan |
| 类 型<br>Entity Type | 有限责任公司（自然人独资）<br>Limited Company | 成立日期<br>Date of Incorporation | 2021年08月16日<br>08/16/2021 |
| 法定代表人<br>Legal Rep. | 李新新<br>Li, Xinxin | 营业期限<br>Business Duration | 2021年08月16日至2031年08月15日<br>08/16/2021 to 08/15/2031 |
| 经营范围<br>Scope of Business | 一般项目：日用品销售；服装服饰零售；玩具销售；羽毛(绒)及制品销售；办公设备销售；家用电器零配件销售；鞋帽零售；化妆品零售；厨具卫具及日用杂品零售；个人卫生用品销售；针纺织品销售；母婴用品销售；广告设计、代理（除依法须经批准的项目外，凭营业执照依法自主开展经营活动） | 住 所<br>Domicile | 河南省焦作市山阳区新城街道解放东路鑫和小区207号<br>No.207, Xinhe Community, Jiefang East Road, Xincheng Street, Shanyang District, Jiaozuo City, Henan Province |

登记机关

2021 年 08 月 16 日

国家企业信用信息公示系统网址：http://www.gsxt.gov.cn

市场主体应当于每年1月1日至6月30日通过国家企业信用信息公示系统报送公示年度报告

国家市场监督管理总局监制