

Business License

营业执照

Copy
（副本） 1-1

**Unified Social Credit Code**
统一社会信用代码
91420111MAC3AEW59H



扫描二维码登录
'国家企业信用
信息公示系统'
了解更多登记、
备案、许可、监
管信息。

| | | | |
|---|---|---|---|
| 名　　称<br>Entity Name | 武汉腾悦馨丽电子商务有限公司<br>Wuhan Tengyue Xinli Electronics Business and Trade Company Limited | 注册资本<br>Capital Contribution | 壹佰万圆整<br>1,000,000 Yuan |
| 类　　型<br>Entity Type | 有限责任公司（自然人独资）<br>Limited Company | 成立日期<br>Date of Incorporation | 2022年11月16日<br>11/16/2022 |
| 法定代表人<br>Legal Rep. | 李海腾　Li, Haiteng | 营业期限<br>Business Duration | 长期　Long Term |
| 经营范围<br>Scope of Business | 一般项目：互联网销售（除销售需要许可的商品）；互联网设备销售；服装服饰零售；服装辅料销售；母婴用品销售；鞋帽零售；制鞋原辅材料销售；日用品销售；劳动保护用品销售；珠宝首饰零售；美发饰品销售；工艺美术品及礼仪用品销售（象牙及其制品除外）；箱包销售（除许可业务外，可自主依法经营法律法规非禁止或限制的项目） | 住　　所<br>Domicile | 武汉市洪山区雄楚大街428号桂子花园二期8栋2单元1层10-39房<br>Room 10-39, 1st Floor, Unit 2, Building 8, Guizi Garden Phase II, No. 428 Xiongchu Street, Hongshan District, Wuhan |

登记机关

2022 年 11 月 16 日

国家企业信用信息公示系统网址：http://www.gsxt.gov.cn　　市场主体应当于每年1月1日至6月30日通过国家企业信用信息公示系统报送公示　　国家市场监督管理总局监制