

Business License

# 营业执照

Unified Social Credit Code
统一社会信用代码
91350304MADKK4NF8F

Copy
（副 本） 副本编号：1-1



扫描二维码登录"国家企业信用信息公示系统"了解更多登记、备案、许可、监管信息。

Entity Name
**名 称** 莆田荔城雨绮源贸易有限公司
Putian Licheng Yuqiyuan Business and Trade Company Limited

**注册资本** 壹万圆整
Capital Contribution 10,000 Yuan

Entity Type
**类 型** 有限责任公司(自然人独资)
Limited Company

**成立日期** 2024年05月27日
Date of Incorporation 05/27/2024

**法定代表人** 李总
Legal Represetative Li, Zong

**住 所** 福建省莆田市荔城区镇海街道荔园东路1688号正荣财富中心A区3号楼710室
Domicile
Room 710, Building 3, Zone A, Zhenrong Wealth Center, 1688 Liyuan East Road, Zhenhai Street, Licheng District, Putian City, Fujian Province

**经营范围**
Scope of Business

一般项目：鞋帽零售；服装服饰零售；乐器零售；工艺美术品及收藏品零售（象牙及其制品除外）；珠宝首饰零售；体育用品及器材零售；文具用品零售；自行车及零配件零售；厨具卫具及日用杂品零售；化妆品零售；宠物食品及用品零售；五金产品零售；计算机软硬件及辅助设备零售；日用家电零售；汽车零配件零售；照相器材及望远镜零售；电子元器件零售；家用电器销售；日用百货销售；针纺织品及原料销售；食品销售（仅销售预包装食品）；农副产品销售；游艺及娱乐用品销售；塑料制品销售；建筑材料销售；助动自行车、代步车及零配件销售；办公设备销售；仪器仪表销售；特种劳动防护用品销售；消防器材销售；针纺织品销售；家用电器零配件销售；家具零配件销售；劳动保护用品销售；玩具、动漫及游艺用品销售；户外用品销售；箱包销售；眼镜销售（不含隐形眼镜）；钟表销售；母婴用品销售；礼品花卉销售；日用品销售；个人卫生用品销售；卫生洁具销售；涂料销售（不含危险化学品）；家具销售；灯具销售；通信设备销售；家用视听设备销售；润滑油销售；建筑装饰材料销售；互联网销售（除销售需要许可的商品）。（除依法须经批准的项目外，凭营业执照依法自主开展经营活动）

**登记机关**




2024 年 5 月 27 日

国家企业信用信息公示系统网址：http://www.gsxt.gov.cn

市场主体应当于每年1月1日至6月30日通过国家企业信用信息公示系统报送公示年度报告

国家市场监督管理总局监制