

**Unified Social Credit Code**
统一社会信用代码
92410811MA9FYNF27C

# 营业执照
**Business License**

（副本） 1-1
Copy

| | | | |
|---|---|---|---|
| 名　　称 Entity Name | 焦作市山阳区糖夏商贸经营部<br>Jiaozuo City Shanyang District Tangxia Business and Trade Department | 组成形式 Structure of Organization | 个人经营<br>Individual Operated |
| 类　　型 Entity Type | 个体工商户<br>Sole Proprietorship | 注册日期 Date of Registration | 2020年11月04日<br>11/04/2020 |
| 经 营 者 Operator | 蔡培培<br>Cai, Peipei | 经营场所 Place of Business | 河南省焦作市山阳区中星街道庙河小区附加楼3号<br>No.3, Additional Building, Miaohe Community, Zhongxing Street, Shanyang District, Jiaozuo City, Henan Province |
| 经营范围 Scope of Business | 销售厨具卫具、日用杂品、文具用品、茶具、化妆品、鞋帽。（依法须经批准的项目，经相关部门批准后方可开展经营活动） | | |

登 记 机 关

2020　11　04
　年　月　日

http://www.gsxt.gov.cn

国家企业信用信息公示系统网址：　　　　　　　　　　　　　　　国家市场监督管理总局监制