

Business License

营业执照

Copy
(副本)

统一社会信用代码
Unified Social Credit Code  91510704MA624GE55B

| | | |
|---|---|---|
| 名 称<br>Entity Name | 绵阳非池中教育科技有限责任公司<br>Mianyang FeiChiZhong Education Technology Company Limited | |
| 类 型<br>Entity Type | 有限责任公司(自然人独资)  Limited Company | |
| 住 所<br>Domicile | 绵阳市游仙经济开发区凯越路1号<br>No. 1 Kaiyue Road, Youxian Economic Development Zone, Mianyang City | |
| 法定代表人<br>Legal Rep. | 王寓  Wang, Yu | |
| 注册资本<br>Capital Contribution | 伍拾万元人民币  500,000 Yuan | |
| 成立日期<br>Date of Incorporation | 2016年11月03日  11/08/2016 | |
| 营业期限<br>Business Duration | 2016年11月03日至长期  From 11/08/2016 to perpetual | |
| 经营范围<br>Scope of Business | 教育软件研发及推广；休闲健身服务，户外拓展活动的组织策划；教育信息咨询服务。（依法须经批准的项目，经相关部门批准后方可开展经营活动） | |



登记机关



2016 年 11 月 03 日

请于每年1月1日至6月30日年报。
企业名称、股权变更、行政许可、行政处罚
信息在20个工作日内公示。

企业信用信息公示系统网址：http://gsxt.scaic.gov.cn  中华人民共和国国家工商行政管理总局监制