

Business License

  

营业执照

Unified Social Credit Code
统一社会信用代码
91410103MA9G0DBL5P

扫描二维码登录
'国家企业信用
信息公示系统'
了解更多登记、
备案、许可、监
管信息。

Copy
（副　本）1-1

| | | |
|---|---|---|
| 名　　称 Entity Name | 郑州钭仇商贸有限公司 Zhengzhou Douchou Business and Trade Company Limited | 注册资本 Capital Contribution　贰拾万圆整　200,000 Yuan |
| 类　　型 Entity Type | 有限责任公司（自然人独资） Limited Company | 成立日期 Date of Incorporation　2020年11月09日　11/09/2020 |
| 法定代表人 Legal Representative | 曾灿彬 Zeng, Canbin | 营业期限 Business Duration　长期　Long term |
| 经营范围 Scope of Business | 销售：计算机软硬件及辅助设备、五金产品、预包装食品、初级农产品、服装鞋帽、针纺织品、箱包皮具、厨具用品、工艺品，化妆品、玩具、家具、家用电器、日用百货、饰品、文具用品、宠物用品、汽车配件、电子产品、监控设备、仪器仪表、机械设备及配件、磨料磨具、建筑材料；计算机软硬件的技术开发、技术咨询、技术服务；会展服务，商务信息咨询服务。（依法须经批准的项目，经相关部门批准后方可开展经营活动） | 住　　所 Domicile　河南省郑州市二七区郑密路99号亚星盛世悦都二号楼一单元2006号 |



登记机关

2020　年　11　月　09　日

国家企业信用信息公示系统网址:http://www.gsxt.gov.cn　　市场主体应当于每年1月1日至6月30日通过国家企业信用信息公示系统报送公示年度报告　　国家市场监督管理总局监制