

Business License



Unified Social Credit Code
统一社会信用代码

91440604MACN4F9A1R

营 业 执 照
Copy
（副 本）

（副本号：1-1）

扫描二维码登录"国家企业信用信息公示系统"了解更多登记、备案、许可、监管信息。

Foshan City Chancheng District Lingyinhong Business and Trade Company Limited

名　称  佛山市禅城区玲茵红商贸有限公司
Entity Name

类　型  有限责任公司（自然人独资）
Entity Type  Limited Company

法定代表人  王杰 Wang, Jie
Legal Representative

经营范围  一般项目：日用品销售；服装服饰批发；鞋帽批发；服装辅料销售；鞋帽零售；母婴用品销售；服装服饰零售；服装服饰出租；服装、服饰检验、整理服务；箱包销售；互联网销售（除销售需要许可的商品）；工艺美术品及收藏品零售（象牙及其制品除外）；日用百货销售；个人卫生用品销售；办公用品销售；户外用品销售；五金产品零售；针纺织品及原料销售；电子产品销售。（除依法须经批准的项目外，凭营业执照依法自主开展经营活动）
Scope of Business

注册资本  伍拾万元人民币
Capital Contribution  500,000 Yuan

成立日期  2023年06月20日
Date of Incorporation  06/20/2023

住　所  佛山市禅城区张槎街道塱沙路75号309房（住所申报）
Domicile  Room 309, No. 75 Longsha Road, Zhangcha Street, Chancheng District, Foshan City (residence declared)

登记机关

2023 年 07 月 27 日

佛山市禅城区市场监督管理局

国家企业信用信息公示系统网址：http://www.gsxt.gov.cn

市场主体应当于每年 1月1日 至 6月30日通过国家企业信用信息公示系统报送公示年度报告

国家市场监督管理总局监制