# 营业执照

**Business License**

**(副 本)** Copy

**Unified Social Credit Code / 统一社会信用代码**
91340103MADXREJ82J    (1-1)

| | | | |
|---|---|---|---|
| **名　　称** Entity Name | 合肥霖珂花商贸有限公司<br>Hefei Linkehua Business and Trade Company Limited | **注册资本** Capital Contribution | 壹拾万圆整<br>100,000 Yuan |
| **类　　型** Entity Type | 有限责任公司(自然人独资)<br>Limited Company | **成立日期** Date of Incorporation | 2024年08月26日<br>09/07/2929 |
| **法定代表人** Legal Rep. | 黄科林<br>Huang, Kelin | **住　　所** Domicile | 安徽省合肥市庐阳区林店街道洪河路26号梦成大厦709室<br>Room 709, Mengcheng Building, 26 Honghe Road, Lindian Street, Luyang District, Hefei City, Anhui Province |

**经营范围 / Scope of Business**

一般项目：食品销售（仅销售预包装食品）；针纺织品及原料销售；服装服饰批发；日用百货销售；家用电器销售；办公设备销售；针纺织品销售；服装服饰零售；鞋帽零售；化妆品零售；日用品销售；礼品花卉销售；母婴用品销售；箱包销售；户外用品销售；互联网销售（除销售需要许可的商品）；未经加工的坚果、干果销售；木材销售；美发饰品销售；刀具销售；电池零配件销售；日用陶瓷制品销售；茶具销售；办公用品销售；玩具销售；门窗销售；宠物销售；个人卫生用品销售（除许可业务外，可自主依法经营法律法规非禁止或限制的项目）

登记机关　　2024　08　26

[seal: 合肥市市场监督管理局]