

**Business License**

  

营业执照

Copy
(副 本)



| | | | |
|---|---|---|---|
| 统一社会信用代码<br>Unified Social Credit Code | 91340800MA8Q7BWE1A(1-1) | | |
| 名 称<br>Entity Name | 安庆碘凑商贸有限公司<br>Anqing Diancou Business and Trade Company Limited | 注册资本<br>Capital Contribution | 陆拾伍万圆整<br>600,000 Yuan |
| 类 型<br>Entity Type | 有限责任公司（自然人独资）<br>Limited Company | 成立日期<br>Date of Incorporation | 2023年03月21日<br>03/21/2023 |
| 法定代表人<br>Legal Rep. | 田顺意<br>Tian, Shunyi | 住 所<br>Domicile | 安徽省安庆市经济技术开发区老峰镇辉煌新村2号楼604室<br>Room 604, Building 2, Brilliant New Village, Laofeng Town, Anqing Economic and Technological Development Zone, Anhui Province |
| 经营范围<br>Scope of Business | 一般项目：服装服饰零售；鞋帽零售；化妆品零售；厨具卫具及日用杂品零售；自行车及零配件零售；体育用品及器材零售；文具用品零售；工艺美术品及收藏品零售（象牙及其制品除外）；电子元器件零售；计算机软硬件及辅助设备零售；五金产品零售；日用百货销售；家用电器销售；劳动保护用品销售；礼品花卉销售；钟表销售；箱包销售；户外用品销售；互联网销售（除销售需要许可的商品）（除许可业务外，可自主依法经营法律法规非禁止或限制的项目） | | |

登记机关

2023 年 03 月 21 日

国家企业信用信息公示系统网址：http://www.gsxt.gov.cn

市场主体应当于每年1月1日至6月30日通过国家企业信用信息公示系统报送公示

国家市场监督管理总局监制