

Unified Social Credit Code
统一社会信用代码

Business License
营业执照
(副本)
Copy

91440300MA5DJEDH11

名　　称　深圳艾莉薇化妆品有限公司
Entity Name   Shenzhen Ailiwei Cosmetics Company Limited

类　　型　有限责任公司（自然人独资）
Entity Type   Limited Company

成立日期　2016年08月17日
Date of Incorporation   08/17/2016

法定代表人　傅咸春
Legal Rep.   Fu, Xianchun

住　　所　深圳市宝安区新安街道安乐社区44区物业大厦404
Domicile   804, 805, Property Building, 44 District, Anle Community, Xin'an Street, Bao'an District, Shenzhen

   

1. 商事主体的经营范围由章程确定。经营范围中属于法律、法规规定应当经批准的项目，取得许可审批文件后方可开展相关经营活动。
2. 商事主体经营范围和许可审批项目等有关企业信用事项及年报信息和其他信用信息，请登录左下角的国家企业信用信息公示系统或扫描右上方的二维码查询。
3. 各类商事主体每年须于成立周年之日起两个月内，向商事登记机关提交上一自然年度的年度报告。企业应当按照《企业信息公示暂行条例》第十条的规定向社会公示企业信息。

重要提示

登记机关



2022年 04月 24日

国家企业信用信息公示系统网址：http://www.gsxt.gov.cn

国家市场监督管理总局监制