

**Unified Social Credit Code**
统一社会信用代码
91510106MA7ELCHM88

**Business License**
营业执照
Copy
(副本)   副本编号：1-1



扫描二维码登录"国家企业信用信息公示系统"了解更多登记、备案、许可、监管信息。

| | | | |
|---|---|---|---|
| 名　　称 Entity Name | 成都金助曾科技有限公司 Chengdu Jinzhuceng Technology Company Limited | 注册资本 Capital Contribution | 壹佰万元整 1,000,000 Yuan |
| 类　　型 Entity Type | 有限责任公司（自然人独资） Limited Company | 成立日期 Date of Incorporation | 2021 年 12 月 10 日 12/10/2021 |
| 法定代表人 Legal Rep. | 金子曾 Jin, Ziceng | 营业期限 Business Duration | 2021 年 12 月 10 日至 长期 12/10/2021 to perpetual |
| 经营范围 Scope of Business | 一般项目：软件开发；信息技术咨询服务；网络与信息安全软件开发；国内贸易代理；信息咨询服务（不含许可类信息咨询服务）；互联网销售（除销售需要许可的商品）；日用品销售；五金产品零售；化妆品零售；卫生洁具销售；电子产品销售；文具用品零售；办公用品销售；体育用品及器材零售；家用电器销售；厨具卫具及日用杂品批发；服装服饰零售；箱包销售；皮革制品销售；珠宝首饰零售；钟表与计时仪器销售；工艺美术品及礼仪用品销售（象牙及其制品除外）。（除依法须经批准的项目外，凭营业执照依法自主开展经营活动） | 住　　所 Domicile | 四川省成都市金牛区韦家碾三路267号附1-06号 No. 267, No. 1-06, Weijiagian 3rd Road, Jinniu District, Chengdu City, Sichuan Province |
| | | 登记机关 | |



2021 年 12 月 10 日

国家企业信用信息公示系统网址：http://www.gsxt.gov.cn   市场主体应当于每年1月1日至6月30日通过国家企业信用信息公示系统报送公示年度报告   国家市场监督管理总局监制