# Exhibit 1

Exhibit 1

Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-61886-JB

XYZ CORPORATION,

   Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

   Defendants.

## DECLARATION OF GRIFFIN C. KLEMA, ESQ.

I, Griffin C. Klema, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 of the following is true and correct:

1. I am counsel for the 18 Aliver Defendants, DE 42, in this action. I submit this declaration in support of their opposition to plaintiff's motion to oppose entry of parties [ECF 31].

2. On December 16, 2024, I spoke with counsel for plaintiff, Michael Feldenkrais by telephone at 2:18 PM. We discussed my representation of the 18 storefronts identified on plaintiff's Schedule A. I advised that Shenzhen Moulis Electronic Co., Ltd. was the real corporate parent behind the other 17 sellers. I proposed that Shenzhen Moulis Electronic Co., Ltd. would submit a declaration attesting to that fact and clarifying the relationship with those entities. I understood him to be agreeable that such a declaration would suffice and that he would have no further objection to Shenzhen Moulis Electronic Co., Ltd. proceeding in the case on their behalf.

3. I subsequently obtained the declaration from Shenzhen Moulis Electronic Co., Ltd.'s owner, Li Fu, together with supporting business licenses for each of the 17 other seller IDs. I provided that declaration to Mr. Feldenkrais by email. However, he would not agree to withdraw the plaintiff's motion.

4. Attached hereto are my email to medications with Mr. Feldenkrais.

    /s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Attorney for Defendants*