# Exhibit 1-1

**Exhibit 1-1**

# Griffin Klema

| | |
|---|---|
| **From:** | Michael Feldenkrais <mfeldenkrais@gmail.com> |
| **Sent:** | Thursday, December 19, 2024 9:20 AM |
| **To:** | Griffin Klema |
| **Cc:** | 'Eservice Feldenkrais Law' |
| **Subject:** | Re: Declaration of Li Fu / Shenzhen Moulis (no. 24-cv-6188) |

As per the evidence provided the only one that you can represent is number 31 which I will remove my opposition as to that defendant. As to the other 17 defendants, I see no relationship between them with number 31. I have been asking you to provide the connection. You have filed a declaration that states they are all owned by your client yet have failed to provide same. This new declaration states the relationship between Shenzhen Moulis is the same as to the other 17 defendants yet there is no evidence of same. You provided the 17 licenses but none of those have any relationship to your client Shenzen, not even the legal representatives of each of those defendant name Shenzhen nor Li Fu. Therefore, your representation as to the 17 defendants is still not established and thus continues to be opposed.

I will also be filing a Rule 11 Motion. Govern yourself accordingly.

Michael Feldenkrais

---

**From:** Griffin Klema <griffin@klemalaw.com>
**Sent:** Thursday, December 19, 2024 8:55 AM
**To:** 'Michael Feldenkrais' <mfeldenkrais@gmail.com>
**Cc:** 'Eservice Feldenkrais Law' <eservice@feldenkraislawpa.com>
**Subject:** RE: Declaration of Li Fu / Shenzhen Moulis (no. 24-cv-6188)

Michael,

You and I spoke on Monday during which call I advised that I would be obtaining a declaration from my client regarding the relationship. You agreed that if that was provided that the plaintiff would not object to the appearance.

Furthermore, the declaration makes clear that my client is the direct owner of Aliver Official, and you have no factual basis to contest that. The Chinese licenses for it and the 17 other defendants were provided to you. You can do your own investigation but you presently have no basis in fact to object to my appearance on behalf of those 18 defendants, which I will now do.

Your baseless refusal is vexatious and will subject you, as the attorney to sanctions under Rule 11 and 28 U.S.C. § 1927. We will be serving you with a Rule 11 motion shortly, both for your misguided objection to the defendants' efforts to address your improperly obtained TRO, and the underlying complaint.

Govern yourself accordingly.



**Griffin Klema**
Intellectual Property & Litigation
**Klema Law, P.L.**

cell: 202-713-5292

video call:

Griffin@KlemaLaw.com

---

**From:** Michael Feldenkrais <mfeldenkrais@gmail.com>
**Sent:** Thursday, December 19, 2024 8:51 AM
**To:** Griffin Klema <griffin@klemalaw.com>
**Cc:** 'Eservice Feldenkrais Law' <eservice@feldenkraislawpa.com>
**Subject:** Re: Declaration of Li Fu / Shenzhen Moulis (no. 24-cv-6188)

Griffin,

I still see no connection between the party you are representing and the 18 defendants.  I am not sure when you ever understood that we had an agreement of any kind as to me not opposing the appearance of Shenzhen Moulis.  You were going to provide me proof of what you filed under oath that the 18 defendants were owned by your client.  You have filed a Declaration on behalf of your client Shenzhen Moulis Electronic Co, LTD.  Unfortunately, I still see no connection documents or proof that your client has anything to do with 18 defendants and thus should be allowed in this matter.

I will continue to oppose your client's appearance, and in consequence all of your filed documents in this matter until such time as you can provide legal evidence that your client is the owner of the 18 stores.

Michael Feldenkrais

---

**From:** Griffin Klema <griffin@klemalaw.com>
**Sent:** Thursday, December 19, 2024 8:27 AM
**To:** 'Michael Feldenkrais' <mfeldenkrais@gmail.com>
**Cc:** 'Eservice Feldenkrais Law' <eservice@feldenkraislawpa.com>
**Subject:** Declaration of Li Fu / Shenzhen Moulis (no. 24-cv-6188)

Michael,

Further to our call last night and our prior agreement respecting my client in which you would agree to cease opposing its appearance on behalf of the 18 named defendants in the above matter, please find attached the declaration of Li Fu.

I trust this now addresses your client's concern regarding the eighteen defendants. In sum, as was previously stated, the parent company is Shenzhen Moulis (corresponding to defendant no. 31), and the other seventeen are controlled by it. I ask that you withdraw your motion to obviate our client's need to prepare and file a formal response in opposition. If you have any remaining concerns, please state them specifically and provide the factual basis for it.

Sincerely,

**Griffin Klema**
Intellectual Property & Litigation
**Klema Law, P.L.**

cell: 202-713-5292

video call:

Griffin@KlemaLaw.com

3