UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 0:24-cv-61886

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants.

_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO ZiKeFuShi ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses with prejudice all claims against ZiKeFuShi (Def. No. 86)

Respectfully submitted on this 24th day December, 2024.

                                                **FELDENKRAIS LAW, P.A.**

                                                Attorneys for Plaintiffs

                                                20533 Biscayne Blvd. Suite 469

                                                Aventura, FL 33180

                                                Telephone: (305) 528-9614

                                                Email: mfeldenkrais@gmail.com

                                                By:/s/ Michael Feldenkrais, Esq.

                                                Florida Bar No. 991708