## UNITED STATES DISTRICT COURT FOR THE

## SOUTHERN DISTRICT OF FLORIDA

## MIAMI DIVISION

### CASE NO. 0:24-cv-61886

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants.

_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel,

Plaintiff hereby voluntarily dismisses with prejudice all claims against the following defendants:

| Def No. | Store Name As Identified On Schedule A | Store ID |
|---------|----------------------------------------|----------|
| 51 | Leodye | 10001498236 |
| 85 | MingSongHua | 10002529075 |
| 88 | PaiJianHe | 10002516964 |
| 57 | YUAN Beauty Shop | 10001218448 |
| 63 | Alaparte Travel Essentials | 10001315147 |
| 56 | Teissuly Direct | 10001507104 |

| 54 | Momihoom | 10001697177 |
| 82 | HKEJIAOI | 10001658862 |
| 105 | ShenZhenShiChunHeQing | 10001647683 |
| 72 | Bznwn | 10001647735 |
| 71 | YGUANGWENI | 10001647990 |
| 81 | RuiYuanAiDianZi | 10001673677 |

Respectfully submitted on this 26th day December, 2024.

**FELDENKRAIS LAW, P.A.**

Attorneys for Plaintiffs

20533 Biscayne Blvd. Suite 469

Aventura, FL 33180

Telephone: (305) 528-9614

Email: mfeldenkrais@gmail.com

By:/s/ Michael Feldenkrais, Esq.

Florida Bar No. 991708