**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **XYZ Corporation,**<br><br>    Plaintiff,<br><br>v.<br><br>**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**<br><br>    Defendants. | Case Number: 0:24-cv-61886-JB<br><br>Judge: Honorable Jacqueline Becerra |

**DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

The undersigned, counsel of record for Defendants SHANWU (No.1), KuiyaShangmao (No.8), Libanshangmao (No.9), Mianyangchuangshiyou (No.11), yongxudedian (No.12), lihaitengshisanzhan (No.19), Beauty Nature (No.20), Tangxiashangmao (No.21), FCZJYUS (No.22), Mcukv Beauty (No.23), Stellar Express (No.25), Yep US (No.26), Shengzhenshifeikoushengwukejiyouxiangongsi (No.27), li521322101 (No.29), Aliver Official (No.31), Elaimei, SEFUDUN (No.33), and Oimmal (No.35) (collectively as the "Aliver Defendants"), certifies pursuant to Fed. R. Civ. P. 7.1(a)(1) that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

    1.    Shenzhen Moulis Electronic Co., Ltd., is a Chinese limited company (defendant), which owns the seventeen other Aliver Defendants, below;

2. The seventeen other Aliver Defendants:

| Plaintiff's Schedule "A" number | seller ID / storefront name | Online platform seller name | Defendant name (Chinese) and English translation |
|---|---|---|---|
| 1 | SHANWU | SHENZHENSHI SHANWU S&T CO., LTD | 深圳市山务科技有限公司 Shenzhenshi Shanwu Science and Technology Co., Ltd. |
| 8 | KuiyaShangmao | zhengzhoukuiyashangmaoyouxiangongsi | 郑州葵雅商贸有限公司 Zhengzhou Kuiya Business and Trade Co. Ltd. |
| 9 | Libanshangmao | zhengzhoulibanshangmaoyouxiangongsi | 郑州黎半商贸有限公司 Zhengzhou Liban Business and Trade Co. Ltd. |
| 11 | Mianyangchuangshiyou | FoshanCityChanchengWeiXianZhuoTrading Co., LTD | 佛山市禅城区维纤卓商贸有限公司 Foshan City Chancheng District WeiXianZhuo Business and Trade Co. Ltd. |
| 12 | yongxudedian | jiaozuoshiyongxushangmaoyouxiangongsi | 焦作市永旭商贸有限公司 Jiaozuo City Yongxu Business and Trade Co. Ltd. |
| 19 | lihaitengshisanzhan | wuhantengyuexinlidianzishangwuyouxiangongsi | 武汉腾悦馨丽电子商务有限公司 Wuhan Tengyue Xinli Electronics Business and Trade Co. Ltd. |
| 20 | Beauty Nature | PuTianLiChengYuQiYuanMaoYiYouXianGongSi | 莆田荔城雨绮源贸易有限公司 Putian Licheng Yuqiyuan Business and Trade Co. Ltd. |
| 21 | tangxiashangmao | jiaozuoshishanyangqutangxiashangmaojingyingbu | 焦作市山阳区糖夏商贸经营部 Jiaozuo City Shanyang District Tangxia Business and Trade Department |
| 22 | FCZJYUS | mianyangfeichizhongjiaoyukejiyouxiangongsi | 绵阳非池中教育科技有限责任公司 Mianyang FeiChiZhong Education Technology Co. Ltd. |
| 23 | Mcukv Beauty | zhengzhoudouchoushangmaoyouxiangongsi | 郑州钭仇商贸有限公司 |

| | | | Zhengzhou Douchou Business and Trade Co. Ltd. |
|---|---|---|---|
| 25 | Stellar Express | FoshanChanchengDistrictLingYinHongTradingCo., LTD | 佛山市禅城区玲茵红商贸有限公司<br><br>Foshan City Chancheng District Lingyinhong Business and Trade Co. Ltd. |
| 26 | Yep US | zhengzhouyepingshangmaoyouxiangongsi | 合肥霖柯花商贸有限公司<br>Hefei Linkehua Business and Trade Co. Ltd. |
| 27 | Shengzhenshifeikoushengwukejiyouxiangongsi | shenzhenshifeikoushengwukejiyouxiangongsi | 深圳诗霏寇生物科技有限公司<br>Shenzhen Shifeikou Bio-tech Co. Ltd. |
| 29 | li521322101 | anqingdiancoushangmaoyouxiangongsi | 安庆碘凑商贸有限公司<br>Anqing Diancou Business and Trade Co. Ltd. |
| 31 | Aliver Official | shenzhenmunisidianziyouxiangongsi | 深圳慕尼斯电子有限公司<br>Shenzhen Munisi Electronic Co. Ltd. |
| 32 | Elaimei | Shenzhenailiweihuazhuangpinyouxiangongsi | 深圳艾莉薇化妆品有限公司<br>Shenzhen Ailiwei Cosmetics Co. Ltd. |
| 33 | SEFUDUN | chengdujinzhucengkejiyouxiangongsi | 成都金助曾科技有限公司<br>Chengdu Jinzhuceng Technology Co. Ltd. |
| 35 | Oimmal | shizhenshifeikoushengwukejiyouxiangongsi | 深圳诗霏寇生物科技有限公司<br>Shenzhen Shifeikou Bio-tech Co. Ltd. |

3. Griffin C. Klema, Esq. (defense counsel);

4. Klema Law, PL;

5. Di Li, Esq. (defense counsel);

6. Di Li Law, P.C.;

7. Guangzhou tinpod Electronic Technology Co., Ltd. (plaintiff);

8. Mingzhi Cao;

9. Michael Feldenkrais, Esq. (plaintiff's counsel); and

10. Feldenkrais Law, P.A.;

Date: December 26, 2024

Respectfully submitted,

  /s/ Griffin Klema
Griffin Klema, Esq.
Florida Bar ID #100279
**KLEMA LAW, P.L.,**
420 W. Kennedy Boulevard, Commerce Club,
Tampa, FL 33606
202-713-5292
griffin@klemalaw.com

Attorney for Moving Defendants

/s/ Di Li
Di Li, Esq.
**DI LI LAW, P.C.**
18725 Gale Ave., Suite 208
City of Industry, CA 91748
Tel.: (626) 723-4849
Fax: (626) 956-0744
Email: di@dililaw.com

Attorney for Moving Defendants
*Pro Hac Vice*

Page 4
DEFENDANTS' RULE 7.1 CORPORATE DISCLOSURE STATEMENT