UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **XYZ Corporation,** | **Case Number: 0:24-cv-61886-JB** |
| Plaintiff, | |
| v. | Judge: Honorable Jacqueline Becerra |
| **THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"** | |
| Defendants. | |

**DEFENDANTS'** *UNOPPOSED* **MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendants SHANWU (No.1), KuiyaShangmao (No.8), Libanshangmao (No.9), Mianyangchuangshiyou (No.11), yongxudedian (No.12), lihaitengshisanzhan (No.19), Beauty Nature (No.20), Tangxiashangmao (No.21), FCZJYUS (No.22), Mcukv Beauty (No.23), Stellar Express (No.25), Yep US (No.26), Shengzhenshifeikoushengwukejiyouxiangongsi (No.27), li521322101 (No.29), Aliver Official (No.31), Elaimei, SEFUDUN (No.33), and Oimmal (No.35) (hereinafter referred as "Moving Defendants"), identified in the Schedule "A" of Plaintiff's Amended Complaint (ECF No.11), by and through their undersigned counsel, hereby request an extension of time to respond to the Plaintiff's Amended Complaint, stating as follows:

1. Plaintiff filed its Amended Complaint on October 28, 2024. (ECF No.11).
2. Some of the moving Defendants received notice of this action on December 11, 2024, via an email sent by the e-commerce platforms, i.e. Amazon and Walmart, but did not receive a summons.

3. On December 13, 2024, plaintiff finally requested the Clerk issue a summons. (ECF 26).

4. On December 16, 2024, the Moving Defendants received a copy of the Summons (ECF 32), by email from plaintiff's counsel, and which the Clerk had issued earlier that day. Prior to that date, no summons had issued in this action despite pending for more than two months, and it is unclear whether or when plaintiff may have lawfully served the remaining defendants pursuant to Rule 4.

5. The deadline for Moving Defendants to file a response to the Amended Complaint is January 6, 2025. Fed. R. Civ. P. 12(a)(1)(A)(i).

6. Pursuant to the Court's order, DE 6, this motion is being filed more than three business days prior to the deadline. No prior motions for an extension of time have been requested by the Moving Defendants (or any other defendant).

7. The undersigned counsel for Moving Defendants has a pre-planned vacation from January 1 to 7, 2025.  Additionally, the 21-day period falls over two national holidays, Christmas Day and New Year's Day. Accordingly, a short extension of eight days will not prejudice Plaintiff. Nor will this extension impact any deadlines to file dispositive motions or trial dates, since no scheduling order has yet been entered.

8. Pursuant to Rule 7.1.A.3 of the Local Rules of the Southern District of Florida, undersigned counsel has conferred with counsel for the Plaintiff by telephone. Counsel for the plaintiff does not oppose this request for an additional eight days to respond to plaintiff's amended complaint.

9. This request for an extension of time is made in good faith and is not interposed for the purpose of delay. No party will be prejudiced by the granting of this extension of time.

10. A proposed order is attached as Exhibit 1 for this Court's consideration.

**WHEREFORE**, Moving Defendants respectfully request that this Court grant their Motion for Extension of Time and order it to respond to Plaintiff's Complaint on or by January 14, 2025, and for such further relief as the Court deems just and proper.

### CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that on December 26, 2024, counsel for the Moving Defendants, Griffin Klema, conferred with Plaintiff's Counsel, Michael Feldenkrais, regarding the relief requested herein. The Plaintiff's counsel has no objection to the Moving Defendants' request for extension of time, until January 14, 2025, to respond to Plaintiff's Amended Complaint.

Date: December 26, 2024                                     Respectfully submitted,

                                                                                __/s/ Griffin Klema_____
Griffin Klema, Esq.
Florida Bar ID #100279
**KLEMA LAW, P.L.,**
420 W. Kennedy Boulevard, Commerce Club,
Tampa, FL 33606
202-713-5292
griffin@klemalaw.com

Attorney for Moving Defendants

/s/ Di Li
Di Li, Esq.
**DI LI LAW, P.C.**
18725 Gale Ave., Suite 208
City of Industry, CA 91748
Tel.: (626) 723-4849
Fax: (626) 956-0744
Email: di@dililaw.com

Attorney for Moving Defendants
*Pro Hac Vice*