# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **XYZ Corporation,**<br><br>    Plaintiff,<br><br>v.<br><br>**THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"**<br><br>    Defendants. | Case Number: 0:24-cv-61886-JB<br><br>Judge: Honorable Jacqueline Becerra |

## ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

THIS CAUSE came before the Court upon the Aliver Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Amended Complaint (the 18 defendants identified in DE 42). The Court having read and considered the motion, and good cause having been found to grant the motion, it is accordingly:

ORDERED AND ADJUDGED that Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Amended Complaint is GRANTED. Defendants shall have up to and including January 14, 2025, to respond to Plaintiff's Amended Complaint.

DONE AND ORDERED in Chambers in Miami, Southern District of Florida this _____ day of _____, 20\_\_\_\_\_.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE