UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 0:24-cv-61886

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants,

_____/

**<u>NOTICE OF WITHDRAWAL OF MOTION TO COMPEL DISCOVERY OF DEFENDANTS</u>**

On December 18th, 2024, Plaintiff filed a motion seeking an order from this Court to compel discovery of the Individuals, Partnerships, and Unincorporated Associations (collectively, the "Defendants") identified on Schedule "A", in the amended Complaint (ECF No. 11) to e-commerce platforms Amazon, Walmart and E-bay (hereinafter referred to as the "e-commerce platforms"). A Show Cause Notice was issued by this Court against the aforementioned e-commerce platforms on why they should not be held in contempt,

sanctioned, or otherwise compelled to comply with the Court's Temporary Restraining Order at ECF No.19. Accordingly, the hearing is scheduled on December 30th 2024.

The e-commerce platforms have provided to the plaintiff with all the requisite discovery information/data of the Defendants as directed in the Temporary Restraining Order (ECF No. 19).

Therefore, Plaintiff Counsel's request for discovery of defendants under the Motion to Compel is now moot based on availability of the information/data of the Defendants shared by the e-commerce platforms. Accordingly, Complaint Counsel hereby withdraws the Motion to Compel.

Respectfully submitted on this 27th Day of December, 2024.

**FELDENKRAIS LAW, P.A.**

Attorneys for Plaintiffs

20533 Biscayne Blvd. Suite 469

Aventura, FL 33180

Telephone: (305) 528-9614

Email: mfeldenkrais@gmail.com

By: /s/ Michael Feldenkrais, Esq.

Florida Bar No. 991708