**UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**CASE NO. 0:24-cv-61886**

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants,

_____/

**[proposed] ORDER**

Having considered Plaintiff Counsel's Notice of Withdrawal of its Motion to Compel discovery of the Individuals, Partnerships, and Unincorporated Associations (collectively, the "Defendants") identified on Schedule "A", in the amended Complaint (ECF No. 11) to e-commerce platforms Amazon, Walmart and E-bay, it is hereby ORDERED that Plaintiff Counsel's Motion to Compel discovery of defendants is WITHDRAW AS MOOT.

Ordered:                                                                          Jacqueline Becerra

United States District Judge

Date: _____