UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 0:24-cv-61886

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants.

_____/

**PROOF OF SERVICE**

I certify and declare that I am over the age of 18 years, working in Miami-Dade, and I am an attorney for Plaintiff, Guangzhou tinpod Electronic Technology Co., Ltd, in the above captioned action. As related to the summons in this case issued for SHANWU and all other Defendants identified in Schedule 'A' of the Complaint, on October 28, 2024 (after having received e-mail contact information for Defendants), the FELDENKRAIS LAW, P.A. effectuated service of process on the Defendants[1] by emailing copy of the Complaint, Issued

---

[1] All Defendants identified in Schedule A were served on December 11, 2024 (Walmart); December 19, 2024 (Amazon) and December 21, 2024 (Ebay).

Summons and Sealed Temporary Restraining Order. In addition, service of process was also effectuated by publication by posting a true and correct copy of the Complaint, Issued Summons and additional documents filed in this case on the website: https://www.dropbox.com/scl/fo/v2q3yy4lxjd9k7pxjt3ih/AEC7iTOfPax_EdDbcO9x-Ik?rlkey=qoeuutkxqj1kuj4479xnbzt2u&st=xhfatlau&dl=0

The above has been carried out as permitted by this Court's orders. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of December, 2024.

**FELDENKRAIS LAW, P.A.**

Attorneys for Plaintiffs

20533 Biscayne Blvd. Suite 469

Aventura, FL 33180

Telephone: (305) 528-9614

Email: mfeldenkrais@gmail.com

By: /s/ Michael Feldenkrais, Esq.

Florida Bar No. 991708