**UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**CASE NO. 0:24-cv-61886**

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants.

_____/

**UNOPPOSED MOTION FOR EXTENSION TO FILE JOINT SCHEDULED REPORTS UNTIL 21st JANUARY, 2025**

  The Plaintiff, XYZ Corporation (hereinafter referred to as "Plaintiff"), by and through the undersigned counsel, hereby move an unopposed motion for extension to file joint scheduled report until January 21st, 2025, as being mutually agreed by the Defendants namely SHANWU (Defendant No. 1), KuiyaShangmao (Defendant No. 8), Libanshangmao (Defendant No. 9), Mianyangchuangshiyou (Defendant No. 11), yongxudedian (Defendant No. 12), lihaitengshisanzhan (Defendant No. 19), Beauty Nature (Defendant No. 20), Tangxiashangmao (Defendant No. 21), FCZJYUS (Defendant No. 22), Mcukv Beauty

(Defendant No. 23), Stellar Express (Defendant No. 25), Yep US (Defendant No. 26), Shengzhenshifeikoushengwukejiyouxiangongsi (Defendant No. 27), li521322101 (Defendant No. 29), Aliver Official (Defendant No. 31), Elaimei, SEFUDUN (Defendant No. 33), and Oimmal (Defendant No. 35), (hereinafter referred to as the "Defendants"), through their Counsel Griffin C Klema, with the Plaintiff.

Extending the joint scheduling deadline for a brief period of time will preserve the resources of the parties, and this Court, by avoiding possibly unnecessary waste associated with imminent pretrial deadlines. This brief delay would not otherwise be prejudicial or cause any harm to any of the rights associated with the parties to the case.

WHEREFORE, Plaintiff respectfully requests for this Court to grant this extension to file joint scheduled report until January 21st, 2025.

Respectfully submitted on this 30th day of December, 2024.

**FELDENKRAIS LAW, P.A.**

Attorneys for Plaintiffs

20533 Biscayne Blvd. Suite 469

Aventura, FL 33180

Telephone: (305) 528-9614

Email: mfeldenkrais@gmail.com

By: /s/ Michael Feldenkrais, Esq.

Florida Bar No. 991708