# UNITED STATES DISTRICT COURT FOR THE

# SOUTHERN DISTRICT OF FLORIDA

# MIAMI DIVISION

## CASE NO. 0:24-cv-61886

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants.

_____/

## [proposed] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION TO FILE JOINT SCHEDULED REPORTS UNTIL 21st JANUARY, 2025

Having considered Plaintiff Counsel's unopposed motion for extension to file joint scheduled report until January 21st, 2025, as being mutually agreed by the Defendants namely SHANWU (Defendant No. 1), KuiyaShangmao (Defendant No. 8), Libanshangmao (Defendant No. 9), Mianyangchuangshiyou (Defendant No. 11), yongxudedian (Defendant No. 12), lihaitengshisanzhan (Defendant No. 19), Beauty Nature (Defendant No. 20), Tangxiashangmao (Defendant No. 21), FCZJYUS (Defendant No. 22), Mcukv Beauty (Defendant No. 23), Stellar Express (Defendant No. 25), Yep US (Defendant No. 26),

Shengzhenshifeikoushengwukejiyouxiangongsi (Defendant No. 27), li521322101 (Defendant No. 29), Aliver Official (Defendant No. 31), Elaimei, SEFUDUN (Defendant No. 33), and Oimmal (Defendant No. 35), (hereinafter referred to as the "Defendants"), through their Counsel Griffin C Klema, with the Plaintiff, it is hereby ORDERED AND GRANTED the extension to file joint scheduled report until January 21st, 2025.

DONE AND ORDERED in Miami, Florida this ____ day of _____, 202_.

_____

**JACQUELINE BECERRA**

**UNITED STATES DISTRICT JUDGE**