# DECLARATION BY THE EXPERT

# TO WHOMSOEVER IT MAY CONCERN

I, **Julien Craan from Craan Designs, Inc.,** being an expert organisation in analysing and verifying all types of data and digital documents, media, etc. declare and state as follows:

1. I am over 18 years of age and have personal knowledge of the facts set forth herein.
2. I, to substantiate the Plaintiff's claim, through our experts authenticated and re-verified the metadata provided by the Plaintiff mentioning the creation date of the 2-dimensional artwork of Black Castor Oil as August 18th, 2022, through the forensic website https://www.autopsy.com/ (Autopsy is the premier open source forensics platform which is capable of analyzing all types of mobile devices and digital media. Its plug-in architecture enables extensibility from community-developed or custom-built modules and meets the needs of various professionals in law enforcement, national security, litigation support, and corporate investigation).
3. The Report generated by the aforementioned source, substantiates and verifies the claims of the Plaintiff in the Declaration. The extracts of the report are as follows: **(Exhibit C attached to this Declaration)**

   File Modification Date/Time: 2024:12:24 14:54:47+05:30
   File Access Date/Time: 2024:12:24 14:55:05+05:30
   File Creation Date/Time: 2024:12:24 14:54:44+05:30
   Modify Date: 2024:05:25 08:49:44+08:00
   Metadata Date: 2024:05:25 08:49:44+08:00
   Thumbnail Width: 208
   Thumbnail Height: 256
   Thumbnail Format: JPEG
   Thumbnail Image: (Binary data 18869 bytes, use -b option to extract)
   **Create Date: 2022/8/18 16:59:19**

I, further declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. I also acknowledge that wilful false statements and the like are punishable by fine or imprisonment, or both (18

U.S.C. 1001) and may jeopardize the validity of the application or any copyright issuing thereon.

