## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 24-cv-61886-JB

XYZ CORPORATION,

      Plaintiff,

  v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"

      Defendants.

_____/

### ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal filed by Plaintiff, in which it dismisses the instant action with prejudice as against Defendant Fashion T Office, Defendant No. 4 on Schedule "A" ("Defendant").

Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, but only as between Plaintiff and the Defendant. The Clerk is directed to **TERMINATE** Defendant from this case.

**DONE AND ORDERED** in Miami, Florida, this 6th day of January, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE