**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 24-cv-61886-JB**

XYZ CORPORATION,

      Plaintiff,

  v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"

      Defendants.
_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal filed by Plaintiff, in which it dismisses the instant action with prejudice as against the following Defendants (the "Dismissed Defendants"):

1. Leodye, Defendant No. 51 on Schedule "A";

2. MingSongHua, Defendant No. 85 on Schedule "A";

3. PaiJianHe, Defendant No. 88 on Schedule "A";

4. YUAN Beauty Shop, Defendant No. 57 on Schedule "A";

5. Alaparte Travel Essentials, Defendant No. 63 on Schedule "A";

6. Teissuly Direct, Defendant No. 56 on Schedule "A";

7. Momihoom, Defendant No. 54 on Schedule "A";

8. HKEJIAOI, Defendant No. 82 on Schedule "A";

9. ShenZhenShiChunHeQing, Defendant No. 105 on Schedule "A";

10. Bznwn, Defendant No. 72 on Schedule "A";

11. YGUANGWENI, Defendant No. 71 on Schedule "A"; and

12. RuiYuanAiDianZi, Defendant No. 81 on Schedule "A."

Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, but only as between Plaintiff and the Dismissed Defendants. The Clerk is directed to **TERMINATE** the Dismissed Defendants from this case.

**DONE AND ORDERED** in Miami, Florida, this 6th day of January, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE