UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-61886-JB

XYZ CORPORATION,

       Plaintiff,

  v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"

       Defendants.

_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal filed by Plaintiff, in which it dismisses the instant action with prejudice as against Defendant ONE ONE SHOP, Defendant No. 7 on Schedule "A" ("Defendant").

Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, but only as between Plaintiff and the Defendant. The Clerk is directed to **TERMINATE** Defendant from this case.

**DONE AND ORDERED** in Miami, Florida, this 6th day of January, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**