UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-61886-JB

XYZ CORPORATION,

      Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"

      Defendants.
_____/

### ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal filed by Plaintiff, in which it dismisses the instant action with prejudice as against Defendant ZiKeFuShi, Defendant No. 86 on Schedule "A" ("Defendant").

Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, but only as between Plaintiff and the Defendant. The Clerk is directed to **TERMINATE** Defendant from this case.

**DONE AND ORDERED** in Miami, Florida, this 6th day of January, 2025.

                                                    _____
                                                    **JACQUELINE BECERRA**
                                                    **UNITED STATES DISTRICT JUDGE**