**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

XYZ Corporation,

      Plaintiff,
                                        Case No.: 0:24-cv-61886-JB

v.

The Individuals, Partnerships and
Unincorporated Associations Identified
on Schedule A.

      Defendants.

_____/

## MOTION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT

Defendants, Yishi, Biyunhua – 10002497360, Ouqilin – 10001677226, Yiyidesf – 10001610421, lhydz – 10001252252, Way to Celebrate, Inc. – 10001665992, Ouqilin/Huash – 10002532830, Tamber LLC – 102479495, BAWN LLC – 102493077, YouTo LLC – 102480662, and MYY Co.ltd - 101299302 (collectively, "Defendants"), by and through undersigned counsel, hereby file this Motion for Extension of Time until February 8, 2025, to respond to Plaintiff's First Amended Complaint[1], and, in support thereof, states as follows:

1.     Prior to the date hereof, Plaintiff and Defendants were engaged in good faith settlement discussions for the purpose of resolving this case. Defendants remain hopeful that a resolution will be reached and seeks to appropriate its resources toward finding resolution if it may prevent unnecessary fees and costs associated with responding to Plaintiff's First Amended Complaint.

2.     Good cause for the requested relief exists, because without an extension of time, Defendants will be unduly prejudiced by the Plaintiff potentially seeking a default despite knowing

---

[1] On January 3, 2025, Plaintiff filed Motion for Leave to File Second Amended Complaint. [D.E. 67]. On January 5, 2025, the Court denied Plaintiff's motion without prejudice. [D.E. 68]. To date, Plaintiff has yet to refile its motion. Notwithstanding, in the event thereof, the relief request herein may be rendered moot if filed during the extension period requested herein.

that Defendants were holding off on expending limited resources in responding to Plaintiff's First

Amended Complaint based on the belief an amicable resolution would be reached.

3.      This motion is brought in good faith and is not being filed for the purpose of delay,

or due to any lack of diligence on Defendants' behalf during the previously set response period.

4.      The filing of this motion will not prejudice Plaintiff.

5.      This is the first motion for an extension filed by Defendants in this case.


WHEREFORE, for good cause shown, Defendants request that the Court grant this Motion

and allow Defendants up to and including February 8, 2025, to file a response to Plaintiff's First

Amended Complaint.

### L.R. 7.1(a)(3) Certification

On January 7, 2025 counsel for Defendants conferred with all parties who may be affected by the

relief sought hereunder (*i.e.*, Plaintiff). Plaintiff opposes the relief sought herein.



January 7, 2025                                                Respectfully submitted.

                                                               **HEITNER LEGAL, P.L.L.C**
                                                               *Attorney for Defendants*
                                                               215 Hendricks Isle
                                                               Fort Lauderdale, FL 33301
                                                               Phone: 954-558-6999
                                                               Fax: 954-927-3333

                                                               By:
                                                               DARREN A. HEITNER
                                                               Florida Bar No.: 85956
                                                               Darren@heitnerlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2025, a true and correct copy of the foregoing was electronically filed using CM/ECF, which serves electronic notice on all counsel of record and registered CM/ECF users.

By:

DARREN A. HEITNER