**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

XYZ Corporation,

    Plaintiff,

v.

Case No.: 0:24-cv-61886-JB

The Individuals, Partnerships and
Unincorporated Associations Identified
on Schedule A.

    Defendants.
_____/

**[proposed] Order**

**THIS CAUSE** being before the Court on Defendants, Yishi, Biyunhua – 10002497360, Ouqilin – 10001677226, Yiyidesf – 10001610421, lhydz – 10001252252, Way to Celebrate, Inc. – 10001665992, Ouqilin/Huash – 10002532830, Tamber LLC – 102479495, BAWN LLC – 102493077, YouTo LLC – 102480662, and MYY Co.ltd - 101299302 ("Defendants"), Motion for Extension of Time, this Court ORDERS that:

**a)** Defendants shall file its response(s) to Plaintiff's First Amended Complaint [Dkt. 11] on or before February 8, 2025.

 

                                                                                                              _____
                                                                                                              District Judge