UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 0:24-cv-61886

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants.

_____/

**<u>NOTICE OF VOLUNTARY DISMISSAL AS TO ZHONGJIANYONG ONLY</u>**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses with prejudice all claims against Zhongjianyong (Def. No. 45)

Respectfully submitted on this 15th day January, 2025.

        **FELDENKRAIS LAW, P.A.**

        Attorneys for Plaintiffs

        20533 Biscayne Blvd. Suite 469

        Aventura, FL 33180

        Telephone: (305) 528-9614

        Email: mfeldenkrais@gmail.com

        By:/s/ Michael Feldenkrais, Esq.

        Florida Bar No. 991708