UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 0:24-cv-61886

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants.

_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO BEESSBEST ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses with prejudice all claims against Beessbest (Def. No. 68) who own and operate the online marketplace accounts identified by the walmart accounts https://www.walmart.com/seller/101629917 with Store id: 101629917

Respectfully submitted on this 22nd day of January, 2025.

                                                      **FELDENKRAIS LAW, P.A.**

                                                     Attorneys for Plaintiffs

                                                     20533 Biscayne Blvd. Suite 469

                                                     Aventura, FL 33180

                                                     Telephone: (305) 528-9614

                                                     Email: mfeldenkrais@gmail.com

                                                     By:/s/ Michael Feldenkrais, Esq.

                                                     Florida Bar No. 991708