UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 0:24-cv-61886

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants.

_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses with prejudice all claims against the following defendants:

| Def No. | Store Name As Identified On Schedule A | Store ID |
|---|---|---|
| 91 and 109 | Tamber LLC/ MYY Co.ltd | 101299302 |
| 104 | BAWN LLC | 102493077 |
| 42 and 43 | YouTo LLC/ Jeemaytoo/ Ouytwer | 101566261 |

Respectfully submitted on this 22nd Day of January 2025.

        **FELDENKRAIS LAW, P.A.**

        Attorneys for Plaintiffs

        20533 Biscayne Blvd. Suite 469

        Aventura, FL 33180

        Telephone: (305) 528-9614

        Email: mfeldenkrais@gmail.com

        By:/s/ Michael Feldenkrais, Esq.

        Florida Bar No. 991708