UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 0:24-cv-61886

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants,

_____/

## MOTION FOR CLERK'S DEFAULT

Plaintiff, Guangzhou tinpod Electronic Technology Co., Ltd (hereinafter referred to as "Plaintiff"), by and through the undersigned counsel, hereby moves this Honorable Court to direct the Clerk to enter a default against Amazon, Walmart and E-bay Marketplace defendants, represented as defendants, individuals, partnerships, and unincorporated association identified on Schedule "A" ("Defendants" hereinafter) of Plaintiff's Amended Complaint (ECF No 11) and served on December 11, 2024.  In support of this request, Plaintiff states as follows:

    1.    Plaintiff, XYZ CORPORATION ("Plaintiff") filed the present action on October 10,

2024 to combat the willful and intentional copyright infringement for 2-dimensional artwork for Black Castor Oil 1, Black Castor Oil 2, Black Castor Oil 3 and Black Castor Oil 4 (hereinafter "Plaintiff's Copyright") registered with the U.S. Copyright Office. Plaintiff holds an exclusive copyright registration, which plaintiff utilizes for the selling, marketing and promotion of retail goods. (ECF No. 1)

2. Plaintiff brought the present action to combat the Defendants' knowing and intentional promotion, advertisement, display, distribution, offering for sale and use of the Plaintiff's Copyright on the Defendants' stores operating on ecommerce platforms such as Amazon, eBay, Walmart under their respective Seller IDs, all listed in Schedule A to the Amended Complaint. (ECF No. 11).

3. Plaintiff filed its *Ex Parte* Motion for Entry of Temporary Restraining Order, Preliminary Injunction, and Order Restraining Transfer of Assets ("Motion for TRO") (ECF No. 14) against which an order for granting the TRO was passed by the Hon'ble Court on 02 December, 2024 (ECF No. 19).

4. The Defendant was served with the Summons and Complaint on December 11, 2024, as evidenced by the Proof of Service filed with this Court on December 27, 2024.

5. Pursuant to Rule 1.500(a) of the Florida Rules of Civil Procedure, the Defendant was required to file a responsive pleading within 21 days of service of the Complaint

6. As of the date of this motion, the Defendants mentioned in EXHIBIT A has failed to file or serve any responsive pleading or otherwise defend the action as required by law.

7. The Plaintiff is entitled to a Clerk's Default against the Defendant for failure to respond.

WHEREFORE, Plaintiff respectfully requests that the Clerk of this Court enter a Default against the Defendants mentioned in EXHIBIT A and for such other relief as the Court deems just and proper.

Respectfully submitted on this 22nd day of January, 2025.

**FELDENKRAIS LAW, P.A.**

Attorneys for Plaintiffs

20533 Biscayne Blvd. Suite 469

Aventura, FL 33180

Telephone: (305) 528-9614

Email: mfeldenkrais@gmail.com

By: /s/ Michael Feldenkrais, Esq.

Florida Bar No. 991708

**EXHIBIT A**

| Defendant No. | Seller Name | Store URL | Seller ID/ Partner ID |
|---|---|---|---|
| 2. | ChrizBStore LLC | https://www.amazon.com/sp?ie=UTF8&seller=A2ANGO217MTGAZ | A2ANGO217MTGAZ |
| 10. | WallArt-US | https://www.amazon.com/sp?ie=UTF8&seller=A17ENGE7OREJBR | A17ENGE7OREJBR |
| 16. | YunNanXunAnShangMaoYouXianGongSi | https://www.amazon.com/sp?ie=UTF8&seller=AFTUYA7ZZQPTC | AFTUYA7ZZQPTC |
| 24 | HENCUK | https://www.amazon.com/sp?ie=UTF8&seller=ANWMUDV202TOM | ANWMUDV202TOM |
| 28 | Artzira | https://www.amazon.com/sp?ie=UTF8&seller=A7U32LC438XOD | A7U32LC438XOD |
| 30 | Spectree | https://www.amazon.com/sp?ie=UTF8&seller=A2XVDZSBAUP0N1&asin=B0CQ RBWQ3Z | A2XVDZSBAUP0N1 |
| 36 | TaiYuanShiBianQuanShangMao | https://www.walmart.com/seller/101610850 | 10001630200 |
| 37 | Xuerui E-commerce Co., Ltd | https://www.walmart.com/seller/101218787 | 10001238147 |
| 38 | SanYu Technology Co. | https://www.walmart.com/seller/101179138 | 10001198500 |
| 39 | MZBoutiques | https://www.walmart.com/seller/101462780 | 10001482132 |
| 40 | Haerbinshengyimeikejiyouxiangongsi | https://www.walmart.com/seller/101642280 | 10001661630 |
| 41 | SeaAZqurtles | https://www.walmart.com/seller/101673050 | 10001692401 |
| 47 | DXOUPM Clothing | https://www.walmart.com/seller/101579943 | 10001599294 |
| 50 | Tardaianiella | https://www.walmart.com/seller/101653606 | 10001672956 |
| 52 | BaoHeng | https://www.walmart.com/seller/101574804 | 10001594154 |
| 53 | Capebale | https://www.walmart.com/global/seller//101619248 | 10001638597 |

