UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-61886-JB

XYZ CORPORATION,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## THE ALIVER DEFENDANTS' STATUS REPORT CONCERNING THE PARTIES' JOINT SCHEDULING REPORT

The eighteen Aliver Defendants, DE 42, provide a brief status report concerning their efforts to comply with the Court's orders concerning the filing of a joint scheduling report. There are conflicting deadlines in two of the Court's orders, and the Aliver Defendants have, in an abundance of caution, sought to comply with the earlier deadline.

The Court's initial order instructed that the Rule 26(f) joint scheduling report be filed not later than 20 days after the last defendant appears. DE 6. The Aliver Defendants appeared on December 11, 2024, DE 20, which made the deadline December 31, 2024. The Aliver Defendants were prepared to confer and timely submit the required joint scheduling report, but plaintiff was not. They did not oppose plaintiff's motion for an extension of that deadline. DE 65. The Court granted that motion and set the deadline as January 21, 2025, DE 66. Thereafter, ten additional defendants appeared on January 7,

2025.¹ DE 77. As a consequence of the appearance of additional defendants, the October 10, 2024, Order, by its terms, automatically reset the deadline for filing the joint scheduling report to January 27, 2025. DE 6.

Plaintiff's position is the later deadline controls.

In an abundance of caution, however, the Aliver Defendants have sought to ensure compliance with the earlier deadline. They conferred with plaintiff on January 16 and 17, and provided it with their proposed scheduling report on January 18, 2025. To date, plaintiff has not provided its input on it nor provided any initial disclosures. For their part, the Aliver Defendants have provided their initial disclosures to plaintiff, consistent with the Court's instructions that they "be made at or before the time the parties confer to develop their case management and discovery plan." DE 6. They will continue to work with plaintiff to secure its position on the joint scheduling report, and will provide the Court with a joint report as soon as plaintiff responds.

   /s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292

Di Li, Esq.
**DI LI LAW, P.C.**
18725 Gale Ave., Suite 208
City of Industry, CA 91748
Tel.: (626) 723-4849
Fax: (626) 956-0744
Email: di@dililaw.com
*Admitted Pro Hac Vice*

*Attorneys for the Aliver Defendants, DE 42*

---

¹ Which defendants believe would have been the deadline for a response to plaintiff's first amended complaint based on a service date of December 16, 2024, when the Clerk issued the summons, DE 32.