## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 24-cv-61886-JB

XYZ CORPORATION,

      Plaintiff,

  v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"

      Defendants.

_____/

### ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notices of Voluntary Dismissal filed by Plaintiff at ECF Nos. [83]–[87], in which it dismisses the instant action with prejudice as against the following Defendants (the "Dismissed Defendants"):

1. Maeus (Def. No. 14);
2. Yawei11 (Def. No. 15);
3. Sytani (Def. No. 17);
4. Zhongjianyong (Def. No. 45); and
5. Biggeng (Def. No. 100).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, but only as between Plaintiff and the Dismissed Defendants.  The Clerk is directed to **TERMINATE** the Dismissed Defendants from this case.

**DONE AND ORDERED** in Miami, Florida, this 24th day of January, 2025.

_____

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**