UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-61886-JB

XYZ CORPORATION,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"

    Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notices of Voluntary Dismissal filed by Plaintiff at ECF Nos. [88]–[93], in which it dismisses the instant action with prejudice as against the following Defendants (the "Dismissed Defendants"):

1. Beessbest (Def. No. 68);
2. YISHi (Def. No. 49);
3. Biyunhua (Def. No. 95);
4. Ouqilin/Huash (Def. No. 98);
5. Yiyidesf (Def. No. 92);
6. Lhydz (Def. No. 112);
7. Way to Celebrate, Inc. (Def. No. 106);
8. Tamber LLC/ MYY Co.ltd (Def. No. 91 and 109);
9. BAWN LLC (Def. No. 104);
10. YouTo LLC/ Jeemaytoo/ Ouytwer (Def. No. 42 and 43);
11. YUANYI Co. Ltd/FANGQU Co.Ltd (Def. No. 74); and
12. WEIER Co.Ltd (Def. No. 46).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, but only as between Plaintiff and the Dismissed

Defendants.  The Clerk is directed to **TERMINATE** the Dismissed Defendants from this case.

**DONE AND ORDERED** in Miami, Florida, this 24th day of January, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**