UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 0:24-cv-61886

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants,

_____/

# THE PLAINTIFF' STATUS REPORT CONCERNING THE PARTIES' JOINT SCHEDULING REPORT

The Plaintiff, provide a brief status report concerning their efforts to comply with the Court's orders concerning the filing of a joint scheduling report.

  Plaintiff, Guangzhou tinpod Electronic Technology Co., Ltd. (hereinafter referred to as "Plaintiff"), by and through undersigned counsel and pursuant to the Rule 26(a)(1) of the Federal Rules of Civil Procedure, respectfully submits the Court following status report:

  The plaintiff has provided their initial disclosures to Aliver Defendants, consistent with the Court's instructions that they "be made at or before the time the parties confer to develop their case management and discovery plan." DE 6.

Respectfully submitted on this 30th day of January, 2025.

                                         **FELDENKRAIS LAW, P.A.**

                                         Attorneys for Plaintiffs

                                         20533 Biscayne Blvd. Suite 469

                                         Aventura, FL 33180

                                         Telephone: (305) 528-9614

                                         Email: mfeldenkrais@gmail.com

                                         By: /s/ Michael Feldenkrais, Esq.

                                         Florida Bar No. 991708