# **EXIBHIT A**

| Defendant No. | Seller Name | Store URL | Seller ID/ Partner ID |
|---|---|---|---|
| 2. | ChrizBStore LLC | https://www.amazon.com/sp?ie=UTF8&seller=A2ANGO217MTGAZ | A2ANGO217MTGAZ |
| 10. | WallArt-US | https://www.amazon.com/sp?ie=UTF8&seller=A17ENGE7OREJBR | A17ENGE7OREJBR |
| 16. | YunNanXunAnShangMaoYouXianGongSi | https://www.amazon.com/sp?ie=UTF8&seller=AFTUYA7ZZQPTC | AFTUYA7ZZQPTC |
| 24 | HENCUK | https://www.amazon.com/sp?ie=UTF8&seller=ANWMUDV202TOM | ANWMUDV202TOM |
| 28 | Artzira | https://www.amazon.com/sp?ie=UTF8&seller=A7U32LC438XOD | A7U32LC438XOD |
| 30 | Spectree | https://www.amazon.com/sp?ie=UTF8&seller=A2XVDZSBAUP0N1&asin=B0CQ RBWQ3Z | A2XVDZSBAUP0N1 |
| 36 | TaiYuanShiBianQuanShangMao | https://www.walmart.com/seller/101610850 | 10001630200 |
| 37 | Xuerui E-commerce Co., Ltd | https://www.walmart.com/seller/101218787 | 10001238147 |
| 38 | SanYu Technology Co. | https://www.walmart.com/seller/101179138 | 10001198500 |
| 39 | MZBoutiques | https://www.walmart.com/seller/101462780 | 10001482132 |
| 40 | Haerbinshengyimeikejiyouxiangongsi | https://www.walmart.com/seller/101642280 | 10001661630 |
| 41 | SeaAZqurtles | https://www.walmart.com/seller/101673050 | 10001692401 |
| 47 | DXOUPM Clothing | https://www.walmart.com/seller/101579943 | 10001599294 |
| 50 | Tardaianiella | https://www.walmart.com/seller/101653606 | 10001672956 |
| 52 | BaoHeng | https://www.walmart.com/seller/101574804 | 10001594154 |
| 53 | Capebale | https://www.walmart.com/global/seller//101619248 | 10001638597 |

| 55 | FuShi | https://www.walmart.com/seller/101614898 | 10001634248 |
|---|---|---|---|
| 58 | AiFuDian | https://www.walmart.com/seller/101631103 | 10001650453 |
| 59 | Mei li xue | https://www.walmart.com/seller/101506405 | 10001525759 |
| 60 | Yinyu | https://www.walmart.com/seller/101533899 | 10001553254 |
| 61 | GuangZhouQiangFengXinShiPinYouXianGo | https://www.walmart.com/seller/101614860 | 10001634209 |
| 62 | XiAng | https://www.walmart.com/seller/101579758 | 10001599108 |
| 64 | Chong | https://www.walmart.com/seller/101245861 | 10001265221 |
| 65 | BeiGaoFu | https://www.walmart.com/seller/101672358 | 10001691707 |
| 67 | Afunyo | https://www.walmart.com/seller/101566671 | 10001586028 |
| 69 | Kediluo | https://www.walmart.com/seller/101533905 | 10001553255 |
| 71 | YGUANGWENI | https://www.walmart.com/seller/101628640 | 10001647990 |
| 72 | bznwn | https://www.walmart.com/seller/101628386 | 10001647735 |
| 75 | AIJIA Co. Ltd | https://www.walmart.com/seller/101122574 | 10001141936 |
| 76 | Lufly | https://www.walmart.com/seller/101632825 | 10001652180 |
| 78 | yinzhouyi | https://www.walmart.com/seller/101670144 | 10001689495 |
| 79 | DIBOLAI | https://www.walmart.com/seller/101618568 | 10001637918 |
| 80 | DIBOLAI GLOBAL | https://www.walmart.com/seller/102505150 | 10002524507 |
| 81 | RuiYuanAiDianZi | https://www.walmart.com/seller/101654327 | 10001673677 |
| 83 | BAWN LLC | https://www.walmart.com/seller/102493077 | 10002512434 |
| 84 | yangdechuansichuan | https://www.walmart.com/global/seller//102478173 | 10002497530 |
| 87 | JinTingFu | https://www.walmart.com/seller/102503843 | 10002523200 |
| 89 | GoldHub Co. Ltd | https://www.walmart.com/seller/101662883 | 10001682233 |
| 90 | Nrnabes Co. Ltd | https://www.walmart.com/seller/101533660 | 10001553010 |
| 93 | Chenqiufeng | https://www.walmart.com/global/seller//101686238 | 10001705589 |
| 94 | WaIGRHFR | https://www.walmart.com/seller/101633511 | 10001652861 |
| 96 | TUWEN | https://www.walmart.com/global/seller//102514430 | 10002533794 |
| 97 | Ihydz | https://www.walmart.com/seller/101232892 | 10001252252 |
| 99 | invdc | https://www.walmart.com/seller/101671053 | 10001690404 |
| 101 | PQBWAFI | https://www.walmart.com/seller/101643827 | 10001663182 |

