UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 0:24-cv-61886

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants.

_____/

**NOTICE OF VOLUNTARY DISMISSAL AS TO UW CLOTHING ONLY**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses with prejudice all claims against UW Clothing (Def. No. 107) who own and operate the online marketplace accounts identified by the walmart accounts https://www.walmart.com/seller/101681648 with Store id: 101681648.

Respectfully submitted on this 11th day of February, 2025.

                                                    **FELDENKRAIS LAW, P.A.**

                                                    Attorneys for Plaintiffs

                                                    20533 Biscayne Blvd. Suite 469

                                                    Aventura, FL 33180

                                                    Telephone: (305) 528-9614

                                                    Email: mfeldenkrais@gmail.com

                                                    By:/s/ Michael Feldenkrais, Esq.

                                                    Florida Bar No. 991708