UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| XYZ Corporation, | Case Number: 0:24-cv-61886-JB |
| Plaintiff, | |
| v. | Judge: Honorable Jacqueline Becerra |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," | |
| Defendants. | |

**DECLARATION OF BAIBING CUI IN SUPPORT OF THE ALIVER DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT, DE 107**

I, Baibing Cui, declare as follows:

1. I make this declaration in support of the Aliver Defendants' motion to dismiss the second amended complaint. [ECF 107]

2. I am over 18 years of age and I have personal knowledge of the facts set forth below, and, if called as a witness, I could and would competently testify thereto.

3. I am a law clerk at Di Li Law, Professional Corporation. I was physically present in China from November 1, 2024 to February 9, 2025. I returned to the United States on February 11, 2025.

4. On January 7, 2025, Ms. Di Li instructed me to look up information of the Plaintiff, Guangzhou tinpod Electronic Technology Co., Ltd. ("Guanghou tinpod") and the person associated with it, "Minghzi Cao", as well as the addresses provided by each. I have been asked and routinely perform, as part of my responsibilities as a law clerk, to search for and locate businesses and individuals in China.

5. Without knowing the exact mandarin characters for a company's name, retranslating a phonetic English spelling, like "tinpod" is difficult. I was not able to determine what characters that could represent.

6. On January 8, 2025, I attempted to find information related to the Plaintiff in this action on several official websites commonly used by the public to verify information of Chinese companies. I was not able to find anything that appeared to be related to the plaintiff in this action. Those searches included:

   a. I searched for "Guangzhou tinpod" on the website of the National Enterprise Credit Information Publicity System of China (http://www.gsxt.gov.cn). The search returned no results. See **Exhibit 1** for a true and correct screenshot of the search result.

   b. I searched for "Guangzhou tinpod" on the website of Credit Publicity Platform of Import and Export Business of Customs of the People's Republic of China (http://credit.customs.gov.cn/ccppwebserver/pages/ccpp/html/ccppindex.html) (the "Credit Publicity Platform"). The search returned no results. See **Exhibit 2** for a true and correct screenshot of the search result.

   c. I also looked through the list of cross-border e-commerce businesses names located in Baiyun District, Guangzhou and registered with the Credit Publicity Platform and was unable to find "Guangzhou tinpod" or any similar business names. See **Exhibit 3** for a true and correct screenshot of the list of businesses.

   d. I searched for "Guangzhou tinpod Electronic Technology Co., Ltd." on the website of TianYaCha (天眼查) (https://www.tianyancha.com), which is an online database of data and information of Chinese businesses and enterprises and due diligence platform intended to serve the business sector in China. Again, my search returned no results. See **Exhibit 4** for a true and correct screenshot of the search result.

   e. I searched for "Guangzhou tinpod Electronic Technology Co., Ltd." on the website of QiChaCha (企查查) (https://www.qcc.com), which is another online database of data and information of Chinese businesses and enterprises. Again, my search returned no results. See **Exhibit 5** for a true and correct screenshot of the search result.

f. On January 9, 2025, I also tried to look up Guangzhou tinpod's address—"Room 311, 3rd Floor, No. 29 DongPhoenix, Baiyun District, Guangzhou, China" on Baidu Map but was unable to locate that address, or any business associated with it. See **Exhibit 6** for a true and correct screenshot of the search result.

7. Despite diligently searching for a business by the name of Guangzhou tinpod Electronic Technology Co., Ltd., I was unable to find anything. Since I have been able to locate other businesses routinely as part of my work as a law clerk, I don't believe a business by the name of Guangzhou tinpod Electronic Technology Co., Ltd. exists under the laws of the People's Republic of China. By way of comparison, "Guangzhou TICODE Electronic Technology Co., Ltd" appears in the search results of the Credit Publicity Platform. See **Exhibit 7** for a true and correct screenshot of the search result.

8. On January 8, 2025, I also attempted to find information related to Mingzhi Cao (曹明志) on the website of QiChaCha. The only personnel with this name found was related to a company in Shandong Province, China, which is not related to Plaintiff in this action. As a result, I was not able to find anything that appeared to be related to Mingzhi Cao in this action. See **Exhibit 8** for a true and correct screenshot of the search result.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 12, 2025, at Champaign, Illinois.

_____
Baibing Cui