# EXHIBIT 2

WeChat File Edit View Window
Wed Jan 8 8:24PM
中国海关企业进出口信用信息公示平台
Credit publicity platform of import and export business of Customs of the People's Republic of China
当天访客：14471 您是第：14471
Guangzhou Tinpod
搜索
YF87
信息
无符合条件的数据
确定
高级认证企业名录
失信企业名录
严重失信主体名单
报关企业名录
跨境电子商务企业名录
进口食品境外出口商或者代理商名录
特定资质行政相对人名录
版权所有：中华人民共和国海关总署 未经协议授权禁止转载
地址：北京市建国门内大街6号 邮编：100730
热线电话：12360

