# EXHIBIT 3



























































































