UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **XYZ Corporation,** | Case Number: 0:24-cv-61886-JB |
| Plaintiff, | |
| v. | Judge: Honorable Jacqueline Becerra |
| **THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"** | |
| Defendants. | |

### DECLARATION OF DI LI IN SUPPORT OF THE ALIVER DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED COMPLAINT, DE 107

I, Di Li, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court (admitted pro hac vice) and the courts of the State of California.

2. I am an attorney at Di Li Law, P.C., a Professional Corporation.

3. I am the pro hac vice attorney for the Aliver Defendants in the above-titled case.

4. I have personal knowledge of the facts set forth below, and, if called as a witness, I could and would competently testify thereto.

5. I am familiar with business entities formed under the laws of the People's Republic of China ("PRC"), which includes entities organized as limited corporations.

6. Searching for a Chinese business is difficult, and sometimes impossible outside of mainland China, as public online directories of businesses are unavailable to persons physically not located in China.

7. On or around January 7, 2025, I instructed my law clerk, Baibing Cui, who is currently in China, to search several databases, such as the National Enterprise Credit Information Publicity System of China (http://www.gsxt.gov.cn), the Credit Publicity Platform of Import and Export Business of Customs of China

(http://credit.customs.gov.cn/ccppwebserver/pages/ccpp/html/ccppindex.html), TianYaCha (天眼查) (https://www.tianyancha.com), and QiChaCha (企查查) (https://www.qcc.com), to confirm the information provided by the Plaintiff and verify its existence under PRC law, including its corporate name, "Guangzhou Tinpod Electronic Technology Co., Ltd.", and address, "Room 311, 3rd Floor, No. 29 DongPhoenix, Baiyun District, Guangzhou, China," as shown on Plaintiff's copyright certificate. See **Exhibit 1** for a true and correct copy of Plaintiff's copyright certificate.

8. On January 30, 2025, Plaintiff served its initial disclosures on Defendant, where a new address was provided for Plaintiff's witnesses Mingzhi Cao and Jun Lin, i.e. "No. 105, Jeans Road, Zengchen District, Guangzhou."

9. On February 11, 2025, I searched for this address on Baidu Map (www.map.baidu.com), which is a Chinese search engine widely used in the PRC. While more than 11 results returned for this location, none were Guangzhou tinpod Electronic Technology Co., Ltd. See **Exhibit 2** for a true and correct screenshot of the search result.

10. On February 11, 2025, I also searched for "No. 29 DongPhoenix, Baiyun District, Guangzhou, China" (广州白云区东凤路 29 号), which was the address provided on Plaintiff's copyright registration. The search returned no results. See **Exhibit 3** for a true and correct screenshot of the search result.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this February 11, 2025, at City of Industry, California.

_____
Di Li