# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VAu 1-517-249**

**Effective Date of Registration:**
November 20, 2023
**Registration Decision Date:**
January 31, 2024



## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title

| | |
|---|---|
| **Title of Group:** | Black Castor Oil 1 and 3 Other Unpublished Works |
| **Content Title:** | Black Castor Oil 1 |
| | Black Castor Oil 2 |
| | Black Castor Oil 3 |
| | Black Castor Oil 4 |

### Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2022 |

### Author

| | |
|---|---|
| **Author:** | Guangzhou tinpod Electronic Technology Co., Ltd. |
| **Author Created:** | 2 Dimensional Artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | China |
| **Domiciled in:** | China |

### Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Guangzhou tinpod Electronic Technology Co., Ltd. |
| | Room 311, 3rd Floor, No. 29 DongPhoenix, Baiyun District, Guangzhou, China |

### Certification

| | |
|---|---|
| **Name:** | Mingzhi Cao |
| **Date:** | November 20, 2023 |

Page 1 of 2

| | |
|---|---|
| **Copyright Office notes:** | Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.<br><br>Regarding basis for registration: Registration based on the artwork deposited. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1. |