UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-61886-JB

XYZ CORPORATION,

       Plaintiff,

  v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"

       Defendants.

_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal filed by Plaintiff at ECF No. [102], in which it dismisses the instant action with prejudice as against the following Defendants (the "Dismissed Defendants"):

1. OUYTWER (Def. No. 43);
2. CRAZYVIEW (Def. No. 66);
3. AYFFDIYI (Def. No. 73); and
4. GXFCAI (Def. No. 77).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, but only as between Plaintiff and the Dismissed Defendants.  The Clerk is directed to **TERMINATE** the Dismissed Defendants from this case.

**DONE AND ORDERED** in Miami, Florida, this 18th day of February, 2025.

                                                _____
                                                JACQUELINE BECERRA
                                                UNITED STATES DISTRICT JUDGE