# EXHIBIT- A

https://www.dropbox.com/scl/fo/j7pmu4k98n0o2goxztfxy/AIf
RFmItRyyhzbiOWsI37JE?rlkey=zuelqylw1p61ln167i29hf0ap
&st=g44rixn6&dl=0

# EXHIBIT- B

## **DECLARATION BY THE CREATOR OF COPYRIGHT**

### **TO WHOM IT MAY CONCERN**

I, **Minghzi Cao,** is the creator of the copyright filed and registered with United States office of Copyright with the registration number VAu 1-517-249, hereby declare the following,

1. I, in my capacity of work for hire at Guangzhou tinpod Electronic Technology Co., Ltd. (the "Plaintiff') created the 2-dimensional artwork of Black Castor Oil which was completed on dated August 18lh, 2022 being attached as **Exhibit** A

2. I created the 2-dimensional artwork of Black Castor Oil using Adobe Illustrator Software and incorporated several images from various free sources available online to create this 2-dimensional artwork of Black Castor Oil. The font and colour used in the artv/ork is arbitrary in nature since it was appealing to me.

3. The Plaintiff later on dated November 20, 2023 filed the copyright application for the Four photographs of the 2-dimensional artwork of Black Castor Oil created by me;

4. The Plaintiff received the registration certificate on January 31, 2024 with registration number VAu 1-517-249;

5. The Screenshots of the metadata of the 2-dimensional artwork of Black Castor Oil is attached as **Exhibit B.**

I, further declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. We also acknowledge that willful false statements and the like are punishable by fine or imprisonment, or both (18 U.S.C. 1001) and may jeopardize the validity of the application or any copyright issuing thereon.

Date: December 26, 2024

Respectfully,

Authorised Signatory: **Mingzhi Cao**

Designation:  _Manager_

Signature:  _Mingzhi Cao_

Page 1 of 1

**UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**CASE NO. 0:24-cv-61886**

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE "A",

Defendants,

_____/

## NOTICE OF FILING OF DECLARATION OF THE PLAINTIFF

Plaintiff, by and through undersigned counsel, hereby notices his filing of Declaration of Plaintiff in Support of Self Declaration of Mingzhi Cao (Creator of the Copyright).

Respectfully Submitted this 24th day of February, 2025.

> **FELDENKRAIS LAW, P.A.**
> Attorneys for Plaintiffs
> 20533 Biscayne Blvd. Suite 469
> Aventura, FL 33180
> Telephone: (305) 528-9614
> Email: mfeldenkrais@gmail.com
> By: /s/ Michael Feldenkrais, Esq.
> Florida Bar No. 991708

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 0:24-cv-61886

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants,

_____/

## DECLARATION OF GUANGZHOU TINPOD ELECTRONIC TECHNOLOGY CO., LTD. IN SUPPORT OF THE SELF DECLARATION OF MINGZHI CAO (CREATOR OF THE COPYRIGHT)

We, Guangzhou Tinpod Electronic Technology Co., Ltd. (Hereinafter, Plaintiff) declare, and state as follows:

1. We are a corporation based in China and have knowledge of the facts set forth herein.

2. We make this declaration in support of the declaration of Mingzhi Cao (Creator of the Copyright).

3. If called upon to do so, we could and would competently testify to the following

facts set forth below.

### GUANGZHOU TINPOD ELECTRONIC TECHNOLOGY CO., LTD. COPYRIGHT RIGHTS

4. Guangzhou tinpod Electronic Technology Co., Ltd. registered with the United States Patent and Trademark Office Copyright, No. VAu 1-517-249, for 2-dimensional artwork for Black Castor Oil 1, Black Castor Oil 2, Black Castor Oil 3 and Black Castor Oil 4 (hereinafter "Plaintiff's Copyright"). A true and correct copy of the federal patent registration and accompanying images are attached to the Plaintiff's Complaint.

5. Mingzhi Cao, in the capacity of work for hire for the Plaintiff created the 2-dimensional artwork of Black Castor Oil which was completed on dated August 18th, 2022. Plaintiff's Copyright has been registered with the United States Copyright Office ("USCO") and is protected from infringement under federal Copyright law.

6. Mingzhi Cao, created the 2-dimensional artwork of Black Castor Oil using Adobe Illustrator Software and incorporated several images from various free sources available online to create this 2-dimensional artwork of Black Castor Oil. The font and colour used in the artwork is arbitrary in nature since it was appealing to me.

