UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-61886-JB

XYZ CORPORATION,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## **CONSENT FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT**

The eighteen Aliver Defendants, [DE 42], consent, pursuant to Fed. R. Civ. P. 15(a)(2), to allow plaintiff, Guangzhou tinpod Electronic Technology Co., Ltd., to file a second amended complaint, a redline copy of which is attached hereto as Exhibit A showing changes from the First Amended Complaint, [DE 11]. Plaintiff agrees to file its (non-redline) second amended complaint on the docket, apart from this consent, within one day.

By providing this consent, no defendant waives any arguments or defenses each may have to the second amended complaint, and expressly disagree that the proposed pleading is proper. The defendants provide their consent merely to obviate the need for a motion and Court order, pursuant to their obligations under Rule 1.

Additionally, this consent moots the pending motion to dismiss the First Amended Complaint, [DE 107], and the defendants shall have 14 days after plaintiff files its second amended complaint to respond to it, consistent with Fed. R. Civ. P. 15(a)(3).

By:

   /s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Attorney for the 18 Aliver Defendants, DE 42*


By:

   /s/ Michael Feldenkrais
Michael Feldenkrais, Esq.
Florida Bar No. 991708
mfeldenkrais@gmail.com
**FELDENKRAIS LAW, P.A.**
20533 Biscayne Blvd. Suite 469
Aventura, FL 33180
Telephone: (305) 528-9614
*Attorneys for Plaintiff Guangzhou tinpod Electronic Technology Co., Ltd.*