EXHIBIT - 1

## AFFIDAVIT/DECLARATION IN SUPPORT OF THE LEGAL EXISTENCE OF
## PLAINTIFF ("GUANGZHOU TINPOD ELECTRONIC TECHNOLOGY CO., LTD.)

I, Jun Lin, declare as follows:

1. I am over the age of 21 and have personal knowledge of the facts stated in this declaration.

2. I am the Chief Executive Officer (CEO) of the plaintiff, that is, Guangzhou Tinpod Electronic Technology Co., Ltd.

3. I have the knowledge of the facts supporting the allegations contained in the pleadings before the court.

4. I certify that the name of the Plaintiff in the pleadings is Guangzhou Tinpod Electronic Technology Co., Ltd., which is the phonetic translation of the true name of the Plaintiff in Chinese characters.

5. I certify that the transliteration of the true name of the Plaintiff is Guangzhou Tianluo Co., Ltd.

6. I certify that the Plaintiff is a duly incorporated and legally recognized corporation, possessing valid legal standing in accordance with the law.

7. I, further, certify that the registered address of the Plaintiff is Room 311, 3rd Floor No.29 DongPhoenix, Baiyun District, Guangzhou, China.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of February, 2025.

Name: Jun Lin

Designation: CEO



| front page | Enterprise information | Information Announcement | Key field enterprises | navigation |
|---|---|---|---|---|

189

# 国家企业信用信息公示系统
**National Enterprise Credit Information Publicity System**

Corporate credit information | List of abnormal operations of serious illegal and dishonest persons

Please enter the company name, unified social credit code or registratio

---

## Guangzhou Tianluo Electronic Technology Co., Ltd.

`Enterprises in operation`

`This company has been included in the list of abnormal operations. Click to view details`

**Unified social credit code:** 91440101MA9XR3JK3J

**Registration Number:**

**Legal representative:** Lin Jun

**Registration authority:** Guangzhou Zengcheng District Market Supervision and Administration Bureau

**Date of establishment:** April 27, 2021

`Send Report`

`Information Sharing`

`Information printing`

---

`Basic Information` | Administrative license information | Administrative penalty information

Information included in the abnormal business list | Information on inclusion in the list of serious illegal dishonesty (blacklist)

Announcement Information

---

### Business license information

· **Unified social credit code:** 91440101MA9XR3JK3J

· **Registration Number:**

· **type:** Limited Liability Company (Sole Proprietorship)

· **Registered capital:** RMB 120.000000

· **Registration Authority:** Guangzhou Zengcheng District Market Supervision and Administration Bureau

· **address:** No. 105, Cowboy Road, Zengcheng District, Guangzhou

· **Company Name:** Guangzhou Tianluo Electronic Technology Co., Ltd.

· **Legal representative:** Lin Jun

· **Date of Establishment:** April 27, 2021

· **Approval Date:** April 27, 2021

· **Registration Status:** Enterprises in operation

· **Business scope:** Metal products sales; office equipment sales; watch sales; lamp sales; toy, animation and recreational products sales; luggage sales; packaging materials and products sales; electronic products sales; kitchenware, sanitary ware and daily sundries research and development; daily necessities sales; Internet sales (except for goods that require a license); gold and silver products sales; stationery retail; personal hygiene products sales; rubber product sales; clothing and apparel retail;

Tip: According to the Regulations on the Registration and Administration of Market Entities and its implementing rules, and in accordance with the requirements of the Notice of the General Office of the State Administration for Market Regulation on Adjusting the Face-to-Face Items of Business Licenses, the National Enterprise Credit Information Publicity System will make corresponding adjustments to the face-to-face publicity of business licenses. For details please see https://www.samr.gov.cn/zw/zfxxgk/fdzdgknr/djzcj/art/2023/art_9c67139da37a46fc8955d42d130947b2.html

---

### Business period information

· **Business period from:** April 27, 2021

· **Business period ends:**

### Shareholder and investment information

| Serial number | Shareholder Name | Shareholder Type | Type of certificate/document | Certificate/ID number |
|---|---|---|---|---|
| 1 | Lin Jun | sinceNatural shareholders | Non-public items | Non-public items |

Total 1 records found Total 1 pages

| front page | Previous page | 1 | Next Page | Last Page |

`focus on`

`subscription`

`objection`

`return`

### Key personnel information

| Lin Jun 经理 | Yellow SeaEast 监事 | Forestyou 执行董事 |
|---|---|---|

### Branch Information

## Information disclosure on "multiple certificates in one"

Tip: The following certificates and licenses of the enterprise have been integrated into the business license of the enterprise through "multiple certificates into one"

| Serial number | Name of record item | Remark |
|---|---|---|
| Loading, please wait | | |

## Liquidation Information

| Liquidation Information |
|---|

## Change Information

| Serial number | Changes | Content before change | After the change | Change Date |
|---|---|---|---|---|
| Loading, please wait | | | | |

## Movable property mortgage registration information

Tip: According to the "Decision of the State Council on the Implementation of Unified Registration of Movable Property and Rights Guarantees" (Guo Fa [2020] No. 18) and the "Announcement of the People's Bank of China and the State Administration for Market Regulation" ([2020] No. 23), the information in this module will no longer be updated from January 1, 2021. For detailed information, please log in to the Unified Registration and Publicity System for Movable Property Financing of the People's Bank of China Credit Information Center (https://www.zhongdengwang.org.cn).

| Serial number | Registration Number | Registration Date | Registration Authority | Amount of secured claims | Deta |
|---|---|---|---|---|---|
| Loading, please wait | | | | | |

## Equity pledge registration information

| Serial number | Registration Number | Pledgor | Certificate/ID number | Amount of pledged equity | Pledgee | Certificate/ID number | Date of registration of equity pledge | state | Publication Date | Detail |
|---|---|---|---|---|---|---|---|---|---|---|
| Loading, please wait | | | | | | | | | | |

## Intellectual Property Information

| Serial number | name | Application Number | Application Date | Patentee | Det |
|---|---|---|---|---|---|
| Loading, please wait | | | | | |

focus on

subscription

objection

return

## Intellectual Property Pledge Registration Information

| Serial number | Intellectual Property Registration Certificate Number | name | type | Name of Pledgor | Name of pledgee | Pledge registration period | state | Publication Date | et |
|---|---|---|---|---|---|---|---|---|---|
| Loading, please wait | | | | | | | | | |

## Trademark registration information

**Spot check inspection result information**

| Serial number | Inspection implementing agency | type | date | result |
|---|---|---|---|---|
| | | Loading, please wait | | |

**Product quality supervision and random inspection results information**

| Serial number | Results Release Time | Product Name | Specifications | Production date/batch number | Spot check results | Main unqualified items | Inspection agency |
|---|---|---|---|---|---|---|---|
| | | | | Loading, please wait | | | |

**Certification supervision spot check information**

| Serial number | Inspection year | Certification certificate number | Product Category | Product Name (Nominal) | Specifications | Non-compliant items found in spot checks | Name of certification body | The certificate processing results taken by the certification body | Certificate revocation date |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Loading, please wait | | | | |

**Food spot check information**

| Serial number | Sample name | Specifications | Production date/batch number | Mission Source | Sampling results |
|---|---|---|---|---|---|
| | | | Loading, please wait | | |

**Double random inspection results information**

| Serial number | Sampling plan number | Name of sampling plan | Spot check task number | Spot check task name | Type of spot check | Inspection agency | Spot check completion date | Spot check results |
|---|---|---|---|---|---|---|---|---|
| | | | | Loading, please wait | | | | |

**Mutual Legal Assistance Information**

| Serial number | Person subject to execution | Equity Amount | Enforcement Court | Execution Notice Number | Type \| Status | Deta |
|---|---|---|---|---|---|---|
| | | | Loading, please wait | | | |

focus on

subscription

objection

return

**Apply for cancellation of registration information according to the judgment of the People's Court**

| Serial number | Application Period | Sentencing Court | Judgment document number | Cancellation matters | Cancellation of registration time | Revocation of registration authority | |
|---|---|---|---|---|---|---|---|
| | | | | Loading, please wait | | | |

**Help clean up information**

| Serial number | Enforcement Court | Assistance in the execution of the notice number | Name of person being cleansed | Type of person to be cleansed | Cleaning date |
|---|---|---|---|---|---|
| | | Loading, please wait | | | |

**False promises**

| Serial number | False promises | Verification time | Processing results |
|---|---|---|---|
| | | Loading, please wait | |

**Reputation Information**

| Serial number | Reputation Information | date | Granting Unit |
|---|---|---|---|
| | | Loading, please wait | |

**Name transfer information**

| Serial number | Transfer Entity | Transferee | Transfer Name | Transfer time |
|---|---|---|---|---|
| | | Loading, please wait | | |

The following information is provided by the enterprise, and the enterprise is responsible for the authenticity and legality of the information it submits.

