UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-61886-JB

XYZ CORPORATION,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

### STATEMENT OF THE ALIVER DEFENDANTS RESPECTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

    Plaintiff Guangzhou tinpod Electronic Technology Co., Ltd., filed an unopposed motion for leave to file a second amended complaint ("SAC"), DE 113, and immediately filed the pleading, DE 114, prior to a court order.

    The Aliver Defendants, [DE 42], had provided to plaintiff a signed consent with the understanding that plaintiff would file the consent (and just the consent), not a motion. Instead, plaintiff filed it as an exhibit to a motion.

    Because plaintiff proceeded by redundant motion *and* consent, see Fed. R. Civ. P. 15(a)(2) (providing for filing of an amended pleading by "the opposing party's written consent **or** the court's leave") (emphasis supplied), its filing creates somewhat of an ambiguity that the Court ought to clarify. That is because the motion will remain pending until ruled upon, and the SAC might be considered a nullity unless refiled after such an order. See Hoover v. Blue Cross and Blue Shield of Alabama, 855 F.2d 1538, 1544 (11th Cir. 1988) (an amended pleading is "without legal effect" if filed without first obtaining the

court's leave) (quoting 6 Wright and Miller, Federal Practice & Procedure § 1485).

Defendants suggest the Court dispose of the now pending motion by order *nunc pro tunc* to avoid the necessity of plaintiff re-filing its pleading, and also clearly establish a date certain for the defendants' response to it—either in the order itself, or by default under Rule 15(a)(3) (14 days, per the consent, making the deadline Monday, March 10, 2025).

    /s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292

_____
Di Li, Esq.
**DI LI LAW, P.C.**
18725 Gale Ave., Suite 208
City of Industry, CA 91748
Tel.: (626) 723-4849
Fax: (626) 956-0744
Email: di@dililaw.com
*Admitted Pro Hac Vice*

*Attorneys for the Aliver Defendants, DE 42*