**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 0:24-cv-61886-JB**

XYZ CORPORATION,

      Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

      Defendants.

---

## JOINT STIPULATION TO MODIFY DISCOVERY PROCEDURES

The eighteen Aliver Defendants, DE 42, by and through their attorney, Griffin Klema, Esq., and plaintiff Guangzhou Tinpod Electronic Technology Co., Ltd., pursuant to Fed. R. Civ. P. 29, hereby stipulate as follows:

For purposes of discovery, the Aliver Defendants are divided into two groups. Shenzhen Munisi Electronic Co. Ltd. (defendant no. 31 on Schedule A) ("Aliver") is one, and the second is the remaining seventeen defendants identified on DE 42 (the "Remaining Defendants").

1.    **Rule 33 interrogatories:** The eighteen Aliver Defendants will be limited one set of interrogatories to "Aliver" and one set to the Remaining Defendants. For the Remaining Defendants, where an interrogatory requires that any one of them respond separately, the response will so specify and identify separately their response from the other(s). Otherwise, the Remaining Defendants may respond jointly where their

responses would otherwise be the same, including as to any objections. Similarly, Aliver and the Remaining Defendants will be limited (25 apiece) propounded to plaintiff, and within the limitations provided for by Rule 33. For avoidance of doubt, plaintiff may propound 25 interrogatories to Aliver, and 25 interrogatories to the Remaining Defendants. Aliver may propound 25 interrogatories to plaintiff. The Remaining Defendants may collectively/jointly propound 25 interrogatories to plaintiff. A single signature on the Remaining Defendants' responses shall suffice for purposes of Rule 33(b)(5).

2.      **Rule 34 production requests:** Similar to the above limitations, plaintiff's requests for production will be directed to either (A) Aliver or (B) the Remaining Defendants jointly. The Remaining Defendants will provide a singular joint written response, but each will produce their own documents. The Remaining Defendants will jointly propound their requests to plaintiff, and plaintiff shall serve a singular written response. Aliver may propound its own requests, and respond to plaintiff's requests directed to it.

3.      **Rule 36 requests for admission:** Similar to the above limitations, requests for production will be directed to either (A) Aliver or (B) the Remaining Defendants, the latter of which may respond jointly unless a response requires a separate response particular to one or more of the Remaining Defendants.

4.      **Rule 30 depositions**: Plaintiff is limited to a single deposition of the corporate representative(s) of the Remaining Defendants, in which the seventeen agree to ensure a corporate representative is able to testify on each of their behalves. The parties agree that the duration of any deposition of the Remaining Defendants corporate

representative may last up to and shall not exceed 14 hours absent further joint stipulation or order of the Court. For avoidance of doubt, this limitation respecting the corporate representatives of the Remaining Defendants shall not limit any party's right to request the deposition of specifically-named persons (e.g. persons with direct knowledge), or to object to the taking of a deposition, or any other objections to discovery other than the limitations provided for herein.

By:

   /s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292
*Attorney for the 18 Aliver Defendants, DE 42*

By:

/s/ Michael Feldenkrais
Michael Feldenkrais, Esq.
Florida Bar No. 991708
mfeldenkrais@gmail.com
**FELDENKRAIS LAW, P.A.**
20533 Biscayne Blvd. Suite 469
Aventura, FL 33180
Telephone: (305) 528-9614
*Attorneys for Plaintiff Guangzhou Tinpod Electronic Technology Co., Ltd.*