UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-61886-JB

XYZ CORPORATION,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A,"

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal filed by Plaintiff at ECF No. [116], in which it dismisses the instant action with prejudice as against the following Defendants (the "Dismissed Defendants"):

1. GoldHub Co.Ltd 1 (Def. No. 89); and
2. Nrnabes Co.Ltd (Def. No. 90).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, but only as between Plaintiff and the Dismissed Defendants. The Clerk is directed to **TERMINATE** the Dismissed Defendants from this case.

**DONE AND ORDERED** in Miami, Florida, this 10th day of March, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE