# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-61886-JB

XYZ CORPORATION,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Notice of Voluntary Dismissal filed by Plaintiff at ECF No. [127], in which it dismisses the instant action with prejudice as against Defendant yunnanxunanshangmaoyouxiangongsi, Defendant No. 16 on Schedule "A" to the Complaint (the "Dismissed Defendant").

Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, but only as between Plaintiff and the Dismissed Defendant. The Clerk is directed to **TERMINATE** the Dismissed Defendant from this case.

**DONE AND ORDERED** in Miami, Florida, this 21st day of March, 2025.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE