# UNITED STATES DISTRICT COURT FOR THE

# SOUTHERN DISTRICT OF FLORIDA

# MIAMI DIVISION

### CASE NO. 0:24-cv-61886

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants.

_____/

## **NOTICE OF VOLUNTARY DISMISSAL AS TO ALIVER DEFENDANTS**

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses with prejudice all claims against

| Def. No | Def Name |
|---|---|
| 1 | SHANWU |
| 8 | KuiyaShangmao |
| 9 | libanshangmao |
| 11 | Mianyangchuangshiyou |
| 12 | yongxudedian |
| 19 | lihaitengshisanzhan |
| 20 | Beauty Nature |
| 21 | tangxiashangmao |
| 22 | FCZJYUS |

| | |
|---|---|
| 23 | Mcukv Beauty |
| 25 | Stellar Express |
| 26 | Yep US |
| 27 | shenzhenshifeikoushengwukejiyouxiangongsi |
| 29 | li521322101 |
| 31 | Aliver Official |
| 32 | Elaimei |
| 33 | SEFUDUN |
| 35 | Oimmal |

Respectfully submitted on this 27th of March, 2025

**FELDENKRAIS LAW, P.A.**

Attorneys for Plaintiffs

20533 Biscayne Blvd. Suite 469

Aventura, FL 33180

Telephone: (305) 528-9614

Email: mfeldenkrais@gmail.com

By:/s/ Michael Feldenkrais, Esq.

Florida Bar No. 991708