UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-61886-JB

XYZ CORPORATION,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

    Defendants.

_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** came before the Court on Plaintiff's Notice of Voluntary Dismissal of Certain Defendants (the "Notice"), ECF No. [129], in which Plaintiff dismisses this action with prejudice as against the following Defendants on Schedule "A" to the Complaint ("Schedule A"):

1. SHANWU, Defendant No. 1;

2. KuiyaShangmao, Defendant No. 8;

3. libanshangmao, Defendant No. 9;

4. Mianyangchuangshiyou, Defendant No. 11;

5. yongxudedian, Defendant No. 12;

6. lihaitengshisanzhan, Defendant No. 19;

7. Beauty Nature, Defendant No. 20;

8. tangxiashangmao, Defendant No. 21;

9. FCZJYUS, Defendant No. 22;

10. Mcukv Beauty, Defendant No. 23;

11. Stellar Express, Defendant No. 25;

12. Yep US, Defendant No. 26;

13. shenzhenshifeikoushengwukejiyouxiangongsi, Defendant No. 27;

14. li521322101, Defendant No. 29;

15. Aliver Official, Defendant No. 31;

16. Elaimei, Defendant No. 32;

17. SEFUDUN, Defendant No. 33; and

18. Oimmal, Defendant No. 35.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**, but only as between Plaintiff and the Dismissed Defendants. The Clerk is directed to **TERMINATE** the Dismissed Defendants from this case.

**DONE AND ORDERED** in Miami, Florida this 27th day of March, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**