UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 0:24-cv-61886

XYZ CORPORATION.

Plaintiff,

V.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants

_____/

### DECLARATION OF GUANGZHOU TINPOD ELECTRONIC TECHNOLOGY CO. LTD. IN SUPPORT OF PLAINTIFF'S SECOND MOTION FOR DEFAULT FINAL JUDGMENT

I, _Mingzhi Cao_ declare, and state as follows:

1. I am over 18 years of age, and I have personal knowledge of the facts set forth herein.
2. I make this declaration in support of Plaintiff's Motion for Default Final Judgement ("Motion for Default Judgment") and for all purposes permitted by law and local rules.
3. If called upon to do so, I could and would competently testify so the following facts set forth below.

4. I incorporate by reference my prior Declaration dated November 13, 2024 (ECF No. 12).

5. I discovered Defendants were promoting advertising, offering for sale and/or selling goods using my Copyrighted Art, without authorization, through e-commerce stores operating under the seller identities named in Schedule A attached to the Complaint as an Exhibit.

6. Defendants will continue to make profit and continue their unlawful behavior unless a permanent injunctive relief is granted.

7. The unauthorized use of my Copyrighted Art has directly affected my sales. After discovering Defendant's use of my Copyrighted Art, I have noticed a decline in my sales, which I attribute to the infringement by the Defendants

8. I have expended time, money and other resources developing, advertising and otherwise promoting my Copyrighted Art, however, I now make less money per unit because of Defendant's infringement.

9. I am also concerned that the goodwill that I have developed through my sales, marketing and advertising may be in jeopardy because of the customers that end up dealing with the Defendants and buying a product of a different quality and or end up having negative experiences in dealing with Defendants all while mistakenly believing they are dealing with me.

10. I have also had to spend time and money protecting and enforcing my Copyrighted Art, which I otherwise did not have to worry about before Defendant's infringement.

11. Overall, and as a result of Defendants' infringement, I have lost significant and incalculable amount of time, resources, money, opportunity and the goodwill developed by my Copyrighted Art.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 31st day of March, 2025.

*Mingzhi Cao*

Name: Mingzhi Cao

On behalf of Guangzhou tinpod Electronic Technology Co., Ltd.