**UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**CASE NO. 0:24-cv-61886**

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants.

_____/

**DECLARATION OF MICHAEL FELDENKRAIS IN SUPPORT OF PLAINTIFF'S**

**SECOND MOTION FOR DEFAULT JUDGMENT**

I, Michael Feldenkrais, declare and state as follows:

1. I am over 18 years of age and I have personal knowledge of the facts set forth herein. I am counsel of record for Plaintiff, Guangzhou Tinpod Electronic Technology Co., Ltd ("Plaintiff") and I make this declaration in support of Plaintiff's Second Motion for Default Final Judgment (the "Motion for Default Judgment").

2. If called upon to do so, I could and would competently testify to the following facts set forth below. I incorporate by reference my prior Declaration in support of the Motion for Temporary Restraining Order and Preliminary Injunction dated November 13, 2024 (ECF No. 13).

3. On October 10, 2024, Plaintiff filed its Complaint (ECF No. 1) against Defendants, the Individuals, Partnerships and Unincorporated Associations identified on Schedule "A" enclosed herewith (collectively, "Defendants").

4. On December 11, 2024, December 18, 2024 and December 21, 2024, Defendants were served with their respective Summons and copies of the Complaint via website posting pursuant to the Court's Order authorizing alternate service of process. On December 11, 2024, December 18, 2024 and December 21, 2024, Defendants were also served via electronic mail ("e-mail").

5. Pursuant to the Federal Rules of Civil Procedure, Defendants were required to file a response. The time allowed for Defendants to respond to the Complaint has expired ("Defaulting Defendants").

6. The Defaulting Defendants have not been granted an extension of time to respond to the Complaint.

7. The Defaulting Defendants failed to answer or otherwise respond to the Complaint, or serve a copy of the Answer or other response upon Plaintiff's attorneys of record as required by law and therefore a Default was entered by the Clerk (ECF No. 95) against Defaulting Defendants.

8. I am informed and believe none of the Defaulting Defendants are infants or incompetent persons, and, upon information and belief, the Service Members Civil Relief Act does not apply.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 1st day of April, 2025.


_____

Michael Feldenkrais, Esq.