UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 0:24-cv-61886

XYZ COPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED ON

SCHEDULE "A",

Defendants.

_____/

**[proposed] DEFAULT FINAL JUDGMENT AND PERMANENT INJUNCTION**

THIS CAUSE comes before the Court upon Plaintiff's Motion for Default Final Judgment against certain defendants ("Motion for Default Judgment", ECF No.132). The Motion for Judgment was granted with respect to certain Defendants numbered in Schedule "A" herewith enclosed ("Defaulting Defendants" / "Defendants") by a separate Order. (ECF No.). Pursuant to Federal Rule of Civil Procedure 58 (a), the Court enters this separate Default Final Judgment.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Plaintiff, Guangzhou tinpod Electronic Technology Co., Ltd., and against Defaulting Defendants.

2. The Court awards statutory damages of One Hundred Fifty Thousand and 0/100 ($150,000.00) U.S. Dollars in favor of the Plaintiff from each Defaulting Defendant pursuant to 17 U.S.C. § 504(c), for which sum let execution issue.

3. The Court enters a permanent injunction against Defaulting Defendants, consistent with the terms established in the Court's Order granting Default Final Judgment. (ECF No.-). Plaintiff is granted relief as follows:

   a) **Permanent Injunctive Relief:**

      i. Each Defaulting Defendant listed on Schedule A attached hereto, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defaulting Defendant having notice of this Order are hereby permanently restrained and enjoined from: 1. using Plaintiff's copyrighted art ("Copyrighted Art") in marketing, advertising, soliciting, or display, derivative or directly, which is not directly authorized by Plaintiff; and 2. further infringing on the Copyrighted Art.

      ii. Each Defaulting Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant and those with notice of this Permanent Injunction, including, without limitation, all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to AliExpress, Amazon, Ebay, Joom, Wish, DHGate and Walmart, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, and Internet search engines such as Google, Bing and Yahoo (collectively, the "Third

Party Providers") and their related companies and affiliates on which this Court imposed restraints under the Preliminary Injunction shall:

1) Immediately and permanently discontinue the use of the Plaintiff's Copyrighted Art, on or in connection with all Internet based e-commerce stores owned and operated, or controlled by them, including the Internet based ecommerce stores operating under the Seller IDs; and

2.) Apply any funds currently in Defaulting Defendants' financial accounts to satisfy the monetary judgments.

4. The Court retains jurisdiction to enforce this Default Final Judgment.

**DONE AND ORDERED** in Miami, Florida on this _____ day of April, 2025.

_____

**Jacqueline Becerra**

**cc: Counsel of Record**              **United States District Court Judge**

(Schedule A on the Following Page)