**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 0:24-cv-61886-JB**

XYZ CORPORATION,

     Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

---

## <u>DECLARATION OF GRIFFIN C. KLEMA, ESQ. IN SUPPORT OF THE ALIVER DEFENDANTS' MOTION FOR ATTORNEY'S FEES</u>

I, Griffin C. Klema, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 of the following is true and correct:

1.     I submit this declaration in support of the Aliver Defendants' motion for attorney's fees. I have personal knowledge of the facts stated herein and if called upon and sworn as a witness I could testify competently to them.

### My Education, Training, and Experience

2.     Prior to practicing law, I specialized in valuing intellectual property ("IP") for the premier technology transfer office in the world, the Wisconsin Alumni Research Foundation (WARF). Since earning my Juris Doctor degree and being admitted to the Florida Bar in 2012, I have practiced civil litigation. I am admitted to practice before a number of federal courts, as well as the U.S. Court of Appeals for the Eleventh Circuit and the Supreme Court of the United States. I am also admitted to the patent bar to practice law before the United States Patent and Trademark Office. Attached hereto is a

list of courts to which I have been admitted and their corresponding dates of admission. I have always been a member in good standing of each tribunal, and have never been sanctioned or otherwise disciplined.

3.  During my twelve years in continuous practice, I have litigated hundreds of cases, including one trial, four appeals, and petitioned for a writ of in the United States Supreme Court in a copyright matter. I have successfully defended other lawyers and law firms from seven-figure claims of professional malpractice, and represented publicly-traded companies and high-profile individuals.

4.  I have also taught intellectual property law, including CLE on patent law and guest lectured at the University of Miami School of Law on trademark matters.

5.  My practice has primarily focused on complex civil litigation, which includes many copyright infringement cases. A smaller portion of my practice includes transactional IP work, including applications to the United States Patent and Trademark Office, United States Copyright Office, and developing, valuing, and licensing IP portfolios constituting a mix of patents, trademarks, copyrights, trade secrets, and rights of publicity (name, image, and likeness).

6.  Based on my experience in copyright law, I can quickly evaluate the merits of a copyright infringement claim, identify strong defensive positions and areas of potential claim weakness, and provide counsel to clients. Additionally, given my professional experience in IP valuation, I can quickly assess a claim's value, and thus a defendant's potential exposure or a plaintiff's case valuation with a high degree of confidence, which usually helps resolve disputes quickly and efficiently.

**My Time and Hourly Rate**

7.      In connection with defending this action as lead counsel, together with co-counsel Di Li, I billed 57.7 hours of time, and wrote-off (no-charged) at least 12 hours of time. Attached hereto are the invoices sent to Shenzhen Moulis, and which have been paid.

8.      My rate for civil litigation is $450 per hour. Given that I am a true solo attorney and perform all work on client matters, and track all of my time spent on matters, I make adjustments to my time where appropriate to reflect what is reasonable for a given matter, often, as was the case here, non-charging for time that normally would be secretarial in nature.

9.      In connection with preparing this declaration, I consulted the AMERICAN INTELLECTUAL PROPERTY LAW ASSOCIATION REPORT OF THE ECONOMIC SURVEY for the year 2023 ("AIPLA Survey"), representing rates from calendar year 2022 (the most recent AIPLA Survey data available). The relevant portion of the AIPLA Survey is attached hereto as Exhibit A-2. Among other things, the AIPLA Survey includes listings of hourly rates for partner-level attorneys in private practice broken down by years of experience and geographic area. In the Metro Southeast area, the average rate for intellectual property attorneys is $557 per hour. The average rate nationwide for intellectual property attorneys with 10-14 years of experience is $527. Rates in the upcoming AIPLA survey for 2024 date are likely to be significantly higher due to post-COVID inflation.

10.      As a result of my experience, training, and investigation, as summarized above, I am of the opinion that the hourly rate I charge is reasonable given the level of my experience, the current market for professional services, and the requisite skill involved in the defense of a copyright infringement case.

11.     I am also of the opinion that the number of hours expended by myself and Ms. Li at our respective hourly rates was reasonable and not excessive for a case such as this one, and, in total, those fees were of the magnitude that would have been charged by lawyers of the same skill level under similar circumstances involved in similar cases with similar clients.

Dated: May 20, 2025.

/s/ Griffin Klema
Griffin C. Klema, Esq.

### Admissions: Griffin C. Klema

| Court/Tribunal | Date of Admission | Status |
|---|---|---|
| Supreme Court of Florida / The Florida Bar (no. 100279) | Oct. 10, 2012 | Active / Good Standing |
| Supreme Court of the United States (no. 320449) | Dec. 11, 2023 | Active / Good Standing |
| U. S. Patent and Trademark Office (no. 74,334) Patent Trials and Appeals Board (PTAB) Trademark Trials and Appeals Board (TTAB) | Oct. 27, 2015 | Active / Good Standing |
| U.S. Court of Appeals for the 11th Circuit | Feb. 21, 2017 | Active / Good Standing |
| U.S. District Court for the Southern District of Florida | Oct. 20, 2015 | Active / Good Standing |
| U.S. District Court for the Middle District of Florida | Apr. 14, 2016 | Active / Good Standing |
| U.S. District Court for the Northern District of Florida | Sept. 25, 2023 | Active / Good Standing |
| U.S. District Court for the District of Massachusetts | Sept. 19, 2024 | *pro hac vice* (active) |
| U.S. District Court for the Northern District of Illinois | Sept. 18, 2023 | *pro hac vice* (inactive) |
| U.S. District Court for the Eastern District of Louisiana | Jul. 5, 2023 | *pro hac vice* (inactive) |
| U.S. District Court for the Southern District of New York | n/a | *pro hac vice* (inactive) |
| U.S. District Court for the District of New Jersey | Jul. 13, 2022 | *pro hac vice* (inactive) |
| Wisconsin Circuit Court | Feb. 5, 2021 | *pro hac vice* (inactive) |



**Klema Law, P.L.**
420 W. Kennedy Boulevard
Second Floor, Commerce Club
Tampa, FL 33606
202-713-5292
Griffin@KlemaLaw.com

# Invoice

Bill to:

