UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:24-cv-61886-JB

XYZ CORPORATION,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

### DECLARATION OF DI LI, ESQ. IN SUPPORT OF THE ALIVER DEFENDANTS' MOTION FOR ATTORNEY'S FEES

I, Di Li, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 of the following is true and correct:

1. I submit this declaration in support of the Aliver Defendants' motion for attorney's fees. I have personal knowledge of the facts stated herein and if called upon and sworn as a witness I could testify competently to them.

### My Education, Training, and Experience

2. I have been an active member of the State Bar of California since December 6, 2013, under license number 294173. I am the owner and principal attorney of Di Li Law, Professional Corporation, located in City of Industry, California. My firm developed rapidly and grew from a one-person sole proprietorship to an eight-member professional corporation in less than ten years.

3. I am fluent in both English and Mandarin Chinese. Due to the bilingual nature of my practice, my law firm represents many Chinese-speaking clients throughout California, the United States, and abroad.

4. During my twelve years in continuous practice, I personally handled a large volume of trademark and copyright applications and represented hundreds of companies and individuals in copyright and trademark litigation matters, especially in "Schedule A" lawsuits similar to the current case.

## My Time and Hourly Rate

5. As the pro hac vice counsel in this case, I worked together with lead counsel Griffin Klema, and I billed 25.59 hours of time, and wrote-off (no-charged) at least 4 hours of time. Attached hereto are the invoices sent to Shenzhen Moulis, and which have been paid.

6. My rate for civil litigation is $450 per hour. Given that I am a true solo attorney and perform all work on client matters, and track all of my time spent on matters, I make adjustments to my time where appropriate to reflect what is reasonable for a given matter, often, as was the case here, non-charging for time that normally would be secretarial in nature.

7. As a result of my experience, training, and investigation, as summarized above, I am of the opinion that the hourly rate I charge is reasonable given the level of my experience, the current market for professional services, and the requisite skill involved in the defense of a copyright infringement case.

/ / /

/ / /

8. I am also of the opinion that the number of hours expended by myself and Mr. Klema at our respective hourly rates was reasonable and not excessive for a case such as this one, and, in total, those fees were of the magnitude that would have been charged by lawyers of the same skill level under similar circumstances involved in similar cases with similar clients.

Dated: May 5, 2025

/s/ Di Li
Di Li, Esq.



