# Exhibit 1

**Exhibit 1**

**Exhibit 1**

# Griffin Klema

| | |
|---|---|
| **From:** | Michael Feldenkrais <mfeldenkrais@gmail.com> |
| **Sent:** | Tuesday, April 29, 2025 5:41 PM |
| **To:** | Griffin Klema |
| **Subject:** | Re: Local Rule 7.3(b) conferral |

Reviewing will get back to you.

Michael

Sent from my T-Mobile 5G Device
Get Outlook for Android

---

**From:** Griffin Klema <griffin@klemalaw.com>
**Sent:** Tuesday, April 29, 2025 2:18:09 PM
**To:** 'Michael Feldenkrais' <mfeldenkrais@gmail.com>
**Subject:** Local Rule 7.3(b) conferral

Michael,

Pursuant to Local Rule 7.3(b), please let me know what time works on your schedule to confer respecting my clients' motion for attorney's fees. We have 21 days from yesterday to confer, making the deadline Monday, May 19, 2025. I'm hoping we can narrow any potential areas of disagreement.

Sincerely,



**Griffin Klema**
Intellectual Property & Litigation
**Klema Law, P.L.**

cell: 202-713-5292
video call:
Griffin@KlemaLaw.com

1