# Exhibit 2

**Exhibit 2**

**Exhibit 2**

# Griffin Klema

| | |
|---|---|
| **From:** | Griffin Klema <griffin@klemalaw.com> |
| **Sent:** | Wednesday, May 7, 2025 10:52 PM |
| **To:** | 'Michael Feldenkrais' |
| **Subject:** | RE: Local Rule 7.3(b) conferral |

Michael,

I'm sorry, I don't recall you having an absence, and I think the last time you and I spoke was a month ago. If you're travelling, is there anyone else that you could get to delegate it to? Or I suppose you could file a motion to extend the deadline. Let me know.

Griffin

---

**From:** Michael Feldenkrais <mfeldenkrais@gmail.com>
**Sent:** Wednesday, May 7, 2025 7:57 PM
**To:** Griffin Klema <griffin@klemalaw.com>
**Subject:** Re: Local Rule 7.3(b) conferral

As you may or may not recall from one of our last conversation this week and next I am out.  I know you don't remember my schedule, but this is the time I was going to be out.  I am trying to find a time that works to give you, as I am travelling.  I know the deadline, so I will reach out with a date and time as soon as I have one before that day to confer.

Thanks,

Michael Feldenkrais

---

**From:** Griffin Klema <griffin@klemalaw.com>
**Sent:** Tuesday, April 29, 2025 2:15 PM
**To:** 'Michael Feldenkrais' <mfeldenkrais@gmail.com>
**Subject:** Local Rule 7.3(b) conferral

Michael,

Pursuant to Local Rule 7.3(b), please let me know what time works on your schedule to confer respecting my clients' motion for attorney's fees. We have 21 days from yesterday to confer, making the deadline Monday, May 19, 2025. I'm hoping we can narrow any potential areas of disagreement.

Sincerely,

1



**GRIFFIN KLEMA**
Intellectual Property & Litigation
**Klema Law, P.L.**

cell: 202-713-5292

video call:

Griffin@KlemaLaw.com

2