# Exhibit 4

**Exhibit 4**

**Exhibit 4**

# Griffin Klema

| | |
|---|---|
| **From:** | Griffin Klema <griffin@klemalaw.com> |
| **Sent:** | Tuesday, April 29, 2025 12:02 AM |
| **To:** | 'Michael Feldenkrais' |
| **Cc:** | 'Eservice Feldenkrais Law' |
| **Subject:** | SERVICE OF COURT DOCUMENT - CASE NO. 0:24-cv-61886-JB |
| **Attachments:** | 24-cv-61886 - MTN for atty fees DRAFT.pdf; 24-cv-61886 - MTN for atty fees Klema declaration v1.pdf |

| Court: | The United States District Court for the Southern District Of Florida |
|---|---|
| Case No.: | 0:24-cv-61886-JB |
| Plaintiff(s): | XYZ Corp |
| Defendant(s): | Schedule A defendants |
| Title of Document(s): | 1. The Aliver Defendants' motion for attorney's fees<br>2. Declaration of Klema |
| Sender's Name: | Griffin C. Klema, Esq. |
| Sender's Telephone No.: | 202-713-5292 |



**GRIFFIN KLEMA**
Intellectual Property & Litigation
**Klema Law, P.L.**

cell: 202-713-5292

video call: [zoom]

Griffin@KlemaLaw.com

1