UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 0:24-cv-61886

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants,

_____/

## NOTICE OF FILING DECLARATION OF MICHAEL FELDENKRAIS IN SUPPORT OF THE PLAINTIFF'S RESPONSE IN OPPOSITION TO ALIVER DEFENDANTS' MOTION FOR EXTENSION OF TIME NUNC PRO TUNC

Plaintiff, by and through undersigned counsel, hereby notices his filing of Declaration of Michael Feldenkrais in support of Plaintiff's response in opposition to Aliver Defendants' Motion for Extension of Time *nunc pro tunc*.

Respectfully submitted this June 2, 2025

**FELDENKRAIS LAW, P.A.**
Attorneys for Plaintiffs
20533 Biscayne Blvd. Suite 469
Aventura, FL 33180
Telephone: (305) 528-9614
Email: mfeldenkrais@gmail.com
By: /s/ Michael Feldenkrais, Esq.
Florida Bar No. 991708

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 0:24-cv-61886

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants,

_____/

**DECLARATION OF MICHAEL FELDENKRAIS IN SUPPORT OF THE**

**PLAINTIFF'S RESPONSE IN OPPOSITION TO ALIVER DEFENDANTS'**

**MOTION FOR ATTORNEYS' FEES**

I, Michael Feldenkrais, declare and state as follows:

1. I am over 18 years of age and I have personal knowledge of the facts set forth herein.

2. I am counsel of record for the Plaintiff, Guangzhou Tinpod Electronic Technology Co., Ltd. ("Plaintiff") and I make this declaration in support of Plaintiff's Opposition to the Aliver Defendants' Motion for Extension of Time *nunc pro tunc*.

3. That the Aliver Defendants' Draft Motion for Attorney's Fees (hereinafter refer to as

the "draft motion") is untimely. The order giving rise to the claim of Attorney's fee (Order of Voluntary Dismissal against the Aliver Defendants) was entered on March 28, 2025. (ECF No. 131). Therefore, Aliver Defendants deadline to file motion for the Attorney's fees will expire on May 27, 2025, i.e., 60 days from the date of final judgment.[1] Thus, the draft motion must be served at least thirty days prior to May 27, 2025. Now, thirty days prior to the deadline for the filing of motion of Attorney's Fees falls on April 27, 2025, which is Sunday. <u>Pursuant to Fed. R. Civ. P. 6(a)(1) read with 6(a)(5), the deadline will be calculated backward when measured before an event</u>, i.e. it will be deemed to fall to the last business day, Friday, April 25, 2025. Therefore, the Aliver Defendants' deadline to serve the draft motion to the Plaintiff expired on April 25, 2025. However, the Aliver Defendants did not serve the draft motion by the April 25, 2025 deadline and instead served it on April 29, 2025, resulting in a delay of four days. *See, Grigorian v. FCA US LLC*, 2021 US Dist. LEXIS 190150 [note: …Defendants' Motion for Costs was due sixty days after December 19, 2019, which was February 11, 2020. Because January 12, 2020 was Sunday, Defendant was required to serve its motion on Plaintiff by January 10, 2020. Therefore, Defendant's Motion was served on Plaintiff three days late under the Local Rules…]

4. After being served with the draft motion, Conferral with the Aliver Defendants' Attorney Griffin C. Klema was held on May 14, 2025. During the pre-filing conferral conference on the Attorney's Fees Motion both the parties were unable to reach any agreement on either the issue of entitlement or the issue of amount. Subsequently, the Plaintiff's Response in opposition to the Aliver Defendants' draft motion was served to the Aliver Defendants' Attorney on dated May 19, 2025, and the response in

---

[1] Sixty Days from March 28, 2025 falls on May 27, 2025, which is neither Saturday, Sunday or any other Legal Holiday. Thus, Pursuant to Fed. R. Civ. P. 6(a)(1), the deadline will be May 27,2025.

opposition reflects the same matters that were discussed during the conferral conference.

5. On May 20, 2025, the Aliver Defendants filed the Motion for the Attorney's Fees and on May 23, 2025, the Aliver Defendants filed the Motion for the extension of time for serving the draft motion.

6. Before filing the Motion for extension of time for serving the draft motion, a telephonic conferral with Aliver Defendants' Attorney was held on May 23, 2025. However, both the parties could not reach a settlement on the extension of time and the issue with the four days delay of serving the draft motion was clearly pointed out by the Plaintiff's Attorney to Mr. Griffin C. Klema.

7. After the completion of 30 days from the date of the entry of Voluntary Dismissal, the Plaintiff as well as the Attorney for the Plaintiff reasonably believed in good faith that no further Attorney-fee related obligations remained against the Plaintiff and that the matter has finally concluded with respect to the Aliver Defendants in accordance with the Local Rules. This made the Plaintiff to shift away his attention and resources from addressing any prospective motion for attorney's fees. However, the untimely service of the draft motion by a four-day delay, compelled the Plaintiff to re-enter a procedural dispute that had effectively been relinquished by the Aliver Defendants due to their failure to serve the draft motion in a timely manner. Now, due to such delay the Plaintiff is forced to <u>expend additional time and legal costs</u> which could have been avoided had the Defendant timely served the Plaintiff with the Draft Motion.

8. The delayed service of Draft by four days <u>curtailed the timeframe</u> for reviewing the detailed billing records, conferring internally with the client and with experts on fee reasonableness and draft the objections with "reasonable particularity" in accordance with Rule 7.3 (a) of the Local Rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of June, 2025.

**FELDENKRAIS LAW, P.A.**

Attorneys for Plaintiffs

20533 Biscayne Blvd. Suite 469

Aventura, FL 33180

Telephone: (305) 528-9614

Email: mfeldenkrais@gmail.com

By: /s / Michael Feldenkrais, Esq.

Florida Bar No. 991708