UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 0:24-cv-61886

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants,

_____/

**NOTICE OF FILING DECLARATION OF MICHAEL FELDENKRAIS IN SUPPORT OF THE PLAINTIFF'S RESPONSE IN OPPOSITION TO ALIVER DEFENDANTS' MOTION FOR ATTORNEYS' FEES.**

Plaintiff, by and through undersigned counsel, hereby notices his filing of Declaration of Michael Feldenkrais in support of Plaintiff's response in opposition to Aliver Defendants' Motion for Attorneys' Fees.

Respectfully submitted this June 2nd, 2025

**FELDENKRAIS LAW, P.A.**
Attorneys for Plaintiffs
20533 Biscayne Blvd. Suite 469
Aventura, FL 33180
Telephone: (305) 528-9614
Email: mfeldenkrais@gmail.com
By: /s/ Michael Feldenkrais, Esq.
Florida Bar No. 991708

**UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**CASE NO. 0:24-cv-61886**

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants,

_____/

**DECLARATION OF MICHAEL FELDENKRAIS IN SUPPORT OF THE PLAINTIFF'S RESPONSE IN OPPOSITION TO ALIVER DEFENDANTS' MOTION FOR ATTORNEYS' FEES**

I, Michael Feldenkrais, declare and state as follows:

1. I am over 18 years of age and I have personal knowledge of the facts set forth herein.

2. I am counsel of record for Plaintiff, Guangzhou Tinpod Electronic Technology Co., Ltd. ("Plaintiff") and I make this declaration in support of Plaintiff's Opposition to the Aliver Defendants' Draft Motion for Attorneys' Fees.

3. That the Aliver Defendants' Draft Motion for Attorney's Fees (hereinafter

refer to as the "draft motion") is untimely. The order giving rise to the claim of Attorney's fee (Order of Voluntary Dismissal against the Aliver Defendants) was entered on March 28, 2025. (ECF No. 131). Therefore, Aliver Defendants deadline to file motion for the Attorney's fees will expire on May 27, 2025, i.e., 60 days from the date of final judgment.[1] Thus, the draft motion must be served at least thirty days prior to May 27, 2025. Now, thirty days prior to the deadline for the filing of motion of Attorney's Fees falls on April 27, 2025, which is Sunday. <u>Pursuant to Fed. R. Civ. P. 6(a)(1) read with 6(a)(5), the deadline will be calculated backward when measured before an event</u>, i.e. it will be deemed to fall to the last business day, Friday, April 25, 2025. Therefore, the Aliver Defendants' deadline to serve the draft motion to the Plaintiff expired on April 25, 2025. However, the Aliver Defendants did not serve the draft motion by the April 25, 2025 deadline and instead served it on April 29, 2025, resulting in a delay of four days. *See, Grigorian v. FCA US LLC*, 2021 US Dist. LEXIS 190150 [note: …Defendants' Motion for Costs was due sixty days after December 19, 2019, which was February 11, 2020. Because January 12, 2020 was Sunday, Defendant was required to serve its motion on Plaintiff by January 10, 2020. Therefore, Defendant's Motion was served on Plaintiff three days late under the Local Rules…].

4. That the Aliver Defendants failed to prove the Material Alteration in the legal relationship between the parties.

5. That the Aliver Defendants failed to rebuff the Plaintiff's claim of Copyright Infringement.

---

[1] Sixty Days from March 28, 2025 falls on May 27, 2025, which is neither Saturday, Sunday or any other Legal Holiday. Thus, Pursuant to Fed. R. Civ. P. 6(a)(1), the deadline will be May 27,2025.

6. That the Aliver Defendants failed to prove that the Plaintiff's case was frivolous, unreasonable, or without foundation.

7. That the Aliver Defendants failed to prove the bad faith or improper motivation of the Plaintiff.

8. That the calculation of the Attorney's fees is based on unreasonable grounds.

9. After being served with the draft motion, Conferral with the Aliver Defendants' Attorney Griffin C. Klema was held on May 14, 2025. During the telephonic conferral on the Attorney's Fees Motion both the parties were unable to reach any agreement on either the issue of entitlement or the issue of amount. Subsequently, the Plaintiff's Response in opposition to the Aliver Defendants' draft motion was served to the Aliver Defendants' Attorney on dated May 19, 2025, and the response in opposition reflects the same matters that were discussed during the telephonic conferral.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 2nd day of June, 2025.

**FELDENKRAIS LAW, P.A.**

Attorneys for Plaintiffs

20533 Biscayne Blvd. Suite 469

Aventura, FL 33180

Telephone: (305) 528-9614

Email: mfeldenkrais@gmail.com

By: /s / Michael Feldenkrais, Esq.

Florida Bar No. 991708