Outlook

## SERVICE OF COURT DOCUMENT - CASE NO. 0:24-cv-61886-JB

**From** Griffin Klema <griffin@klemalaw.com>

**Date** Tue 4/29/2025 9:33 AM

**To** 'Michael Feldenkrais' <mfeldenkrais@gmail.com>

**Cc** Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>

📎 2 attachments (4 MB)

24-cv-61886 - MTN for atty fees DRAFT.pdf; 24-cv-61886 - MTN for atty fees Klema declaration v1.pdf;

| Court: | The United States District Court for the Southern District Of Florida |
|---|---|
| Case No.: | 0:24-cv-61886-JB |
| Plaintiff(s): | XYZ Corp |
| Defendant(s): | Schedule A defendants |
| Title of Document(s): | 1. The Aliver Defendants' motion for attorney's fees<br>2. Declaration of Klema |
| Sender's Name: | Griffin C. Klema, Esq. |
| Sender's Telephone No.: | 202-713-5292 |

Griffin Klema photograph

**GRIFFIN KLEMA**

Intellectual Property & Litigation

**Klema Law, P.L.**

cell: 202-713-5292

video call: Start Zoom conference

Griffin@KlemaLaw.com

 **Outlook**

## RE: SERVICE OF COURT DOCUMENT - CASE NO. 0:24-cv-61886-JB

**From** Griffin Klema <griffin@klemalaw.com>

**Date** <mark>Tue 4/29/2025 9:35 AM</mark>

**To** 'Michael Feldenkrais' <mfeldenkrais@gmail.com>

**Cc** Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>

📎 3 attachments (2 MB)

invoice_5746_compressed.pdf; invoice_6005_compressed.pdf; invoice_6077_compressed.pdf;

I forgot to attach Di's time sheets. Her declaration will follow.

Griffin

**From:** Griffin Klema <griffin@klemalaw.com>
**Sent:** <mark>Tuesday, April 29, 2025</mark> 12:02 AM
**To:** 'Michael Feldenkrais' <mfeldenkrais@gmail.com>
**Cc:** 'Eservice Feldenkrais Law' <eservice@feldenkraislawpa.com>
**Subject:** SERVICE OF COURT DOCUMENT - CASE NO. 0:24-cv-61886-JB

| | |
|---|---|
| **Court:** | The United States District Court for the Southern District Of Florida |
| **Case No.:** | 0:24-cv-61886-JB |
| **Plaintiff(s):** | XYZ Corp |
| **Defendant(s):** | Schedule A defendants |
| **Title of Document(s):** | 1. The Aliver Defendants' motion for attorney's fees<br>2. Declaration of Klema |
| **Sender's Name:** | Griffin C. Klema, Esq. |
| **Sender's Telephone No.:** | 202-713-5292 |

**GRIFFIN KLEMA**
Intellectual Property & Litigation
**Klema Law, P.L.**

cell: 202-713-5292

video call: Start Zoom conference

Griffin@KlemaLaw.com