**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 0:24-cv-61886-JB**

XYZ CORPORATION,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## NOTIFICATION OF NINTY DAYS EXPIRING

The eighteen Aliver Defendants, DE 42, pursuant to Local Rule 7.1(b)(4)(A), file this notice that 90 days has expired with respect to the Aliver Defendants' (1) motion for attorney's fees, [DE 20], and (2) motion for extension of time *nunc pro tunc*, [DE 134]. As required by Local Rule 7.1, the Aliver Defendants state:

With respect to the motion for attorney's fees:

1. The Aliver Defendants filed their motion for attorney's fees on May 20, 2025 [DE 133].
2. Plaintiff filed its response in opposition on June 2, 2025, [DE 136].
3. Defendants' deadline for reply was June 9, 2025, pursuant to Local Rule 7.1(c)(1), though no reply memorandum was filed.
4. The Court has not set a hearing on the motion, nor referred the matter to the magistrate judge.

With respect to the motion for extension of time:

5. The Aliver Defendants filed their motion for extension of time *nunc pro tunc* on May 23, 2025 [DE 134].

6. Plaintiff filed its response in opposition on June 2, 2025, [DE 135].

7. The Aliver Defendants filed their reply on June 9, 2025, [DE 137].

8. The Court has not set a hearing on the motion, nor referred the matter to the magistrate judge.

Both motions have been fully briefed and remain pending before the Court as of the date of this notice. No hearing has been set for either.

      /s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292

Di Li, Esq.
**DI LI LAW, P.C.**
18725 Gale Ave., Suite 208
City of Industry, CA 91748
Tel.: (626) 723-4849
Fax: (626) 956-0744
Email: di@dililaw.com
*Admitted Pro Hac Vice*

*Attorneys for the Aliver Defendants, DE 42*