Outlook

## Re: 24-cv-61886-JB -XYZ Corporation v. The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A

**From** Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>

**Date** Wed 3/25/2026 11:28 AM

**To** TRO Legal Communications <TROLegalComms@walmartlegal.com>

**Cc** mfeldenkrais@gmail.com <mfeldenkrais@gmail.com>

Dear Walmart Legal Team,

We write further to our prior correspondence and note that more than one month has elapsed since all requested documents were provided to you.

To date, we have not received any substantive update regarding the status of the matter, nor have the funds been remitted, despite multiple follow-up reminders. We would therefore appreciate your immediate confirmation of the current status and the expected timeline for payment.

In the absence of prompt resolution, our client has instructed us to proceed with initiating contempt proceedings without further notice.

We trust this will receive your urgent attention.


Best,
Manindra Kumar
Support Assistant for Michael Feldenkrais

FELDENKRAIS LAW, P.A.
20533 Biscayne Blvd. #469
Aventura, FL 33180
305-528-9614 D.
mfeldenkrais@gmail.com
eservice@feldenkraislawpa.com


**From:** Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>
**Sent:** Thursday, March 19, 2026 6:48 AM
**To:** TRO Legal Communications <TROLegalComms@walmartlegal.com>
**Cc:** mfeldenkrais@gmail.com <mfeldenkrais@gmail.com>
**Subject:** Re: 24-cv-61886-JB -XYZ Corporation v. The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A

Dear Walmart Legal Team,

Please note that the below breakdown is **missing the fund transfer/wire details of 7 Defendants** as included in the Exhibit A (List of Defaulting Defendants):

| Defendant No. | Seller Name | Store URL | Seller ID/ Partner ID |
|---|---|---|---|
| 71 | YGUANGWENI | https://www.walmart.com/seller/101628640 | 10001647990 |
| 72 | bznwn | https://www.walmart.com/seller/101628386 | 10001647735 |
| 81 | RuiYuanAiDianZi | https://www.walmart.com/seller/101654327 | 10001673677 |
| 83 | BAWN LLC | https://www.walmart.com/seller/102493077 | 10002512434 |
| 94 | WaIGRHFR | https://www.walmart.com/seller/101633511 | 10001652861 |
| 97 | Ihydz | https://www.walmart.com/seller/101232892 | 10001252252 |
| 115 | Yanhecun | https://www.walmart.com/seller/101662922?itemId =6736213876 | 10001682272 |

Also, for many Defendants in the breakdown shared by you, **the wire amount is blank**. Please send us the **complete details** of all such defaulting Defendants as well.

It's been almost 20 working days since we have shared all the details including the order with you. Kindly proceed to remit the awarded funds to the account detailed in the thread mail by today itself. We expect the compliance and fund transfer to be completed in an expedite manner. Please note that our Client reserves its right to initiate contempt action against you in case of further delay.

Should you have any questions or require further clarification, please do not hesitate to contact us.

Best,
Manindra Kumar
Support Assistant for Michael Feldenkrais

FELDENKRAIS LAW, P.A.
20533 Biscayne Blvd. #469
Aventura, FL 33180
305-528-9614 D.
mfeldenkrais@gmail.com
eservice@feldenkraislawpa.com

---

**From:** TRO Legal Communications <TROLegalComms@walmartlegal.com>
**Sent:** Tuesday, March 17, 2026 4:07 PM
**To:** Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>
**Cc:** mfeldenkrais@gmail.com <mfeldenkrais@gmail.com>
**Subject:** Re: 24-cv-61886-JB -XYZ Corporation v. The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A

As discussed previously, due to the volume of requests we receive as well as the approval process that finance and payment have wire timelines are delayed.  They are working through these as fast as they can.  This wire is still going through final approvals.  Below is a breakdown of the upcoming wire.

