UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 0:24-cv-61886

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants,

_____/

## [proposed] ORDER GRANTING PLAINTIFF'S MOTION FOR CONTEMPT AND IMPOSE SANCTIONS FOR FAILURE TO COMPLY WITH COURT'S DEFAULT FINAL JUDGMENT AND AWARD DAMAGES

**THIS CAUSE** is before the Court on the Plaintiff's Motion for Contempt and Impose Sanctions for Failure to Comply with Court's Default Final Judgment and Award Damages (ECF No. 144) (Hereinafter, "Motion for Contempt"). With the Court having reviewed the motion and being otherwise duly advised in its premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Plaintiff's Motion for Contempt and Impose Sanctions for Failure to Comply with Court's Default Final Judgment and Award Damages (ECF No. 144) is GRANTED.

2. The Court finds that third-party e-commerce, platform Walmart had actual notice of this Court's Default Final Judgment dated September 30, 2025 (ECF No. 139), and despite such notice, failed to comply with its obligations to apply and remit funds held in Defaulting Defendants' accounts toward satisfaction of the judgment.

3. The Court finds that such failure constitutes willful non-compliance and amounts to contempt of this Court's lawful Order.

4. It is ordered that the third-party ecommerce platform, Walmart shall pay to the Plaintiff, the amount of $700,000 (Seven Hundred Thousand Dollars) within ___ days from the date of this Order.

5. The Court further directs the Walmart to apply and remit all funds currently held in the Defaulting Defendants' financial accounts to the Plaintiff within ____ days from the date of this Order.

6. In the event of failure to comply with this Order within the prescribed timeline, Walmart shall be subject to coercive sanctions.

7. This court shall continue to retain jurisdiction of this matter for all purposes.

   **DONE AND ORDERED** in Miami, Florida on this ___ day of April, 2026.

_____

Jacqueline Becerra

United States District Court Judge

cc: Counsel of Record