**UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**CASE NO. 0:24-cv-61886**

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants,

_____/

### NOTICE OF WITHDRAWAL OF MOTION FOR CONTEMPT AGAINST E-COMMERCE PLATFORM WALMART (ECF No-144)

On 01st Day of April, 2026, Plaintiff filed a motion seeking an order from this Court for contempt against e-commerce platform, Walmart (ECF No. 144). (hereinafter referred to as the "e-commerce platform").

Subsequent to the filing of the aforesaid Motion for Contempt, the e-commerce platform, Walmart, has complied with the Court's Default Final Judgment. In view of such compliance, the issues raised in the said motion have become moot and no longer require

adjudication by this Hon'ble Court. Accordingly, Plaintiff hereby withdraws the Motion for Contempt (ECF No. 144).

Respectfully submitted on this 06th Day of April, 2025.

**FELDENKRAIS LAW, P.A.**

Attorneys for Plaintiffs

20533 Biscayne Blvd. Suite 469

Aventura, FL 33180

Telephone: (305) 528-9614

Email: mfeldenkrais@gmail.com

By: /s/ Michael Feldenkrais, Esq.

Florida Bar No. 991708