**UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**CASE NO. 0:24-cv-61886**

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants,

_____/

**[proposed] ORDER**

Having considered Plaintiff Counsel's Notice of Withdrawal of a motion seeking an order from this Court for contempt against e-commerce platform Walmart (ECF No. 144), it is hereby ORDERED that Plaintiff Counsel's Motion for Contempt against e-commerce platform, Walmart is WITHDRAWN AS MOOT.

DONE AND ORDERED in Miami, Florida on this _____ day of _____, 2025 at __:___ AM/PM.

_____

Jacqueline Becerra

United States District Court Judge