**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| XYZ CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 0:24-cv-61886 |
| v. | ) | |
| | ) | |
| THE INDIVIDUALS, PARTNERSHIPS | ) | |
| AND UNINCORPORATED | ) | |
| ASSOCIATIONS IDENTIFIED ON | ) | |
| SCHEDULE "A", | ) | |
| Defendants. | ) | |

**<u>Declaration of Yanni Jiang</u>**

I, Yanni Jiang, of the City of Shenzhen, China, declare as follows:

1.  I am over eighteen (18) years of age.  I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein.  I have personal knowledge of every statement made in this Declaration and such statements are true and correct.

2.  I am the administrator of the Walmart stores listed in the table below (the "Stores"). I have access to the business records of the Stores.

| Defendant No. | Store Name | Seller ID |
|---|---|---|
| 52 | BaoHeng | 10001594154 |
| 55 | FuShi | 10001634248 |
| 58 | AiFuDian | 10001650453 |
| 60 | Yinyu | 10001553254 |
| 61 | GuangZhouQiangFengXinShiPinYou XianGongSi | 10001634209 |
| 62 | XiAng | 10001599108 |
| 65 | BeiGaoFu | 10001691707 |

3.  The Stores solely operate at address in China and send and receive mail from such address. The Stores have never owned, leased, or utilized an office in Florida. The Stores have never been liable to the Florida tax jurisdiction. The Stores never advertised, held telephone listing,

1

or maintained bank account in Florida, and have no agents, employees, or contractors in Florida.

4. After a diligent search of sales record and to the best of my knowledge, the Stores sold 4 items of the Accused Product to the United States for a revenue of $22.18, and no item was shipped to the State of Florida. See **Exhibit A** for complete sales record.

5. The Stores first became aware of this lawsuit on December 9, 2024, when their backend accounts were frozen; consequently, legal counsel was retained that same day to handle the matter. Although the parties reached an agreed settlement amount on January 24, 2025, the Stores never received a formal written agreement. Since the freeze was lifted on February 4, 2025, no further follow-up was conducted. However, on March 16, 2026, the Stores received another notice regarding the same case, and their accounts were frozen again. The Stores have no intention to avoid or delay the legal process.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this April 10, 2026 in Shenzhen City, China.

*Yanni Jiang*
Yanni Jiang

2

# Exhibit A







