**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | | |
|---|---|---|
| XYZ CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 0:24-cv-61886 |
| v. | ) | |
| | ) | |
| THE INDIVIDUALS, PARTNERSHIPS | ) | |
| AND UNINCORPORATED | ) | |
| ASSOCIATIONS IDENTIFIED ON | ) | |
| SCHEDULE "A", | ) | |
| Defendants. | ) | |

**Declaration of Zhihao Cheng**

I, Zhihao Cheng, of the City of Wuhan, China, declare as follows:

1. I am over eighteen (18) years of age. I have never been convicted of a felony or any criminal offense involving moral turpitude, and I am fully competent to testify to the matters stated herein. I have personal knowledge of every statement made in this Declaration and such statements are true and correct.

2. I am the administrator of the Walmart stores listed in the table below (the "Stores"). I have access to the business records of the Stores.

| Defendant No. | Store Name | Seller ID |
|---|---|---|
| 47 | DXOUPM Clothing | 10001599294 |
| 59 | Mei li xue | 10001525759 |

3. The Stores solely operate at address in China and send and receive mail from such address. The Stores have never owned, leased, or utilized an office in Florida. The Stores have never been liable to the Florida tax jurisdiction. The Stores never advertised, held telephone listing, or maintained bank account in Florida, and have no agents, employees, or contractors in Florida.

1

4.  After a diligent search of sales record and to the best of my knowledge, the Stores sold 0 items of the Accused Product to the United States for a revenue of $0, and no item was shipped to the State of Florida.

5.  The Stores' addresses are listed in the table below. The addresses were posted on seller profile or "Business Information" before and throughout the case for public view. See **Exhibit A**. The addresses are accurate, can be understood by local post officers and mail sent to these addresses can be delivered. See **Exhibit B** for search results, showing that company addresses can be identified and located on Google Maps.

| Defendant No. | Store Name | Address |
|---|---|---|
| 47 | DXOUPM Clothing | Nanhu New Town Homeland, No. 176 Shucheng Road, Hongshan District, Wuhan, Hubei 430070, China |
| 59 | Mei li xue | No. 2, Unit 2, Building 30, King Long Siji Sunny (Phase 2), Chengjiadun, Qianchuan Street, Huangpi District, Wuhan, Hubei 430000, China |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this April 14, 2026 in Wuhan City, China.

Zhihao Cheng

# Exhibit A



## DXOUPM Health&Beauty

⊙ hongshanqushuchenglu176haonanhuxinchengjiayuan
wuhanshi, HB 430070, CN

✉ Contact business  |  ☏ (+86) 15927142956

### Seller Reviews                    View all

3 out of 5  ★★★☆☆

64 ratings  |  10 reviews

### About the seller               View more

DXOUPM Clothing

⌂ Business Name: wuhanshijiuzhimaodianzishangwuyouxiangongsi

Report an issue with this seller

---

Featured     Shop all

### Seller reviews

# 3 out of 5

★★★☆☆  64 ratings | 10 reviews
How seller rating is calculated  ⓘ

| | | |
|---|---|---|
| 5 stars | | 34% (22 |
| 4 stars | | 9% (6) |
| 3 stars | | 14% (9) |
| 2 stars | | 3% (2) |
| 1 star | | 39% (25 |

Showing 1 - 10 of 10 reviews

Apr 7, 2026        ★☆☆☆☆

Ⓠ Mellanie      It's like having a rubber band around you ankle , nothing that I expected.

**Item bought**
Silicone Heel
Protectors, Heel
Protectors For ...

Mar 17, 2026       ★★★☆☆



# Exhibit B

# Nanhu New Town Homeland (North Gate)

南湖新城家园 (北门)

2.0 ★★★★★ (1)

| Overview | Reviews |
| --- | --- |

Directions   Save   Nearby   Send to phone   Share

F8RH+JFW, Hongshan, Wuhan, Hubei, China, 430068

Claim this business

## Photos



