**UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**CASE NO. 0:24-cv-61886**

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants,

_____/

**<u>DECLARATION OF MICHAEL FELDENKRAIS IN SUPPORT OF PLAINTIFF'S</u>**

**<u>REPLY FOR DEFENDANTS MOTION TO VACATE DEFAULT FINAL JUDGMENT</u>**

**<u>(ECF No. 150)</u>**

I, Michael Feldenkrais, declare and state as follows:

1.      I am over 18 years of age and I have personal knowledge of the facts set forth herein.

2.      I am counsel of record for Plaintiff, XYZ Corporation, (hereinafter, referred to as "Plaintiff") and I make this declaration in support of Plaintiff's Reply for Defendants Motion to vacate Default Final Judgement.  If called upon to do so, I could and would competently testify to the following facts set forth below.

1

3.     That the Defendants mentioned in Group 2 of the Defendants Motion to Vacate Default Final Judgement, that is, DXOUPM Clothing (Def No. 47) and Mei li Xue (Def No. 59) received the notice of this action. On February 07, 2025, Attorneys Mr. Frank Niu from Yue Niu Esq, Mainleaf Law Group PLLC and Darren Heitener from Heitner Legal, P.L.L.C approached me as counsel representing DXOUPM Clothing (Def No. 47) and Mei li Xue (Def No. 59) and inquired about the evidences and advise on resolution. All the aforementioned counsels including the Plaintiff's Counsel were actively and continuously engaged in reaching amicable resolution over a sustained period.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 24th day of April, 2026

**FELDENKRAIS LAW, P.A.**

Attorneys for Plaintiffs

20533 Biscayne Blvd. Suite 469

Aventura, FL 33180

Telephone: (305) 528-9614

Email: mfeldenkrais@gmail.com

By: /s/ Michael Feldenkrais, Esq.

Florida Bar No. 991708