**UNITED STATES DISTRICT COURT FOR THE**

**SOUTHERN DISTRICT OF FLORIDA**

**MIAMI DIVISION**

**CASE NO. 0:24-cv-61886**

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND

UNINCORPORATED ASSOCIATIONS IDENTIFIED

ON SCHEDULE "A",

Defendants,

_____/

**[proposed] ORDER GRANTING PLAINTIFF'S MOTION FOR REQUIRING**

**DEFENDANTS TO POST SUPERSEDEAS BOND AS CONDITION OF ANY STAY**

**OF ENFORCEMENT OF DEFAULT JUDGMENT (ECF No. 153)**

**THIS CAUSE** is before the Court on the Plaintiff's motion for requiring defendants to post supersedeas bond as condition of any stay of enforcement of default judgment (ECF no. 153) (Hereinafter, "Motion for Supersedeas Bond"). With the Court having reviewed the motion and being otherwise duly advised in its premises, it is hereby:

**ORDERED AND ADJUDGED** as follows:

1. The Plaintiff's Motion for Requiring Defendants to Post Supersedeas Bond as Condition of any Stay of Enforcement of Default Judgment is GRANTED. (ECF No. 153)

2. Pursuant to Federal Rule of Civil Procedure 62(b), each Defendant shall post a bond in the amount of _____, during the pendency of Defendant's Motion to Vacate Default

Final Judgment. In the Court's discretion, the bond may be subject to increase should

an application be made in the interest of justice.

**DONE AND ORDERED** in Miami, Florida on this \_\_\_ day of April, 2026.

_____

Jacqueline Becerra

United States District Court Judge

cc: Counsel of Record