**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 0:24-cv-61886-JB**

XYZ CORPORATION,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

---

## NOTIFICATION OF NINTY DAYS EXPIRING

The eighteen Aliver Defendants, DE 42, pursuant to Local Rule 7.1(b)(4)(A), file this notice that 90 days has expired since the Court heard the Aliver Defendants' (1) motion for attorney's fees, [DE 133], and their motion for extension of time nunc pro tunc, [DE 134], on May 22, 2026. The Court orally granted the extension of time, and following argument on the fees motion, advised the parties that the Court was inclined to grant the motion but would take some additional time to rule on same.

Although the Court orally granted the extension of time at the May 22, 2026 hearing, no order has yet been entered on it.

The fees motion has now been pending for 458 days and ripe for disposition for 438 days. As required by Local Rule 7.1, the Aliver Defendants state:

1. The Aliver Defendants filed their motion for attorney's fees on May 20, 2025 [DE 133].
2. Plaintiff filed its response in opposition on June 2, 2025, [DE 136].
3. Defendants' deadline for reply was June 9, 2025, pursuant to Local Rule

7.1(c)(1), though no reply memorandum was filed.

4. A hearing was held on the fees motion on May 22, 2026.

The fees motion thus remains pending before the Court as of the date of this notice. The extension of time motion does not have a written order entered on it disposing of that motion. The Aliver Defendants respectfully request the Court dispose of the fees motion by granting it and, in the same order, reducing to writing the Court's earlier oral ruling granting their extension of time.

/s/ Griffin Klema
Griffin C. Klema, Esq.
Fla. Bar No. 100279
Griffin@KlemaLaw.com
**Klema Law, P.L.**
PO Box 172381
Tampa, FL 33672
420 W. Kennedy Boulevard
Tampa, FL 33606
Telephone: 202-713-5292

Di Li, Esq.
**DI LI LAW, P.C.**
18725 Gale Ave., Suite 208
City of Industry, CA 91748
Tel.: (626) 723-4849
Fax: (626) 956-0744
Email: di@dililaw.com
*Admitted Pro Hac Vice*

*Attorneys for the Aliver Defendants, DE 42*