**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 24-cv-61886-JB**

XYZ CORPORATION,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A, *et al.*,

Defendants.
______________________________________/

**ORDER DISMISSING DEFENDANT NO. 34 (UU Co.ltd) WITHOUT PREJUDICE AND CLOSING CASE**

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. On December 10, 2024, the Court entered an order requiring that "service of summons and complaint … be perfected upon Defendants within 90 days after the filing of the complaint" and providing that "[f]ailure to file proof of service or show good cause within 90 days will result in a dismissal without prejudice and without further notice" (the "Order"). ECF No. [6]. On December 2, 2024, the Court entered an order on Order on Plaintiff's *Ex Parte* Motion for Order Authorizing Alternate Service of Process on Defendants, allowing service on Defendants through e-mail and website posting. ECF No. [18]. To date, no proof of service has been filed for Defendant No. 34 (UU Co.ltd), nor is there any other indication in the record that Plaintiff has effectuated service of process on Defendant No. 34 (UU Co.ltd).

Given that Plaintiff has not complied with the Court's Order, has not sought

an extension of time within which to do so, and has not advised that a dismissal will result in a statute of limitations bar to re-filing, it is hereby **ORDERED AND ADJUDGED** that the case is **DISMISSED WITHOUT PREJUDICE** as against Defendant No. 34 (UU Co.ltd). Because all other defendants in this case have been or dismissed or a default judgment has been entered against them, the Clerk of the Court is instructed to **CLOSE** the case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 16th day of September, 2026.

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**