Date: January 03, 2025

Respectfully,

Signatory: Julien Craan

Designation: President/CEO

Signature: _____

**EXHIBIT- C**

```
ExifTool Version Number         : 13.10
File Name                       : Black Castor Oil-B (1).pdf
Directory                       : D:/Autopsy/exiftool-13.10_64/exiftool-13.10_64
File Size                       : 105 MB
File Modification Date/Time     : 2024:12:24 14:54:47+05:30
File Access Date/Time           : 2024:12:24 14:55:05+05:30
File Creation Date/Time         : 2024:12:24 14:54:44+05:30
File Permissions                : -rw-rw-rw-
File Type                       : PDF
File Type Extension             : pdf
MIME Type                       : application/pdf
PDF Version                     : 1.6
Linearized                      : No
Creator Tool                    : Adobe Illustrator 26.0 (Windows)
Modify Date                     : 2024:05:25 08:49:44+08:00
Metadata Date                   : 2024:05:25 08:49:44+08:00
Thumbnail Width                 : 208
Thumbnail Height                : 256
Thumbnail Format                : JPEG
Thumbnail Image                 : (Binary data 18869 bytes, use -b option to extract)
Create Date                     : 2022/8/18 16:59:19
Compression                     : Uncompressed
Photometric Interpretation      : RGB
Samples Per Pixel               : 3
Planar Configuration            : Chunky
X Resolution                    : 1200
Y Resolution                    : 1200
Resolution Unit                 : inches
Bits Per Sample                 : 8, 8, 8
Format                          : application/pdf
Title                           : Black Castor Oil-B-v2-ok
Color Mode                      : RGB
ICC Profile Name                : EPSON  Standard RGB - Gamma 1.8
Canvas                          : normal
N Pages                         : 1
Has Visible Transparency        : True
Has Visible Overprint           : False
Max Page Size W                 : 209.749990
Max Page Size H                 : 260.900012
Max Page Size Unit              : Millimeters
Font Name                       : MicrosoftYaHei
Font Family                     : σ┘«Φ╝»Θ¢àΘ┐æ
Font Face                       : Regular
Font Type                       : TrueType
Font Version                    : Version 6.30
Font Composite                  : False
Font File Name                  : msyh.ttc
Plate Names                     : Cyan, Magenta, Yellow, Black
Swatch Group Name               : Θ┐ÿΦ«ñΦë▓μ¥┐π┐ä
Swatch Group Type               : 0
Swatch Colorant Swatch Name     : C=75 M=0 Y=90 K=0
Swatch Colorant Type            : PROCESS
Swatch Colorant Tint            : 100.000000
Swatch Colorant Mode            : CMYK
Swatch Colorant Cyan            : 75.000000
Swatch Colorant Magenta         : 0.000000
```

```
Swatch Colorant Yellow          : 89.999998
Swatch Colorant Black           : 0.000000
Document ID                     : xmp.did:d061b360-e3b4-b242-b361-9ae018f8badc
Instance ID                     : uuid:2497cf65-6c3d-4624-805a-854489ea2fa1
Original Document ID            : xmp.did:f735593d-e860-f54e-8881-c7fc1b4d89cb
Rendition Class                 : proof:pdf
Derived From Instance ID        : xmp.iid:eb286274-ce60-d845-a1f0-702c44149a55
Derived From Document ID        : xmp.did:eb286274-ce60-d845-a1f0-702c44149a55
Derived From Original Document ID: xmp.did:f735593d-e860-f54e-8881-c7fc1b4d89cb
Derived From Rendition Class    : proof:pdf
History Action                  : saved, saved
History Instance ID             : xmp.iid:f735593d-e860-f54e-8881-c7fc1b4d89cb, xmp.iid:d061b360-e3b4-b242-b361-9ae018f8badc
History When                    : 2023:11:13 15:02:49+08:00, 2023:11:15 17:18:18+08:00
History Software Agent          : Adobe Illustrator 26.0 (Windows), Adobe Illustrator 26.0 (Windows)
History Changed                 : /, /
Manifest Link Form              : EmbedByReference, EmbedByReference, EmbedByReference, EmbedByReference, EmbedByReference, EmbedByReference
Manifest Reference File Path    : \\QC001\JobFiles2021\X-ΦÉºσàêтöƒ(Σ‖Üϴ⌐¼ΘÇè)\т▓┘ µ▓▓║µ┐┐┤.tif, \\QC001\JobFiles2021\X-ΦÉºσàêтöƒ(Σ‖Üϴ⌐¼ΘÇè)\Castor Oil-Φ┐ ₧σ¢┘ -Θ‖┐σiÉ.tif, \\QC001\JobFiles2021\X-ΦÉºσàêтöƒ(Σ‖Üϴ⌐¼ΘÇè)\т▓┘ µ▓▓║µ┐┐┤.tif, \\QC001\JobFiles2021\X-ΦÉºσàêтöƒ(Σ‖Üϴ⌐¼ΘÇè)\т▓┘ µ▓▓║µ┐┐┤+_pixian_ai.png, \\QC001\JobFiles2021\X-ΦÉºσàêтöƒ(Σ‖Üϴ⌐¼ΘÇè)\Castor Oil-Φ┐ ₧σ¢┘ -Θ‖┐σiÉ.tif, \\QC001\JobFiles2021\X-ΦÉºσàêтöƒ(Σ‖Üϴ⌐¼ΘÇè)\т▓┘ µ▓▓║µ┐┐┤+_pixian_ai.png
Manifest Reference Document ID  : xmp.did:8b67ac83-6703-4245-87e3-923997dfed7c, adobe:docid:photoshop:6f3966bc-5603-c74d-8096-df59afbfb7f9, xmp.did:8b67ac83-6703-4245-87e3-923997dfed7c, 0, adobe:docid:photoshop:6f3966bc-5603-c74d-8096-df59afbfb7f9, 0
Manifest Reference Instance ID  : xmp.iid:8b67ac83-6703-4245-87e3-923997dfed7c, xmp.iid:383d75a9-cd08-1e42-8896-edc0b8b30210, xmp.iid:8b67ac83-6703-4245-87e3-923997dfed7c, 0, xmp.iid:383d75a9-cd08-1e42-8896-edc0b8b30210, 0
Ingredients File Path           : \\QC001\JobFiles2021\X-ΦÉºσàêтöƒ(Σ‖Üϴ⌐¼ΘÇè)\т▓┘ µ▓▓║µ┐┐┤.tif, \\QC001\JobFiles2021\X-ΦÉºσàêтöƒ(Σ‖Üϴ⌐¼ΘÇè)\Castor Oil-Φ┐ ₧σ¢┘ -Θ‖┐σiÉ.tif, \\QC001\JobFiles2021\X-ΦÉºσàêтöƒ(Σ‖Üϴ⌐¼ΘÇè)\т▓┘ µ▓▓║µ┐┐┤+_pixian_ai.png
Ingredients Document ID         : xmp.did:8b67ac83-6703-4245-87e3-923997dfed7c, adobe:docid:photoshop:6f3966bc-5603-c74d-8096-df59afbfb7f9, 0
Ingredients Instance ID         : xmp.iid:8b67ac83-6703-4245-87e3-923997dfed7c, xmp.iid:383d75a9-cd08-1e42-8896-edc0b8b30210, 0
Creator Sub Tool                : Adobe Illustrator
Producer                        : Adobe PDF library 16.03
Page Count                      : 1
Creator                         : Adobe Illustrator(R) 24.0
AI Creator Version              : 26.0.2
For                             : Administrator,
Bounding Box                    : 10 41 606 781
AI Build Number                 : 754
AI Color Usage                  : Color
AI Ruler Units                  : Millimeters
AI Color Model                  : CMYK
AI Target Resolution            : 800
AI Num Layers                   : 4
Container Version               : 12
Creator Version                 : 26
Image Height                    : 740
Image Width                     : 596
Image Size                      : 596x740
Megapixels                      : 0.441
-- press ENTER --
```