| 55 | FuShi | https://www.walmart.com/seller/101614898 | 10001634248 |
| --- | --- | --- | --- |
| 58 | AiFuDian | https://www.walmart.com/seller/101631103 | 10001650453 |
| 59 | Mei li xue | https://www.walmart.com/seller/101506405 | 10001525759 |
| 60 | Yinyu | https://www.walmart.com/seller/101533899 | 10001553254 |
| 61 | GuangZhouQiangFengXinShiPinYouXianGo | https://www.walmart.com/seller/101614860 | 10001634209 |
| 62 | XiAng | https://www.walmart.com/seller/101579758 | 10001599108 |
| 64 | Chong | https://www.walmart.com/seller/101245861 | 10001265221 |
| 65 | BeiGaoFu | https://www.walmart.com/seller/101672358 | 10001691707 |
| 66 | Crazyview | https://www.walmart.com/seller/101572167 | 10001591518 |
| 67 | Afunyo | https://www.walmart.com/seller/101566671 | 10001586028 |
| 69 | Kediluo | https://www.walmart.com/seller/101533905 | 10001553255 |
| 71 | YGUANGWENI | https://www.walmart.com/seller/101628640 | 10001647990 |
| 72 | bznwn | https://www.walmart.com/seller/101628386 | 10001647735 |
| 73 | AYFFDIYI | https://www.walmart.com/seller/101533806 | 10001553156 |
| 75 | AIJIA Co. Ltd | https://www.walmart.com/seller/101122574 | 10001141936 |
| 76 | Lufly | https://www.walmart.com/seller/101632825 | 10001652180 |
| 77 | GXFCAI | https://www.walmart.com/seller/101631137 | 10001650497 |
| 78 | yinzhouyi | https://www.walmart.com/seller/101670144 | 10001689495 |
| 79 | DIBOLAI | https://www.walmart.com/seller/101618568 | 10001637918 |
| 80 | DIBOLAI GLOBAL | https://www.walmart.com/seller/102505150 | 10002524507 |
| 81 | RuiYuanAiDianZi | https://www.walmart.com/seller/101654327 | 10001673677 |
| 83 | BAWN LLC | https://www.walmart.com/seller/102493077 | 10002512434 |
| 84 | yangdechuansichuan | https://www.walmart.com/global/seller//102478173 | 10002497530 |
| 87 | JinTingFu | https://www.walmart.com/seller/102503843 | 10002523200 |
| 89 | GoldHub Co. Ltd | https://www.walmart.com/seller/101662883 | 10001682233 |
| 90 | Nrnabes Co. Ltd | https://www.walmart.com/seller/101533660 | 10001553010 |
| 93 | Chenqiufeng | https://www.walmart.com/global/seller//101686238 | 10001705589 |
| 94 | WaIGRHFR | https://www.enwalmart.com/seller/101633511 | 10001652861 |