| 102 | XZZjjl | https://www.walmart.com/global/seller//101666241 | 10001685593 |
|---|---|---|---|
| 103 | Yanecun | https://www.walmart.com/seller/101662922 | 10001682272 |
| 107 | UW Clothing | https://www.walmart.com/seller/101681648 | 10001700998 |
| 108 | Candy LLC/BAWN LLC | https://www.walmart.com/seller/102493077 | |
| 110 | WalGRHFR | https://www.walmart.com/global/seller//101633511 | 10001652861 |
| 111 | An An Sheng Co., Ltd. | https://www.walmart.com/seller/101641296 | 10001660646 |
| 113 | SIfdSeng | https://www.walmart.com/seller/101511950 | 10001531300 |
| 114 | guangzhouNIANliangchenkejiyouxianGong | https://www.walmart.com/seller/101680537 | 10001699890 |
| 115 | Yanhecun | https://www.walmart.com/seller/101662922?itemId=6736213876 | 10001682272 |
| 116 | S&P_Sales | https://www.ebay.com/str/shapur24?_trksid=p4429486.m3561.l161211 | 395185601434 |
| 117 | estelede.11 | https://www.ebay.com/sch/i.html?item=266684477893&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=estelede.11 | 266684477893 |
| 118 | healthnutlv | https://www.ebay.com/str/healthnutlv?_trksid=p4429486.m3561.l161211 | 176208995904 |
| 119 | Game Lott | https://www.ebay.com/str/gamelott?_trksid=p4429486.m3561.l161211 | 166643023659 |
| 120 | huey_g | https://www.ebay.com/sch/i.html?item=156220063558&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=huey_g | 156220063558 |
| 121 | Woo Hoo Treasures | https://www.ebay.com/str/woohootreasures?_trksid=p4429486.m3561.l1612 11 | 386861398131 |
| 122 | AR.Resell | https://www.ebay.com/str/arresell?_trksid=p4429486.m3561.l161211&_tab=f eedback | 405038360572 |
| 123 | dadeals_2020 | https://www.ebay.com/sch/i.html?item=355504722113&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=dadeals_2020 | 355504722113 |
| 124 | Country Cottage | https://www.ebay.com/str/thesummersclub?_trksid=p4429486.m3561.l161211 | 364902563996 |

| 125 | heavyginners | https://www.ebay.com/sch/i.html?item=204568273054 | 204568273054 |
| 126 | CzKc | https://www.ebay.com/str/computerzonekc?_trksid=p4429486.m3561.l161211 | 375204424196 |
| 127 | teknofrenzillc | https://www.ebay.com/sch/i.html?item=335191448179 | 335191448179 |
| 128 | phillietheclown1964 | https://www.ebay.com/sch/i.html?item=285788474111&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=phillietheclown1964 | 285788474111 |
| 129 | mikecheng | https://www.ebay.com/str/mikecheng?_trksid=p4429486.m3561.l161211 | 395176510925 |
| 130 | urukzone | https://www.ebay.com/str/urukzone?_trksid=p4429486.m3561.l161211 | 276112779369 |
| 131 | ami.shibe | https://www.ebay.com/str/amishibe?_trksid=p4429486.m3561.l161211&_tab=feedback | 226073736826 |
| 132 | canton0000_0 | https://www.ebay.com/sch/i.html?item=145520102427&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=canton0000_0 | 145520102427 |
| 133 | littlehappys4u | https://www.ebay.com/sch/i.html?item=126500860271&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=littlehappys4u | 126500860271 |
| 134 | cloudyonthewest | https://www.ebay.com/sch/i.html?item=355345141637&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=cloudyonthewest | 355345141637 |
| 135 | binngo | https://www.ebay.com/sch/i.html?item=156173705860&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=bingo | 156173705860 |
| 136 | lemac-1062 | https://www.ebay.com/sch/i.html?item=355716225754&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=lemac-1062 | 355716225754 |
| 137 | macam9612 | https://www.ebay.com/sch/i.html?item=364903671252&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=macam9612 | 196017775856 |