7. Plaintiff owns all rights, title and interest to the Copyright, No. VAu 1-517-249, for 2-dimensional artwork for Black Castor Oil 1, Black Castor Oil 2, Black Castor Oil 3 and Black Castor Oil 4.

8. Plaintiff has expended time, money and other resources in order to let Mingzhi Cao create, develop, and otherwise draw the "Plaintiff's Copyright".

9. Plaintiff suffers irreparable injury any time unauthorized sellers, such as Defendants, sell or offer to sell goods using identical or substantially similar copies incorporating and infringing the "Plaintiff's Copyright".

10. The harm caused by Defendants is both a monetary loss and a damage to the goodwill of the "Plaintiff's Copyright".

11. Plaintiff discovered Defendants were manufacturing, promoting, advertising, offering for sale and/or selling goods using the "Plaintiff's Copyright", without authorization through e-commerce stores operating under the seller identities named in Schedule A attached to the pleadings as an Exhibit.

12. Plaintiff conducted a search which has established that Defendants are using various storefronts including but not limited to; Amazon, eBay, and Walmart e-commerce platforms, to sell and offer to sell products to consumers in the United States and the State of Florida, including the Southern District of Florida, utilizing the "Plaintiff's copyright" without authorization.

13. Prior to filing this lawsuit, Plaintiff or someone under its direction and supervision personally accessed Defendants' Internet based e-commerce stores operating under their respective seller identifications through the Amazon, Walmart, and e-bay e-commerce platforms, as identified on Schedule A (hereinafter "Seller IDs"), attached to the pleadings as an Exhibit.

14. Upon accessing each of the e-commerce stores, either Plaintiff or someone under its direction and supervision was able to view advertisements for products utilizing the "Plaintiff's Copyright", add products to the online shopping cart, and proceed to a point of checkout, for each of Defendants' e-commerce store. Web page captures and screenshots were taken of the infringing products and orders were initiated via each Defendants' Seller IDs.

15. Prior to filing this lawsuit, Plaintiff or someone under its direction and supervision analyzed each of the screenshots and photographs of the products shown, as they appeared on Defendants' online e-commerce stores, and determined that products are being offered for sale to residents of the United States and the State of Florida using unauthorized and infringing copies of the "Plaintiff's Copyright".

16. Plaintiff has not assigned, licensed or authorized any of the Defendants to use the "Plaintiff's Copyright".

## **IRREPARABLE INJURY**

17. Every time Defendants offer to sell and/or sell a product using the "Plaintiff's Copyright" there is a direct loss to Plaintiff.

18. Monetary damages cannot adequately compensate for Defendants' ongoing infringement because monetary damages fail to address the loss of control over Plaintiff's intellectual property and goodwill.

19. The ability of Defendants to manufacture, reproduce, modify, distribute and/or display unauthorized copies of the "Plaintiff's Copyright" for their own commercial benefit without compensation to Plaintiff impairs the market value of the "Plaintiff's Copyright" since others competing with Defendants' businesses,

commercial benefit without compensation to Plaintiff impairs the market value of the "Plaintiff's Copyright" since others competing with Defendants' businesses, or in related business areas, will not want to obtain a license the "Plaintiff's Copyright" if it is already associated with a competing business. In addition, potential licensees of the "Plaintiff's Copyright" will not want to pay license fees if they see other commercial enterprises taking and using my copyright in 2-dimensional artwork for their own commercial purposes without paying any fee at all.

20. Loss of quality control over goods sold utilizing the "Plaintiff's Copyright" without authorization is neither calculable nor precisely compensable.

21. As a result of Defendants flooding the e-commerce marketplace with unauthorized products bearing the "Plaintiff's Copyright", it is highly probable that Plaintiff will continue to suffer irreparable harm unless Defendants' infringing activity is stopped.

I, declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed on this 03rd day of January, 2025.