**Company annual report information**

| Serial number | Reporting year | Publication Date | Details |
|---|---|---|---|
| | | | |

**Shareholder and investment information**

| shareholder | Subscription amount (ten thousand yuan) | Amount paid (ten thousand yuan) | Subscription Details | | | | Paid-in details | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 认缴出资方式 | 认缴出资金额（万元） | 认缴出资日期 | 公示日期 | 实缴出资方式 | 实缴出资额(万元) | 实缴出资日期 | 公示日期 |

**Equity change information**

| Serial number | shareholder | Equity ratio before change | Equity ratio after change | Date of equity change | |
|---|---|---|---|---|---|
| | | | | | |

**Administrative license information**

| Serial number | License File Number | License file name | Valid from | Valid until | Licensing Authority | Licensed Content | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Intellectual Property Pledge Registration Information**

focus on

subscription

objection

return

| Serial number | Intellectual Property Registration Certificate Number | name | type | Name of Pledgor | Name of pledgee | Pledge registration period | state | Publication Date | Det |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**■ Administrative penalty information**

| Serial number | Decision document number | Type of illegal behavior | Administrative penalty content | Name of decision-making body | Date of penalty decision | Publication Date | Remark |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

Click or pull down to load
more information

Organizer: State Administration for Market Regulation
Address: No. 8 Sanlihe East Road, Xicheng District, Beijing Postal Code: 100820 Registration Number: Beijing ICP No. 18022388-2
Business consultation and technical support contact information    usage help

focus on

subscription

objection

return



| 首页 | 企业信息填报 | 信息公告 | 重点领域企业 | 导航 | 👤 1897 |
|------|------------|----------|--------------|------|---------|



# 国家企业信用信息公示系统
## National Enterprise Credit Information Publicity System

🔍 企业信用信息 | 经营异常名录 | 严重违法失信名单

请输入企业名称、统一社会信用代码或注册号

---



### 广州天罗电子科技有限责任公司

**在营（开业）企业**　**该企业被列入经营异常名录，点击查看详情**

**发送报告**
**信息分享**
**信息打印**

统一社会信用代码：　91440101MA9XR3JK3J
注册号：
法定代表人：　林君
登记机关：　广州市增城区市场监督管理局
成立日期：　2021年04月27日

---

| 基础信息 | 行政许可信息 | 行政处罚信息 | 列入经营异常名录信息 | 列入严重违法失信名单（黑名单）信息 | 公告信息 |
|---------|------------|------------|-------------------|--------------------------------|---------|

### 📋 营业执照信息

- **统一社会信用代码**　91440101MA9XR3JK3J
- **注册号**
- **类型**　有限责任公司(自然人独资)
- **注册资本**　120.000000万人民币
- **登记机关**　广州市增城区市场监督管理局
- **住所**　广州市增城区牛仔路105号
- **企业名称**　广州天罗电子科技有限责任公司
- **法定代表人**　林君
- **成立日期**　2021年04月27日
- **核准日期**　2021年04月27日
- **登记状态**　在营（开业）企业
- **经营范围**　金属制品销售;办公设备销售;钟表销售;灯具销售;玩具、动漫及游艺用品销售;箱包销售;包装材料及制品销售;电子产品销售;厨具卫具及日用杂品研发;日用品销售;互联网销售（除销售需要许可的商品）;金银制品销售;文具用品零售;个人卫生用品销售;橡胶制品销售;服装服饰零售;;

提示：根据《市场主体登记管理条例》及其实施细则，按照《市场监管总局办公厅关于调整营业执照照面事项的通知》要求，国家企业信用信息公示系统将营业执照照面公示内容作相应调整，详见https://www.samr.gov.cn/zw/zfxxgk/fdzdgknr/djzcj/art/2023/art_9c67139da37a46fc8955d42d130947b2.html

### 📋 营业期限信息

- **营业期限自：**　2021年04月27日
- **营业期限至：**

### 📋 股东及出资信息

| 序号 | 股东名称 | 股东类型 | 证照/证件类型 | 证照/证件号码 | 详情 |
|------|---------|---------|-------------|-------------|------|
| 1 | 林君 | 自然人股东 | 非公示项 | 非公示项 | 查看 |

共 查询到 1 条记录 共 1 页

首页　◀上一页　1　下一页▶　末页

### 📋 主要人员信息

| 林君　经理 | 黄海东　监事 | 林君　执行董事 |

### 📋 分支机构信息

暂无分支机构信息

### 📋 "多证合一" 信息公示

提示：该企业下列证照事项通过"多证合一"已整合至该企业营业执照

---

关注
订阅
异议
返回



| 序号 | 备案事项名称 | 备注 |
|---|---|---|
| | 暂无多证合一公示信息 | |

共 查询到 0 条记录 共 0 页　　首页　◀上一页　下一页▶　末页

## ■ 清算信息

暂无清算信息

## ■ 变更信息

| 序号 | 变更事项 | 变更前内容 | 变更后内容 | 变更日期 |
|---|---|---|---|---|
| | | 暂无变更信息 | | |

共 查询到 0 条记录 共 0 页　　首页　◀上一页　下一页▶　末页

## ■ 动产抵押登记信息

提示：根据《国务院关于实施动产和权利担保统一登记的决定》（国发〔2020〕18号）和《中国人民银行 国家市场监督管理总局公告》〔2020〕第23号），自2021年1月1日起，本模块信息不再更新，详细信息请登录人民银行征信中心动产融资统一登记公示系统查看（https://www.zhongdengwang.org.cn）。

| 序号 | 登记编号 | 登记日期 | 登记机关 | 被担保债权数额 | 详情 |
|---|---|---|---|---|---|
| | | 暂无动产抵押登记信息 | | | |

共 查询到 0 条记录 共 0 页　　首页　◀上一页　下一页▶　末页

## ■ 股权出质登记信息

| 序号 | 登记编号 | 出质人 | 证照/证件号码 | 出质股权数额 | 质权人 | 证照/证件号码 | 股权出质设立登记日期 | 状态 | 公示日期 | 详情 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 暂无股权出质登记信息 | | | | | |

共 查询到 0 条记录 共 0 页　　首页　◀上一页　下一页▶　末页

## ■ 知识产权信息

| 序号 | 名称 | 申请号 | 申请日期 | 专利权人 | 详情 |
|---|---|---|---|---|---|
| | | 暂无知识产权信息 | | | |

共 查询到 0 条记录 共 0 页　　首页　◀上一页　下一页▶　末页

## ■ 知识产权出质信息

| 序号 | 知识产权登记证号 | 名称 | 种类 | 出质人名称 | 质权人名称 | 质权登记期限 | 状态 | 公示日期 | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 暂无知识产权出质登记信息 | | | | | | |

共 查询到 0 条记录 共 0 页　　首页　◀上一页　下一页▶　末页

## ■ 商标注册信息

暂无商标注册信息

## ■ 抽查检查结果信息



| 序号 | 检查实施机关 | 类型 | 日期 | 结果 |
|---|---|---|---|---|
| | | 暂无抽查检查结果信息 | | |

共 查询到 0 条记录 共 0 页  　首页　◀上一页　下一页▶　末页

### ■ 产品质量监督抽查结果信息

| 序号 | 结果发布时间 | 产品名称 | 规格型号 | 生产日期/批号 | 抽查结果 | 主要不合格项目 | 承检机构 |
|---|---|---|---|---|---|---|---|
| | | | 暂无产品质量监督抽查结果信息 | | | | |

共 查询到 0 条记录 共 0 页  　首页　◀上一页　下一页▶　末页

### ■ 认证监管抽查检查信息

| 序号 | 抽查年度 | 认证证书号 | 产品种类 | 产品名称（标称） | 规格型号 | 抽查发现的不符合项目 | 认证机构名称 | 认证机构已采取的证书处理结果 | 证书撤销日期 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 暂无认证监管抽查检查信息 | | | | | |

共 查询到 0 条记录 共 0 页  　首页　◀上一页　下一页▶　末页

### ■ 食品抽查检查信息

| 序号 | 样品名称 | 规格型号 | 生产日期/批号 | 任务来源 | 抽检结果 |
|---|---|---|---|---|---|
| | | 暂无食品抽查检查信息 | | | |

共 查询到 0 条记录 共 0 页  　首页　◀上一页　下一页▶　末页

### ■ 双随机抽查结果信息

| 序号 | 抽查计划编号 | 抽查计划名称 | 抽查任务编号 | 抽查任务名称 | 抽查类型 | 抽查机关 | 抽查完成日期 | 抽查结果 |
|---|---|---|---|---|---|---|---|---|
| 1 | 44012520221041 | 增城区市场监督管理局冠名"生物""科技""新材料"企业抽查（12月） | 440125202211241663 | 冠名"生物""科技""新材料"企业抽查（12月） | 定向 | 增城区市场监督管理局 | 2022-11-24 | 详细 |

共 查询到 1 条记录 共 1 页  　首页　◀上一页　1　下一页▶　末页

### ■ 司法协助信息

| 序号 | 被执行人 | 股权数额 | 执行法院 | 执行通知书文号 | 类型\|状态 | 详情 |
|---|---|---|---|---|---|---|
| | | | 暂无司法协助信息 | | | |

共 查询到 0 条记录 共 0 页  　首页　◀上一页　下一页▶　末页

### ■ 依人民法院判决申请撤销登记信息

| 序号 | 申请时间 | 判决法院 | 判决书文号 | 撤销事项 | 撤销登记时间 | 撤销登记机关 |
|---|---|---|---|---|---|---|
| | | | 暂无依人民法院判决申请撤销登记信息 | | | |

共 查询到 0 条记录 共 0 页  　首页　◀上一页　下一页▶　末页

### ■ 协助涤除信息

⭐ 关注
＋ 订阅
💬 异议
↑ 返回



| 序号 | 执行法院 | 协助执行通知书文号 | 被涤除人姓名 | 被涤除人身份类型 | 涤除日期 |
|---|---|---|---|---|---|
| | | | 暂无协助涤除信息 | | |

共 查询到 0 条记录 共 0 页　　首页　◀上一页　下一页▶　末页

### ■ 承诺不实情况

| 序号 | 不实承诺情况 | 核查时间 | 处理结果 |
|---|---|---|---|
| | | 暂无承诺不实情况 | |

共 查询到 0 条记录 共 0 页　　首页　◀上一页　下一页▶　末页

### ■ 信誉信息

| 序号 | 信誉信息 | 日期 | 授予单位 |
|---|---|---|---|
| | | 暂无信誉信息 | |

共 查询到 0 条记录 共 0 页　　首页　◀上一页　下一页▶　末页

### ■ 名称转让信息

| 序号 | 转让主体 | 受让主体 | 转让名称 | 转让时间 |
|---|---|---|---|---|
| | | 暂无名称转让信息 | | |

共 查询到 0 条记录 共 0 页　　首页　◀上一页　下一页▶　末页

**以下信息由该企业提供，企业对其报送信息的真实性、合法性负责**

### ■ 企业年报信息

| 序号 | 报送年度 | 公示日期 | 详情 |
|---|---|---|---|
| 1 | 2023年度报告 | 2024年6月20日 | 查看 |
| 2 | 2022年度报告 | 2023年4月25日 | 查看 |
| 3 | 2021年度报告 | 2022年4月8日 | 查看 |