**Shenzhen Moulis Electronic Co., Ltd.**
c/o co-counsel
Di Li Law P.C.
18725 Gale Avenue, Suite 208
City of Industry, CA 91748

| Invoice #: | 0000546 |
|---|---|
| Date: | 12/22/2024 |
| Amount due: | 8385.00 |
| Terms of payment: | Due Upon Receipt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Expenses | 12/20/2024, Litigation, PHV motion and co-counsel admission: Pay S.D. Fla. PHV appearance fee for co-counsel Di Li. | 1.00 | 250.00 | 250.00 |
| Attorney Time | 12/11/2024, Litigation, PHV motion and co-counsel admission: Review PHV motion; reformat to S.D. Fla. formatting requirements; apply co-counsel's signature; file with court; save DE 21 to file. | 1.00 | 500.00 | 500.00 |
| Attorney Time | 12/13/2024, Litigation, Local counsel review and filing: Review draft provided by co-counsel in opposition to plaintiff's motion for preliminary injunction; reformat to SD Fla. requirements; review declaration of client. | 1.00 | 50.00 | 50.00 |
| Attorney Time | 12/14/2024, Litigation, Local counsel review and filing: Finalize and submit memorandum in opposition to plaintiff's motion for preliminary injunction, together with declarations and supporting exhibits to each totaling approximately 60 pages across 15 items; Save filings as DE 30; email same to co-counsel. | 1.00 | 50.00 | 50.00 |
| Attorney Time | 12/18/2024, Litigation, Local counsel review and filing: Email correspondence with co-counsel regarding client's declaration clarifying relationship among it and the various seller IDs; save business licenses with translations to file. | 1.00 | 50.00 | 50.00 |
| Attorney Time | 12/4/2024, Litigation, Hourly representation: N/C correspondence respecting engagement; brief review of pleading 0.5 | 0.00 | 450.00 | 0.00 |
| Attorney Time | 12/5/2024, Litigation, Hourly representation: N/C correspondence respecting engagement; email correspondnece re proposal for co-counsel 0.5 | 0.00 | 450.00 | 0.00 |
| Attorney Time | 12/10/2024, Litigation, Hourly representation: N/C further correspondence respecting engagement; revise proposal; 0.3 | 0.00 | 450.00 | 0.00 |
| Attorney Time | 12/11/2024, Litigation, Hourly representation: N/C email correspondence from co-counsel with signed engagement agreement; create file; save engagement letter to file; save draft PHV motion to file; 0.2 | 0.00 | 450.00 | 0.00 |
| Attorney Time | 12/11/2024, Litigation, Hourly representation: Review dropbox link provided by co-counsel; download documents; save screen capture to show evidence of contents. | 0.00 | 450.00 | 0.00 |
| Attorney Time | 12/11/2024, Litigation, Hourly representation: Prepare notice of appearance; file same with court; save stamped copy, DE 20 to file. | 0.10 | 450.00 | 45.00 |

| Item | Description | Qty | Unit cost | Price |
|------|-------------|-----|-----------|-------|
| Attorney Time | 12/11/2024, Litigation, Hourly representation: Telephone call with cocounsel; discussing PHV motion; preliminary injunction hearing. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 12/11/2024, Litigation, Hourly representation: Telephone call with opposing counsel Michael Feldenkrais; introduction; discuss appearance of co-counsel; discuss extension of preliminary injunction hearing. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 12/11/2024, Litigation, Hourly representation: Draft unopposed emergency motion to continue preliminary injunction hearing; file same with court; save DE 22 to file. | 0.80 | 450.00 | 360.00 |
| Attorney Time | 12/11/2024, Litigation, Hourly representation: Draft email correspondence to co-counsel providing copies of docket entries 20 to 22. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 12/11/2024, Litigation, Hourly representation: Review paperless court order, Docket entry 23, granting unopposed motion for continuance of preliminary injunction hearing; print and save same to file; email same to co-counsel. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 12/11/2024, Litigation, Hourly representation: Email correspondence to opposing counsel demanding copies of all documents filed in litigation. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 12/11/2024, Litigation, Hourly representation: Review email correspondence from co-counsel providing copies of client's copyright registration certificates; review certificates; draft email correspondence to co-counsel regarding same; reiterate urgency of Rule 68 offer of judgment. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 12/12/2024, Litigation, Hourly representation: Review docket entry 24, clerk's notice respecting notice of appearance and instructing to refile as Notice of Entry of Parties; save to file; forward to co-counsel. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 12/12/2024, Litigation, Hourly representation: Review email correspondence from opposing counsel with dropbox link; review contents of same; save contents to file; take screen captures to prove existence of files contained in the link; review purported evidence respecting the 18 different defendants; draft reply reiterating lack of disclosure of court filings and demanding copy of underlying motion for preliminary injunction. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 12/12/2024, Litigation, Hourly representation: Text message correspondence with opposing counsel regarding copies of court filings; further email correspondence with screen captures showing lack of disclosure of same; review and respond again to opposing counsel with further review of dropbox. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 12/12/2024, Litigation, Hourly representation: Save plaintiff's motion for preliminary injunction, together with motion for alternative service and motion for expedited discovery to file; email same to co-counsel. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 12/12/2024, Litigation, Hourly representation: Further email correspondence with opposing counsel and re-review of dropbox link and contents; further dispute regarding sufficiency of the disclosure and missing documents and information. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 12/13/2024, Litigation, Hourly representation: Telephone call with co-counsel regarding authorship and discussing need to consult Chinese law to determine same; review email correspondence from co-counsel providing Chinese law translated to English; ███████████████ | 0.20 | 450.00 | 90.00 |
| Attorney Time | 12/13/2024, Litigation, Hourly representation: Revise declaration of clients to further clarify details respecting how the client created the industrial artwork, including placeholders for further explanations and examples of information that would be beneficial to include. | 0.40 | 450.00 | 180.00 |
| Attorney Time | 12/13/2024, Litigation, Hourly representation: Draft email correspondence to co-counsel regarding concerns respecting client's copyright certificate; provide redline comments to client's declaration. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 12/13/2024, Litigation, Hourly representation: N/C Review docket entry 28, paperless order granting motion for PHV admission of co-counsel; print and save same to file. 0.1 | 0.00 | 450.00 | 0.00 |