# INVOICE

Invoice # 5746
Date: 12/24/2024

# Di Li Law, Professional Corporation

18725 Gale Ave., Ste 208
City of Industry, CA 91748

Shenzhen Moulis Electronic Co.,Ltd
深圳市宝安区新安街道安乐社区44区物业大厦601

## 03166- Shenzhen Moulis Electronic Co.,Ltd

## Copyright Infringement Lawsuit - Case No. 0:24-cv-61886-JB

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 12/10/2024 | Drafted Pro Hac Vice motion | 0.58 | $450.00 | $261.00 |
| Service | 12/11/2024 | Trade Dress Application - Castor Oil packaging | 2.00 | $300.00 | $600.00 |
| Expense | 12/11/2024 | Reimbursable expenses: USPTO Trademark Application Fee (per class) - Fee before 1/18/2025 | 2.00 | $250.00 | $500.00 |
| Service | 12/13/2024 | Drafted opposition to PI | 5.82 | $450.00 | $2,619.00 |
| Service | 12/13/2024 | Drafted declaration of Li Fu | 0.73 | $450.00 | $328.50 |
| Service | 12/13/2024 | Revised Declaration of Li Fu | 1.74 | $450.00 | $783.00 |
| Service | 12/13/2024 | Finalized declaration of Li Fu and exhibits | 1.87 | $450.00 | $841.50 |
| Service | 12/16/2024 | Hearing appearance - TRO & Preliminary Injunction | 1.00 | $500.00 | $500.00 |
| Service | 12/16/2024 | Drafted supplemental declaration of Li Fu | 0.86 | $450.00 | $387.00 |
| Service | 12/16/2024 | Drafted proposed order | 0.32 | $450.00 | $144.00 |
| Service | 12/17/2024 | Continued drafting Supplemental Declaraiton of Li Fu draft (re sales) | 0.98 | $450.00 | $441.00 |
| Service | 12/17/2024 | Revised Declaration Of Li Fu In Response To Plaintiff's Motion To Oppose Notice Of Entry Of Parties | 0.55 | $450.00 | $247.50 |
| Service | 12/18/2024 | Drafted new declaration regarding business names and translated business licenses for defendants | 2.09 | $450.00 | $940.50 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 12/20/2024 | Research on effect of settlement and claim preclusion | 0.48 | $450.00 | $216.00 |
| Service | 12/20/2024 | Hearing appearance - Preliminary Injunction | 1.00 | $500.00 | $500.00 |
| Service | 12/24/2024 | Prepared letters to Amazon and Walmart re dissolution of TRO and denial of PI | 0.52 | $450.00 | $234.00 |
| **Non-billable entries** | | | | | |
| Service | 12/09/2024 | Contacting local counsels | ~~0.50~~ | ~~$450.00~~ | ~~$225.00~~ |
| Service | 12/10/2024 | Spoke with local counsel Griffin Klema about fees and strategy | ~~0.50~~ | ~~$450.00~~ | ~~$225.00~~ |
| Service | 12/13/2024 | Research on "work for hire" under China Copyright Law | ~~0.49~~ | ~~$450.00~~ | ~~$220.50~~ |
| Service | 12/24/2024 | Multiple discussion with local counsel Griffin Klema regarding the case | ~~2.00~~ | ~~$450.00~~ | ~~$900.00~~ |
| Service | 12/24/2024 | Meeting with Griffin and Wade on Wechat | ~~0.95~~ | ~~$450.00~~ | ~~$427.50~~ |
| Service | 12/24/2024 | Multiple discussion with client regarding the case (both messages and call) | ~~2.00~~ | ~~$450.00~~ | ~~$900.00~~ |
| | | | **Total** | | **$9,543.00** |
| | | | **Payment (01/03/2025)** | | -$9,512.00 |
| | | | **Payment (01/16/2025)** | | -$31.00 |
| | | | **Balance Owing** | | **$0.00** |

Please make all amounts payable to: Di Li Law, Professional Corporation
Bank Account:         Di Li Law, Professional Corporation
Bank Name:           JP Morgan Chase
Bank Address:        17247 Colima Rd, City of Industry, CA 91748 USA
Account Number:      220555285
Routing Number:      322271627 (for direct deposits and ACH transactions)
                     021000021 (for wire transfers)
SWIFT code:          CHASUS33
Zelle/QuickPay:      info@dililaw.com

An additional $15 transaction fee will be deducted for international wires.
国际汇款需额外预留银行手续费15美金。



# INVOICE

Invoice # 6005
Date: 03/11/2025

# Di Li Law, Professional Corporation

18725 Gale Ave., Ste 208
City of Industry, CA 91748

Shenzhen Moulis Electronic Co.,Ltd
深圳市宝安区新安街道安乐社区44区物业大厦601

## 03166- Shenzhen Moulis Electronic Co.,Ltd

## Copyright Infringement Lawsuit - Case No. 0:24-cv-61886-JB

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 12/26/2024 | Started drafting Answer to Amended Complaint and affirmative defenses | 0.59 | $450.00 | $265.50 |
| Service | 12/26/2024 | Drafted Unopposed motion for extension of time and Proposed Order | 0.69 | $450.00 | $310.50 |
| Service | 12/26/2024 | Drafted Corporate Disclosure Statement | 0.14 | $450.00 | $63.00 |
| Service | 12/27/2024 | Drafted Initial Disclosures | 1.33 | $450.00 | $598.50 |
| Service | 01/03/2025 | Drafted and sent demand letter to Jeff Bezos | 0.27 | $450.00 | $121.50 |
| Service | 01/08/2025 | Requested deposit copy of Li Fu's copyright registrations | 0.09 | $450.00 | $40.50 |
| Service | 01/08/2025 | Requested deposit copies from the copyright office | 0.10 | $450.00 | $45.00 |
| Service | 01/08/2025 | Conducted search of Guangzhou Tinpod on various websites in China (by Baibing Cui) | 0.77 | $450.00 | $346.50 |
| Expense | 01/15/2025 | Reimbursable expenses: Copyright Office - Request two deposit copies | 1.00 | $374.00 | $374.00 |
| Service | 01/17/2025 | Sent letter to Doug McMillon, CEO of Walmart | 0.36 | $450.00 | $162.00 |
| Expense | 02/10/2025 | Reimbursable expenses: Evergreen trust request from Griffin Klema | 1.00 | $3,000.00 | $3,000.00 |
| Service | 02/11/2025 | Drafted Declarations of Baibing Cui and Di Li, prepared exhibits and sent to Griffin for review | 1.28 | $450.00 | $576.00 |
| Service | 02/11/2025 | Revised Declarations per Griffin's needs | 0.68 | $450.00 | $306.00 |