| Case No. | Partner ID | Seller Name | Wire Amount |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 24-cv-61886 | 10001630200 | TaiYuanShiBianQuanShang | |
| 24-cv-61886 | 10001238147 | Xuerui E-commerce Co., | |
| 24-cv-61886 | 10001198500 | SanYu Technology Co. | |
| 24-cv-61886 | 10001482132 | MZBoutiques | |
| 24-cv-61886 | 10001661630 | Haerbinshengyimeikejiyouxiangongsi | |
| 24-cv-61886 | 10001692401 | SeaAZqurtles | |
| 24-cv-61886 | 10001599294 | DXOUPM Clothing | $43,151.34 |
| 24-cv-61886 | 10001672956 | Tardaianiella | |
| 24-cv-61886 | 10001594154 | BaoHeng | $1,893.64 |
| 24-cv-61886 | 10001638597 | Capebale | |
| 24-cv-61886 | 10001634248 | FuShi | $493.95 |
| 24-cv-61886 | 10001650453 | AiFuDian | $94.83 |
| 24-cv-61886 | 10001525759 | Mei li xue | $20,489.16 |
| 24-cv-61886 | 10001553254 | Yinyu | $124.77 |
| 24-cv-61886 | 10001634209 | GuangZhouQiangFengXinShiPinYouXianGo | $1,972.79 |
| 24-cv-61886 | 10001599108 | XiAng | $7,292.33 |
| 24-cv-61886 | 10001265221 | Chong | |
| 24-cv-61886 | 10001691707 | BeiGaoFu | |
| 24-cv-61886 | 10001586028 | Afunyo | |
| 24-cv-61886 | 10001553255 | Kediluo | |
| 24-cv-61886 | 10001141936 | AIJIA Co. Ltd | |
| 24-cv-61886 | 10001652180 | Lufly | $708.21 |
| 24-cv-61886 | 10001689495 | yinzhouyi | |
| 24-cv-61886 | 10001637918 | DIBOLAI | |
| 24-cv-61886 | 10002524507 | DIBOLAI  GLOBAL | |
| 24-cv-61886 | 10002497530 | yangdechuansichuan | |
| 24-cv-61886 | 10002523200 | JinTingFu | |
| 24-cv-61886 | 10001705589 | Chenqiufeng | |
| 24-cv-61886 | 10002533794 | TUWEN | |
| 24-cv-61886 | 10001690404 | invdc | |
| 24-cv-61886 | 10001663182 | PQBWAFI | |
| 24-cv-61886 | 10001685593 | XZZjjl | |
| 24-cv-61886 | 10001682272 | Yanecun | |
| 24-cv-61886 | 10001660646 | An An Sheng Co., Ltd. | |
| 24-cv-61886 | 10001531300 | SIfdSeng | |
| 24-cv-61886 | 10001699890 | guangzhouNIANliangchenkejiyouxianGong | |
| | | | $76,221.02 |

Thank you,

**Walmart Legal | TRO Communications**
**Walmart US Legal**
**Email: TROLegalComms@walmartlegal.com**

**From:** Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>
**Sent:** Friday, March 13, 2026 10:15 AM
**To:** TRO Legal Communications <TROLegalComms@walmartlegal.com>
**Cc:** mfeldenkrais@gmail.com <mfeldenkrais@gmail.com>
**Subject:** EXT: Re: 24-cv-61886-JB -XYZ Corporation v. The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A

**EXTERNAL:** Report suspicious emails to **Email Abuse.**

Dear Walmart Legal Team.

We have not received any update or transfer from your end within the stipulated time frame as per the order even after giving you all the court orders and documents. It amounts to contempt to court's directions. We request you again to proceed with the transfer, else our Client will have no option but to initiate contempt action against you.

Kindly proceed to remit the awarded funds to the account detailed in the thread mail. We request that the compliance and fund transfer be completed by today.

Should you have any questions or require further clarification, please do not hesitate to contact us.

Best,
Manindra Kumar
Support Assistant for Michael Feldenkrais

FELDENKRAIS LAW, P.A.
20533 Biscayne Blvd. #469
Aventura, FL 33180
305-528-9614 D.
mfeldenkrais@gmail.com
eservice@feldenkraislawpa.com

---

**From:** Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>
**Sent:** Thursday, February 19, 2026 3:46 AM
**To:** TRO Legal Communications <TROLegalComms@walmartlegal.com>
**Cc:** mfeldenkrais@gmail.com <mfeldenkrais@gmail.com>
**Subject:** Re: 24-cv-61886-JB -XYZ Corporation v. The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A

Dear Walmart Legal team,

Thank you for the intimation. Please find attached the Order on Entry of Default Final Judgment along with Exhibit A (List of Defaulting Defendants), Default Final Judgment, Form FW-9 and Bank Details.