# Julien Craan

459 NE 210 Circle Terrace #102, Miam Florida 33179 | 305.606.3442 | juliencr@gmail.com

## Skills & Abilities

**SR. JAVA DEVELOPER**

About 25+ years of professional experience in software analysis, development, documentation and Implementation of applications using JAVA/ J2EE Technologies with strong Object Oriented Programming skills.
Experience in front-end and data transfer techniques such as HTML, JavaScript, JQuery, JQuery UI, DOM, AJAX, CSS, CSS3, LESS, XML, JSON, BootStrap and more.
Expertise in J2EE Software Development Life Cycle (SDLC) of Business applications including waterfall, Agile and Scrum in web and client-server environment using Java and J2EE patterns.
Good knowledge in Web Technologies, OOP Concepts, and Client/Server environments, with focus on design and development.
Extensive experience in designing and developing multiple-tier enterprise web applications with the use of various frameworks including Struts 1 and 2 MVC, and Hibernate. Strong hand-on experience in their configuration, integration and implementation.
Expertise in Core Java concepts such as Collections Framework, Struts 1 and 2, Spring, Hibernate, Hibernate Search, Exception Handling, Java Reflection, Data Structure, and other features.
Deep understanding of Objective Oriented Development Methodology.
Proficient in Java Design Patterns: Singleton, Proxy, Factory, Decorator, Prototype, Façade, and Command.
Proficient in J2EE patterns such as POJO, MVC, DAO, Business Delegate, etc.
Experience with JSP, Servlet, Soap, AJAX, JDBC, XML, XSLT, JavaMail, Log4j, Web Service RESTFul.
Significant experience with web-based applications coupled with extensive database implementations.
Experience in major web applications servers, including Resin, Apache Tomcat and others.
Experience in using assistant tools in software development such as JUnit, Maven, CVS, and SVN.
Strong interpersonal and communication skills; ability to work in a team as well as independently with minimal supervision. Proven to work under tight deadlines; capable of developing multiple projects.
Experience with encrypting database for e-commerce website by column base on key and at database level and using Jasypt for Hibernate
Strong ability to learn new technology to be applied on projects.