| | | | |
|---|---|---|---|
| 96 | TUWEN | https://www.walmart.com/global/seller//102514430 | 10002533794 |
| 97 | Ihydz | https://www.walmart.com/seller/101232892 | 10001252252 |
| 99 | invdc | https://www.walmart.com/seller/101671053 | 10001690404 |
| 101 | PQBWAFI | https://www.walmart.com/seller/101643827 | 10001663182 |
| 102 | XZZjjl | https://www.walmart.com/global/seller//101666241 | 10001685593 |
| 103 | Yanecun | https://www.walmart.com/seller/101662922 | 10001682272 |
| 107 | UW Clothing | https://www.walmart.com/seller/101681648 | 10001700998 |
| 108 | Candy LLC/BAWN LLC | https://www.walmart.com/seller/102493077 | |
| 110 | WalGRHFR | https://www.walmart.com/global/seller//101633511 | 10001652861 |
| 111 | An An Sheng Co., Ltd. | https://www.walmart.com/seller/101641296 | 10001660646 |
| 113 | SIfdSeng | https://www.walmart.com/seller/101511950 | 10001531300 |
| 114 | guangzhouNIANliangchenkejiyouxianGong | https://www.walmart.com/seller/101680537 | 10001699890 |
| 115 | Yanhecun | https://www.walmart.com/seller/101662922?itemId=6736213876 | 10001682272 |
| 116 | S&P_Sales | https://www.ebay.com/str/shapur24?_trksid=p4429486.m3561.l161211 | 395185601434 |
| 117 | estelede.11 | https://www.ebay.com/sch/i.html?item=266684477893&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=estelede.11 | 2.66684E+11 |
| 118 | healthnutlv | https://www.ebay.com/str/healthnutlv?_trksid=p4429486.m3561.l161211 | 1.76209E+11 |
| 119 | Game Lott | https://www.ebay.com/str/gamelott?_trksid=p4429486.m3561.l161211 | 1.66643E+11 |
| 120 | huey_g | https://www.ebay.com/sch/i.html?item=156220063558&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=huey_g | 1.5622E+11 |
| 121 | Woo Hoo Treasures | https://www.ebay.com/str/woohootreasures?_trksid=p4429486.m3561.l1612 11 | 386861398131 |
| 122 | AR.Resell | https://www.ebay.com/str/arresell?_trksid=p4429486.m3561.l161211&_tab=f eedback | 4.05038E+11 |

| | | | |
|---|---|---|---|
| 123 | dadeals_2020 | https://www.ebay.com/sch/i.html?item=355504722113&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=dadeals_2020 | 3.55505E+11 |
| 124 | Country Cottage | https://www.ebay.com/str/thesummersclub?_trksid=p4429486.m3561.l161211 | 3.64903E+11 |
| 125 | heavyginners | https://www.ebay.com/sch/i.html?item=204568273054 | 2.04568E+11 |
| 126 | CzKc | https://www.ebay.com/str/computerzonekc?_trksid=p4429486.m3561.l161211 | 3.75204E+11 |
| 127 | teknofrenzillc | https://www.ebay.com/sch/i.html?item=335191448179 | 3.35191E+11 |
| 128 | phillietheclown1964 | https://www.ebay.com/sch/i.html?item=285788474111&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=phillietheclown1964 | 2.85788E+11 |
| 129 | mikecheng | https://www.ebay.com/str/mikecheng?_trksid=p4429486.m3561.l161211 | 3.95177E+11 |
| 130 | urukzone | https://www.ebay.com/str/urukzone?_trksid=p4429486.m3561.l161211 | 2.76113E+11 |
| 131 | ami.shibe | https://www.ebay.com/str/amishibe?_trksid=p4429486.m3561.l161211&_tab=feedback | 2.26074E+11 |
| 132 | canton0000_0 | https://www.ebay.com/sch/i.html?item=145520102427&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=canton0000_0 | 1.4552E+11 |
| 133 | littlehappys4u | https://www.ebay.com/sch/i.html?item=126500860271&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=littlehappys4u | 1.26501E+11 |
| 134 | cloudyonthewest | https://www.ebay.com/sch/i.html?item=355345141637&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=cloudyonthewest | 3.55345E+11 |
| 135 | binngo | https://www.ebay.com/sch/i.html?item=156173705860&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=bingo | 1,56,17,37,05,860 |