| 138 | Hot Deals Store - 2024 | https://www.ebay.com/str/hotdealsstore2021?_trksid=p4429486.m3561.l161211 | 196017775856 |
|---|---|---|---|
| 139 | khoandr_O | https://www.ebay.com/sch/i.html?item=364572161999&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=khoandr_0 | 364572161999 |
| 140 | gthbf5 | https://www.ebay.com/str/gthbf5?_trksid=p4429486.m3561.l161211 | 176153628218 |
| 141 | mxdresale | https://www.ebay.com/sch/i.html?item=156127992261&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=mxdresale | 156127992261 |
| 142 | nona-22-3 | https://www.ebay.com/sch/i.html?item=186414403632&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=nona-22-3 | 186414403632 |
| 143 | sonia art studio | https://www.ebay.com/str/soniaartstudio?_trksid=p4429486.m3561.l161211 | 196003747932 |
| 144 | iibs49 | https://www.ebay.com/sch/i.html?item=296205500708&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=iibs49 | 296205500708 |
| 145 | jegeo_3271 | https://www.ebay.com/sch/i.html?item=404846726937&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=jegeo_3271 | 404846726937 |
| 146 | bonesbooth95 | https://www.ebay.com/sch/i.html?item=116159625744&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=bonesbooth95 | 116159625744 |
| 147 | quickdisp0 | https://www.ebay.com/sch/i.html?item=355103042740&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=quickdisp0 | 355103042740 |
| 148 | pandorafinds | https://www.ebay.com/sch/i.html?item=355507631997&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=pandorafinds | 355507631997 |
| 149 | goodsdiscounts | https://www.ebay.com/usr/goodsdiscounts?_tab=about | 395319120634 |

| 150 | abrarahi0 | https://www.ebay.com/sch/i.html?item=145402320650&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=abrarahi0 | 145402320650 |
| --- | --- | --- | --- |
| 151 | elainberr | https://www.ebay.com/sch/i.html?item=256380452066&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=elainberr | 256380452066 |
| 152 | greatergoods11 | https://www.ebay.com/sch/i.html?item=196363046130&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=greatergoods11 | 196363046130 |
| 153 | annyshopws | https://www.ebay.com/sch/i.html?item=315172395871&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=annyshopws | 315172395871 |
| 154 | mewic_46 | https://www.ebay.com/sch/i.html?item=315205620296&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=mewic_46 | 315205620296 |
| 155 | holistichealinghaven | https://www.ebay.com/sch/i.html?item=166780078078&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=holistichealinghaven | 166780078078 |
| 156 | crownzofficals | https://www.ebay.com/sch/i.html?item=375190014051&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=crownzofficals | 375190014051 |
| 157 | eagleq67 | https://www.ebay.com/sch/i.html?item=404598985325&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=eagleq67 | 404598985325 |
| 158 | kamkh7390 | https://www.ebay.com/sch/i.html?item=296185396697&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=kamkh7390 | 296185396697 |
| 159 | authenticjammarket | https://www.ebay.com/str/authenticjammarket?_trksid=p4429486.m3561.l161211 | 404936231220 |
| 160 | ketay45 | https://www.ebay.com/sch/i.html?item=305272420278&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=ketay45 | 305272420278 |

| 161 | dotsonecom | https://www.ebay.com/sch/i.html?item=315321639831&rt=nc&_trksid=p4429486.m3561.l1161211&_ssn=dotsonecom | 3153216398311 |
| --- | --- | --- | --- |
| 162 | nineniftyfinds | https://www.ebay.com/sch/i.html?item=156015405226&rt=nc&_trksid=p4429486.m3561.l1161211&_ssn=nineniftyfinds | 1560154052 26 |
| 163 | msdeals23 | https://www.ebay.com/sch/i.html?item=404585573538&rt=nc&_trksid=p4429486.m3561.l1161211&_ssn=msdeals2 | 4045855735 38 |
| 164 | als_kfw8a | https://www.ebay.com/sch/i.html?item=116092788271&rt=nc&_trksid=p4429486.m3561.l1161211&_ssn=als-kfw8a | 1160927882 71 |
| 165 | k7ol8y7t5 | https://www.ebay.com/str/k7ol8y7t5?_trksid=p4429486.m3561.l1161211 | 3952823375 93 |
| 166 | marceyscraftsandsoutherngypseyjewels | https://www.ebay.com/sch/i.html?item=235506474259&rt=nc&_trksid=p4429486.m3561.l1161211&_ssn=marceyscraftsandsoutherngypseyjewels | 2355064742 59 |
| 167 | sdw05f | https://www.ebay.com/sch/i.html?item=166798078360&rt=nc&_trksid=p4429486.m3561.l1161211&_ssn=sdw05f | 1667980783 60 |
| 168 | graffer*v3f | https://www.ebay.com/str/grafferv3f?_trksid=p4429486.m3561.l1161211 | 3952894302 05 |
| 169 | mslinda1963 | https://www.ebay.com/sch/i.html?item=375290499748&rt=nc&_trksid=p4429486.m3561.l1161211&_ssn=mslinda1963 | 3752904997 48 |
| 170 | will_sell_it | https://www.ebay.com/sch/i.html?item=266860421617&rt=nc&_trksid=p4429486.m3561.l1161211&_ssn=will_sell_it | 2668604216 17 |
| 171 | Great Deals from WI | https://www.ebay.com/str/greatdealsfromwi?_trksid=p4429486.m3561.l1612 11 | 1763889687 28 |
| 172 | cassak-16 | https://www.ebay.com/sch/i.html?item=296475472625&rt=nc&_trksid=p4429486.m3561.l1161211&_ssn=cassak-16 | 2964754726 25 |