Respectfully,

Authorised Signatory- Jun Lin

Designation: C.E.O

Signature: _Jun Lin_

# EXHIBIT - B





**Document properties**

| | |
|---|---|
| File name: | Black Castor Oil-B.pdf |
| File size: | 100 MB |
| Title: | Black Castor Oil-B-v2-ok |
| Author: | - |
| Subject: | - |
| Keywords: | - |
| Created: | 8/18/22, 2:29:19 PM |
| Modified: | 5/25/24, 6:41:57 AM |
| Application: | Adobe Illustrator 26.0 (Windows) |
| PDF producer: | Adobe PDF library 16.03 |
| PDF version: | 1.6 |
| Page count: | 1 |
| Page size: | 8.25 × 10.28 in (portrait) |
| Fast web view: | No |

Close

**Black Castor Oil**

Stimulates Detoxification of
Liver,Kidneys, Ovaries, Thyroid
- Improves Digestion
- Reduces Inflammation
- Increases Relaxation
- Immune Enhancing Benefits

The use of Castor oil as a detox is an
ancient practice-that's been used in
Chinese medicine, Indian Ayurveda
and Ancient Egypt to name a few. It
helps with lymphatic congestion,
reduces inflammation and stimulates
organs to eliminate harmful toxins
while allowing then to run smoothly.
When castor oil is absorbed
through the skin it speeds up the
removal of toxins. You can use
Castor oil anywhere on the body but
particularly on the most important
organs such as Liver, Kidneys,Ova-
ries and Thyroid. It also has a calming
effect on the nervous system.



| 首页 | 企业信息填报 | 信息公告 | 重点领域企业 | 导航 | 1897 |
|---|---|---|---|---|---|



## 国家企业信用信息公示系统
### National Enterprise Credit Information Publicity System

企业信用信息 | 经营异常名录 | 严重违法失信名单

请输入企业名称、统一社会信用代码或注册号



### 广州天罗电子科技有限责任公司    在营（开业）企业    该企业被列入经营异常名录，点击查看详情

| | | | |
|---|---|---|---|
| **统一社会信用代码：** | 91440101MA9XR3JK3J | | 发送报告 |
| **注册号：** | | | 信息分享 |
| **法定代表人：** | 林君 | | 信息打印 |
| **登记机关：** | 广州市增城区市场监督管理局 | | |
| **成立日期：** | 2021年04月27日 | | |

基础信息 | 行政许可信息 | 行政处罚信息 | 列入经营异常名录信息 | 列入严重违法失信名单（黑名单）信息 | 公告信息

#### 营业执照信息

| | | | |
|---|---|---|---|
| **统一社会信用代码：** | 91440101MA9XR3JK3J | **企业名称：** | 广州天罗电子科技有限责任公司 |
| **注册号：** | | **法定代表人：** | 林君 |
| **类型：** | 有限责任公司(自然人独资) | **成立日期：** | 2021年04月27日 |
| **注册资本：** | 120.000000万人民币 | **核准日期：** | 2021年04月27日 |
| **登记机关：** | 广州市增城区市场监督管理局 | **登记状态：** | 在营（开业）企业 |
| **住所：** | 广州市增城区牛仔路105号 | | |

**经营范围：** 金属制品销售;办公设备销售;钟表销售;灯具销售;玩具、动漫及游艺用品销售;箱包销售;包装材料及制品销售;电子产品销售;厨具卫具及日用杂品研发;日用品销售;互联网销售（除销售需要许可的商品）;金银制品销售;文具用品零售;个人卫生用品销售;橡胶制品销售;服装服饰零售;;

提示：根据《市场主体登记管理条例》及其实施细则，按照《市场监管总局办公厅关于调整营业执照照面事项的通知》要求，国家企业信用信息公示系统将营业执照照面公示内容作相应调整，详见https://www.samr.gov.cn/zw/zfxxgk/fdzdgknr/djzcj/art/2023/art_9c67139da37a46fc8955d42d130947b2.html

#### 营业期限信息

| | | |
|---|---|---|
| **营业期限自：** | 2021年04月27日 | **营业期限至：** |

#### 股东及出资信息

| 序号 | 股东名称 | 股东类型 | 证照/证件类型 | 证照/证件号码 | 详情 |
|---|---|---|---|---|---|
| 1 | 林君 | 自然人股东 | 非公示项 | 非公示项 | 查看 |