### ■ 股东及出资信息

| 股东 | 认缴额（万元） | 实缴额（万元） | 认缴明细 | | | | 实缴明细 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 认缴出资方式 | 认缴出资金额（万元） | 认缴出资日期 | 公示日期 | 实缴出资方式 | 实缴出资额(万元) | 实缴出资日期 | |
| | | | | | 暂无股东及出资信息 | | | | | |

共 查询到 0 条记录 共 0 页　　首页　◀上一页　下一页▶　末页

### ■ 股权变更信息

| 序号 | 股东 | 变更前股权比例 | 变更后股权比例 | 股权变更日期 |
|---|---|---|---|---|
| | | 暂无股权变更信息 | | |

共 查询到 0 条记录 共 0 页　　首页　◀上一页　下一页▶　末页

### ■ 行政许可信息

关注　订阅　异议　返回



| 序号 | 许可文件编号 | 许可文件名称 | 有效期自 | 有效期至 | 许可机关 | 许可内容 | 状态 | 详情 |
|---|---|---|---|---|---|---|---|---|
| | | | | 暂无行政许可信息 | | | | |

共 查询到 0 条记录 共 0 页　　首页　‹上一页　下一页›　末页

**▌知识产权出质登记信息**

| 序号 | 知识产权登记证号 | 名称 | 种类 | 出质人名称 | 质权人名称 | 质权登记期限 | 状态 | 公示日期 | 详情 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | 暂无知识产权出质登记信息 | | | | | |

共 查询到 0 条记录 共 0 页　　首页　‹上一页　下一页›　末页

**▌行政处罚信息**

| 序号 | 决定书文号 | 违法行为类型 | 行政处罚内容 | 决定机关名称 | 处罚决定日期 | 公示日期 | 备注 |
|---|---|---|---|---|---|---|---|
| | | | 暂无行政处罚信息 | | | | |

共 查询到 0 条记录 共 0 页　　首页　‹上一页　下一页›　末页

**▌集团成员信息**

| 序号 | 成员名称 | 统一社会信用代码 | 成员类型 | 母公司控股比例 |
|---|---|---|---|---|
| | | | 暂无集团成员信息 | |

共 查询到 0 条记录 共 0 页　　首页　‹上一页　下一页›　末页

点击或下拉加载更多信息

主办单位：国家市场监督管理总局
地址：北京市西城区三里河东路八号　邮政编码：100820　备案号：京ICP备18022388号-2
业务咨询与技术支持联系方式　　使用帮助





**Unified Social Credit Code**

编号：S2512021019136G(1-1)

统一社会信用代码

91440101MA9XR3JK3J

**Business License**

# 营业执照

Copy

（副本）



扫描二维码登录
"国家企业信用
信息公示系统"
了解更多登记、
备案、许可、监
管信息。

**Guangzhou Tinpod Electronic Technology Co., Ltd.**

名　称　广州天罗电子科技有限责任公司

**Entity Name**

类　型　有限责任公司（自然人独资）

**Entity Type**　**Limited Company**

法定代表人　林君

**Legal Rep.**　**Jun Lin**

经营范围　科技推广和应用服务业（具体经营项目请登录广州市商事主
**Scope of Business**　体信息公示平台查询，网址：http://cri.gz.gov.cn/，依
法须经批准的项目，经相关部门批准后方可开展经营活动。
）

注册资本　壹佰贰拾万元（人民币）

**Capital Contribution**　**1200,000 Yuan**

成立日期　2021年04月27日

**Date of Incorporation**　**04/27/2021**

营业期限　2021年04月27日 至 长期

**Business Term**　**From April 27, 2021 to long-term**

住　所　广州市增城区牛仔路105号

**Domicile**　**No.105 Jeans Road, Zengcheng District, Guangzh**

登记机关



2021年　04月 27日

国家企业信用信息公示系统网址：http://www.gsxt.gov.cn

市场主体应当于每年1月1日至6月30日通过
国家企业信用信息公示系统报送公示年度报告

国家市场监督管理总局监制

Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VAu 1-517-249**

**Effective Date of Registration:**
November 20, 2023
**Registration Decision Date:**
January 31, 2024

---

## Copyright Registration for a Group of Unpublished Works
Registration issued pursuant to 37 C.F.R. § 202.4(c)

### Title _____

| | |
|---|---|
| **Title of Group:** | Black Castor Oil 1 and 3 Other Unpublished Works |
| **Content Title:** | Black Castor Oil 1 |
| | Black Castor Oil 2 |
| | Black Castor Oil 3 |
| | Black Castor Oil 4 |

### Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2022 |

### Author _____

| | |
|---|---|
| **Author:** | Guangzhou tinpod Electronic Technology Co., Ltd. |
| **Author Created:** | 2 Dimensional Artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | China |
| **Domiciled in:** | China |

### Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Guangzhou tinpod Electronic Technology Co., Ltd. |
| | Room 311, 3rd Floor, No. 29 DongPhoenix, Baiyun District, Guangzhou, China |

### Certification _____

| | |
|---|---|
| **Name:** | Mingzhi Cao |
| **Date:** | November 20, 2023 |

**Copyright Office notes:**   Regarding group registration: A group of unpublished works may be registered in the same administrative class under 202.4(c) if the following requirements have been met: 1) All the works must be unpublished; 2) the group may include up to ten works; 3) a title must be provided for each work; 4) all the works must be created by the same author or the same joint authors; 5) the authorship claimed in each work must be the same; and 6) the author and claimant for each work must be the same person or organization.

Regarding basis for registration: Registration based on the artwork deposited. Copyright does not protect names, titles, short phrases or slogans. 37 CFR 202.1.

EXHIBIT - 6

# Schedule A

| Defendant | Platform | Defendant Seller | Store URL |
|---|---|---|---|
| 1 | Amazon | SHANWU | https://www.amazon.com/sp?ie=UTF8&seller=A2Z3D6U6YOCTYI |
| 2 | Amazon | ChrizBStore LLC | https://www.amazon.com/sp?ie=UTF8&seller=A2ANGO217MTGAZ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| 8 | Amazon | KuiyaShangmao | https://www.amazon.com/sp?ie=UTF8&seller=A2523WNOBCC56P& |
| 9 | Amazon | libanshangmao | https://www.amazon.com/sp?ie=UTF8&seller=A1DUGWUZT5WRDY |
| 10 | Amazon | WallArt-US | https://www.amazon.com/sp?ie=UTF8&seller=A17ENGE7OREJBR |
| 11 | Amazon | Mianyangchuangshiyou | https://www.amazon.com/sp?ie=UTF8&seller=A15W4E1EZPOEIP |
| 12 | Amazon | yongxudedian | https://www.amazon.com/sp?ie=UTF8&seller=A1BNEJH8LYKDFV |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ |
| 16 | Amazon | YunNanXunAnShangMaoYouXianGongSi | https://www.amazon.com/sp?ie=UTF8&seller=AFTUYA7ZZQPTC |
| ■ | ■ | ■ | ■ |
| 19 | Amazon | lihaitengshisanzhan | https://www.amazon.com/sp?ie=UTF8&seller=A1RJSOQZ8MP974 |
| 20 | Amazon | Beauty Nature | https://www.amazon.com/sp?ie=UTF8&seller=A2GGT8T4K91DXK |
| 21 | Amazon | tangxiashangmao | https://www.amazon.com/sp?ie=UTF8&seller=ASZ4L0YAMRJPX |
| 22 | Amazon | FCZJYUS | https://www.amazon.com/sp?ie=UTF8&seller=A22S5AHVS8XM5M |
| 23 | Amazon | Mcukv Beauty | https://www.amazon.com/sp?ie=UTF8&seller=A1OUS3VESIE24I |
| 24 | Amazon | HENCUK | https://www.amazon.com/sp?ie=UTF8&seller=ANWMUDV202TOM |
| 25 | Amazon | Stellar Express | https://www.amazon.com/sp?ie=UTF8&seller=A2QTKE7O8ZC976 |
| 26 | Amazon | Yep US | https://www.amazon.com/sp?ie=UTF8&seller=A2WMYI73JD47EE |
| 27 | Amazon | shenzhenshifeikoushengwukejiyouxiangon | https://www.amazon.com/sp?ie=UTF8&seller=A3ILUN3URPA6M6 |
| 28 | Amazon | Artzira | https://www.amazon.com/sp?ie=UTF8&seller=A7U32LC438XOD |
| 29 | Amazon | li521322101 | https://www.amazon.com/sp?ie=UTF8&seller=A123OC16XUENJ5 |
| 30 | Amazon | Spectree | https://www.amazon.com/sp?ie=UTF8&seller=A2XVDZSBAUP0N1&asin=B0CQRBWQ3Z&ref =dp_merchant_link&isAmazonFulfilled=1 |
| 31 | Walmart | Aliver Official | https://www.walmart.com/seller/101111753?itemId=2861894621&pageName=item&returnUrl=%2Fip%2F2-Pack-Aliver-Jamaican-Black-Castor-Oil-for-Hair-and-Skin-Care-Pure-Cold-Pressed-Repair-and-Nourish-Natural-Hair-Body-Oil%2F2861894621%3Fathbdg%3DL1600%26adsRedirect%3Dtrue |
| 32 | Walmart | Elaimei | https://www.walmart.com/seller/101110860?itemId=1288420049&pageName=item&returnUrl=%2Fip%2FAliver-Jamaican-Black-Castor-Oil-for-Body-Massage-Castor-Oil-100-Pure-Natural-Anti-Aging-Essential-Oil-3-Pack%2F1288420049%3FadsRedirect%3Dtrue |
| 33 | Walmart | SEFUDUN | https://www.walmart.com/seller/101185218?itemId=3386601573&pageName=item&returnUrl=%2Fip%2FAliver-Jamaican-Black-Castor-Oil-for-Hair-Growth-Skin-Conditioning-Nourishes-and-Hydrates-Hair-Skin-Nails-100-Pure-Cold-Pressed-2-oz%2F3386601573%3Fathbdg%3DL1600%26adsRedirect%3Dtrue |
| 34 | Walmart | UU Co.ltd | https://www.walmart.com/seller/101299302?itemId=5195484527&pageName=item&returnUrl=%2Fip%2FJamaican-Black-Castor-Oil-Organic-Body-Message-100-Pure-Natural-Cold-Pressed-Anti-Aging-Essential-Hair-Nourishing-Oil-Eyelashes-Dry-Skin-Moisturizer%2F5195484527%3Ffrom%3D%2Fsearch |
| 35 | Walmart | Oimmal | https://www.walmart.com/seller/101301085?itemId=3417974972&pageName=item&returnUrl=%2Fip%2FAliver-Jamaican-Black-Castor-Oil-Hair-Health-60ml-2-02-fl-oz-Natural-Moisturizer-Face-Body-Nails-Carrier-Essential-Oils-DIY-Beauty-2pack%2F3417974972%3Ffrom%3D%2Fsearch |