| Item | Description | Qty | Unit cost | Price |
|------|-------------|-----|-----------|-------|
| Attorney Time | 12/13/2024, Litigation, Hourly representation: Telephone call with opposing counsel; discussing plaintiff's position regarding original authorship; OC asserting that he has seen the metadata on a file; push back on the adequacy of that evidence; further advocate for plaintiff to dismiss the action as a frivolous claim seeking to utilize the client's own intellectual property in a fraudulent way against it by plaintiff. | 0.30 | 450.00 | 135.00 |
| Attorney Time | 12/13/2024, Litigation, Hourly representation: Review email correspondence from co-counsel with revised declaration; save revised declaration to file together with supporting exhibits to client file. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 12/13/2024, Litigation, Hourly representation: N/C draft email correspondence to co-counsel regarding Chinese law concerning authorship and interaction with English-based law of agency. 0.1 | 0.00 | 450.00 | 0.00 |
| Attorney Time | 12/13/2024, Litigation, Hourly representation: Conduct online factual investigation to locate potential evidence in support of client's argument of earlier authorship and sale of product; locating way back machine archive copies of product listings; print and save to file; prepare declaration regarding Wayback Machine evidence; provide further testimony respecting inclusion of graphics on client's listings and on product packaging. | 0.70 | 450.00 | 315.00 |
| Attorney Time | 12/13/2024, Litigation, Hourly representation: Substantive revisions to preliminary draft of memorandum in opposition to plaintiff's motion for preliminary injunction; develop argument respecting the certificate's unpublished status compared to client's public use of its own product and labels. | 1.80 | 450.00 | 810.00 |
| Attorney Time | 12/13/2024, Litigation, Hourly representation: Prepare revised notice of appearance consistent with clerk's requirements to submit it as notice of entry of parties; add client and 17 other storefronts as aliases in CM/ECF; save docket entry 29 to file. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 12/13/2024, Litigation, Hourly representation: N/C draft email correspondence to co-counsel reiterating concern about filing an answer to the complaint to avoid unilateral dismissal ███████████████████████; review reply declining to file same. 0.1 | 0.00 | 450.00 | 0.00 |
| Attorney Time | 12/13/2024, Litigation, Hourly representation: N/C review email correspondence from co-counsel regarding revised declaration of client. | 0.00 | 450.00 | 0.00 |
| Attorney Time | 12/13/2024, Litigation, Hourly representation: N/C Telephone call with co-counsel. 0.1 | 0.00 | 450.00 | 0.00 |
| Attorney Time | 12/14/2024, Litigation, Hourly representation: N/C Review various emails from co-counsel regarding revised declaration and finalized memorandum in opposition to plaintiff's motion for preliminary injunction. 0.1 | 0.00 | 450.00 | 0.00 |
| Attorney Time | 12/15/2024, Litigation, Hourly representation: Email correspondence with co-counsel regarding division of labor regarding oral argument on plaintiff's motion for preliminary injunction; discussing lack of filing by opposing counsel. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 12/16/2024, Litigation, Hourly representation: Prepare for motion for preliminary injunction by reviewing plaintiff's motion DE 14, amended complaint DE 11, and memorandum of law in opposition DE 30. | 0.50 | 450.00 | 225.00 |
| Attorney Time | 12/16/2024, Litigation, Hourly representation: Appear for preliminary injunction before Judge Becerra via Zoom; advocate for client's interests and respond to apparent issues preoccupying court without reaching the plaintiff's preliminary injunction motion; object to continuation of Temporary Restraining Order for four additional days. | 0.80 | 450.00 | 360.00 |
| Attorney Time | 12/16/2024, Litigation, Hourly representation: Review email correspondence from opposing counsel serving docket entries 31 and 32; review motion to oppose notice of entry of parties; save to file. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 12/16/2024, Litigation, Hourly representation: Review docket entry 33, the court's minute entry for the hearing; print and save same to file. | 0.10 | 450.00 | 45.00 |

| Item | Description | Qty | Unit cost | Price |
|------|-------------|-----|-----------|-------|
| Attorney Time | 12/16/2024, Litigation, Hourly representation: Telephone call with co-counsel; discussing next steps in view of the court's decision to extend the temporary restraining order and reschedule the hearing on preliminary injunction. | 0.30 | 450.00 | 135.00 |
| Attorney Time | 12/16/2024, Litigation, Hourly representation: Telephone call with opposing counsel regarding plaintiff's motion to oppose notice of entry of parties; reaching agreement that declaration of client would address plaintiff's concern; solicit plaintiff's settlement demand, opposing counsel advising he would provide one. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 12/16/2024, Litigation, Hourly representation: Telephone call with co-counsel regarding agreement with plaintiff's counsel respecting declaration from client on relationship between the 18 different storefronts. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 12/16/2024, Litigation, Hourly representation: Draft objection to court's continuation of temporary restraining order, noting lack of good cause to do so; include proposed order modifying temporary restraining order with slight revision; file same with court; save DE 35 to file. | 1.80 | 450.00 | 810.00 |
| Attorney Time | 12/17/2024, Litigation, Hourly representation: Review email correspondence from opposing counsel providing settlement demand in the amount of $27,000 for settlement concerning all 18 seller IDs. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 12/17/2024, Litigation, Hourly representation: N/C draft email correspondence to co-counsel confirming her receipt of the plaintiff's settlement demand; noting no further court order entered after rescheduled preliminary injunction hearing; moving forward with client's declaration. | 0.00 | 450.00 | 0.00 |
| Attorney Time | 12/17/2024, Litigation, Hourly representation: Review paperless order, DE 36, apparently providing the order following the rescheduled preliminary injunction hearing; noting impossible requirement to submit filings the day prior; noting unsealing of court docket; print and save same to file. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 12/17/2024, Litigation, Hourly representation: Draft email correspondence to co-counsel regarding Apex CE Ltd. appearing on client's product packaging; requesting that it also be addressed in the forthcoming declaration. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 12/17/2024, Litigation, Hourly representation: Review docket entry 37, clerk's notice that it complied with the court's order to unseal the docket and filings; save same to file. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 12/17/2024, Litigation, Hourly representation: Review unsealed filings, including docket entries 12, 13, 25, 27, and 34: declaration of plaintiff, declaration of plaintiff's counsel, the bond, plaintiff's motion to extend the Temporary Restraining Order, and plaintiff's status report; pay PACER fees for filings; save to file; provide same to co-counsel. | 0.60 | 450.00 | 270.00 |
| Attorney Time | 12/17/2024, Litigation, Hourly representation: N/C review email correspondence from co-counsel regarding Apex CE Ltd. and her concerns respecting the court's order extending the TRO. | 0.00 | 450.00 | 0.00 |
| Attorney Time | 12/17/2024, Litigation, Hourly representation: Review initial draft of declaration of client; provide redline to include further language clarifying the relationships and request further supplementation by co-counsel and client. | 0.30 | 450.00 | 135.00 |
| Attorney Time | 12/18/2024, Litigation, Hourly representation: Review revised declaration of clients ███████████████████████. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 12/18/2024, Litigation, Hourly representation: Review docket entry 38, paperless court order overruling prior objection, DE 35; noting assertions by the court about counsel's knowledge inconsistent with the truth; save to file; ██████████ ████████████████████. | 0.10 | 450.00 | 45.00 |