| | | | | | |
|---|---|---|---|---|---|
| Expense | 02/24/2025 | Reimbursable expenses: Griffin Invoice #0551 - $31 wire fee deducted | 1.00 | $31.00 | $31.00 |
| Service | 02/24/2025 | Reviewed P's motion to leave to amend complaint, emailed Griffin and Wade about new information | 1.00 | $450.00 | $450.00 |
| Service | 03/07/2025 | Conducted research of Guangzhou Tianluo and drafted declaration of Baibing Cui | 1.40 | $450.00 | $630.00 |
| Service | 03/07/2025 | Conducted legal research on cases cited by Plaintiff in the Second Amended Complaint | 0.81 | $450.00 | $364.50 |
| Service | 03/11/2025 | Answered Griffin's email about Plaintiff's entity information | 0.27 | $450.00 | $121.50 |
| Expense | 03/11/2025 | Reimbursable expenses: Bank wire fee | 1.00 | $31.00 | $31.00 |

| | |
|---|---|
| **Total** | **$7,837.00** |
| **Payment (03/11/2025)** | **-$7,837.00** |
| **Balance Owing** | **$0.00** |

Please make all amounts payable to: Di Li Law, Professional Corporation
Bank Account:        Di Li Law, Professional Corporation
Bank Name:           JP Morgan Chase
Bank Address:        17247 Colima Rd, City of Industry, CA 91748 USA
Account Number:      220555285
Routing Number:      322271627 (for direct deposits and ACH transactions)
                     021000021 (for wire transfers)
SWIFT code:          CHASUS33
Zelle/QuickPay:      info@dililaw.com

An additional $15 transaction fee will be deducted for international wires.
国际汇款需额外预留银行手续费15美金。



# INVOICE

Invoice # 6077
Date: 03/27/2025

## Di Li Law, Professional Corporation

18725 Gale Ave., Ste 208
City of Industry, CA 91748

Shenzhen Moulis Electronic Co.,Ltd
深圳市宝安区新安街道安乐社区44区物业大厦601

### 03166- Shenzhen Moulis Electronic Co.,Ltd

### Copyright Infringement Lawsuit - Case No. 0:24-cv-61886-JB

| Type | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- |
| Service | 03/11/2025 | Translations of PRC Rules | 0.29 | $450.00 | $130.50 |
| Service | 03/12/2025 | Research on agent/principal and corporate law of PRC | 0.55 | $450.00 | $247.50 |
| Service | 03/27/2025 | Revised and finalized Baibing Cui's declaration | 0.21 | $450.00 | $94.50 |
| | | | | **Total** | **$472.50** |
| | | | | **Payment (03/27/2025)** | **-$472.50** |
| | | | | **Balance Owing** | **$0.00** |

Please make all amounts payable to: Di Li Law, Professional Corporation
Bank Account:      Di Li Law, Professional Corporation
Bank Name:         JP Morgan Chase
Bank Address:      17247 Colima Rd, City of Industry, CA 91748 USA
Account Number:    220555285
Routing Number:    322271627 (for direct deposits and ACH transactions)
                   021000021 (for wire transfers)
SWIFT code:        CHASUS33
Zelle/QuickPay:    info@dililaw.com

An additional $15 transaction fee will be deducted for international wires.
国际汇款需额外预留银行手续费15美金。