Kindly proceed to remit the awarded funds to the account detailed in the attachment. We request that the compliance and fund transfer be completed within five (5) working days from the date of this communication, in accordance with the terms of the court order.

Should you have any questions or require further clarification, please do not hesitate to contact us.

Best,
Manindra Kumar
Support Assistant for Michael Feldenkrais

FELDENKRAIS LAW, P.A.
20533 Biscayne Blvd. #469
Aventura, FL 33180
305-528-9614 D.
mfeldenkrais@gmail.com
eservice@feldenkraislawpa.com

---

**From:** TRO Legal Communications <TROLegalComms@walmartlegal.com>
**Sent:** Wednesday, February 18, 2026 6:33 PM
**To:** Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>
**Cc:** mfeldenkrais@gmail.com <mfeldenkrais@gmail.com>
**Subject:** RE: 24-cv-61886-JB -XYZ Corporation v. The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A

Following up again.  To date we have not received a copy of the default judgment that you referenced. We cannot process without this information.

Thank you,

**Walmart Legal | TRO Communications**
**Walmart US Legal**
**Email: TROLegalComms@walmartlegal.com**

---

**From:** TRO Legal Communications
**Sent:** Wednesday, December 3, 2025 3:12 PM
**To:** Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>
**Cc:** mfeldenkrais@gmail.com
**Subject:** RE: 24-cv-61886-JB -XYZ Corporation v. The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A

Following up - we are still awaiting the default order.  We cannot process this request without the order.

Thank you,

**Walmart Legal | TRO Communications**
**Walmart US Legal**
**Email: TROLegalComms@walmartlegal.com**

---

**From:** Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>
**Sent:** Wednesday, October 1, 2025 9:30 AM
**To:** TRO Legal Communications <TROLegalComms@walmartlegal.com>
**Cc:** mfeldenkrais@gmail.com
**Subject:** EXT: RE: 24-cv-61886-JB -XYZ Corporation v. The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A

**EXTERNAL:** Report suspicious emails to **Email Abuse.**

Dear Sirs,

We are pleased to inform you that a default judgment has been obtained in the referenced matter.

Please find attached the list of stores that have been defaulted under the order.

Kindly proceed to remit the awarded funds to the account detailed in the attachment. We request that the compliance and fund transfer be completed within five (5) working days from the date of this communication, in accordance with the terms of the court order.

Should you have any questions or require further clarification, please do not hesitate to contact us.

Best,
Manindra Kumar
Support Assistant for Michael Feldenkrais

FELDENKRAIS LAW, P.A.
20533 Biscayne Blvd. #469
Aventura, FL 33180
305-528-9614 D.
mfeldenkrais@gmail.com
eservice@feldenkraislawpa.com


STATEMENT OF CONFIDENTIALITY


The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential and/or privileged information. If you are not the addressee, note that any disclosure, copy, distribution or use of the contents of this message is prohibited. If you are not the intended recipient, please notify Feldenrkais Law, P.A. immediately at (305) 528-9614 or email us at mfeldenkrais@gmail.com and destroy all copies of this message and any attachments.

**From:** TRO Legal Communications <TROLegalComms@walmartlegal.com>
**Sent:** Wednesday, November 27, 2024 6:41 PM
**To:** Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>
**Cc:** mfeldenkrais@gmail.com
**Subject:** RE: 24-cv-61886-JB -XYZ Corporation v. The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A

What is this regarding?  I'm not showing that we have received anything from your firm on this case prior to this email and there are no documents attached.

Thank you,

**Walmart Legal | TRO Communications**
**Walmart US Legal**
**Email: TROLegalComms@walmartlegal.com**

**From:** Eservice Feldenkrais Law <eservice@feldenkraislawpa.com>
**Sent:** Tuesday, November 26, 2024 8:07 AM
**To:** TRO Legal Communications <TROLegalComms@walmartlegal.com>
**Cc:** mfeldenkrais@gmail.com
**Subject:** EXT: 24-cv-61886-JB -XYZ Corporation v. The Individuals, Partnerships and Unincorporated Associations Identified On Schedule A

**EXTERNAL:** Report suspicious emails to **Email Abuse.**

Dear Colleague,

Can you please share the list of defendant's inventory and fund position for the subjected case?

Thanks,
Litigation support team