**SR. DEVELOPPER | KISSLEADS AND CRAAN DESIGNS | SEP 2010 TO PRESENT**

In this project, java was used for all development. I use java everyday about 80%+ of my day and the rest is to do the day to day issues that come on my desk.

| Project | Technology used |
| --- | --- |
| Develop & maintain application for collecting leads over IVR System and distribute to individual in the system generated by ads in the TV.<br>· Average calls per ad was 2000.<br>· System payment by Pay Per Call, Pre-Pay, and Post Pay.<br>· User can configure their profile to receive calls by zip code, area code, State, time frame.<br>· User can set up their profile for pre pay or pay per call.<br>· User can pay for ads | Java, Struts 2, SOAP, RestFul, XML, Hibernate 4, Hibernate Search, CSS, LESS, Responsive Design, JQuery, AngularJS, |
| Develop online psychic software that connects users to a psychic using the pay per click to call mythology. | Java, Struts 2, Hibernate 3.5, CSS, HTML, JQuery, |
| Design Mobile Application to make calls to Psychic, payment, and manage profile. | Android, RestFul |

| | |
|---|---|
| Develop E-commerce store | Java, Struts 1 to 1.3, Hibernate 2 to 4, Hibernate Search, CSS, LESS, JQuery, HTML, Responsive design, MySQL |
| Integrate system with phone companies to match up calls came in and duration of calls.<br><br>Interface with TV station to collect viewing data to match with spot played. | Java, SOAP and RestFuL |

**PROJECT MANAGER | ORDER CATCHER | JANUARY 2006 TO SEPTEMBER 2010**

Java coding in this project was 60% Java and 40% Managing team and day to day work, but at the end of my time there it increased to 80% since I was working on the CMS Tool for the speech application.

| Project | Technology Used |
|---|---|
| Consultant for OrderCatcher, Inc with creating new design principals in voice recognition speech application. Responsible for design implementation of application and concept. | Visio, UML |
| Design Speech Application to capture orders over the phone using a speech application with voice recognition. | Visio and Project |
| Design Speech Application to capture orders over the phone using a speech application with voice recognition.<br><br>Develop Front end application to deploy speech applications on demand | Java, Struts 1.3, HTML, CSS, JavaScript, JQuery, MSSQL, XML, RestFul |

**CRAAN DESIGNS: | 2000 TO 2006**

Java was used 70% and 30% of my time was dealing with clients' requirement.

| Project | Technology used |
|---|---|
| E-commerce site for Wireless Company, Online Store for CD, Clothing, Painting, and electronic devices. | Java, Struts 1 to 1.3, Hibernate 2 to 4, Hibernate Search, Spring MVC, CSS, LESS, JQuery, HTML, Responsive design, MySQL |
| Content Management System For Trucking for booking and managing Jobs | Java, Struts 1, Hibernate 3, CSS, LESS, JQuery, HTML |
| Money Transfer allows users to make money transfer to users with rules that follows compliance. | Struts 1 to 1.2, XML, RestFul, Hibernate 2 to 3, MSSQL, MySQL |
| Lead Generation, Collect leads from a web base from distributed via multiple website and distributed to vendors by area code, zip, state, or nationwide. | Java, Hibernate 2 to 4, struts 1 and 2, XML, RestFul, Soap, HTML, CSS, JavaScript, JQuery, MSSQL, Spring, HTML, Responsive Design |

| | |
|---|---|
| Telecommunication Integration of liberty wireless with sprint network when user purchase a pre-paid phone with a plan. | Java, Soap, XML, Hibernate 2.0, MSSQL |
| Web design  Designed multiple website for companies from static to dynamic with responsive design | Java, HTML, CSS, JavaScript, JQuery, LESS, BootStrap, Photoshop, Illustrator, Fireworks |

**Education**

· Software Engineer | Florida International University

**Technical Skills**

Java,  SQL, JavaScript/JQuery, JSP, Servlet, JSTL, CVS,  Struts 1.2/2.0, Spring, HTML, AJAX, XML, XSLT, CSS, LESS, JSON, Bootstrap, AngularJS, Linux, Unix, JUnit, CVS, SVN, Maven, Resin, JBoss, Apache, Tomcat, WebLogic.