| | | | |
|---|---|---|---|
| 136 | lemac-1062 | https://www.ebay.com/sch/i.html?item=355716225754&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=lemac-1062 | 3.55716E+11 |
| 137 | macam9612 | https://www.ebay.com/sch/i.html?item=364903671252&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=macam9612 | 1.96018E+11 |
| 138 | Hot Deals Store - 2024 | https://www.ebay.com/str/hotdealsstore2021?_trksid=p4429486.m3561.l161211 | 1.96018E+11 |
| 139 | khoandr_O | https://www.ebay.com/sch/i.html?item=364572161999&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=khoandr_0 | 3.64572E+11 |
| 140 | gthbf5 | https://www.ebay.com/str/gthbf5?_trksid=p4429486.m3561.l161211 | 1.76154E+11 |
| 141 | mxdresale | https://www.ebay.com/sch/i.html?item=156127992261&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=mxdresale | 1.56128E+11 |
| 142 | nona-22-3 | https://www.ebay.com/sch/i.html?item=186414403632&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=nona-22-3 | 1.86414E+11 |
| 143 | sonia art studio | https://www.ebay.com/str/soniaartstudio?_trksid=p4429486.m3561.l161211 | 1.96004E+11 |
| 144 | iibs49 | https://www.ebay.com/sch/i.html?item=296205500708&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=iibs49 | 2.96206E+11 |
| 145 | jegeo_3271 | https://www.ebay.com/sch/i.html?item=404846726937&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=jegeo_3271 | 4.04847E+11 |
| 146 | bonesbooth95 | https://www.ebay.com/sch/i.html?item=116159625744&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=bonesbooth95 | 1.1616E+11 |
| 147 | quickdisp0 | https://www.ebay.com/sch/i.html?item=355103042740&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=quickdisp0 | 3.55103E+11 |

| 148 | pandorafinds | https://www.ebay.com/sch/i.html?item=355507631997&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=pandorafinds | 3.55508E+11 |
|---|---|---|---|
| 149 | goodsdiscounts | https://www.ebay.com/usr/goodsdiscounts?_tab=about | 3.95319E+11 |
| 150 | abrarahi0 | https://www.ebay.com/sch/i.html?item=145402320650&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=abrarahi0 | 1.45402E+11 |
| 151 | elainberr | https://www.ebay.com/sch/i.html?item=256380452066&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=elainberr | 2.5638E+11 |
| 152 | greatergoods11 | https://www.ebay.com/sch/i.html?item=196363046130&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=greatergoods11 | 1.96363E+11 |
| 153 | annyshopws | https://www.ebay.com/sch/i.html?item=315172395871&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=annyshopws | 3.15172E+11 |
| 154 | mewic_46 | https://www.ebay.com/sch/i.html?item=315205620296&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=mewic_46 | 3.15206E+11 |
| 155 | holistichealinghaven | https://www.ebay.com/sch/i.html?item=166780078078&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=holistichealinghaven | 1.6678E+11 |
| 156 | crownzofficals | https://www.ebay.com/sch/i.html?item=375190014051&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=crownzofficals | 3.7519E+11 |
| 157 | eagleq67 | https://www.ebay.com/sch/i.html?item=404598985325&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=eagleq67 | 4.04599E+11 |
| 158 | kamkh7390 | https://www.ebay.com/sch/i.html?item=296185396697&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=kamkh7390 | 2.96185E+11 |
| 159 | authenticjammarket | https://www.ebay.com/str/authenticjammarket?_trksid=p4429486.m3561.l161211 | 4.04936E+11 |

| 160 | ketay45 | https://www.ebay.com/sch/i.html?item=305272420278&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=ketay45 | 3.05272E+11 |
|---|---|---|---|
| 161 | dotsonecom | https://www.ebay.com/sch/i.html?item=315321639831&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=dotsonecom | 3.15322E+11 |
| 162 | nineniftyfinds | https://www.ebay.com/sch/i.html?item=156015405226&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=nineniftyfinds | 1.56015E+11 |
| 163 | msdeals23 | https://www.ebay.com/sch/i.html?item=404585573538&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=msdeals2 | 4.04586E+11 |
| 164 | als_kfw8a | https://www.ebay.com/sch/i.html?item=116092788271&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=als-kfw8a | 1.16093E+11 |
| 165 | k7ol8y7t5 | https://www.ebay.com/str/k7ol8y7t5?_trksid=p4429486.m3561.l161211 | 3.95282E+11 |
| 166 | marceyscraftsandsoutherngypseyjewels | https://www.ebay.com/sch/i.html?item=235506474259&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=marceyscraftsandsoutherngypseyjewels | 2.35506E+11 |
| 167 | sdw05f | https://www.ebay.com/sch/i.html?item=166798078360&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=sdw05f | 1.66798E+11 |
| 168 | graffer*v3f | https://www.ebay.com/str/grafferv3f?_trksid=p4429486.m3561.l161211 | 3.95289E+11 |
| 169 | mslinda1963 | https://www.ebay.com/sch/i.html?item=375290499748&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=mslinda1963 | 3.7529E+11 |
| 170 | will_sell_it | https://www.ebay.com/sch/i.html?item=266860421617&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=will_sell_it | 2.6686E+11 |
| 171 | Great Deals from WI | https://www.ebay.com/str/greatdealsfromwi?_trksid=p4429486.m3561.l161211 | 1.76389E+11 |