| 173 | corstorellc | https://www.ebay.com/sch/i.html?item=315432044877&rt=nc&_trksid=p4429486.m3561.l1161211&_ssn=corstorellc | 315432044877 |
| --- | --- | --- | --- |
| 174 | kapic-60 | https://www.ebay.com/sch/i.html?item=285904768938&rt=nc&_trksid=p4429486.m3561.l1161211&_ssn=kapic-60 | 285904768938 |
| 175 | Shipcounts.com | https://www.ebay.com/str/missiondiscounts?_trksid=p4429486.m3561.l1612 11 | 405143571348 |
| 176 | sellinga-51 | https://www.ebay.com/sch/i.html?item=375506175829&rt=nc&_trksid=p4429486.m3561.l1161211&_ssn=sellinga-51 | 375506175829 |
| 177 | barginbuys2312 | https://www.ebay.com/sch/i.html?item=387322997082&rt=nc&_trksid=p4429486.m3561.l1161211&_ssn=barginbuys2312 | 387322997082 |
| 178 | healthlife3851 | https://www.ebay.com/sch/i.html?item=176496415373&rt=nc&_trksid=p4429486.m3561.l1161211&_ssn=healthlife385 | 176496415373 |
| 179 | marine0818 | https://www.ebay.com/sch/i.html?item=176547781189&rt=nc&_trksid=p4429486.m3561.l1161211&_ssn=marine0818 | 176547781189 |
| 180 | breyanna11 | https://www.ebay.com/sch/i.html?item=305716706324&rt=nc&_trksid=p4429486.m3561.l1161211&_ssn=breyanna11 | 305716706324 |
| 181 | siha6134 | https://www.ebay.com/sch/i.html?item=335455572386&rt=nc&_trksid=p4429486.m3561.l1161211&_ssn=siha6134 | 335455572386 |
| 182 | williamsaffordableresale | https://www.ebay.com/sch/i.html?item=145944045155&rt=nc&_trksid=p4429486.m3561.l1161211&_ssn=williamsaffordableresale | 145944045155 |
| 183 | G-WOODY'S GOODIES | https://www.ebay.com/str/gwoodysgoodies?_trksid=p4429486.m3561.l16121 1 | 305581470355 |
| 184 | thegreenhouselovegrowshere | https://www.ebay.com/sch/i.html?item=126449503315&rt=nc&_trksid=p442 | 126449503315 |

| | | | |
|---|---|---|---|
| | | 9486.m3561.l161211&_ssn=thegreenhouselovegrowshere | |
| 185 | sagacontinuse | https://www.ebay.com/sch/i.html?item=387069379803&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=sagacontinuse | 387069379803 |
| 186 | santo.1992 | https://www.ebay.com/sch/i.html?item=315270081531&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=santo.1992 | 315270081531 |
| 187 | dnsgower | https://www.ebay.com/sch/i.html?item=266689725387&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=dnsgower | 266689725387 |
| 188 | BeautyStore4u | https://www.ebay.com/str/alfastore11?_trksid=p4429486.m3561.l161211 | 166786862825 |
| 189 | btcfr63 | https://www.ebay.com/sch/i.html?item=186453224672&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=btcfr63 | 186453224672 |
| 190 | sakreestop | https://www.ebay.com/str/sanaastore76?_trksid=p4429486.m3561.l161211 | 355594735318 |
| 191 | sanaastore76 | https://www.ebay.com/str/sanaastore76?_trksid=p4429486.m3561.l161211 | 305145090399 |
| 192 | bestdealsever26 | https://www.ebay.com/sch/i.html?item=176433426296&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=bestdealsever26 | 176433426296 |
| 193 | mimi-thriftyfinds | https://www.ebay.com/sch/i.html?item=156253803274&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=mimi-thriftyfinds | 156253766351 |
| 194 | Lucky store | https://www.ebay.com/str/luckycutebaby?_trksid=p4429486.m3561.l161211 | 305322232606 |
| 195 | herbalhealthshophaven | https://www.ebay.com/sch/i.html?item=166780078078&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=herbalhealthshophaven | 166780078078 |