共 查询到 1 条记录 共 1 页    首页 ◀上一页 1 下一页▶ 末页

#### 主要人员信息

| | | |
|---|---|---|
| 林君 经理 | 黄海东 监事 | 林君 执行董事 |

#### 分支机构信息

暂无分支机构信息

#### "多证合一"信息公示

提示：该企业下列证照事项通过"多证合一"已整合至该企业营业执照

| | |
|---|---|
| 关注 | |
| 订阅 | |
| 异议 | |
| 返回 | |

| 序号 | 备案事项名称 | 备注 |
|---|---|---|
| | 暂无多证合一公示信息 | |

共 查询到 0 条记录 共 0 页　　首页　◀上一页　下一页▶　末页

**■ 清算信息**

| 暂无清算信息 |
|---|

**■ 变更信息**

| 序号 | 变更事项 | 变更前内容 | 变更后内容 | 变更日期 |
|---|---|---|---|---|
| | | 暂无变更信息 | | |

共 查询到 0 条记录 共 0 页　　首页　◀上一页　下一页▶　末页

**■ 动产抵押登记信息**

提示：根据《国务院关于实施动产和权利担保统一登记的决定》（国发〔2020〕18号）和《中国人民银行 国家市场监督管理总局公告》〔2020〕第23号），自2021年1月1日起，本模块信息不再更新，详细信息请登录人民银行征信中心动产融资统一登记公示系统查看（https://www.zhongdengwang.org.cn）。

| 序号 | 登记编号 | 登记日期 | 登记机关 | 被担保债权数额 | 详情 |
|---|---|---|---|---|---|
| | | 暂无动产抵押登记信息 | | | |

共 查询到 0 条记录 共 0 页　　首页　◀上一页　下一页▶　末页

**■ 股权出质登记信息**

| 序号 | 登记编号 | 出质人 | 证照/证件号码 | 出质股权数额 | 质权人 | 证照/证件号码 | 股权出质设立登记日期 | 状态 | 公示日期 | 详情 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 暂无股权出质登记信息 | | | | | | |

共 查询到 0 条记录 共 0 页　　首页　◀上一页　下一页▶　末页

**■ 知识产权信息**

| 序号 | 名称 | 申请号 | 申请日期 | 专利权人 | 详情 |
|---|---|---|---|---|---|
| | | 暂无知识产权信息 | | | |

共 查询到 0 条记录 共 0 页　　首页　◀上一页　下一页▶　末页

**■ 知识产权出质登记信息**

| 序号 | 知识产权登记证号 | 名称 | 种类 | 出质人名称 | 质权人名称 | 质权登记期限 | 状态 | 公示日期 |
|---|---|---|---|---|---|---|---|---|
| | | | | 暂无知识产权出质登记信息 | | | | |

共 查询到 0 条记录 共 0 页　　首页　◀上一页　下一页▶　末页

**■ 商标注册信息**

| 暂无商标注册信息 |
|---|

**■ 抽查检查结果信息**



关注
订阅
异议
返回

| 序号 | 检查实施机关 | 类型 | 日期 | 结果 |
|---|---|---|---|---|
| | | 暂无抽查检查结果信息 | | |

共 查询到 0 条记录 共 0 页　　首页　◀上一页　下一页▶　末页

### ■ 产品质量监督抽查结果信息

| 序号 | 结果发布时间 | 产品名称 | 规格型号 | 生产日期/批号 | 抽查结果 | 主要不合格项目 | 承检机构 |
|---|---|---|---|---|---|---|---|
| | | | 暂无产品质量监督抽查结果信息 | | | | |

共 查询到 0 条记录 共 0 页　　首页　◀上一页　下一页▶　末页

### ■ 认证监管抽查检查信息

| 序号 | 抽查年度 | 认证证书号 | 产品种类 | 产品名称（标称） | 规格型号 | 抽查发现的不符合项目 | 认证机构名称 | 认证机构已采取的证书处理结果 | 证书撤销日期 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 暂无认证监管抽查检查信息 | | | | | |

共 查询到 0 条记录 共 0 页　　首页　◀上一页　下一页▶　末页

### ■ 食品抽查检查信息

| 序号 | 样品名称 | 规格型号 | 生产日期/批号 | 任务来源 | 抽检结果 |
|---|---|---|---|---|---|
| | | | 暂无食品抽查检查信息 | | |