| | | | |
|---|---|---|---|
| 36 | Walmart | TaiYuanShiBianQuanShangMao | https://www.walmart.com/seller/101610850?itemId=5398424124&pageName=item&returnUrl=%2Fip%2FJamaican-Black-Castor-Oil-for-Hair-Growth-Skin-Conditioning-Nourishes-and-Hydrates-Hair-Skin-Nails-60ml%2F5398424124%3Ffrom%3D%2Fsearch |
| 37 | Walmart | Xuerui E-commerce Co., Ltd | https://www.walmart.com/seller/101218787?itemId=5198698067&pageName=item&returnUrl=%2Fip%2FJamaican-Black-Castor-Oil-Castor-Oil-Organic-100-Pure-Cold-Pressed-Organic-Castor-Oil-For-Hair-Growth-Body-Massage-Oil-Jxlgv%2F5198698067%3Ffrom%3D%2Fsearch |
| 38 | Walmart | SanYu Technology Co./Sigerio | https://www.walmart.com/seller/101179138?itemId=5095946315&pageName=item&returnUrl=%2Fip%2FBlack-Castor-Oil-60-ml-Jamaican-Organic-Body-Massage-Oil-Essential-Hair-Eyebrow-Eyelashes-Regrowth-Conditioning-3-pcs%2F5095946315%3Ffrom%3D%2Fsearch |
| 39 | Walmart | MZBoutiques | https://www.walmart.com/seller/101462780?itemId=5138854070&pageName=item&returnUrl=%2Fip%2FMZKJ-Com-100-pure-organic-Jamaican-black-castor-oil-Hair-oil-contain-Hexane-suitable-curly-Hair-Straight-types-Hairstyles-can-make-Beard-Eyelashes%2F5138854070%3Ffrom%3D%2Fsearch |
| 40 | Walmart | haerbinshengyimeikejiyouxiangongsi | https://www.walmart.com/seller/101642280?itemId=5385406807&pageName=item&returnUrl=%2Fip%2FJamaican-Black-Castor-Oil-for-Body-Massage-Castor-Oil-Nourishes-and-Hydrates-Hair-Skin-Nails-Pure-Natural-Anti-Aging-Essential-Oil-2-Pack%2F5385406807%3Ffrom%3D%2Fsearch |
| 41 | Walmart | SeaAZqurtles | https://www.walmart.com/seller/101673050?itemId=5555103150&pageName=item&returnUrl=%2Fip%2FNEWOrganic-100-Pure-Cold-Pressed-HairGrowth-Oil-Jamaican-Castor-Black-Oil-R4C0%2F5555103150%3Ffrom%3D%2Fsearch |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ |
| 47 | Walmart | DXOUPM Clothing | https://www.walmart.com/seller/101579943?itemId=5485486689&pageName=item&returnUrl=%2Fip%2FDXOUPM-Black-Castor-Oil-Hair-Care-Serum-for-Nail-Skincare-Dry-Hair-Reduces-Frizz-Hair-Loss-Breakage-Moisturize-Body-60ml%2F5485486689%3Ffrom%3D%2Fsearch |
| ▮ | ▮ | ▮ | ▮ |

| █ | ██████ | ████ | ████████████████████████████ |
|---|---|---|---|
| | | | ██████████████████████████████ |
| | | | ██████████████████████ |
| 50 | Walmart | Tardaianiella | https://www.walmart.com/seller/101653606?itemId=5336932412&pageName e=item&returnUrl=%2Fip%2FJamaican-Black-Castor-Oil-Organic-Body-Message-100-Pure-Natural-Cold-Pressed-Anti-Aging-Essential-Hair-Nourishing-Oil-Eyelashes-Dry-Skin-Moisturizer%2F5336932412%3Ffrom%3D%2Fsearch |
| █ | ██████ | ████ | ████████████████████████████ |
| | | | ██████████████████████████████ |
| | | | ██████████████████████ |
| 52 | Walmart | BaoHeng | https://www.walmart.com/seller/101574804?itemId=5512592715&pageName e=item&returnUrl=%2Fip%2FBINGTAOHU-Jamaican-Black-Castor-Oil-Essential-Oil-60ml%2F5512592715%3Ffrom%3D%2Fsearch |
| 53 | Walmart | Capebale | https://www.walmart.com/seller/101619248?itemId=5632814592&pageNam e=item&returnUrl=%2Fip%2FCapebale-Jamaican-Black-Castor-Oil-Essential-Oil-60ml-Skin-Oil%2F5632814592%3Ffrom%3D%2Fsearch |
| █ | ██████ | █████ | ████████████████████████████ |
| | | | ██████████████████████████████ |
| | | | ██████████████ |
| 55 | Walmart | FuShi | https://www.walmart.com/seller/101614898?itemId=5768724226&pageNam e=item&returnUrl=%2Fip%2FCzestPyake-Jamaican-Black-Castor-Oil-Essential-Oil-60ml-essential-oils-for-skin%2F5768724226%3Fathbdg%3DL1400%26from%3D%2Fsearch |
| █ | ██████ | ████████ | ████████████████████████████ |
| | | | ██████████████ |
| █ | ██████ | ██████████ | ████████████████████████████ |
| | | | ██████████████ |
| 58 | Walmart | AiFuDian | https://www.walmart.com/seller/101631103?itemId=5593418117&pageNam e=item&returnUrl=%2Fip%2FAFUADF-Jamaican-Black-Castor-Oil-Essential-Oil-60ml%2F5593418117%3Fathbdg%3DL1400%26from%3D%2Fsearch |
| 59 | Walmart | Mei li xue | https://www.walmart.com/seller/101506405?itemId=5338455707&pageNam e=item&returnUrl=%2Fip%2FDVKOVI-Black-Castor-Oil-Hair-Care-Serum-for-Nail-Skincare-Dry-Hair-Reduces-Frizz-Hair-Loss-Breakage-Moisturize-Body-60ml%2F5338455707%3Ffrom%3D%2Fsearch |
| 60 | Walmart | Yinyu | https://www.walmart.com/seller/101533899?itemId=5696400881&pageNam e=item&returnUrl=%2Fip%2FPkeoh-Essential-Oils-Aromatherapy-Oils-Jamaican-Black-Castor-Oil-Essential-Oil-60Ml%2F5696400881%3Fathbdg%3DL1400%26from%3D%2Fsearch |
| 61 | Walmart | GuangZhouQiangFengXinShiPinYouXianGo | https://www.walmart.com/seller/101614860?itemId=5567396505&pageNam e=item&returnUrl=%2Fip%2FOugPiStiyk-Jamaican-Black-Castor-Oil-Essential-Oil-60ml-Personal-Care-Essential-Oil%2F5567396505%3Fathbdg%3DL1400%26from%3D%2Fsearch |
| 62 | Walmart | XiAng | https://www.walmart.com/seller/101579758?itemId=5700565876&pageNam e=item&returnUrl=%2Fip%2FBanzch-Jamaican-Black-Castor-Oil-Essential-Oil-60ml-Mothers-Day-Gifts%2F5700565876%3Fathbdg%3DL1400%26from%3D%2Fsearch |