| Item | Description | Qty | Unit cost | Price |
|------|-------------|-----|-----------|-------|
| Attorney Time | 12/18/2024, Litigation, Hourly representation: N/C Draft declaration setting forth facts to refute the court's misstatement of the truth respecting the December 16, 2024, hearing; include all factual information respecting engagement and non-disclosure of court filings and other information and statements from opposing counsel; include various communications with opposing counsel; file with court; save DE 40 to file. 3.3 | 0.00 | 450.00 | 0.00 |
| Attorney Time | 12/18/2024, Litigation, Hourly representation: Review DE 39, plaintiff's motion to compel discovery; save to file. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 12/19/2024, Litigation, Hourly representation: Draft email correspondence to opposing counsel providing declaration with supporting exhibits; requesting plaintiff withdraw its motion to oppose notice of entry of parties; review reply email correspondence refusing to do so. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 12/19/2024, Litigation, Hourly representation: Draft third notice of appearance and notice of entry of parties; add each of the separate entities to CM/ECF; save DE 42 to file. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 12/19/2024, Litigation, Hourly representation: Draft memorandum of law in opposition to plaintiff's motion to oppose notice of entry of parties; legal research to identify cases disposing of motions for violation of local rules; legal research on Rule 24 and identify cases supporting distinction between a non-party's intervention and a proper party; save docket entry 43 to file. | 3.50 | 450.00 | 1575.00 |
| Attorney Time | 12/19/2024, Litigation, Hourly representation: Draft declaration in support of memorandum of law in opposition to plaintiff's motion to oppose notice of entry of parties, include supporting exhibits. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 12/19/2024, Litigation, Hourly representation: Review docket entry 44, paperless order to show cause apparently granting plaintiff's motion to compel discovery; calendar December 30, 2024, concerning the e-commerce platform non-parties. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 12/19/2024, Litigation, Hourly representation: N/C review notice of voluntary dismissal of one of the defendants, documentary 45; save same to file. | 0.00 | 450.00 | 0.00 |
| Attorney Time | 12/19/2024, Litigation, Hourly representation: Telephone call with co-counsel; discussing various matters, including declaration respecting the court's order, status of addressing plaintiff's frivolous motion; strategy for arguments at preliminary injunction hearing. | 0.40 | 450.00 | 180.00 |
| Attorney Time | 12/20/2024, Litigation, Hourly representation: Prepare for hearing on motion for preliminary injunction and plan of's motion to oppose notice of entry of parties; identify portion of plaintiff's declaration supporting argument that plaintiff is unlikely to succeed on the merits respecting the validity of its certificate and its status as being published v. unpublished. | 0.40 | 450.00 | 180.00 |
| Attorney Time | 12/20/2024, Litigation, Hourly representation: Appear for hearing on plaintiff's motion to oppose notice of entry of parties and plaintiff's motion for preliminary injunction; argue in opposition to plaintiff's motion to prevent counsel from appearing in arguing; obtain favorable ruling and allowing defense counsel to continue to address why plaintiff is not entitled to a preliminary injunction; respond to opposing counsel's arguments regarding plaintiff's request for the preliminary injunction; cite record evidence supporting conclusion that plaintiff is unlikely to succeed on the merits; ensure court is clear on defendants' arguments respecting why no injunction should issue; secure favorable disposition on all matters. | 1.70 | 450.00 | 765.00 |
| Attorney Time | 12/20/2024, Litigation, Hourly representation: Telephone call with co-counsel following hearing; providing summary of oral ruling from the bench. | 0.30 | 450.00 | 135.00 |
| Attorney Time | 12/22/2024, Litigation, Hourly representation: Review court order DE 47 following hearing denying plaintiff's motion to oppose, DE 31 and plaintiff's motion for preliminary injunction, DE 14; print and save same to file. | 0.10 | 450.00 | 45.00 |

|  |  |
|---|---|
| Total: | 9585.00 |
| Amount paid: | -1200.00 |
| Balance due: | 8385.00 |

Thank you for your business.

Mail payments to:
PO Box 172381
Tampa, FL 33672



**Klema Law, P.L.**
420 W. Kennedy Boulevard
Second Floor, Commerce Club
Tampa, FL 33606
202-713-5292
Griffin@KlemaLaw.com

# Invoice

Bill to:

**Shenzhen Moulis Electronic Co., Ltd. (Aliver)**
c/o co-counsel
Di Li Law P.C.
18725 Gale Avenue, Suite 208
City of Industry, CA 91748

| Invoice #: | 0000551 |
|---|---|
| Date: | 2/1/2025 |
| Amount due: | 6345.00 |
| Terms of payment: | Due Upon Receipt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Attorney Time | 12/26/2024, Litigation, Hourly representation: Telephone call from co-counsel; discussing next steps in case; requesting conferral with opposing counsel on deadline for responding to the complaint with an answer. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 12/26/2024, Litigation, Hourly representation: Telephone call to opposing counsel; discussing plaintiff's likelihood of amending the complaint; discussing procedural issues about proper service of summons and potential deadline for response; requesting enlargement of time response to complaint to January 14, 2025; receiving agreement not to oppose same and advising of forthcoming unopposed motion. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 12/26/2024, Litigation, Hourly representation: Draft email correspondence to co-counsel regarding agreement on deadline for January 14 for client's to response to amended complaint; note possible defenses; note othe urgent deadlines per court's order. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 12/30/2024, Litigation, Hourly representation: N/C Review DE 66, order granting motion for extension of time to file joint scheduling report; save to file. | 0.00 | 450.00 | 0.00 |
| Attorney Time | 12/30/2024, Litigation, Hourly representation: N/C email correspondence with opposing counsel regarding demand for production of discovery responses from third party e-commerce platforms; reiterate law and refute opposing counsel's misguided understanding of the Rules of Civil Procedure. | 0.00 | 450.00 | 0.00 |
| Attorney Time | 1/5/2025, Litigation, Hourly representation: Cursory review of filings by plaintiff, including motion for leave to file second amended complaint combined with motion for reconsideration respecting preliminary injunction; review affidavits; save docket entry 67 to file. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 1/5/2025, Litigation, Hourly representation: Draft email correspondence to co-counsel respecting motion filed by plaintiff and providing recommendations. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 1/5/2025, Litigation, Hourly representation: N/C review public information online for plaintiff's supposed expert Julien Craan; save LinkedIn profile to file. | 0.00 | 450.00 | 0.00 |