| 172 | cassak-16 | https://www.ebay.com/sch/i.html?item=296475472625&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=cassak-16 | 2.96475E+11 |
|---|---|---|---|
| 173 | corstorellc | https://www.ebay.com/sch/i.html?item=315432044877&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=corstorellc | 3.15432E+11 |
| 174 | kapic-60 | https://www.ebay.com/sch/i.html?item=285904768938&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=kapic-60 | 2.85905E+11 |
| 175 | Shipcounts.com | https://www.ebay.com/str/missiondiscounts?_trksid=p4429486.m3561.l1612 11 | 4.05144E+11 |
| 176 | sellinga-51 | https://www.ebay.com/sch/i.html?item=375506175829&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=sellinga-51 | 3.75506E+11 |
| 177 | barginbuys2312 | https://www.ebay.com/sch/i.html?item=387322997082&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=barginbuys2312 | 3.87323E+11 |
| 178 | healthlife3851 | https://www.ebay.com/sch/i.html?item=176496415373&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=healthlife385 | 1.76496E+11 |
| 179 | marine0818 | https://www.ebay.com/sch/i.html?item=176547781189&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=marine0818 | 1.76548E+11 |
| 180 | breyanna11 | https://www.ebay.com/sch/i.html?item=305716706324&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=breyanna11 | 3.05717E+11 |
| 181 | siha6134 | https://www.ebay.com/sch/i.html?item=335455572386&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=siha6134 | 3.35456E+11 |
| 182 | williamsaffordableresale | https://www.ebay.com/sch/i.html?item=145944045155&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=williamsaffordableresale | 1.45944E+11 |

| 183 | G-WOODY'S GOODIES | https://www.ebay.com/str/gwoodysgoodies?_trksid=p4429486.m3561.l16121 1 | 3.05581E+11 |
|---|---|---|---|
| 184 | thegreenhouselovegrowshere | https://www.ebay.com/sch/i.html?item=126449503315&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=thegreenhouselovegrowshere | 1.2645E+11 |
| 185 | sagacontinuse | https://www.ebay.com/sch/i.html?item=387069379803&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=sagacontinuse | 3.87069E+11 |
| 186 | santo.1992 | https://www.ebay.com/sch/i.html?item=315270081531&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=santo.1992 | 3.1527E+11 |
| 187 | dnsgower | https://www.ebay.com/sch/i.html?item=266689725387&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=dnsgower | 2.6669E+11 |
| 188 | BeautyStore4u | https://www.ebay.com/str/alfastore11?_trksid=p4429486.m3561.l161211 | 1.66787E+11 |
| 189 | btcfr63 | https://www.ebay.com/sch/i.html?item=186453224672&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=btcfr63 | 1.86453E+11 |
| 190 | sakreestop | https://www.ebay.com/str/sanaastore76?_trksid=p4429486.m3561.l161211 | 3.55595E+11 |
| 191 | sanaastore76 | https://www.ebay.com/str/sanaastore76?_trksid=p4429486.m3561.l161211 | 3.05145E+11 |
| 192 | bestdealsever26 | https://www.ebay.com/sch/i.html?item=176433426296&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=bestdealsever26 | 1.76433E+11 |
| 193 | mimi-thriftyfinds | https://www.ebay.com/sch/i.html?item=156253803274&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=mimi-thriftyfinds | 1.56254E+11 |
| 194 | Lucky store | https://www.ebay.com/str/luckycutebaby?_trksid=p4429486.m3561.l161211 | 3.05322E+11 |

| 195 | herbalhealthshophaven | https://www.ebay.com/sch/i.html?item=166780078078&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=herbalhealthshophaven | 1.6678E+11 |