共 查询到 0 条记录 共 0 页　　首页　◀上一页　下一页▶　末页

### ■ 双随机抽查结果信息

| 序号 | 抽查计划编号 | 抽查计划名称 | 抽查任务编号 | 抽查任务名称 | 抽查类型 | 抽查机关 | 抽查完成日期 | 抽查结果 |
|---|---|---|---|---|---|---|---|---|
| 1 | 44012520221041 | 增城区市场监督管理局冠名"生物""科技""新材料"企业抽查（12月） | 44012520221241663 | 冠名"生物""科技""新材料"企业抽查（12月） | 定向 | 增城区市场监督管理局 | 2022-11-24 | 详细 |

共 查询到 1 条记录 共 1 页　　首页　◀上一页　1　下一页▶　末页

### ■ 司法协助信息

| 序号 | 被执行人 | 股权数额 | 执行法院 | 执行通知书文号 | 类型\|状态 | 详情 |
|---|---|---|---|---|---|---|
| | | | 暂无司法协助信息 | | | |

共 查询到 0 条记录 共 0 页　　首页　◀上一页　下一页▶　末页

### ■ 依人民法院判决申请撤销登记信息

| 序号 | 申请时间 | 判决法院 | 判决书文号 | 撤销事项 | 撤销登记时间 | 撤销登记机关 |
|---|---|---|---|---|---|---|
| | | | 暂无依人民法院判决申请撤销登记信息 | | | |

共 查询到 0 条记录 共 0 页　　首页　◀上一页　下一页▶　末页

### ■ 协助涤除信息

关注　订阅　异议　返回

| 序号 | 执行法院 | 协助执行通知书文号 | 被涤除人姓名 | 被涤除人身份类型 | 涤除日期 |
|---|---|---|---|---|---|
| | | | 暂无协助涤除信息 | | |

共 查询到 0 条记录 共 0 页　　　首页　◀上一页　下一页▶　末页

**■ 承诺不实情况**

| 序号 | 不实承诺情况 | 核查时间 | 处理结果 |
|---|---|---|---|
| | | 暂无承诺不实情况 | |

共 查询到 0 条记录 共 0 页　　　首页　◀上一页　下一页▶　末页

**■ 信誉信息**

| 序号 | 信誉信息 | 日期 | 授予单位 |
|---|---|---|---|
| | | 暂无信誉信息 | |

共 查询到 0 条记录 共 0 页　　　首页　◀上一页　下一页▶　末页

**■ 名称转让信息**

| 序号 | 转让主体 | 受让主体 | 转让名称 | 转让时间 |
|---|---|---|---|---|
| | | 暂无名称转让信息 | | |

共 查询到 0 条记录 共 0 页　　　首页　◀上一页　下一页▶　末页

**以下信息由该企业提供，企业对其报送信息的真实性、合法性负责**

**■ 企业年报信息**

| 序号 | 报送年度 | 公示日期 | 详情 |
|---|---|---|---|
| 1 | 2023年度报告 | 2024年6月20日 | 查看 |
| 2 | 2022年度报告 | 2023年4月25日 | 查看 |
| 3 | 2021年度报告 | 2022年4月8日 | 查看 |

**■ 股东及出资信息**

| 股东 | 认缴额（万元） | 实缴额（万元） | 认缴明细 | | | | 实缴明细 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 认缴出资方式 | 认缴出资金额（万元） | 认缴出资日期 | 公示日期 | 实缴出资方式 | 实缴出资额（万元） | 实缴出资日期 | |
| | | | | | 暂无股东及出资信息 | | | | | |

共 查询到 0 条记录 共 0 页　　　首页　◀上一页　下一页▶　末页

**■ 股权变更信息**

| 序号 | 股东 | 变更前股权比例 | 变更后股权比例 | 股权变更日期 |
|---|---|---|---|---|
| | | 暂无股权变更信息 | | |

共 查询到 0 条记录 共 0 页　　　首页　◀上一页　下一页▶　末页

**■ 行政许可信息**

关注
订阅
异议
返回



| 序号 | 许可文件编号 | 许可文件名称 | 有效期自 | 有效期至 | 许可机关 | 许可内容 | 状态 | 详情 |
|---|---|---|---|---|---|---|---|---|
| | | | | 暂无行政许可信息 | | | | |

共 查询到 0 条记录 共 0 页　　首页　◀上一页　下一页▶　末页

**▌知识产权出质登记信息**

| 序号 | 知识产权登记证号 | 名称 | 种类 | 出质人名称 | 质权人名称 | 质权登记期限 | 状态 | 公示日期 | 详情 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 暂无知识产权出质登记信息 | | | | | |