| ▉ | ▉▉▉ | ▉▉▉▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉▉▉ |
|---|---|---|---|
| 64 | Walmart | Chong | https://www.walmart.com/seller/101245861?itemId=5554147713&pageName=item&returnUrl=%2Fip%2FCglfd-Summer-Savings-Clearance-Jamaican-Black-Castor-Oil-Essential-Oil-60Ml%2F5554147713%3Ffrom%3D%2Fsearch |
| 65 | Walmart | BeiGaoFu | https://www.walmart.com/seller/101672358?itemId=5798629411&pageName=item&returnUrl=%2Fip%2FEvlvelym-Essential-Oil-Summer-Savings-Clearance-Jamaican-Black-Castor-Oil-Essential-Oil-60Ml%2F5798629411%3Ffrom%3D%2Fsearch |
| ▉ | ▉▉▉ | ▉▉▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉▉▉ |
| 67 | Walmart | Afunyo | https://www.walmart.com/seller/101566671?itemId=5599979399&pageName=item&returnUrl=%2Fip%2FAfunyo-2-Pack-Black-Castor-Oil-for-Hair-and-Skin-Care-Pure-Cold-Pressed-Repair-and-Nourish-Natural-Hair-Body-Oil%2F5599979399%3Ffrom%3D%2Fsearch |
| ▉ | ▉▉▉ | ▉▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉ |
| 69 | Walmart | Kediluo/GuangZhouShiSuiNanXinDianZiSha | https://www.walmart.com/seller/101533905?itemId=5532198743&pageName=item&returnUrl=%2Fip%2Fbarsme-Jamaican-Black-Castor-Oil-Eye-Serum-Oil-60ml%2F5532198743%3Fathbdg%3DL1400%26from%3D%2Fsearch |
| ▉ | ▉▉▉ | ▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉ |
| 71 | Walmart | YGUANGWENI | https://www.walmart.com/seller/101628640?itemId=6338613107&pageName=item&returnUrl=%2Fip%2FJamaican-Black-Castor-Oil-Essential-Oil-60ml%2F6338613107%3Ffrom%3D%2Fsearch |
| 72 | Walmart | bznwn | https://www.walmart.com/seller/101628386?itemId=6325904860&pageName=item&returnUrl=%2Fip%2FJamaican-Black-Castor-Oil-Essential-Oil-60ml%2F6325904860%3Ffrom%3D%2Fsearch |
| ▉ | ▉▉▉ | ▉▉▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉ |
| ▉ | ▉▉▉ | ▉▉▉▉▉▉ | ▉▉▉▉▉▉▉▉▉▉▉ |
| 75 | Walmart | AIJIA Co. Ltd/KANGBO | https://www.walmart.com/seller/101122574?itemId=5034748417&pageName=item&returnUrl=%2Fip%2FJamaican-Black-Castor-Oil-Organic-Oil-Body-Skin-100-Pure-Cold-Pressed-Organic-Essential-Oil-Massage-Oil-Hair-Nourishing-Oil-Anti-Aging-Oils%2F5034748417%3Ffrom%3D%2Fsearch |
| 76 | Walmart | Lufly | https://www.walmart.com/seller/101632825?itemId=9222010918&pageName=item&returnUrl=%2Fip%2FJamaican-Black-Castor-Massage-Oils-Organic-Essential-Oil-Yoga-Aromatherapy-Oil-100-Pure-Cold-Pressed-Oil-Hair-Nourishing-Anti-Aging-60ml-2-02-fl-oz-2%2F9222010918%3Ffrom%3D%2Fsearch |

| | | | |
|---|---|---|---|
| ███ | ██████ | ██████ | ████████████████████████<br>████████████████ |
| 78 | Walmart | yinzhouyi | https://www.walmart.com/seller/101670144?itemId=5048143401&pageName=item&returnUrl=%2Fip%2FJamaican-Black-Castor-Oil-for-Body-Massage-Castor-Oil-100-Pure-Natural-Anti-Aging-Essential-Oil%2F5048143401 |
| 79 | Walmart | DIBOLAI | https://www.walmart.com/seller/101618568?itemId=7337668813&pageName=item&returnUrl=%2Fip%2F3-Counts-ALIVER-Nourishing-Castor-Oil-Hydrate-Grow-Hair-Soften-Skin-Multi-Purpose-Body-Men-Women-Essential-Normal-Hair-Types-Unisex-Adult%2F7337668813%3Ffrom%3D%2Fsearch |
| 80 | Walmart | DIBOLAI GLOBAL | https://www.walmart.com/seller/102505150?itemId=7109412238&pageName=item&returnUrl=%2Fip%2F3-Counts-ALIVER-Nourishing-Castor-Oil-Hydrate-Grow-Hair-Soften-Skin-Multi-Purpose-Body-Men-Women-Essential-Normal-Hair-Types-Unisex-Adult%2F7109412238%3Ffrom%3D%2Fsearch |
| 81 | Walmart | RuiYuanAiDianZi | https://www.walmart.com/seller/101654327?itemId=7501667166&pageName=item&returnUrl=%2Fip%2FJamaican-Black-Castor-Oil-Essential-Oil-60ml%2F7501667166%3Ffrom%3D%2Fsearch |
| ███ | ██████ | ██████ | ███████████████████████<br>███████████████ |
| 83 | Walmart | BAWN  LLC | https://www.walmart.com/seller/102493077?itemId=5344967307&pageName=item&returnUrl=%2Fip%2FJEEMAYTOO-Hair-Growth-Oil-Jamaican-Black-Castor-Oil-60ml-Natural-Moisturizer-for-Face-Body-Nails%2F5344967307%3Ffrom%3D%2Fsearch |
| 84 | Walmart | yangdechuansichuan | https://www.walmart.com/seller/102478173?itemId=8383224417&pageName=item&returnUrl=%2Fip%2FJamaican-Black-Castor-Oil-Glass-Bottle-Organic-Oil-Hair-Growth-100-Cold-Pressed-Unrefined-Face-Skin-Care-Body-Massage-60ml%2F8383224417%3Ffrom%3D%2Fsearch |
| ███ | ██████ | ████████ | ████████████████████████<br>███████████████ |
| ███ | ██████ | ██████ | ████████████████████████<br>███████████████ |
| 87 | Walmart | JinTingFu | https://www.walmart.com/seller/102503843?itemId=6928151382&pageName=item&returnUrl=%2Fip%2FHgferr-Skin-Care-Jamaican-Black-Castor-Oil-Essential-Oil-60ml-Gift-for-Women%2F6928151382%3Fathbdg%3DL1400%26from%3D%2Fsearch |
| ███ | ██████ | ██████ | ████████████████████████<br>███████████████ |
| ███ | ██████ | ████████ | ████████████████████████<br>████████████████<br>████████████ |

| | | | |
|---|---|---|---|
| ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ |
| ▉ | ▉ | ▉ | ▉ |
| 93 | Walmart | Chenqiufeng | https://www.walmart.com/seller/101686238?itemId=6972209792&pageName=item&returnUrl=%2Fip%2FTIIFSWHS-1pcs-Black-Oil-Oil-Hair-Care-Oil-Emollient-Oil-Dry-Hair-Reduces-Frizz-Hair-Loss-Breakage-60ml%2F6972209792%3Ffrom%3D%2Fsearch |
| 94 | Walmart | WaIGRHFR | https://www.walmart.com/seller/101633511?itemId=7200018794&pageName=item&returnUrl=%2Fip%2FAaSFJEG-1pcs-Black-Oil-Oil-Hair-Care-Oil-Emollient-Oil-Dry-Hair-Reduces-Frizz-Hair-Loss-age-60ml-2024%2F7200018794%3Ffrom%3D%2Fsearch |
| ▉ | ▉ | ▉ | ▉ |
| 96 | Walmart | TUWEN | https://www.walmart.com/seller/102514430?itemId=6990151470&pageName=item&returnUrl=%2Fip%2FTWCTUWEN-1pcs-Black-Oil-Oil-Hair-Care-Oil-Emollient-Oil-Dry-Hair-Reduces-Frizz-Hair-Loss-Breakage-60ml-Glitter-Racks-for-The-Wall%2F6990151470%3Ffrom%3D%2Fsearch |
| 97 | Walmart | Ihydz | https://www.walmart.com/seller/101232892?itemId=5918964952&pageName=item&returnUrl=%2Fip%2FBaycosin-1pcs-Black-Oil-Oil-Hair-Care-Oil-Emollient-Oil-Dry-Hair-Reduces-Frizz-Hair-Loss-Breakage-60ml%2F5918964952%3Ffrom%3D%2Fsearch |
| ▉ | ▉ | ▉ | ▉ |
| 99 | Walmart | invdc | https://www.walmart.com/seller/101671053?itemId=6759455069&pageName=item&returnUrl=%2Fip%2FPegging-Strap-on-for-Couples-Beginners-1pcs-Black-Oil-Oil-Hair-Care-Oil-Emollient-Oil-Dry-Hair-Reduces-Frizz-Hair-Loss-Breakage-60ml%2F6759455069%3Ffrom%3D%2Fsearch |
| ▉ | ▉ | ▉ | ▉ |
| 101 | Walmart | PQBWAFI | https://www.walmart.com/seller/101643827?itemId=9309212522&pageName=item&returnUrl=%2Fip%2FMARCUVMK-1pcs-Black-Oil-Oil-Hair-Care-Oil-Emollient-Oil-Dry-Hair-Reduces-Frizz-Hair-Loss-Breakage-60ml-Makeup-Skin-Care-Products%2F9309212522%3Ffrom%3D%2Fsearch |