| Item | Description | Qty | Unit cost | Price |
|------|-------------|-----|-----------|-------|
| Attorney Time | 1/6/2025, Litigation, Hourly representation: Review email correspondence from co-counsel; draft response with recommendations on next steps, including forensic expert, Rule 12 motion practice, and renewed recommendation for Rule 11 motion for sanctions. | 0.30 | 450.00 | 135.00 |
| Attorney Time | 1/6/2025, Litigation, Hourly representation: Review and save docket entry 68 to file, order denying plaintiff's motion for leave to amend. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 1/6/2025, Litigation, Hourly representation: N/C brief review of docket entries 70 to 76, orders of dismissal respecting various Schedule A defendants. | 0.00 | 450.00 | 0.00 |
| Attorney Time | 1/7/2025, Litigation, Hourly representation: Review docket entry 77, motion for extension of time to respond to plaintiff's complaint; filed by Darren Heitner on behalf of multiple defendants; save to file; draft email correspondence to Mr. Heitner. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 1/7/2025, Litigation, Hourly representation: Prepare side-by-side comparison of operative pleading and proposed second amended complaint; review same and determine no real substantive changes to the allegations; draft email correspondence to co-counsel respecting same; further note potential concerns with sharing information with newly-appearing defense counsel, Darren Heitner until a joint defense agreement can be prepared. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 1/8/2025, Litigation, Hourly representation: Telephone call with co-counsel; discussing next steps, including stipulation for leave to amend after conferral with opposing counsel; steps to support the argument that plaintiff is non-existent, including declaration of diligent search in China and strategy respecting Rule 26 conference. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 1/8/2025, Litigation, Hourly representation: N/C review and respond to email correspondence from opposing counsel regarding conferral on motion for leave to amend the complaint. | 0.00 | 450.00 | 0.00 |
| Attorney Time | 1/8/2025, Litigation, Hourly representation: Prepare Form LS, and submit same to the Copyright Office; forward same to co-counsel; submit estimate for non-deposit copy information through Copyright Office's online submission form; save to file; email same to co-counsel. | 0.30 | 450.00 | 135.00 |
| Attorney Time | 1/9/2025, Litigation, Hourly representation: N/C Attempt telephone call to defense counsel Darren Heitner; leave voicemail requesting his availability to attend Rule 26 conference of the parties in compliance with court order. | 0.00 | 450.00 | 0.00 |
| Attorney Time | 1/9/2025, Litigation, Hourly representation: N/C draft email; review and reply to email correspondence from opposing counsel regarding Rule 26 conference of the parties; noting deadline per court order extending the time to January 21; ensure inclusion of newly -appearing attorney for various defendants, Darren Heitner. | 0.00 | 450.00 | 0.00 |
| Attorney Time | 1/10/2025, Litigation, Hourly representation: N/C Email correspondence with opposing counsel and other defense counsel Darren Heitner regarding plaintiff's filing of a second amended complaint. | 0.00 | 450.00 | 0.00 |
| Attorney Time | 1/10/2025, Litigation, Hourly representation: N/C email correspondence with Co.-counsel regarding allocation of duties to prepare Rule 12 motion to dismiss. | 0.00 | 450.00 | 0.00 |
| Attorney Time | 1/10/2025, Litigation, Hourly representation: Telephone call with opposing counsel regarding consent to file second amended complaint and tight timing requirements respecting same; advising of alternative need to file motion for extension of time if signed consent not forthcoming and filed today. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 1/10/2025, Litigation, Hourly representation: Further telephone call with opposing counsel regarding deadline for responding to the amended complaint; learning of potential settlement with other defendants; securing consent to file second motion for extension of time as unopposed. | 0.10 | 450.00 | 45.00 |

| Item | Description | Qty | Unit cost | Price |
|------|-------------|-----|-----------|-------|
| Attorney Time | 1/10/2025, Litigation, Hourly representation: Draft second unopposed motion for extension of time, including procedural history to illustrate the need for a further extension and avoid wasteful effort responding to the first amended complaint; file same with court; save docket entry 79 to file. | 0.50 | 450.00 | 225.00 |
| Attorney Time | 1/10/2025, Litigation, Hourly representation: Begin drafting motion to dismiss; include initial sections regarding standard for factual challenge to a pleading; including and modifying argument regarding §412; begin drafting section on failing to state a claim as intermingling trademark and copyright claims. | 1.80 | 450.00 | 810.00 |
| Attorney Time | 1/13/2025, Litigation, Hourly representation: N/C email correspondence with co-counsel regarding request for documents from Copyright Office; client authorizing request for documents on non-expedited basis. | 0.00 | 450.00 | 0.00 |
| Attorney Time | 1/13/2025, Litigation, Hourly representation: Review docket entry 80, order granting the Heitner defendants' contested motion for extension of time to answer the first amended complaint; save same to file. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 1/13/2025, Litigation, Hourly representation: Review docket entry 81, order granting in part clients' motion for extension of time to respond to the first amended complaint; save same to file. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 1/14/2025, Litigation, Hourly representation: N/C brief telephone call with opposing counsel regarding scheduling on Rule 26 conference of the parties. | 0.00 | 450.00 | 0.00 |
| Attorney Time | 1/15/2025, Litigation, Hourly representation: Draft email correspondence to opposing counsel and defense counsel Darren Heitner regarding timing of the parties' Rule 26 conference; reiterating deadlines and clients' intent to unilaterally file scheduling report and potentially seek sanctions under Rule 16. | 0.30 | 450.00 | 135.00 |
| Attorney Time | 1/16/2025, Litigation, Hourly representation: Appear for Rule 26(f) conference of the parties with opposing counsel; discussing potential discovery matters; discussing need for initial disclosures respecting the existence of plaintiff as a business entity; generally discussing the scope of potential discovery and possible limits given the number of defendants; discuss dates and timing to be included in proposed scheduling order. | 1.00 | 450.00 | 450.00 |
| Attorney Time | 1/16/2025, Litigation, Hourly representation: N/C email correspondence with defense counsel Darren Heitner regarding his lack of communication and matters respecting consent for leave to file amended pleading by plaintiff and Rule 26 conference. | 0.00 | 450.00 | 0.00 |
| Attorney Time | 1/17/2025, Litigation, Hourly representation: Telephone call with opposing counsel; continuing Rule 26 conference of the parties; discussing logistics on finalizing proposed scheduling order and scheduling report given counsels' respective unavailability and impending deadline. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 1/17/2025, Litigation, Hourly representation: Draft joint conferral report, v1; email same to opposing counsel. | 0.90 | 450.00 | 405.00 |
| Attorney Time | 1/21/2025, Litigation, Hourly representation: Continue drafting motion to dismiss. | 0.30 | 450.00 | 135.00 |
| Attorney Time | 1/21/2025, Litigation, Hourly representation: Review and respond to email correspondence from opposing counsel regarding timing on submission of joint conference report under Rule 26. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 1/21/2025, Litigation, Hourly representation: Draft revisions to joint conference report. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 1/21/2025, Litigation, Hourly representation: N/C prepare working witness list and add information uncovered online. 0.5 | 0.00 | 450.00 | 0.00 |
| Attorney Time | 1/21/2025, Litigation, Hourly representation: N/C Online research regarding Apex CE Limited; resolving potential ambiguity respecting entity's name after searching UK business records and further information available online; corroborating information from various sources to conclude the entity is Apex CE Specialty Limited. 1.4 | 0.00 | 450.00 | 0.00 |