共 查询到 0 条记录 共 0 页　　首页　◀上一页　下一页▶　末页

**▌行政处罚信息**

| 序号 | 决定书文号 | 违法行为类型 | 行政处罚内容 | 决定机关名称 | 处罚决定日期 | 公示日期 | 备注 |
|---|---|---|---|---|---|---|---|
| | | | 暂无行政处罚信息 | | | | |

共 查询到 0 条记录 共 0 页　　首页　◀上一页　下一页▶　末页

**▌集团成员信息**

| 序号 | 成员名称 | 统一社会信用代码 | 成员类型 | 母公司控股比例 |
|---|---|---|---|---|
| | | 暂无集团成员信息 | | |

共 查询到 0 条记录 共 0 页　　首页　◀上一页　下一页▶　末页

点击或下拉加载更多信息

主办单位：国家市场监督管理总局
地址：北京市西城区三里河东路八号　邮政编码：100820　备案号：京ICP备18022388号-2
业务咨询与技术支持联系方式　　使用帮助



关注

订阅

异议

返回



| front page | Enterprise information | Information Announcement | Key field enterprises | navigation |
|---|---|---|---|---|

189



**国家企业信用信息公示系统**
National Enterprise Credit Information Publicity System

<u>Corporate credit information</u> | List of abnormal operations
of serious illegal and dishonest persons
Please enter the company name, unified social credit code or registratio

## Guangzhou Tianluo Electronic Technology Co., Ltd.

**Enterprises in operation**

This company has been included in the list of abnormal operations. Click to view details

**Unified social credit code:** 91440101MA9XR3JK3J
**Registration Number:**
**Legal representative:** Lin Jun
**Registration authority:** Guangzhou Zengcheng District Market Supervision and Administration Bureau
**Date of establishment:** April 27, 2021

Send Report

Information Sharing

Information printing

---

| Basic Information | Administrative license information | Administrative penalty information |
|---|---|---|

Information included in the abnormal business list | Information on inclusion in the list of serious illegal dishonesty (blacklist)

Announcement Information

---

### Business license information

· **Unified social credit code:** 91440101MA9XR3JK3J
· **Registration Number:**
· **type:** Limited Liability Company (Sole Proprietorship)
· **Registered capital:** RMB 120.000000
· **Registration Authority:** Guangzhou Zengcheng District Market Supervision and Administration Bureau
· **address:** No. 105, Cowboy Road, Zengcheng District, Guangzhou

· **Company Name:** Guangzhou Tianluo Electronic Technology Co., Ltd.
· **Legal representative:** Lin Jun
· **Date of Establishment:** April 27, 2021
· **Approval Date:** April 27, 2021
· **Registration Status:** Enterprises in operation

· **Business scope:** Metal products sales; office equipment sales; watch sales; lamp sales; toy, animation and recreational products sales; luggage sales; packaging materials and products sales; electronic products sales; kitchenware, sanitary ware and daily sundries research and development; daily necessities sales; Internet sales (except for goods that require a license); gold and silver products sales; stationery retail; personal hygiene products sales; rubber product sales; clothing and apparel retail;

Tip: According to the Regulations on the Registration and Administration of Market Entities and its implementing rules, and in accordance with the requirements of the Notice of the General Office of the State Administration for Market Regulation on Adjusting the Face-to-Face Items of Business Licenses, the National Enterprise Credit Information Publicity System will make corresponding adjustments to the face-to-face publicity of business licenses. For details please see https://www.samr.gov.cn/zw/zfxxgk/fdzdgknr/djzcj/art/2023/art_9c67139da37a46fc8955d42d130947b2.html

---

### Business period information

· **Business period from:** April 27, 2021
· **Business period ends:**

### Shareholder and investment information

| Serial number | Shareholder Name | Shareholder Type | Type of certificate/document | Certificate/ID number |
|---|---|---|---|---|
| 1 | Lin Jun | sinceNatural shareholders | Non-public items | Non-public items |

Total 1 records found Total 1 pages | front page | Previous page | 1 | Next Page | Last Page

### Key personnel information

| Lin Jun 经理 | Yellow SeaEast 监事 | Forestyou 执行董事 |
|---|---|---|

### Branch Information



**Information disclosure on "multiple certificates in one"**

Tip: The following certificates and licenses of the enterprise have been integrated into the business license of the enterprise through "multiple certificates into one"

| Serial number | Name of record item | Remark |
|---|---|---|
| | | Loading, please wait |