| 102 | Walmart | XZZjjl | https://www.walmart.com/seller/101666241?itemId=7382758442&pageName=item&returnUrl=%2Fip%2FXZZjjl-Makeup-Black-Oil-Hair-Care-Emollient-Dry-Hairuces-Frizz-Loss-Breakage-60Ml-Lavender-For-Sleep-Beginner-Anal-Jelly-Sweet-Sticks-Dildo-Thrust-Gl%2F7382758442%3Ffrom%3D%2Fsearch |
| 103 | Walmart | Yanecun | https://www.walmart.com/seller/101662922?itemId=6736213876&pageName=item&returnUrl=%2Fip%2FZENMELE-Essential-oil-1pcs-Black-Oil-Oil-Hair-Care-Oil-Emollient-Oil-Dry-Hair-Reduces-Frizz-Hair-Loss-Breakage-60ml%2F6736213876%3Ffrom%3D%2Fsearch |
| ███ | ████ | ███████ | ████████████████████████████████████ |
| ███ | █████ | ████████ | ███████████████████████████ |
| ███ | ███ | ████████ | ████████████████████████████████████ |
| ███ | ████ | ██████ | ████████████████████████████████████ |
| 108 | Walmart | Candy LLC/BAWN LLC | https://www.walmart.com/seller/102493077?itemId=5344967307&pageName=item&returnUrl=%2Fip%2FJEEMAYTOO-Hair-Growth-Oil-Jamaican-Black-Castor-Oil-60ml-Natural-Moisturizer-for-Face-Body-Nails%2F5344967307%3Ffrom%3D%2Fsearch |
| ███ | ████ | ████ | ████████████████████████████ |
| 110 | Walmart | WalGRHFR | https://www.walmart.com/seller/101633511?itemId=7200018794&pageName=item&returnUrl=%2Fip%2FAaSFJEG-1pcs-Black-Oil-Oil-Hair-Care-Oil-Emollient-Oil-Dry-Hair-Reduces-Frizz-Hair-Loss-age-60ml-2024%2F7200018794%3Ffrom%3D%2Fsearch |
| 111 | Walmart | An An Sheng Co., Ltd. | https://www.walmart.com/seller/101641296?itemId=6284457754&pageName=item&returnUrl=%2Fip%2FWXMZKDZ-1PC-Organic-Pure-Cold-Pressing-Organic-Hair-Care-Oil-Body-Massage-Oil-Eyelash-and-Eyebrow-Anti-Aging-Oil-Black-Oil-60Ml-Beauty-Tool%2F6284457754%3Ffrom%3D%2Fsearch |
| ███ | ███ | ██ | ██████████████████████████████ |
| 113 | Walmart | SIfdSeng | https://www.walmart.com/seller/101511950?itemId=6662953369&pageName=item&returnUrl=%2Fip%2FSIfdSeng-Anal-Beads-1Pcs-Black-Oil-Oil-Hair-Care-Oil-Emollient-Oil-Dry-Hair-Reduces-Frizz-Hair-Loss-Breakage-60Ml%2F6662953369%3Ffrom%3D%2Fsearch |
| 114 | Walmart | guangzhouNIANliangchenkejiyouxianGong | https://www.walmart.com/seller/101680537?itemId=7724917681&pageName=item&returnUrl=%2Fip%2FDouble-Headed-Strap-Lavender-Drops-Nail-Racks-Eve-Oil-Vie-Massage-1pcs-Black-Hair-Care-Emollient-Dry-Reduces-Frizz-Loss-Breakage-60ml-Clear-Dildo-Com%2F7724917681%3Ffrom%3D%2Fsearch |

| 115 | Walmart | Yanhecun | https://www.walmart.com/seller/101662922?itemId=6736213876&pageName=item&returnUrl=%2Fip%2FZENMELE-Essential-oil-1pcs-Black-Oil-Oil-Hair-Care-Oil-Emollient-Oil-Dry-Hair-Reduces-Frizz-Hair-Loss-Breakage-60ml%2F6736213876%3Ffrom%3D%2Fsearch |
|---|---|---|---|
| 116 | Ebay | S&P_Sales | https://www.ebay.com/str/shapur21?_trksid=p4429486.m3561.l161211 |
| 117 | Ebay | estelede.11 | https://www.ebay.com/sch/i.html?item=266684477893&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=estelede.11 |
| 118 | Ebay | healthnutlv | https://www.ebay.com/str/healthnutlv?_trksid=p4429486.m3561.l161211 |
| 119 | Ebay | Game Lott | https://www.ebay.com/str/gamelott?_trksid=p4429486.m3561.l161211 |
| 120 | Ebay | huey_g | https://www.ebay.com/sch/i.html?item=156220063558&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=huey_g |
| 121 | Ebay | Woo Hoo Treasures | https://www.ebay.com/str/woohootreasures?_trksid=p4429486.m3561.l161211 |
| 122 | Ebay | AR.Resell | https://www.ebay.com/str/arresell?_trksid=p4429486.m3561.l161211&_tab=feedback |
| 123 | Ebay | dadeals_2020 | https://www.ebay.com/sch/i.html?item=355504722113&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=dadeals_2020 |
| 124 | Ebay | Country Cottage | https://www.ebay.com/str/thesummersclub?_trksid=p4429486.m3561.l161211 |
| 125 | Ebay | heavyginners | https://www.ebay.com/sch/i.html?item=204568273054&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=heavyginners |
| 126 | Ebay | CzKc | https://www.ebay.com/str/computerzonekc?_trksid=p4429486.m3561.l161211 |
| 127 | Ebay | teknofrenzillc | https://www.ebay.com/sch/i.html?item=335191448179&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=teknofrenzillc |
| 128 | Ebay | phillietheclown1964 | https://www.ebay.com/sch/i.html?item=285788474111&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=phillietheclown1964 |
| 129 | Ebay | mikecheng | https://www.ebay.com/str/mikecheng?_trksid=p4429486.m3561.l161211 |
| 130 | Ebay | urukzone | https://www.ebay.com/str/urukzone?_trksid=p4429486.m3561.l161211 |
| 131 | Ebay | ami.shibe | https://www.ebay.com/str/amishibe?trksid=p4429486.m3561.l161211&_tab=feedback |
| 132 | Ebay | canton0000_0 | https://www.ebay.com/sch/i.html?item=145520102427&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=canton0000_0 |
| 133 | Ebay | littlehappys4u | https://www.ebay.com/sch/i.html?item=126500860271&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=littlehappys4u |
| 134 | Ebay | cloudyonthewest | https://www.ebay.com/sch/i.html?item=355345141637&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=cloudyonthewest |
| 135 | Ebay | binngo | https://www.ebay.com/sch/i.html?item=156173705860&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=binngo |
| 136 | Ebay | lemac-1062 | https://www.ebay.com/sch/i.html?item=355716225754&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=lemac-1062 |
| 137 | Ebay | macam9612 | https://www.ebay.com/sch/i.html?item=364903671252&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=macam9612 |
| 138 | Ebay | Hot Deals Store - 2024 | https://www.ebay.com/str/hotdealsstore2021?_trksid=p4429486.m3561.l161211 |
| 139 | Ebay | khoandr_O | https://www.ebay.com/sch/i.html?item=364572161999&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=khoandr_0 |
| 140 | Ebay | gthbf5 | https://www.ebay.com/str/gthbf5?_trksid=p4429486.m3561.l161211 |
| 141 | Ebay | mxdresale | https://www.ebay.com/sch/i.html?item=156127992261&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=mxdresale |
| 142 | Ebay | nona-22-3 | https://www.ebay.com/sch/i.html?item=186414403632&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=nona-22-3 |
| 143 | Ebay | sonia art studio | https://www.ebay.com/str/soniaartstudio?_trksid=p4429486.m3561.l161211 |

| 144 | Ebay | iibs49 | https://www.ebay.com/sch/i.html?item=296205500708&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=iibs49 |
| 145 | Ebay | jegeo_3271 | https://www.ebay.com/sch/i.html?item=404846726937&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=jegeo_3271 |
| 146 | Ebay | bonesbooth95 | https://www.ebay.com/sch/i.html?item=116159625744&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=bonesbooth95 |
| 147 | Ebay | quickdisp0 | https://www.ebay.com/sch/i.html?item=355103042740&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=quickdisp0 |
| 148 | Ebay | pandorafinds | https://www.ebay.com/sch/i.html?item=355507631997&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=pandorafinds |
| 149 | Ebay | goodsdiscounts | https://www.ebay.com/usr/goodsdiscounts?_tab=about |
| 150 | Ebay | abrarahi0 | https://www.ebay.com/sch/i.html?item=145402320650&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=abrarahi0 |
| 151 | Ebay | elainberr | https://www.ebay.com/sch/i.html?item=256380452066&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=elainberr |
| 152 | Ebay | greatergoods11 | https://www.ebay.com/sch/i.html?item=196363046130&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=greatergoods11 |
| 153 | Ebay | annyshopws | https://www.ebay.com/sch/i.html?item=315172395871&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=annyshopws |
| 154 | Ebay | mewic_46 | https://www.ebay.com/sch/i.html?item=315205620296&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=mewic_46 |
| 155 | Ebay | holistichealinghaven | https://www.ebay.com/sch/i.html?item=166780078078&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=holistichealinghaven |
| 156 | Ebay | crownzofficals | https://www.ebay.com/sch/i.html?item=375190014051&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=crownzofficals |
| 157 | Ebay | eagleq67 | https://www.ebay.com/sch/i.html?item=404598985325&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=eagleq67 |
| 158 | Ebay | kamkh7390 | https://www.ebay.com/sch/i.html?item=296185396697&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=kamkh7390 |
| 159 | Ebay | authenticjammarket | https://www.ebay.com/str/authenticjammarket?_trksid=p4429486.m3561.l161211 |
| 160 | Ebay | ketay45 | https://www.ebay.com/sch/i.html?item=305272420278&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=ketay45 |
| 161 | Ebay | dotsonecom | https://www.ebay.com/sch/i.html?item=315321639831&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=dotsonecom |
| 162 | Ebay | nineniftyfinds | https://www.ebay.com/sch/i.html?item=156015405226&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=nineniftyfinds |
| 163 | Ebay | msdeals23 | https://www.ebay.com/sch/i.html?item=404585573538&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=msdeals23 |
| 164 | Ebay | als_kfw8a | https://www.ebay.com/sch/i.html?item=116092788271&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=als-kfw8a |
| 165 | Ebay | k7ol8y7t5 | https://www.ebay.com/str/k7ol8y7t5?_trksid=p4429486.m3561.l161211 |
| 166 | Ebay | marceyscraftsandsoutherngypseyjewels | https://www.ebay.com/sch/i.html?item=235506474259&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=marceyscraftsandsoutherngypseyjewels |
| 167 | Ebay | sdw05f | https://www.ebay.com/sch/i.html?item=166798078360&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=sdw05f |
| 168 | Ebay | graffer*v3f | https://www.ebay.com/str/grafferv3f?_trksid=p4429486.m3561.l161211 |
| 169 | Ebay | mslinda1963 | https://www.ebay.com/sch/i.html?item=375290499748&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=mslinda1963 |
| 170 | Ebay | will_sell_it | https://www.ebay.com/sch/i.html?item=266860421617&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=will_sell_it |
| 171 | Ebay | Great Deals from WI | https://www.ebay.com/str/greatdealsfromwi?_trksid=p4429486.m3561.l161211 |
| 172 | Ebay | cassak-16 | https://www.ebay.com/sch/i.html?item=296475472625&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=cassak-16 |