| Item | Description | Qty | Unit cost | Price |
|------|-------------|-----|-----------|-------|
| Attorney Time | 1/22/2025, Litigation, Hourly representation: N/C review and respond to email correspondence from co-counsel regarding initial disclosures. | 0.00 | 450.00 | 0.00 |
| Attorney Time | 1/22/2025, Litigation, Hourly representation: N/C attempt telephone call to Apex CE (no answer); draft email correspondence to Apex CE requesting information on client's black castor oil product. | 0.00 | 450.00 | 0.00 |
| Attorney Time | 1/22/2025, Litigation, Hourly representation: N/C Further factual investigation on client's development of the castor oil product; review Instagram and YouTube, save evidence to file; search client's website and Wayback machine, save evidence to file; draft email correspondence to co-counsel regarding factual investigation and requesting discussion with client to obtain needed information to defend against plaintiff's claims. 4.2 | 0.00 | 450.00 | 0.00 |
| Attorney Time | 1/22/2025, Litigation, Hourly representation: Draft status reports bringing to the Court's attention conflicting deadlines contained within separate orders; save docket entry 96 to file. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 1/23/2025, Litigation, Hourly representation: Review docket entry 97, court order addressing conflicting deadlines for the parties' joint scheduling report; print and save same to file. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 1/24/2025, Litigation, Hourly representation: Conference call with co-counsel and client; discussing information pertaining to initial disclosures, witnesses, sources of potential discoverable information; counseling client on need to budget time to locate key documents and information in defense as well as for purposes of counterclaim. | 1.00 | 450.00 | 450.00 |
| Attorney Time | 1/24/2025, Litigation, Hourly representation: N/C review dismissals as to other defendants. | 0.00 | 450.00 | 0.00 |
| Attorney Time | 1/28/2025, Litigation, Hourly representation: N/C Review email correspondence from opposing counsel regarding joint scheduling report; reply. | 0.00 | 450.00 | 0.00 |
| Attorney Time | 1/28/2025, Litigation, Hourly representation: Compare plane of's revisions to the joint scheduling report against original version provided; except redline changes; include additional missing sections and make further revisions to same; email same to opposing counsel summarizing revisions and noting concerns. | 1.10 | 450.00 | 495.00 |
| Attorney Time | 1/28/2025, Litigation, Hourly representation: Review email correspondence from opposing counsel regarding revisions to joint scheduling report; make further redline changes to same; email same to opposing counsel; further email communications between counsel regarding redline revisions. | 1.10 | 450.00 | 495.00 |
| Attorney Time | 1/28/2025, Litigation, Hourly representation: Prepare proposed scheduling order; calculate and add dates according to the court's stated preferences; email same to opposing counsel. | 0.40 | 450.00 | 180.00 |
| Attorney Time | 1/28/2025, Litigation, Hourly representation: N/C file joint scheduling report and proposed scheduling order; save docket entry 101 to file. | 0.00 | 450.00 | 0.00 |
| Attorney Time | 1/30/2025, Litigation, Hourly representation: Review email correspondence from opposing counsel providing plaintiff's initial disclosures; save same to file. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 1/30/2025, Litigation, Hourly representation: Review docket entry 103 regarding plaintiff's status report respecting its initial disclosures; save same to file. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 1/31/2025, Litigation, Hourly representation: Review docket entry 104, plaintiff's motion for default judgment against the non-appearing defendants; save motion together with supporting documents to file; brief review of same; email co-counsel recommending ████████████████████████████████ ███████████████████████. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 1/31/2025, Litigation, Hourly representation: Receive authorization from co-counsel to prepare brief in opposition to plaintiff's motion for entry of default final judgment; file same with court and save docket entry 105 to file. | 2.00 | 450.00 | 900.00 |

Total:          6345.00

Thank you for your business.

Mail payments to:
PO Box 172381
Tampa, FL 33672



**Klema Law, P.L.**
420 W. Kennedy Boulevard
Second Floor, Commerce Club
Tampa, FL 33606
202-713-5292
Griffin@KlemaLaw.com

# Invoice

Bill to:

**Shenzhen Moulis Electronic Co., Ltd. (Aliver)**
c/o co-counsel
Di Li Law P.C.
18725 Gale Avenue, Suite 208
City of Industry, CA 91748

| Invoice #: | 0000555 |
|---|---|
| Date: | 3/1/2025 |
| Amount due: | 6851.00 |
| Terms of payment: | Due Upon Receipt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Expenses | 2/27/2025, Litigation, Hourly representation: Pay U.S. Copyright Office fees for obtaining copy of plaintiff's application, deposit materials, and correspondence. | 1.00 | 1136.00 | 1136.00 |
| Attorney Time | 2/3/2025, Litigation, Hourly representation: Continue drafting motion to dismiss, including lack of access to plaintiff's unpublished work, argument respecting difference between copyright and trademark, lack of allegations respecting original expression, and lack of statutory remedies. | 1.60 | 450.00 | 720.00 |
| Attorney Time | 2/10/2025, Litigation, Hourly representation: Continue drafting motion to dismiss; revise procedural history, significant revisions to argument respecting standing, significant revisions to argument respecting trademark v. copyright, revisions to access to unpublished work, add new argument regarding invalidity of the certificate of registration, and further argument to prevent plaintiff from seeking leave to amend; draft conclusion and revise prayer for relief; slight revision to request for hearing. | 8.70 | 450.00 | 3915.00 |
| Attorney Time | 2/10/2025, Litigation, Hourly representation: Prepare version 3, and finalize motion to dismiss with slight revisions to readability; file same prior to deadline; save docket entry 107 to file; advise cocounsel of filing of same, and request supporting declarations. | 0.30 | 450.00 | 135.00 |
| Attorney Time | 2/10/2025, Litigation, Hourly representation: Review email correspondence from cocounsel regarding addresses stated in plaintiff's declarations. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 2/11/2025, Litigation, Hourly representation: N/C review docket entry 108, notice of voluntary dismissal. | 0.00 | 450.00 | 0.00 |
| Attorney Time | 2/11/2025, Litigation, Hourly representation: Email correspondence with co-counsel respecting declarations; review and revise declarations; email redline revisions to cocounsel. | 0.30 | 450.00 | 135.00 |
| Attorney Time | 2/12/2025, Litigation, Hourly representation: File finalized declarations in support of motion to dismiss; save docket entries 109 and 110 to file. | 0.60 | 450.00 | 270.00 |
| Attorney Time | 2/19/2025, Litigation, Hourly representation: N/C review docket entry 111, order of dismissal respecting certain defendants. | 0.00 | 450.00 | 0.00 |

| Item | Description | Qty | Unit cost | Price |
|------|-------------|-----|-----------|-------|
| Attorney Time | 2/19/2025, Litigation, Hourly representation: N/C review docket entry 112, order of dismissal respecting certain defendants. | 0.00 | 450.00 | 0.00 |
| Attorney Time | 2/23/2025, Litigation, Hourly representation: Review email correspondence from opposing counsel regarding proposed second amended complaint, together with additional exhibits; conclude exhibits are improper for purposes of a pleading; request redline changes to pleading itself from opposing counsel. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 2/23/2025, Litigation, Hourly representation: Draft email correspondence to cocounsel regarding proposed second amended complaint with questions and recommendations. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 2/24/2025, Litigation, Hourly representation: Review email correspondence from opposing counsel providing redline changes to proposed second amended complaint; save to file; review; draft email correspondence to co-counsel regarding recommendations. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 2/24/2025, Litigation, Hourly representation: Review information provided by cocounsel and her assistant regarding information respecting plaintiff's existence in mainland China; request further declaration attesting to new issues regarding plaintiff to be included in forthcoming motion to dismiss. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 2/24/2025, Litigation, Hourly representation: Draft consent for plaintiff to file second amended complaint; email same to opposing counsel. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 2/25/2025, Litigation, Hourly representation: N/C review docket entry 116, notice of dismissal respecting certain defendants. | 0.00 | 450.00 | 0.00 |
| Attorney Time | 2/25/2025, Litigation, Hourly representation: Review court order, docket 117, regarding scheduling conference; save same to file. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 2/25/2025, Litigation, Hourly representation: Draft email correspondence to cocounsel regarding court order on scheduling conference; providing possible strategies and recommendations. | 0.20 | 450.00 | 90.00 |
| | | | Total: | 6851.00 |

Thank you for your business.

Mail payments to:
PO Box 172381
Tampa, FL 33672



**Klema Law, P.L.**
420 W. Kennedy Boulevard
Second Floor, Commerce Club
Tampa, FL 33606
202-713-5292
Griffin@KlemaLaw.com

# Invoice

Bill to:

**Shenzhen Moulis Electronic Co., Ltd. (Aliver)**

c/o co-counsel
Di Li Law P.C.
18725 Gale Avenue, Suite 208
City of Industry, CA 91748

| Invoice #: | 0000556 |
|---|---|
| Date: | 3/27/2025 |
| Amount due: | 555.00 |
| Terms of payment: | Due Upon Receipt |

| Item | Description | Qty | Unit cost | Price |
|---|---|---|---|---|
| Attorney Time | 3/7/2025, Litigation, Hourly representation: n/c travel to and from court in connection with appearing pursuant to court order for case management conference. 8.9 | 0.00 | 450.00 | 0.00 |
| Attorney Time | 3/7/2025, Litigation, Hourly representation: Appear before court pursuant to order regarding case management conference; advocate for client's position in limited fashion given judge's disposition; confer with opposing counsel in person following hearing to resolve points of disagreement in joint scheduling report. | 2.00 | 450.00 | 900.00 |
| Attorney Time | 3/10/2025, Litigation, Hourly representation: Continue revising motion to dismiss first amended complaint to address dismissal of second amended complaint. | 0.50 | 450.00 | 225.00 |
| Attorney Time | 3/10/2025, Litigation, Hourly representation: Revise original joint scheduling report and prepare amended joint scheduling report as required by court order; email same to opposing counsel. | 0.70 | 450.00 | 315.00 |
| Attorney Time | 3/10/2025, Litigation, Hourly representation: Draft stipulation pursuant to Rule 29 respecting limitations on discovery; email same to opposing counsel. | 0.40 | 450.00 | 180.00 |
| Attorney Time | 3/10/2025, Litigation, Hourly representation: Telephone call with opposing counsel regarding revisions to amended joint scheduling report; discuss discovery limitations stipulation. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 3/10/2025, Litigation, Hourly representation: Review email correspondence from opposing counsel providing authorization to apply his electronic signature to the joint stipulation and amended joint scheduling report; file same with court. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 3/10/2025, Litigation, Hourly representation: Draft email correspondence to co-counsel regarding questions respecting declaration of Jun Lin. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 3/11/2025, Litigation, Hourly representation: Review and respond to email correspondence from co-counsel regarding questions on Chinese business certificate of plaintiff; discuss possible defensive issues to include in the motion to dismiss second amended complaint. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 3/27/2025, Litigation, Hourly representation: Continue drafting motion to dismiss the SAC; revise argument on standing. | 2.80 | 450.00 | 1260.00 |