**Liquidation Information**

| Liquidation Information |
|---|

**Change Information**

| Serial number | Changes | Content before change | After the change | Change Date |
|---|---|---|---|---|
| | | Loading, please wait | | |

**Movable property mortgage registration information**

Tip: According to the "Decision of the State Council on the Implementation of Unified Registration of Movable Property and Rights Guarantees" (Guo Fa [2020] No. 18) and the "Announcement of the People's Bank of China and the State Administration for Market Regulation" ([2020] No. 23), the information in this module will no longer be updated from January 1, 2021. For detailed information, please log in to the Unified Registration and Publicity System for Movable Property Financing of the People's Bank of China Credit Information Center (https://www.zhongdengwang.org.cn).

| Serial number | Registration Number | Registration Date | Registration Authority | Amount of secured claims | Detai |
|---|---|---|---|---|---|
| | | Loading, please wait | | | |

**Equity pledge registration information**

| Serial number | Registration Number | Pledgor | Certificate/ID number | Amount of pledged equity | Pledgee | Certificate/ID number | Date of registration of equity pledge | state | Publication Date | Detail |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Loading, please wait | | | | | |

**Intellectual Property Information**

| Serial number | name | Application Number | Application Date | Patentee | Det |
|---|---|---|---|---|---|
| | | Loading, please wait | | | |

**Intellectual Property Pledge Registration Information**

| Serial number | Intellectual Property Registration Certificate Number | name | type | Name of Pledgor | Name of pledgee | Pledge registration period | state | Publicat Date | et |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Loading, please wait | | | | | |

focus on

subscription

objection

return

**Trademark registration information**

## Spot check inspection result information

| Serial number | Inspection implementing agency | type | date | result |
|---|---|---|---|---|
| | | Loading, please wait | | |

## Product quality supervision and random inspection results information

| Serial number | Results Release Time | Product Name | Specifications | Production date/batch number | Spot check results | Main unqualified items | Inspection agency |
|---|---|---|---|---|---|---|---|
| | | | Loading, please wait | | | | |

## Certification supervision spot check information

| Serial number | Inspection year | Certification certificate number | Product Category | Product Name (Nominal) | Specifications | Non-compliant items found in spot checks | Name of certification body | The certificate processing results taken by the certification body | Certificate revocation date |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Loading, please wait | | | | |

## Food spot check information

| Serial number | Sample name | Specifications | Production date/batch number | Mission Source | Sampling results |
|---|---|---|---|---|---|
| | | | Loading, please wait | | |

## Double random inspection results information

| Serial number | Sampling plan number | Name of sampling plan | Spot check task number | Spot check task name | Type of spot check | Inspection agency | Spot check completion date | Spot check results |
|---|---|---|---|---|---|---|---|---|
| | | | | Loading, please wait | | | | |

## Mutual Legal Assistance Information

| Serial number | Person subject to execution | Equity Amount | Enforcement Court | Execution Notice Number | Type \| Status | Deta |
|---|---|---|---|---|---|---|
| | | | Loading, please wait | | | |

focus on

subscription

objection

return

## Apply for cancellation of registration information according to the judgment of the People's Court

| Serial number | Application Period | Sentencing Court | Judgment document number | Cancellation matters | Cancellation of registration time | Revocation of registration authority | |
|---|---|---|---|---|---|---|---|
| | | | Loading, please wait | | | | |

## Help clean up information

| Serial number | Enforcement Court | Assistance in the execution of the notice number | Name of person being cleansed | Type of person to be cleansed | Cleaning date |
|---|---|---|---|---|---|

Loading, please wait

**False promises**

| Serial number | False promises | Verification time | Processing results |
|---|---|---|---|

Loading, please wait

**Reputation Information**

| Serial number | Reputation Information | date | Granting Unit |
|---|---|---|---|

Loading, please wait

**Name transfer information**

| Serial number | Transfer Entity | Transferee | Transfer Name | Transfer time |
|---|---|---|---|---|

Loading, please wait

The following information is provided by the enterprise, and the enterprise is responsible for the authenticity and legality of the information submits

**Company annual report information**

| Serial number | Reporting year | Publication Date | Details |
|---|---|---|---|