| 173 | Ebay | corstorellc | https://www.ebay.com/sch/i.html?item=315432044877&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=corstorellc |
| 174 | Ebay | kapic-60 | https://www.ebay.com/sch/i.html?item=285904768938&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=kapic-60 |
| 175 | Ebay | Shipcounts.com | https://www.ebay.com/str/missiondiscounts?_trksid=p4429486.m3561.l161211 |
| 176 | Ebay | sellinga-51 | https://www.ebay.com/sch/i.html?item=375506175829&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=sellinga-51 |
| 177 | Ebay | barginbuys2312 | https://www.ebay.com/sch/i.html?item=387322997082&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=barginbuys2312 |
| 178 | Ebay | healthlife3851 | https://www.ebay.com/sch/i.html?item=176496415373&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=healthlife3851 |
| 179 | Ebay | marine0818 | https://www.ebay.com/sch/i.html?item=176547781189&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=marine0818 |
| 180 | Ebay | breyanna11 | https://www.ebay.com/sch/i.html?item=305716706324&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=breyanna11 |
| 181 | Ebay | siha6134 | https://www.ebay.com/sch/i.html?item=335455572386&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=siha6134 |
| 182 | Ebay | williamsaffordableresale | https://www.ebay.com/sch/i.html?item=145944045155&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=williamsaffordableresale |
| 183 | ebay | G-WOODY'S GOODIES | https://www.ebay.com/str/gwoodysgoodies?_trksid=p4429486.m3561.l161211 |
| 184 | ebay | thegreenhouselovegrowshere | https://www.ebay.com/sch/i.html?item=126449503315&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=thegreenhouselovegrowshere |
| 185 | ebay | sagacontinue | https://www.ebay.com/sch/i.html?item=387069379803&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=sagacontinue |
| 186 | ebay | santo.1992 | https://www.ebay.com/sch/i.html?item=315270081531&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=santo.1992 |
| 187 | ebay | dnsgower | https://www.ebay.com/sch/i.html?item=266689725387&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=dnsgower |
| 188 | ebay | BeautyStore4u | https://www.ebay.com/str/alfastore11?_trksid=p4429486.m3561.l161211 |
| 189 | ebay | btcfr63 | https://www.ebay.com/sch/i.html?item=186453224672&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=btcfr63 |
| 190 | ebay | sakreestop | https://www.ebay.com/sch/i.html?item=355594735318&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=sakreestop |
| 191 | ebay | sanaastore76 | https://www.ebay.com/str/sanaastore76?_trksid=p4429486.m3561.l161211 |
| 192 | ebay | bestdealsever26 | https://www.ebay.com/sch/i.html?item=176433426296&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=bestdealsever26 |
| 193 | ebay | mimi-thriftyfinds | https://www.ebay.com/sch/i.html?item=156253803274&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=mimi-thriftyfinds |
| 194 | eBay | Lucky store | https://www.ebay.com/str/luckycutebaby?_trksid=p4429486.m3561.l161211 |
| 195 | eBay | herbalhealthshophaven | https://www.ebay.com/sch/i.html?item=166780078078&rt=nc&_trksid=p4429486.m3561.l161211&_ssn=herbalhealthshophaven |

## <u>DECLARATION BY THE EXPERT</u>

## <u>TO WHOMSOEVER IT MAY CONCERN</u>

I, **Julien Craan from Craan Designs, Inc.,** being an expert organisation in analysing and verifying all types of data and digital documents, media, etc. declare and state as follows:

1. I am over 18 years of age and have personal knowledge of the facts set forth herein.

2. I, to substantiate the Plaintiff's claim, through our experts authenticated and re-verified the metadata provided by the Plaintiff mentioning the creation date of the 2-dimensional artwork of Black Castor Oil as August 18th, 2022, through the forensic website https://www.autopsy.com/ (Autopsy is the premier open source forensics platform which is capable of analyzing all types of mobile devices and digital media. Its plug-in architecture enables extensibility from community-developed or custom-built modules and meets the needs of various professionals in law enforcement, national security, litigation support, and corporate investigation).

3. The Report generated by the aforementioned source, substantiates and verifies the claims of the Plaintiff in the Declaration. The extracts of the report are as follows: **(Exhibit C attached to this Declaration)**

   File Modification Date/Time: 2024:12:24 14:54:47+05:30

   File Access Date/Time: 2024:12:24 14:55:05+05:30

   File Creation Date/Time: 2024:12:24 14:54:44+05:30

   Modify Date: 2024:05:25 08:49:44+08:00

   Metadata Date: 2024:05:25 08:49:44+08:00

   Thumbnail Width: 208

   Thumbnail Height: 256

   Thumbnail Format: JPEG

   Thumbnail Image: (Binary data 18869 bytes, use -b option to extract)

   **Create Date: 2022/8/18 16:59:19**

I, further declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge. I also acknowledge that wilful false statements and the like are punishable by fine or imprisonment, or both (18

U.S.C. 1001) and may jeopardize the validity of the application or any copyright issuing thereon.

Date: January 03, 2025                          Respectfully,

                                                Signatory:   Julien Craan


                                                Designation:  President/CEO

                                                Signature:

**EXHIBIT C**

```
ExifTool Version Number        : 13.10
File Name                      : Black Castor Oil-B (1).pdf
Directory                      : D:/Autopsy/exiftool-13.10_64/exiftool-13.10_64
File Size                      : 105 MB
File Modification Date/Time    : 2024:12:24 14:54:47+05:30
File Access Date/Time          : 2024:12:24 14:55:05+05:30
File Creation Date/Time        : 2024:12:24 14:54:44+05:30
File Permissions               : -rw-rw-rw-
File Type                      : PDF
File Type Extension            : pdf
MIME Type                      : application/pdf
PDF Version                    : 1.6
Linearized                     : No
Creator Tool                   : Adobe Illustrator 26.0 (Windows)
Modify Date                    : 2024:05:25 08:49:44+08:00
Metadata Date                  : 2024:05:25 08:49:44+08:00
Thumbnail Width                : 208
Thumbnail Height               : 256
Thumbnail Format               : JPEG
Thumbnail Image                : (Binary data 18869 bytes, use -b option to extract)
Create Date                    : 2022/8/18 16:59:19
Compression                    : Uncompressed
Photometric Interpretation     : RGB
Samples Per Pixel              : 3
Planar Configuration           : Chunky
X Resolution                   : 1200
Y Resolution                   : 1200
Resolution Unit                : inches
Bits Per Sample                : 8, 8, 8
Format                         : application/pdf
Title                          : Black Castor Oil-B-v2-ok
Color Mode                     : RGB
ICC Profile Name               : EPSON  Standard RGB - Gamma 1.8
Canvas                         : normal
N Pages                        : 1
Has Visible Transparency       : True
Has Visible Overprint          : False
Max Page Size W                : 209.749990
Max Page Size H                : 260.900012
Max Page Size Unit             : Millimeters
Font Name                      : MicrosoftYaHei
Font Family                    : σ⌐ «Φ⌐»Θ¢àΘ⌐æ
Font Face                      : Regular
Font Type                      : TrueType
Font Version                   : Version 6.30
Font Composite                 : False
Font File Name                 : msyh.ttc
Plate Names                    : Cyan, Magenta, Yellow, Black
Swatch Group Name              : Θ⌐ÿΦ«ñΦë█▓µ¥⌐τ⌐ä
Swatch Group Type              : 0
Swatch Colorant Swatch Name    : C=75 M=0 Y=90 K=0
Swatch Colorant Type           : PROCESS
Swatch Colorant Tint           : 100.000000
Swatch Colorant Mode           : CMYK
Swatch Colorant Cyan           : 75.000000
Swatch Colorant Magenta        : 0.000000
```

```
Swatch Colorant Yellow        : 89.999998
Swatch Colorant Black         : 0.000000
Document ID                   : xmp.did:d061b360-e3b4-b242-b361-9ae018f8badc
Instance ID                   : uuid:2497cf65-6c3d-4624-805a-854489ea2fa1
Original Document ID          : xmp.did:f735593d-e860-f54e-8881-c7fc1b4d89cb
Rendition Class               : proof:pdf
Derived From Instance ID      : xmp.iid:eb286274-ce60-d845-a1f0-702c44149a55
Derived From Document ID      : xmp.did:eb286274-ce60-d845-a1f0-702c44149a55
Derived From Original Document ID: xmp.did:f735593d-e860-f54e-8881-c7fc1b4d89cb
Derived From Rendition Class  : proof:pdf
History Action                : saved, saved
History Instance ID           : xmp.iid:f735593d-e860-f54e-8881-c7fc1b4d89cb, xmp.iid:d061b360-e3b4-
b242-b361-9ae018f8badc
History When                  : 2023:11:13 15:02:49+08:00, 2023:11:15 17:18:18+08:00
History Software Agent         : Adobe Illustrator 26.0 (Windows), Adobe Illustrator 26.0 (Windows)
History Changed               : /, /
Manifest Link Form            : EmbedByReference, EmbedByReference, EmbedByReference,
EmbedByReference, EmbedByReference, EmbedByReference
Manifest Reference File Path   : \\QC001\JobFiles2021\X-ΦÉºσàêτöƒ(Σ‖ÜΘ⌐¼ΘÇè)\τ▓ µ▓‖µ┐┤ .tif,
\\QC001\JobFiles2021\X-ΦÉºσàêτöƒ(Σ‖ÜΘ⌐¼ΘÇè)\Castor Oil-Φ┐ ℙsσ¢┘ -Θ‖┐ σiÉ.tif,
\\QC001\JobFiles2021\X-ΦÉºσàêτöƒ(Σ‖ÜΘ⌐¼ΘÇè)\τ▓ µ▓‖µ┐┤ .tif, \\QC001\JobFiles2021\X-
ΦÉºσàêτöƒ(Σ‖ÜΘ⌐¼ΘÇè)\τ▓ µ▓‖µ┐┤ +_pixian_ai.png, \\QC001\JobFiles2021\X-
ΦÉºσàêτöƒ(Σ‖ÜΘ⌐¼ΘÇè)\Castor Oil-Φ┐ ℙsσ¢┘ -Θ‖┐ σiÉ.tif, \\QC001\JobFiles2021\X-
ΦÉºσàêτöƒ(Σ‖ÜΘ⌐¼ΘÇè)\τ▓ µ▓‖µ┐┤ +_pixian_ai.png
Manifest Reference Document ID : xmp.did:8b67ac83-6703-4245-87e3-923997dfed7c,
adobe:docid:photoshop:6f3966bc-5603-c74d-8096-df59afbfb7f9, xmp.did:8b67ac83-6703-4245-87e3-
923997dfed7c, 0, adobe:docid:photoshop:6f3966bc-5603-c74d-8096-df59afbfb7f9, 0
Manifest Reference Instance ID : xmp.iid:8b67ac83-6703-4245-87e3-923997dfed7c, xmp.iid:383d75a9-
cd08-1e42-8896-edc0b8b30210, xmp.iid:8b67ac83-6703-4245-87e3-923997dfed7c, 0, xmp.iid:383d75a9-
cd08-1e42-8896-edc0b8b30210, 0
Ingredients File Path          : \\QC001\JobFiles2021\X-ΦÉºσàêτöƒ(Σ‖ÜΘ⌐¼ΘÇè)\τ▓ µ▓‖µ┐┤ .tif,
\\QC001\JobFiles2021\X-ΦÉºσàêτöƒ(Σ‖ÜΘ⌐¼ΘÇè)\Castor Oil-Φ┐ ℙsσ¢┘ -Θ‖┐ σiÉ.tif,
\\QC001\JobFiles2021\X-ΦÉºσàêτöƒ(Σ‖ÜΘ⌐¼ΘÇè)\τ▓ µ▓‖µ┐┤ +_pixian_ai.png
Ingredients Document ID        : xmp.did:8b67ac83-6703-4245-87e3-923997dfed7c,
adobe:docid:photoshop:6f3966bc-5603-c74d-8096-df59afbfb7f9, 0
Ingredients Instance ID        : xmp.iid:8b67ac83-6703-4245-87e3-923997dfed7c, xmp.iid:383d75a9-cd08-
1e42-8896-edc0b8b30210, 0
Creator Sub Tool              : Adobe Illustrator
Producer                      : Adobe PDF library 16.03
Page Count                    : 1
Creator                       : Adobe Illustrator(R) 24.0
AI Creator Version            : 26.0.2
For                           : Administrator,
Bounding Box                  : 10 41 606 781
AI Build Number               : 754
AI Color Usage                : Color
AI Ruler Units                : Millimeters
AI Color Model                : CMYK
AI Target Resolution          : 800
AI Num Layers                 : 4
Container Version             : 12
Creator Version               : 26
Image Height                  : 740
Image Width                   : 596
Image Size                    : 596x740
Megapixels                    : 0.441
-- press ENTER --
```