| Item | Description | Qty | Unit cost | Price |
|------|-------------|-----|-----------|-------|
| Attorney Time | 3/27/2025, Litigation, Hourly representation: Revise declaration of Baibing Cui in support of motion to dismiss the SAC. | 0.30 | 450.00 | 135.00 |
| Attorney Time | 3/27/2025, Litigation, Hourly representation: Telephone call from opposing counsel, asserting that he intends to voluntarily dismiss with prejudice the defendants. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 3/27/2025, Litigation, Hourly representation: Telephone call to co-counsel; advising of wall representation of opposing counsel respecting dismissal; discussing potential additional strategic decisions and filings given the deadline and possible post-judgment proceedings. | 0.20 | 450.00 | 90.00 |
| Attorney Time | 3/27/2025, Litigation, Hourly representation: Review docket entry no. 129, notice of voluntary dismissal with prejudice of clients. | 0.10 | 450.00 | 45.00 |
| Attorney Time | 3/27/2025, Litigation, Hourly representation: Draft email correspondence to co-counsel regarding prevailing party status and post-judgment representation. | 0.20 | 450.00 | 90.00 |

|  | Total: | 3555.00 |
|--|--------|---------|
|  | Amount paid: | -3000.00 |
|  | Balance due: | 555.00 |

Thank you for your business.

Mail payments to:
PO Box 172381
Tampa, FL 33672



# Klema Law, P.L.

Access the law℠

Griffin C. Klema
Attorney at Law

420 W. KENNEDY BOULEVARD, TAMPA, FLORIDA 33606
PO BOX 172381 TAMPA, FLORIDA 33672
202-713-5292   Griffin@KlemaLaw.com

December 11, 2024

<u>VIA EMAIL ONLY</u>
di@dililaw.com

Di Li, Esq.
Di Li Law P.C.
18725 Gale Avenue, Suite 208
City of Industry, CA 91748

**RE:**   **Co-counsel agreement**
Style:     *XYZ Corporation v. The individuals, partnerships and unincorporated associations
           identified on Schedule A*
           *Real plaintiff in interest: Guangzhou tinpod Electronic Technology Co., Ltd.*
Court:     United States District Court for the Southern District of Florida
Case No.:  0:24-cv-61886
Client:    Shenzhen Moulis Electronic Co., Ltd.
Client d/b/a: SHANWU, KuiyaShangmao, Libanshangmao, Yongxudedian,
Lihaitengshisanzhan, FCZJYUS, Shengzhenshifeikoushengwukejiyouxiangongsi, Stellar
Express, Li521322101, Mianyangchuangshiyou, Beauty Nature, Tangxiashangmao, Yep
US, Mcukv Beauty, Aliver Official, Elaimei, SEFUDUN, Olimmal, KuiyaShangmao

Dear Ms. Li,

We are pleased that your firm, Di Li, P.C. ("Co-counsel") and the above client have
decided to engage our law firm, Klema Law, as local counsel in the above matter. Please
accept this as our proposal and letter of engagement.

## Scope of Work & Fees

The following are our fees for professional services in the dispute:

| Legal Work | Rate |
|---|---|
| Review motion and supporting documentation for Co-counsel's admission pro hac vice, prepare and file notice of appearance as local counsel, and file with court (Co-counsel to prepare initial draft) | $500 flat fee |

Di Li, Esq.
December 11, 2024
Page 2

| Legal Work | Rate |
|---|---|
| Review proposed submissions drafted by Co-counsel for local rules compliance and file documents with court | $50 flat fee |
| All other work, such as, but not limited to providing strategic and substantive feedback to Co-counsel as necessary for its revision of proposed submissions; general strategy counsel concerning defense against plaintiff's claims; drafting motions or other court filings, appearing for hearings, depositions, meetings, or mediation by telephone or videoconference | $450 per hour |

The $50 flat fee contemplates one submission of ten pages or less (including any attachments or exhibits). Multiple separate ECF submissions are billed separately at the flat rate. For any submission that exceeds 10 pages, the firm reserves the right to bill the flat fee in $50 increments per ten pages. Irrespective of whether Co-counsel obtains filing privileges that would allow it to file directly with the court, this firm will still need to review the proposed submission(s) from Co-counsel prior to filing and the flat fee will be charged. Should a court filing require hardcopy submission, Co-counsel assumes responsibility for and will incur the cost of printing and delivering same.

If the client secures a defensive victory (defense judgment on the merits or a dismissal, whether with or without prejudice, voluntary or involuntary, except in the event of a settlement), client agrees to allow this firm to proceed to seek prevailing party attorney's fees from the plaintiff, whether as a sanction against plaintiff's counsel, from plaintiff, or otherwise. Client's involvement in post-judgment fee proceedings generally requires no involvement of the client, as the entitlement and lodestar calculation are primarily legal questions and facts within the knowledge of counsel that counsel can show by affidavit.

Both you as Co-counsel and the client are jointly responsible to pay the firm's professional fees.

Although we're offering our services partially on a flat fee, please understand that our time is valuable. The flat fee contemplates what we normally expect for our time on the matter, and therefore to the extent we determine that your or the client's demands on our time unreasonably exceed what we expect, or other matters likewise cause a greater time commitment, we reserve the right to increase the fee or charge an hourly rate, but will do so only with advance notice.

**Costs**

Part of our representation may include costs that are not included in our fee. Examples include government filing fees, hiring specialists and experts, or court reporter fees. You

Di Li, Esq.
December 11, 2024
Page 3

control what costs you would like to incur.

## Co-Counsel and Client Satisfaction

The firm prides itself on delivering *value*, not just legal services. We thrive on feedback about your satisfaction, and we encourage questions about our work or invoices. Did we deliver on time? Did we come in under budget? Was our work anything less than outstanding? We earnestly solicit your input to improve our services. If you are dissatisfied for any reason with our fees or services, please bring those concerns to us immediately.

## How We Resolve Disagreements

In the unlikely event there is a disagreement either between our firm and you as Co-counsel, or our firm and the client, that dispute will be resolved through arbitration. As counsel and agent for the client, you are agreeing that both you and the client are entering into an arbitration agreement. The client should consider obtaining independent legal advice as to the advisability of entering into this arbitration agreement.

By signing below, you and the client are hiring Klema Law and each of you accepts the Terms of Representation

_____
Signature

Di Li
_____
Name

CEO
_____
Official Title / Position

12/11/2024
_____
Date