**Shareholder and investment information**

| shareholder | Subscription amount (ten thousand yuan) | Amount paid (ten thousand yuan) | Subscription Details | | | | Paid-in details | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 认缴出资方式 | 认缴出资金额（万元） | 认缴出资日期 | 公示日期 | 实缴出资方式 | 实缴出资额(万元) | 实缴出资日期 | 公示日期 |

**Equity change information**

| Serial number | shareholder | Equity ratio before change | Equity ratio after change | Date of equity change | |
|---|---|---|---|---|---|

**Administrative license information**

| Serial number | License File Number | License file name | Valid from | Valid until | Licensing Authority | Licensed Content | s |
|---|---|---|---|---|---|---|---|

**Intellectual Property Pledge Registration Information**

focus on

subscription

objection

return

| Serial number | Intellectual Property Registration Certificate Number | name | type | Name of Pledgor | Name of pledgee | Pledge registration period | state | Publication Date | Det |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**Administrative penalty information**

| Serial number | Decision document number | Type of illegal behavior | Administrative penalty content | Name of decision-making body | Date of penalty decision | Publication Date | Remark |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Click or pull down to load
more information

Organizer: State Administration for Market Regulation
Address: No. 8 Sanlihe East Road, Xicheng District, Beijing Postal Code: 100820 Registration Number: Beijing ICP No. 18022388-2
Business consultation and technical support contact information     usage help

focus on

subscription

objection

return

# EXHIBIT-E

Unified Social Credit Code

’K'Ji S2512O21OI913€C(1-|)

% 一 It & ft JAR «

91440101MA9XR3JK3J

Business License

营业执照

Copy

(SO *)

ua «h»* "国家企业信用信息公示系统" rat多登记、备案、许可、监管信息。

Guangzhou Tmpod Electronic Technology Co., Ltd.

名 称 广州天罗电子科技有限责任公司

Entity Name

类 3 有限责任../f1 ♦•SAM*)

Entity Type Limited Company

^^R^A 林君

Legal Rep. Jun Lin

& « 范 IE 科技推广和应用服务业（具体经营项目请登录广州市商事主体信息公示平台Hfiifl. Kir, http://cri.gz.gov.cn/. W 法须经批准的项目，经相关部门批准后方可开展经营活动。）

Scope of Business

?! /ft ft A «®K»7Jx (AKrfj)

Capital Contribution 1200, 000 Yuan

成 Ji 日 JW 2O2l<FO4fl27n

Date of Incorporation 04/27/2021

H yk XO PR 2O21«FO4A270 5 KW

Business Term From April 27, 2021 to long -term

8 所 广州市增城区牛仔路105号

Domicile No. 105 Jeans Road, Zengcheng District, Guangzh

§ ie m *

广州市增城区市场监督管理局

2021 年 04 £ 27 日

国家企业信用信息公示系统网址: http://»w». gs«t. gov.cn

rffi*±Wfi3 FM«n Jl 1 H ft6H30H«il 国家企业信用信息公示系统报送公示年度报告

SSOfittHISOa



# EXHIBIT-F

## <u>AFFIDAVIT/DECLARATION IN SUPPORT OF THE LEGAL EXISTENCE OF</u>

## <u>PLAINTIFF ("GUANGZHOU TINPOD ELECTRONIC TECHNOLOGY CO., LTD.)</u>

I, Jun Lin, declare as follows:

1. I am over the age of 21 and have personal knowledge of the facts stated in this declaration.

2. I am the Chief Executive Officer (CEO) of the plaintiff, that is, Guangzhou Tinpod Electronic Technology Co., Ltd.

3. I have the knowledge of the facts supporting the allegations contained in the pleadings before the court.

4. I certify that the name of the Plaintiff in the pleadings is Guangzhou Tinpod Electronic Technology Co., Ltd., which is the phonetic translation of the true name of the Plaintiff in Chinese characters.

5. I certify that the transliteration of the true name of the Plaintiff is Guangzhou Tianluo Co., Ltd.

6. I certify that the Plaintiff is a duly incorporated and legally recognized corporation, possessing valid legal standing in accordance with the law.

7. I, further, certify that the registered address of the Plaintiff is Room 311, 3rd Floor No.29 DongPhoenix, Baiyun District, Guangzhou, China.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of February, 2025.

Jun Lin

Name: Jun Lin

Designation: CEO