# Julien Craan

459 NE 210 Circle Terrace #102, Miam Florida 33179 | 305.606.3442 | juliencr@gmail.com

## Skills & Abilities

### SR. JAVA DEVELOPER

About 25+ years of professional experience in software analysis, development, documentation and Implementation of applications using JAVA/ J2EE Technologies with strong Object Oriented Programming skills.

Experience in front-end and data transfer techniques such as HTML, JavaScript, JQuery, JQuery UI, DOM, AJAX, CSS, CSS3, LESS, XML, JSON, BootStrap and more.

Expertise in J2EE Software Development Life Cycle (SDLC) of Business applications including waterfall, Agile and Scrum in web and client-server environment using Java and J2EE patterns.

Good knowledge in Web Technologies, OOP Concepts, and Client/Server environments, with focus on design and development.

Extensive experience in designing and developing multiple-tier enterprise web applications with the use of various frameworks including Struts 1 and 2 MVC, and Hibernate. Strong hand-on experience in their configuration, integration and implementation.

Expertise in Core Java concepts such as Collections Framework, Struts 1 and 2, Spring, Hibernate, Hibernate Search, Exception Handling, Java Reflection, Data Structure, and other features.

Deep understanding of Objective Oriented Development Methodology.

Proficient in Java Design Patterns: Singleton, Proxy, Factory, Decorator, Prototype, Façade, and Command.

Proficient in J2EE patterns such as POJO, MVC, DAO, Business Delegate, etc.

Experience with JSP, Servlet, Soap, AJAX, JDBC, XML, XSLT, JavaMail, Log4j, Web Service RESTFul.

Significant experience with web-based applications coupled with extensive database implementations.

Experience in major web applications servers, including Resin, Apache Tomcat and others.

Experience in using assistant tools in software development such as JUnit, Maven, CVS, and SVN.

Strong interpersonal and communication skills; ability to work in a team as well as independently with minimal supervision. Proven to work under tight deadlines; capable of developing multiple projects.

Experience with encrypting database for e-commerce website by column base on key and at database level and using Jasypt for Hibernate

Strong ability to learn new technology to be applied on projects.

### SR. DEVELOPPER | KISSLEADS AND CRAAN DESIGNS | SEP 2010 TO PRESENT

In this project, java was used for all development. I use java everyday about 80%+ of my day and the rest is to do the day to day issues that come on my desk.

| Project | Technology used |
| --- | --- |
| Develop & maintain application for collecting leads over IVR System and distribute to individual in the system generated by ads in the TV.<br><br>· Average calls per ad was 2000.<br><br>· System payment by Pay Per Call, Pre-Pay, and Post Pay.<br><br>· User can configure their profile to receive calls by zip code, area code, State, time frame.<br><br>· User can set up their profile for pre pay or pay per call.<br><br>· User can pay for ads | Java, Struts 2, SOAP, RestFul, XML, Hibernate 4, Hibernate Search, CSS, LESS, Responsive Design, JQuery, AngularJS, |
| Develop online psychic software that connects users to a psychic using the pay per click to call mythology. | Java, Struts 2, Hibernate 3.5, CSS, HTML, JQuery, |
| Design Mobile Application to make calls to Psychic, payment, and manage profile. | Android, RestFul |

| | |
|---|---|
| Develop E-commerce store | Java, Struts 1 to 1.3, Hibernate 2 to 4, Hibernate Search, CSS, LESS, JQuery, HTML, Responsive design, MySQL |
| Integrate system with phone companies to match up calls came in and duration of calls.<br><br>Interface with TV station to collect viewing data to match with spot played. | Java, SOAP and RestFuL |

**PROJECT MANAGER | ORDER CATCHER | JANUARY 2006 TO SEPTEMBER 2010**

Java coding in this project was 60% Java and 40% Managing team and day to day work, but at the end of my time there it increased to 80% since I was working on the CMS Tool for the speech application.

| Project | Technology Used |
|---|---|
| Consultant for OrderCatcher, Inc with creating new design principals in voice recognition speech application. Responsible for design implementation of application and concept. | Visio, UML |
| Design Speech Application to capture orders over the phone using a speech application with voice recognition. | Visio and Project |
| Design Speech Application to capture orders over the phone using a speech application with voice recognition.<br><br>Develop Front end application to deploy speech applications on demand | Java, Struts 1.3, HTML, CSS, JavaScript, JQuery, MSSQL, XML, RestFul |

**CRAAN DESIGNS: | 2000 TO 2006**

Java was used 70% and 30% of my time was dealing with clients' requirement.

| Project | Technology used |
|---|---|
| E-commerce site for Wireless Company, Online Store for CD, Clothing, Painting, and electronic devices. | Java, Struts 1 to 1.3, Hibernate 2 to 4, Hibernate Search, Spring MVC, CSS, LESS, JQuery, HTML, Responsive design, MySQL |
| Content Management System For Trucking for booking and managing Jobs | Java, Struts 1, Hibernate 3, CSS, LESS, JQuery, HTML |
| Money Transfer allows users to make money transfer to users with rules that follows compliance. | Struts 1 to 1.2, XML, RestFul, Hibernate 2 to 3, MSSQL, MySQL |
| Lead Generation, Collect leads from a web base from distributed via multiple website and distributed to vendors by area code, zip, state, or nationwide. | Java, Hibernate 2 to 4, struts 1 and 2, XML, RestFul, Soap, HTML, CSS, JavaScript, JQuery, MSSQL, Spring, HTML, Responsive Design |

| | |
|---|---|
| Telecommunication Integration of liberty wireless with sprint network when user purchase a pre-paid phone with a plan. | Java, Soap, XML, Hibernate 2.0, MSSQL |
| Web design<br><br>Designed multiple website for companies from static to dynamic with responsive design | Java, HTML, CSS, JavaScript, JQuery, LESS, BootStrap, Photoshop, Illustrator, Fireworks |

## Education

· Software Engineer | Florida International University

## Technical Skills

Java,  SQL, JavaScript/JQuery, JSP, Servlet, JSTL, CVS,  Struts 1.2/2.0, Spring, HTML, AJAX, XML, XSLT, CSS, LESS, JSON, Bootstrap, AngularJS, Linux, Unix, JUnit, CVS, SVN, Maven, Resin, JBoss, Apache, Tomcat, WebLogic.